20-2892

Jones, et al

v.

Bain Capital Private Equity et al

JON P. McCALLA          TU M. PHAM