20-2892

Jones

- v.

Bain Capital Private Equity
et al

SHERYL H. LIPMAN

CHARMIANE G. CLAXTON