# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES**, **MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>**Defendants.** | Case No. 2:20-cv-02892<br><br><br>**EXPEDITED MOTION AND CERTIFICATE OF CONSULTATION FOR LEAVE TO APPEAR IN PRETRIAL CONFERENCE IN THE MATTER DOCKETED AS:**<br><br>*American Spirit and Cheer Essentials, Inc. et al. v. Varsity Brands, LLC et al.*, Case No. 2:20-cv-02782 |

Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen recently filed the above-captioned action alleging a scheme by Defendants to create an illegal monopoly and to dominate the Cheer Competition, Cheer Apparel, and Cheer Camp markets. *See generally* Compl. (ECF. No. 1). Plaintiffs seek to represent a class of indirect purchasers/end payors[1] seeking injunctive relief under Section 16 of the Clayton Act for violations of Sections 1-3 of the Sherman Act, 15 U.S.C. §§ 1-3, damages under state

---

[1] Plaintiffs seek to represent a class of "[a]ll natural persons and entities in the United States that indirectly paid Varsity or any Varsity subsidiary or affiliate, from December 10, 2016, until the continuing Exclusionary Scheme alleged herein ends (the "Class Period") for: (a) registration, entrance, or other fees and expenses associated with participation in one or more Varsity Cheer Competitions; (b) Varsity Cheer Apparel; (c) Varsity Cheer Camp Fees; or (d) accommodations at one or more Varsity Cheer Competitions." Compl. at p. 7 (ECF No 1).

antitrust laws[2] and unjust enrichment under Tennessee law, and declaratory relief under 28 U.S.C. § 2201 for violations of Sections 1, 2, and 3 of the Sherman Act, 15 U.S.C. §§ 1–3. Plaintiffs' counsel obtained defendants' agreement to waive service of the complaint under Fed. R. Civ. P. 4(d) and expect that process to be completed shortly.

Plaintiffs have filed a Memorandum of Support contemporaneously herewith and Defense counsel is not in opposition to the relief requested. Accordingly, Plaintiffs respectfully request leave to appear in the pretrial conference scheduled for December 16, 2020 at 10:00 a.m. in *American Spirit and Cheer Essentials, Inc. et al. v. Varsity Brands, LLC et al*.

## CERTIFICATE OF CONSULTATION

Defense counsel has indicated they do not object to Plaintiffs' appearance in the pretrial conference scheduled for December 16, 2020 at 10:00 a.m. in *American Spirit and Cheer Essentials, Inc. et al. v. Varsity Brands, LLC et al*., and they consent to the same.

/s/ Van D. Turner
VAN D. TURNER

---

[2] Plaintiffs seek damages under laws of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, the District of Columbia, Florida, Hawaii, Idaho, Illinois, Iowa, Kansas, Maine, Massachusetts, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, Washington, West Virginia, and Wisconsin. *Id.* at 7-7, 53-56.

Dated: December 15, 2020

Respectfully submitted,

Van Turner (TN Bar No. 22603)
Katrice Feild (TN Bar No. 31263)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net
      katrice@bruceturnerlaw.net

By: _____/s/ Van Turner_____
      Van Turner

Joseph R. Saveri
Steven N. Williams
Kevin E. Rayhill
Elissa A. Buchanan
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
      swilliams@saverilawfirm.com
      krayhill@saverilawfirm.com
      eabuchanan@saverilawfirm.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

        Facsimile:  (612) 339-6622
        Email:      dgustafson@gustafsongluek.com
                     dhedlund@gustafsongluek.com
                     dnordin@gustafsongluek.com
                     lwang@gustafsongluek.com

Richard M. Paul III
Sean R. Cooper
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com
        sean@paulllp.com

*Attorneys for the Indirect Purchaser/End Payor Plaintiffs*

4