**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| JESSICA JONES, et al., )<br>　　Plaintiffs, )<br>v. )<br>BAIN CAPITAL PRIVATE EQUITY, et al., )<br>　　Defendants. ) | No. 2:20-cvr-02892-SHL-atc |

**ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR IN SCHEDULING CONFERENCE**

Before the Court is Plaintiffs' Emergency Motion for Leave to Appear in Pretrial Conference, filed December 15, 2020. (ECF No. 8.) Plaintiffs seek to appear in the pretrial conference in *American Spirit and Cheer Essentials, Inc. v. Varsity Brands, LLC*, No. 20-2782, set for December 16, 2020 at 10:00 a.m. In support of the Motion, Plaintiffs note that, while the classes represented in each action are different, many of the allegations are the same. (ECF No. 8.) Thus, it would be more efficient to conduct parts of the trial process, such as discovery, at the same time.

First, court proceedings are open to the public and this virtual conference is no exception. Lawyers, and members of the public, can always contact the case manager to get the needed information to participate. Second, while the Court will allow the lawyers in this matter to appear, it will not allow them to dictate a schedule for the other case.

The Motion is **GRANTED**, and Plaintiffs may attend the scheduling conference. However, the Court makes no decision at this time about any future consolidation of the cases.

**IT IS SO ORDERED,** this 15th day of December, 2020.

                                                  s/ Sheryl H. Lipman  
                                                  SHERYL H. LIPMAN  
                                                  UNITED STATES DISTRICT JUDGE