*Revised July 2012*

# United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
|---|
| Jones et al |

| Defendant |
|---|
| Bain Capital Private Equity et al |

| Case Number | Judge |
|---|---|
| 2:20-cv-02892-SHL-cgc | Judge Sheryl H. Lipman |

I, __Joseph R. Saveri_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated_ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attachment - A | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Saveri | Joseph | R. |

| Applicant's Firm Name |
|---|
| JOSEPH SAVERI LAW FIRM, INC. |

| Applicant's Address | Room/Suite Number |
|---|---|
| 601 California Street | 1000 |

| City | State | Zip Code |
|---|---|---|
| San Francisco | California | 94108 |

| Applicant's Email Address |
|---|
| jsaveri@saverilawfirm.com |

| Applicant's Phone Number(s) |
|---|
| (415) 500-6800 |

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Van Davis Turner, Jr.: vturner@bruceturnerlaw.net

Certificate of Consultation

I hereby certify that Plaintiffs' counsel conferred with Steven J. Kaiser, Nicole Berkowitz and Paul Coggins, who do not oppose the forgoing Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 12/22/2020 | S/ Joseph R. Saveri |

**Attachment A**

**Admissions to United States Courts for Joseph R. Saveri**

United States Supreme Court – December 13, 2004

United States Court of Appeals for the Federal Circuit – December 19, 2007

United States Court of Appeals – First Circuit – May 20, 2004

United States Court of Appeals – Second Circuit – February 13, 2006

United States Court of Appeals – Fifth Circuit – January 26, 2009

United States Court of Appeals – Seventh Circuit – July 12, 1996

United States Court of Appeals – Eighth Circuit – December 11, 2003

United States Court of Appeals – Ninth Circuit – December 11, 1987

United States District Court – Northern District of California – December 11, 1987

United States District Court – Southern District of California – September 28, 1995

United States District Court – Central District of California – September 26, 1995

United States District Court – Eastern District of California – July 25, 2008

United States District Court – Northern District of Illinois – March 11, 2015

United States District Court – Eastern District of Michigan – August 24, 2009

United States District Court – Eastern District of Wisconsin – March 5, 2010