

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JOSEPH RICHARD SAVERI*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JOSEPH RICHARD SAVERI, #130064, was on the 11TH day of December, 1987, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of December 2020.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*Simone Voltz, Supervising Deputy Clerk*

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Joseph R. Saveri

Bar Number 130064

was duly admitted to practice in this Court on December 11, 1987, and is in good standing as a member of the bar of this Court.



Signed on December 17, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court