*Revised July 2012*

## United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
| --- |
| Jones et al |

| Defendant |
| --- |
| Bain Capital Private Equity et al |

| Case Number | Judge |
| --- | --- |
| 2:20-cv-02892-SHL-cgc | Judge Sheryl H. Lipman |

I, Steven N. Williams hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| See Attachment – A |  |
|  |  |
|  |  |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Williams | Steven | N. |

| Applicant's Firm Name |
|---|
| JOSEPH SAVERI LAW FIRM, INC. |

| Applicant's Address | Room/Suite Number |
|---|---|
| 601 California Street | 1000 |

| City | State | Zip Code |
|---|---|---|
| San Francisco | California | 94108 |

| Applicant's Email Address |
|---|
| swilliams@saverilawfirm.com |

| Applicant's Phone Number(s) |
|---|
| (415) 500-6800 |

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Van Davis Turner, Jr.: vturner@bruceturnerlaw.net

Certificate of Consultation

I hereby certify that Plaintiffs' counsel conferred with Steven J. Kaiser, Nicole Berkowitz and Paul Coggins, who do not oppose the forgoing Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 12/22/2020 | S/ Steven N. Williams |

**Attachment A**

**<u>Admissions to United States Courts for Steve N. Williams</u>**

United States Supreme Court -April 1, 1996

United States Court of Appeals - District of Columbia Circuit - September 15, 2005

United States Court of Appeals - Second Circuit-April 27, 2006

United States Court of Appeals - Third Circuit - September 11, 2015

United States Court of Appeals - Fifth Circuit - January 3, 2006

United States Court of Appeals - Sixth Circuit - July 22, 2016

United States Court of Appeals - Ninth Circuit - May 29, 2001

United States District Court - Northern District of California - March 10, 1997

United States District Court - Southern District of California - February 13, 1997

United States District Court - Central District of California - February 6, 1997

United States District Court - Eastern District of California - February 6, 1997

United States District Court - Northern District of Illinois

United States District Court- Eastern District of Michigan -March 16, 2012

United States District Court - District of Connecticut

United States District Court - District of Kansas

United States District Court - Eastern District of Pennsylvania

United States District Court - District of Maryland

United States District Court-Eastern District of New York-May 27, 1994

United States District Court- Southern District of New York-April 26, 1994

United States District Court - District of New Jersey - December 22, 1992