

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### STEVEN NOEL WILLIAMS

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that STEVEN NOEL WILLIAMS, #175489, was on the 28TH day of December, 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 16th day of December 2020.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*Simone Voltz, Supervising Deputy Clerk*

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Steven Noel Williams

Bar Number 175489

was duly admitted to practice in this Court on March 10, 1997, and is in good standing as a member of the bar of this Court.

Signed on December 17, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court

