

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## <u>KEVIN EDWARD RAYHILL</u>

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that KEVIN EDWARD RAYHILL, #267496, was on the 4TH day of December, 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 16th day of December 2020.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____

*Simone Voltz, Supervising Deputy Clerk*

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Kevin E. Rayhill

### Bar Number 267496

was duly admitted to practice in this Court on June 25, 2012, and
is in good standing as a member of the bar of this Court.



Signed on December 17, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court