# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Elissa Amlin Buchanan

### Bar Number 249996

was duly admitted to practice in this Court on December 8, 2020,
and is in good standing as a member of the bar of this Court.

Signed on December 22, 2020 by



*Susan Y. Soong*

Susan Y. Soong, Clerk of Court