# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# George Stephen Cary

Bar Number 73858

was duly admitted to practice in this this Court on December 22, 1976, and is in good standing as a member of the bar of this Court.



Signed on August 21, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court