# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>       Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>       Defendants. | Case No. 2:20-cv-02600-SHL-cgc<br><br>**Jury Trial Demanded** |
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br><br>       Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC; BSN SPORTS, LLC; VARSITY SPIRIT LLC; STANBURY, LLC; HERFF JONES, LLC; BAIN CAPITAL LP; CHARLESBANK CAPITAL PARTNERS, LLC; VARSITY BRANDS HOLDING CO., INC.; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC; and JEFF WEBB,<br><br>Defendants. | Case No. 2:20-cv-02782-SHL-atc<br><br>**Jury Trial Demanded** |
| JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR | Case No. 2:20-cv-02892-SHL-atc<br><br>**Jury Trial Demanded** |

| | |
|---|---|
| FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,<br><br>              Defendants. | |

**STIPULATION AND [PROPOSED] ORDER ESTABLISHING A PLAINTIFFS' DISCOVERY COORDINATION COMMITTEE**

WHEREAS, *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.* (the "*Fusion* Action")[1] was filed in this Court on August 13, 2020, and *Kathryn Anne Radek, et al. v. Varsity Brands, LLC, et al.* (the "*Radek* Action")[2] was filed in this Court on August 25, 2020, with both cases being proposed antitrust class actions brought under federal antitrust law on behalf of proposed classes of persons and entities, mainly parents and All Star Gyms, buying certain goods and services relating to All Star Cheer and All Star Apparel directly from Varsity;

WHEREAS, on September 18, 2020, the Court consolidated the *Fusion Elite* and *Radek* Actions, appointed Berger Montague PC, Cuneo Gilbert & LaDuca, LLP and Labaton Sucharow LLP as interim Co-Lead Class Counsel for a proposed class of all persons who directly paid Varsity or any Varsity subsidiary for registration, entrance, or other fees and expenses associated with participation by All Star Teams or Cheerleaders in one or more All Star Competitions and/or All Star Apparel ("Direct Purchaser Class"), and appointed J. Gerard Stranch of Branstetter, Stranch & Jennings PLLC as Liaison Counsel for the Direct Purchaser Class on that date;[3]

WHEREAS, on October 27, 2020, *American Spirit and Cheer Essentials, Inc., et al. v. Varsity Brands, LLC, et al.* (the "*American Spirit* Action") was transferred to this Court from the United States District Court for the Northern District of Georgia,[4] that case being a proposed class action under federal antitrust law and federal and state RICO laws on behalf of four proposed

---

[1] 2:20-cv-02600-SHL-cgc (W.D. Tenn.).

[2] 2:20-cv-02649-SHL-atc (W.D. Tenn.).

[3] 2:20-cv-02600-SHL-cgc (W.D. Tenn.), ECF No. 37.

[4] 2:20-cv-02782-SHL-atc (W.D. Tenn.), ECF No. 56.

classes: (1) a proposed class of parents who bought certain goods and services[5] either directly or indirectly from Varsity; (2) a proposed class of Varsity's potential and actual competitors in the cheerleading event production market; (3) a proposed class of Varsity's potential and actual competitors in the cheerleading camp market; and (4) a proposed class of Varsity's potential and actual competitors in the apparel, athletic equipment, and cheer merchandise markets;

WHEREAS, on November 3, 2020, counsel in the *American Spirit* Action sought to be appointed Interim Co-Lead Class Counsel of the classes defined in that complaint, but not on behalf of direct purchasing All Star Gyms (which Gyms are Plaintiffs and part of the proposed classes in the *Fusion Elite* action);[6]

WHEREAS, on December 10, 2020, *Jessica Jones, et al. v. Varsity Brands, LLC, et al.* (the "*Jones* Action") was filed in this Court, as a proposed antitrust class action under the laws of multiple states (for damages) and federal antitrust law (for injunctive relief), on behalf of a proposed class of those who paid Varsity indirectly for fees associated with Varsity Cheer competitions, Varsity camps, apparel, and other goods and services ("Indirect Purchaser Classes");[7]

WHEREAS, counsel in the *Jones* Action seek to be appointed interim Co-Lead Counsel for the Indirect Purchaser Classes;

WHEREAS, plaintiffs in all three cases have sued Varsity and USASF;

WHEREAS, plaintiffs in the *Jones* Action have additionally sued Jeff Webb, Charlesbank

---

[5] The goods and services listed in the class definition include "uniforms, competition fees, event admission fees, camp fees, insurance, travel and accommodation fees, school paraphernalia such as class rings, yearbooks, graduation caps and gowns or graduation announcements, or merchandise." *Id.* at ECF No. 1, ¶279(b).

