*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| Jessica Jones, et al. |

| Defendant |
| Varsity Brands, LLC, et al. |

| Case Number | Judge |
| 2:20-cv-02892-SHL-cgc | Sheryl H. Lipman |

I, __Steven J. Kaiser_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of __Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies LLC;__ by whom I have been retained.
__Charlesbank Partners, LLC; Bain Capital Private Equity, LP__

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| United States District Court, Eastern District Michigan | 11/2/2015 |
| United States District Court, New Jersey | 7/1/1996 |
| United States Court of Appeals, DC Circuit | 6/29/2000 |
| United States Court of Appeals, Second Circuit | 4/20/2018 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Kaiser | Steven | J. |

| Applicant's Firm Name |
|---|
| Cleary Gottlieb Steen & Hamilton LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 2112 Pennsylvania Avenue, NW | |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20037 |

| Applicant's Email Address |
|---|
| skaiser@cgsh.com |

| Applicant's Phone Number(s) |
|---|
| (202) 974-1500 |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Van Turner, vturner@bruceturnerlaw.net
Joseph Saveri, jsaveri@saverilawfirm.com

## Certificate of Consultation

I hereby certify that I have met and conferred with Plaintiffs' counsel and counsel has raised no objections to this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 1/6/2021 | S/ Steven Kaiser |

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| United States District Court, District of Columbia | 6/5/2000 |
| United States Court of Appeals, Federal Circuit | 3/5/2003 |
| New Jersey | 6/26/1996 |
| District of Columbia Court of Appeals | 2/7/1997 |
| United States District Court, Maryland | 6/2/2008 |