# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of Court, certify that

## *Steven J. Kaiser*

was duly admitted to practice in this Court on 11/02/2015,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 12/23/2020.

*David J. Weaver*
Clerk



*Tracy Thompson*
Deputy Clerk