

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *H. Laddie Montague Jr., Esq.*

**DATE OF ADMISSION**

*November 16, 1964*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  August 24, 2020**

_____

John W. Person Jr., Esq.
Deputy Prothonotary