# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., )<br>       Plaintiffs, )<br>v. )<br> )<br>BAIN CAPITAL PRIVATE EQUITY, et al., )<br>       Defendants. ) | No. 2:20-cvr-02892-SHL-cgc |

## ORDER FOR PARTIES TO SUBMIT A PROPOSED SCHEDULING ORDER

On December 16, 2020, the Court held a scheduling conference in *American Spirit and Cheer Essentials, et al.*, No. 2:20-cv-02782. Plaintiffs in this case submitted an emergency Motion asking to join the scheduling conference, which the Court granted. (ECF Nos. 8, 9.) Defendants were already attending the scheduling conference, as they are also Defendants in *American Spirit*. During this conference, Plaintiffs' counsel agreed to confer with Defendants and submit a proposed scheduling order for this matter, which would correspond with the schedule in *American Spirit*. However, the Parties have still not submitted any such proposed order. To facilitate the progression of this litigation in a timely fashion, the Court hereby **ORDERS** that the Parties submit a Joint Proposed Scheduling Order by **January 22, 2021**. If one cannot be agreed to, please notify the Court, which will promptly conduct a scheduling conference.

**IT IS SO ORDERED,** this 7th day of January, 2021.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            UNITED STATES DISTRICT JUDGE