*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

## Case Title

| Plaintiff |
|---|
| Jessica Jones, et al |

| Defendant |
|---|
| Varsity Brands, LLC, et al |

| Case Number | Judge |
|---|---|
| 2:20-cv-02892 | Hon. Sheryl H. Lipman |

I, Paul E. Coggins _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
Defendant Jeff Webb _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Please see attached list. | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name<br>Coggins | First Name<br>Paul | Middle Name/Initial<br>E. |
|---|---|---|
| Applicant's Firm Name Locke Lord LLP | | |
| Applicant's Address<br>2200 Ross Avenue | | Room/Suite Number<br>Suite 2800 |
| City Dallas | State TX | Zip Code 75201 |
| Applicant's Email Address<br>pcoggins@lockelord.com | | |
| Applicant's Phone Number(s) 214.740.8104 | | |

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

vturner@bruceturnerlaw.net; katrice@bruceturnerlaw.net; jsaveri@saverilawfirm.com; swilliams@saverilawfirm.com; krayhill@saverilawfirm.com; eabuchanan@saverilawfirm.com; dgustafson@gustafsongleuk.com; dhedlund@gustafsongluek.com; dnordin@gustafsongleuk.com; lwang@gustafsongleuk.com; rick@paulllp.com; sean@paulllp.com

Certificate of Consultation

I hereby certify that on December 22, 2020, counsel for Plaintiffs and Defendants confirmed, vie email, that they do not object to this Motion.

| Date 1/12/2021 | Electronic Signature of Applicant<br>S/ Paul E. Coggins |
|---|---|

Page -2-

**Paul Coggins' court admissions:**

| | |
|---|---|
| U.S. Supreme Court | 4/15/85 |
| U.S. Court of Appeals for the Fifth Circuit | 10/1/81 |
| Supreme Court of Texas | 11/6/78 |
| U.S. District Court for the Northern District of Texas | 10/4/79 |
| U.S. District Court for the Eastern District of Texas | 9/16/92 |
| U.S. District Court for the Southern District of Texas | 5/6/03 |
| U.S. District Court for the Western District of Texas | 6/24/03 |

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Paul E. Coggins**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1978.

I further certify that the records of this office show that, as of this date

**Paul E. Coggins**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 5th day of January, 2021.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2623C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Paul Edward Coggins

Bar Number:                     Date of Admission:

**04504700**                     **10/04/1979**

Witness my official signature and the seal of this court.

Dated: 01/05/2021                     Karen Mitchell,
Clerk of Court

By: s/ B. Hill
Deputy Clerk

