# **ATTACHMENT A**

I, Mary L. Russell, am a member of good standing and eligible to practice before the following courts:

| Title of Court | Bar Number | Date Admitted |
|---|---|---|
| Supreme Court of Connecticut | 305738 | November 19, 1986 |
| United States District Court, District of Connecticut | CT10525 | July 6, 1992 |
| Supreme Court of New York | 2205797 | July 2, 1988 |
| United States District Court, Southern District of New York | MR8792 | November 29, 1988 |
| Supreme Court of Pennsylvania | 58581 | July 2, 1990 |
| United States District Court, Eastern District of Pennsylvania | PA58581 | September 14, 1990 |
| Supreme Court of New Jersey | 0525119955 | December 18, 1995 |
| United States District Court, District of New Jersey | 0525119955 | December 20, 1995 |