# United States District Court
### Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MARY  LOUISE  RUSSELL_____, Bar # _____MR8792_____

was duly admitted to practice in the Court on

_____November 29, 1988_____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.            On      September 15, 2020
              New York, New York

                                       By
_____Ruby J. Krajick_____                    _____s/ W Bowman_____
       Clerk of Court                                  Deputy Clerk