

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Mary L. Russell, Esq.*

**DATE OF ADMISSION**

*July 2, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 19, 2020

John W. Person Jr., Esq.
Deputy Prothonotary