# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, ANGELA D. CAESAR, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MARK W. NELSON

was, on the __6th__ day of __March__ A.D. __1995__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __8th__ day of __January__ A.D. __2021__.



ANGELA D. CAESAR, CLERK

By: _J. Jefferson_
Deputy Clerk