IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 2:20-cv-02892 ) |
| v. | ) JURY DEMAND ) |
| VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY, | ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF ADAM S. BALDRIDGE**

COME NOW Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity (collectively "Defendants"), and hereby give notice that they will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
Email: abaldridge@bakerdonelson.com

All pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

s/ Adam S. Baldridge
Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
Email: abaldridge@bakerdonelson.com
Email: mmulqueen@bakerdonelson.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

George Cary
Steven Kaiser
Alexis Collins
Mark W. Nelson
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Telephone: (202) 974-1554
Email: gcary@cgsh.com
Email: skaiser@cgsh.com
Email: alcollins@cgsh.com
Email: mnelson@cgsh.com

*Counsel for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of January, 2021, the foregoing was served on the Plaintiffs via the Court's Electronic Filing System and/or by emailing a true and exact copy to the following counsel of record:

Joseph R. Saveri, Esq.
Elissa Amlin Buchanan, Esq.
Kevin Rayhill, Esq.
Steven N. Williams, Esq.
**JOSEPH SAVERI LAW FIRM, INC.**
601 California St., Suite 1000
San Francisco, CA 94108
Email:  jsaveri@saverilawfirm.com

*Counsel for Plaintiffs*

Van Davis Turner, Jr., Esq.
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Boulevard
Suite 2325
Memphis, TN 38118
Email:  vturner@bruceturnerlaw.net

Grady M. Garrison, Esq.
Nicole D. Berkowitz, Esq.
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email:  ggarison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

Paul Coggins, Esq.
Brendan Patrick Gaffney, Esq.
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Email:  pcoggins@lockelord.com
Email:  bgaffney@lockelord.com

*Counsel for Defendant Jeff Webb*

      s/ Adam S. Baldridge
      Adam S. Baldridge