IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 2:20-cv-02892 ) |
| v. | ) JURY DEMAND ) |
| **VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,** | ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF MATTHEW S. MULQUEEN**

COME NOW Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity (collectively "Defendants"), and hereby give notice that they will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Matthew S. Mulqueen (TN #28418)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8234
Facsimile: (901) 577-0843
Email: mmulqueen@bakerdonelson.com

In addition to counsel who has previously filed an appearance for Defendants and who will continue to represent Defendants, all pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendants Varsity Brands, LLC, Varsity Spirit, LLC,

Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity.

          Respectfully submitted,

          **BAKER, DONELSON, BEARMAN,**
          **CALDWELL & BERKOWITZ, P.C.**

          s/ Matthew S. Mulqueen
          Adam S. Baldridge (TN #23488)
          Matthew S. Mulqueen (TN #28418)
          165 Madison Avenue, Suite 2000
          Memphis, Tennessee 38103
          Telephone: (901) 577-8234
          Facsimile: (901) 577-0843
          Email: abaldridge@bakerdonelson.com
          Email: mmulqueen@bakerdonelson.com

          **CLEARY GOTTLIEB STEEN &**
          **HAMILTON LLP**

          George Cary
          Steven Kaiser
          Alexis Collins
          Mark W. Nelson
          2112 Pennsylvania Avenue, NW
          Suite 1000
          Washington, DC 20037
          Telephone: (202) 974-1554
          Email: gcary@cgsh.com
          Email: skaiser@cgsh.com
          Email: alcollins@cgsh.com
          Email: mnelson@cgsh.com

          *Counsel for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of January, 2021, the foregoing was served on the Plaintiffs via the Court's Electronic Filing System and/or by emailing a true and exact copy to the following counsel of record:

Joseph R. Saveri, Esq.
Elissa Amlin Buchanan, Esq.
Kevin Rayhill, Esq.
Steven N. Williams, Esq.
**JOSEPH SAVERI LAW FIRM, INC.**
601 California St., Suite 1000
San Francisco, CA 94108
Email:  jsaveri@saverilawfirm.com

*Counsel for Plaintiffs*

Van Davis Turner, Jr., Esq.
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Boulevard
Suite 2325
Memphis, TN 38118
Email:  vturner@bruceturnerlaw.net

Grady M. Garrison, Esq.
Nicole D. Berkowitz, Esq.
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email:  ggarison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

Paul Coggins, Esq.
Brendan Patrick Gaffney, Esq.
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Email:  pcoggins@lockelord.com
Email:  bgaffney@lockelord.com

*Counsel for Defendant Jeff Webb*

      <u>s/ Matthew S. Mulqueen</u>
      Matthew S. Mulqueen