IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 2:20-cv-02892 |
| v. | ) ) JURY DEMAND |
| **VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC;** and **BAIN CAPITAL PRIVATE EQUITY,** | ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF GRADY M. GARRISON**

COMES NOW Defendant U.S. All Star Federation, Inc. ("Defendant"), and hereby gives notice that it will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Grady M. Garrison (TN #8097)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8151
Facsimile: (901) 577-0814
Email: ggarrison@bakerdonelson.com

All pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendant U.S. All Star Federation, Inc.

Respectfully submitted,

s/ Grady M. Garrison

        Grady M. Garrison (TN #8097)
        Nicole D. Berkowitz (TN #35046)
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee 38103
        Telephone:  (901) 577-8151
        Facsimile:  (901) 577-0814
        Email:  ggarrison@bakerdonelson.com
        Email:  nberkowitz@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2021, the foregoing was served on the Plaintiffs via the Court's Electronic Filing System and/or by emailing a true and exact copy to the following counsel of record:

Joseph R. Saveri, Esq.
Elissa Amlin Buchanan, Esq.
Kevin Rayhill, Esq.
Steven N. Williams, Esq.
**JOSEPH SAVERI LAW FIRM, INC.**
601 California St., Suite 1000
San Francisco, CA 94108
Email:  jsaveri@saverilawfirm.com
Email:  eabuchanan@saverilawfirm.com
Email:  krayhill@saverilawfirm.com
Email:  swilliams@saverilawfirm.com

*Counsel for Plaintiffs*

Van Davis Turner, Jr., Esq.
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Boulevard
Suite 2325
Memphis, TN 38118
Email:  vturner@bruceturnerlaw.net

George Cary, Esq.
Steven Kaiser, Esq.
Alexis Collins, Esq.
Mark W. Nelson, Esq.
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Email:  gcary@cgsh.com
Email:  skaiser@cgsh.com
Email:  alcollins@cgsh.com
Email:  mnelson@cgsh.com

Adam S. Baldridge, Esq.
Matthew S. Mulqueen, Esq.
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email:  abaldridge@bakerdonelson.com
Email:  mmulqueen@bakerdonelson.com

*Counsel for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity*

Paul Coggins, Esq.
Brendan Patrick Gaffney, Esq.
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Email:  pcoggins@lockelord.com
Email:  bgaffney@lockelord.com

*Counsel for Defendant Jeff Webb*

                                        s/ Grady M. Garrison
                                        Grady M. Garrison