# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,** | ) ) ) ) |
| Plaintiffs, | ) Civil Action No.:  2:20-cv-02892 |
| v. | ) ) JURY DEMAND |
| **VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,** | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF NICOLE D. BERKOWITZ

COMES NOW Defendant U.S. All Star Federation, Inc. ("Defendant"), and hereby gives notice that it will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

> Nicole D. Berkowitz (TN #35046)
> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.
> 165 Madison Avenue, Suite 2000
> Memphis, Tennessee 38103
> Telephone:  (901) 577-8166
> Facsimile:  (901) 577-0866
> Email:  nberkowitz@bakerdonelson.com

In addition to counsel who has previously filed an appearance for Defendant and who will continue to represent Defendant, all pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendant U.S. All Star Federation, Inc.

Respectfully submitted,

        s/ Nicole D. Berkowitz
Grady M. Garrison (TN #8097)
Nicole D. Berkowitz (TN #35046)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8166
Facsimile: (901) 577-0866
Email: ggarrison@bakerdonelson.com
Email: nberkowitz@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2021, the foregoing was served on the Plaintiffs via the Court's Electronic Filing System and/or by emailing a true and exact copy to the following counsel of record:

Joseph R. Saveri, Esq.
Elissa Amlin Buchanan, Esq.
Kevin Rayhill, Esq.
Steven N. Williams, Esq.
**JOSEPH SAVERI LAW FIRM, INC.**
601 California St., Suite 1000
San Francisco, CA 94108
Email: jsaveri@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: swilliams@saverilawfirm.com

Van Davis Turner, Jr., Esq.
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Boulevard
Suite 2325
Memphis, TN 38118
Email: vturner@bruceturnerlaw.net

*Counsel for Plaintiffs*

George Cary, Esq.
Steven Kaiser, Esq.
Alexis Collins, Esq.
Mark W. Nelson, Esq.
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Email: gcary@cgsh.com

Adam S. Baldridge, Esq.
Matthew S. Mulqueen, Esq.
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: abaldridge@bakerdonelson.com
Email: mmulqueen@bakerdonelson.com

Email:  skaiser@cgsh.com
Email:  alcollins@cgsh.com
Email:  mnelson@cgsh.com

*Counsel for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity*

Paul Coggins, Esq.
Brendan Patrick Gaffney, Esq.
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Email:  pcoggins@lockelord.com
Email:  bgaffney@lockelord.com

*Counsel for Defendant Jeff Webb*

                                                  s/ Nicole D. Berkowitz
                                                  Nicole D. Berkowitz