# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves ) and All Others Similarly Situated<br><br>Plaintiffs,<br><br>**vs.**<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY<br><br>Defendants. | No. 2:20-cv-02892-SHL-cgc |

## JOINT STIPULATION AS TO SELECTION OF MEDIATOR

The Parties herein, by and through their respective undersigned counsel, hereby stipulate and agree, pursuant to W.D. Tenn. ADR Plan Rule 5.4, to conduct a mediation before Layn Phillips on or before May 28, 2021, subject to the mediator's availability.

Dated: February 19, 2021.

                                                     Respectfully submitted,

                                                     **BAKER, DONELSON, BEARMAN,**
                                                     **CALDWELL & BERKOWITZ, P.C.**

                                                     s/ Matthew S. Mulqueen
                                                     Matthew S. Mulqueen  (TN #28418)
                                                     Adam S. Baldridge (TN #23488)
                                                     Matthew S. Mulqueen (TN #28418)
                                                     165 Madison Avenue, Suite 2000

Memphis, Tennessee 38103
Telephone:  (901) 577-8234
Facsimile:  (901) 577-0843
Email:  abaldridge@bakerdonelson.com
Email:  mmulqueen@bakerdonelson.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

George Cary
Steven Kaiser
Alexis Collins
Mark W. Nelson
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Telephone:  (202) 974-1554
Email:  gcary@cgsh.com
Email:  skaiser@cgsh.com
Email:  alcollins@cgsh.com
Email:  mnelson@cgsh.com

*Counsel for Defendants, Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity*

**and**

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
Steven N. Williams
Kevin E. Rayhill
Elissa A. Buchanan
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

2

                                    **BRUCE TURNER, PLLC**
                                    Van Turner (TN Bar No. 22603)
                                    2650 Thousand Oaks Blvd., Suite 2325
                                    Memphis, Tennessee 38118
                                    Telephone: (901) 290-6610
                                    Facsimile: (901) 290-6611
                                    Email: vturner@bruceturnerlaw.net

                                    *Counsel for Plaintiffs, Jessica Jones, Michelle Velotta, and Christina Lorenzen*

### CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on February 19, 2021, a true and exact copy of the foregoing has been filed using the CM/ECF system, which will send electronic notice to counsel of record registered with the CM/ECF system.

                                      s/ Matthew S. Mulqueen
                                      Matthew S. Mulqueen