# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ss. |
| WESTERN DISTRICT OF MISSOURI ) | |

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Richard M. Paul, III was duly admitted to practice in said Court on November 7, 1996.

Richard M. Paul, III is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri  *Paige Wymore-Wynn*
on February 16, 2021  Paige Wymore-Wynn, Acting Clerk

By   *M. Warren*
  Melissa Warren, Deputy Clerk