Case 2:20-cv-02600-SHL-tmp   Document 50-1   Filed 09/28/20   Page 1 of 3    PageID 325

APPELLATE COURT CLERK'S OFFICE
**James M. Hivner, Clerk**
Supreme Court Building
401 7th Avenue North
NASHVILLE, TENNESSEE 37219-1407

NASHVILLE
TN 370
04 SEP '20
PM 4 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 37219  $ 000.50
02 4W
0000339499 SEP 04 2020

CHARLES F. BARRETT
NEAL & HARWELL, PCC
1201 DEMONBREUN ST.
SUITE 1000
NASHVILLE TN 37203



RECEIVED
9-9-20

37203-507850

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Charles Foose Barrett

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on December 20, 2000, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 4th day of September, 2020.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Adam F. Bennett, D.C.



Middle Division

**RECEIPT**

Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681
Tax ID#: 62-6001445

**RECEIPT # 160496**
RECEIPT DATE:
SEPTEMBER 4, 2020

**PAID BY:** Charles F. Barrett
Neal & Harwell, PCC
1201 Demonbreun St.
Suite 1000
Nashville, TN 37203

Clerk: KMR
Receipted: $50.00

| PAYMENT METHOD(S) | VOID | CHECK/MO NO. | AMOUNT |
|---|---|---|---|
| Check | | 153487 | $50.00 |

| DESCRIPTION | COMMENTS | QTY | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|
| Certificate of Good Standing | | 1 | $50.00 | $50.00 |
| | | | **TOTAL** | **$50.00** |

| INVOICE | BALANCE DUE |
|---|---|
| #180629 | $0.00 |

**Neal & Harwell, PLC BPR#020627**