*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| Jones et al |

| Defendant |
| --- |
| Bain Capital Private Equity et al |

| Case Number | Judge |
| --- | --- |
| 2:20-cv-02892-SHL-cgc | Judge Sheryl H. Lipman |

I, Anna-Patrice Harris hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Supreme Court of California | May 11, 2016 |
| United States District Court - Northern District of California | June 16, 2016 |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Harris | Anna-Patrice | Makeba |

| Applicant's Firm Name |
|---|
| JOSEPH SAVERI LAW FIRM, INC. |

| Applicant's Address | Room/Suite Number |
|---|---|
| 601 California Street | 1000 |

| City | State | Zip Code |
|---|---|---|
| San Francisco | California | 94108 |

| Applicant's Email Address |
|---|
| eabuchanan@saverilawfirm.com |

| Applicant's Phone Number(s) |
|---|
| (415) 500-6800 |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Adam S. Baldridge abaldridge@bakerdonelson.com; Alexis Collins alcollins@cgsh.com; Brendan Patrick Gaffney bgaffney@lockelord.com; Elissa Amlin Buchanan eabuchanan@saverilawfirm.com; George Cary gcary@cgsh.com; Grady M. Garrison ggarrison@bakerdonelson.com; Joseph R Saveri jsaveri@saverilawfirm.com; Kevin Rayhill krayhill@saverilawfirm.com; Mark W Nelson mnelson@cgsh.com; Matthew Sinon Mulqueen mmulqueen@bakerdonelson.com ; Nicole D. Berkowitz nberkowitz@bakerdonelson.com; Paul Coggins pcoggins@lockelord.com; Richard Paul , III Rick@PaulLLP.com; Sean R Cooper sean@paulllp.com; Steven Kaiser skaiser@cgsh.com; Steven N. Williams swilliams@saverilawfirm.com; Van Davis Turner , Jr vturner@bruceturnerlaw.net

## Certificate of Consultation

I hereby certify that Plaintiffs' counsel conferred with Steven J. Kaiser, Nicole Berkowitz and Paul Coggins, who do not oppose the forgoing Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 03/08/2022 | S/ Anna-Patrice Harris |