

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### ANNA-PATRICE M. HARRIS

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ANNA-PATRICE M. HARRIS #309022, was on the 11th day of May 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of March 3rd, 2021.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
*Florentino Jimenez, Assistant Deputy Clerk*

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Anna-Patrice Makeba Harris

Bar Number 309022

was duly admitted to practice in this Court on June 16, 2016, and is in good standing as a member of the bar of this Court.



Signed on March 8, 2021 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court