# EXHIBIT B

**Authorities Providing for Interpretation of State Antitrust Laws
Consistent with or more Narrowly than Federal Antitrust Law**

|   | State | Authority |
|---|---|---|
| A | **Alabama** | *Ranch House, Inc. v. Amerson*, 146 F. Supp. 2d 1180, 1203 (N.D. Ala. 2001). |
| B | **Alaska** | *Curtis v. Providence Health & Servs.*, No. 3:18-cv-0281, 2019 WL 1051179, at *3-5 (D. Alaska, Mar. 5, 2019). |
| C | **Arkansas** | *In re TFT-LCD (Flat Panel)*, 787 F. Supp. 2d 1036, 1042 (N.D. Cal. 2009) (explaining limited authorities interpreting the Arkansas antitrust statute) |
| D | **Arizona** | Ariz. Rev. Stat. Ann. § 44-1412. |
| E | **California** | *Vinci v. Waste Mgmt., Inc.*, 36 Ca. App. 4th 1811, 1814 n.1 (Cal. Ct. App. 1995); *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 269 F. Supp. 2d 1213, 1224-25 (C.D. Cal. 2003). |
| F | **Colorado** | Colo. Rev. Stat. § 6-4-119. |
| G | **District of Columbia** | D.C. Code § 28-4515. |
| H | **Hawaii** | Haw. Rev. Stat. § 480-3. |
| I | **Idaho** | Idaho Code Ann. § 48-102(3). |
| J | **Illinois** | 740 Ill. Comp. Stat. § 10/11. |
| K | **Iowa** | Iowa Code § 553.2; *Davies v. Genesis Med. Ctr.*, 994 F. Supp. 1078, 1103 (S.D. Iowa 1998). |
| L | **Kansas** | *Smith v. Philip Morris Companies, Inc.*, 335 P.3d 644, 652-53 (Kan. Ct. App. 2014); *Orr v. Beamon*, 77 F. Supp. 2d 1208, 1211-12 (D. Kan. 1999). |
| M | **Maine** | *McKinnon v. Honeywell Intern., Inc.*, 977 A.2d 420, 424 (Me. 2009). |
| N | **Maryland** | Md. Code Com. Law § 11-202(a)(2); *Gen. Nutrition Corp. v. Javaid*, Civil Action No. 17-1074, 2018 WL 1089758, at *1-2 (W.D. Pa. Feb. 26, 2018). |
| O | **Michigan** | Mich. Comp. Laws § 445.784. |
| P | **Minnesota** | *Midwest Commc'ns, Inc. v. Minn. Twins, Inc.*, 779 F.2d 444, 454 (8th Cir. 1985); *Keating v. Philip Morris, Inc.*, 417 N.W.2d 132, 136 (Minn. Ct. App. 1987); *State v. Duluth Bd. of Trade*, 121 N.W. 395, 399 (Minn. 1909). |
| Q | **Mississippi** | *Walker v. U-Haul Co. of Miss.*, 734 F.2d 1068, 1070 n.5 (5th Cir. 1984). |
| R | **Nebraska** | Neb. Rev. Stat. Ann. § 59-829. |
| S | **Nevada** | Nev. Rev. Stat. Ann. § 598A.050. |

| T | **New Hampshire** | N.H. Rev. Stat. Ann. § 356:14; *Minuteman, LLC v. Microsoft Corp.*, 795 A.2d 833, 836 (N.H. 2002), *superseded on other grounds*, N.H. Rev. Stat. § 356:4-a (2008) (granting indirect purchaser standing). |
|---|---|---|
| U | **New Mexico** | N.M. Stat. Ann. § 57-1-15. |
| V | **New York** | *Anheuser-Busch, Inc. v. Abrams*, 520 N.E.2d 535, 539 (N.Y. 1988). |
| W | **North Carolina** | *Rose v. Vulcan Materials Co.*, 194 S.E.2d 521, 530 (N.C. 1973). |
| X | **North Dakota** | *Beckler v. Visa U.S.A., Inc.*, No. 09-04-C-00030, 2004 WL 2475100, at *4 (N.D. Dist. Ct. Sept. 21, 2004). |
| Y | **Oregon** | Or. Rev. Stat. Ann. § 646.715(2). |
| Z | **Rhode Island** | R.I. Gen. Laws § 6-36-2(b). |
| AA | **South Dakota** | S.D. Codified Laws § 37-1-22; *Byre v. City of Chamberlain*, 362 N.W.2d 69, 74 (S.D. 1985). |
| BB | **Tennessee** | *Spahr v. Leegin Creative Leather Prods.*, No. 2:07-CV-187, 2008 WL 3914461, at *12-14 (E.D. Tenn. Aug. 20, 2008). |
| CC | **Utah** | Utah Code Ann. § 76-10-3118; *All Weather Exteriors Distributing, Inc. v. California Wholesale Material Supply Inc.*, No. 2:06-CV-346, 2007 WL 445281, at *4 & n.33 (D. Utah Feb. 6, 2007) (formerly cited as Utah Code Ann. § 76-10-926). |
| DD | **West Virginia** | W. Va. Code Ann. § 47-18-16; *Gray v. Marshall County Bd. of Educ.*, 367 S.E.2d 751, 755 (W. Va. 1988). |
| EE | **Wisconsin** | *State v. Waste Mgmt. of Wis., Inc.*, 261 N.W.2d 147, 153 & n.12 (Wis. 1978). |