UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESSICA JONES et al.,<br><br>   Plaintiffs,<br> v.<br><br>VARSITY BRANDS, LLC et al.,<br><br>   Defendants. | Civ. Action No. 2:20-cv-02892 |

**VARSITY DEFENDANTS' MOTION TO DISMISS**

  Defendants Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC[1] ("Defendants"), through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(6), hereby move this Court to dismiss the Complaint (ECF No. 1) filed by Plaintiffs for failure to state a claim upon which relief can be granted.

  Pursuant to Local Rule 7.2(d), movants request oral argument because they believe it will assist the Court in understanding the motion and the attendant issues and to answer any questions the Court may have.

  WHEREFORE, for the reasons set forth in Defendants' Memorandum of Law in Support, filed contemporaneously herewith, Defendants respectfully request that Plaintiffs' Consolidated Complaint be dismissed in its entirety.

---

[1] Referred to as "Varsity Spirit Fashion & Supplies, LLC" in Plaintiffs' Complaint.

Dated:  March 12, 2021

        Respectfully submitted,

        By: /s Matthew S. Mulqueen

        George S. Cary*
        Mark W. Nelson*
        Alexis Collins*
        Steven J. Kaiser*
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        2112 Pennsylvania Avenue, NW
        Washington, DC 20037
        Phone: (202) 974-1500
        Fax: (202) 974-1999
        gcary@cgsh.com
        mnelson@cgsh.com
        alcollins@cgsh.com
        skaiser@cgsh.com

        * Admitted *pro hac vice*

        Matthew S. Mulqueen (TN #28418)
        Adam S. Baldridge (TN #23488)
        BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
        165 Madison Avenue, Suite 2000
        Memphis, TN 38103
        Phone: (901) 526-2000
        Fax: (901) 577-0866
        mmulqueen@bakerdonelson.com
        abaldridge@bakerdonelson.com

        *Attorneys for Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashions & Supplies, LLC*