## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESSICA JONES et al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC et al., <br><br> Defendants. | Civ. Action No. 2:20-cv-02892 |

### MOTION TO DISMISS OF DEFENDANTS CHARLESBANK CAPITAL PARTNERS, LLC, AND BAIN CAPITAL PRIVATE EQUITY, LLC

Defendants Charlesbank Capital Partners, LLC, Bain Capital Private Equity, LLC;[1] ("Defendants"), through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(6), hereby move this Court to dismiss the Complaint (ECF No. 1) filed by Plaintiffs for failure to state a claim upon which relief can be granted.

Pursuant to Local Rule 7.2(d), movants request oral argument because they believe it will assist the Court in understanding the motion and the attendant issues and to answer any questions the Court may have.

WHEREFORE, for the reasons set forth in Defendants' Memorandum of Law in Support, filed contemporaneously herewith, Defendants respectfully request that Plaintiffs' Consolidated Complaint be dismissed in its entirety.

---

[1] Referred to as "Bain Capital Private Equity" in Plaintiffs' Complaint.

Dated: March 12, 2021

Respectfully submitted,

By: /s Matthew S. Mulqueen

George S. Cary*
Mark W. Nelson*
Alexis Collins*
Steven J. Kaiser*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Bain Capital Private Equity, LLC and Charlesbank Capital Partners, LLC*