# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., )<br>　　Plaintiffs, )<br>v. )<br> )<br>BAIN CAPITAL PRIVATE EQUITY, et al., )<br>　　Defendants. ) | No. 2:20-cvr-02892-SHL-cgc |

## SCHEDULING ORDER

On January 7, 2021, the Court entered an Order for Parties to Submit a Proposed Scheduling Order. (ECF No. 31.) The Parties have submitted a Joint Proposed Scheduling Order, and the Court **ORDERS** that the Parties shall comply with the following deadlines:

**OPPOSITIONS TO MOTION TO DISMISS:** April 15, 2021.

**OPPOSITIONS TO MOTION TO STRIKE CLASS ALLEGATIONS:** April 15, 2021.

**REPLIES IN SUPPORT OF MOTION TO DISMISS:** April 29, 2021.

**REPLIES IN SUPPORT OF MOTION TO STRIKE CLASS ALLEGATIONS:** April 29, 2021.

**PARTIES TO SUBMIT DISPUTES TO COURT REGARDING ANY AREAS OF DISPUTE REGARDING DOCUMENTS TO BE PRODUCED IN RESPONSE TO REQUESTS FOR PRODUCTION:** 90 days from service of the Parties' first Requests for Production.

**ALTERNATIVE DISPUTE RESOLUTION:**

　　(a)　**ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** May 28, 2021.

　　(b)　**SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c):**

　　　　**ADR STIPULATION FILING DATE:** On or before February 19, 2021, the Parties will file a stipulation designating the specific ADR intervention the Parties have selected, the time frame within which the ADR process will be completed, and the selected Neutral.

**COMPLETING FACT DISCOVERY:**

- **(a)** **DOCUMENT PRODUCTION**[1]

    - **(1)** **BEGIN ROLLING PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION:** Within 75 days of service of the relevant request for production of documents, subject to any unresolved objections of the producing Party.

    - **(2)** **COMPLETION OF PRODUCTION OF TRANSACTIONAL DATA IN RESPONSE TO DISCOVERY REQUESTS:** Within 100 days of service of the relevant discovery requests, subject to any unresolved objections of the producing Party.

    - **(3)** **COMPLETION OF DOCUMENT PRODUCTION IN RESPONSE TO REQUESTS FOR PRODUCTION:** Within 165 days of the service of relevant requests for production of documents, subject to any unresolved objections of the producing Party.

- **(b)** **DEADLINE FOR MOTIONS TO JOIN PARTIES:** November 19, 2021.

- **(c)** **DEADLINE FOR MOTIONS TO AMEND PLEADINGS:** November 19, 2021.

- **(d)** **DEADLINE FOR COMPLETION OF DEPOSITIONS:** February 18, 2022.[2]

- **(e)** **DEADLINE FOR SERVING INTERROGATORIES AND REQUESTS FOR ADMISSION:** January 14, 2022.

- **(f)** **CLOSE OF FACT DISCOVERY:** February 18, 2022.

**EXPERT WITNESS DISCLOSURES:**

- **(a)** **DEADLINE TO SERVE EXPERT REPORTS ON ALL ISSUES FOR WHICH A PARTY BEARS THE BURDEN OF PROOF:** March 18, 2022.

- **(b)** **DEADLINE TO SERVE OPPOSING EXPERT REPORTS:** May 13, 2022.

---

[1] All requests for production must be served at least 45 days before the end of Fact Discovery.

[2] The deadline for completing depositions and closing fact discovery are contingent on the Parties' substantially completing production of data and documents sufficiently in advance of the February 18, 2022 deadline for completing depositions and closing fact discovery so that the Parties have sufficient time to prepare for and use the documents during depositions.

    **(c)**    **DEADLINE TO SERVE REBUTTAL EXPERT REPORTS:** July 11, 2022.

    **(d)**    **DEADLINE FOR EXPERT WITNESS DEPOSITIONS:**[3] August 12, 2022.

**MOTIONS FOR CLASS CERTIFICATION AND TO EXCLUDE EXPERTS UNDER F.R.E. 702 / DAUBERT MOTIONS:** September 16, 2022.

**OPPOSITIONS TO MOTIONS FOR CLASS CERTIFICATION AND TO EXCLUDE EXPERTS UNDER F.R.E. 702 / DAUBERT MOTIONS:** November 11, 2022.

**STATUS CONFERENCE TO SET SCHEDULE FOR SUMMARY JUDGMENT AND TRIAL:** November 18, 2022 at 9:30 AM.

**REPLIES IN SUPPORT OF MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702 / DAUBERT MOTIONS:** December 9, 2022.

**REPLIES IN SUPPORT OF MOTIONS FOR CLASS CERTIFICATION:** December 22, 2022.

**SUMMARY JUDGMENT MOTIONS:** To be discussed at November 18th conference.

**JOINT PROPOSED PRETRIAL ORDER DUE:** To be set by the Court at the November 18th Conference.

**PRETRIAL CONFERENCE DATE:** To be set by the Court at the November 18th Conference.

**JURY TRIAL:** To be set by the Court at November 18th Conference.

**OTHER RELEVANT MATTERS:**

    Pursuant to Local Rule 16.3(d), within 7 days of completion of ADR, the parties shall file a notice via ECF confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR. The Mediator must file a Mediation Certification form, as noted above.

    Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall, be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

    Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

---

[3] Absent agreement of the Parties, each expert is subject to a maximum of one deposition lasting no more than seven hours.

The opposing party must file a response to any opposed motion. Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56, without leave of the court. Pursuant to Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply within 7 days of service of the response, setting forth the reasons why a reply is required.

*This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**IT IS SO ORDERED,** this 7th day of April, 2021.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE