# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Jason Scott Hartley

Bar Number 192514

was duly admitted to practice in this Court on July 21, 2000, and is in good standing as a member of the bar of this Court.



Signed on April 2, 2021 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court