# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES**, **MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>**Defendants.** | Case No. 2:20-cv-02892-SHL-cgc<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* OF JASON S. HARTLEY**<br><br>**JURY DEMAND** |

The Court, having considered the Motion for Leave to Appear *Pro Hac Vice* of Jason S. Hartley and related papers and certifications, hereby **ORDERS**:

The Motion for Leave to Appear *Pro Hac Vice* of Jason S. Hartley is **GRANTED**.

Date: _____

_____
Hon. Sheryl H. Lipman
United Stated District Judge