# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br>     Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC,VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br>     Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>2:20-cv-02782-SHL-atc<br><br>**AFFIDAVIT OF PROPOSED INTERIM LEAD CLASS COUNSEL ROBERT A. FALANGA** |

**State of Georgia** )
)
**County of Fulton** )

Personally appeared Mr. Robert A. Falanga, who upon oath states and deposes as follows:

**1.**

I have done significant work identifying witnesses and investigating the potential claims in this case.

**2.**

I and the attorneys of my firm have experience both prosecuting and defending statutory tort class actions, RICO violations and other complex claims going back to 1989.

**3.**

I and my legal team have sufficient knowledge of applicable law including Federal and Georgia "RICO" laws, the Sherman and Clayton Acts, as well as the Federal Rules of Civil Procedure and the Local Rules of the Western District of Tennessee.

**4.**

I and my firm have committed significant and adequate resources to representing the Proposed Classes in this case.

**5.**

No other firm has or does represent the interests of the Plaintiffs with regard to *key questions of fact and law* such as:

1

2

(1) Whether gyms like Fusion Elite (named plaintiff in another pending lawsuit against Varsity Brands, LLC) actually conspire with the Defendants, via payola kickbacks which are not shared by the parents who actually pay for the purchased merchandise and services;

(2) To what extent the corporate owners of Varsity Brands, LLC knowingly participate; and

(3) Claims that certain Defendants monopolize *non-cheer markets* in violation of state and federal antitrust law. Those markets include markets for scholastic athletic equipment, apparel, and graduation regalia.

FURTHER AFFIANT SAYETH NOT.

This the 3rd day of November, 2020.

_____
Robert A. Falanga

Sworn to and subscribed
before me this 3rd day
of November, 2020.

_____
Notary Public

[Notary Seal: LORENA DRYDEN, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES JUN.09,2024]

2