# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC.,  ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC,VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br>      Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>2:20-cv-02782-SHL-atc<br><br>**CERTIFICATE OF CONSULTATION** |

## CERTIFICATE OF CONSULTATION

Pursuant to LR 7.2(a)(1)(b), Plaintiffs certify that, though all Plaintiffs are in agreement with the action requested by the motion, after consultation the Defendants are unable to reach an accord as to all issues.

The names of participating counsel include: Robert A. Falanga (Law Offices of Falanga & Chalker), Brendan P. Gaffney (Locke Lord LLP), Steven J. Kaiser (Cleary Gottlieb Steen & Hamilton LLP), and Nicole Berkowitz (Baker, Donelson, Bearman, Caldwell & Berkowitz P.C.).

The dates of the consultation were: October 31, 2020 – November 3, 2020.

The manner of the consultation was: electronic mail.

Respectfully submitted,

This 3rd day of November, 2020.

s/ Robert A Falanga
Robert A. Falanga, Esq.
Attorney Bar No. 254400
Attorney for Plaintiffs and their Putative Classes
*Motion for admission*
*pro hac vice forthcoming*

s/ Kobelah Svensen Bennah
Kobelah Svensen Bennah
Attorney Bar No. 378113
Attorney for Plaintiffs and their Putative Classes

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
robert@falangalaw.com
kobelah@falangalaw.com