# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC,VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br>                      Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>2:20-cv-02782-SHL-atc<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing **MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL, MEMORANDUM OF LAW IN SUPPORT, AND CERTIFICATE OF CONSULTATION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Adam S. Baldridge<br>Matthew S. Mulqueen<br>BAKER, DONELSON,<br>BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, NE<br>Atlanta, GA 30326-1164 | Brendon Patrick Gaffney<br>Paul Edward Coggins<br>Talis Colgan Trevino<br>LOCKE LORD LLP<br>Terminus 200, Suite 1200<br>3333 Piedmont Road NE<br>Atlanta, GA 30305 |

1

Service by U.S. Mail was made to the following attorneys of record:

Steven J. Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037

Nicole D. Berkowitz
Grady Garrison
Baker Donelson Bearman Caldwell & Berkowitz
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, Georgia 30326-1164

Respectfully submitted,

This 3rd day of November, 2020.

s/ Robert A Falanga
Robert A. Falanga, Esq.
Attorney Bar No. 254400
Attorney for Plaintiffs and their Putative Classes
*Motion for admission pro hac vice forthcoming*

s/ Kobelah Svensen Bennah
Kobelah Svensen Bennah
Attorney Bar No. 378113
Attorney for Plaintiffs and their Putative Classes

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
robert@falangalaw.com
kobelah@falangalaw.com