IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br><br>    Defendants. | Case No. 2:20-cv-02782-SHL-atc<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF GRADY M. GARRISON

Defendants U.S. All Star Federation, Inc. ("USASF") and USA Federation for Sport Cheering d/b/a USA Cheer ("USA Cheer"), hereby give notice that they will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Grady M. Garrison (TN #008097)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: 901.526.2000

Facsimile: 901.577.2303
Email: ggarrison@bakerdonelson.com

All pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendants U.S. All Star Federation, Inc. and USA Federation for Sport Cheering d/b/a USA Cheer.

November 5, 2020

Respectfully submitted,

*s/ Grady M. Garrison*
Grady M. Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone : (901) 526-2000
Facsimile : (901) 577-2303
Email : ggarrison@bakerdonelson.com
Email : nberkowitz@bakerdonelson.com

*Counsel for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of November 2020, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and/or via U.S. Mail, postage prepaid, to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ Grady M. Garrison
Grady M. Garrison

4815-6456-7761v1
2933399-000005 11/05/2020