**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,** ) ) ) ) | |
| **Plaintiffs,** ) | **Civil Action No.: 2:20-cv-02892** |
| ) | |
| **v.** ) | **JURY DEMAND** |
| ) | |
| **VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,** ) ) ) ) ) ) | |
| **Defendants.** ) | |

---

**UNOPPOSED MOTION EXTENDING MEDIATION DEADLINE**

---

Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, U.S. All Star Federation, Inc., Jeff Webb, Charlesbank Capital Partners LLC, and Bain Capital Private Equity ("Defendants"), by and through their undersigned counsel, respectfully move this Court for an Order granting additional time to allow the parties to select a new mediator for the Initial Intervention called for by Rule 4.3(a) of the Court's ADR Plan and extending the mediation deadline previously set by the Court in this case pursuant to the Scheduling Order entered by the Court on April 7, 2021. *See* ECF No. 61.

The parties previously agreed to mediate this case before Layn Phillips. *See* Joint Stipulation as to Selection of Mediator, ECF No. 46. The Court's Scheduling Order set May 28, 2021 as the deadline for completing the Initial Intervention pursuant to Rule 4.3(a) of the Court's ADR Plan. Scheduling issues have prevented Defendants from securing an Initial Intervention

date prior to this deadline, and Mr. Phillips is largely unavailable through at least August given other matters his office is handling.

Accordingly, Defendants request that the parties be allowed additional time, up to and including June 18, 2021, to reach agreement with Plaintiffs on a new mediator to conduct the Initial Intervention pursuant to Section 5.4(b) of the Court's ADR Plan and to file a stipulation with the Court noting the selection.  If the Parties are unable to reach agreement on a mediator, Defendants propose that the parties file a stipulation with the Court on or before June 18, 2021 stating so and request that the Court appoint a mediator pursuant to Section 5.4(a) of the ADR Plan.  Defendants also request that the Court allow the parties until July 31, 2021 to complete the Initial Intervention under Rule 4.3(a) of the ADR Plan.

WHEREFORE, Defendants respectfully request this Court enter an Order Granting their Unopposed Motion Extending Mediation Deadline, submitted contemporaneously hereto, as to the relief set out in this motion.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

s/ Matthew S. Mulqueen
Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone:  (901) 577-8234
Facsimile:  (901) 577-0843
Email:  abaldridge@bakerdonelson.com
Email:  mmulqueen@bakerdonelson.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

George Cary
Steven Kaiser
Alexis Collins
Mark W. Nelson
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Telephone:  (202) 974-1554
Email:  gcary@cgsh.com
Email:  skaiser@cgsh.com
Email:  alcollins@cgsh.com
Email:  mnelson@cgsh.com

*Counsel for Defendants Varsity Brands, LLC,
Varsity Spirit, LLC, Varsity Spirit Fashions &
Supplies, LLC, Charlesbank Capital Partners
LLC and Bain Capital Private Equity*

**LOCKE LORD LLP**

s/ Paul Coggins
Paul Coggins
Brendan Patrick Gaffney
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone:  (214) 740-8104
Facsimile: (214) 756-8104
Email:  pcoggins@lockelord.com
Email:  bgaffney@lockelord.com

*Counsel for Defendant Jeff Webb*

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

s/ Nicole D. Berkowitz
Grady M. Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  (901) 526-2000
Facsimile:  (901) 577-2303
Email:  ggarison@bakerdonelson.com

3

Email:  nberkowitz@bakerdonelson.com

*Counsel for Defendant U.S. All Star
Federation, Inc.*

## <u>CERTIFICATE OF CONSULTATION</u>

Counsel for Defendants consulted with Plaintiffs' counsel on May 18th and 24th, 2021 via telephone, and May 28th, 2021 via email, and Plaintiffs' counsel informed Defendants' counsel that Plaintiffs do not oppose the relief requested in this motion.

 s/ Matthew S. Mulqueen

Matthew S. Mulqueen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of May, 2021, the foregoing was served on the Plaintiffs via the Court's Electronic Filing System and/or by emailing a true and exact copy to the following counsel of record:

Joseph R. Saveri, Esq.
Elissa Amlin Buchanan, Esq.
Kevin Rayhill, Esq.
Steven N. Williams, Esq.
Anna-Patrice Harris, Esq.
**JOSEPH SAVERI LAW FIRM, INC.**
601 California St., Suite 1000
San Francisco, CA 94108
Email:  jsaveri@saverilawfirm.com
Email:  eabuchanan@saverilawfirm.com
Email:  krayhill@saverilawfirm.com
Email:  swilliams@saverilawfirm.com
Email:  aharris@saverilawfirm.com

Van Davis Turner, Jr., Esq.
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Boulevard
Suite 2325
Memphis, TN 38118
Email:  vturner@bruceturnerlaw.net

Jason Scott Hartley, Esq.
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Email:  hartley@hartleyllp.com

Richard Paul, III, Esq.
Sean R. Cooper, Esq.
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, MO 64106
Email:  Rick@PaulLLP.com
Email:  sean@paulllp.com

*Counsel for Plaintiffs*

s/ Matthew S. Mulqueen
Matthew S. Mulqueen