# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BAIN CAPITAL PRIVATE EQUITY, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 2:20-cv-02892-SHL-cgc |

## ORDER EXTENDING MEDIATION DEADLINE

Before the Court is Defendants' Unopposed Motion Extending Mediation deadline, filed May 28, 2021. (ECF No. 77.) In support of their Motion, Defendants state that the Parties' agreed mediator, Hon. Layn Phillips, is not available until August 2021. Thus, Defendants request until June 18, 2021, to agree on a new mediator. (ECF No. 77.) If the Parties do not agree by June 18, 2021, they agree that the Court will appoint a mediator. (ECF No. 77.) Further, Defendants seek an extension of the current deadline to mediate, May 28, 2021, until July 31, 2021. Finding good cause, the Court **GRANTS** the Motion and **EXTENDS** the deadline to mediate until **July 31, 2021**. In the future, the Parties are cautioned to file any motions to extend deadlines before the actual deadline.

**IT IS SO ORDERED,** this 1st day of June, 2021.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                UNITED STATES DISTRICT JUDGE