AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Jessica Jones et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:20-cv-02892-SHL-cgc |
| Bain Capital Private Equity et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN.

Date: 06/10/2021

/s/ Jason S. Hartley
*Attorney's signature*

Jason S. Hartley
*Printed name and bar number*

101 W. BROADWAY, No. 820
San Diego, CA 92101

*Address*

hartley@hartleyllp.com
*E-mail address*

(619) 400-5822
*Telephone number*

*FAX number*