# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## ALEXIS  L.  COLLINS

was, on the ___2nd___ day of ___November___ A.D. ___2015___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___13th___ day of ___November___ A.D. ___2020___.



**ANGELA D. CAESAR, CLERK**

By: *Jamisha Jefferson*

**Deputy Clerk**