# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| JESSICA JONES; MICHELLE VELOTTA; and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.:  2:20-cv-02892 |
| VARSITY BRANDS, LLC; VARSITY SPIRIT LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS, LLC; and BAIN CAPITAL PRIVATE EQUITY, ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants, ) | |

## NOTICE OF APPEARANCE OF ANDREW ROACH

COMES NOW Defendant U.S. All Star Federation, Inc. ("Defendant"), and hereby gives notice that it will be represented by the following additional counsel from the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.:

>Andrew Roach (BPR #37934)
>BAKER, DONELSON, BEARMAN,
>CALDWELL & BERKOWITZ, P.C.
>165 Madison Avenue, Suite 2000
>Memphis, Tennessee 38103
>Telephone:  901.577.2357
>Facsimile:  901.577.0846
>Email:  aroach@bakerdonelson.com

In addition to counsel who has previously filed an appearance for Defendant and who will continue to represent Defendant, all pleadings and notices should also be forwarded to the above-mentioned counsel on behalf of Defendant U.S. All Star Federation, Inc.

DATED:  June 16, 2021

Respectfully submitted,

*s/ Andrew Roach*
Grady M. Garrison (BPR #008097)
Nicole D. Berkowitz (BPR #35046)
Andrew Roach (BPR #37934)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2357
Facsimile:  (901) 577-0846
Email:  ggarrison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com
Email:  aroach@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of June 2021, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

*s/ Andrew Roach*
Andrew Roach