# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-cgc<br><br>**JOINT MOTION FOR AN ORDER EXTENDING DEADLINES FOR DISPUTES REGARDING REQUESTS FOR PRODUCTION TO DEFENDANT VARSITY**<br><br>**JURY DEMAND** |

Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen ("Plaintiffs') and Defendants Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashion & Supplies, LLC, (collectively with Varsity Brands, LLC; Varsity Spirit, LLC, "Varsity"), U.S. All Star Federation, Inc. ("USASF"); Jeff Webb; Charlesbank Capital Partners LLC; and Bain Capital Private Equity (collectively, "Defendants"; together with Plaintiffs, "the Parties") jointly move this Court, pursuant to Fed. R. Civ. P. 16(b)(4), for the entry of an amended scheduling order extending the deadline for the Parties to submit any disputes regarding the production of documents to July 30, 2021.

Plaintiffs served their First Requests for Production of Documents on all Defendants except Jeff Webb on March 26, 2021. Plaintiffs served amended Requests for Production on Varsity on March 29, 2021. Plaintiffs served their First Requests for Production on Jeff Webb on April 8, 2021.

On April 26, 2021, all Defendants except Jeff Webb served their Responses to Plaintiffs' First Requests for Production. On May 10, 2021, Mr. Webb served his Responses.

On May 11, 2021, the Plaintiffs and Varsity met and conferred regarding Varsity's responses. Plaintiffs and Varsity have continued to meet and confer in the intervening time. On June 9, 2021, Plaintiffs began the meet and confer process with the remaining Defendants. Plaintiffs have met and conferred with all Defendants. These consultations are ongoing.

The Parties have made substantial progress in negotiations regarding Defendants' production of documents, but outstanding issues remain that the Parties believe may be susceptible to reasonable accommodation if the Parties have sufficient time to continue their discussions and work toward resolution.

Under the Court's April 7, 2021 Scheduling Order (ECF No. 61), the current deadline for motion practice relating to production of documents is June 24, 2021 (90 days after service of Plaintiffs' First Requests for Production) for USASF, Charlesbank, and Bain; June 28, 2021, for Varsity; and July 7, 2021, for Jeff Webb.

The Parties have agreed that an extension of the deadline to submit disputes to the Court regarding the production of documents until July 30, 2021 would give the Parties sufficient time to resolve many of their remaining disputes and maximize judicial efficiency by minimizing the disputes the Parties will need to ask the Court to resolve.

The Sixth Circuit has explained that "[t]he primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Bank of Am., N.A. v. Corporex Realty & Investment Corp.*, 661 F. App'x 305, 317 (6th Cir. 2016) (quoting *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002)). Here, the Parties are moving jointly and have diligently negotiated the scope of productions in response to the first Requests for Production as per the Scheduling Order in an effort to come to agreement.

The Parties believe that extending the deadlines for submission of document production disputes to July 30, 2021 will allow them to complete their meet and confers, reach agreements

in all areas where compromise is possible, and then file motions where disputes remain. The Parties agree that all other deadlines set by the Court will remain the same.

Accordingly, the Parties respectfully request that the Court issue an order extending the deadline to submit disputes to the Court regarding Defendants' production of documents to July 30, 2021.

Dated: June 17, 2021              By:      /s/ Joseph R. Saveri
                                        Joseph R. Saveri

                                 Joseph R. Saveri*
                                 Steven N. Williams*
                                 Kevin E. Rayhill*
                                 Elissa A. Buchanan*
                                 Anna-Patrice Harris*
                                 **JOSEPH SAVERI LAW FIRM, LLP**
                                 601 California Street, Suite 1000
                                 San Francisco, California 94108
                                 Telephone: (415) 500-6800
                                 Facsimile:  (415) 395-9940
                                 Email:  jsaveri@saverilawfirm.com
                                         swilliams@saverilawfirm.com
                                         krayhill@saverilawfirm.com
                                         eabuchanan@saverilawfirm.com
                                         aharris@saverilawfirm.com

                                 Van Turner (TN Bar No. 22603)
                                 **BRUCE TURNER, PLLC**
                                 2650 Thousand Oaks Blvd., Suite 2325
                                 Memphis, Tennessee 38118
                                 Telephone: (901) 290-6610
                                 Facsimile: (901) 290-6611
                                 Email: vturner@bruceturnerlaw.net

        Daniel E. Gustafson
        Daniel C. Hedlund
        Daniel J. Nordin
        Ling S. Wang
        **GUSTAFSON GLUEK PLLC**
        Canadian Pacific Plaza
        120 South Sixth Street, Suite 2600
        Minneapolis, MN 55402
        Telephone: (612) 333-8844
        Facsimile: (612) 339-6622
        Email: dgustafson@gustafsongluek.com
                dhedlund@gustafsongluek.com
                dnordin@gustafsongluek.com
                lwang@gustafsongluek.com

        Richard M. Paul III*
        Sean R. Cooper*
        **PAUL LLP**
        601 Walnut, Suite 300
        Kansas City, Missouri 64106
        Telephone: (816) 984-8100
        Email: rick@paulllp.com
                sean@paulllp.com

        * *Admitted pro hac vice*

        *Attorneys for Individual and Representative Plaintiffs*

By:    */s/ Steven J. Kaiser*
      Steven J. Kaiser

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

Matthew S. Mulqueen
Adam S. Baldridge
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC; and Bain Capital Private Equity*

By: */s/ Paul Coggins*
         Paul Coggins

Paul Coggins* (TX Bar #04504700)
Brendan Gaffney* (TX Bar #24074239)
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

Talis C. Trevino* (GA Bar #181896)
**LOCKE LORD LLP**
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
Phone: (404) 870-4600
Fax: (404) 872-5547 (fax)
talis.trevino@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN Bar #018904)
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Facsimile: (901) 680-7201
Edward.Stanton@butlersnow.com

*Attorneys for Jeff Webb*

By: */s/ Nicole D. Berkowitz*
         Nicole D. Berkowitz

Grady M. Garrison (TN Bar #008097)
Nicole D. Berkowitz (TN Bar #35046)
Andrew Roach (TN Bar #37934)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2357

Facsimile: (901) 577-0846
Email: ggarrison@bakerdonelson.com
Email: nberkowitz@bakerdonelson.com
Email: aroach@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

*/s/ Joseph R. Saveri*
Joseph R. Saveri
