# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,** )<br>)<br>)<br>) | |
| Plaintiffs, ) | Civil Action No.: 2:20-cv-02892 |
| ) | |
| v. ) | **JURY DEMAND** |
| ) | |
| **VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

_____

## JOINT STIPULATION AS TO SELECTION OF MEDIATOR

Pursuant to the Court's Order Extending Mediation Deadline, ECF No. 78, the Parties hereby stipulate that they will conduct a mediation pursuant to this Court's Plan for Alternative Dispute Resolution mediation with David Wade on or before July 31, 2021.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

s/ Matthew S. Mulqueen
Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8234
Facsimile: (901) 577-0843
Email: abaldridge@bakerdonelson.com
Email: mmulqueen@bakerdonelson.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

George Cary
Steven Kaiser
Alexis Collins
Mark W. Nelson
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Telephone:  (202) 974-1554
Email:  gcary@cgsh.com
Email:  skaiser@cgsh.com
Email:  alcollins@cgsh.com
Email:  mnelson@cgsh.com

*Counsel for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC and Bain Capital Private Equity*


**LOCKE LORD LLP**

s/ Paul Coggins
Paul Coggins
Brendan Patrick Gaffney
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone:  (214) 740-8104
Facsimile: (214) 756-8104
Email:  pcoggins@lockelord.com
Email:  bgaffney@lockelord.com

*Counsel for Defendant Jeff Webb*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

s/ Nicole D. Berkowitz
Grady M. Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
165 Madison Avenue, Suite 2000

        Memphis, TN 38103
Telephone:  (901) 526-2000
Facsimile:  (901) 577-2303
Email:  ggarison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

**JOSEPH SAVERI LAW FIRM, INC.**

s/ Joseph R. Saveri
Joseph R. Saveri
Steven N. Williams
Kevin E. Rayhill
Elissa A. Buchanan
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

**BRUCE TURNER, PLLC**

Van Turner (TN Bar No. 22603)
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

*Counsel for Plaintiffs, Jessica Jones, Michelle Velotta, and Christina Lorenzen*

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on this 17th day of June, 2021, the foregoing was served on the all counsel of record via the Court's Electronic Filing System.

<u>s/ Matthew S. Mulqueen</u>  
Matthew S. Mulqueen