**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| JESSICA JONES, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>BAIN CAPITAL PRIVATE EQUITY, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)　No. 2:20-cv-02892-SHL-cgc<br>)<br>)<br>)<br>) |

**ORDER EXTENDING DEADLINE FOR SUBMISSION OF DISPUTES**

　　Before the Court is the Parties' Joint Motion for an Order Extending Deadlines for Disputes Regarding Requests for Production to Defendant Varsity, filed June 17, 2021. (ECF No. 82.) In support of their Motion, the Parties state that, though they have made "substantial progress," additional time will help "to resolve many of their remaining disputes and maximize judicial efficiency by minimizing the disputes the Parties will need to ask the Court to resolve." (ECF No. 82 at PageID 635.) Thus, the Parties request an extension from June 24, 2021, until July 30, 2021, to submit disputes to the Court regarding the production of documents. (ECF No. 82.) Finding good cause, the Court **GRANTS** the Motion and **EXTENDS** the deadline to submit production disputes to **July 30, 2021**.

　　**IT IS SO ORDERED,** this 22nd day of June, 2021.

　　　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE