# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 33721 |
| OF | ) | **CERTIFICATE** |
| RONNIE SEIDEL SPIEGEL | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**RONNIE SEIDEL SPIEGEL**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 19, 2003, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court this 18th day of June, 2021.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

# United States District Court

## Western District of Washington



### CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, do hereby certify that RONNIE SPIEGEL was admitted to practice in said Court on February 8, 2007 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on June 16, 2021.

William M. McCool
Clerk

By _____
Deputy Clerk