AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Jessica Jones et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-02892-SHL-cgc |
| Bain Capital Private Equity et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated.

Date: 06/25/2021

/s/ Ronnie Seidel Spiegel
*Attorney's signature*

Ronnie Seidel Spiegel (WSBA License No. 33721)
*Printed name and bar number*

JOSEPH SAVERI LAW FIRM, LLC
601 California Street, Suite 1000
San Francisco, California 94108
*Address*

rspiegel@saverilawfirm.com
*E-mail address*

(415) 500-6800
*Telephone number*

(415) 395-9940
*FAX number*