UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES et al.,<br><br>   Plaintiffs,<br> v.<br><br>VARSITY BRANDS, LLC et al.,<br><br>   Defendants. | **Civ. Action No. 2:20-cv-02892** |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby provide the Court with notice of yesterday's decisions of the United States District Court for the District of Columbia in *New York v. Facebook, Inc.*, No. 20-cv-03589 (D.D.C. June 28, 2021). In *Facebook*, the plaintiffs sought to allege a violation of Section 2 of the Sherman Act based on acquisitions and other conduct. The Court dismissed the case in its entirety under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As to the acquisitions, the Court held that the doctrine of laches barred claims based on acquisitions made more than four years before the case was filed because such claims would likewise be barred under the statute of limitations. *Id.* (slip op. at 43). The Court also held that conduct that is not anticompetitive as a matter of law cannot provide the basis for a claim under Section 2 when combined with such out-of-period acquisitions on a "course of conduct" or "monopoly broth" theory. *Id.* (slip op. at 61-62).

In short, the Court rejected the very arguments on which Plaintiffs primarily rely (*see* ECF 68 at 11-13, 18) and dismissed the case in its entirety, as should happen here.

| | |
|---|---|
| June 29, 2021 | Respectfully submitted,<br><br>By: s/ Matthew S. Mulqueen<br><br>George S. Cary*<br>Alexis Collins*<br>Steven J. Kaiser*<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Phone:  (202) 974-1500<br>Fax:  (202) 974-1999<br>gcary@cgsh.com<br>alcollins@cgsh.com<br>skaiser@cgsh.com<br><br>* Admitted *pro hac vice*<br><br>Matthew S. Mulqueen (TN #28418)<br>Adam S. Baldridge (TN #23488)<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Phone: (901) 526-2000<br>Fax: (901) 577-0866<br>mmulqueen@bakerdonelson.com<br>abaldridge@bakerdonelson.com<br><br>*Attorneys for Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; and Bain Capital Private Equity, LP* |

2

By: s/ Nicole D. Berkowitz

Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

By: s/ Paul Coggins

Paul Coggins*
Brendan Gaffney*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN Bar #018904)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Facsimile: (901) 680-7201
Edward.Stanton@butlersnow.com

*Attorneys for Jeff Webb*

3