UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESSICA JONES, et al.,<br><br>   Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC et al.,<br><br>   Defendants. | No. 2:20-cv-02892<br><br>Judge Sheryl H. Lipman<br>Magistrate Judge Charmiane G. Claxton |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, attorney Alexis Collins, and hereby moves this Court for permission to withdraw as counsel of record for Defendants Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Partners, LLC; and Bain Capital Private Equity, LP (collectively, the "Varsity Defendants"). The Varsity Defendants will continue to be represented by Cleary Gottlieb Steen & Hamilton LLP attorneys George S. Cary, Mark W. Nelson, and Steven J. Kaiser, as well as Matthew S. Mulqueen and Adam S. Baldridge of Baker, Donelson, Bearman, Caldwell & Berkowitz, and therefore there will be no interruption of representation in this matter. Accordingly, the withdrawal of Ms. Collins will not delay this action or prejudice either party.

WHEREFORE, attorney Alexis Collins hereby requests the Court's permission to withdraw as counsel effective immediately and be relieved of any further obligations.

1

| | |
|---|---|
| Dated: July 9, 2021 | Respectfully submitted,<br><br>/s Matthew S. Mulqueen<br><br>George S. Cary*<br>Mark W. Nelson*<br>Alexis Collins*<br>Steven J. Kaiser*<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Phone: (202) 974-1500<br>Fax: (202) 974-1999<br>gcary@cgsh.com<br>mnelson@cgsh.com<br>alcollins@cgsh.com<br>skaiser@cgsh.com<br><br>* Admitted *pro hac vice*<br><br>Matthew S. Mulqueen (TN #28418)<br>Adam S. Baldridge (TN #23488)<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Phone: (901) 526-2000<br>Fax: (901) 577-0866<br>mmulqueen@bakerdonelson.com<br>abaldridge@bakerdonelson.com<br><br>*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Partners, LLC, Bain Capital Private Equity, LP* |

**CERTIFICATE OF CONSULTATION**

I hereby certify that Savannah Haynes of Cleary Gottlieb Steen & Hamilton LLP, counsel for the Varsity Defendants, and Joseph R. Saveri of the Joseph Saveri Law Firm LLP, counsel for Plaintiffs, consulted via email on July 8, 2021 on the relief requested in this motion. Plaintiffs do not oppose the relief sought.

Dated July 9, 2021.                              */s/* Matthew S. Mulqueen
                                                                                Matthew S. Mulqueen