# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC, et al., <br><br> Defendants. | Case No. 2:20-cv-02600-SHL-cgc <br><br> **Jury Trial Demanded** |
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC, et al., <br><br> Defendants. | Case No. 2:20-cv-02782-SHL-atc <br><br> **Jury Trial Demanded** |
| JESSICA JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC, et al., <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-atc <br><br> **Jury Trial Demanded** |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court are Motions to Withdraw as Counsel in three related cases *Jones v. Varsity Brands*, 20-2892, *American Spirit v. Varsity Brands*, 20-2782, and *Fusion Elite All Stars v. Varsity Brands*, 20-2600.  In each Motion, Counsel Alexis Collins moves to withdraw as named counsel for Defendants Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit

Fashions & Supplies, LLC (collectively, the "Varsity Defendants"). She states that the Varsity Defendants will continue to be represented by Cleary Gottlieb Steen & Hamilton LLP attorneys George S. Cary, Mark W. Nelson, and Steven J. Kaiser, as well as Matthew S. Mulqueen and Adam S. Baldridge of Baker, Donelson, Bearman, Caldwell & Berkowitz, and therefore there will be no interruption of representation in this matter. Thus, the withdrawal of Counsel Collins will not delay this action or prejudice either party. Finding good cause, the Court **GRANTS** the Motion. Attorney Alexis Collins will no longer be counsel of record in *Jones v. Varsity Brands*, 20-2892, *American Spirit v. Varsity Brands*, 20-2782, or *Fusion Elite All Stars v. Varsity Brands*, 20-2600.

**IT IS SO ORDERED**, this 12th day of July, 2021.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE