# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES**, **MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-cgc<br><br>**JURY DEMAND** |

## JOINT MOTION FOR AN ORDER EXTENDING DEADLINE TO SUBMIT DISPUTES REGARDING REQUESTS FOR PRODUCTION

Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen ("Plaintiffs') and Defendants Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashion & Supplies, LLC, (collectively with Varsity Brands, LLC; Varsity Spirit, LLC, "Varsity"), U.S. All Star Federation, Inc. ("USASF"); Jeff Webb; Charlesbank Capital Partners LLC; and Bain Capital Private Equity (collectively, "Defendants"; together with Plaintiffs, "the Parties") jointly move this Court, pursuant to Fed. R. Civ. P. 16(b)(4), for the entry of an amended scheduling order extending the deadline for the Parties to submit any disputes regarding the production of documents to September 17, 2021.

Plaintiffs served their First Requests for Production of Documents on all Defendants except Jeff Webb on March 26, 2021. Plaintiffs served amended Requests for Production on

Varsity on March 29, 2021. Plaintiffs served their First Requests for Production on Jeff Webb on April 8, 2021.

On April 26, 2021, all Defendants except Jeff Webb served their Responses to Plaintiffs' First Requests for Production. On May 10, 2021, Mr. Webb served his Responses.

On May 11, 2021, the Plaintiffs and Varsity met and conferred regarding Varsity's responses. Plaintiffs and Varsity have continued to meet and confer in the intervening time. On June 9, 2021, Plaintiffs began the meet and confer process with the remaining Defendants. Plaintiffs have met and conferred with all Defendants. These consultations are ongoing.

The Court's Scheduling Order originally required the Parties to submit any disputes regarding documents to be produced to the Court by June 24, 2021 (90 days from the date of service of the requests for production).

On June 17, 2021, the Parties moved the Court for an extension of the deadline for disputes regarding document production to July 30, 2021. On June 22, 2021 the Court granted the Parties' motion.

In the intervening weeks the Parties have met and conferred multiple times and exchanged letters and emails in a good faith effort to reach agreement on the custodians, search terms, relevant time period, and the scope of the requests for which the Parties would produce responsive documents. While significant progress has been made, there are still outstanding issues that the Parties believe can be narrowed or resolved with sufficient time to continue the negotiations.

On June 28, 2021, six days after the Court's order extending the motion deadline, Magistrate Judge Claxton issued an Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel in *Fusion Elite All Stars v. Varsity Brands, LLC*, Case No. 2:20-cv-02600-SHL-cgc, a companion to this case. (ECF No. 133.) In her Order, Magistrate Judge Claxton ordered the *Fusion* plaintiffs to identify the custodians likely to possess responsive documents for each area of inquiry in their requests for production and specify the search terms to run against those custodians' documents as well as the time period.

JOINT MOTION FOR AN ORDER EXTENDING DEADLINE TO SUBMIT DISPUTES REGARDING
REQUESTS FOR PRODUCTION

The Parties have agreed that a second extension of the deadline to submit disputes to the Court regarding the production of documents until September 17, 2021, would give the Parties sufficient time to resolve many of their remaining disputes and maximize judicial efficiency by minimizing the disputes the Parties will need to ask the Court to resolve.

The Parties are aware that this is their second request for an extension, but believe good cause exists to justify the extension. In addition to the Parties continued efforts to reach accommodation on the scope of the discovery sought, Magistrate Claxton's Order has required additional research by Plaintiffs to identify custodians, search terms, and time periods for each area of inquiry, and more complex negotiations between the Parties in light of the additional factors involved in establishing the contours of the document requests.

Under Sixth Circuit law "[t]he primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Bank of Am., N.A. v. Corporex Realty & Investment Corp.*, 661 F. App'x 305, 317 (6th Cir. 2016) (quoting *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002)). Here, the Parties are moving jointly and have diligently negotiated the scope of productions in response to the first Requests for Production as per the Scheduling Order in an effort to come to agreement.

