# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAIN CAPITAL PRIVATE EQUITY, et al., <br><br> Defendants. | No. 2:20-cvr-02892-SHL-cgc |

## ORDER GRANTING EXTENSION OF TIME

Before the Court is the Parties' Joint Motion to Amend the Scheduling Order, filed July 28, 2021. (ECF No. 93.) The Parties seek extension of the deadline to submit discovery disputes relating to requests for production to the Court. In support of their Motion, the Parties state that an extension will allow them to come to agreement on more discovery information, thus "minimizing the disputes the Parties will need to ask the Court to resolve." (ECF No. 93 at PageID 760.)

Finding good cause, the Court **GRANTS** the motion. The deadline for submission of disputes to the Court regarding requests for documents and data to be produced in response to Plaintiffs' First Sets of Requests for Production is now **September 17, 2021**. No other dates in the Scheduling Order, (ECF No. 61), are altered.

**IT IS SO ORDERED,** this 29th day of July, 2021.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                UNITED STATES DISTRICT JUDGE