UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:20-cv-02892 | Case title: Jessica Jones, et al v. Varsity Brands, et al |
|---|---|
| Plaintiff counsel:  Joseph Saveri; Van Turner | |
| Defendant counsel:  Matthew Mulqueen; George Cary; Paul Coggins; Nicole Berkowitz | |
| Presiding Judge:  Sheryl H. Lipman | Mediator:  David Wade |

I, ___David Wade_____, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __7/27/2021_____.

As a result of that mediation held on ___7/27/2021_____.

☐   The case has settled in whole.

    ☐ Case settled prior to scheduling first mediation session.

    ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒   The case has not settled.

    ☒ Mediation will continue on ___The parties are conferring on a new date_____.

    ☐ The parties may schedule another session at a later date.

    ☐ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Joseph Saveri; Van Turner; Matthew Mulqueen; George Cary; Paul Coggins; Nicole Berkowitz |
|---|

| Date 8/3/2021 | Electronic signature of Mediator: s/  David Wade |
|---|---|