# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-cgc<br><br>**Judge Sheryl H. Lipman**<br>**Magistrate Judge Charmiane G. Claxton** |

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION

In accordance with the Court's June 1, 2021 Order Extending Mediation Deadline (ECF No. 78) and pursuant to Local Rule 16.3(d), the parties hereby confirm that they conducted an Alternative Dispute Resolution session on July 27, 2021. The parties met with mediator David Wade on Tuesday, July 27, 2021 via Zoom. The parties did not reach a resolution at the session. However, the parties agreed to continue the mediation with Mr. Wade on August 6, 2021.

Dated: August 3, 2021               By: _____/s/ Joseph R. Saveri_____
                                            Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Spiegel*
Kevin E. Rayhill*
Elissa A. Buchanan*
Anna-Patrice Harris*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         rspiegel@saverilawfirm.com
         krayhill@saverilawfirm.com
         eabuchanan@saverilawfirm.com
         aharris@saverilawfirm.com


Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net


*Admitted pro hac vice*

*Attorneys for Individual and Representative Plaintiffs*

|  |  |
|---|---|
|  | By:     */s/ Steven J. Kaiser* |
|  | Steven J. Kaiser |

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

Matthew S. Mulqueen
Adam S. Baldridge
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC*, *Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Capital Partners LLC; and Bain Capital Private Equity*

By: */s/ Paul Coggins*
       Paul Coggins

Paul Coggins* (TX Bar #04504700)
Brendan Gaffney* (TX Bar #24074239)
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

Talis C. Trevino* (GA Bar #181896)
**LOCKE LORD LLP**
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
Phone: (404) 870-4600
Fax: (404) 872-5547 (fax)
talis.trevino@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN Bar #018904)
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Facsimile: (901) 680-7201
Edward.Stanton@butlersnow.com

*Attorneys for Jeff Webb*

By:    */s/ Nicole D. Berkowitz*
       Nicole D. Berkowitz

Grady M. Garrison (TN Bar #008097)
Nicole D. Berkowitz (TN Bar #35046)
Andrew Roach (TN Bar #37934)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2357
Facsimile: (901) 577-0846
Email: ggarrison@bakerdonelson.com
Email: nberkowitz@bakerdonelson.com
Email: aroach@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2021, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

                                                           */s/ Joseph R. Saveri*
                                                           Joseph R. Saveri