# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves ) and All Others Similarly Situated<br><br>Plaintiffs,<br><br>**vs.**<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY<br><br>Defendants. | No. 2:20-cv-02892-SHL-cgc |

## JOINT MOTION TO AMEND ORDER EXTENDING DEADLINES

On July 28, 2021, the parties filed a Joint Motion to Amend the Scheduling Order seeking an extension of the deadline to submit discovery disputes relating to requests for production to the Court. (ECF No. 93.) The parties' motion sought a mutual extension of each party's deadline to submit discovery disputes to the Court relating to requests for production. Due to a clerical error, the proposed order that Plaintiffs submitted on July 28, 2021 contained language only extending the "deadline for submission of disputes to the Court regarding requests for documents and data to be produced in response to Plaintiffs' First Sets of Requests for Production." On July 29, 2021, the Court granted the parties' joint motion and entered an order (ECF No. 94) containing the quoted language from Plaintiffs' proposed order.

The parties now move the Court to amend its prior order to reflect the relief that the parties jointly sought in the Joint Motion to Amend the Scheduling Order and to issue an amended order reflecting that the deadline for the "parties to submit disputes to Court regarding any areas of dispute regarding documents to be produced in response to requests for production," (Scheduling Order, ECF No. 61), is extended for all parties to September 17, 2021.

Dated: August 6, 2021.

        Respectfully submitted,

        s/ Matthew S. Mulqueen

George S. Cary*
Mark W. Nelson*
Alexis Collins*
Steven J. Kaiser*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

* Admitted pro hac vice

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC, Charlesbank Partners, LLC, Bain Capital Private Equity, LP*

s/ Brendan Gaffney
Paul Coggins* (TX Bar #04504700)
Brendan Gaffney* (TX Bar #24074239)
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

Talis C. Trevino* (GA Bar #181896)
**LOCKE LORD LLP**
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
Phone: (404) 870-4600
Fax: (404) 872-5547 (fax)
talis.trevino@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN Bar #018904)
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Facsimile: (901) 680-7201
Edward.Stanton@butlersnow.com

*Attorneys for Jeff Webb*

s/ Nicole Berkowitz
Grady M. Garrison (TN Bar #008097)
Nicole D. Berkowitz (TN Bar #35046)
Andrew Roach (TN Bar #37934)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103

3

Telephone: (901) 577-2357
Facsimile:  (901) 577-0846
Email:  ggarrison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com
Email:  aroach@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*


s/ Kevin Rayhill_____
Joseph R. Saveri*
Steven N. Williams*
Kevin E. Rayhill*
Elissa A. Buchanan*
Anna-Patrice Harris*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            krayhill@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

4

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

Richard M. Paul III*
Sean R. Cooper*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paullp.com
sean@paullp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

* *Admitted pro hac vice*

*Attorneys for Individual and Representative Plaintiffs*