# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al.,  )<br>　　Plaintiffs,　　　　　　)<br>v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>BAIN CAPITAL PRIVATE EQUITY, et al., )<br>　　Defendants.　　　　　　) | No. 2:20-cv-02892-SHL-cgc |

## ORDER GRANTING EXTENSION OF TIME

Before the Court is the Parties' Joint Motion to Amend Order Extending Deadlines. (ECF No. 97.) On July 28, 2021, the parties filed a Joint Motion to Amend the Scheduling Order. (ECF No. 93.) Due to a "clerical error," Plaintiffs sought only to extend the "deadline for submission of disputes to the Court regarding requests for documents and data to be produced in response to Plaintiffs' First Sets of Requests for Production." (ECF No. 97.) On July 29, 2021, the Court granted the parties' Motion. (ECF No. 94.) The Parties now seek to extend the deadline for submission of discovery disputes relating to requests for production to September 17.

Finding good cause, the Court **GRANTS** the motion. The deadline for the "parties to submit disputes to Court regarding any areas of dispute regarding documents to be produced in response to requests for production," (ECF No. 61), is extended for all parties to **September 17, 2021**.

**IT IS SO ORDERED,** this 9th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE