## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES**, **MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-cgc<br><br><br><br><br><br>**JURY DEMAND** |

---

### PLAINTIFFS' MOTION FOR LEAVE TO EXTEND THE FILING DEADLINE

---

Indirect Purchaser Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move this Court, for leave to file certain non-dispositive motions later than the Court's deadline of September 17, 20221 at 11:59 PM, and pursuant to Civil Local Rules 12.  Plaintiffs seek to extend the deadline until September 18, 2021 at 11:59 PM, Memphis time.

Plaintiffs respectfully move the Court to allow filing of the following motions: 1) Plaintiffs' Motion to Compel Discovery Reponses from Varsity Defendants; 2) Plaintiffs' Motion to Compel Discovery Responses from Defendant Jeff Webb; 3); Plaintiffs' Motion to Compel Discovery Responses from Defendant Bain Capital Private Equity and 4); Plaintiffs' Motion to Compel Discovery from Defendant Charlesbank Partners LLC, as well as the Declaration of Kevin R. Rayhill in support of all four motions, and all accompanying papers required under the

Local Civil Rules.

Plaintiffs made best efforts and had every intention of all papers being filed before the deadline. However, Plaintiffs encountered a number of unexpected staffing, health, logistical, and technical issues, which prevented timely filing and apologize for missing the deadline. Plaintiffs have reached out to defense counsel to express their apology and would gladly, with the Court's permission, offer an additional three days for all opposition papers to adjust for the late filing and inconvenience. Plaintiffs had not yet heard back from defense counsel at the time of this filing.

Plaintiffs respectfully request that the Court GRANT the instant Motion and accept the motions and papers, filed herewith.

Dated: September 18, 2021                    Respectfully submitted,

                                             By:_____/s/ Joseph R. Saveri_____
                                                         Joseph R. Saveri

                                             Joseph R. Saveri*
                                             Steven N. Williams*
                                             Ronnie Seidel Spiegel*
                                             Kevin E. Rayhill*
                                             Elissa A. Buchanan*
                                             Anna-Patrice Harris*
                                             **JOSEPH SAVERI LAW FIRM, LLP**
                                             601 California Street, Suite 1000
                                             San Francisco, California 94108
                                             Telephone: (415) 500-6800
                                             Facsimile:  (415) 395-9940
                                             Email:  jsaveri@saverilawfirm.com
                                                     swilliams@saverilawfirm.com
                                                     rspeigel@saverilawfirm.com
                                                     krayhill@saverilawfirm.com
                                                     eabuchanan@saverilawfirm.com
                                                     aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
         dhedlund@gustafsongluek.com
         dnordin@gustafsongluek.com
         lwang@gustafsongluek.com

Richard M. Paul III*
Sean R. Cooper*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com
         sean@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

* *Admitted pro hac vice*

*Attorneys for Individual and Representative Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2021, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

*/s/ Joseph R. Saveri*
Joseph R. Saveri