## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES**, **MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>**Defendants.** | Case No. 2:20-cv-02892-SHL-cgc<br><br>**JURY DEMAND** |

### ORDER GRANTING MOTION FOR LEAVE TO EXTEND THE FILING DEADLINE FROM SEPTEMBER 17, 2021 TO SEPTEMBER 18, 2021

Before the Court is the Plaintiffs' Motion for Leave to Extend the Filing Deadline from Friday, September 17, 2021 at 11:59 PM to September 18, 2021 at 11:59 PM and, with the Court's permission, to grant Defendants three additional days of reply to adjust for the late filing and any incovenience.

Finding good cause, the Court GRANTS the motion.

IT IS SO ORDERED, this __ day of September, 2021.

        Hon. Sheryl H. Lipman
        United States District Judge