# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., | ) |
| Plaintiffs, | ) ) |
| v. | )  No. 2:20-cv-02600-SHL-cgc |
| VARSITY BRANDS, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR EXTENSION

Before the Court is the Parties' Joint Motion to Amend the Scheduling Order, filed March 30, 2021. (ECF No. 100.) The Parties seek extension of the deadline to meet and confer regarding production of information and the deadline to submit discovery disputes to the Court, currently March 31, 2021. In support of their Motion, the Parties state that an extension will allow them to come to agreement on more discovery information, thus "minimizing the disputes the Parties will need to ask the Court to resolve." (ECF No. 100 at PageID 811.)

Finding good cause, the Court **GRANTS** the motion. The deadline for completion of meet and confers regarding documents and data to be produced in response to the Parties' First Sets of Requests for Production is now **April 21, 2021**. The deadline for submission of disputes to the Court concerning any areas of dispute regarding documents and data to be produced in response to the Parties' First Sets of Requests for Production is now **May 5, 2021**. No other dates in the Scheduling Order, (ECF No. 61), are affected.

**IT IS SO ORDERED,** this 31st day of March, 2021.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE