# EXHIBIT 4

**EXHIBIT A**
**ESI SEARCH PARAMETERS**

A. Repositories/Applicable Custodians:
   a. Email Data of Jim Chadwick, Steve Peterson, Amy Clark, Alison Stangle, Lynn Singer
   b. Google Drive Data owned by Jim Chadwick, Steve Peterson, Amy Clark
B. Time Period: January 1, 2015 to June 30, 2020
C. Search Terms:
   1. Varsity /10 scor!
   2. Varsity /10 bid
   3. Varsity /10 sanction!
   4. Varsity w/10 guidelines
   5. Varsity w/10 apparel
   6. Varsity w/10 rebates
   7. Varsity w/10 policies
   8. "tier 1" w/10 bid
   9. "tier 1" w/10 requirement!
   10. "Not sanctioned"
   11. Unsanctioned
   12. "Independent Event Producer!" /10 (sanction! OR bid! OR Varsity)
   13. IEP /10 (sanction! OR bid! OR Varsity)
   14. "U.S. Patent and Trademark Office"
   15. USPTO
   16. "U.S. Copyright Office"
   17. "Copyright registration"
   18. "trademark registration"
   19. "Cheer Rules"
   20. "Athletic Performance Standards"
   21. "legality rules"
   22. "membership guidelines"
   23. "sanctioning standards"
   24. "Professional Responsibility Code"
   25. "Fusion Elite"
   26. "Spirit Factor"
   27. "Fuel Athletics"
   28. "Stars and Stripes"
   29. Radek
   30. "Lauren Hayes"
   31. Cherasaro
   32. "K&K Insurance"
   33. "tier 1" AND (bid OR Varsity OR exclusiv! OR requirement!)
   34. "eligibility standards"
   35. "warmup requirements"
   36. "warm-up requirements"