# EXHIBIT 5

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 2 | "3 P Comps" | 255 | 464 | 1 | 1 | "3 P Comps" AND (booth* OR vendor* OR | 172 | 298 | 1 | 1 |
| 3 | "ACDA Spirit" OR "American Cheer and Dance Academy" | 900 | 1,739 | 1 | 1 | ("ACDA Spirit" OR "American Cheer and Dance Academy") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 783 | 1,516 | 1 | 1 |
| 4 | "All Out Championships" | 858 | 1,508 | 8 | 5 | "All Out Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 781 | 1,381 | 6 | 5 |
| 5 | "All Star Challenge" | 2,321 | 4,396 | 0 | 0 | | 2,321 | 4,396 | 12 | 13 |
| 6 | "All Star Championships" | 1,207 | 2,104 | 0 | 0 | "All Star Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR | 1,129 | 1,951 | 2 | 2 |
| 7 | "All Star" OR All*Star | 122,314 | 162,855 | 23,511 | 23,078 | ("All Star" OR All*Star) AND (safety OR uniform OR athlete* OR booth* OR | 110,203 | 149,105 | 17,797 | 17,520 |
| 8 | "All Things Cheer and Dance" | 178 | 273 | 8 | 5 | "All Things Cheer and Dance" AND | 162 | 256 | 9 | 5 |
| 9 | "Aloha Spirit Championships" OR | 3,385 | 6,320 | 142 | 146 | ("Aloha Spirit Championships" OR "Aloha | 3,074 | 5,858 | 95 | 101 |
| 10 | "America Cheer Express" | 23 | 68 | 0 | 0 | "America Cheer Express" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR | 23 | 68 | 0 | 0 |
| 11 | "American Cheer Power" | 2,297 | 3,844 | 11 | 8 | "American Cheer Power" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 2,043 | 3,384 | 3 | 2 |

Liquid Search Term Report 2nd Revisor

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 12 | "American Cheerleaders Association" | 1,210 | 2,437 | 0 | 0 | | 1,210 | 2,437 | 0 | 0 |
| 13 | "American Spirit Championships" | 1,553 | 3,099 | 8 | 8 | "American Spirit Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,401 | 2,796 | 6 | 5 |
| 14 | "America's Best" | 2,380 | 4,364 | 27 | 19 | "America's Best" AND (booth* OR | 2,180 | 3,993 | 20 | 17 |
| 15 | "Apex Championships" OR Apex | 2,641 | 5,355 | 40 | 39 | ("Apex Championships" OR Apex) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 2,517 | 5,175 | 19 | 17 |
| 16 | "Athletic Championships" | 2,869 | 5,524 | 25 | 25 | "Athletic Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 2,640 | 5,095 | 20 | 20 |
| 17 | "Athletic Performance Standards" | 1,540 | 2,216 | 77 | 56 | | 1,540 | 2,216 | 129 | 107 |
| 18 | "Celebrity Championships" OR "Celebrity Cheer" | 968 | 1,886 | 28 | 29 | ("Celebrity Championships" OR "Celebrity Cheer") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 915 | 1,818 | 0 | 0 |

Liquid Search Term Report Limited Revision

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 19 | "Champion Cheer & Dance" OR "Champion Cheer and Dance" | 716 | 1,248 | 6 | 5 | ("Champion Cheer & Dance" OR "Champion Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR | 598 | 1,029 | 5 | 5 |
| 20 | "Champion Cheer and Dance" | 452 | 801 | 0 | 0 | "Champion Cheer and Dance" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 356 | 613 | 0 | 0 |
| 21 | "Champion Cheer Central, Inc." | 1,580 | 2,813 | 7 | 5 | "Champion Cheer Central, Inc." AND | 1,455 | 2,602 | 10 | 8 |
| 22 | "Champion Spirit Group" | 2,092 | 3,795 | 26 | 24 | "Championship Spirit Group" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 43 | 78 | 7 | 9 |
| 23 | "Cheer 4 Charity" | 31 | 58 | 0 | 0 | "Cheer 4 Charity" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 23 | 47 | 0 | 0 |
| 24 | "Cheer America" | 3,618 | 7,547 | 85 | 76 | "Cheer America" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,283 | 6,926 | 63 | 63 |
| 25 | "Cheer and Dance Extreme" | 3,454 | 5,725 | 191 | 174 | "Cheer and Dance Extreme" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,095 | 5,202 | 154 | 150 |
