# **EXHIBIT 4**

Agreed Search Terms Hit Report, 2012 to Present

|   | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Total Documents Hit By Term | Total Documents Hit by Term Including Families | Documents Hit by Term and No Other Term | Family Hit by Term and No Other Term | Hits After After Modifications | Total Documents Hit By Term2 | Total Documents Hit by Term Including Families3 | Documents Hit by Term and No Other Term4 | Family Hit by Term and No Other Term5 |
| 2 | "Copyright registration" | 50 | 107 | 7 | 4 | | 50 | 107 | 10 | 5 |
| 3 | "eligibility standards" | 120 | 230 | 0 | 0 | | 120 | 230 | 0 | 0 |
| 4 | "Fusion Elite" | 1,196 | 2,343 | 4 | 4 | | 1,196 | 2,343 | 11 | 8 |
| 5 | "K&K Insurance" | 270 | 422 | 9 | 7 | | 270 | 422 | 10 | 7 |
| 6 | "legality rules" | 32 | 71 | 0 | 0 | | 32 | 71 | 1 | 1 |
| 7 | "membership guidelines" | 1,508 | 4,514 | 2 | 2 | | 1,508 | 4,514 | 5 | 5 |
| 8 | "Professional Responsibility Code" | 7,960 | 12,854 | 67 | 61 | | 7,960 | 12,854 | 75 | 69 |
| 9 | "sanctioning standards" | 5,921 | 8,659 | 18 | 15 | | 5,921 | 8,659 | 142 | 102 |
| 10 | "trademark registration" | 20 | 28 | 0 | 0 | | 20 | 28 | 0 | 0 |
| 11 | "U.S. Copyright Office" | 31 | 60 | 0 | 0 | | 31 | 60 | 0 | 0 |
| 12 | "U.S. Patent and Trademark Office" | 34 | 43 | 0 | 0 | | 34 | 43 | 0 | 0 |
| 13 | "warmup requirements" | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 14 | "warm-up requirements" | 256 | 837 | 0 | 0 | | 256 | 837 | 1 | 1 |
| 15 | Cherasaro | 9 | 22 | 0 | 0 | | 9 | 22 | 0 | 0 |
| 16 | Radek | 35 | 64 | 0 | 0 | | 35 | 64 | 0 | 0 |
| 17 | USPTO | 108 | 140 | 27 | 23 | | 108 | 140 | 28 | 26 |
| 18 | | | | | | | | | | |
| 19 | **TOTALS** | **17,550** | **30,394** | **134** | **116** | **MODIFIED** | **17,550** | **30,394** | **283** | **224** |