# EXHIBIT 6

JOIN NOW / MEMBER LOGIN

ALL STAR CLUB FINDER    ALL STAR    FOR YOU    STAY CONNECTED    PARTICIPATE    SAFE SPORT    ABOUT    WORLDS

# PARTNERS & AFFILIATES MEMBERSHIP

JOIN NOW

## WHAT IS AN AFFILIATE MEMBER?

USASF members pay special attention to companies who are involved in the All Star industry and when programs, athletes and event producers are assessing products and services, you'll want to be front of mind. As an Affiliate Member, your brand will come across as a relatable member of the All Star community because you know what makes them tick. Candidates for Affiliate Membership might include fundraising partners, music providers and athletic equipment suppliers and more.

U.S. based companies in this category may choose to upgrade their membership to Corporate Sponsor or Official Partner by creating an event specific or year-round partnership with the USASF. Annual membership fees start at $1000.

**Benefits of Affiliate Membership**

- Your company name, logo and contact information listed in USASF's digital Affiliate member directory located on the USASF website
- Your company name, logo and contact information listed in USASF's Affiliate Member directory sent to all member gyms in their Members Welcome Box
- Eligibility to serve on USASF's national boards and committees
- Opportunity for added exposure by upgrading membership to participate at the USASF National Meeting and The Cheerleading Worlds™ and The Dance Worlds™.



## CURRENT MEMBERS

| Apparel & Accessories | Equipment | Hair | Media/Publications | Music | Online Fundraising |

| Partners | Photography | Technology |

## Apparel & Accessories

    



## Interested in becoming a USASF Partner or Affiliate Member?

For pricing information and to create your membership package, please submit a Info Request Form to Gena Evans, USASF Director of Sponsorships and Scholarships.

**Partner / Affiliate Information Request**

Search



The U.S. All Star Federation (USASF) has a mission to support and enrich the lives of our All Star athletes and members. We strive to provide consistent rules and safety guidelines, drive competitive excellence and promote a positive image for the sport. The USASF credentials coaches, certifies legality officials and sanctions events - all with the goal to provide the safest possible environment in which athletes may train and compete. Founded in 2003, we are a not-for-profit corporation established in Tennessee and governed by bylaws, officers, a board of directors and fifteen standing committees.

     

### #ThisIsAllStar

 **Bonds for Life: Making Friends in All Star**
February 16, 2021

 **Pick up and Play: Great Group Activities for Kids**
February 9, 2021

### Parent Connect

 **Helping Make All Star Inclusive for All**
February 20, 2021

 **The Importance of Inclusion for Youth Athletes**
February 18, 2021

### Subscribe

**#ThisIsAllStar Updates**

Email*

Subscribe

Copyrights © 2021 All Rights Reserved by the U.S. All Star Federation.