# EXHIBIT 9

# Athlete Membership Process

**Items you should have/know available so you can complete this process:**

- First and last name of all athletes who are returning members
- First and last name of all athletes who are new to your gym
- Gym mailing information.
- Email address that will be checked.
- Credit card information to make payments for athlete membership.
- In addition to the gym address, phone number and email address, you should have your credit card information readily available. *Email address entered will receive payment confirmation, so please ensure this information is going to the right person.

**A few key reminders:**

- All items listed in "quotations" are the links or tabs that you will click on. All links/tabs are listed in the blue bar.
- This outline should provide you all the directions you need to enter your athletes.        If you have any questions please contact Casey Winn at cwinn@usasf.net or 901-387-4336.
- DO NOT CLICK THE BACK BUTTON
- It is highly recommended that you enter the teams and athletes for your ENTIRE gym; however, only those members who are competing at the 2011 Worlds Competition are required.
- If you need login and password information please contact Angela Bruno-Jones at ajones@usasf.net.

## Update Team Information:
- This will also enter you into the Nfinity Cup Race!
- To make the process easier you should ensure teams are updated with the correct team names, size, division, etc before starting to enter/update your athletes.

1. Click on your Gym Name
2. Scroll down and click on "Teams" Tab
   a. If this team (and/or most of the members) attended Worlds last year (even if a different division, or different team name)
      i. Click on "Edit" Team
   b. If this team did not attend Worlds last year
      i. Click  "Add" Team
3. Enter the Team Name, Division, Division Type, Division Size, and Division Level.
4. Click "Add Team" button
   a. This will bring you back to your starting page; you can click "Teams" again if you would like to add another team; or click "Athletes" and follow the steps below.

## **Update Athlete Information:**

- **New Athletes** are athletes who did NOT attend Worlds WITH YOUR GYM last year;
  **Renewal Athletes** are athletes who attended the Worlds Competition last year.

### New Athletes:

1) Log into your gym profile
2) Click on your gym name
3) Click on "Athletes" tab
4) Click "Add Athlete"
    a. Select # of new athletes to be added from drop down box
    b. Click "Get Bulk Form" to add athletes
    c. Enter first and last names for all new athletes
    d. Click "Add Athlete" at bottom of page to save athletes names
5) (When completed adding all new athletes) Click on "Athletes" tab again
6) Assign all NEW athletes to Worlds team
    a. Click on "Update Teams" to save information
7) Click on "Athlete" tab
8) Click on "Renew Athletes"
    a. This will show you a list of ALL your athletes
        i. Ones in **RED** = NEW athletes
    b. Check the box of all athletes who are attending worlds
9) Click "Renew Athlete" at bottom of page
10) Enter payment information
11) Click "Process Payment" only once
12) Log out (to save information)
13) Log back into your gym profile
14) To verify member number
    a. Click "Team" tab
    b. Click team name
15) To verify membership date click "Athlete" tab

### Renewal ONLY Athletes:

1) Click on "Athletes" tab
2) Click "Renew Athlete"
    a. This will show you a list of all athletes
    b. Check the box of all athletes who need to be renewed
3) Click "Renew Athlete" at bottom of page
4) Enter payment information
5) Click "Process Payment" only once
6) Log out (to save information)
7) Log back into gym profile
8) To verify member number
    a. Click "Team" tab
    b. Click team name
9) To verify membership date click "Athlete" tab