# EXHIBIT :

https://thecheerleadingworlds.net/credentialing-requirements/ 05/05/2021



CHEERLEADING   DANCE



Home   |   Road to Worlds   |   Event Details   |   Tickets & FAQ   |   Future Dates   |   History

# Credentialing Requirements

CREDENTIALING REQUIREMENTS AT WORLDS

All cheer teams competing at The Cheerleading Worlds 2021 are required to have a coach, or combination of coaches, with credentials in both building and tumbling through the level of the team. This may be one coach with both skill sets or a combination of coaches who have both skill sets between them. Non-tumbling teams are only required to have a coach with building credentials to the level of the team. These appropriately credentialed coach(es) must be on the roster and present in the warm-up room. In addition to the team requirements, all cheer coaches entering the warm-up room must be credentialed in either building, tumbling, or both up to the level of the team.

Coaches WITHOUT credentials prior to arriving in Orlando may be credentialed on-site by appointment.

- Contact Angela Bruno in the USASF office to schedule an appointment in advance: 888.315.9437.
- Coaches will be charged a $500 on-site administrative fee in ADDITION to the normal credentialing fee.
- Coaches who fail to make an appointment in advance will pay a $200 walk-up fee in ADDITION to the $500 on-site administrative fee and normal credentialing fee.

BID EVENTS

All cheer teams competing for a bid to The Cheerleading Worlds™ 2021 are required to have a coach, or combination of coaches, with credentials in both building and tumbling up to the level of the team. This may be one coach with both skill sets or a combination of coaches who have both skill sets between them. Non-tumbling teams are required only to have a coach with building credentials up to the level of the team. The appropriately credentialed coach(es) must be on the roster and present in the warm-up room at the bid giving event.



## About USASF

At USASF our purpose is to support and enrich the lives of our All Star athletes and members. Striving for a safer environment for our Cheer and Dance athletes, we develop and provide consistent rules and All Star gym training guidelines with best practices in safety, education, and ethical practices to help drive competitive excellence and promote a positive image for the sport.

Visit USASF Website »

## About Worlds

More than 120 USASF/IASF member event producers across the U.S. and in over 40 countries around the world qualify top teams at their premier national championships to compete at The Worlds. This international event brings together more than 9000 cheer and 3500 dance athletes to vie for world champion titles in senior and international club divisions and categories. The first Cheerleading Worlds was held in 2004 and the first Dance Worlds in 2007.



© 2020 USASF | The Cheerleading & Dance Worlds

