# EXHIBIT ;

THE CHEERLEADING WORLDS 2021

# USASF WORLDS DIVISIONS

| USASF WORLDS DIVISIONS 2021 | | | | | |
|---|---|---|---|---|---|
| LEVEL | DIVISIONS | TARGET AGE | BIRTH YEAR | FEMALES/MALES | NUMBER ON TEAM |
| 6 | Senior XSmall (SXS) | 13-18 yrs | 6/1/2001-2007 | No males | 5-16 members |
| 6 | Senior Small (SS) | 13-18 yrs | 6/1/2001-2007 | No males | 17-22 members |
| 6 | Senior Medium (SM) | 13-18 yrs | 6/1/2001-2007 | No males | 23-30 members |
| 6 | Senior Large (SL) | 13-18 yrs | 6/1/2001-2007 | No males | 31-38 members |
| 6 | Senior XSmall Coed (SXSC) | 13-18 yrs | 6/1/2001-2007 | 1-2 males | 5-16 members |
| 6 | Senior Small Coed (SSC) | 13-18 yrs | 6/1/2001-2007 | 1-5 males | 5-22 members |
| 6 | Senior Medium Coed (SMC) | 13-18 yrs | 6/1/2001-2007 | 1-8 males | 5-30 members |
| 6 | Senior Large Coed (SLC) | 13-18 yrs | 6/1/2001-2007 | 1-19 males | 5-38 members |
| 6 | Senior Open (SO) | 13+ yrs | 2007 or earlier | No males | 5-24 members |
| 6 | Senior Open Small Coed (SOSC) | 13+ yrs | 2007 or earlier | 1-4 males | 5-24 members |
| 6 | Senior Open Large Coed (SOLC) | 13+ yrs | 2007 or earlier | 5-12 males | 5-24 members |

Background checks and adult athlete-specific SafeSport training are an eligibility requirement for adult athletes on OPEN teams. Adult athletes are athletes born in the year 2001 or earlier.

## BID REQUIREMENTS

Event producers will publish the procedures they will follow for awarding bids prior to the start of their qualifying competition. An event producer may not award more than one bid and/or type of bid to the same team.

### CREDENTIALING REQUIREMENTS AT BID EVENTS

All cheer teams competing for a bid to The Cheerleading Worlds 2021 are required to have a coach, or combination of coaches, with credentials in both building and tumbling up to the level of the team. This may be one coach with both skill sets or a combination of coaches who have both skill sets between them. Non-tumbling teams are required only to have a coach with building credentials up to the level of the team. The appropriately credentialed coach(es) must be on the roster and present in the warm-up room at the bid-giving event.

### PAID BIDS

Paid bids are awarded at The Cheerleading Worlds qualifying events. Each event producer that hosts a Worlds bid-qualifying event has the discretion to select the processes by which the bids are awarded. Paid-bid sponsors may award up to $650 per athlete and two coaches on a bid-winning team.  For example, a bid-winning team that had two coaches and 31 athletes on the floor at the bid-winning event could be awarded up to $21,450. The paid bid sponsorship funds are not prize money and they are to be used towards the team's USASF Worlds registration package, lodging and/or transportation to Orlando to participate at The Cheerleading Worlds.  NOTE:  If the Cheerleading Worlds event is cancelled for any reason, the paid bid sponsorship funds must be returned to the Event Producer who awarded the funds. Additional expenses incurred will be the responsibility of the team/program. Event producers will not be responsible for late fees if their representing team does not meet the registration deadline. Event producers will not be responsible for added change fees if the representing team has to make changes to the original registration and/or travel.

Paid bids are for athletes who will be on the floor during the team's performance at The Cheerleading Worlds. Reserve athletes or coaches brought to substitute for unplanned occurrences are not covered by paid bids and will not be funded by the sponsoring event producer. Should a substitute and/or an alternate become necessary after submission of a team's Worlds roster and after travel plans have been approved and confirmed, any additional costs associated with those substitution(s) must be paid by the program.

### AT-LARGE BIDS

At-large bids are generally awarded to runner-up teams or teams scoring next highest to the paid-bid-winning team(s). Recipients of at-large bids must pay for their own Worlds registration packages and all other related expenses.

