# EXHIBIT 32



JOIN NOW / MEMBER LOGIN

ALL STAR CLUB FINDER   ALL STAR   FOR YOU   STAY CONNECTED   PARTICIPATE   SAFE SPORT   ABOUT   WORLDS

# USASF STAFF

## Meet the Team



**Alison Stangle**

Interim Executive Director



**Steve Peterson**

Vice President, Events / Corporate Alliances



**Amy Clark**

Vice President, Membership



**Lynn Singer**

Executive Director, Communications / Dance



**Karen Wilson**

Senior Regional Director / Director of The Connection & Leadership Programs



**Glenda Broderick**

Regional Director, Southeast



**Angela Bruno**



**Andre Carter**



**Rene Dew**

Manager, Credentialing / Gym Membership    Director, Education for Cheer    Member Support Specialist





**Mo Duckworth**
Director, Technology / Digital Properties

**Gena Evans**
Director, Corporate Alliances / Scholarship Programs

**Dana Fielding**
Associate Director, Rules and Safety for Cheer





**Robin Galik**
Regional Director, Northeast

**Kinshasa Garrett**
Regional Director, Southwest

**Aricka Gates**
Membership Support





**Shauna Holm**
Regional Director, Midwest

**Sarah Miller Bate**
Associate Director, Communications / Dance

**Cheryl Paquette**
Adjudication Director, Dance and Communications Coordinator





**Meredith Walker**
Director, Rules and Safety for Dance

**Mary Wendt**
Director, Education for Dance

**Casey Winn-Roaden**
Manager, Finance / Athlete Membership





### Jim Chadwick
Staff Advisor



Search

The U.S. All Star Federation (USASF) has a mission to support and enrich the lives of our All Star athletes and members. We strive to provide consistent rules and safety guidelines, drive competitive excellence and promote a positive image for the sport. The USASF credentials coaches, certifies legality officials and sanctions events - all with the goal to provide the safest possible environment in which athletes may train and compete. Founded in 2003, we are a not-for-profit corporation established in Tennessee and governed by bylaws, officers, a board of directors and fifteen standing committees.

       

## #ThisIsAllStar


**Bonds for Life: Making Friends in All Star**
February 16, 2021


**Pick up and Play: Great Group Activities for Kids**
February 9, 2021

## Parent Connect


**Helping Make All Star Inclusive for All**
February 20, 2021


**The Importance of Inclusion for Youth Athletes**
February 18, 2021

## Subscribe

### #ThisIsAllStar Updates

Email*

[Subscribe]

Copyrights © 2021 All Rights Reserved by the U.S. All Star Federation.

