# EXHIBIT 33



JOIN NOW / MEMBER LOGIN

ALL STAR CLUB FINDER    ALL STAR    FOR YOU    STAY CONNECTED    PARTICIPATE    SAFE SPORT    ABOUT    WORLDS

## RULES COMMITTEE

**CHEER MEMBERS**



**Mike Burgess**

USASF Board of Directors

*CHAIRPERSON*



**Alison Stangle**

USASF Executive Director

of Rules and Safety, Cheer



**Dana Fielding**

USASF Associate Director

of Rules and Safety, Cheer



**Andre Carter**

USASF Director of Education, Cheer

*Committee Secretary*



**Rick Abasial**

Cheer Rules Chair Coach Designate



**Robin Bolden**

Cheer Rules Chair

Legality Official Designate



**Scott Bouchard**

Cheer Rules Chair

Legality Official Designate



**Justin Carrier**

Varsity All Star



**Amber Koster**

Varsity All Star



**Shea Crawford**

Consultant



**Craig Davis**

Tier 1 Representative

World Spirit Federation



**Paul Domingo**

Cheer Rules Chair Tier

Designate Varsity Brands









**Jessica Legette**

Cheer Rules Chair

Legality Official Designate



**Debbie Love**

Consultant



**John Metz**

Cheer Rules Chair

Coach/Choreographer Designate



**Jeff Miller**

Cheer Rules Chair

Coach Designate



**Cheryl Moon**

Cheer Rules Chair

Legality Official Designate



**Carlos Onofre**

Tier 4 Representative

Spirit Club International



**Brad Page**

SW Coach Rep

Cheer America



**Derick Patterson**

Tier 4 Representative

Spirit Spectacular Championships



**Jibreel Rayam**

W Coach Representative



**Victor Rosario**

Cheer Rules Chair

Coach Designate



**Harold Williams**

SE Coach Representative

**DANCE MEMBERS**



**Mike Burgess**

USASF Board of Directors

*CHAIRPERSON*



**Carina Olis Clendenin**

United Spirit Association

*SECRETARY*



**Meredith Walker**

USASF Director of

Rules and Safety, Dance



**Sarah Miller Bate**

USASF Associate Director

Communications and Dance



**Carly Byman**

Varsity All Star



**Brooke Cundiff**

JAMZ



**Rachel Domangue**

Legality Official

**Leslie Dorman**

Legality Official



**Kaya Doyle**

Legality Official



**Stacy Garrastazu**

Legality Official



**Kinshasa Garrett**

USASF



**Amy Goldberg**

Star Performance Centre



**Lizzy Howard**

NDA



**Catherine Morris**

UDA

**Dana Parsons**

Dance Mania



**Cheryl Passalacqua**

Stage 8 Dance

**Kirsten Payne**

Legality Official



**Liz Rifino**

USASF International Liaison



**Lisa Saline**

DX - Dance Xtreme USA



**Rosemary Sims-James**

Australian AS Federation



**Lynn Singer**

USASF

Executive Director,

Communications/Dance



**Sheila Trost**

Energizers Dance Team

**Ashley Udashen**

UDA



**Tracy Zangaro-Indof**

Pittsburgh Poison

Search



#ThisIsAllStar

Bonds for Life: Making Friends in All Star

📅 February 16, 2021

Pick up and Play: Great

Subscribe

#ThisIsAllStar Updates

Email*

The U.S. All Star Federation (USASF) has a mission to support and enrich the lives of our All Star athletes and members. We strive to provide consistent rules and safety guidelines, drive competitive excellence and promote a positive image for the sport. The USASF credentials coaches, certifies legality officials and sanctions events - all with the goal to provide the safest possible environment in which athletes may train and compete. Founded in 2003, we are a not-for-profit corporation established in Tennessee and governed by bylaws, officers, a board of directors and fifteen standing committees.


Group Activities for Kids
📅 February 9, 2021

## Parent Connect

Subscribe


Helping Make All Star Inclusive for All
📅 February 20, 2021

The Importance of Inclusion for Youth Athletes
📅 February 18, 2021

     

Copyrights © 2021 All Rights Reserved by the U.S. All Star Federation.

