# EXHIBIT 34



**USASF Board of Directors Meeting**
**March 1, 2017**

**PRESENT:**
Brian Elza, Carlos Onofre, Catherine Morris, Debbie Love, Happy Hooper, Jim Chadwick, Jeff Fowlkes, Joelle Antico, John Newby, John Nichols, Justin Carrier, Kristen Rosario, Mike Burgess, Roger Schonder, Steve Peterson, Tres LeTard

**ABSENT:**
Ann Lehrmann, Dan Kessler, Morton Bergue

**GUESTS:**
Ali Stangle, Amy Clark, Lynn Singer

**AGENDA:**

**2017 Worlds update**
Worlds logistics and details were reviewed, including cheer and dance coach and VIP hospitality suites, awards ceremony plans and the timeline for posting block schedules.

**Video Library Project**
Our goal has been to create a video library with comprehensive cheer and dance rules resources for all members, including coaches, event producers and Legality Officials. The current timeline includes the Cheer Glossary to be ready by this summer and full rules and glossary for both Cheer and Dance to be ready by November.

**All Star Grow the Market Project**
Varsity has produced "All Star Success Story" videos that highlight athletes that participated in All Star and the character attributes they learned through that involvement that helped them through their careers. Varsity came to USASF with the opportunity to present these videos in partnership. Four videos debuted at NCA All Star Nationals, and the current plan is to produce a total of approximately 10 videos to be shared with program members to make available to parents.

**Technology update**
Plans are underway to launch new technological solutions for members that will allow more information gathering and reporting, online resources and engagement. The current timeline is to have previews ready by the Regional Convention in June, with a full rollout by the new membership term in late July. The Member Services, Communications and Technology teams are collaborating to develop an inter-connected set of solutions for:

1. Membership database (coaches, athletes, team rosters, etc)
2. Coach credentialing database for cheer and dance
3. Online community for member resources, engagement, mentoring and networking
4. Rules video project (discussed earlier – November launch)
5. New public website

**Meeting Adjourned**

**Next Meeting:  April 5, 2017**