# EXHIBIT 36

5/5/2021 FloSports Extends Agreement to Broadcast The Cheerleading and Dance World Championship through 2025 on FloCheer.com - FloSports®

Case 2:20-cv-02600-SHL-tmp   Document 102-16   Filed 05/05/21   Page 2 of 3   PageID 969

**FEBRUARY 6, 2018**

# FloSports Extends Agreement to Broadcast The Cheerleading and Dance World Championship through 2025 on FloCheer.com

News

  

*Expanded partnership with United States All Star Federation makes FloCheer.com the official home of the premier event in all star cheerleading and dance*

**AUSTIN, TX — February 06, 2018 —** Today, FloSports, the innovator in live digital sports and original content, announced an eight-year extension with the United States All Star Federation (USASF) to exclusively air The Cheerleading Worlds and The Dance World Championship on FloCheer.com.

As one of the most watched and attended cheerleading and dance events of the year, the Cheerleading and Dance World Championship hosts more than 9,000 cheer and 3,500 dance athletes annually. All Star cheer and dance teams each compete for world champion titles in senior and international club divisions and categories. The competitions include:

- 2018 The Cheerleading and Dance World Championship: April 28-30, 2018
- 2019 The Cheerleading and Dance World Championship: April 27-29, 2019
- 2020 The Cheerleading and Dance World Championship: April 25-27, 2020
- 2021 The Cheerleading and Dance World Championship: April 24-26, 2021
- 2022 The Cheerleading and Dance World Championship: April 23-25, 2022

"The Cheerleading and Dance World Championship is the top event for these athletes, and it's arguably the most competitive cheer and dance event in the world," FloSports co-founder and CEO Martin Floreani said. "Extending our partnership with USASF allows us to further invest in our coverage to elevate the competition to new heights in the years ahead."

"USASF is excited about the opportunity to continue to bring a higher level of recognition to The Cheerleading and Dance World Championship, the sport of All Star, and the All Star programs that consistently raise the bar and drive competitive excellence," said Lynn Singer, USASF Executive Director of Communications and Dance.

"This extended partnership allows us to further our mission through FloCheer's engaging online community to promote a positive image of the sport, and provide meaningful content to support and enrich the lives of our All Star athletes and members," said Mo Duckworth, USASF Director of Technology.

In addition, to live coverage and content, FloCheer will also host archives where cheer and dance fans can watch their favorite Cheerleading and Dance World Championship routines from a library of performance videos. Free and premium content will be available to users, including exclusive year-round coverage, breaking news, team features, and more.



entire FloSports network. FloSports content is available on all screens with the launch the FloSports app on iOS, Roku and Apple TV 4.

For more information, visit www.FloSports.tv.

**About FloSports**

FloSports, the innovator in live digital sports and original content, partners with event rights holders and governing bodies to unlock a world of sports coverage that true fans have been waiting for. Through live streaming of premier events, original video programming, and weekly studio shows, FloSports is growing the sports, the events, the athletes and the fans. Current verticals under the FloSports header are Basketball, MMA, Football, Wrestling, Track, Gymnastics and more.

**About United States All Star Federation**

The U.S. All Star Federation (USASF) was founded in 2003 with the core principle of making All Star a safer sport by establishing fair and consistent rules and competition standards. The organization credentials coaches, certifies legality officials, sanctions events and maintains safety guidelines, all with the goal of providing the safest possible environment for cheer and dance athletes to train and compete.



### Quick Links
FAQ
News
Contact
Engineering Blog

### Be There
Live Events
Exclusive Content
Sports
Pricing

### About
Leadership Team
Investors

### Culture
Careers
Benefits
Community Impact

### Partners
Media Assets
Media Kit
Partnership Inquiries
Watch Parties

### Follow Us

©2006-Present FloSports, Inc. All rights reserved.

Privacy Policy | Terms of Service