# EXHIBIT 37



```
Search  [🔍]   [f] [t] [📷] [✉] [rss]                                    MEMBER LOGIN
```

🏠 **USASF**     **WORLDS**

# SCORING

The Worlds Score Sheet Committee is headed by Ali Stangle, the USASF Director of Rules and Safety and Worlds Scoring. The committee includes event producers, industry specialists, coaches, choreographers and judges, and is tasked with reviewing and refining the Worlds Score Sheet on an annual basis.

**The 2020 Worlds Score System is now available.**
If you have any questions regarding scoring for the The Cheerleading Worlds 2019 please contact Ali Stangle at:
alistangle@usasf.net

**THE CHEERLEADING WORLDS™ CLUB DIVISION 2020** - *Updated 1.27.20*
 *(Yellow highlight indicates a notable change since original release in July)*

- Club Divisions - All Girl / Coed Level 6 [PDF]

**THE CHEERLEADING WORLDS™ 2020 DEDUCTIONS EXPLANATIONS** - *Updated 1.27.20*

- Deductions Explanations

**IASF Divisions**
For rules, scoring and information regarding IASF Divisions at Worlds please contact the IASF and/or visit www.iasfworlds.com



© 2021 United States All Star Federation | Terms & Conditions | USASF Privacy Policy

