# EXHIBIT 38



## USASF ANNOUNCES RETIREMENT OF PRESIDENT, APPOINTS INTERIM MANAGEMENT TEAM

Penree and Stangle to lead organization
Board to commence national search for new President

**MEMPHIS, TN** (April 15, 2021) – U.S. All Star Federation, dedicated to driving excellence in All Star Cheer and Dance, announced today that Jim Chadwick, who served as President and Board Chair, has retired from the organization after nearly 18 years.  The USASF Governance and Compliance Committee has appointed Kathy Penree, USASF Board member and Chair of the USASF Coaches Connection, as Interim Board President, and Alison 'Ali" Stangle, currently Executive Director of Rules and Safety, as Interim Executive Director of the organization. The Board intends to commence a search for a permanent President of USASF, and Jim will remain in an advisory role through the transition.

"The entire All Star community thanks Jim for his many years of hard work and dedication to the advancement of club cheer and dance, and his belief in the power of the sport to effect positive change," said Kathy Penree.  "Moving forward, we will work together to bring the vision, integrity and management needed to enable the continued growth of our sport. We are excited about our future, including our Worlds Championships in Orlando in May, and other new developments we are planning."

Said Ali Stangle, "All Star plays such an important role in providing opportunities for success and team collaboration for our more than 140,000 athletes. I look forward to serving as Interim Executive Director of the organization and continuing to work to ensure the best and safest athletic experience for our athletes, gym owners, coaches and event producers."

**About USASF**
The U.S. All Star Federation (USASF) was founded in 2003 with the core principle of making All Star a safer sport by establishing fair and consistent rules and competition standards. At USASF our purpose is to support and enrich the lives of our All Star athletes and members. Striving for a safer environment for our Cheer and Dance athletes, we develop and provide consistent rules and All Star gym training guidelines with best practices in safety, education, and ethical practices to help drive competitive excellence and promote a positive image for the sport. For additional information please visit www.usasf.net