# **EXHIBIT 39**

https://www.linkedin.com/in/karen-wilson-a85bba50/     05/05/2021

         

**Earn extra monthly income** - 3-bedroom US Vrbo listings earn $1,824 a month on average, 8/2019–9/2020.  Ad  …



Ad …

Private Banking for Global Citizens

Katherine, you might like to follow **Citi Private Bank**

Follow

Message  …

United States All Star Federation

### Karen Wilson
West Regional Director at United States All Star Federation

Placerville, California, United States · 166 connections ·

**Contact info**

**People also viewed**


**Linda Sinclair** • 3rd+
Project Coordinator Manager at UC Davis Design and Construction Management
Message


**Angela S** • 3rd+
Housing Finance Associate at California Housing Finance Agency
Connect

## Activity
167 followers

Posts Karen created, shared, or commented on in the last 90 days are displayed here.

See all activity


**Kimberly Cook** • 3rd+
Healthcare
Message


**Carrie Seller** • 3rd
Sales Advisor at Varsity All Star, A Varsity Spirit Brand
Connect

## Experience


**West Regional Director**
United States All Star Federation
Jan 2009 – Present · 12 yrs 5 mos

Manage the membership for All Star Gyms. Promote safety and education resources for coaches and gym owners. Provide credentialing opportunities for coaches and provide continuing education opportunities through meetings and conferences.


**Sarah Miller Bate** • 3rd+
Associate Director Communications and Dance at USASF
Connect


**Cheer Director**
All Star Elite Cheer
Jan 2001 – Present · 20 yrs 5 mos

Manage Competitive Cheer teams. Facilitate training of coaches, and athletes for year round competitive cheerleading.

Show more ⌄

**People you may know**


**Isa Pena-Keller**
Business Operations Sr. Manager at Lockheed Martin Aeronautics Company
Connect

## Skills & endorsements

**Coaching** · 8

 Endorsed by **Derick Patterson** and 2 others who are highly skilled at this


**Kevin Edwards**
Of Counsel at Freese & Goss, PLLC
Connect

**Event Management** · 3

 Endorsed by **Patrick Cowherd**, who is highly skilled at this


**Matthew McGinn**
Senior Legislative Assistant, Representative David N. Cicilline (D-RI)
Connect

**Public Speaking** · 1

**Ryan Sundquist** has given an endorsement for this skill

Show more ⌄


**Andy Nenstiel Rodini**
Civil Liberties, Privacy, and Professional Integrity Officer at U.S. Department of…
Connect

## Recommendations

Received (0)  **Given (1)**

 **Tegan Reeves PhD ERYT**
researcher & professor:

Tegan is extremely dedicated, passionate and professional. Her vision is inspiring and she empowers people to be their best, while


**Peter Gil-Montllor**
Attorney at Cuneo Gilbert & LaDuca, LLP
Connect

embodied literacy, psychology, yoga

September 27, 2013, Karen worked with Tegan in different groups

effectively directing them to her vision. Tegan is extremely kind and generous with her words and actions, yet can communicate her thoughts and ideas clearly and consisely to those … See more

Show more

LEARNING

Add new skills with these courses



Leadership Fundamentals
64,886 viewers

Creating and Giving Business Presentations
185,564 viewers

Establishing Credibility as a Speaker
199,182 viewers

Show more on LinkedIn Learning

## Interests

 GK Elite
3,841 followers

 Useful Tools for Sports Teams
3,451 members

 American Association of Cheerleading Co…
1,509 followers

United Spirit Association
830 followers

Varsity Spirit
8,647 followers

Nfinity Athletic
20,720 followers

team. Earn up to $500K - $2M annually.

Apply to the Cornell EMBA Metro NY program by 5/15.

Learn more          Learn more



About                          Accessibility              Talent Solutions
Community Guidelines           Careers                    Marketing Solutions
Privacy & Terms ∨              Ad Choices                 Advertising
Sales Solutions                Mobile                     Small Business
Safety Center

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)