# EXHIBIT 3:

Case 2:20-cv-02600-SHL-tmp   Document 102-20   Filed 05/05/21   Page 2 of 3   PageID 979
https://www.linkedin.com/in/glenda-broderick-22789739/   05/05/2021



**LinkedIn LEARNING**

Add new skills with these courses



Customer Service: Motivating Your Team
17,275 viewers

Serving Customers Using Social Media
11,349 viewers

Developing a Fundraising Video for Nonprofits
4,952 viewers

Show more on LinkedIn Learning



**Earn extra monthly income**
3-bedroom US Vrbo listings earn $1,824 a month on average, 8/2019–9/2020.

Learn more

**Final Submission Deadline**
Apply to the Cornell EMBA Metro NY program by 5/15.

Learn more

---

LinkedIn

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions? Visit our Help Center.
Manage your account and privacy Go to your Settings.

Select Language
English (English)