# EXHIBIT 5

 People   Jim   Hill   Join now   Sign in



## Jim Hill
Realtor at ReMax Premier Properties

Louisville, Kentucky, United States · 500+ connections

Sign in to Connect

 ReMax Premier Properties

 University of Louisville

 Company Website

## Experience

 **Realtor**
ReMax Premier Properties
Oct 2020 - Present · 8 months
Louisville, Kentucky, United States

 **Varsity Spirit**
11 years 5 months

## People also viewed

 **Tres LeTard**
Trusted executive leadership to critical and complex situations to transform, create, and preserve value | focused on practical solutions that yield measurable results | passionate about innovation & forward thinking
Memphis, TN

 **Scott Cole**
Event Management Expert | Servant Leader | Team Player | Advisor | Innovator | Problem Solver
Knoxville, TN

 **Brian Elza**
General Manager, VP of Sales at Varsity Brands
Collierville, TN

 **Tayler Easton**
Memphis, TN
Memphis, TN

 **Lacey Melancon**
Executive Assistant at Varsity Spirit
Walker, LA

 **Scott Bell**
Insurance Agent at Insight Risk Management
Memphis, TN

 **Chris White**
Key Account Manager at Nfinity Athletic
Atlanta Metropolitan Area

 **Jackie Kennedy**
Vice President Marketing & Communications at Varsity Spirit
Memphis, TN

 **Carlos Foster**
Corporate Director
Knoxville, TN

 **Damianne Albee, MBA**
Vice President of International Operations at Varsity Spirit
Memphis, TN

Show more profiles

## Others named **Jim Hill**

 **Jim Hill**
Principal at Department of Education and Training, Victoria, Australia
Greater Melbourne Area

Page 1

### National Director of Sales
Mar 2016 - Jun 2020 · 4 years 4 months
Memphis, Tennessee, United States

• High-Value Budget Oversight & International Business Expansion: Governed a $130M annual budget for 30+ corporate event brands across US & Canada and successfully expanded customer reach through creating and defining optimal sales regions based upon total revenue and client counts.
• Team Building/Leadership & Revenue Growth: Cultivated/directed a high-performance sales team of 13 sales associates and maximized performance and employee retention via continually bolstering professional development and morale; instrumental in leading nationwide sales team members toward consistently achieving sales targets and successfully catapulting overall revenue growth from $50M to $130M.
• Operations & HR Functions: Oversaw day-to-day team operations, recruiting, employee onboarding, and ongoing staff training and development; developed Sales Advisor's compensation packages (to include commission and bonus plans).
• Cross-Functional Collaboration: Collaborated with General Manager and internal team members on evaluating costs against evolving market price points and establishing structures to achieve profit targets; collaborated with marketing and product development departments on maintaining brand consistency.
• Strategic Planning: Conceptualized/developed/launched numerous long-term strategic initiatives, while leveraging current industry knowledge to predict shifts in regional/national marketplaces and stay ahead of competition.
• Strategic Partnership Building & Market Trends Analysis: Targeted/established strategic partnerships and conducted in-depth research on market trends to gain edge over competitors; assessed evolving customer buying trends, analyzed market conditions, and gathered competitive intelligence to optimize strategies and achieve sales objectives.
• High-Level Negotiations Proficiency & High-Value Account Acquisition: Championed negotiations and successfully secured with high-value customers, while continually monitoring and analyzing performance metrics.

Show less ⌃

### One Up Championships Brand Manager
Mar 2012 - May 2017 · 5 years 3 months
Knoxville, Tennessee Area

• Profit & Revenue Growth: Progressively drove and augmented brand awareness for a vital business sector providing major events on both regional and national scales, effectively accelerating annual revenue growth by 30%+.
• Event Planning & Management: Orchestrated all phases of event planning from inception to completion in adherence to various requirements, target audiences, and objectives; oversaw event operations, developed and managed event budgets, and authorized all event-related…

Show more ⌄

### Assistant National Sales Director
May 2013 - Mar 2016 · 2 years 11 months
Knoxville, Tennessee Area

• Strategic Planning & Execution: Navigated strategic direction directly supporting ongoing business development efforts, including regional event placement, brand direction, Varsity Family Plan, etc.
• Executive-Level Sales Leadership: Assisted Vice President of Sales with governing/executing sales objectives and performance tracking of Advisor sales team; collaborated with VP of Sales and Advisors on driving event participation, as well as zeroing-in and capitalizing on new uniform…

Show more

---



**Jim Hill**
veterinarian at Alpine Veterinary Clinic, L.L.C.
Bend, OR

**Jim Hill**
President at Hill Companies, LLC
Englewood, CO

**Jim Hill**
Underwriter at FBC Mortgage, L
Manassas, VA

**Jim Hill**
Fastener Engineer at Chrysler Group LLC
Auburn Hills, MI

3882 others named Jim Hill are on LinkedIn

See others named Jim Hill

## Add new skills with these courses

Excel: Market Research Strategies

Cold Calling: Overcom Sales Objections

Measure Salesforce Effectiveness

See all courses

## Jim's public profile badge
Include this LinkedIn profile on other websites

> **Jim Hill**
> Realtor at ReMax Premier Properties
>
> Realtor at ReMax Premier Propert
>
> University of Louisville
>
> View profile

