# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS LLC, et al.,<br><br>Defendants. | Case No. 2:20-cv-02600-SH-cge<br><br>Judge Sheryl H. Lipman<br>Magistrate Judge Charmain G. Claxton<br><br>**Jury Trial Demanded** |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT effective immediately, the office of Justice Catalyst Law has changed its address from 81 Prospect Street, 7th Floor, Brooklyn NY 11201 to:

**123 William Street, 16th Floor**

**New York, NY 10038**

Please take further notice that our firm's telephone number and email addresses remain the same.

| | |
|---|---|
| May 13, 2021 | Respectfully submitted,<br><br>JUSTICE CATALYST LAW<br><br>*/s/  Benjamin D. Elga*<br>    Benjamin D. Elga<br><br>Attorney for the Proposed Direct Purchaser Class |