# EXHIBIT 4

March ▆, 2021

▆

USASF : Non-Compliance Official Warning Case # ▆
Event: All Star World Championship

Dear ▆

It has been confirmed that your company has awarded and or is scheduled to award bids to the 2021 All Star World Championships which is a direct violation of the USASF Company Member Agreement item # 7:

*During the Term, Company agrees that it shall not produce, or recruit teams for a cheerleading or dance "World" championship event, or participate in, or sponsor a cheerleading or dance "World" championship event conducted by a third party.*

This notification serves as your Official Warning of Non-Compliance which will remain on the record until the end of the 2021-2022 season.

The USASF will only consider you eligible as a USASF Member Event Producer for the 2021-2022 season under one of the following conditions:

1. Remove the word "World" from the title of the 2022 event.
2. ▆ agree(s) to no longer participate and or affiliate with the All Star World Championship.

Respectfully,

Karen Wilson
USASF Senior Regional Director
CC: Steve Peterson, Vice President Events and Corporate Alliances
CC: Amy Clark, Vice President Membership

8275 Tournament Dr. | Suite 325| Memphis, TN 38125
901-231-1925 (main) | USASF.net

▆ | Membership Agreement (2021)Violation Item #7