# EXHIBIT 7

https://takeout.google.com/ 05/18/2021

Google Account 

← **Google Takeout**

Your account, your data.
Export a copy of content in your Google Account to back it up or use it with a service outside of Google.

**YOUR EXPORTS**

**Your latest export**
Drive on May 11, 2021

Export canceled    +1 more    [Manage exports]

**CREATE A NEW EXPORT**

① Select data to include

**Products**                                              Select all

**Android Device Configuration Service**
Android device attributes, performance data, software versions, and account identifiers. More info
📄 HTML format

**Arts & Culture**
Favorites and galleries you've created on Google Arts & Culture.
📄 Multiple formats

**Blogger**
Your Blogger blogs, including posts, pages, comments and videos, as well as settings and your Blogger profile.
📄 Multiple formats

**Calendar**
Your calendar data in iCalendar format. More info
📄 Multiple formats   ≡ All calendars included

**Chrome**
Bookmarks, history, and other settings from Chrome More info
📄 Multiple formats   ≡ All Chrome data included

**Cloud Print**
Your Cloud Print history and devices.
📄 Multiple formats

**Contacts**
Contacts and contact photos you added yourself, as well as contacts saved from your interactions in Google products like Gmail. More info

Page 1



**Google Photos**
Your photos and videos from Google Photos. More info

  Multiple formats

**Google Play Books**
The titles and authors of your purchased and uploaded books in Google Play Books, plus notes and bookmarks More info

  Multiple formats

**Google Play Games Services**
Data, including achievements and scores, from games you play More info

  Multiple formats

**Google Play Movies & TV**
Your Google Play Movies & TV preferences, services, watchlist, and ratings. More info

  CSV format     ≡ All types included

**Google Play Store**
Data about your app installs, ratings, and orders

  Multiple formats

**Google Shopping**
Google Shopping order history, loyalty, addresses and reviews.

  Multiple formats

**Google Translator Toolkit**
Documents you have in your Google Translator Toolkit

  Multiple formats

**Google Workspace Marketplace**
Metadata which describes an application published in Google Workspace Marketplace.

  Multiple formats

**Groups**
Data for your usage of Google Groups and for Google Groups that you own. More info

  Multiple formats

**Hangouts**
Your conversation history and attachments from Hangouts.

  Multiple formats

**Home App**
Device, room, home and history information from the Home App. More info

  Multiple formats

**Keep**
Notes and media attachments stored in Google Keep. More info

  Multiple formats

Page 3

**Location History**
Your Location History data collected while opted-in to Location History.

- Multiple formats

**Mail**
Messages and attachments in your Gmail account in MBOX format. User settings from your Gmail account in JSON format. More info

- Multiple formats
- All Mail data included

**Maps**
Your preferences and personal places in Maps

- Multiple formats
- All Maps data included

**Maps (your places)**
Records of your starred places and place reviews. More info

- Multiple formats

**My Activity**
Records of your activity data, along with image and audio attachments. More info

- Multiple formats
- All activity data included

**My Maps**
Maps, layers, features and media stored in your My Maps.

- KMZ format

**Nest**
Data from your Nest devices and services including any video history from Nestcams. More info

- Multiple formats
- Advanced settings
- 12 types selected

**News**
Data about the magazines, categories, and sources you are interested in.

- TXT format

**Pinpoint**
Files you have uploaded to Pinpoint

- ZIP format

**Posts on Google**
Your Posts On Google history data including the collections of account, posts, cameos, metrics data, and all uploaded images and videos on Posts on Google and Cameos. More info

- Multiple formats

**Profile**
Settings and images from your Google profile More info

- Multiple formats

**Purchases & Reservations**
Your purchases and reservations made using Search, Maps, and the Assistant. More info

- Multiple formats

**Question Hub**
Your activity on Question Hub  ☐

- Multiple formats

---

**Reminders**
Reminders that you created with Google. More info  ☐

- HTML format

---

**Saved**
Collections of saved links (images, places, web pages, etc.) from Google Search and Maps. More info  ☐

- CSV format

---

**Search Contributions**
Your ratings, reviews, comments and other contributions to Google Search  ☐

- Multiple formats

---

**Shopping Lists**
Items you've added to your lists, shopped on Google, or checked off.  ☐

- CSV format

---

**Street View**
Images and videos you have uploaded to Google Street View  ☐

- Multiple formats

---

**Tasks**
Data for your open and completed tasks. More info  ☐

- JSON format

---

**Voice**
Your saved Google Voice call history, messages and voicemails as well as current linked numbers. More info  ☐

- Multiple formats

---

**YouTube and YouTube Music**
Watch and search history, videos, comments and other content you've created on YouTube and YouTube Music More info  ☐

- Multiple formats
- All YouTube data included

[Next step]

---

(2)  Choose file type, frequency & destination

Export progress

Privacy Policy   ·   Terms of Service   ·   Help

**Page 5**

https://takeout.google.com/  05/18/2021

Google Account  

← **Google Takeout**

Your account, your data.
Export a copy of content in your Google Account to back it up or use it with a service outside of Google.

**YOUR EXPORTS**

**Your latest export**
Drive on May 11, 2021

Export canceled          +1 more     **Manage exports**

**CREATE A NEW EXPORT**

✓ Select data to include

② Choose file type, frequency & destination

Delivery method

Send download link via email ▼

When your files are ready, you'll get an email with a download link. You'll have one week to download your files.

Frequency

◉ Export once
  1 export

○ Export every 2 months for 1 year
  6 exports

File type & size

.zip ▼

Zip files can be opened on almost any computer.

50 GB ▼

Exports larger than this size will be split into multiple files.
Zip files larger than 2GB will be compressed in zip64. Older operating systems may not be able to open this file format. There are external applications that can be used to uncompress zip64 files.

**Create export**

Export progress

Privacy Policy  •  Terms of Service  •  Help

**Page 6**

https://takeout.google.com/ 05/18/2021

# Google Account 

← **Google Takeout**

Your account, your data.
Export a copy of content in your Google Account to back it up or use it with a service outside of Google.

**YOUR EXPORTS**

**Your latest export**
Drive on May 11, 2021

Export canceled          +1 more     **Manage exports**

**CREATE A NEW EXPORT**

✓ Select data to include

✓ Choose file type, frequency & destination

**Export progress**

🕒 Google is creating a copy of files from Drive
This process can take a long time (possibly hours or days) to complete. You'll receive an email when your export is done.

⊗ Cancel export      + Create another export

Privacy Policy · Terms of Service · Help

**Page 7**