# EXHIBIT B



| USASF Finances 12 months ending December, 2017 | | 2017 |
|---|---|---|
| **Revenue** | | |
| Membership Dues | $ | 5,365,935.46 |
| Services (regional mtgs, coaches' conference, credentialing) | $ | 717,291.05 |
| Sponsorship | $ | 337,761.81 |
| Income from World Championship (1) | $ | 43,913.40 |
| **TOTAL** | $ | 6,464,901.72 |
| **Expenses** | | |
| Member Program Expenses (2) | $ | 3,519,852.73 |
| Member Specific Services (3) | $ | 2,408,542.70 |
| Administrative (4) | $ | 780,222.83 |
| *Total Operating Expenses* | *$* | *6,708,618.26* |
| Overage | $ | (243,716.54) |
| Line of Credit increase | | 34,096.26 |
| Plus: Decrease to prepaids | | 102,750.97 |
| Plus: Increase in AP/customer's deposits/accrued liabilities | | 577,125.06 |
| Less: fixed asset purchases (net of depreciation) | | (571,240.95) |
| Less: cash operating reserve | | (3,000,000.00) |
| **Net decrease to cash** | $ | (3,100,985.20) |
| Add back: cash on hand at 12/2016 | $ | 5,387,887.45 |
| **Cash on hand at 12/31/2017** | $ | 2,286,902.25 |

(1) Income after Worlds operating costs (including registration, travel, hotel, ground transportation,
     Disney, production costs, television, insurance, staff, VIP gala, prizes, athletes' party, judges)
(2) Scholarship expenses, payroll, insurance, program support supplies, travel, regional director exp.
(3) Costs of regional meetings, travel, communications, website expenses (hosting and video production costs)
(4) Rent, utilities, phone, payroll, insurance, legal fees, depreciation, bank service charges