# EXHIBIT D

<u>**USASF's Proposed Search Parameters 5-5-21**</u>

<u>Chart A</u>

Searches are from January 1, 2015 to date of collection, unless contained in Chart B below.

All spam is filtered out.

1. "Professional Responsibility Code"

2. "tier 1" w/10 (bid OR Varsity OR exclusiv* OR requirement*)

3. Nfinity w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

4. "sanctioning standards"

5. Varsity w/10 scor*

6. ("All Star" OR All*Star) w/10 merch*

7. Rebel w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

8. "Athletic Performance Standards"

9. Varsity w/10 rebel

10. "tier 1" w/10 bid

11. "Fusion Elite"

12. Varsity w/10 board

13. "Fuel Athletics"

14. Varsity w/10 bid

15. JAMfest w/10 rebel

16. Bain

17. JAMZ w/10 rebel

18. "membership guidelines"

19. JAM w/10 rebel

4810-8379-9784v1
2933399-000004 05/05/2021

20. "Spirit Factor"

21. IEP w/10 (sanction* OR bid* OR Varsity)

22. "tier 1" w/10 requirement*

23. polic* w/10 pric*

24. judg* w/10 polic*

25. scor* w/10 sanction*

26. Varsity w/10 vendor*

27. Varsity w/10 legality

28. Varsity w/10 sanction*

29. procedure w/10 return

30. IEP w/10 event

31. (board OR BOD) w/10 deck

32. Varsity w/10 uniform

33. Celebrity w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

34. Varsity w/10 guidelines

35. antitrust OR anti*trust

36. "warm-up requirements"

37. Varsity w/10 floor

38. ("All Star" OR All*Star) AND monop*

39. "America's Best" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

40. Varsity w/10 monop*

41. merch* w/10 pric*

42. deal w/10 gym*

43. "Stars and Stripes"

2

44. merch* w/10 fees

45. "Cheer America" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

46. Varsity w/10 policies

47. Varsity w/10 apparel

48. Unsanction*

49. Unsanctioned

50. evaluat* w/10 bid*

51. "Not sanctioned"

52. "The American Championships" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

53. "K&K Insurance"

54. Rockstar w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

55. Varsity w/10 refund*

56. Varsity w/10 merch*

57. "Independent Event Producer*" w/10 (sanction* OR bid* OR Varsity)

58. JAM w/10 worlds

59. "eligibility standards"

60. ("Shout* Cheer and Dance Co." OR Shout*) w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

61. MCDA

3

62. (barrier OR obstacle OR restraint OR restrict* OR limit* OR curb* OR check* OR block OR constrain* OR control* OR dominat* OR reduc* OR decrease OR lead) w/10 apparel

63. "Spirit Celebration" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

64. USPTO

65. spectator w/10 fees

66. *vendor w/10 pric*

67. process* w/10 expense

68. "Champion Cheer" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

69. offer w/10 merch*

70. register* w/10 standard*

71. penalty w/10 customer

72. (board OR BOD) w/10 slides

73. *vendor w/10 dues

74. merch* w/10 discount

75. JAMZ AND rebate*

76. fee w/10 merch*

77. scor* w/10 location

78. process* w/10 rebate

79. process* w/10 reduc*

80. deal w/10 team

81. *vendor w/10 sponsor*

82. close* w/10 entry

4

83. break* w/10 industry

84. (board OR BOD) w/10 book

85. penalty w/10 gym

86. close* w/10 customer

87. register* w/10 insurance

88. independent w/10 bid*

89. Market w/5 share

90. judg* w/10 calculat*

91. contract w/10 customer

92. Live* AND scandal*

93. agreement w/10 guideline

94. negotiate* w/10 event

95. worlds w/10 track

96. register* w/10 reduc*

97. *compliance w/10 client

98. contract w/10 client

99. judg* w/10 procedure

100.        protocol w/10 code

101.        punish* w/10 cheer*

102.        bid* w/5 grant*

103.        rules w/10 investigat*

104.        member* w/10 negotiat*

105.        (revenue OR sales OR profit*) w/5 share

106.        evaluat* w/10 instruct*

107.        apparel w/10 affiliat*

108.        procedure w/10 cheer

109.        agreement w/10 merch*

5

110.    JAM AND investigat*

111.    (revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR market* OR forecast OR outlook OR budget*) w/10 booth

112.    worlds w/10 inquiry

113.    break* w/10 client

114.    initiative w/10 standard*

115.    "NY State All Star Cheer Alliance"

116.    compl* w/10 initiative

117.    agreement w/10 initiative

118.    evaluat* w/10 practice*

119.    *compliance w/10 uniform

120.    spectator w/10 partner*

121.    fix* w/10 gym

122.    JAMZ AND regulation*

123.    apparel w/10 allow*

124.    *vendor w/10 partner*

125.    apparel w/10 partner*

126.    contract w/10 gym*

127.    athlete w/10 refund

128.    JAM AND refund*

129.    assess* w/10 total*

130.    evaluat* w/10 permit*

131.    (contract OR agreement OR negotiate* OR offer OR deal OR "Network Agreement" OR compl*) w/10 booth

132.    preferred w/10 pric*

133.    JAM AND regulation*

6

134.   athlete w/10 expense

135.   contract w/10 initiative

136.   barrier w/5 entry

137.   Varsity AND scandal*

138.   program w/10 subsid*

139.   offer w/10 client

140.   fee w/10 promot*

141.   evaluat* w/10 total*

142.   Victory w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

143.   "Nation's Choice" w/10 (booth* OR vendor* scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

144.   polic* w/10 subsid*

145.   Cheersport w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

146.   punish* w/10 team

147.   prefer* w/10 competition

148.   evaluat* w/10 credential*

149.   register* w/10 discount

150.   event w/10 subsid*

151.   kickback OR kick*back

152.   preferred w/10 free

153.   JAM AND rebate*

154.   rules w/10 trend*

155.   bid* w/5 present

7

156.     assess* w/10 certif*

157.     "Cheer and Dance Extreme" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

158.     member* w/10 rebate

159.     JAMfest AND refund*

160.     scor* w/10 formula*

161.     fan w/10 allow*

162.     procedure w/10 legal*

163.     Charlesbank

164.     JAMZ AND refund*

165.     judg* w/10 formula*

166.     break* w/10 market

167.     "Copyright registration"

168.     program w/10 rebate

169.     preferred w/10 rebate

170.     regulation w/10 event

171.     JAMZ AND investigat*

172.     promot* w/10 dues

173.     (barrier OR obstacle OR restraint OR restrict* OR limit* OR curb* OR check* OR block OR constrain* OR control* OR dominat* OR reduc* OR decrease OR lead) w/10 IEP

174.     "Connecticut Spirit Association" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR

8

rebate* OR refund* OR *legal* OR cash
OR fee*)

175.        "Southwestern Cheerleaders"
w/10 (booth* OR vendor* OR scandal* OR
rebel* OR investigat* OR showcase* OR
promot* OR merch* OR rebate* OR
refund*)

176.        merch* w/10 free

177.        break* w/10 promot*

178.        "Double Down Championships"
AND (booth* OR vendor* OR worlds OR
scor* OR floor OR rul* OR rule OR
regulation* OR prob* OR qualif* OR
scandal* OR rig* OR rebel* OR investigat*
OR showcase* OR promot* OR merch* OR
rebate* OR refund* OR *legal* OR cash
OR fee*)

179.        close* w/10 client

180.        comply w/10 competition

181.        fix* w/10 industry

182.        (contract OR agreement OR
negotiate* OR offer OR deal OR "Network
Agreement" OR compl*) w/10 subsid*

183.        comply w/10 uniform

184.        close* w/10 market

185.        Hayes w/2 Lauren

186.        independent w/10 payment*

187.        assess* w/10 sanction*

188.        JAMfest AND rebate*

189.        Varsity w/10 spectator*

190.        breach* w/10 cheer*

191.        bid* w/5 distan*

192.        Varsity w/10 showcase*

193.     reject* w/10 cheer*

194.     merch* w/10 affiliat*

195.     evaluat* w/10 market*

196.     comply w/10 customer

197.     spectator w/10 allow*

198.     fix* w/10 competition

199.     procedure w/10 insurance

200.     comply w/10 industry

201.     promot* w/10 fees

202.     evaluat* w/10 varsity

203.     booth w/10 allow*

204.     "Winner's Choice" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

205.     assess* w/10 card

206.     (business OR market* OR revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR insurance) w/10 objective

207.     procedure w/10 allow*

208.     guideline w/10 standard*

209.     regulation w/10 *compet*

210.     JAMZ AND merch*

211.     Epic w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

10

212.    merch* w/10 return

213.    worlds w/10 investigat*

214.    scor* w/10 guideline

215.    initiative w/10 allow*

216.    prefer* w/10 industry

217.    protocol w/10 affiliat*

218.    (contract OR agreement OR
negotiate* OR offer OR deal OR "Network
Agreement" OR compl*) w/10 showcase

