UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FUSION ELITE ALL STARS**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC**, et al., <br><br> Defendants. | Case No. 2:20-cv-02600-SHL-cgc <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE REPLY MEMORANDUM WITH EXCESS PAGES IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT U.S. ALL STAR FEDERATION, INC.**

Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center, Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro (collectively, "Plaintiffs") respectfully move the Court, pursuant to Local Rules 7.2(c), for leave to file a reply memorandum ("Reply") in support of their Motion to Compel Discovery Responses (the "Motion") (Dkt. 102) from Defendant U.S. All Star Federation, Inc. ("USASF"). Plaintiffs further request leave to file a Reply in excess of the page limits permitted by Local Rule 7.2(e), totaling 6.5 pages. In support thereof, Plaintiffs state as follows:

1. On May 5, 2021, Plaintiffs filed their Motion, which included a memorandum in support totaling 20 pages in accordance with Local Rule 7.2(e). Plaintiffs also submitted 18 exhibits in support of the Motion.

2. On May 19, 2021. USASF submitted its Response in Opposition to Plaintiffs' Motion (the "Response") (Dkt. 116) totaling 23 pages. Plaintiffs consented to USASF's motion for leave to a file a Response in excess of the page limits set forth in Local Rule 7.2(e). Dkt. 115.

3. USASF's Response raises several issues that require reply, including misstatements or misunderstandings about Request Nos. 10, 11, 82, 83, 87 and 98 to 111, and Plaintiffs' requested time period for production, as well as certain misleading statements regarding search terms. In addition, as the parties have continued negotiations related to the discovery issues raised in Plaintiffs' Motion, a number of those issues require clarification.

4. In order to adequately respond to USASF's Response and clarify the record, Plaintiffs' reply memorandum will exceed the page limit imposed by Local Rule 7.2(e) by 1.5 pages.

5. USASF does not oppose the relief sought by Plaintiffs in light of the agreement it and Plaintiffs reached regarding its Response, as set forth in USASF's Motion for Leave to File Excess Pages. Dkt. 115 at 2 ("The Parties mutually agreed that (1) Plaintiffs would not oppose USASF's motion for leave to file a response to Plaintiffs' Motion to Compel of 23 pages; (2) USASF will not oppose a future motion by Plaintiffs for leave to file a reply to their Motion to Compel of 6.5 pages . . .").

For these reasons, Plaintiffs respectfully request leave to file the Reply of 6.5 pages and supporting documents attached to this Motion. Pursuant to L.R. 7.2(c), Plaintiffs make this timely request within 7 days of service of Defendant's Response.

Dated: May 26, 2021                                    Respectfully submitted,

By: /s/ Katherine Van Dyck
Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016

Telephone: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Gregory S. Asciolla*
Karin E. Garvey*
Veronica Bosco*
**LABATON SUCHAROW LLP**
140 Broadway New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.comInterim

*Co-Lead Counsel for the Proposed Direct Purchaser Class*
J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga*
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Craig L. Briskin\*
**JUSTICE CATALYST LAW, INC.**
718 7th Street NW Washington, DC 20001
Telephone: (518) 732-6703
cbriskin@justicecatalyst.org

Roberta D. Liebenberg\*
Jeffrey S. Istvan\*
Mary L. Russell\*
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000 Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

\*Admitted pro hac vice

*Counsel for the Proposed Direct Purchaser Class*

## **CERTIFICATE OF GOOD FAITH**

Consistent with Local Rule 26(b)(1) and 7.2(a)(1).01(b)(3), counsel for Plaintiffs, Katherine Van Dyck and Victoria Sims, conferred with counsel for USASF, Nicole Berkowitz, on May 19, 2021, and the parties are in agreement with the relief requested in this Motion.

                                                    */s/ Katherine Van Dyck*
                                                    Katherine Van Dyck

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 26, 2021, the foregoing were served via ECF processing upon the following:

| | |
|---|---|
| Adam S. Baldridge<br>Matthew S. Mulqueen<br>BAKER DONELSON BEARMANN<br>CALDWELL & BERKOWITZ<br>165 Madison Ave Ste 2000<br>Memphis, TN 38103<br>Tel: 901-526-2000<br>abaldridge@bakerdonelson.com<br>mmulqueen@bakerdonelson.com | Grady M. Garrison<br>Nicole D. Berkowitz<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, P.C.<br>165 Madison Ave. Ste. 2000<br>Memphis, TN 38103<br>Tel: 901-526-2000<br>ggarrison@bakerdonelson.com<br>nberkowitz@bakerdonelson.com |
| George S. Cary<br>Mark W. Nelson<br>Alexis Collins<br>Steven J. Kaiser<br>CLEARY GOTTILEB STEEN &<br>HAMILTON LLP<br>2112 Pennsylvania Avenue NW Ste 1000<br>Washington, DC 20037<br>Tel: 202-974-1500<br>gcary@cgsh.com<br>mnelson@cgsh.com<br>alcollins@cgsh.com<br>skaiser@cgsh.com | *Attorneys for Defendant U.S. All Star Federation, Inc.* |

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit Fashions & Supplies, Inc., and Varsity Spirit, LLC*

               */s/ Katherine Van Dyck*
               Katherine Van Dyck