UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FUSION ELITE ALL STARS**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC**, et al.,<br><br>Defendants. | Case No. 2:20-cv-02600-SHL-cgc<br><br>**Jury Trial Demanded** |

**DECLARATION OF VICTORIA SIMS IN SUPPORT OF
PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
DISCOVERY FROM DEFENDANT U.S. ALL STAR FEDERATION, INC.**

I, Victoria Sims, declare the following under penalty of perjury:

1. I am an attorney with the law firm of Cuneo Gilbert & LaDuca LLP, counsel for Plaintiffs, and Interim Co-Lead Counsel for Direct Purchasers in the above-captioned matter. I make this affidavit on personal knowledge and review of my files, except as otherwise indicated. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of it Motion to Compel Discovery from Defendant U.S. All Star Federation, Inc. ("USASF"), filed contemporaneously herewith.

2. I have represented the Direct Purchaser Plaintiffs in negotiations with USASF concerning its discovery responses.

3. Attached as Exhibit 1 is a true and correct copy of the "About" section of USASF's website, *available at* https://www.usasf.net/about (last visited May 26, 2021).

4. Attached as Exhibit 2 is a true and correct copy of USASF's Responses and Objections to Plaintiffs' First Request for Production of Documents, served on November 18, 2020.

5. I first contacted counsel for USASF to initiate discussions regarding Varsity's responses on December 9, 2020.

6. USASF informed me during a meet-and-confer held on May 3, 2021 that it would produce documents responsive to USASF Request No. 11, with one exception. Three corporate affiliates objected to the disclosure of their identities, and documents to that affect would be withheld. Dkt. 117 at 7.

7. USASF informed me telephonically on May 24, 2021 that, because Plaintiffs sought to compel the disclosure of those three identities, it would not be producing any documents responsive to Request No. 11.

8. With respect to USASF Request Nos. 82 and 83, I understand, based on statements made by counsel for USASF during a meet and confer on May 3, 2021, that USASF possesses a general ledger that contains its financial records.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of May, 2021 in Washington, DC.

*s/ Victoria Sims*
Victoria Sims