# EXHIBIT 1



JOIN NOW / MEMBER LOGIN



## ABOUT THE USASF

## MISSION & HISTORY

**USASF Mission**

To support and enrich the lives of our All Star athletes and members. We provide consistent rules, strive for a safe environment for our athletes, drive competitive excellence, and promote a positive image for the sport.

**About USASF**

The US All Star Federation (USASF) was founded in 2003 with the core principle of making All Star a safer sport by establishing fair and consistent rules and competition standards. The organization credentials coaches, certifies safety judges, sanctions events and maintains and adjusts (as needed) safety guidelines, all with the goal of providing the safest possible environment for cheer and dance athletes to train and compete. We are a not for profit corporation established in Tennessee and are governed by Bylaws, officers, a Board of Directors, and 15 standing committees. The day to day operation of the USASF is handled by full time, part time, and volunteer staff.

## INSIDE THE USASF

The USASF is governed by Bylaws, an Executive Committee and a Board of Directors. The day-to-day operations of the USASF are managed by full time, part time and volunteer staff as well as Standing Committees for Cheer and Dance.

USASF programs, initiatives, rules and policy development begin in the Standing Committees and are brought to the Board of Directors for review to insure that the USASF mission is upheld before being carried out.

Each committee is chaired by a member of the Board of Directors. All USASF Professional Members are eligible to participate on committees. Included here is a listing of all Cheer and Dance committees and their purpose, how committee members are elected or appointed and meeting minutes providing a summary of discussion topics and action items.

## NON-PROFIT CHARTER

The USASF is a nonprofit corporation founded in 2003 governed by a Board of Directors and managed by Standing Committees comprised of hundreds of volunteer members and a core part- and full-time staff.

NonProfit Charter

## BYLAWS

**Article I – Name and Location**

The name of this organization is the U.S. All Star Federation, Inc. ("the Corporation"). The principal office of the Corporation shall be at such place, as the Board of Directors shall determine within the City of Memphis, Shelby County, Tennessee.

**Article II – Purpose and Mission**

The purposes and mission of the Corporation are to establish rules for sanctioning and providing governance for cheerleading, dance and spirit-related competitions and events; to provide counseling in the administration of cheerleading, dance and spirit-related competitions

and events; and to provide educational and counseling services in the fields of cheerleading, dance and spirit-related competition and events.

**Article III – Definitions and Construction**

A. <u>Definitions</u>. Unless the context in which they are used clearly indicates that a different definition is intended, the following terms, when used in these Bylaws, shall have the following meanings:

    1. <u>Act</u>: The term "Act" means the Tennessee Nonprofit Corporation Act, Sections 48-51-101 et seg. of the Tennessee Code Annotated, as presently or subsequently amended, as well as any corresponding successor statues thereto and provisions thereof.

    2. <u>Board</u>: The term "Board" means the Board of Directors of the Corporation, except that no person or group of persons either constitute or are members of the Board because of authority delegated to that person or group pursuant to the Charter to exercise some or all of the powers which would otherwise be exercised by the Board.

    3. <u>Charter</u>: The term "Charter" means the Articles of Incorporation of the Corporation, together with any amended and restated Articles of Incorporation of the Corporation and Articles of Merger of the Corporation in which the Corporation is the surviving corporation, then currently in effect from time to time.

    4. <u>Corporation</u>: The term "Corporation" means the incorporated nonprofit entity referred to in Article I of these Bylaws.

B. <u>Act Definitions</u>. Unless the context in which they are used clearly indicates that a different definition is intended, any terms used in these Bylaws, which are not specifically defined in either this Article I or any other provisions of these Bylaws but which are specifically defined by the Act (whether for general or special and limited purposes), are defined for purposes of these Bylaws identically to the definitions of such terms as contained in the Act, but with any definitions contained in the Act for special and limited purposes being so identically defined for purposed of these Bylaws only for such same special and limited purposes herein.

C. <u>Bylaws Construction</u>. These Bylaws are the code of rules adopted pursuant to the Act for the regulation or management of the affairs of the Corporation. Nevertheless, any conflicts between the provisions of these Bylaws and the non-discretionary provisions of the Act shall be resolved in favor of and be controlled by the applicable provisions of the

Act, and these Bylaws shall be interpreted and construed consistently with the applicable provisions of the Act.

## Article IV – Membership

A. <u>Admission of Members</u>. Any person, whether an individual, a partnership, a corporation or an association, who subscribes to the purposes and basic policies of the Corporation may become a member of the Corporation by making application to the Board of Directors, subject only to compliance with the Bylaws. Membership in the Corporation shall be available without regard to race, color, creed or national origin.

B. <u>Annual Enrollment</u>. The Corporation shall conduct an annual enrollment of members but persons may be admitted to membership at any time.

C. <u>Voting</u>. Only members in good standing of the Corporation shall be eligible to participate in its business meeting, or to serve in any elective or appointive positions.

D. <u>Annual Dues</u>. Each member of the Corporation shall pay annual dues to the Corporation to be determined from time to time by the Board of Directors.

E. <u>Annual Meeting</u>. The annual meeting of the membership for the election of directors and for the transaction of such other business as properly may come before such meeting shall be held at such place, date, and hour as shall be fixed from time to time by resolution of the Board of Directors. Notice of the annual meeting will be mailed to all members in good standing at least two weeks prior to the meeting.

