# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES**, **MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., JEFF WEBB, CHARLESBANK CAPITAL PARTNERS LLC, and BAIN CAPITAL PRIVATE EQUITY,**<br><br>**Defendants.** | Case No. 2:20-cv-02892-SHL-cgc |

**PLAINTIFFS' MOTION REQUESTING HEARING ON MOTIONS TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY (ECF Nos. 100, 101, 102, & 103)**

Pursuant to Tennessee Western District L.R. 7.2(d), Plaintiffs respectfully request an oral hearing regarding their four Motions to Compel Discovery Responses from Defendants Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashion & Supplies, LLC (collectively, the "Varsity Defendants") (ECF No. 100), Bain Capital Private Equity (ECF No. 101), Charlesbank Capital Partners LLC (ECF No. 102); and Jeff Webb (ECF No. 103) (collectively "Motions").[1] Plaintiffs assert that an oral hearing would be helpful to the Court to answer any questions the Court may have regarding issues that have been resolved and those that remain in dispute. Plaintiffs believe oral argument would also assist the Court as it would allow Plaintiffs to clarify

---

[1] Plaintiffs did not file a motion to compel against Defendant U.S. All Star Federation, Inc. ("USASF").

differences between discovery in this case and that in the Related Actions,[2] and to explain the necessity of the productions sought.

    Plaintiffs met and conferred extensively with the Defendants prior to the filing of their Motions. Plaintiffs respectfully request that the Court schedule a hearing to allow the parties to articulate their positions on the outstanding issues for the Court's consideration.

Dated: October 8, 2021                              Respectfully submitted,

                                                    By:     */s/ Van Turner*
                                                                Van Turner

                                        Van Turner (TN Bar No. 22603)
                                        **BRUCE TURNER, PLLC**
                                        2650 Thousand Oaks Blvd., Suite 2325
                                        Memphis, Tennessee 38118
                                        Telephone: (901) 290-6610
                                        Facsimile: (901) 290-6611
                                        Email: vturner@bruceturnerlaw.net

---

[2] "Related Actions" refers to *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.*, 2:20 cv-02600-SHL-cgc (W.D. Tenn.), filed with this Court on August 13, 2020, and *American Spirit and Cheer Essentials, Inc., et al. v. Varsity Brands, LLC, et al.*, 2:20-cv-02782-SHL-atc, transferred to this Court on October 27, 2020.

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
Anna-Patrice Harris*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
　　　　swilliams@saverilawfirm.com
　　　　rspeigel@saverilawfirm.com
　　　　krayhill@saverilawfirm.com
　　　　eabuchanan@saverilawfirm.com
　　　　aharris@saverilawfirm.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
　　　　dhedlund@gustafsongluek.com
　　　　dnordin@gustafsongluek.com
　　　　lwang@gustafsongluek.com

Richard M. Paul III*
Sean R. Cooper*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com
　　　　sean@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

* *Admitted pro hac vice*
+*Located in Washington State*

*Attorneys for Individual and Representative Plaintiffs*