**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
Before Judge Charmiane G. Claxton, United States Magistrate Judge

June 10, 2021

RE:  2:20-cv-02600-SHL-cgc
   *Fusion Elite All Stars et al v. Varsity Brands, LLC et al*

Dear Sir/Madam:

A **MOTION HEARING** on the below listed pending motions has been set to **THURSDAY, JUNE 24, 2021** at **10:30 PM (CST)** before **Magistrate Judge Charmiane G. Claxton.** *Judge Claxton requires that prior to the hearing, all parties **must** meet and confer in good faith regarding all issues raised in the motions.*

1. Plaintiffs' MOTION to Compel *Discovery Responses from Defendant U.S. All Star Federation, Inc.* (*DE# 102, filed 4/29/2021);*
2. Defendant's MOTION for Protective Order *(DE# 103, filed 5/5/2021); and*
3. Plaintiffs' MOTION to Compel *Discovery Responses From Defendants Varsity Brands, LLC, Varsity Spirit, LLC And Varsity Spirit Fashion & Supplies, LLC (DE# 105, filed 5/5/2021).*

The hearing will be done via Microsoft Teams video conference. The Court will email the parties an invitation for the video conference prior to the proceeding.  Counsel should submit any exhibits to be offered to the Judge's ECF mailbox prior to the proceeding. Parties should consult the instructions for Joining a Meeting in Teams or Joining a Meeting Without a Teams Account.
.
If you have any questions regarding the above, please do not hesitate to contact me.

Sincerely,

*s/ Bernita V. Henley*
BY:  Bernita V. Henley, Paralegal to the
   Honorable Charmiane G. Claxton
   901-495-1312