# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES**, **MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>**Defendants.** | Case No. 2:20-cv-02892-SHL-cgc |

## CERTIFICATE OF CONSULTATION BETWEEN JOSEPH SAVERI LAW FIRM AND DEFENSE COUNSEL

Before the Court is the Joseph Saveri Law Firm, LLP, Bruce Turner, PLLC, Gustafson Gluek PLLC, Hartley LLP, and Paul LLP's Motion to Withdraw as Counsel for Christina Lorenzen.

Per Local Rule 7.2, this is to certify that counsel for Plaintiffs and Defendants have consulted on the aforementioned Motion to Withdraw as Counsel as follows:

On October 8, 2021 at 1:00 PM PT, the Joseph Saveri Law Firm contacted defense counsel Steven Kaiser, of Cleary Gottlieb Steen & Hamilton LLP, to inform him of the filing of the attached Motion to Withdraw as Counsel. Defendants had no objections.

Dated: October 16, 2021                                        Respectfully submitted,

By:_____*/s/ Steven N. Williams*_____
                    Steven N. Williams

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*
Kevin E. Rayhill*
Elissa A. Buchanan*
Anna-Patrice Harris*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            rspeigel@saverilawfirm.com
            krayhill@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            aharris@saverilawfirm.com


Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile; (901) 290-6611
Email: vturner@bruceturnerlaw.net

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON FLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, mN 55402
Telephone: (612) 333-8844
Facsimile: (612) 399-6622
Email: dgustafson@gustafsongluek.com
            dhedlund@ gustafsongluek.com
            dnordin@ gustafsongluek.com
            lwang@ gustafsongluek.com

CERTIFICATE OF CONSULTATION BETWEEN JOSEPH SAVERI LAW FIRM AND DEFENSE COUNSEL

Richard M. Paul III*
Sean R. Cooper*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com
      sean@puallp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

*\* Admitted pro hac vice*

*Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2021, I served a copy of the foregoing document via email on the counsel listed below.

| | |
|---|---|
| George S. Cary<br>Steven J. Kaiser<br>**CLEARY GOTTLIEB STEEN &**<br>**HAMILTON LLP**<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>gcary@cgsh.com<br>skaiser@cgsh.com | Matthew S. Mulqueen<br>Adam S. Baldridge<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ**<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Phone: (901) 526-2000<br>Fax: (901) 577-0866<br>mmulqueen@bakerdonelson.com<br>abaldridge@bakerdonelson.com |
| Paul Coggins<br>Brendan Gaffney<br>**LOCKE LORD LLP**<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>pcoggins@lockelord.com<br>bgaffney@lockelord.com | Grady Garrison<br>Nicole D. Berkowitz<br>James Andrew Roach<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ**<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>ggarrison@bakerdonelson.com<br>nberkowitz@bakerdonelson.com<br>aroach@bakerdonelson.com |

I hereby certify that on October 16, 2021, I served a copy of the foregoing document via Overnight Delivery on the party listed below.

Plaintiff Christina Lorenzen
1604 Willow Dr.
Berthoud, CO 805013

 

                                                         */s/ Ashleigh Jensen*
                                                         Ashleigh Jensen