# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY, <br><br> Defendants. | No. 2:20-cv-02892-SHL-cgc |

## ORDER DENYING MOTION TO WITHDRAW AS COUNSEL WITHOUT PREJUDICE

Before the court is Joseph Saveri Law Firm, LLP, Bruce Turner, PLLC, Gustafson Glueck PLLC,[1] Hartley LLP, and Paul LLP's ("Plaintiff's Counsel") Motion to Withdraw as Counsel for Plaintiff Christina Lorenzen. (ECF No. 127.) Alleging that Ms. Lorenzen has failed to fulfill her obligations to the lawyers and has made representation unreasonably difficult through refusing to communicate with counsel, Plaintiff's Counsel seeks to withdraw from representation under Local Rule 83.5 and Rule 1.16 of Tennessee's Rules of Professional Conduct. Plaintiff's Counsel aver that her interests will not be impaired by their withdrawal as Ms. Lorenzen will remain a class member in the litigation, and the withdrawal will not delay the action nor prejudice either Party. Defendants do not oppose this Motion.

---

[1] For the first time, Plaintiffs reference Gustafson Glueck PLLC and multiple members of this law firm as counsel representing Ms. Lorenzen. However, neither Gustafson Glueck PLLC nor any associated counsel has appeared on the docket. Without proper notices of appearance, this law firm is unable to now <u>withdraw</u> from representation that they did not have in the first place.

Under LR 83.5, "all motions for leave to withdraw shall include . . . the name and address of any substitute counsel." If there is no substitute counsel, then the motion shall provide "the name, address and telephone number of the client, as well as the signature of the client approving the withdrawal on the client." Id.

Here, Plaintiff's Counsel have not provided the name and address of any substitute counsel. Without this information, the motion must therefore provide Ms. Lorenzen's contact information and her signature approving the withdrawal. Plaintiff's Counsel have satisfied the first step – providing her contact information – but the motion has not been signed by Ms. Lorenzen.

Based on their failure to satisfy the Local Rules' requirements, the Court **DENIES** Plaintiff's Counsel's Motion to Withdraw without prejudice.

**IT IS SO ORDERED**, this 18th day of October, 2021.

            s/ Sheryl H. Lipman
            SHERYL H. LIPMAN
            UNITED STATES DISTRICT JUDGE