# EXHIBIT 4

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>CRAGO, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>Defendants. | **Case No. 3:07-cv-05944-SC**<br>**MDL No. 1917**<br>**JAMS Ref. No. 1100054618**<br><br>**ORDER AMENDING DISCOVERY AND CASE MANAGEMENT PROTOCOL**<br><br>**Paragraph II.C** |
| This Document Relates to ALL CASES | |

**ORDER**

  This matter came on for hearing on June 10, 2013 on (A) Plaintiffs' Motion to Amend the Discovery and Case Management Protocol to allow Plaintiffs freely to allocate deposition time among the Plaintiffs, and (B) The State of California's Motion to correct a clerical error in the Protocol. Having considered the briefs and arguments of counsel for all sides, the Special Master finds the following: (1) Individual Action Plaintiffs have entered the MDL Proceedings and desire to assist with the prosecution of this case; (2) Amending the Discovery and Case

1

Management Protocol will further cooperation between the Plaintiffs and allow discovery to proceed efficiently; (3) Plaintiffs have established the requisite good cause for their proposed amendment; (4) Defendants have not shown that they would suffer any prejudice by Plaintiffs' proposed amendment; and (5) the Protocol contains a clerical error with respect to the deposition time allocated to the State of California:

Accordingly, IT IS HEREBY ORDERED that the Motions are GRANTED and Section II.C of the Discovery and Case Management Protocol (Dkt. 1128) is amended to state:

> In the event the same witness is noticed by the Direct/Indirect Purchaser Plaintiffs and counsel for any Individual Action Plaintiff and/or any State Attorney General, the deposition will be limited to fifteen hours of deposition, consecutive when reasonably practicable, with (7 hours) allocated to the Direct/Indirect Purchase Plaintiffs for direct examination of any witness who does not require a translator and four (4) hours allocated each to the Individual Action Plaintiffs and separately to the State Attorneys General for direct examination of any such witness. Provided, however, that (i) any Plaintiff may, in their sole discretion, cede their allocated deposition time to any other Plaintiff; and (ii) counsel for the Individual Action Plaintiffs may take the lead in a deposition. If the witness requests a translator, the time limits (and number of deposition days) shall be extended as provided in Section II.D. Plaintiffs shall notify defendants in advance of each deposition, as soon as reasonably practical, of which Plaintiff group will be taking the lead at the deposition.

DATED: June 17, 2011

Hon. Charles Legge (Ret.)
Special Master

2