# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC.; ROCKSTAR CHAMPIONSHIPS, LLC; JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS; and ASHLEY HAYGOOD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC; BSN SPORTS, LLC; VARSITY SPIRIT, LLC; STANBURY, LLC; HERFF JONES, LLC; BAIN CAPITAL, LP; CHARLESBANK CAPITAL PARTNERS, LLC; VARSITY BRANDS HOLDING CO., INC.; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER; VARSITY INTROPA TOURS, LLC; and JEFF WEBB,<br><br>    Defendants. | No. 2:20-cv-02782-SHL-atc |

**ORDER OF RECUSAL OF MAGISTRATE JUDGE ANNIE T. CHRISTOFF**

Pursuant to 28 U.S.C. § 455(a) and (b)(1), the undersigned hereby recuses herself, *sua sponte*, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case.

IT IS SO ORDERED this 22nd day of April, 2021.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE
