## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## AT MEMPHIS

| | |
|---|---|
| **FUSION ELITE ALL STARS; SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS; and STARS AND STRIPES GYMNASTICS ACADEMY d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,** ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Civil Action No.: 2:20-cv-02600 |
| **VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, INC.; and U.S. ALL STAR FEDERATION, INC.,** ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE OF ANDREW ROACH

COMES NOW Defendant U.S. All Star Federation, Inc. ("Defendant"), and hereby gives notice that it will be represented by the following additional counsel from the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.:

> Andrew Roach (BPR #37934)
> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.
> 165 Madison Avenue, Suite 2000
> Memphis, Tennessee 38103
> Telephone:  901.577.2357
> Facsimile:  901.577.0846
> Email:  aroach@bakerdonelson.com

In addition to counsel who has previously filed an appearance for Defendant and who will continue to represent Defendant, all pleadings and notices should also be forwarded to the above-mentioned counsel on behalf of Defendant U.S. All Star Federation, Inc.

DATED:  June 16, 2021

Respectfully submitted,

s/ Andrew Roach
Grady M. Garrison (BPR #008097)
Nicole D. Berkowitz (BPR #35046)
Andrew Roach (BPR #37934)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2357
Facsimile:  (901) 577-0846
Email:  ggarrison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com
Email:  aroach@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of June 2021, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system and/or via U.S. Mail, postage prepaid, to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

s/ Andrew Roach
Andrew Roach

4850-2047-0511v1
2933399-000004 06/16/2021