*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |  |
|---|---|
| Defendant |  |
| Case Number | Judge |

I, _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Applicant's Firm Name | | |
| Applicant's Address | | Room/Suite Number |
| City | State | Zip Code |
| Applicant's Email Address | | |
| Applicant's Phone Number(s) | | |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

|   |
|---|
|   |

## Certificate of Consultation

|   |
|---|
|   |

| Date | Electronic Signature of Applicant |
|---|---|
|  | S/ |

**Courts of Admittance of Ashlea G. Schwarz**

| Court | Admission |
|---|---|
| State of Missouri | 9/12/2007 |
| State of Kansas | 2008 |
| USDC, District of W. MO | 9/12/2007 |
| USDC, District of KS | 4/25/2008 |
| USDC, District of CO | 1/7/2010 |
| US Court of Appeals (4th Circuit) | 10/10/2014 |

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 25, 2008,

## Ashlea Gayle Schwarz

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 26th day of October, 2021.

**Active Status**

*Douglas T. Shima*
*Clerk of the Supreme Court of Kansas*

# UNITED STATES DISTRICT COURT

for the

# DISTRICT OF KANSAS

# CERTIFICATE OF GOOD STANDING

I, _____Skyler B. O'Hara_____ , Clerk of this Court, certify that _____Ashlea G. Schwarz_____ , Bar # __23491__ , was duly admitted to practice in this court on __April 25, 2008__ , and is in good standing as an __Active__ member of the Bar of This Court.

Dated at __Kansas City, Kansas__ on __10/27/2021__ .

Skyler B. O'Hara
CLERK

Kim Leininger
DEPUTY CLERK