AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| Kathryn Anne Radek, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-2600-SHL-cgc |
| Varsity Brands, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Kathryn Anne Radek, Janine Cherasaro, and Lauren Hayes    .

Date:    07/09/2021

/s/ Sarah Elizabeth Stuart
*Attorney's signature*

Sarah Elizabeth Stuart (TN BPR No. 035329)
*Printed name and bar number*

Burch, Porter & Johnson PLLC
130 N. Court Ave.
Memphis, TN 38103
*Address*

sstuart@bpjlaw.com
*E-mail address*

(901) 524-5107
*Telephone number*

(901) 524-5024
*FAX number*