# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Katharine Lane Malone

Bar Number 290884

was duly admitted to practice in this Court on April 8, 2016, and is in good standing as a member of the bar of this Court.



Signed on October 27, 2021 by

*Kathleen Shambaugh*

Kathleen M Shambaugh (Acting)