**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:20-cv-02600-SHL-cgc |
| ) | |
| VARSITY BRANDS, LLC, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Plaintiffs' Motion to Withdraw as Counsel, filed July 13, 2021. (ECF No. 139.) Counsel Frank B. Thacher, III, moves to withdraw as named counsel for Plaintiffs Kathryn Radek, Janine Cherasaro, and Lauren Hayes. He states that the Radek, Cherasaro, and Hayes will continue to be represented by Sarah Stuart and the law firm of Burch, Porter & Johnson, PLLC, and therefore there will be no interruption of representation in this matter. Thus, the withdrawal of Counsel Thacher will not delay this action or prejudice either party. Defendants do not oppose the Motion. Finding good cause, the Court **GRANTS** the Motion. Attorney Frank B. Thacher, III, will no longer be counsel of record in *Fusion Elite All Stars v. Varsity Brands*, 20-2600.

**IT IS SO ORDERED,** this 14th day of July, 2021.

                                                               s/ Sheryl H. Lipman
                                                               SHERYL H. LIPMAN
                                                               UNITED STATES DISTRICT JUDGE