# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VARSITY BRANDS, LLC, VARSITY ) <br> SPIRIT, LLC, VARSITY SPIRIT FASHION ) <br> & SUPPLIES, LLC, and U.S. ALL STAR ) <br> FEDERATION, INC., ) <br> ) <br> Defendants. ) | No. 2:20-cv-02600-SHL-cgc |

## ORDER GRANTING VARSITY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Before the Court is Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashion & Supplies, LLC's ("Varsity Defendants") Unopposed Motion to Extend Time to Answer Plaintiffs' First Amended Complaint, filed September 7, 2021. (ECF No. 144.) Defendants seek to extend their deadline to answer Plaintiffs' Amended Complaint, (ECF No. 56), from September 9, 2021 to September 30, 2021, a 21-day extension. Plaintiffs do not oppose the Motion.

Finding good cause, the Court **GRANTS** the Motion. Defendants' deadline to file an Answer is now **September 30, 2021**.

**IT IS SO ORDERED,** this 8th day of September, 2021.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE