# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>VARSITY BRANDS, LLC, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | No. 2:20-cv-02600-SHL-cgc |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the court is Mark W. Nelson's Motion to Withdraw as Counsel for Defendants Varsity Brands, LLC, Varsity Spirit, LLC and Varsity Spirit Fashions & Supplies, Inc. ("Varsity Defendants"). (ECF No. 146.) In support, Mr. Nelson states that Defendants will continue to be represented by Cleary Gottlieb Steen & Hamilton LLP attorneys George S. Cary and Steven J. Kaiser, as well as Matthew S. Mulqueen and Adam S. Baldridge of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. Plaintiffs do not oppose the Motion. Finding good cause, the Court **GRANTS** the Motion to Withdraw. Mark W. Nelson will no longer be counsel of record in this case.

**IT IS SO ORDERED,** this 27th day of September, 2021.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                UNITED STATES DISTRICT JUDGE