AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____ , Clerk of this Court,

certify that _____ Daniel E. Gustafson _____ , Bar # _____ 202241 _____ ,

was duly admitted to practice in this Court on _____ 12/19/1990 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, MN _____ on _____ 10/28/2021 _____
            *(Location)*                                    *(Date)*

_____
Kate M. Fogarty
*CLERK*

_____
*Signature of Clerk or Deputy Clerk*
*DEPUTY CLERK*