AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Daniel J. Nordin, Bar # 392393, was duly admitted to practice in this Court on 11/08/2011, and is in good standing as a member of the Bar of this Court.

Dated at Minneapolis, MN on 11/01/2021
         *(Location)*              *(Date)*

Kate M. Fogarty
*CLERK*

*DEPUTY CLERK*