AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _Kate M. Fogarty_, Clerk of this Court, certify that _Daniel C. Hedlund_, Bar # _258337_, was duly admitted to practice in this Court on _08/01/1997_, and is in good standing as a member of the Bar of this Court.

Dated at _St. Paul, MN_ on _10/28/2021_
 *(Location)*  *(Date)*

Kate M. Fogarty
*CLERK*

*Signature of Clerk or Deputy Clerk*
*DEPUTY CLERK*