THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VARSITY BRANDS, LLC; VARSITY ) <br> SPIRIT, LLC; VARSITY SPIRIT ) <br> FASHION & SUPPLIES, LLC; and U.S. ) <br> ALL STAR FEDERATION, ) <br> ) <br>    Defendants. ) | No. 2:20-cv-02600-SHL-atc |

### ORDER OF RECUSAL OF MAGISTRATE JUDGE ANNIE T. CHRISTOFF

Pursuant to 28 U.S.C. § 455(a) and (b)(1), the undersigned hereby recuses herself, *sua sponte*, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case.

IT IS SO ORDERED this 21st day of October, 2021.

                                               s/Annie T. Christoff
                                               ANNIE T. CHRISTOFF
                                               UNITED STATES MAGISTRATE JUDGE