20-2600

FUSION
ELITE
ALL STARS
                ET AL
       ✓
VARSITY BRANDS,
               LLC

T. M. PHAM