# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____**JENNIFER KENNEDY PARK**_____, Bar # _____**JP0715**_____

was duly admitted to practice in the Court on

_____**May 18, 2004**_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     _____**October 13, 2021**_____
           New York, New York

*(signature and seal)*

_____**Ruby J. Krajick**_____     By     _____**s/ V. Bart**_____
         Clerk of Court                                         Deputy Clerk