[6] 2:20-cv-02782-SHL-atc (W.D. Tenn.), ECF No. 64.

[7] 2:20-cv-02892-SHL-cgc (W.D. Tenn.).

Capital Partners LLC and Bain Capital Private Equity, and plaintiffs in the *American Spirit* Action have, in addition to these parties, also sued BSN Sports, LLC; Stanbury, LLC; Herff Jones, LLC; and USA Federation for Sport Cheering, d/b/a USA Cheer (as well as additional Varsity entities unnamed in the other two cases);

WHEREAS, each of the three cases is brought on behalf of largely non-overlapping proposed classes of persons and entities whose interests may come into conflict, and who may need or desire to take different positions, and thus must not be consolidated, and should continue to have distinct sets of counsel;

WHEREAS, all three cases nonetheless assert certain common claims and allegations, and will involve some of the same discovery from some of the same defendants and third parties; and

WHEREAS, it would serve the interests of justice and efficiency for all three cases to coordinate discovery as much as is reasonably feasible;

WHEREAS, having been shown this Stipulation and Proposed Order, Defendants' counsel have indicated their support for the relief requested below;

Accordingly, Plaintiffs in all three cases hereby move for an Order providing as follows:

1. The Court shall create a Plaintiffs' Discovery Coordination Committee for the purpose of coordinating discovery across the three cases to the extent reasonably feasible.

2. The Plaintiffs' Discovery Coordination Committee shall be composed of one counsel from each plaintiff group (*Fusion Elite*, *American Spirit*, and *Jessica Jones*).

3. The Court hereby appoints Benjamin Gastel (*Fusion Elite*), Robert Falanga (*American Spirit*), and Van D. Turner (*Jessica Jones*) to the Plaintiffs' Discovery Coordination Committee.

4. The responsibilities of the Plaintiffs' Discovery Coordination Committee shall include, to

the extent reasonably feasible: (a) coordinating across the three cases on the scheduling of depositions with defendants and third parties to minimize duplication of deponents and questions at depositions; (b) coordinating across the three cases on written discovery to minimize duplication and redundancy; (c) coordinating across the three cases on any protocols or orders governing discovery in the three cases; and (d) providing a liaison for the Court and the defendants to communicate with for scheduling and discovery issues that might concern all three cases.

**IT IS SO ORDERED.**

DATED:

_____
Hon. Sheryl H. Lipman
UNITED STATES DISTRICT JUDGE

Dated: December 30, 2020

By: */s/ Benjamin A. Gastel*
J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for the Proposed Direct Purchaser Class*

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Gregory S. Asciolla*
Karin E. Garvey*
Veronica Bosco*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga**
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian Shearer**
Craig L. Briskin*
**JUSTICE CATALYST LAW, INC.**
718 7th Street NW
Washington, DC 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203

Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

\* Admitted *pro hac vice*
\*\* *Pro hac vice* application forthcoming

*Counsel for the Proposed Direct Purchaser Class*

Dated: December 30, 2020

By: */s/ Van Turner*
Van Turner (TN Bar No. 22603)
Katrice Feild (TN Bar No. 31263)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
vturner@bruceturnerlaw.net
katrice@bruceturnerlaw.net

Joseph R. Saveri
Steven N. Williams
Kevin E. Rayhill
Elissa A. Buchanan
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

*Attorneys for Jessica Jones, Michelle Velotta, and Christina Lorenzen*

Dated: December 30, 2020                By: <u>*Robert A. Falanga*</u>
                Robert A. Falanga
                Kobelah S. Bennah
                **LAW OFFICES OF FALANGA & CHALKER**
                11200 Atlantis Pl. #C
                Alpharetta, GA 30022
                Tel: (770) 955-2123
                rfalanga@falangalaw.com
                kobelah@falangalaw.com

                *Attorneys for American Spirit and Cheer Essentials, Inc., Rockstar Championships, LLC, Jeff & Craig Cheer, LLC, d/b/a Jeff and Craig Camps, and Ashley Haygood*