The Parties believe that extending the deadline for submission of document production disputes to September 17, 2021 will allow sufficient time for the Parties to reach agreement in all areas where compromise is possible, thus clarifying the scope of the discovery sought and reducing the number and breadth of any remaining issues for the Court to resolve. The Parties agree that all other deadlines set by the Court will remain the same.

Accordingly, the Parties respectfully request that the Court issue an order extending the deadline to submit disputes to the Court regarding the Parties' production of documents to September, 17, 2021.

Dated: July 28, 2021                         By:＿＿＿＿＿ */s/ Joseph R. Saveri*＿＿＿＿＿
                                                    Joseph R. Saveri

                                             Joseph R. Saveri*
                                             Steven N. Williams*
                                             Ronnie Seidel Spiegel*
                                             Kevin E. Rayhill*
                                             Elissa A. Buchanan*
                                             Anna-Patrice Harris*
                                             **JOSEPH SAVERI LAW FIRM, LLP**
                                             601 California Street, Suite 1000
                                             San Francisco, California 94108
                                             Telephone: (415) 500-6800
                                             Facsimile:  (415) 395-9940
                                             Email:  jsaveri@saverilawfirm.com
                                                     swilliams@saverilawfirm.com
                                                     rspiegel@saverilawfirm.com
                                                     krayhill@saverilawfirm.com
                                                     eabuchanan@saverilawfirm.com
                                                     aharris@saverilawfirm.com

                                             Van Turner (TN Bar No. 22603)
                                             **BRUCE TURNER, PLLC**
                                             2650 Thousand Oaks Blvd., Suite 2325
                                             Memphis, Tennessee 38118
                                             Telephone: (901) 290-6610
                                             Facsimile: (901) 290-6611
                                             Email: vturner@bruceturnerlaw.net

                                             Daniel E. Gustafson
                                             Daniel C. Hedlund
                                             Daniel J. Nordin
                                             Ling S. Wang
                                             **GUSTAFSON GLUEK PLLC**
                                             Canadian Pacific Plaza
                                             120 South Sixth Street, Suite 2600
                                             Minneapolis, MN 55402
                                             Telephone: (612) 333-8844
                                             Facsimile: (612) 339-6622
                                             Email: dgustafson@gustafsongluek.com
                                                     dhedlund@gustafsongluek.com
                                                     dnordin@gustafsongluek.com
                                                     lwang@gustafsongluek.com

JOINT MOTION FOR AN ORDER EXTENDING DEADLINE TO SUBMIT DISPUTES REGARDING
REQUESTS FOR PRODUCTION

Richard M. Paul III*
Sean R. Cooper*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com
       sean@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

*\* Admitted pro hac vice*

*Attorneys for Individual and Representative Plaintiffs*

By:     */s/ Steven J. Kaiser*

Steven J. Kaiser

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

Matthew S. Mulqueen
Adam S. Baldridge
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC, Varsity
Spirit, LLC, Varsity Spirit Fashions &
Supplies, LLC, Charlesbank Capital Partners
LLC; and Bain Capital Private Equity*

By:_____/s/ Paul Coggins_____
                    Paul Coggins

Paul Coggins* (TX Bar #04504700)
Brendan Gaffney* (TX Bar #24074239)
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

Talis C. Trevino* (GA Bar #181896)
**LOCKE LORD LLP**
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
Phone: (404) 870-4600
Fax: (404) 872-5547 (fax)
talis.trevino@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN Bar #018904)
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Facsimile: (901) 680-7201
Edward.Stanton@butlersnow.com

*Attorneys for Jeff Webb*

By:_____/s/ Nicole D. Berkowitz_____
                    Nicole D. Berkowitz

Grady M. Garrison (TN Bar #008097)
Nicole D. Berkowitz (TN Bar #35046)
Andrew Roach (TN Bar #37934)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2357

Facsimile:  (901) 577-0846
Email:  ggarrison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com
Email:  aroach@bakerdonelson.com

*Counsel for Defendant U.S. All Star
Federation, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2021, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

*/s/ Joseph R. Saveri*
Joseph R. Saveri