| 26 | "Cheer Derby" | 501 | 882 | 15 | 14 | "Cheer Derby" AND (booth* OR vendor* | 423 | 745 | 10 | 11 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 27 | "Cheer Ltd" | 2,843 | 5,983 | 60 | 55 | "Cheer Ltd" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 2,563 | 5,507 | 44 | 43 |
| 28 | "Cheer Match Live" | 26 | 31 | 0 | 0 | "Cheer Match Live" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 21 | 24 | 0 | 0 |
| 29 | "Cheer Max Championships" OR "Cheer Max" | 552 | 828 | 9 | 11 | ("Cheer Max Championships" OR "Cheer Max") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 463 | 701 | 6 | 5 |
| 30 | "Cheer Pros" | 476 | 836 | 5 | 5 | "Cheer Pros" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 364 | 636 | 6 | 6 |
| 31 | "Cheer Rules" | 69,412 | 74,193 | 14,572 | 12,212 | "Cheer Rules" AND (comp* OR safety OR uniform OR athlete* OR booth* OR vendor* OR world* OR scor* OR floor OR bid* OR qualif* OR board OR seat* OR scandal* OR rig* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 62,252 | 67,425 | 11,109 | 10,209 |
| 32 | "Cheer Tech" | 2,571 | 4,576 | 73 | 66 | "Cheer Tech" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 2,392 | 4,250 | 59 | 59 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 33 | "Cheer USA Championships" | 394 | 651 | 0 | 0 | "Cheer USA Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 327 | 528 | 2 | 2 |
| 34 | "Clayton Act" | 28 | 82 | 0 | 0 | | 28 | 82 | 0 | 0 |
| 35 | "CNY Cheer Company, Inc." | 292 | 572 | 0 | 0 | "CNY Cheer Company, Inc." AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 209 | 403 | 0 | 0 |
| 36 | "Coastal Cheer & Dance" OR "Coastal Cheer and Dance" | 462 | 914 | 0 | 0 | ("Coastal Cheer & Dance" OR "Coastal Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR | 434 | 857 | 0 | 0 |
| 37 | "Connecticut Spirit Association" | 49 | 106 | 1 | 1 | "Connecticut Spirit Association" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 48 | 105 | 0 | 0 |
| 38 | "cross marketing" OR cross*market* | 29 | 69 | 0 | 0 | | 29 | 69 | 0 | 0 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit by Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 39 | "Crown Jubilee Nationals" | 54 | 91 | 0 | 0 | "Crown Jubilee Nationals" AND (booth* OR vendor* OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 41 | 71 | 0 | 0 |
| 40 | "Deep South Spirit" OR ("Deep South Cheer & Dance Championships" OR "Deep South Cheer and Dance Championships") | 211 | 294 | 27 | 21 | ("Deep South Spirit" OR ("Deep South Cheer & Dance Championships" OR "Deep South Cheer and Dance Championships")) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR | 196 | 273 | 21 | 20 |
| 41 | "Double Down Championships" | 53 | 90 | 0 | 0 | "Double Down Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 52 | 89 | 0 | 0 |
| 42 | "DX Events" | 348 | 657 | 7 | 8 | "DX Events" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 299 | 574 | 4 | 4 |
| 43 | "Eastern Cheer & Dance" OR "Eastern | 576 | 1,042 | 3 | 3 | ("Eastern Cheer & Dance" OR "Eastern | 447 | 793 | 3 | 3 |
| 44 | "Elite Cheer Companies" | 642 | 1,376 | 0 | 0 | "Elite Cheer Companies" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 569 | 1,231 | 0 | 0 |
| 45 | "Elite Cheerleading Inc." | 1,623 | 3,201 | 49 | 50 | "Elite Cheerleading Inc." AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,471 | 2,938 | 40 | 43 |

Updated Search Term Report and Cross-Set

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 46 | "Extreme Spirit" | 373 | 658 | 6 | 5 | "Extreme Spirit" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 366 | 646 | 5 | 4 |
| 47 | "Federal Trade Commission" | 456 | 978 | 1 | 1 | | 456 | 978 | 1 | 1 |