### APPLICANT BIDS NEW FOR THE 2020-21 SEASON ONLY

Applicant bids are available to teams that attended at least three 2020-21 USASF-sanctioned competitions, one of which must be a 2021 Worlds bid-qualifying event. Teams must apply for applicant bids. If approved, teams must pay for their own Worlds registration packages and all other related expenses.

## USASF WORLDS DIVISIONS (continued)

### DEADLINE FOR BID ACCEPTANCE
Paid-bid winners and at-large bid winners who choose to accept their bids must do so within 72 hours after the last day of the bid-receiving event. The process to ACCEPT a bid includes:
1. returning the *Bid Winners Acceptance Form* to the sponsoring event producer, and
2. updating the Worlds Bid section in your USASF program membership profile.

   Therefore, prior to competing in a Worlds bid-qualifying event, each team will need to decide whether it will accept the bid should they receive one, who will be going, and what the travel specifics will be. The purpose of this tight timing is to control last-minute changes that increase costs and make the entire travel experience disorganized.

   Once a team accepts a bid, all required registration materials must be completed by the deadlines noted on page 13 of this packet. Any team holding its registration past the deadline in hopes of receiving a paid bid at a later Worlds bid qualifier, but is ultimately unsuccessful in achieving one, will be charged a late registration fee.

   Bids that are not accepted or declined within the 72-hour deadline may be transferred to an alternate team at the sponsoring event producer's discretion. The sponsoring event producer may not transfer (hand down) any unaccepted or declined at-large bids after 96 hours from the last day of their qualifying event.

### DIVISION AND TEAM SIZE REQUIREMENTS AT WORLDS
A team that receives and accepts any type of Worlds bid must compete at Worlds in the same division they competed in at the qualifying event where their bid was awarded. The number of athletes competing on any team at Worlds may not exceed the number of athletes that took the floor with the team at the bid-qualifying event.

### TEAM BID LIMITATIONS
A team may receive no more than one bid to The Cheerleading Worlds for any given division. If a team has already accepted an at-large bid and opts to compete for another bid, they will be eligible only for a paid bid. They will not be eligible for another at-large bid unless they decline the first at-large bid they were awarded, BEFORE competing for another at-large bid.
The process to DECLINE a bid includes:
1. writing to the sponsoring event producer,
2. writing to the USASF Regional Director, and
3. updating the Worlds Bid section on the dashboard of your USASF program membership profile.

### CHEER ATHLETE BID LIMITATIONS
Athletes within the same program are limited to the number of teams on which they are eligible to compete and earn paid bids. Once an athlete has competed for a team and earned a paid bid, they are permitted to move to another team within their program. If their second team earns a paid bid, they are bound to the second team and may only compete with the second team at Worlds. They no longer are eligible to compete with the first team once the second team is awarded a paid bid.

The number of athletes who previously earned a paid bid that are eligible to compete for and be awarded a paid bid on a second team is limited:
- Senior Extra Small/Coed teams may have up to 3 athletes that were previously awarded a paid bid.
- Senior Small/Coed teams may have up to 3 athletes that were previously awarded a paid bid.
- Senior Medium/Coed teams may have up to 4 athletes that were previously awarded a paid bid.
- Senior Large/Coed teams may have up to 6 athletes that were previously awarded a paid bid.
- Senior Open/Coed teams may have up to 4 athletes that were previously awarded a paid bid.
- U.S.-based teams in IASF divisions may have up to 4 athletes that were previously awarded a paid bid.

---

### NEW!
#### FOR THE 2020-21 SEASON ONLY

#### EXCEPTIONS TO CHEER ATHLETE BID LIMITATIONS
Due to the uncertainty and unknown surrounding COVID 19, the USASF will allow each division a specific number of athlete EXCEPTIONS to the bid limitations guideline detailed at left.