View profile badges

### National Account Manager

May 2013 - Feb 2016 · 2 years 10 months

Knoxville, Tennessee Area

• New Business Development & Account Management: Capitalized on new event/uniform business opportunities for 'Varsity All Star,' while safeguarding/nurturing existing high-value Varsity accounts (60%+ with Varsity).
• Competition Strategy & Outmaneuvering: Targeted/identified competitive threats and developed strategic solutions to secure/intercept new business leads (head-to-head events, new market entrances, etc.).
• High-Level Sales Proficiency: Initiated sales calls, in-person…

Show more

### Varsity All Star Advisor

Feb 2009 - May 2013 · 4 years 4 months

Knoxville, Tennessee Area

• Product Knowledge & Accolades: Leveraged subject matter expertise in serving as a valuable resource to customers on questions corresponding to brands and events, in turn achieving the 1st ever "Advisor of the Year" award.
• Sales Excellence & Expertise: Key member of a national team encompassing all-star event sales experts centralized on providing gym owners with the ultimate all-inclusive resource.
• Program Management: Oversaw all phases of 'Varsity Family Plan' rebate program…

Show more

### Territory Manager

The JAM Brands

Sep 2007 - Jan 2009 · 1 year 5 months

Louisville, Kentucky Area

The Jam Brands (Acquired by Varsity Spirit in 2015)
• Retain and up-sell to assigned customer base.
• Responsible for territory growth, recruiting new teams and increase of overall revenue.
• Conduct and track daily calls, letters, emails and correspondence with current and potential customers.
• Regularly run reports (i.e. Sales reports, gained/lost customers, event projections).
• Schedule, organize and conduct frequent sales trips throughout the year to various events and…

Show more

### Territory Manager

The Trane Co.

Jan 2007 - Sep 2007 · 9 months

Bloomington, Indiana, United States

• Generated budgeted sales, manage mix and pricing to achieve margin goals in assigned sales territory
• Developed good working relationships within all levels of existing customers
• Acquire and develop new customer base
• Planned and executed multiple training sessions to meet the needs of customers
• Assured dealer participation in Trane programs
• Expanded light commercial market penetration
• Worked closely with inside sales team to assure complete customer coverage.
•…

Show more

**Page 3**

### Account Executive

Pacers Sports & Entertainment

Jun 2006 - Jan 2007 · 8 months

Indianapolis, Indiana, United States

• Sold group packages to individual games of Indiana Pacers, Indiana Fever, and other events in Conseco Fieldhouse to businesses, organizations and to the general public
• Prospected and averaged 85-90 cold calls per day for season ticket leads
• Provided customer service for various issues during events and normal business hours
• Coordinated pre and post-game events for group clients
• Planned, organized, and hosted half time receptions
• Provided information for all season…

Show more

### Assistant Director of Marketing & Promotions

Marshall University

Jul 2003 - Jun 2004 · 1 year

Huntington, West Virginia, United States

• Coordinate and direct on-field/in-game promotions for all home games
• Assisted Director of Marketing & Promotions with group and corporate ticket sales along with corporate hospitality
• Assisted in the organization and planning of season ticket packages for MU Football and Men's and Women's Basketball
• Developed and designed season ticket sales brochure for the 2003-2004 Men's Basketball team
• Coordinated all activities for the Thundering Hear Kids Club
• Assisted with the…

Show more

## Education

### University of Louisville

Master of Science - MS · Sport Administration

2004 - 2006

Activities and Societies: University of Louisville Coed Cheerleader 2004-2006

### North Carolina State University

Bachelor of Science - BS · Parks Recreation and Tourism Management

1998 - 2003

Activities and Societies: North Carolina State University Coed Cheerleader 1999-2003

## Groups

### Resume Writers & Career Coaches
-

### adidas Careers: Shape the Future of Sport
-

### University of Louisville Sport Administration Alumni
-

Page 4

**Sports Executives Connection | Business | Management | Marketing | Operations | Finance | Investment**
-

**XM Listeners**
-

**Sports Industry Network**
-

Show 8 more groups

## Recommendations

A preview of what LinkedIn members have to say about Jim:

" Jim lead our sales team with motivation to hit our sales goals but allowed us to have our own methods to reach our goals which was much appreciated. Our sales team continued to reach new heights each year and Jim did a fantastic job of relaying the information and keeping communication wide-open. He also would lobby for his sales team for recognition and financial rewards when it was deserved. I loved my time on his team and thoroughly enjoyed working for him!

" Jim has such a passion for what he does and it's obvious to all who come in contact with him. I have had the pleasure to see Jim in action at Varsity brands and at the University of Louisville. His energy was contagious, and he brought everyone together. I also witnessed his passion and warmth for people while he was at a USASF event. Jim's genuine care and concern for those around him coupled with his talent and energy make him ideally suited for just about anything he chooses to do!

2 people have recommended Jim

Sign in to view

### View Jim's full profile

- See who you know in common
- Get introduced
- Contact Jim directly

Sign in to view full profile

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language