219.    Varsity w/10 rebates

220.    "Championship Spirit Group" AND
(booth* OR vendor* OR worlds OR scor*
OR floor OR rul* OR rule OR regulation*
OR prob* OR qualif* OR scandal* OR rig*
OR rebel* OR investigat* OR showcase*
OR promot* OR merch* OR rebate* OR
refund* OR *legal* OR cash OR fee*)

221.    deal w/10 customer

222.    evaluat* w/10 limit*

223.    deal w/10 polic*

224.    IEP w/10 bid*

225.    mandate w/10 member*

226.    negotiate* w/10 client

227.    assess* w/10 sheet

228.    deal w/10 process*

229.    scor* w/10 market*

230.    promot* w/10 reduc*

231.    apparel w/10 pric*

232.    preferred w/10 fees

233.    leverag* w/10 cheer*

11

234.     "Crown Jubilee Nationals" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

235.     register* w/10 subsid*

236.     "JAMfest Events" AND fee*

237.     apparel w/10 fees

238.     prefer* w/10 client

239.     merch* w/10 partner*

240.     ("ImpACT Cheer & Dance" OR "ImpACT Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

241.     merch* w/10 refund

242.     break* w/10 booth

243.     dominat* w/10 (industry OR market)

244.     comply w/10 client

245.     mandate w/10 *sanction*

246.     "Cheer Rules" AND scandal*

247.     mandate w/10 rule*

248.     promot* w/10 return

249.     assess* w/10 location

250.     fee w/10 booth

251.     compl* w/10 apparel

252.     close* w/10 merch*

253.    (business OR market* OR revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR insurance) w/10 grew

254.    *vendor w/10 affiliat*

255.    Varsity w/10 booth*

256.    IEP w/10 show*

257.    merch* w/10 cost

258.    "One Up" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

259.    (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR process*) w/5 geograph*

260.    breach* w/10 customer

261.    JAM AND scandal*

262.    punish* w/10 gym

263.    scor* w/10 book

264.    athlete w/10 discount

265.    prefer* w/10 IEP

266.    (contract OR agreement OR negotiate* OR offer OR deal OR "Network Agreement" OR compl*) w/10 spectator

267.    JAMfest AND merch*

268.    worlds w/10 discount

269.    apparel w/10 sponsor*

270.    assess* w/10 instruct*

271.    "Cheer Tech" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

13

272.    evaluat* w/10 certif*

273.    punish* w/10 athlete

274.    (revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR market* OR forecast OR outlook OR budget*) w/10 grew

275.    judg* w/10 copyright

276.    "All Things Cheer and Dance" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

277.    worlds w/10 trend*

278.    preferred w/10 sponsor*

279.    "Nation's Best" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

280.    preferred w/10 allow*

281.    *compliance w/10 customer

282.    merch* w/10 allow*

283.    ("Feel the Power" OR FTP) w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

284.    protocol w/10 allow*

285.    "U.S. Patent and Trademark Office"

14

286.       "JAMfest Events" AND prob*

287.       negotiate* w/10 member*

288.       negotiate* w/10 program

289.       hook* w/10 gym

290.       Radek

291.       athlete w/10 dues

292.       initiative w/10 free

293.       assess* w/10 varsity

294.       booth w/10 partner*

295.       comply w/10 promot*

296.       evaluat* w/10 authorit*

297.       "legality rules"

298.       *vendor w/10 cost

299.       polic* w/10 discount

300.       close* w/10 uniform

301.       reject* w/10 client

302.       gym w/10 expense

303.       prefer* w/10 market

304.       "JAMfest Events" AND rul*

305.       member* w/10 perk

306.       "American Spirit Championships"
           w/10 (booth* OR vendor* OR scandal* OR
           rebel* OR investigat* OR showcase* OR
           promot* OR merch* OR rebate* OR
           refund*)

307.       fix* w/10 market

308.       guideline w/10 allow*

309.       independent w/10 benefit*

310.       evaluat* w/10 card

15

311.     "cross marketing" OR cross*market*

312.     *vendor w/10 allow*

313.     gym w/10 discount

314.     prefer* w/10 apparel

315.     spectator w/10 cost

316.     guideline w/10 legal*

317.     initiative w/10 affiliat*

318.     spectator w/10 pric*

319.     punish* w/10 competition

320.     "Clayton Act"

321.     "Sherman Act"

322.     fee w/10 spectator

323.     gym w/10 rebate

324.     (barrier OR obstacle OR restraint OR restrict* OR limit* OR curb* OR check* OR block OR constrain* OR control* OR dominat* OR reduc* OR decrease OR lead) w/10 showcase

325.     worlds w/10 negotiat*

326.     ("Maximum Cheer & Dance" OR "Maximum Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

327.     offer w/10 guideline

328.     close* w/10 fan

329.     process* w/10 discount

330.     "Universal Spirit" w/10 (booth* OR vendor* OR scandal* OR rebel* OR

16

investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

331.    "U.S. Copyright Office"

332.    polic* w/10 dues

333.    bid* w/5 prize

334.    assess* w/10 geograph*

335.    (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR process*) w/5 distan*

336.    mandate w/10 cheer

337.    contract w/10 merch*

338.    "JAMfest Events" AND scor*

339.    guideline w/10 sponsor*

340.    preferred w/10 cost

341.    (Cheerleading w/1 World w/1 Championship*) OR CWC

342.    (board OR BOD) w/10 packet

343.    *compliance w/10 merch*

344.    breach* w/10 client

345.    fee w/10 industry

346.    leverag* w/10 competition

347.    concentrate w/10 competition

348.    showcase w/10 free

349.    punish* w/10 promot*

350.    offer w/10 initiative

351.    prefer* w/10 booth

352.    "JAMfest Events" AND qualif*

353.    spectator w/10 free

354.    *vendor w/10 free

17

355. "Legacy Tour" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

356. "Perfect Privacy"

357. close* w/10 booth

358. cartel

359. booth w/10 affiliat*

360. "Partners Group"

361. fix* w/10 customer

362. break* w/10 apparel

363. fan w/10 free

364. booth w/10 sponsor*

365. preferred w/10 return

366. guideline w/10 partner*

367. "America Cheer Express" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

368. bid* w/5 confer

369. merch* w/10 sponsor*

370. guideline w/10 code

371. Americheer w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

372. "Cheer 4 Charity" AND (booth* OR vendor* OR worlds OR scor* OR floor OR

18

rul* OR rule OR regulation* OR prob* OR
qualif* OR scandal* OR rig* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund* OR *legal*
OR cash OR fee*)

373.  break* w/10 customer

374.  committee w/5 reinstate

375.  initiative w/10 sponsor*

376.  initiative w/10 insurance

377.  booth w/10 free

378.  register* w/10 dues

379.  *vendor w/10 return

380.  showcase w/10 allow*

381.  "Legacy Cheer Championships"
AND (booth* OR vendor* OR worlds OR
scor* OR floor OR rul* OR rule OR
regulation* OR prob* OR qualif* OR
scandal* OR rig* OR rebel* OR investigat*
OR showcase* OR promot* OR merch* OR
rebate* OR refund* OR *legal* OR cash
OR fee*)

382.  penalty w/10 entry

383.  "All Out Championships" w/10
(booth* OR vendor* OR scandal* OR
rebel* OR investigat* OR showcase* OR
promot* OR merch* OR rebate* OR
refund*)

384.  (GMCE OR "Greater Midwest
Cheer Expo") w/10 (booth* OR vendor*
OR scandal* OR rebel* OR investigat* OR
showcase* OR promot* OR merch* OR
rebate* OR refund*)

385.  "Cheer Match Live" AND (booth*
OR vendor* OR worlds OR scor* OR floor
OR rul* OR rule OR regulation* OR prob*
OR qualif* OR scandal* OR rig* OR rebel*

19

OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

386.      showcase w/10 sponsor*

387.      procedure w/10 code

388.      regulation w/10 payment*

389.      *compliance w/10 promot*

390.      initiative w/10 *sanction*

391.      judg* w/10 guideline

392.      "Cheer USA Championships" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

393.      worlds w/10 rebate

394.      compl* w/10 mandate

395.      "JAMfest Events" AND worlds

396.      "Spirit Cheer" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

397.      bid* w/5 reward*

398.      negotiate* w/10 process*

399.      "trademark registration"

400.      "Spirit Spectacular" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

401.      "JAMfest Events" AND floor

402.      "ROC Spirit" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR

4810-8379-9784v1
2933399-000004 05/05/2021

merch* OR rebate* OR refund* OR *legal*
OR cash OR fee*)