## Article V – Officers

A. <u>Number and Qualifications</u>. The Officers of the Corporation shall consist of a President, a Vice President and a Secretary/Treasurer. Any two (2) or more offices may be held simultaneously by the same person, except the offices of President and Secretary, and the same officer may execute, acknowledge, verify and/or deliver any instrument or documents in the name of and on behalf of the Corporation in more than one official capacity. Officers need not be residents of the State of Tennessee, citizens or residents of the United States, or directors of the Corporation.

B. <u>Appointment and Term</u>. Each officer shall hold office for one year or until his or he successor shall have been duly appointed or until his or her earlier death, incapacity, resignation, o removal as hereinafter provided. The officers of the corporation shall nominated by the Nominating Committee, with the approval of the Board, at least one (1)

month prior an annual or special meeting of the Board. The Officers of the Corporation shall be elected by a majority of the Board.

C. <u>Resignation</u>. An officer may resign at any time by delivering notice to the Corporation. A resignation is effective when the notice is delivered unless the notice specifies a later effective date.

D. <u>Removal</u>. Any officer of the Corporation may be removed by the Board at any time whenever, in the Board's judgment, the best interest of the Corporation would be served thereby. Such removal may be made with or without cause.

E. <u>Vacancies</u>. A vacancy in any office, because of death, incapacity, resignation, removal, disqualification, or otherwise, may be filled by the Board, at any meeting thereof, for the unexpired period of the term. If a resignation is made effective at a specific later date and the Corporation accepts the future effective date, the Board may fill the pending vacancy before the effective date of the resignation if the successor officer does not take the office until the effective date of the resignation.

## Article VI – Duties of Officers

A. <u>President</u>. The President shall be the principal executive officer of the Corporation, and subject to the Board of the Corporation, shall have general supervision and management over all of the business and affairs of the Corporation. The President shall appoint all committee members, chairmen of committees, and project directors with the approval of the Board; shall preside at all meetings of the Corporation and the Board at which he is present; shall serve as a voting member of the Board; shall plan, develop, and establish policies and objectives of the Corporation in accordance with the Board and the Charter.

B. <u>Number and Appointment</u>. The directors of the Corporation shall be nominated by the Nominating Committee at least one (1) month prior to an annual meeting of the Board. Unless another number is specified in or fixed in accordance with the Charter, the number of the directors of the Corporation, in addition to any individuals either designated as directors of the Corporation in the Charter or in this Section 4.2 of these Bylaws, or designated by any individual or entity authorized in the Charter or in this Section 4.2 of these Bylaws so to designate a director or directors, shall be not less than three (3) with the actual number thereof serving from time to time to be determined, within such variable minimum and maximum range, by resolution of the Board.

C. <u>Tenure and Qualifications</u>. Unless the charter provides for some other term therefore, the terms of the initial directors named in the Charter or elected at an organizational meeting of the incorporators of the Corporation shall expire at the first annual meeting of the Board, and all of the directors (including the Chairman) (except such initial directors) shall be elected at the first annual meeting of the Board, and at each annual meeting thereafter at which the director's term is scheduled to expire. Unless the Charter specifies a different term for the directors, the directors shall thereafter be elected for a term of three (3) years; provided, however, that, except for designated or appointed directors, the terms of directors may not exceed five (5) years. The term of directors shall expire at the third (3rd) annual meeting of the Board following their election. Directors may be elected for successive terms. Despite the expiration of the directors' terms, such directors shall continue to serve until their successors shall have been elected, designated or appointed and qualified, until there is a decrease in the number of directors, or until their earlier death, incapacity, resignation, or removal. However, a decrease in the number of directors or the term of office shall not shorten any incumbent director's term. Directors must be individuals but need not be residents of the State of Tennessee, citizens or residents of the United States.

D. <u>Annual Meetings</u>. Annual meetings of the Board shall be held each year on the third (3rd) Wednesday in January at 2:00p.m. or as soon thereafter as practicable. Unless the Charter provides otherwise, notice shall not be required to be given of the date, time or place of the annual meetings of the Board, nor of the purposes of such meetings.

E. <u>Regular Meetings</u>. The Board, by resolution adopted by a majority of the full Board, may designate the place (which may be within or without the State of Tennessee), date, and time for regular meetings of the Board to be held more frequently that annually. Written or printed notice of such resolution shall be given to all directors within a reasonable time after the adoption thereof. Unless the Charter provides otherwise, notice of the date, time, place, or purpose of such regular meetings of the Board shall not be required to be given.

F. <u>Special Meetings</u>. Special meetings of the Board may be called at any date, time and place, either within or without the State of Tennessee, by the President or by a majority of the Board. Notice meeting the requirements of these Bylaws, stating the place, date and time of such special meeting, shall be given by the Secretary to each director, at least two (2) days prior to the date of such meeting (unless the Charter provides for a longer or shorter period), but it shall not be necessary to describe in such notice the purpose of such special meeting unless required by the Charter or these Bylaws.

G. <u>Telephonic Meetings Permitted</u>. Unless the Charter provides otherwise, the Board may permit any or all directors to participate in an annual, regular or special meeting by, or conduct such a meeting through the use of, any means of communication by which all directors participating may simultaneously hear each other during the meeting. A director participating in a meeting by this means is deemed to be present in person at the meeting.

H. <u>Action By Consent of Directors</u>. Unless the Charter provides otherwise, any action required or permitted to be taken at a meeting of the Board may be taken without such a meeting if one or more written consents, describing and evidencing the action so taken, shall be signed by a majority of the members of the Board and included in the minutes or filed with the corporate records reflecting the action taken, with such action to be effective when the last director signs the consent, unless the consent specifies a different effective date. Such consent is to have the same effect as a meeting vote and may be described as such in any document.