| 48 | "Feel the Power" OR FTP | 401 | 584 | 53 | 53 | ("Feel the Power" OR FTP) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 333 | 508 | 33 | 36 |
| 49 | "Fuel Athletics" | 1,066 | 2,105 | 11 | 13 | "Fuel Athletics" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,047 | 2,073 | 8 | 8 |
| 50 | "Fusion Cheer & Dance" OR "Fusion Cheer and Dance" | 305 | 552 | 11 | 10 | ("Fusion Cheer & Dance" OR "Fusion Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 247 | 448 | 8 | 9 |
| 51 | "GK Elite" | 250 | 358 | 22 | 21 | "GK Elite" OR "GK" | 568 | 2,192 | 54 | 56 |
| 52 | "GLCC Events" OR GLCC | 1,775 | 3,039 | 12 | 11 | ("GLCC Events" OR GLCC) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,666 | 2,863 | 33 | 31 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 53 | "Golden State Spirit Association" OR GSSA | 3,053 | 5,519 | 43 | 38 | ("Golden State Spirit Association" OR GSSA) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash | 2,766 | 4,979 | 42 | 41 |
| 54 | "ImpACT Cheer & Dance" OR "ImpACT Cheer and Dance" | 46 | 74 | 4 | 0 | ("ImpACT Cheer & Dance" OR "ImpACT Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR | 40 | 66 | 0 | 0 |
| 55 | "JAMfest Events" OR JAMfest OR JAM OR JAMZ | 14,713 | 21,490 | 1,012 | 811 | ("JAMfest Events" OR JAM OR JAMZ) AND (booth* OR vendor* OR compet* OR worlds OR scor* OR floor OR rul* OR regulation* OR rule OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR | 13,007 | 19,542 | 674 | 651 |
| 56 | "Just Briefs" | 10 | 25 | 0 | 0 | | 10 | 25 | 0 | 0 |
| 57 | "Legacy Cheer Championships" | 27 | 29 | 1 | 1 | "Legacy Cheer Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 22 | 24 | 1 | 1 |
| 58 | "Legacy Tour" | 30 | 32 | 3 | 3 | "Legacy Tour" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 25 | 26 | 3 | 3 |
| 59 | "Mardis Gras Spirit Events" OR "Mardis Gras" | 7 | 16 | 0 | 0 | ("Mardis Gras Spirit Events" OR "Mardis Gras") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 5 | 14 | 0 | 0 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit by Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 60 | "market share" | 95 | 156 | 2 | 0 | Market w/5 share | 139 | 288 | 4 | 5 |
| 61 | "Maximum Cheer & Dance" OR "Maximum Cheer and Dance" | 29 | 42 | 0 | 0 | ("Maximum Cheer & Dance" OR "Maximum Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 28 | 41 | 0 | 0 |
| 62 | "Mid Atlantic Championships" | 331 | 673 | 0 | 0 | "Mid Atlantic Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 324 | 666 | 0 | 0 |
| 63 | "national meeting" | 9,859 | 11,626 | 2,180 | 1,949 | (National w/2 meeting) & (rule* OR "age grid" OR apparel OR independent OR safety) | 1,418 | 2,483 | 753 | 36 |
| 64 | "Nation's Best" | 39 | 90 | 2 | 2 | "Nation's Best" AND (booth* OR vendor* | 35 | 86 | 1 | 1 |
| 65 | "Nation's Choice" | 2,081 | 3,756 | 6 | 5 | "Nation's Choice" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,910 | 3,449 | 8 | 8 |
| 66 | "New England Cheerleaders" | 367 | 666 | 4 | 4 | "New England Cheerleaders" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 268 | 471 | 3 | 3 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit by Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 67 | "NY State All Star Cheer Alliance" | 67 | 115 | 0 | 0 | | 67 | 115 | 0 | 0 |
| 68 | "One Up Championships" OR "One Up" | 2,570 | 4,197 | 54 | 48 | ("One Up Championships" OR "One Up") | 2,324 | 3,807 | 38 | 34 |
| 69 | "Pac West" | 1,644 | 3,093 | 13 | 12 | "Pac West" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,490 | 2,795 | 12 | 12 |
| 70 | "Pacific All-Star Championships" | 236 | 450 | 0 | 0 | "Pacific All-Star Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 235 | 450 | 0 | 0 |