The number of athletes that previously earned a paid bid and are eligible to compete for and be awarded a paid bid on a second team and will NOT be held to compete with the second team:

- SENIOR EXTRA SMALL/COED teams may have up to 1 athlete that was previously awarded a paid bid.
- SENIOR SMALL/COED teams may have up to 2 athletes that were previously awarded a paid bid.
- SENIOR MEDIUM/COED teams may have up to 3 athletes that were previously awarded a paid bid.
- SENIOR LARGE/COED teams may have up to 4 athletes that were previously awarded a bid.
- SENIOR OPEN/COED teams may have up to 3 athletes that were previously awarded a paid bid.
- U.S.-BASED TEAMS IN IASF DIVISIONS may have up to 3 athletes that were previously awarded a paid bid.

NOTE:  It is the responsibility of the program to ensure that rosters provided at Worlds Bid Events are accurate and reflect the athletes that competed on the floor and adhere to the parameters of the Cheer Athlete Bid Limitation.

## USASF WORLDS DIVISIONS (continued)

### SUBSTITUTES AND ALTERNATES AT BID-EVENTS
All athletes competing at a bid-qualifying event must be listed on the official roster as active athletes and compete on Day 1. Should a team need to make substitutions on Day 2 of the event, they are allowed to replace a limited number of active athletes with reserve athletes for the second performance. The maximum number of substitutions allowed per team on Day 2 is limited:

- Senior Extra Small/Coed Division – 3
- Senior Small/Coed Division – 3
- Senior Medium/Coed Division – 4
- Senior Large/Coed Division – 6
- Senior Open/Coed Division – 4
- IASF Divisions – 4

NOTES:
- The team coach is responsible for communicating any replacements or substitutions from Day 1 to Day 2 to the event producer.
- The event producer will note any changes made from Day 1 to Day 2 on the roster that was submitted by the team.
- Day 2 substitutions must meet all athlete eligibility requirements to compete with the said team.
- Athletes that took the floor on Day 1 with the bid-winning team will be considered original team members on the Worlds Roster.
- Reserve athletes that took the floor on Day 2 with the bid-winning team are eligible substitutes on the Worlds Roster.

### SUBSTITUTES AND ALTERNATES AT WORLDS
Each team must submit their official roster for The Cheerleading Worlds through the USASF member portal. The total maximum number of rostered active athletes permitted at Worlds will be equal to the number of athletes on the floor at the event where the bid was received. Team size may not increase after the bid was received. The program is permitted to replace original team members with substitutes and wild card alternates (reserves) so long as they do not increase the total number of athletes on the team and they follow the guidelines outlined herein.

### ORIGINAL TEAM MEMBERS
Original team members are athletes that were on the floor AND included on the official team roster at the bid-winning event.

### SUBSTITUTION RULE
A substitute must be a regular-paid athlete from the same program, on a different team, and have competed on the floor for that program at the same event where the bid was awarded. All substitutes must meet the same eligibility requirements as those of the original bid-winning event. The maximum number of substitutions allowed per team at The Cheerleading Worlds is limited:

- Senior Extra Small Division – 4
- Senior Small Division – 6
- Senior Medium Division – 8
- Senior Large Division – 10
- Senior Open Division – 8
- IASF Open Division – 8 (season 1 countries)*
- IASF Open Division – 12 (season 2 countries)*
- IASF Global Club Division – 8 (season 1 countries)*
- IASF Global Club Division – 12 (season 2 countries)*
- IASF Non Tumbling Division – 10 (season 1 countries)*
- IASF Non Tumbling Division – 15 (season 2 countries)*

*Refer to IASFworlds.com for season descriptions.

### WILD CARD ALTERNATES RULE
Wild Card Alternates are additional members of the program that did not perform on the floor at the event where the bid was received. Among the maximum number of substitutions allowed per team, a limited number may be Wild Card alternates:

- Senior Extra Small Division – 3
- Senior Small Division – 4
- Senior Medium Division – 5
- Senior Large Division – 6
- Senior Open Division – 5
- IASF Divisions – 5

### CROSSOVERS
At The Cheerleading Worlds, crossovers of cheer athletes between cheer teams from the same program are NOT permitted. Crossovers of cheer athletes between programs are NOT permitted.
NEW FOR THE CHEERLEADING WORLDS AND THE DANCE WORLDS 2021: Crossovers of athletes between cheer and dance teams are permitted.