403.     fee w/10 showcase

404.     reject* w/10 team

405.     *compliance w/10 entry

406.     "Network Agreement" w/10 gym*

407.     penalty w/10 apparel

408.     comply w/10 entry

409.     assess* w/10 authorit*

410.     "JAMfest Events" AND rig*

411.     initiative w/10 cost

412.     close* w/10 promot*

413.     protocol w/10 free

414.     booth w/10 return

415.     spectator w/10 affiliat*

416.     regulation w/10 benefit*

417.     ownership w/25 www.usasf.net

418.     mandate w/10 standard*

419.     leverag* w/10 market

420.     negotiate* w/10 polic*

421.     "JAMfest Events" AND rule

422.     merch* w/10 rebate

423.     fee w/10 uniform

424.     program w/10 perk

425.     regulation w/10 sanction*

426.     booth w/10 discount

427.     "Spirit Blast" w/10 (booth* OR
         vendor* OR scandal* OR rebel* OR

21

investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

| 428. | evaluat* w/10 comput* |
| 429. | "JAMfest Events" AND compet* |
| 430. | regulation w/10 show* |
| 431. | preferred w/10 discount |
| 432. | supporter w/10 partner* |
| 433. | prefer* w/10 uniform |
| 434. | regulation w/10 bid* |
| 435. | fee w/10 market |
| 436. | mandate w/10 event |
| 437. | breach* w/10 industry |
| 438. | "JAMfest Events" AND promot* |
| 439. | booth w/10 pric* |
| 440. | evaluat* w/10 book |
| 441. | break* w/10 merch* |
| 442. | agreement w/10 procedure |
| 443. | booth w/10 cost |
| 444. | negotiate* w/10 gym* |
| 445. | apparel w/10 free |
| 446. | close* w/10 spectator |
| 447. | merch* w/10 reduc* |
| 448. | initiative w/10 code |
| 449. | fix* w/10 merch* |
| 450. | reject* w/10 customer |
| 451. | scor* w/10 copyright |
| 452. | *compliance w/10 independent |
| 453. | break* w/10 uniform |

4810-8379-9784v1
2933399-000004 05/05/2021

454.     concentrate w/10 cheer*

455.     rules w/10 negotiat*

456.     IEP w/10 benefit*

457.     spectator w/10 refund

458.     independent w/10 monitor*

459.     leverag* w/10 client

460.     comply w/10 market

461.     JAMfest AND scandal*

462.     *vendor w/10 expense

463.     "Spirit Solutions" w/10 (booth*
         OR vendor* OR scandal* OR rebel* OR
         investigat* OR showcase* OR promot* OR
         merch* OR rebate* OR refund*)

464.     "American Cheer Power" w/10
         (booth* OR vendor* OR scandal* OR
         rebel* OR investigat* OR showcase* OR
         promot* OR merch* OR rebate* OR
         refund*)

465.     (board OR BOD) w/10 script

466.     "Golden State Spirit Association"
         w/10 (booth* OR vendor* OR scandal* OR
         rebel* OR investigat* OR showcase* OR
         promot* OR merch* OR rebate* OR
         refund*)

467.     agreement w/10 protocol

468.     register* w/10 rebate

469.     procedure w/10 refund

470.     leverag* w/10 industry

471.     preferred w/10 reduc*

472.     (board OR BOD) w/10 fire

473.     procedure w/10 fees

474.     fix* w/10 client

23

475.     protocol w/10 partner*

476.     hook* w/10 team

477.     "Cheer Max" w/10 (booth* OR
         vendor* OR scandal* OR rebel* OR
         investigat* OR showcase* OR promot* OR
         merch* OR rebate* OR refund*)

478.     leverag* w/10 team

479.     "JAMfest Events" AND vendor*

480.     mandate w/10 legal*

481.     independent w/10 negotiat*

482.     procedure w/10 free

483.     evaluat* w/10 location

484.     agreement w/10 apparel

485.     deal w/10 merch*

486.     comply w/10 merch*

487.     process* w/10 dues

488.     fan w/10 affiliat*

489.     prefer* w/10 independent

490.     athlete w/10 perk

491.     offer w/10 apparel

492.     IEP w/10 payment*

493.     evaluat* w/10 copyright

494.     merch* w/10 dues

495.     procedure w/10 expense

496.     break* w/10 showcase

497.     "Cheer Derby" w/10 (booth* OR
         vendor* OR scandal* OR rebel* OR
         investigat* OR showcase* OR promot* OR
         merch* OR rebate* OR refund*)

498.     "Star Spirit" w/10 (booth* OR
         vendor* OR scandal* OR rebel* OR

24

investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

499.      reject* w/10 entry

500.      protocol w/10 refund

501.      breach* w/10 merch*

502.      leverag* w/10 gym

503.      bid* w/5 complaint

504.      break* w/10 spectator

505.      supporter w/10 affiliat*

506.      worlds w/10 perk

507.      assess* w/10 calculat*

508.      "Network Agreement" w/10
      apparel

509.      leverag* w/10 apparel

510.      apparel w/10 reduc*

511.      hook* w/10 client

512.      apparel w/10 rebate

513.      "Just Briefs"

514.      independent w/10 track

515.      "Elite Cheerleading Inc." w/10
      (booth* OR vendor* OR scandal* OR
      rebel* OR investigat* OR showcase* OR
      promot* OR merch* OR rebate* OR
      refund*)

516.      GLCC w/10 (booth* OR vendor*
      OR scandal* OR rebel* OR investigat* OR
      showcase* OR promot* OR merch* OR
      rebate* OR refund*)

517.      penalty w/10 merch*

518.      close* w/10 showcase

519.      "Apex Championships" w/10
      (booth* OR vendor* OR scandal* OR

25

rebel* OR investigat* OR showcase* OR
promot* OR merch* OR rebate* OR
refund*)

520.　　　concentrate w/10 athlete

521.　　　fan w/10 return

522.　　　mandate w/10 sponsor*

523.　　　bid* w/5 regulation

524.　　　assess* w/10 copyright

525.　　　contract w/10 apparel

526.　　　scor* w/10 trademark

527.　　　guideline w/10 cost

528.　　　assess* w/10 bid*

529.　　　apparel w/10 subsid*

530.　　　preferred w/10 affiliat*

531.　　　close* w/10 independent

532.　　　breach* w/10 competition

533.　　　Cherasaro

534.　　　assess* w/10 permit*

535.　　　break* w/10 fan

536.　　　"Redline Championships" AND
(booth* OR vendor* OR worlds OR scor*
OR floor OR rul* OR rule OR regulation*
OR prob* OR qualif* OR scandal* OR rig*
OR rebel* OR investigat* OR showcase*
OR promot* OR merch* OR rebate*
OR refund* OR *legal* OR cash OR fee*)

537.　　　apparel w/10 discount

538.　　　concentrate w/10 team

539.　　　breach* w/10 gym

540.　　　"JAMfest Events" AND refund*

26

541.     ("US Cheer Productions" OR "U.S.
Cheer Productions") w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot*
merch* OR rebate* OR refund*)

542.     prefer* w/10 merch*

543.     independent w/10 inquiry

544.     ICU w/2 World w/1
Championship*

545.     fee w/10 independent

546.     procedure w/10 *sanction*

547.     negotiate* w/10 merch*

548.     breach* w/10 team

549.     "Spirit Festival" w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

550.     prefer* w/10 entry

551.     "Cheer Pros" w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

552.     assess* w/10 comput*

553.     mandate w/10 allow*

554.     agreement w/10 mandate

555.     Majestic w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

556.     comply w/10 IEP

557.     "State Fair Spirit Classic" AND
(booth* OR vendor* OR worlds OR scor*
OR floor OR rul* OR regulation* OR rule
OR prob* OR qualif* OR scandal* OR rig*
OR rebel* OR investigat* OR showcase*

27

OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

558.     negotiate* w/10 team

559.     scor* w/10 procedure

560.     process* w/10 subsid*

561.     supporter w/10 free

562.     hook* w/10 entry

563.     punish* w/10 customer

564.     break* w/10 IEP

565.     *vendor w/10 discount

566.     (board OR BOD) w/10 (good w/2 standing)

567.     "United Events" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

568.     spectator w/10 sponsor*

569.     merch* w/10 expense

570.     (board OR BOD) w/10 dismiss

571.     assess* w/10 formula*

572.     mandate w/10 code

573.     fan w/10 cost

574.     break* w/10 entry

575.     regulation w/10 monitor*

576.     bid* w/5 geograph*

577.     fix* w/10 entry

578.     initiative w/10 return

579.     fix* w/10 promot*

580.     fee w/10 apparel

581.     assess* w/10 guideline

28

582.     punish* w/10 supporter

583.     fix* w/10 uniform

584.     leverag* w/10 promot*

585.     register* w/10 expense

586.     preferred w/10 expense

587.     *compliance w/10 booth

588.     "JAMfest Events" AND rebel*

589.     procedure w/10 cost

590.     initiative w/10 legal*

591.     athlete w/10 subsid*

592.     protocol w/10 insurance

593.     WSA w/10 (booth* OR vendor*
         OR scandal* OR rebel* OR investigat* OR
         showcase* OR promot* OR merch* OR
         rebate* OR refund*)