I. <u>Quorum</u>. Unless the Act or the Charter requires a greater number, a majority of the directors in office immediately before the meeting begins shall constitute a quorum for the transaction of business at any meeting of the Board, but if less than a majority is present at a meeting, a majority of the directors present may adjourn the meeting from time to time without further notice.

J. <u>Voting</u>. Unless the Act of the Charter requires the vote of a greater number of directors, the affirmative vote of a majority of the directors present at a meeting at which a quorum is present when a vote is taken shall be the the at of the Board.

K. <u>Executive And Other Committees</u>. Unless the Charter provides otherwise, the Board, by resolution, may create an Executive Committee, a Nominating Committee and/or one (1) or more other committees and appoint two (2) or more persons to serve as the members of each such committee at the pleasure of the Board, and each such committee shall have and may exercise the authority of the Board to the extent specified either in such resolution or amendments thereto consistent with the laws of the State of Tennessee, or in the Charter; provided, however, that such a committee may not:

    i. authorize distributions;

    ii. approve or recommend to the Board dissolution, merger or the sale, pledge or transfer of all or substantially all of the Corporation's assets;

    iii. elect, appoint or remove directors or fill vacancies on the Board or on any of its committees;

    iv. adopt, Amend or repeal the Charter or its Bylaws; or

v. take any other actions which committees are prohibited from taking by the Act.

The requirements of these Bylaws and the Charter governing meetings, action without meetings, notice and waiver of notice, and quorum and voting requirements of the Board, apply to such committees and their members as well.

L. <u>Compensation</u>. No director shall receive any salary or other compensation for services as a director unless otherwise specifically ordered by the Board; provided, however, that nothing herein shall be construed to preclude any director from serving the Corporation in any other capacity and receiving compensation therefore.

M. <u>Removal</u>. Any one (1) or more of the directors elected by the Board may be removed by two-thirds (2/3) vote of the Board, either with or without cause, but only at a meeting of the Board called for that purpose, with the notice of the meeting being required to state that the purpose, or one of the purposes, of thw special meeting is consideration of the removal of the director or directors. If, at the beginning a director's term on the Board, the Charter or these Bylaws provide that the director may be removed for missing a specified number of Board meetings, the Board may remove the director for failing to attend the specified number of meetings but only if a majority of the directors then in office vote for such removal.

N. <u>Resignation</u>. A director may resign at any time by delivering written notice to the Board, its Chairman, the President or the Secretary. As resignation is effective when the notice thereof is effective in accordance with Article XII of these Bylaws unless the notice specifies a later effective date.

**Article VIII – Committees**

A. <u>Purpose of Committees</u>. The general purpose of the committees is to direct the operation of specific activities of the Corporation as defined by these Bylaws or at the director of the Executive Committee and the Board of Directors. The specific purposes and duties of the committees shall be determined by the President with the approval of the Board.

B. <u>Standing Committees</u>. The Board may create Standing Committees as it may deem necessary to promote the purposes and carry on the work of the Corporation, including but not limited to an Executive, Fundraising, Nominating, Bylaws, and Volunteer Committees.

   C. <u>Committee Chairperson Qualifications</u>. All Committee chairpersons shall be Directors of the Corporation.

   D. <u>Committee Membership</u>. The membership and chairpersons of committee shall be appointed by the President with approval of the Board unless specified elsewhere in these Bylaws.

## Article IX – Finance

   A. <u>Contracts</u>. The Board may authorize any officer or officers, agent or agents, to enter into any contract or execute and deliver any instrument in the name of and on behalf of the corporation, and such authority may be general or confined to specific instances.

   B. <u>Loans</u>. No loans shall be contracted on behalf of the corporation and no evidences of indebtedness shall be issued in its name unless authorized by a resolution of the Board. Such authority may be general or confined to specific instances.

   C. <u>Checks</u>. Checks, drafts, or other orders for the payment of money, notes or other evidences of indebtedness issued in the name of the Corporation shall be signed by such officer or officers or representative or representatives of the Corporation as the Board, by resolution, shall designate.

   D. <u>Deposits</u>. All funds of the Corporation, not otherwise employed, shall be deposited from time to time to the credit of the Corporation in such banks, savings institutions, trust companies, or other depositories as the Board, by resolution, may select.

   E. <u>Funds</u>. The Corporation shall raise funds through means approved by the Board.

## Article X – Fiscal Year

The annual accounting period and taxable year of the Corporation shall end on December 31st, unless otherwise changed by appropriate resolution of the Board.

## Article XI – Seal

There shall be no corporate seal of the Corporation unless otherwise approved by appropriate resolution of the Board.

## Article XII – Notices



A. <u>Applicability</u>. Any notice required by the Act, the Charter, these Bylaws, or otherwise, to be given to any director, officer or member of the Corporation shall be governed by and given in accordance with the requirements of this Article XII of these Bylaws, unless the provisions of the Act, the Charter, or other statutes or any other provision of these Bylaws applicable to particular circumstances prescribe different notice requirements for such particular circumstances, in which event such notice shall be governed by and given in accordance with such other notice requirements.

B. <u>Delivery</u>. Any notice so required to be given shall be in writing unless oral notice is reasonable under the circumstances. Notice may be communicated in person; by telephone, telegraph, teletype, or other form of wire or wireless communication; or by mail or private carrier; if these forms of personal notice are impractical, notice may be communicated by a newspaper of general circulation in the area where published or by radio, television or other form of public broadcast communication.