| 71 | "Partners Group" | 24 | 53 | 0 | 0 | | 24 | 53 | 0 | 0 |
| 72 | "Perfect Privacy" | 24 | 70 | 0 | 0 | | 24 | 70 | 0 | 0 |
| 73 | "Premier Championships" | 564 | 1,197 | 0 | 0 | "Premier Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 564 | 1,197 | 0 | 0 |

Highly Confidential — Attorneys' Eyes Only

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 74 | "Redline Championships" | 9 | 13 | 0 | 0 | "Redline Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 9 | 13 | 0 | 0 |
| 75 | "ROC Spirit" | 21 | 22 | 0 | 0 | "ROC Spirit" AND (booth* OR vendor* OR | 20 | 21 | 0 | 0 |
| 76 | "Rockstar Championships" | 677 | 1,119 | 31 | 27 | "Rockstar Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 565 | 913 | 0 | 0 |
| 77 | "Sea to Sky Cheerleading Championship" OR "Sea to Sky International Cheerleading Championship" | 6 | 17 | 0 | 0 | ("Sea to Sky Cheerleading Championship" OR "Sea to Sky International Cheerleading Championship") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR | 5 | 16 | 0 | 0 |
| 78 | "Sherman Act" | 28 | 80 | 0 | 0 | | 28 | 80 | 0 | 0 |
| 79 | "Shout* Cheer and Dance Co." OR | 6,508 | 11,012 | 482 | 321 | ("Shout* Cheer and Dance Co." OR | 5,974 | 10,306 | 435 | 414 |
| 80 | "Southwestern Cheerleaders" | 174 | 287 | 0 | 0 | "Southwestern Cheerleaders" AND | 162 | 267 | 1 | 1 |
| 81 | "Spirit Blast" | 252 | 447 | 4 | 4 | "Spirit Blast" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 198 | 344 | 4 | 4 |
| 82 | "Spirit Celebration" | 3,448 | 5,861 | 83 | 83 | "Spirit Celebration" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,143 | 5,333 | 60 | 63 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 83 | "Spirit Cheer" | 4,187 | 8,149 | 35 | 37 | "Spirit Cheer" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,851 | 7,595 | 29 | 25 |
| 84 | "Spirit Factor" | 671 | 1,318 | 0 | 0 | "Spirit Factor" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 668 | 1,315 | 0 | 0 |
| 85 | "Spirit Festival" | 1,874 | 3,862 | 20 | 15 | "Spirit Festival" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,711 | 3,549 | 13 | 9 |
| 86 | "Spirit Solutions" | 1,002 | 1,814 | 13 | 13 | "Spirit Solutions" AND (booth* OR | 847 | 1,543 | 9 | 9 |
| 87 | "Spirit Spectaular" | 0 | 0 | 0 | 0 | "Spirit Spectacular" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 269 | 439 | 4 | 4 |
| 88 | "Spirit Sports" | 3,256 | 5,548 | 46 | 50 | "Spirit Sports" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,037 | 5,151 | 37 | 33 |
| 89 | "Spirit Wear Fashions" | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 90 | "Spirit Xpress Cheerleading" OR "Spirit Xpress" | 360 | 550 | 0 | 0 | ("Spirit Xpress Cheerleading" OR "Spirit Xpress") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash | 336 | 510 | 0 | 0 |
| 91 | "Star Spirit Productions" OR "Star Spirit" | 1,016 | 1,939 | 41 | 30 | ("Star Spirit Productions" OR "Star Spirit") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash | 972 | 1,890 | 29 | 24 |
| 92 | "Stars and Stripes" | 214 | 340 | 8 | 8 | | 214 | 340 | 10 | 9 |
| 93 | "State Fair Spirit Classic" | 8 | 14 | 0 | 0 | "State Fair Spirit Classic" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR regulation* OR rule OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 8 | 14 | 0 | 0 |
| 94 | "The American Championships" OR ("The American Cheer & Dance" OR "The American Cheer and Dance") | 1,910 | 3,247 | 1 | 0 | ("The American Championships" OR ("The American Cheer & Dance" OR "The American Cheer and Dance")) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* | 1,733 | 2,906 | 0 | 0 |
| 95 | "The Groove Experience" | 1,723 | 2,701 | 2 | 1 | "The Groove Experience" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,535 | 2,384 | 1 | 1 |