### RESERVE ATHLETES ON THE WORLDS ROSTER
If, for any reason, a substitute is needed to replace an active athlete on a USASF official roster, ONLY an athlete listed as a reserve athlete on the respective team's USASF official roster may be used for that substitution. An athlete attending The Cheerleading Worlds exclusively as a reserve athlete may be listed on more than one team roster within the same program. Once the reserve athlete is moved to active, they are no longer eligible to serve as a reserve athlete on any other team. The program must notify a USASF event official of the athlete replacement (moving athlete from reserve to active) prior to the team and the athlete taking the floor. Please allow adequate time for a USASF event official to verify eligibility.

## USASF WORLDS DIVISIONS (continued)

### U.S.-BASED TEAMS COMPETING IN IASF DIVISIONS
U.S.-based teams competing in International divisions must associate their official USASF roster through their member profile to the event where they are competing to receive their Worlds bid. All U.S.-based cheer athletes (original team members, alternates, substitutes) must be USASF athlete members to join the team in the warm-up room and compete at Worlds.

### NON-U.S.-BASED TEAMS
All non-U.S.-based teams must submit a completed International team roster. This document is available to print at *TheCheerleadingWorlds.net* or *IASFworlds.com*.
   Copies of each athlete's birth certificate or passport must be with the team coach/representative at all times and readily available upon request by a Worlds official. Copies of each athlete's proof-of-age document on a USB/zip drive are acceptable.

### U.S. TEAM ELIGIBILITY FOR NON-U.S. CITIZENS
Athletes must be legal residents or legal student residents of the United States. Each team member must provide proof of legal residency prior to the competition through the Roster Verification Process and upon request for each athlete that is NOT a U.S. citizen. Contact Amy Clark at aclark@usasf.net with questions about this policy.

### PRELIMS, SEMI-FINALS AND FINALS
Competition officials reserve the right to amend the order of events and/or divisions based upon final registration for The Cheerleading Worlds.

### SXS, SXSC, AND SOSC DIVISIONS
- All at-large bid teams in SXS, SXSC, and SOSC divisions will compete in a preliminary round Saturday, May 8, 2021.
- The top 10 preliminary teams will advance to the semi-final round on Saturday which also will include paid-bid teams in those divisions.
- Preliminary teams advancing to Semi-Finals will be reverse-seeded and inserted in the first 10 performance slots before the paid-bid teams that move directly to Semi-Finals.
- The top 10 teams will advance from Semi-Finals to Finals.
- The performance order for Finals will be reverse-seeded based on Semi-Finals results.

### NOTES:
- If 40 or more teams compete in a division's preliminary round, 15 will move to the semi-final round.
- If 40 or more teams compete in a division's semi-final round, 15 will move to the final round.

### SS, SM, SL, SSC, SMC, SLC, SO, AND SOLC DIVISIONS
- All teams in SS, SM, SL, SSC, SMC, SLC, SO, and SOLC divisions must compete in a semi-final round Saturday, May 8, or Sunday, May 9, 2021.
- The top 10 teams from these divisions will progress from Semi-Finals to Finals.
- The performance order will be reverse-seeded based on Semi-Finals results.

### SCORING
Scores DO NOT carry over from the preliminary to the semi-final round, nor from the semi-final to final round.

### ROSTER VIOLATIONS
- It is important that rosters are true and accurate before submitting to a bid-giving event or The Cheerleading Worlds.
- Any team or program found to be in violation of roster guidelines at the bid-qualifying event is not eligible to receive a bid.
- If a bid has been awarded and the team is in violation of the rostering requirements, they will forfeit the awarded bid.
- If a team is found to have made an improper substitution/alternate assignment, or has an illegal team member/crossover, this team
  - will be disqualified;
  - may be subject to fines;
  - may be responsible for repaying the total cost of any funds received through a paid bid;
  - may be denied participation (along with the gym's entire cheer program) in future events including The Cheerleading Worlds the following year; and/or
  - may be subject to USASF membership revocation.