594.     *vendor w/10 refund

595.     initiative w/10 reduc*

596.     punish* w/10 industry

597.     leverag* w/10 customer

598.     fan w/10 sponsor*

599.     fan w/10 pric*

600.     deal w/10 apparel

601.     guideline w/10 insurance

602.     ("Deep South Spirit" OR "Deep
         South Cheer & Dance Championships" OR
         "Deep South Cheer and Dance
         Championships") w/10 (booth* OR
         vendor* OR scandal* OR rebel* OR
         investigat* OR showcase* OR promot* OR
         merch* OR rebate* OR refund*)

603.     ("Sea to Sky Cheerleading
         Championship" OR "Sea to Sky

29

International Cheerleading Championship") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

604.     "WOW Factor Sports, Inc." w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

605.     break* w/10 independent

606.     ("Mardis Gras Spirit Events" OR "Mardis Gras") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

607.     *compliance w/10 showcase

608.     protocol w/10 sponsor*

609.     mandate w/10 insurance

610.     "The Groove Experience" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

611.     worlds w/10 probe

612.     "JAMfest Events" AND cash

613.     *compliance w/10 IEP

614.     National w/2 Cheerleading w/1 Championship* OR NCC

615.     close* w/10 apparel

30

616.        scor* w/10 catagor*

617.        deal w/10 client

618.        mandate w/10 free

619.        bid* w/5 merch*

620.        evaluat* w/10 procedure

621.        "DX Events" w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

622.        "Ultimate Cheer Experience" w/10
(booth* OR vendor* OR scandal* OR
rebel* OR investigat* OR showcase* OR
promot* OR merch* OR rebate* OR
refund*)

623.        "United States Cheerleading
Association" w/10 (booth* OR vendor* OR
scandal* OR rebel* OR investigat* OR
showcase* OR promot* OR merch* OR
rebate* OR refund*)

624.        "Valley of the Sun" w/10 (booth*
OR vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

625.        Tri-County w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

626.        offer w/10 mandate

627.        comply w/10 independent

628.        ("Eastern Cheer & Dance" OR
"Eastern Cheer and Dance") w/10 (booth*
OR vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

629.        contract w/10 procedure

31

630.      polic* w/10 rebate

631.      comply w/10 showcase

632.      IEP w/10 monitor*

633.      JAMZ AND scandal*

634.      "JAMfest Events" AND *legal*

635.      ("Coastal Cheer & Dance" OR
          "Coastal Cheer and Dance") w/10 (booth*
          OR vendor* OR scandal* OR rebel* OR
          investigat* OR showcase* OR promot* OR
          merch* OR rebate* OR refund*)

636.      apparel w/10 dues

637.      member* w/10 probe

638.      rules w/10 probe

639.      committee w/5 dismiss

640.      initiative w/10 pric*

641.      (board OR BOD) w/10 revoke

642.      fee w/10 IEP

643.      committee w/5 fire

644.      (contract OR agreement OR
          negotiate* OR offer OR deal OR "Network
          Agreement" OR compl*) w/10 supporter

645.      reject* w/10 athlete

646.      fan w/10 partner*

647.      judg* w/10 catagor*

648.      concentrate w/10 gym

649.      breach* w/10 independent

650.      earmark OR (ear w/1 mark)

651.      protocol w/10 expense

652.      reject* w/10 industry

653.      fix* w/10 fan

4810-8379-9784v1
2933399-000004 05/05/2021

654.     close* w/10 IEP

655.     booth w/10 fees

656.     guideline w/10 affiliat*

657.     "JAMfest Events" AND showcase*

658.     penalty w/10 market

659.     negotiate* w/10 customer

660.     booth w/10 expense

661.     fan w/10 expense

662.     "Champion Cheer and Dance"
         w/10 (booth* OR vendor* OR scandal* OR
         rebel* OR investigat* OR showcase* OR
         promot* OR merch* OR rebate* OR
         refund*)

663.     breach* w/10 entry

664.     fee w/10 fan

665.     protocol w/10 subsid*

666.     spectator w/10 expense

667.     *compliance w/10 market

668.     "New England Cheerleaders" w/10
         (booth* OR vendor* OR scandal* OR
         rebel* OR investigat* OR showcase* OR
         promot* OR merch* OR rebate* OR
         refund*)

669.     *vendor w/10 subsid*

670.     leverag* w/10 athlete

671.     prefer* w/10 fan

672.     preferred w/10 subsid*

673.     spectator w/10 reduc*

674.     scor* w/10 geograph*

675.     fan w/10 fees

676.     penalty w/10 promot*

4810-8379-9784v1
2933399-000004 05/05/2021

677.      bid* w/5 uniform

678.      mandate w/10 fees

679.      (barrier OR obstacle OR restraint
          OR restrict* OR limit* OR curb* OR check*
          OR block OR constrain* OR control* OR
          dominat* OR reduc* OR decrease OR lead)
          w/10 supporter

680.      bid* w/5 object*

681.      athlete w/10 rebate

682.      prefer* w/10 spectator

683.      procedure w/10 sponsor*

684.      showcase w/10 pric*

685.      worlds w/10 subsid*

686.      assess* w/10 procedure

687.      evaluat* w/10 calculat*

688.      event w/10 perk

689.      assess* w/10 trademark

690.      guideline w/10 pric*

691.      ("Fusion Cheer & Dance" OR
          "Fusion Cheer and Dance") w/10 (booth*
          OR vendor* OR scandal* OR rebel* OR
          investigat* OR showcase* OR promot* OR
          merch* OR rebate* OR refund*)

692.      regulation w/10 track

693.      comply w/10 booth

694.      independent w/10 trend*

695.      negotiate* w/10 protocol

696.      promot* w/10 refund

697.      "Aloha Spirit Championships"
          w/10 (booth* OR vendor* OR scandal* OR
          rebel* OR investigat* OR showcase* OR

34

promot* OR merch* OR rebate* OR refund*)

698.    "Pac West" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

699.    apparel w/10 return

700.    hook* w/10 IEP

701.    mandate w/10 pric*

702.    "JAMfest Events" AND merch*

703.    concentrate w/10 market

704.    fix* w/10 IEP

705.    showcase w/10 return

706.    fan w/10 reduc*

707.    offer w/10 procedure

708.    penalty w/10 client

709.    protocol w/10 fees

710.    "JAMfest Events" AND regulation*

711.    ("The Title Championship" OR "The Rebel Title Championship" OR "The Rebel Title") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

712.    bid* w/5 apparel

713.    fan w/10 discount

714.    penalty w/10 fan

715.    showcase w/10 reduc*

4810-8379-9784v1
2933399-000004 05/05/2021

716.        (Cheerleading w/1 Asia w/1
International w/1 Open w/1
Championship*) OR CAIOC

717.        breach* w/10 market

718.        "Spirit Xpress" w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

719.        apparel w/10 cost

720.        (("Midwest Cheer & Dance
Championships" OR "Midwest Cheer and
Dance Championships") OR "Midwest
Sports") w/10 (booth* OR vendor* OR
scandal* OR rebel* OR investigat* OR
showcase* OR promot* OR merch* OR
rebate* OR refund*)

721.        showcase w/10 affiliat*

722.        punish* w/10 market

723.        polic* w/10 perk

724.        supporter w/10 return

725.        "Fuel Athletics" w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

726.        "JAMfest Events" AND booth*

727.        (("COA Cheer & Dance" OR "COA
Cheer and Dance")) w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

728.        Cheerstarz w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

729.        evaluat* w/10 guideline

36

730.    hook* w/10 booth

731.    initiative w/10 fees

732.    merch* w/10 subsid*

733.    procedure w/10 affiliat*

734.    procedure w/10 pric*

735.    protocol w/10 reduc*

736.    regulation w/10 investigat*

737.    bid* w/5 protest

738.    concentrate w/10 client

739.    deal w/10 protocol

740.    evaluat* w/10 formula*

741.    gym w/10 subsid*

742.    hook* w/10 athlete

743.    hook* w/10 competition

744.    hook* w/10 industry

745.    IEP w/10 negotiat*

746.    mandate w/10 reduc*

747.    negotiate* w/10 mandate

748.    punish* w/10 IEP

749.    "CNY Cheer Company, Inc." w/10
        (booth* OR vendor* OR scandal* OR
        rebel* OR investigat* OR showcase* OR
        promot* OR merch* OR rebate* OR
        refund*)

750.    "JAMfest Events" AND investigat*

751.    ("U.S. Spirit" OR "US Spirit") w/10
        (booth* OR vendor* OR scandal* OR
        rebel* OR investigat* OR showcase* OR
        promot* OR merch* OR rebate* OR
        refund*)