C. <u>Effectiveness</u>. Oral notice is effective when communicated if communicated in a comprehensible manner. Written notice, if in a comprehensible form, shall be effective at the earliest of the following: (a) when received; (b) five (5) days after its deposit in the United States mail, as evidenced by the post mark, if mailed with first-class postage affixed and correctly addressed; (c) on the date shown on the return receipt, if sent by registered or certified mail, return receipt requested, and the receipt is signed by or on behalf of the addressee; or (d) thirty (30) days after its deposit in the United States mail, as evidenced by the postmark, if mailed correctly addressed and with other than firs-class, registered or certified postage affixed. Written notice is correctly addressed to a director if addressed to the director's address shown in the Corporation's current list of directors. A written notice of report delivered as part of a newsletter; magazine or other publication regularly sent to directors shall constitute a written notice or report if addressed or delivered to the director's address shown in the Corporation's current list of directors, or in the case of directors who are residents of the same household and who have the same address in the Corporation's current list of directors, if addressed or delivered to one of such directors at the address appearing on the current list of directors. Written notice is correctly addressed to a domestic corporation or foreign corporation authorized to transact business in the State of Tennessee, if addressed to its registered agent at its registered office or to its secretary as its principal office as shown in its most recent statues report or, in the case of a foreign corporation that has not yet delivered a status report to the Tennessee Secretary of State, in its application for a certificate of authority.

D. <u>Written Waivers</u>. Whenever any notice is required to be given to any director, officer or member of the Corporation by the Act or any other statute, the Charter, these Bylaws, or otherwise, such person or persons may waive any such notice. A waiver thereof must be in writing, signed by the person or persons entitled to such notice (whether before or after the date and time stated in the notice), and delivered to the Corporation for inclusion in the minutes or filing with the corporate records.

E. <u>Waiver by Attendance</u>. A person's attendance at or participation in, a meeting thereof, as the case may be, waives such person's objection (a) to lack of any required notice of a defective notice of the meeting, unless such person, at the beginning of the meeting or promptly upon his arrival, objects to holding the meeting or transacting business at the meeting and does not thereafter vote for or assent to action taken at the meeting, and (b) to consideration of a particular matter at the meeting that is not within the purposes described in the meeting notice (if the purposes are required to be described in the notice), unless such person objects to consideration of the matter when it is presented and does not thereafter vote for or assent to action taken with the respect to the matter.

## Article XIII – Amendments

Unless the Act, the Charter, these Bylaws, the Board require a greater vote or voting by class, an amendment to the Corporation's Bylaws must be approved by the Board, but a majority vote of the votes cast, in order to be adopted.

## Article XIV – Records and Reports

A. <u>Minutes</u>. The Corporation shall keep as permanent records minutes of all meetings of the Board and members, a record of all actions taken by the Board without a meeting, and a record of all minutes of and actions taken by committees of the Board in place of the Board on behalf of the Corporation.

B. <u>Accounting And Financial Records</u>. The Corporation shall maintain appropriate accounting and financial records.

C. <u>Written Form</u>. The Corporation shall maintain its records either in written form or in another form capable of conversion into written form within a reasonable time.

D. <u>Records At Principal Office</u>. The Corporation shall keep a copy of the following records at its principal office at all times:

    1. the Charter;

2. these Bylaws or restated Bylaws and all amendments to them currently in effect;

3. Resolutions adopted by its Board;

4. a list of the names and business or home addresses of its current directors and officers; and

5. its most recent status report required under the Act and delivered to the Tennessee Secretary of State.

## Article XV – Indemnification

Each director and officer of the corporation now or hereafter serving as such, shall be indemnified by the Corporation against any and all claims and liabilities to which her or she has or shall become subject by reason of serving or having served as such director or officer, or by reason of any action alleged to have been taken, omitted, or neglected by him or her as such director or officer; and the Corporation shall reimburse each such person for all legal expenses reasonably incurred by him or her in connection with any such claim or liability, provided, however that no such person shall be indemnified against, or be reimbursed for any expenses incurred in connection with, any claim or liability arising out of his or her failure to discharge his or her duties in accordance with his or her good faith belief that he or she is acting in the best interest of the corporation.

## Article XVI – Emergencies

A. <u>Emergency Defined</u>. An emergency exists for purposes of this Article XV of these Bylaws if a quorum of the Board cannot readily be assembled because of some catastrophic event.

B. <u>Emergency Bylaws</u>. Unless the Charter provides otherwise, the Board may adopt other bylaws to be effective only in an emergency. These emergency bylaws may provide special procedures necessary for managing the Corporation during an emergency (including, but not limited to, procedures for calling a meeting of the Board or members; quorum requirements for a meeting; and designation of additional or substitute directors). All provisions of these regular Bylaws consistent with any such emergency bylaws remain effective during the emergency. The emergency bylaws are not effective after the emergency ends.

C. <u>Emergency Powers</u>. In anticipation of or during an emergency, the Board may modif[y] lines of succession to accommodate the incapacity of any director, officer, employee

agent and relocate the principal office, designate alternative principal offices or regional offices, or authorize the officers to do so. During an emergency, unless emergency bylaws provide otherwise: notice of a meeting of the Board need be given only to those directors whom it is practicable to reach and may be given in any practicable manner, including by publication and radio; and one (1) or more officers of the Corporation present at a meeting of the Board may be deemed to be directors for the meeting, in order of rank and within the same rank in order of seniority, as necessary to achieve a quorum.