| 96 | "The Title Championship" OR "The Rebel Title Championship" OR "The Rebel Title" | 2 | 2 | 0 | 0 | ("The Title Championship" OR "The Rebel Title Championship" OR "The Rebel Title") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* | 2 | 2 | 0 | 0 |
| 97 | "tier 1" | 12,540 | 16,661 | 329 | 320 | | 12,540 | 16,661 | 452 | 443 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 98 | "tier 1" AND (bid OR Varsity OR exclusiv* OR requirement*) | 9,687 | 13,786 | 0 | 0 | | 9,687 | 13,786 | 0 | 0 |
| 99 | "U.S. Spiritleaders" OR "US Spirtleaders" | 532 | 996 | 12 | 10 | ("U.S. Spiritleaders" OR "US Spirtleaders") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 440 | 815 | 9 | 8 |
| 100 | "Ultimate Cheer Experience" | 313 | 481 | 22 | 23 | "Ultimate Cheer Experience" AND (booth* | 268 | 418 | 20 | 21 |
| 101 | "United Events" | 110 | 200 | 1 | 0 | "United Events" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 96 | 178 | 0 | 0 |
| 102 | "United States Cheerleading Association" | 273 | 456 | 1 | 1 | "United States Cheerleading Association" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 215 | 342 | 2 | 2 |
| 103 | "Universal Spirit" | 2,265 | 4,283 | 28 | 26 | "Universal Spirit" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 2,102 | 3,920 | 25 | 24 |
| 104 | "US Cheer Productions" OR "U.S. Cheer Productions" | 325 | 570 | 8 | 9 | ("US Cheer Productions" OR "U.S. Cheer Productions") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 296 | 524 | 8 | 8 |

Case 2:20-cv-02600-SHL-tmp   Document 102-5   Filed 05/05/21   Page 16 of 25   PageID 922

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 105 | "US Spirit" OR "U.S. Spirit" | 1,039 | 1,928 | 29 | 29 | ("US Spirit" OR "U.S. Spirit") AND (booth* | 868 | 1,634 | 29 | 28 |
| 106 | "USA Cheer" | 5,036 | 6,951 | 379 | 346 | "USA Cheer" AND (safety OR uniform OR athlete* OR booth* OR vendor* OR | 4,636 | 6,548 | 309 | 301 |
| 107 | "Valley of the Sun" | 599 | 1,000 | 29 | 25 | "Valley of the Sun" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 465 | 772 | 20 | 20 |
| 108 | "Victory Athletics" | 623 | 1,140 | 16 | 15 | "Victory Athletics" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 527 | 971 | 0 | 0 |
| 109 | "Victory Championships" | 0 | 0 | 0 | 0 | "Victory Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 0 | 0 | 0 | 0 |
| 110 | "Winners Choice" | 27 | 39 | 5 | 5 | "Winner's Choice" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 45 | 61 | 4 | 3 |
| 111 | "World Spirit Federation" OR WSF | 3,954 | 6,430 | 48 | 41 | | 3,954 | 6,430 | 65 | 131 |
| 112 | "Worldwide Spirit Association" | 516 | 1,006 | 0 | 0 | "Worldwise Spirit Association" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 0 | 0 | 0 | 0 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 113 | "WOW Factor Sports Inc." | 304 | 552 | 5 | 4 | "WOW Factor Sports Inc." AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 244 | 445 | 4 | 3 |
| 114 | "Xtreme Spirit" | 739 | 1,362 | 6 | 6 | "Xtreme Spirit" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 685 | 1,277 | 2 | 2 |
| 115 | ("COA Cheer & Dance" OR "COA Cheer and Dance") OR COA | 2,681 | 4,783 | 51 | 49 | (("COA Cheer & Dance" OR "COA Cheer and Dance") OR COA) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR | 2,427 | 4,352 | 36 | 29 |
| 116 | ("Combat Cheer & Dance" OR "Combat Cheer and Dance") OR Combat | 827 | 1,811 | 23 | 19 | (("Combat Cheer & Dance" OR "Combat Cheer and Dance") OR Combat) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR | 811 | 1,792 | 24 | 21 |