### PROGRAM RELEASE WAIVER
If a team's official roster for Worlds includes an athlete that took the floor with a team in any level from a different program (primary program), during the Worlds competition season (November 1, 2020–May 31, 2021), that athlete must have a USASF Program Release Waiver signed by the primary program owner to be eligible to compete with a secondary program at the 2021 Worlds. The USASF Program Release Waiver is found at *TheCheerleadingWorlds.net*. A copy of this form must be delivered to your USASF Regional Director on or before April 26, 2021, and the original must be brought to your Roster Verification appointment.

### USASF DIVISION AWARDS
- Each team will receive a participation trophy.
- The USASF will award trophies to the top 10 teams in each division at The Cheerleading Worlds.
- Athletes on teams ranking first, second, or third will receive gold, silver, or bronze medallions.
- First-place teams in each division will receive a championship banner and each athlete who competed on the floor with that team will receive a Worlds champion ring.

## USASF WORLDS DIVISIONS (continued)

### ATHLETE AND COACH ATTENDANCE REQUIREMENTS

**USASF WORLDS TEAMS/ATHLETES**
- must represent a current USASF member program;
- must be active USASF member athletes;
- must meet adult athlete eligibility requirements if born in the year 2001 or earlier and participating on an Open team:
  - background check with green light determination
  - adult athlete-specific SafeSport training
- must be accompanied by an eligible USASF coach with applicable level credentialing to enter the Worlds warm-up rooms;
- may not compete in the same division at The Cheerleading Worlds and also at a 2021 end-of-season, multi-brand event; and must successfully complete a background check if 21 years of age or older on or before Dec. 31, 2021, and competing on a U.S.-based team.

**USASF WORLDS TEAM COACHES**
- must be a current program member of the USASF and in good standing with the USASF;
- must meet eligibility requirements for membership through their USASF member profile;
- must be credentialed in either building, tumbling, or both up to the level at which their team competed at the bid-qualifying event and will compete at The Cheerleading Worlds; and
- may not send the same team to compete in the same division at both The Cheerleading Worlds and a 2021 end-of-season, multi-brand event.

**NON-COACHING PROGRAM OWNERS**
- may enter the warm-up area with their team if they meet requirements for eligibility in the USASF member system and
- are accompanied by a coach who meets the above credentialing and membership eligibility requirements.

### CREDENTIALING REQUIREMENTS AT WORLDS

All cheer teams competing at The Cheerleading Worlds 2021 are required to have a coach, or combination of coaches, with credentials in both building and tumbling through the level of the team. This may be one coach with both skill sets or a combination of coaches who have both skill sets between them. Non-tumbling teams are only required to have a coach with building credentials to the level of the team. These appropriately credentialed coach(es) must be on the roster and present in the warm-up room. In addition to the team requirements, all cheer coaches entering the warm-up room must be credentialed in either building, tumbling, or both up to the level of the team.

Coaches WITHOUT credentials prior to arriving in Orlando may be credentialed on-site by appointment.
- Contact Angela Bruno in the USASF office to schedule an appointment in advance:  888.315.9437.
- Coaches will be charged a $500 on-site administrative fee in ADDITION to the normal credentialing fee.
- Coaches who fail to make an appointment in advance will pay a $200 walk-up fee in ADDITION to the $500 on-site administrative fee and normal credentialing fee.

### ID CARD REQUIREMENTS

Each coach, program owner, and choreographer at The Cheerleading Worlds must have a current USASF membership ID to gain access to the warm-up rooms. Members may generate a complimentary digital ID through the USASF Coach app and/or order a physical ID card through their USASF membership profile for $10. Only individuals with valid (unexpired) credentials who meet the following criteria will be permitted with their team in the warm-up rooms:
- must meet all eligibility requirements through their USASF member profile;
- must be listed on the Official Event Roster of the team competing at The Cheerleading Worlds;
- must be a member in good standing at the program he/she is representing;
- must understand that he/she is a representative of the event producer that awarded the team's bid to The Cheerleading Worlds; and
- agree to act with complete respect, sportsmanship, and graciousness at all times while representing the USASF event producer from whom they received a bid to The Cheerleading Worlds.