752.    booth w/10 refund

753.     breach* w/10 promot*

754.     concentrate w/10 industry

755.     contract w/10 mandate

756.     fix* w/10 spectator

757.     hook* w/10 promot*

758.     initiative w/10 expense

759.     leverag* w/10 IEP

760.     leverag* w/10 merch*

761.     penalty w/10 independent

762.     penalty w/10 industry

763.     preferred w/10 refund

764.     promot* w/10 perk

765.     promot* w/10 rebate

766.     promot* w/10 subsid*

767.     supporter w/10 sponsor*

768.     "3 P Comps" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

769.     "Championship Cheer Central Inc." w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

770.     "Combat Cheer" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

771.     "Diamond Cheer" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

772.        "Elite Cheer Companies" w/10
(booth* OR vendor* OR scandal* OR
rebel* OR investigat* OR showcase* OR
promot* OR merch* OR rebate* OR
refund*)

773.        "Extreme Spirit" w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

774.        "JAMfest Events" AND rebate*

775.        "JAMfest Events" AND scandal*

776.        "Live* Cheer and Dance Events"
AND *legal*

777.        "Live* Cheer and Dance Events"
AND booth*

778.        "Live* Cheer and Dance Events"
AND cash

779.        "Live* Cheer and Dance Events"
AND fee*

780.        "Live* Cheer and Dance Events"
AND floor

781.        "Live* Cheer and Dance Events"
AND investigat*

782.        "Live* Cheer and Dance Events"
AND merch*

783.        "Live* Cheer and Dance Events"
AND prob*

784.        "Live* Cheer and Dance Events"
AND promot*

785.        "Live* Cheer and Dance Events"
AND qualif*

786.        "Live* Cheer and Dance Events"
AND rebate*

787.        "Live* Cheer and Dance Events"
AND rebel*

39

788.    "Live* Cheer and Dance Events" AND refund*

789.    "Live* Cheer and Dance Events" AND rig*

790.    "Live* Cheer and Dance Events" AND rul*

791.    "Live* Cheer and Dance Events" AND rule

792.    "Live* Cheer and Dance Events" AND scandal*

793.    "Live* Cheer and Dance Events" AND scor*

794.    "Live* Cheer and Dance Events" AND showcase*

795.    "Live* Cheer and Dance Events" AND vendor*

796.    "Live* Cheer and Dance Events" AND worlds

797.    "Mid Atlantic Championships" w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

798.    "Network Agreement" w/10 client

799.    "Network Agreement" w/10 customer

800.    "Network Agreement" w/10 event

801.    "Network Agreement" w/10 guideline

802.    "Network Agreement" w/10 initiative

803.    "Network Agreement" w/10 mandate

40

804.        "Network Agreement" w/10
        member*

805.        "Network Agreement" w/10
        merch*

806.        "Network Agreement" w/10 polic*

807.        "Network Agreement" w/10
        procedure

808.        "Network Agreement" w/10
        process*

809.        "Network Agreement" w/10
        program

810.        "Network Agreement" w/10
        protocol

811.        "Network Agreement" w/10 team

812.        "Pacific All-Star Championships"
        w/10 (booth* OR vendor* OR scandal* OR
        rebel* OR investigat* OR showcase* OR
        promot* OR merch* OR rebate* OR
        refund*)

813.        "Premier Championships" w/10
        (booth* OR vendor* OR scandal* OR
        rebel* OR investigat* OR showcase* OR
        promot* OR merch* OR rebate* OR
        refund*)

814.        "Spirit Factor" w/10 (booth* OR
        vendor* OR scandal* OR rebel* OR
        investigat* OR showcase* OR promot* OR
        merch* OR rebate* OR refund*)

815.        "Spirit Wear Fashions"

816.        "Victory Championships" AND
        (booth* OR vendor* OR worlds OR scor*
        OR floor OR rul* OR rule OR regulation*
        OR prob* OR qualif* OR scandal* OR rig*
        OR rebel* OR investigat* OR showcase*
        OR promot* OR merch* OR rebate* OR
        refund* OR *legal* OR cash OR fee*)

41

817.      "warmup requirements"

818.      "Worldwise Spirit Association"
AND (booth* OR vendor* OR worlds OR
scor* OR floor OR rul* OR rule OR
regulation* OR prob* OR qualif* OR
scandal* OR rig* OR rebel* OR investigat*
OR showcase* OR promot* OR merch* OR
rebate* OR refund* OR *legal* OR cash
OR fee*)

819.      "Xtreme Spirit" w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

820.      ("ACDA Spirit" OR "American
Cheer and Dance Academy") w/10
(booth* OR vendor* OR scandal* OR
rebel* OR investigat* OR showcase* OR
promot* OR merch* OR rebate* OR
refund*)

821.      ("Live* Cheer & Dance Events" OR
"Live* Cheer and Dance Events") AND
*legal*

822.      ("Live* Cheer & Dance Events" OR
"Live* Cheer and Dance Events") AND
booth*

823.      ("Live* Cheer & Dance Events" OR
"Live* Cheer and Dance Events") AND cash

824.      ("Live* Cheer & Dance Events" OR
"Live* Cheer and Dance Events") AND fee*

825.      ("Live* Cheer & Dance Events" OR
"Live* Cheer and Dance Events") AND
floor

826.      ("Live* Cheer & Dance Events" OR
"Live* Cheer and Dance Events") AND
investigat*

42

827.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        merch*

828.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        prob*

829.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        promot*

830.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        qualif*

831.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        rebate*

832.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        rebel*

833.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        refund*

834.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND rig*

835.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND rul*

836.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND rule

837.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        scandal*

838.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        scor*

839.    ("Live* Cheer & Dance Events" OR
        "Live* Cheer and Dance Events") AND
        showcase*

4810-8379-9784v1
2933399-000004 05/05/2021

840. ("Live* Cheer & Dance Events" OR "Live* Cheer and Dance Events") AND vendor*

841. ("Live* Cheer & Dance Events" OR "Live* Cheer and Dance Events") AND worlds

842. ("Spirit Unlimited Cheer & Dance" OR "Spirit Unlimited Cheer and Dance") w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

843. (board OR BOD) w/10 reinstate

844. (board OR BOD) w/10 rescind

845. (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR process*) w/5 qulif*

846. (revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR market* OR forecast OR outlook OR budget*) w/10 scorebook

847. (scoresheet OR "score sheet") w/10 (guidebook OR "guide book")

848. *compliance w/10 apparel

849. *compliance w/10 fan

850. *compliance w/10 spectator

851. *compliance w/10 supporter

852. *vendor w/10 perk

853. *vendor w/10 rebate

854. *vendor w/10 reduc*

855. apparel w/10 expense

856. apparel w/10 perk

857. apparel w/10 refund

44

858.      assess* w/10 book

859.      assess* w/10 catagor*

860.      bid* w/5 grievance

861.      booth w/10 dues

862.      booth w/10 perk

863.      booth w/10 rebate

864.      booth w/10 reduc*

865.      booth w/10 subsid*

866.      breach* w/10 apparel

867.      breach* w/10 booth

868.      breach* w/10 fan

869.      breach* w/10 IEP

870.      breach* w/10 showcase

871.      breach* w/10 spectator

872.      breach* w/10 supporter

873.      breach* w/10 uniform

874.      break* w/10 supporter

875.      close* w/10 supporter

876.      committee w/5 (good w/2
          standing)