D. <u>Binding Effect</u>. Corporate action taken in good faith during an emergency, either under any such emergency powers in order to further the ordinary activities of the Corporation or in accordance with any emergency bylaws adopted by the Board, shall bind the Corporation and may not be used to impose liability on a director, officer, employee or agent of the Corporation.

**Article XVII – Severability**

If any provision of these Bylaws or its application to any person or circumstances is held invalid by a court of competent jurisdiction, such invalidity shall not affect any other provisions or applications of these bylaws that can be given effect without the invalid provision or application, and, to this end, the provisions of these Bylaws are severable.

**USASF Board Operating Guidelines and approved Bylaw Amendments**

1. The Board of Directors is made up of representatives from Competition Event Producers, gym owners/coaches, and the USASF. (Approved by the USASF Board of Directors on September 1, 2005)

2. The role of the USASF Board of Directors is to set policy for the USASF. (Approved by the USASF Board of Directors on September 1, 2005)

3. The USASF staff and Committees implement the policy set by the Board. (Approved by the USASF Board of Directors on September 1, 2005)

4. The Competition Event Producers and USASF Board seats are permanent. The Competition Event Producers Board seats are made up of representatives named by each of the following Competition Event Producers: Universal Cheerleaders Association, CheerSport, National Cheerleaders Association, United Spirit Association, American Cheerleaders Association, Universal Dance Association, and JAMfest. (Approved by the USASF Board of Directors on September 1, 2005)

5. The two USASF seats are permanent and made up of representatives named by the Chairman (President) of the USASF. (Approved by the USASF Board of Directors on September 1, 2005)

6. The USASF Chairman is Chairman of the Nominating Committee. (Approved by the USASF Board of Directors on September 1, 2005)

7. The gym owner/coach Board seats rotate every 2 years. Gym owners/coaches are nominated by the Nominating Committee and must be approved unanimously by the Board. Gym Owners/Coaches may be re-nominated and reelected but cannot serve more than 2 consecutive terms. (Approved by the USASF Board of Directors on September 1, 2005)

8. The three officers required by the Bylaws, the President (Chairman), Vice President, and the Secretary are nominated by the Nominating Committee, approved by a majority of the Board, and serve until replaced or resign. (Approved by the USASF Board of Directors on September 1, 2005)

9. The USASF Board is limited to 13 seats. This can only be increased or decreased by unanimous consent of the Board. (Approved by the USASF Board of Directors on September 1, 2005)

10. There will always be an odd number of Board seats. (Approved by the USASF Board of Directors on September 1, 2005)

11. The annual meeting, for purposes of nominating new or replacement Board members, shall be the last regularly scheduled Board meeting of the calendar year. (Approved by the USASF Board of Directors on September 1, 2005)

12. Board members must comply with the approved Board Member Obligations requirements. (Approved by the USASF Board of Directors on September 1, 2005)

13. The permanent members and officers of the Board can only be replaced by the unanimous consent of the Board of Directors. (Approved by the USASF Board of Directors on September 6, 2005)

14. Any future amendments to the USASF bylaws can only be made with the unanimous consent of the Board of Directors. (Approved by the USASF Board of Directors on September 6, 2005)

15. The Executive Committee (EC) of the USASF Board of Directors will be composed of the President, Vice President and Secretary / Treasurer. The EC will meet monthly and be responsible for making the decisions which are greater than the day to day operating decisions made by the USASF staff overseen by the President but less than the policy decisions made by the Board of Directors. The minutes of the EC meetings will be sent to

all Directors. (Unanimously approved by the USASF Board of Directors on September 27, 2005).

16. The Chairman is authorized to sign all contracts on behalf of the USASF for values not to exceed $100,000 except those involving Varsity. (Unanimously approved by the USASF Board of Directors on April 20, 2006).

17. The Executive Committee is authorized to approve contracts above $100,000 except for those involving Varsity. (Unanimously approved by the USASF Board of Directors on April 20, 2006).

18. All contracts involving Varsity must be approved by the full Board of Directors. (Unanimously approved by the USASF Board of Directors on April 20, 2006).

19. The full time USASF staff is authorized to handle day-to-day operations of the USASF according to a policy manual to be approved by the Board of Directors. (Unanimously approved by the USASF Board of Directors on April 20, 2006).

20. All appeals must first be heard by the appropriate Standing Committee before Board involvement is initiated. (Unanimously approved by the USASF Board of Directors on April 20, 2006).

## ANNUAL REPORT & FINANCIALS

The USASF budget runs on a calendar year cycle, from January 1 – December 31, annually. USASF staff members, with full budget oversight and approval by the USASF Executive Committee and ultimately the USASF Board of Directors, manage individual business units for key programs and overhead.

2017 Financial Report

2016 Financial Report

2015 Financial Report

2014 Financial Report

2013 Financial Report

2012 Financial Report

2011 Financial Report

2010 Financial Report

2009 Financial Report

2008 Financial Report

# PRIVACY POLICY

**Safeguarding Our Members' Privacy**

Your privacy is very important to USASF.net (USASF). This Privacy Policy spells out our commitment to respecting the privacy of USASF.net users. USASF reserves the right to change this policy, and we will notify you of any changes.

**Collection of Information**

Collection of information is usually grouped into two categories: personally identifiable information and so-called 'aggregate' information. Personally identifiable information is any information in USASF's possession that is associated with a specific user of our site (such as a name or address) and information we collect about how individual visitors use our site (such as the fact that a visitor likes entertainment news or has purchased certain merchandise). It does not include aggregate information, which is general demographic information (such as the total number of visitors who are more than 35 years old).