| 117 | ("Diamond Cheer & Dance" OR "Diamond Cheer and Dance") OR Diamond | 4,193 | 9,655 | 232 | 208 | (("Diamond Cheer & Dance" OR "Diamond Cheer and Dance") OR Diamond) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR | 3,941 | 9,271 | 171 | 174 |
| 118 | ("Live* Cheer & Dance Events" OR "Live* Cheer and Dance Events") OR Live* | 27,800 | 43,835 | 3,864 | 3,789 | (("Live* Cheer & Dance Events" OR "Live* Cheer and Dance Events") OR Live*) AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR | 24,637 | 39,587 | 2,814 | 2,758 |
| 119 | ("Midwest Cheer & Dance | 281 | 498 | 4 | 4 | (("Midwest Cheer & Dance | 195 | 343 | 2 | 2 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 120 | ("Spirit Unlimited Cheer & Dance" OR "Spirit Unlimited Cheer and Dance") OR "Spirit Unlimited" | 2,220 | 4,145 | 29 | 27 | (("Spirit Unlimited Cheer & Dance" OR "Spirit Unlimited Cheer and Dance") OR "Spirit Unlimited") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR | 2,016 | 3,741 | 27 | 24 |
| 121 | (background OR screening) w/2 check | 10,336 | 14,556 | 513 | 456 | | 10,336 | 14,556 | 513 | 456 |
| 122 | (barrier OR obstacle OR restraint OR restrict* OR limit* OR curb* OR check* OR block OR constrain* OR control* OR dominat* OR reduc* OR decrease OR lead) w/10 (entry OR market OR industry OR competition OR cheer* OR apparel OR uniform OR merch* OR IEP | 29,793 | 46,109 | 2,310 | 2,328 | | 29,793 | 46,109 | 2,867 | 2,871 |
| 123 | (board OR BOD) w/10 (bylaws OR book OR meeting OR present* OR packet OR deck OR material* OR minutes OR script OR slides OR (good w/2 standing) OR dismiss OR revoke OR fire OR rescind OR reinstate) | 14,758 | 19,986 | 2,367 | 1,682 | | 14,758 | 19,986 | 2,581 | 1,887 |
| 124 | (business OR market* OR revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR insurance) w/10 (model OR plan OR target OR objective OR goal OR focus OR strateg* OR scheme OR grow* OR grew) | 12,602 | 20,855 | 1,145 | 1,132 | | 12,602 | 20,855 | 1,370 | 1,351 |
| 125 | (close* OR penalty OR fee OR hook* OR leverag* OR concentrate OR fix* OR prefer* OR punish* OR reject* OR breach* OR break* OR *compliance OR comply) w/10 (entry OR market OR industry OR competition OR cheer* OR apparel OR uniform OR merch* OR IEP OR independent OR gym OR team OR client OR customer OR athlete OR | 23,429 | 38,109 | 864 | 873 | | 23,429 | 38,109 | 928 | 963 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 126 | (contract OR agreement OR negotiate* OR offer OR deal) w/10 (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR process* OR member* OR event OR team OR apparel OR merch* OR client OR customer OR gym* OR athlete OR spectator OR fan OR supporter OR booth OR promot* OR | 29,272 | 48,114 | 2,959 | 1,627 | (contract OR agreement OR negotiate* OR offer OR deal OR "Network Agreement" OR compl*) w/10 (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR process* OR member* OR event OR team OR apparel OR merch* OR client OR customer OR gym* OR athlete OR spectator OR fan OR supporter OR booth OR promot* OR | 26,042 | 40,991 | 1,342 | 1,246 |
| 127 | (IEP OR independent OR member* OR worlds OR USASF OR rules OR regulation) w/10 (sanction* OR bid* OR event OR *compet* OR show* OR investigat* OR inquiry OR probe OR trend* OR track OR monitor*) | 109,776 | 133,600 | 12,190 | 11,605 | (IEP OR independent OR member* OR worlds ~~OR USASF~~ OR rules OR regulation) w/10 (sanction* OR bid* OR event OR *compet* OR show* OR investigat* OR inquiry OR probe OR trend* OR track OR monitor* OR restict* OR  benefit* OR negotiat* OR payment*) | 86,481 | 106,438 | 7,790 | 7,567 |
| 128 | (IRS OR Tennessee) AND (status OR nonprofit OR non*profit OR disposition OR dissolution OR assets) | 3,267 | 8,533 | 198 | 205 | | 3,267 | 8,533 | 185 | 205 |