877.      committee w/5 apparel

878.      committee w/5 rescind

879.      committee w/5 revoke

880.      comply w/10 apparel

881.      comply w/10 fan

882.      comply w/10 spectator

883.      comply w/10 supporter

884.      concentrate w/10 apparel

4810-8379-9784v1
2933399-000004 05/05/2021

885.    concentrate w/10 booth

886.    concentrate w/10 customer

887.    concentrate w/10 entry

888.    concentrate w/10 fan

889.    concentrate w/10 IEP

890.    concentrate w/10 independent

891.    concentrate w/10 merch*

892.    concentrate w/10 promot*

893.    concentrate w/10 showcase

894.    concentrate w/10 spectator

895.    concentrate w/10 supporter

896.    concentrate w/10 uniform

897.    contract w/10 guideline

898.    contract w/10 protocol

899.    deal w/10 guideline

900.    deal w/10 initiative

901.    deal w/10 mandate

902.    deal w/10 procedure

903.    evaluat* w/10 catagor*

904.    evaluat* w/10 geograph*

905.    evaluat* w/10 trademark

906.    fan w/10 dues

907.    fan w/10 perk

908.    fan w/10 rebate

909.    fan w/10 refund

910.    fan w/10 subsid*

911.    fee w/10 supporter

912.    fix* w/10 apparel

46

913.     fix* w/10 booth

914.     fix* w/10 independent

915.     fix* w/10 showcase

916.     fix* w/10 supporter

917.     guideline w/10 discount

918.     guideline w/10 dues

919.     guideline w/10 expense

920.     guideline w/10 fees

921.     guideline w/10 perk

922.     guideline w/10 rebate

923.     guideline w/10 reduc*

924.     guideline w/10 refund

925.     guideline w/10 return

926.     guideline w/10 subsid*

927.     gym w/10 perk

928.     hook* w/10 apparel

929.     hook* w/10 customer

930.     hook* w/10 fan

931.     hook* w/10 independent

932.     hook* w/10 market

933.     hook* w/10 merch*

934.     hook* w/10 showcase

935.     hook* w/10 spectator

936.     hook* w/10 supporter

937.     hook* w/10 uniform

938.     IEP w/10 inquiry

939.     IEP w/10 investigat*

940.     IEP w/10 probe

47

941.  IEP w/10 restict*

942.  IEP w/10 track

943.  IEP w/10 trend*

944.  independent w/10 probe

945.  independent w/10 restict*

946.  initiative w/10 discount

947.  initiative w/10 dues

948.  initiative w/10 perk

949.  initiative w/10 rebate

950.  initiative w/10 refund

951.  initiative w/10 subsid*

952.  judg* w/10 trademark

953.  leverag* w/10 booth

954.  leverag* w/10 entry

955.  leverag* w/10 fan

956.  leverag* w/10 independent

957.  leverag* w/10 showcase

958.  leverag* w/10 spectator

959.  leverag* w/10 supporter

960.  leverag* w/10 uniform

961.  mandate w/10 affiliat*

962.  mandate w/10 cost

963.  mandate w/10 discount

964.  mandate w/10 dues

965.  mandate w/10 expense

966.  mandate w/10 partner*

967.  mandate w/10 perk

968.  mandate w/10 rebate

48

969.     mandate w/10 refund

970.     mandate w/10 return

971.     mandate w/10 subsid*

972.     member* w/10 restict*

973.     merch* w/10 perk

974.     negotiate* w/10 apparel

975.     negotiate* w/10 guideline

976.     negotiate* w/10 initiative

977.     negotiate* w/10 procedure

978.     offer w/10 protocol

979.     penalty w/10 booth

980.     penalty w/10 IEP

981.     penalty w/10 showcase

982.     penalty w/10 spectator

983.     penalty w/10 supporter

984.     prefer* w/10 showcase

985.     prefer* w/10 supporter

986.     preferred w/10 dues

987.     preferred w/10 perk

988.     procedure w/10 discount

989.     procedure w/10 dues

990.     procedure w/10 partner*

991.     procedure w/10 perk

992.     procedure w/10 rebate

993.     procedure w/10 reduc*

994.     procedure w/10 subsid*

995.     process* w/10 perk

996.     protocol w/10 cost

997.     protocol w/10 discount

998.     protocol w/10 dues

999.     protocol w/10 perk

1000.    protocol w/10 pric*

1001.    protocol w/10 rebate

1002.    punish* w/10 apparel

1003.    punish* w/10 booth

1004.    punish* w/10 client

1005.    punish* w/10 entry

1006.    punish* w/10 fan

1007.    punish* w/10 independent

1008.    punish* w/10 merch*

1009.    punish* w/10 showcase

1010.    punish* w/10 spectator

1011.    punish* w/10 uniform

1012.    register* w/10 perk

1013.    regulation w/10 inquiry

1014.    regulation w/10 negotiat*

1015.    regulation w/10 probe

1016.    regulation w/10 restict*

1017.    regulation w/10 trend*

1018.    reject* w/10 apparel

1019.    reject* w/10 booth

1020.    reject* w/10 competition

1021.    reject* w/10 fan

1022.    reject* w/10 gym

1023.    reject* w/10 IEP

1024.    reject* w/10 independent

4810-8379-9784v1
2933399-000004 05/05/2021

1025.    reject* w/10 market

1026.    reject* w/10 merch*

1027.    reject* w/10 promot*

1028.    reject* w/10 showcase

1029.    reject* w/10 spectator

1030.    reject* w/10 supporter

1031.    reject* w/10 uniform

1032.    rules w/10 restict*

1033.    showcase w/10 cost

1034.    showcase w/10 discount

1035.    showcase w/10 dues

1036.    showcase w/10 expense

1037.    showcase w/10 fees

1038.    showcase w/10 perk

1039.    showcase w/10 rebate

1040.    showcase w/10 refund

1041.    showcase w/10 subsid*

1042.    spectator w/10 discount

1043.    spectator w/10 dues

1044.    spectator w/10 perk

1045.    spectator w/10 rebate

1046.    spectator w/10 return

1047.    spectator w/10 subsid*

1048.    Spiritleaders w/10 (booth* OR
vendor* OR scandal* OR rebel* OR
investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund*)

1049.    worlds w/10 restict*

1050.    supporter w/10 allow*

51

1051.     supporter w/10 cost

1052.     supporter w/10 discount

1053.     supporter w/10 dues

1054.     supporter w/10 expense

1055.     supporter w/10 fees

1056.     supporter w/10 perk

1057.     supporter w/10 pric*

1058.     supporter w/10 rebate

1059.     supporter w/10 reduc*

1060.     supporter w/10 refund

1061.     supporter w/10 subsid*

1062.     UPA w/10 (booth* OR vendor* OR
          scandal* OR rebel* OR investigat* OR
          showcase* OR promot* OR merch* OR
          rebate* OR refund*)

1063.     WCA w/10 (booth* OR vendor*
          OR scandal* OR rebel* OR investigat* OR
          showcase* OR promot* OR merch* OR
          rebate* OR refund*)


Chart B

These terms would be searched over the entire collection set, going back to 2012 if available.

All spam is filtered out.

1.  "Copyright registration"

2.  preferred w/10 rebate

3.  JAMZ AND investigat*

4.  promot* w/10 dues

5.  "Connecticut Spirit Association" AND (booth* OR
    vendor* OR worlds OR scor* OR floor OR rul* OR rule
    OR regulation* OR prob* OR qualif* OR scandal* OR rig*
    OR rebel* OR investigat* OR showcase* OR promot* OR

52

merch* OR rebate* OR refund* OR *legal* OR cash OR
fee*)

6. break* w/10 promot*

7. "Double Down Championships" AND (booth* OR
vendor* OR worlds OR scor* OR floor OR rul* OR rule
OR regulation* OR prob* OR qualif* OR scandal* OR rig*
OR rebel* OR investigat* OR showcase* OR promot* OR
merch* OR rebate* OR refund* OR *legal* OR cash OR
fee*)

8. close* w/10 client

9. comply w/10 competition

10. comply w/10 uniform

11. close* w/10 market

12. Hayes w/2 Lauren

13. independent w/10 payment*

14. assess* w/10 sanction*

15. breach* w/10 cheer*

16. bid* w/5 distan*

17. reject* w/10 cheer*

18. evaluat* w/10 market*

19. spectator w/10 allow*

20. evaluat* w/10 varsity

21. booth w/10 allow*

22. "Winner's Choice" AND (booth* OR vendor* OR worlds
OR scor* OR floor OR rul* OR rule OR regulation* OR
prob* OR qualif* OR scandal* OR rig* OR rebel* OR
investigat* OR showcase* OR promot* OR merch* OR
rebate* OR refund* OR *legal* OR cash OR fee*)

23. procedure w/10 allow*

24. scor* w/10 guideline

25. initiative w/10 allow*

53

26. "Championship Spirit Group" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

27. deal w/10 customer

28. deal w/10 polic*

29. negotiate* w/10 client

30. assess* w/10 sheet

31. apparel w/10 pric*

32. preferred w/10 fees

33. leverag* w/10 cheer*

34. "Crown Jubilee Nationals" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

35. "JAMfest Events" AND fee*

36. register* w/10 subsid*

37. merch* w/10 partner*

38. ("ImpACT Cheer & Dance" OR "ImpACT Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

39. break* w/10 booth

40. comply w/10 client

41. "Cheer Rules" AND scandal*

42. mandate w/10 *sanction*

43. mandate w/10 rule*

44. promot* w/10 return

4810-8379-9784v1
2933399-000004 05/05/2021

45. assess* w/10 location

46. fee w/10 booth

47. compl* w/10 apparel

48. close* w/10 merch*

49. IEP w/10 show*

50. breach* w/10 customer

51. JAM AND scandal*

52. athlete w/10 discount

53. prefer* w/10 IEP

54. apparel w/10 sponsor*

55. evaluat* w/10 certif*

56. punish* w/10 athlete

57. judg* w/10 copyright

58. (revenue OR sales OR profit* OR earnings OR "net income" OR annual* OR quarter* OR month* OR week* OR market* OR forecast OR outlook OR budget*) w/10 grew

59. preferred w/10 sponsor*

60. "Nation's Best" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

61. preferred w/10 allow*

62. *compliance w/10 customer

63. merch* w/10 allow*

64. protocol w/10 allow*

65. "U.S. Patent and Trademark Office"

66. "JAMfest Events" AND prob*

67. negotiate* w/10 program

55

68. hook* w/10 gym

69. Radek

70. athlete w/10 dues

71. initiative w/10 free

72. assess* w/10 varsity

73. booth w/10 partner*

74. comply w/10 promot*

75. evaluat* w/10 authorit*

76. "legality rules"