**Information from Affiliates and Non-Affiliated Third Parties**

We may also obtain information about you, such as demographic information, from various third parties, such as business partners, marketers, researchers, analysts, and other parties that we may attribute to you based on your assignment to certain statistical groups. We use this information to supplement the information that we collect directly from you in order to derive your possible interests and to provide more relevant experiences for you with our brand and improve our products, analytics, and advertising.

Personally Identifiable Information USASF.net uses personal information only for the following purposes:

1. To process requests and orders placed with advertisers, merchants and service providers;
2. To personalize content based on visitors' interests, including making visitors aware of editorial features, advertisements, and commercial offerings that may be of interest
3. To communicate with visitors;

4. To register a visitor for a contest or sweepstakes and to administer or make related offers from the same;

5. To serve visitors when they have questions or problems;

6. To perform normal business operations, such as billing, collection, and accounting; and

7. To investigate complaints and protect visitors, in compliance with the law.

USASF.net contains links to a variety of providers who offer content, services and e-commerce. Many of these links may be in "frames," meaning that USASF.net's navigation will still be visible as you move throughout the linked site(s). USASF.net may or may not have a formal relationship with the linked site. If we have a formal relationship, you are still covered under the USASF.net privacy policy. If we do not have a formal relationship with the site, you will know that you have left the USASF.net site (and thus are no longer covered by the USASF.net privacy policy) when the words 'Return to USASF.net' appear in the USASF.net 'frame.' When you see 'Return to USASF.net,' please be aware that you are no longer under the USASF.net privacy policy. You should review the linked site's privacy policy before divulging any personal information, including your e-mail address, credit card number (for an e-commerce link), name, etc.

Your profile information (any demographic information you provide to USASF.net such as zip code, age, expected year of graduation and major) may be used to create personalized content, services, and marketing on USASF.net so that we can deliver information to you based on your interests and location. In addition, USASF.net may provide affiliates with non-personally identifiable profile information to generate aggregate reports and market research, for example, '30% of USASF.net visitors/members are Varsity cheerleaders in the Southeast').

We use 'cookies' to deliver content specific to your interests and to save your password so that you do not have to re-enter it each time you visit the site. For more information on cookies and why we use them, please read our USASF.net Frequently Asked Question (FAQ) page.

**Legal Bases for Use of Your Information**
The legal bases for using your information as set out in this Privacy Policy are as follows:

- Where use of your information is necessary to perform our obligations under a contract with you (for example, to comply with: the terms of service of our websites or a purchase you made)

- Where use of your information is necessary for our legitimate interests or the legitimate interests of others (for example, to provide security for our website and applications; operate our business and our Services; make and receive payments; comply with legal requirements and defend our legal rights; prevent fraud and to know the customer to whom we are providing Services)
- Where we have a reason to process the data in accordance with applicable laws
- Where we have your consent to engage in a particular processing activity

**Agreement, Interactive Features Guidelines and Policies**

From time to time, we'll make our visitor-ship list available to carefully selected outside organizations. We may also send approved commercial communications to visitors on behalf of outside parties. If you do not want your name, address, e-mail address or other personal information to be provided for such purposes, indicate your intent by going to Visitor Preferences and choosing to opt out.

USASF.net uses strict procedures and safeguards designed to protect the privacy of all personal information. All USASF.net employees with access to personal information are required to follow specific practices concerning its proper handling, as specifically authorized or as required by law.

USASF.net complies in all respects with the Electronic Communications Privacy Act of 1986, as amended, ('ECPA'). Subject to the subpoena, warrant, consent, and court order provisions of ECPA, we must provide visitor information and/or Internet communications to the proper authorities.

**Aggregate Information**

USASF.net tracks the total number of visitors to each of our pages in an aggregate form to allow us to update and improve our sites. Personally identifiable information is not extracted in this process. USASF.net may use or disclose aggregated (not personally identifiable) information for any purpose.

On a limited basis, we use 'cookie' technology. Cookies are pieces of information that an Internet site transfers to your hard drive for record-keeping purposes. Our servers then use these cookies to make your sessions easier by saving your preferences while you are on USASF.net pages. The use of cookies is an industry standard — you'll find them almost everywhere on the Internet. Our cookie usage is single session-only information, and is not

stored across multiple sessions. There are two cookies used throughout our site. The first cookie allows us to know who the Visitor is and that he or she properly authenticated into our network. This cookie information can be used to retrieve personal information needed during the Visitor session, for example, to build your customized pages. Personal user information is stored only temporarily in this cookie. Once this information is retrieved for this purpose, the visitor identity is not stored or used for any other purpose. The second cookie is an 'advertising' cookie which we use to keep track of the ads you have seen. USASF.net tracks which ads have been viewed, and we tie it to demographic data, but not to personally identifiable information. Remember, this describes cookie usage ONLY on USASF.net (and its affiliate) sites. We have no control over the use of cookies by other Internet sites and their owners.