| 129 | (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR process*) w/5 (certificate* OR coach OR judge OR scor* OR bid* OR qulif* OR win* OR geograph* OR distan* OR region* OR state) | 19,776 | 30,593 | 606 | 613 | | 19,776 | 30,593 | 672 | 669 |
| 130 | (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR register* OR process* OR member* OR event OR apparel OR merch* OR gym* OR athlete OR spectator OR fan OR supporter OR | 61,810 | 83,301 | 6,207 | 5,657 | | 61,810 | 83,301 | 6,668 | 6,247 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 131 | (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR register* OR process*) w/10 (cheer OR rule* standard* OR legal* OR event OR *sanction* OR code OR member* OR insurance) | 68,319 | 87,787 | 3,677 | 3,343 | | 68,319 | 87,787 | 4,306 | 3,980 |
| 132 | (prefer* OR exclus* OR exclude* OR loyal* OR pressure OR aggressiv* OR prevent* OR impair OR hinder OR stop* OR hinder* OR obstruct* OR thwart OR lock*) w/10 (entry OR market OR industry OR competition OR cheer* OR apparel OR uniform OR merch* OR IEP OR independent OR gym OR team OR client OR customer OR athlete OR spectator OR fan OR supporter OR booth OR promot* OR showcase) | 12,472 | 23,226 | 398 | 393 | | 12,472 | 23,226 | 474 | 491 |
| 133 | (revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR | 63,332 | 84,607 | 6,301 | 5,695 | | 63,332 | 84,607 | 8,517 | 8,674 |
| 134 | (revenue OR sales OR profit*) w/5 share | 123 | 250 | 3 | 3 | | 123 | 250 | 3 | 3 |
| 135 | (scor* OR judg* OR evaluat* OR assess*) w/10 (rule* OR guideline OR polic* OR process* OR procedure OR instruct* OR practice* OR submi* OR comput* OR calculat* OR total* OR formula* OR limit* OR bid* OR location OR geograph* OR market* OR sheet OR book OR catagor* OR card OR certif* OR credential* OR authorit* OR permit* OR varsity OR sanction* OR trademark OR copyright) | 44,815 | 59,301 | 2,494 | 2,286 | | 44,815 | 59,301 | 2,716 | 2,497 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 136 | (ticket* OR entry OR entrance OR attend* OR admission) w/5 (pric* OR fee OR buy OR purchas*) | 9,364 | 21,026 | 582 | 477 | | 9,364 | 21,026 | 695 | 916 |
| 137 | *competitive | 12,233 | 24,015 | 286 | 267 | | | | | |
| 138 | Americheer | 4,330 | 6,644 | 253 | 242 | Americheer AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,771 | 5,851 | 173 | 173 |
| 139 | antitrust OR anti*trust | 313 | 451 | 5 | 4 | | 313 | 451 | 6 | 5 |
| 140 | back w/2 scratch | 3 | 3 | 0 | 0 | | | | | |
| 141 | backscratch* | 0 | 0 | 0 | 0 | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit by Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 142 | Bain | 905 | 1,812 | 5 | 5 | | 905 | 1,812 | 11 | 7 |
| 143 | bid* w/5 (award* OR prize OR honor* OR reward* OR grant* OR present OR confer OR win* OR gym OR team OR event OR apparel OR merch* OR uniform OR geograph* OR distan* OR region* OR state OR rule* OR regulation OR scor* OR judge OR | 27,749 | 36,155 | 199 | 195 | | 27,749 | 36,155 | 649 | 574 |
| 144 | cartel | 24 | 62 | 0 | 0 | | 24 | 62 | 0 | 0 |
| 145 | Charlesbank | 93 | 138 | 4 | 4 | | 93 | 138 | 5 | 5 |
| 146 | Cheer w/25 govern* w/50 | 1,633 | 4,109 | 10 | 7 | | 1,633 | 4,109 | 41 | 36 |
| 147 | Cheersport | 8,898 | 12,830 | 351 | 338 | Cheersport AND (booth* OR vendor* OR | 7,629 | 11,177 | 204 | 204 |
| 148 | Cheerstarz | 423 | 722 | 9 | 5 | Cheerstarz AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 372 | 673 | 1 | 1 |
| 149 | collu* | 1,364 | 2,742 | 73 | 80 | | 1,364 | 2,742 | 82 | 92 |
| 150 | committee w/5 (executive OR advisory | 19,082 | 26,263 | 1,156 | 1,023 | | 19,082 | 26,263 | 1,545 | 1,297 |
| 151 | conspir* | 340 | 520 | 19 | 25 | | 340 | 520 | 27 | 33 |