77. *vendor w/10 cost

78. polic* w/10 discount

79. close* w/10 uniform

80. reject* w/10 client

81. gym w/10 expense

82. prefer* w/10 market

83. "JAMfest Events" AND rul*

84. member* w/10 perk

85. fix* w/10 market

86. independent w/10 benefit*

87. evaluat* w/10 card

88. "cross marketing" OR cross*market*

89. gym w/10 discount

90. prefer* w/10 apparel

91. spectator w/10 cost

92. guideline w/10 legal*

93. initiative w/10 affiliat*

94. spectator w/10 pric*

95. punish* w/10 competition

56

96. "Clayton Act"

97. "Sherman Act"

98. fee w/10 spectator

99. gym w/10 rebate

100.     (barrier OR obstacle OR restraint OR restrict* OR limit* OR curb* OR check* OR block OR constrain* OR control* OR dominat* OR reduc* OR decrease OR lead) w/10 showcase

101.     ("Maximum Cheer & Dance" OR "Maximum Cheer and Dance") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

102.     offer w/10 guideline

103.     process* w/10 discount

104.     "U.S. Copyright Office"

105.     polic* w/10 dues

106.     bid* w/5 prize

107.     (polic* OR procedure OR guideline OR mandate OR protocol OR initiative OR program OR process*) w/5 distan*

108.     close* w/10 fan

109.     mandate w/10 cheer

110.     contract w/10 merch*

111.     "JAMfest Events" AND scor*

112.     guideline w/10 sponsor*

113.     preferred w/10 cost

114.     (board OR BOD) w/10 packet

115.     *compliance w/10 merch*

116.     breach* w/10 client

117.     fee w/10 industry

118.     leverag* w/10 competition

119.     concentrate w/10 competition

120.     showcase w/10 free

121.     punish* w/10 promot*

122.     offer w/10 initiative

123.     prefer* w/10 booth

124.     "JAMfest Events" AND qualif*

125.     spectator w/10 free

126.     "Legacy Tour" AND (booth* OR vendor* OR
        worlds OR scor* OR floor OR rul* OR rule OR regulation*
        OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR
        investigat* OR showcase* OR promot* OR merch* OR
        rebate* OR refund* OR *legal* OR cash OR fee*)

127.     "Perfect Privacy"

128.     close* w/10 booth

129.     cartel

130.     "Partners Group"

131.     fix* w/10 customer

132.     break* w/10 apparel

133.     fan w/10 free

134.     preferred w/10 return

135.     guideline w/10 partner*

136.     "America Cheer Express" AND (booth* OR
        vendor* OR worlds OR scor* OR floor OR rul* OR rule
        OR regulation* OR prob* OR qualif* OR scandal* OR rig*
        OR rebel* OR investigat* OR showcase* OR promot* OR
        merch* OR rebate* OR refund* OR *legal* OR cash OR
        fee*)

137.     bid* w/5 confer

138.     "Cheer 4 Charity" AND (booth* OR vendor* OR
        worlds OR scor* OR floor OR rul* OR rule OR regulation*

58

OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

139.     guideline w/10 code

140.     break* w/10 customer

141.     committee w/5 reinstate

142.     initiative w/10 sponsor*

143.     initiative w/10 insurance

144.     register* w/10 dues

145.     *vendor w/10 return

146.     showcase w/10 allow*

147.     "Legacy Cheer Championships" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

148.     (Cheerleading w/1 World w/1 Championship*) OR CWC

149.     penalty w/10 entry

150.     "Cheer Match Live" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

151.     showcase w/10 sponsor*

152.     procedure w/10 code

153.     regulation w/10 payment*

154.     *compliance w/10 promot*

155.     judg* w/10 guideline

156.     worlds w/10 rebate

59

157.     compl* w/10 mandate

158.     bid* w/5 reward*

159.     negotiate* w/10 process*

160.     "trademark registration"

161.     "JAMfest Events" AND floor

162.     "ROC Spirit" AND (booth* OR vendor* OR worlds
OR scor* OR floor OR rul* OR rule OR regulation* OR
prob* OR qualif* OR scandal* OR rig* OR rebel* OR
investigat* OR showcase* OR promot* OR merch* OR
rebate* OR refund* OR *legal* OR cash OR fee*)

163.     fee w/10 showcase

164.     reject* w/10 team

165.     *compliance w/10 entry

166.     "Network Agreement" w/10 gym*

167.     penalty w/10 apparel

168.     comply w/10 entry

169.     assess* w/10 authorit*

170.     initiative w/10 cost

171.     protocol w/10 free

172.     close* w/10 promot*

173.     booth w/10 return

174.     spectator w/10 affiliat*

175.     regulation w/10 benefit*

176.     ownership w/25 www.usasf.net

177.     mandate w/10 standard*

178.     leverag* w/10 market

179.     negotiate* w/10 polic*

180.     "JAMfest Events" AND rule

181.     merch* w/10 rebate

4810-8379-9784v1
2933399-000004 05/05/2021

182.    fee w/10 uniform

183.    program w/10 perk

184.    regulation w/10 sanction*

185.    booth w/10 discount

186.    evaluat* w/10 comput*

187.    regulation w/10 show*

188.    preferred w/10 discount

189.    supporter w/10 partner*

190.    prefer* w/10 uniform

191.    fee w/10 market

192.    breach* w/10 industry

193.    "JAMfest Events" AND promot*

194.    booth w/10 pric*

195.    evaluat* w/10 book

196.    break* w/10 merch*

197.    agreement w/10 procedure

198.    booth w/10 cost

199.    negotiate* w/10 gym*

200.    apparel w/10 free

201.    close* w/10 spectator

202.    merch* w/10 reduc*

203.    fix* w/10 merch*

204.    reject* w/10 customer

205.    scor* w/10 copyright

206.    *compliance w/10 independent

207.    break* w/10 uniform

208.    concentrate w/10 cheer*

209.    IEP w/10 benefit*

61

210.    rules w/10 negotiat*

211.    spectator w/10 refund

212.    independent w/10 monitor*

213.    leverag* w/10 client

214.    comply w/10 market

215.    JAMfest AND scandal*

216.    *vendor w/10 expense

217.    (board OR BOD) w/10 script

218.    agreement w/10 protocol

219.    register* w/10 rebate

220.    procedure w/10 refund

221.    leverag* w/10 industry

222.    preferred w/10 reduc*

223.    (board OR BOD) w/10 fire

224.    procedure w/10 fees

225.    fix* w/10 client

226.    protocol w/10 partner*

227.    hook* w/10 team

228.    leverag* w/10 team

229.    "JAMfest Events" AND vendor*

230.    mandate w/10 legal*

231.    independent w/10 negotiat*

232.    procedure w/10 free

233.    evaluat* w/10 location

234.    agreement w/10 apparel

235.    deal w/10 merch*

236.    comply w/10 merch*

237.    process* w/10 dues

4810-8379-9784v1
2933399-000004 05/05/2021

238.     fan w/10 affiliat*

239.     prefer* w/10 independent

240.     athlete w/10 perk

241.     offer w/10 apparel

242.     evaluat* w/10 copyright

243.     IEP w/10 payment*

244.     merch* w/10 dues

245.     procedure w/10 expense

246.     break* w/10 showcase

247.     protocol w/10 refund

248.     reject* w/10 entry

249.     breach* w/10 merch*

250.     leverag* w/10 gym

251.     bid* w/5 complaint

252.     break* w/10 spectator

253.     supporter w/10 affiliat*

254.     worlds w/10 perk

255.     "Network Agreement" w/10 apparel

256.     assess* w/10 calculat*

257.     leverag* w/10 apparel

258.     apparel w/10 reduc*

259.     apparel w/10 rebate

260.     hook* w/10 client

261.     "Just Briefs"

262.     independent w/10 track

263.     penalty w/10 merch*

264.     close* w/10 showcase

265.     concentrate w/10 athlete

63

266.     fan w/10 return

267.     mandate w/10 sponsor*

268.     bid* w/5 regulation

269.     assess* w/10 copyright

270.     contract w/10 apparel

271.     scor* w/10 trademark

272.     guideline w/10 cost

273.     assess* w/10 bid*

274.     apparel w/10 subsid*

275.     preferred w/10 affiliat*

276.     close* w/10 independent

277.     breach* w/10 competition

278.     Cherasaro

279.     assess* w/10 permit*

280.     break* w/10 fan

281.     "Redline Championships" AND (booth* OR
         vendor* OR worlds OR scor* OR floor OR rul* OR rule
         OR regulation* OR prob* OR qualif* OR scandal* OR rig*
         OR rebel* OR investigat* OR showcase* OR promot* OR
         merch* OR rebate* OR refund* OR *legal* OR cash OR
         fee*)