### E-Commerce

If you make a purchase from a store hosted by USASF.net (please note that this does NOT include linked e-commerce sites where the 'Return to USASF.net' phrase appears in the frame), you need to review the merchant's privacy policy prior to providing them with your information. The information obtained during your visit to those stores and the information you give such as your credit card number and contact information is provided to the merchants. This is to enable transactions to take place and for the items to be shipped to you. However, these merchants, by contract, cannot use this information for any other purpose without your permission. For example, the merchant may ask if you would like to receive marketing information directly from them. If you choose to receive this information (by checking an 'opt-in' box at the point of purchase), you will receive marketing information directly from the merchant in the future until such time as you ask them directly to be taken off of their distribution list. While we encourage all of our merchant partners to adhere to a privacy policy, it is a good idea to read the merchant's privacy policy yourself before agreeing to give them permission to use your personal information for marketing purposes. For example, their privacy policy may not prevent them from selling or sharing your personal information with other third parties. If you do not grant our merchant partners permission to contact you with marketing information (which will be signified by checking an 'opt-out' box at the point of purchase or by leaving an 'opt-in' box blank), the merchant is prohibited from contacting you directly, except to communicate customer service information regarding a specific purchase and cannot share or sell any of your information to third parties.

## Data Retention

We keep your information for no longer than necessary for the purposes for which it is processed. The length of time for which we retain information depends on the purposes for which we collected and use it and/or as required to comply with applicable laws.

## Security

We have implemented administrative, technical, and physical security measures to protect against the loss, misuse and/or alteration of your information. These safeguards vary based on the sensitivity of the information that we collect and store.  However, we cannot and do not guarantee that these measures will prevent every unauthorized attempt to access, use, or disclose your information since despite our efforts, no Internet and/or other electronic transmissions can be completely secure.

## Data Subject Rights

If you would like further information in relation to your legal rights under applicable law or would like to exercise any of them, please contact us using the information in the "Contact Information" section below at any time. Your local laws (e.g., in the EU) may permit you to request that we:

- Provide access to and/or a copy of certain information we hold about you
- Prevent the processing of your information for direct-marketing purposes (including any direct marketing processing based on profiling)
- Update information which is out of date or incorrect
- Delete certain information which we are holding about you
- Restrict the way that we process and disclose certain of your information
- Transfer your information to a third party provider of services
- Revoke your consent for the processing of your information

We will consider all requests and provide our response within the time period stated by applicable law. Please note, however, that certain information may be exempt from such requests in some circumstances, which may include if we need to keep processing your information for our legitimate interests or to comply with a legal obligation. We may request you provide us with information necessary to confirm your identity before responding to your request.

**Your Marketing Choices**

If you have provided contact information through the Services and decide that you do not want USASF to use that information for marketing purposes, you can opt-out of future use at any time by: (i) going to the link provided at the bottom of any email you receive and opting out of receiving future marketing information from the specific business division that sent you such marketing email; (ii) by sending us an email at info@USASF.net; or (iii) through your account settings. Please note that you may not be able to opt out of emails about your transactions and relationship with us, such as emails regarding your account, requests or inquiries, and purchases of products and/or services.

**International Users**

The information discussed in this Policy is processed in the United States by USASF, whose principal office in the United States is located at 3131 Appling Rd, Bartlett, TN 38133. Your information will be processed in the United States for the purposes described herein. As described above, we also may subcontract the processing of your data to, or otherwise share your data with, other members within the USASF group or our service providers in countries other than your country of residence, including the United States, in accordance with applicable law. Such third parties may be engaged in, among other things, the provision of Services to you, the processing of transactions and/or the provision of support services. By providing us with your information, you acknowledge any such transfer, storage or use.

If we provide any information about you to third party information processors, we will take appropriate measures to ensure such companies protect your information adequately in accordance with this Privacy Policy. These measures include signing Standard Contractual Clauses in accordance with EU and other data protection laws to govern the transfers of such data. For more information about these transfer mechanisms, please contact us as detailed in the "Contact Information" section below.

If applicable, you may make a complaint to the data protection supervisory authority in the country where you reside. Alternatively you may seek a remedy through local courts if you believe your rights have been breached.

**A Special Note Concerning Privacy and Children Online**

Although the Internet offers a wealth of information and exciting opportunities to explore some of its content may not be suitable for children. Understandably, as the popularity of

Internet has grown, so have concerns among parents. USASF.net believes that parents should supervise their children's online activities and suggests that they consider using parental control tools such as Cyber Patrol, and software manufacturers that help provide a child-friendly online environment.

Please instruct your children not to give us their name, address or e-mail address, or provide any personal information to anyone without your permission. It may also be wise to carefully note all the people with whom your child frequently corresponds over the Internet or on any online service. We do not knowingly process data of EU residents under the age of 16 without parental consent. If we become aware that we have collected data from an EU resident under the age of 16 without parental consent, we will take reasonable steps to delete it as soon as possible. We also comply with other age restrictions and requirements in accordance with applicable local laws.

**Chat, Newsgroups, Bulletin Boards and Kids**

Chat, newsgroups, and bulletin boards offer children and parents alike the unique opportunity to make friends and talk to people all over the world. Please remember, though, that these interactive features are just like other public places where strangers meet. If you allow your children to access interactive features, please remind them of the dangers involved when corresponding or communicating with strangers or new acquaintances on the Internet (especially in Chat and Newsgroups, as well as when using e-mail).

We strongly recommend that you supervise your children's activities on these areas as you would in any public area. You should help your children understand that people they do not know will be reading their notes. They should be careful when choosing what to post (particularly information about themselves), as well as when choosing the people with whom they correspond. Also, only you, as a parent, can establish which topics and individual notes are appropriate for your family, just as you would for television programs or movies.

Children and teenagers get a lot of benefit from being online, but they can also be targets of crime and exploitation in this as in any other environment. Trusting, curious, and anxious to explore this new world and the relationships it brings, children and teenagers need parental supervision and common sense advice to ensure that their experiences in 'cyberspace' are happy, healthy, and productive.