| 152 | Encore | 3,244 | 5,683 | 92 | 81 | Encore AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,012 | 5,246 | 69 | 60 |
| 153 | Epic | 3,779 | 6,370 | 100 | 90 | Epic AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 3,530 | 5,872 | 74 | 63 |
| 154 | FTC | 506 | 1,077 | 4 | 3 | | 506 | 1,077 | 2 | 0 |
| 155 | GMCE OR "Greater Midwest Cheer Expo" | 2,548 | 3,688 | 122 | 116 | (GMCE OR "Greater Midwest Cheer Expo") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* | 2,284 | 3,276 | 88 | 84 |
| 156 | Hayes w/2 Lauren | 47 | 102 | 0 | 0 | | 47 | 102 | 1 | 2 |

| | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
|---|---|---|---|---|---|---|---|---|---|---|
| 157 | International AND (event OR competition OR meet OR championship) | 22,480 | 35,735 | 877 | 694 | international w/5 (team OR qualify) | 3,289 | 6,193 | 105 | 94 |
| 158 | kickback OR kick*back | 72 | 142 | 8 | 9 | | 72 | 142 | 8 | 9 |
| 159 | Majestic | 1,888 | 3,423 | 98 | 110 | Majestic AND (booth* OR vendor* OR | 1,830 | 3,243 | 96 | 108 |
| 160 | MCDA | 133 | 183 | 13 | 12 | | 133 | 183 | 18 | 17 |
| 161 | monopol* | 535 | 797 | 9 | 9 | | 535 | 797 | 11 | 10 |
| 162 | NACCC | 11,259 | 16,881 | 1,353 | 1,142 | | 11,259 | 16,881 | 1,631 | 1,438 |
| 163 | Nfinity | 4,445 | 7,796 | 454 | 410 | | 4,445 | 7,796 | 503 | 482 |
| 164 | No w/2 sanction* | 145 | 224 | 2 | 2 | | 145 | 224 | 5 | 5 |
| 165 | ownership w/25 www.usasf.net | 18 | 56 | 0 | 0 | | 18 | 56 | 0 | 0 |
| 166 | Premier w/5 (gym OR Varsity) | 1,687 | 3,041 | 6 | 4 | | 1,687 | 3,041 | 57 | 34 |
| 167 | Rebel AND (safety OR uniform OR | 1,442 | 2,820 | 20 | 21 | Rebel | 1,607 | 3,046 | 70 | 79 |
| 168 | Rockstar/Celebrity/Victory | 0 | 0 | 0 | 0 | (Rockstar OR Celebrity OR Victory) AND | 11,181 | 20,192 | 465 | 403 |
| 169 | score w/1 "sheet guide book" | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 170 | scoresheet OR score*sheet OR | 2,587 | 3,719 | 133 | 105 | | 2,587 | 3,719 | 147 | 124 |
| 171 | sex* w/10 (*conduct OR harass* OR | 3,987 | 7,641 | 303 | 268 | | 3,987 | 7,641 | 303 | 268 |
| 172 | Tri-County | 508 | 947 | 5 | 5 | Tri-County AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 464 | 860 | 2 | 2 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 173 | uniform AND (approv* OR look) | 3,463 | 6,678 | 38 | 28 | | 3,463 | 6,678 | 45 | 34 |
| 174 | Unsanction* | 169 | 247 | 3 | 3 | | 169 | 247 | 8 | 8 |
| 175 | UPA | 1,002 | 2,156 | 51 | 51 | UPA AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 932 | 2,054 | 31 | 31 |
| 176 | Varsity | 92,901 | 110,830 | 25,514 | 24,555 | Varsity AND (safety OR uniform OR | 83,682 | 101,039 | 20,629 | 20,154 |
| 177 | WCA | 524 | 1,897 | 31 | 30 | WCA AND (booth* OR vendor* OR worlds | 434 | 1,099 | 22 | 21 |
| 178 | Worlds w/5 vendor | 174 | 191 | 13 | 9 | | 174 | 191 | 13 | 9 |
| 179 | WSA | 1,450 | 2,578 | 56 | 44 | WSA AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*) | 1,304 | 2,351 | 38 | 36 |
| 180 | | | | | | National w/2  Cheerleading w/1 Championship* OR "NCC" | 5 | 8 | 2 | 2 |
| 181 | | | | | | Cheerleading w/1 World w/1 | 25 | 73 | 1 | 35 |
| 182 | | | | | | ICU w/2 World w/1 Championship* | 8 | 40 | 0 | 0 |
| 183 | | | | | | "earmark" and ear w/1 mark | 4 | 4 | 0 | 0 |

|   | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Modified Search Term | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 184 |  |  |  |  |  | Cheerleading w/1 Asia w/1 International w/1 Open w/1 Championship* OR "CAIOC" | 1 | 17 | 0 | 0 |
| 185 |  |  |  |  |  |  |  |  |  |  |
| 186 | ORIGINAL TOTALS | 1,136,283 | 1,620,787 | 122,839 | 113,053 | MODIFIED TOTALS | 1,033,178 | 1,483,704 | 104,814 | 100,056 |