282.     apparel w/10 discount

283.     "JAMfest Events" AND refund*

284.     breach* w/10 gym

285.     concentrate w/10 team

286.     prefer* w/10 merch*

287.     independent w/10 inquiry

288.     ICU w/2 World w/1 Championship*

289.     fee w/10 independent

290.     procedure w/10 *sanction*

4810-8379-9784v1
2933399-000004 05/05/2021

291.    negotiate* w/10 merch*

292.    breach* w/10 team

293.    prefer* w/10 entry

294.    assess* w/10 comput*

295.    mandate w/10 allow*

296.    agreement w/10 mandate

297.    comply w/10 IEP

298.    "State Fair Spirit Classic" AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR regulation* OR rule OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

299.    negotiate* w/10 team

300.    process* w/10 subsid*

301.    scor* w/10 procedure

302.    supporter w/10 free

303.    break* w/10 IEP

304.    hook* w/10 entry

305.    punish* w/10 customer

306.    *vendor w/10 discount

307.    (board OR BOD) w/10 (good w/2 standing)

308.    spectator w/10 sponsor*

309.    merch* w/10 expense

310.    (board OR BOD) w/10 dismiss

311.    assess* w/10 formula*

312.    mandate w/10 code

313.    fan w/10 cost

314.    break* w/10 entry

315.    regulation w/10 monitor*

65

316.     bid* w/5 geograph*

317.     fix* w/10 entry

318.     fix* w/10 promot*

319.     initiative w/10 return

320.     fee w/10 apparel

321.     assess* w/10 guideline

322.     fix* w/10 uniform

323.     leverag* w/10 promot*

324.     punish* w/10 supporter

325.     register* w/10 expense

326.     preferred w/10 expense

327.     *compliance w/10 booth

328.     "JAMfest Events" AND rebel*

329.     procedure w/10 cost

330.     initiative w/10 legal*

331.     athlete w/10 subsid*

332.     protocol w/10 insurance

333.     *vendor w/10 refund

334.     initiative w/10 reduc*

335.     punish* w/10 industry

336.     leverag* w/10 customer

337.     fan w/10 sponsor*

338.     deal w/10 apparel

339.     fan w/10 pric*

340.     guideline w/10 insurance

341.     ("Sea to Sky Cheerleading Championship" OR
         "Sea to Sky International Cheerleading Championship")
         AND (booth* OR vendor* OR worlds OR scor* OR floor
         OR rul* OR rule OR regulation* OR prob* OR qualif*
         OR scandal* OR rig* OR rebel* OR investigat* OR

66

showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

342.     break* w/10 independent

343.     ("Mardis Gras Spirit Events" OR "Mardis Gras") AND (booth* OR vendor* OR worlds OR scor* OR floor OR rul* OR rule OR regulation* OR prob* OR qualif* OR scandal* OR rig* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund* OR *legal* OR cash OR fee*)

344.     *compliance w/10 showcase

345.     mandate w/10 insurance

346.     protocol w/10 sponsor*

347.     "JAMfest Events" AND cash

348.     worlds w/10 probe

349.     *compliance w/10 IEP

350.     National w/2 Cheerleading w/1 Championship* OR NCC

351.     close* w/10 apparel

352.     scor* w/10 catagor*

353.     deal w/10 client

354.     mandate w/10 free

355.     bid* w/5 merch*

356.     evaluat* w/10 procedure

357.     comply w/10 independent

358.     offer w/10 mandate

359.     procedure w/10 return

360.     contract w/10 procedure

361.     comply w/10 showcase

362.     IEP w/10 monitor*

363.     JAMZ AND scandal*

4810-8379-9784v1
2933399-000004 05/05/2021

364.    polic* w/10 rebate

365.    apparel w/10 dues

366.    member* w/10 probe

367.    rules w/10 probe

368.    committee w/5 dismiss

369.    initiative w/10 pric*

370.    (board OR BOD) w/10 revoke

371.    fee w/10 IEP

372.    (contract OR agreement OR negotiate* OR offer OR deal OR "Network Agreement" OR compl*) w/10 supporter

373.    committee w/5 fire

374.    concentrate w/10 gym

375.    fan w/10 partner*

376.    judg* w/10 catagor*

377.    reject* w/10 athlete

378.    fix* w/10 fan

379.    reject* w/10 industry

380.    breach* w/10 independent

381.    booth w/10 fees

382.    close* w/10 IEP

383.    earmark OR (ear w/1 mark)

384.    guideline w/10 affiliat*

385.    protocol w/10 expense

386.    "JAMfest Events" AND showcase*

387.    penalty w/10 market

388.    booth w/10 expense

389.    negotiate* w/10 customer

390.    breach* w/10 entry

4810-8379-9784v1
2933399-000004 05/05/2021

391. fan w/10 expense

392. fee w/10 fan

393. protocol w/10 subsid*

394. spectator w/10 expense

395. *compliance w/10 market

396. *vendor w/10 subsid*

397. leverag* w/10 athlete

398. prefer* w/10 fan

399. preferred w/10 subsid*

400. spectator w/10 reduc*

401. fan w/10 fees

402. scor* w/10 geograph*

403. bid* w/5 uniform

404. mandate w/10 fees

405. penalty w/10 promot*

406. (barrier OR obstacle OR restraint OR restrict* OR
     limit* OR curb* OR check* OR block OR constrain* OR
     control* OR dominat* OR reduc* OR decrease OR lead)
     w/10 supporter

407. bid* w/5 object*

408. showcase w/10 pric*

409. assess* w/10 procedure

410. athlete w/10 rebate

411. evaluat* w/10 calculat*

412. event w/10 perk

413. prefer* w/10 spectator

414. procedure w/10 sponsor*

415. worlds w/10 subsid*

416. assess* w/10 trademark

69

417.    guideline w/10 pric*

418.    regulation w/10 track

419.    comply w/10 booth

420.    independent w/10 trend*

421.    negotiate* w/10 protocol

422.    promot* w/10 refund

423.    apparel w/10 return

424.    hook* w/10 IEP

425.    "JAMfest Events" AND merch*

426.    mandate w/10 pric*

427.    penalty w/10 client

428.    "JAMfest Events" AND regulation*

429.    ("The Title Championship" OR "The Rebel Title
        Championship" OR "The Rebel Title") AND (booth* OR
        vendor* OR worlds OR scor* OR floor OR rul* OR rule
        OR regulation* OR prob* OR qualif* OR scandal* OR rig*
        OR rebel* OR investigat* OR showcase* OR promot* OR
        merch* OR rebate* OR refund* OR *legal* OR cash OR
        fee*)

430.    bid* w/5 apparel

431.    concentrate w/10 market

432.    fan w/10 discount

433.    fan w/10 reduc*

434.    fix* w/10 IEP

435.    offer w/10 procedure

436.    penalty w/10 fan

437.    protocol w/10 fees

438.    showcase w/10 reduc*

439.    showcase w/10 return

70

440.    (Cheerleading w/1 Asia w/1 International w/1
        Open w/1 Championship*) OR CAIOC

441.    breach* w/10 market

442.    apparel w/10 cost

443.    punish* w/10 market

444.    showcase w/10 affiliat*

445.    "JAMfest Events" AND booth*

446.    evaluat* w/10 guideline

447.    hook* w/10 booth

448.    initiative w/10 fees

449.    merch* w/10 subsid*

450.    polic* w/10 perk

451.    procedure w/10 affiliat*

452.    procedure w/10 pric*

453.    protocol w/10 reduc*

454.    regulation w/10 investigat*

455.    supporter w/10 return

456.    concentrate w/10 client

457.    initiative w/10 expense

458.    "JAMfest Events" AND investigat*

459.    bid* w/5 protest

460.    booth w/10 refund

461.    breach* w/10 promot*

462.    concentrate w/10 industry

463.    contract w/10 mandate

464.    deal w/10 protocol

465.    evaluat* w/10 formula*

466.    fix* w/10 spectator

71

467.     gym w/10 subsid*

468.     hook* w/10 athlete

469.     hook* w/10 competition

470.     hook* w/10 industry

471.     hook* w/10 promot*

472.     IEP w/10 negotiat*

473.     leverag* w/10 IEP

474.     leverag* w/10 merch*

475.     mandate w/10 reduc*

476.     negotiate* w/10 mandate

477.     penalty w/10 independent

478.     penalty w/10 industry

479.     preferred w/10 refund

480.     promot* w/10 perk

481.     promot* w/10 rebate

482.     promot* w/10 subsid*

483.     punish* w/10 IEP

484.     supporter w/10 sponsor*

485.     Rebel w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

486.     Varsity w/10 rebel

487.     JAMfest w/10 rebel

488.     JAMZ w/10 rebel

489.     JAM w/10 rebel

490.     Nfinity w/10 (booth* OR vendor* OR scandal* OR rebel* OR investigat* OR showcase* OR promot* OR merch* OR rebate* OR refund*)

4810-8379-9784v1
2933399-000004 05/05/2021