**How Parents Can Reduce the Risks**

Take advantage of Cyber Patrol. Also, to further restrict your child's access to discussions,

forums, or bulletin boards that contain inappropriate material, some Internet sites and private bulletin boards have systems in place for parents to block out parts of the sites that they feel are inappropriate for their children. If you are concerned, you should contact the site find out how you can add these restrictions to any accounts that your children can access.

The Internet and some private bulletin boards contain areas designed specifically for adults who wish to post, view, or read sexually explicit material. Most private bulletin board operators who post such material limit access only to people who attest that they are adults but, like any other safeguards, be aware that there are always going to be cases where adults fail to enforce them or children find ways around them.

The best way to ensure that your children are having positive online experiences is to stay in touch with what they are doing. One way to do this is to spend time with your children while they're online. Have them show you what they do and ask them to teach you how to access the sites. While children and teenagers need a certain amount of privacy, they also need parental involvement and supervision in their daily lives. The same general parenting skills that apply to the 'real world' also apply while online.

If you have cause for concern about your children's online activities, talk to them. Also seek out the advice and counsel of other computer users in your area and become familiar with literature on Cyber Patrol and other filtering devices. Open communication with your children, utilization of such computer resources, and getting online yourself will help you obtain the full benefits of these devices and alert you to any potential problem that may occur with their use.

**Guidelines for Parents**

By taking responsibility for their children's online computer use, parents can greatly minimize the potential risks. Make it a family rule to:

1. Never give out identifying information – home address, school name, or telephone number – in a public message such as chat or bulletin boards, and be sure you are dealing with someone that both you and your child know and trust before giving it out via e-mail. Think carefully before revealing any personal information such as age, marital status, or financial information. Consider using a pseudonym or unlisting your child's name from Internet sites in which they participate.

2. Consider keeping the computer in a family room rather than the child's bedroom. Be to make this a family activity. Get to know their 'online friends' just as you get to know all

of their other friends.

3. Get to know the internet sites your child uses. If you don't know how to get to them, get your child to show you. Find out what types of information it offers and whether there are ways for parents to block out objectionable material.

4. Never allow a child to arrange a face-to-face meeting with another computer user without parental permission. If a meeting is arranged, make the first one in a public spot, and be sure to accompany your child.

5. Never respond to messages or bulletin board items that are suggestive, obscene, belligerent, threatening, or make you feel uncomfortable. Encourage your children to tell you if they encounter such messages. If you or your child receives a message that is harassing, or of a sexual nature, or threatening, alert the appropriate law enforcement agency.

6. Should you become aware of the transmission, use, or viewing of child pornography while online, immediately report this Federal Bureau of Investigation and to the National Center for Missing and Exploited Children by calling 1-800-843-5678.

7. Remember that people online may not be who they seem. Because you can't see or even hear the person, it is easy for someone to misrepresent him – or herself. Thus, someone indicating that 'she' is a '12-year-old girl' could really be a 40-year-old man.

8. Remember that everything you read online may not be true. Any offer that's 'too good to be true' probably is. Be very careful about any offers that involve your coming to a meeting or having someone visit your house.

9. Set reasonable rules and guidelines for computer use by your children. Discuss these rules and post them near the computer as a reminder. Remember to monitor their compliance with these rules, especially when it comes to the amount of time your children spend on the computer. A child or teenager's excessive use of the interactive features of the Internet, especially late at night, may be a clue that there is a potential problem.⬚Because some of the content on the Internet consists of material that is adult-oriented or otherwise objectionable to some people, the results of your search may automatically and unintentionally generate links or references to objectionable material. USASF.net has no control over, and can make no claim that such surprises will not occur. Computerized search technology does not give you search results limited to only the hits that you were seeking. There may be extraneous hits as well.

USASF.net recommends that to avoid any such surprises, you take advantage of the access controls that USASF.net offers, as we discuss above, and be diligent in your supervision of any

children you allow to use USASF.net Internet.

**Contact Information**

For answers to specific concerns regarding privacy that are not addressed here, please contact the USASF.

# HOLIDAY CLOSING SCHEDULE

| HOLIDAY | 2020 DATE(S) |
|---|---|
| New Year's | *January 1-3* |
| Martin Luther King Day | *January 20* |
| Presidents' Day | *February 17* |
| Good Friday & Easter | *April 10 & 13* |
| Memorial Day | *May 25* |
| Independence Day | *July 3 & 6* |
| Labor Day | *September 4 & 7* |
| Columbus Day | *October 12* |
| Thanksgiving | *November 23 - 27* |
| Christmas & New Year's | *December 21 - January 4* |



Search



The U.S. All Star Federation (USASF) has a mission to support and enrich the lives of our All Star athletes and members. We strive to provide consistent rules and safety guidelines, drive competitive excellence and promote a positive image for the sport. The USASF credentials coaches, certifies legality officials and sanctions events - all with the goal to provide the safest possible environment in which athletes may train and compete. Founded in 2003, we are a not-for-profit corporation established in Tennessee and governed by bylaws, officers, a board of directors and fifteen standing committees.

       

## #ThisIsAllStar

 Bonds for Life: Making Friends in All Star
📅 February 16, 2021

 Pick up and Play: Great Group Activities for Kids
📅 February 9, 2021

## Parent Connect

 Helping Make All Star Inclusive for All
📅 February 20, 2021

 The Importance of Inclusion for Youth Athletes
📅 February 18, 2021





Copyrights © 2021 All Rights Reserved by the U.S. All Star Federation.