IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FUSION ELITE ALL STARS**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC**, et al., <br><br> Defendants. | Case No. 2:20-cv-02600-SHL-tmp <br><br> **JURY TRIAL DEMANDED** |
| **AMERICAN SPIRIT AND CHEER ESSENTIALS, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC**, et al, <br><br> Defendants. | Case No. 2:20-cv-2782-SHL-tmp <br><br> **JURY TRIAL DEMANDED** |
| **JONES**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **BAIN CAPITAL PRIVATE EQUITY**, et al., <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' JOINT MOTION TO MODIFY SCHEDULING ORDERS**

COME NOW Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center, Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro (collectively, "*Fusion Elite* Plaintiffs"); Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen (collectively, "*Jones*

1

Plaintiffs"); and Plaintiffs American Spirit and Cheer Essentials, Inc., Rockstar Championships, LLC, Jeff & Craig Cheer, LLC, d/b/a Jeff and Craig Camps, and Ashley Haygood (collectively, *American Spirit* Plaintiffs"), individually and on behalf of all others similarly situated, and move this Court, for an order extending various deadlines set forth in the Scheduling Orders entered in the above-captioned matters (the "Related Actions") by four months. In support of this motion, the *Fusion Elite* Plaintiffs, *Jones* Plaintiffs, and *American Spirit* Plaintiffs (collectively, "Plaintiffs") state as follows:

1. The Scheduling Orders previously entered by this court allowed for a discovery period ranging from 16 months in *Fusion Elite* to 10 months in *Jones*. (No. 20-cv-2600, Dkt. 61; No. 20-cv-2782, Dkt. 100; No. 20-cv-02892, Dkt. 61.) Motions to join parties or amend pleadings must be filed by November 19, 2021. (No. 20-cv-2600, Dkt. 61 at 2; No. 20-cv-2782, Dkt. 100 at 2; No. 20-cv-02892, Dkt. 61 at 2.) The deadline to serve interrogatories and requests for admission is January 14, 2022. (No. 20-cv-2600, Dkt. 61 at 2; No. 20-cv-2782, Dkt. 100 at 2; No. 20-cv-02892, Dkt. 61 at 2.) Fact discovery and depositions currently must be completed in all Related Actions by February 18, 2022. (No. 20-cv-2600, Dkt. 61 at 3; No. 20-cv-2782, Dkt. 100 at 3; No. 20-cv-02892, Dkt. 61 at 2.)

2. The Scheduling Orders expressly state:

> The deadlines for completing depositions and closing fact discovery *are contingent on the Parties' substantially completing production of data and documents* sufficiently in advance of the February 18, 2022 deadline for completing depositions and closing fact discovery so that the Parties have sufficient time to prepare for and utilize the documents at depositions.

(No. 20-cv-2600, Dkt. 61 at 3 n.2; No. 20-cv-2782, Dkt. 100 at 3 n.2; No. 20-cv-02892, Dkt. 61 at 2 n.2) (emphasis added).

3. Plaintiffs have, as described more fully in the attached memorandum and declarations, made significant and diligent efforts to complete discovery in a timely manner.

They began seeking discovery within days of the Court entering the Scheduling Orders at issue, have collectively served over 50 subpoenas on non-parties, and have collected over 100,000 documents thus far. Plaintiffs have also noticed 12 depositions of various current and former Varsity employees.

4. *Fusion Elite* Plaintiffs filed two motions to compel with this Court, seeking more fulsome responses to requests for production from Defendants Varsity and USASF. *Fusion Elite* Plaintiffs also initiated subpoena enforcement action in the Northern District of Texas against non-party Rebel Athletic Inc., which remains pending. *Jones* Plaintiffs filed four motions to compel with this Court seeking discovery from Defendants Varsity, Jeff Webb, Bain, and Charlesbank, three of which also remain pending. Finally, Plaintiffs were forced to seek this Court's intervention in a motion to facilitate coordination of depositions in all three Related Actions when Defendants jointly refused to permit depositions noticed in multiple actions to go beyond seven hours.

5. Significant document productions from Defendants and non-parties remain outstanding. Depositions cannot be effectively taken and expert reports cannot be prepared until those productions are complete. Further, more than three-quarters of the 55+ depositions Plaintiffs are entitled to take remain outstanding. It is clear now that this discovery is, despite Plaintiffs' best efforts, unlikely to be completed before the February 18, 2022 deadline for depositions and fact discovery. Good cause therefore exists to extend the deadlines previously established by this Court as follows:

| **Deadline** | **Current Deadline** | **Proposed Extension of Deadline** |
|---|---|---|
| Last Day for Motions to Join Parties; Deadline for Motions to Amend Pleadings | November 19, 2021 | March 18, 2022 |

3

| Deadline | Current Deadline | Proposed Extension of Deadline |
|---|---|---|
| Deadline for Serving Interrogatories and Requests for Admission | January 14, 2022 | May 18, 2022 |
| Deadline for Completion of Depositions | February 18, 2022 | June 18, 2022 |
| Close of Fact Discovery | February 18, 2022 | June 18, 2022 |
| Deadline to Serve Expert Reports on All Issues for Which a Party Bears the Burden of Proof | March 18, 2022 | July 18, 2022 |
| Deadline to Serve Opposing Expert Reports | May 13, 2022 | September 13, 2022 |
| Deadline to Serve Expert Rebuttal Reports | July 11, 2022 | November 13, 2022 |
| Deadline for Expert Witness Depositions | August 12, 2022 | December 12, 2022 |
| Motions for Class Certification and to Exclude Experts Under F.R.E. 702/Daubert Motions | September 16, 2022 | January 16, 2023 |
| Oppositions to Class Certification and to Exclude Experts Under F.R.E. 702/Daubert Motions | November 11, 2022 | March 11, 2023 |
| Replies in Support of Motions to Exclude Experts Under F.R.E. 702/Daubert Motions | December 9, 2022 | April 11, 2023 |

For the above reasons and those set forth in the accompanying Memorandum of Law in Support, Plaintiffs respectfully request that this Court grant the instant Motion and enter the attached proposed order extending existing deadlines in the Related Actions by four months.

Dated: November 18, 2021			Respectfully submitted,


			By: /s/ Katherine Van Dyck
			Jonathan W. Cuneo*
			Katherine Van Dyck*
			Victoria Sims*
			CUNEO GILBERT & LADUCA, LLP
			4725 Wisconsin Avenue NW, Suite 200
			Washington, DC 20016
			Telephone: (202) 789-3960
			jonc@cuneolaw.com
			kvandyc@cuneolaw.com
			vicky@cuneolaw.com

			H. Laddie Montague, Jr.*
			Eric L. Cramer*
			Michael Kane*
			Mark R. Suter*
			BERGER MONTAGUE PC
			1818 Market Street, Suite 3600
			Philadelphia, PA 19106
			Telephone: (215) 875-3000
			hlmontague@bm.net
			ecramer@bm.net
			mkane@bm.net
			msuter@bm.net

			Gregory S. Asciolla*
			Karin E. Garvey*
			Veronica Bosco*
			LABATON SUCHAROW LLP
			140 Broadway New York, NY 10005
			Telephone: (212) 907-0700
			gasciolla@labaton.com
			kgarvey@labaton.com
			vbosco@labaton.com

			*Interim Co-Lead Counsel in the Fusion Elite Action for the Proposed Direct Purchaser Class*

			J. Gerard Stranch, IV (TN BPR #23045)
			Benjamin A. Gastel (TN BPR #28699)
			BRANSTETTER, STRANCH & JENNINGS, PLLC
			223 Rosa Parks Ave. Suite 200

Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel in the Fusion Elite Action for the Proposed Direct Purchaser Class*

Benjamin D. Elga*
JUSTICE CATALYST LAW, INC.
81 Prospect Street Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Craig L. Briskin*
JUSTICE CATALYST LAW, INC.
718 7th Street NW Washington, DC 20001
Telephone: (518) 732-6703
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
FINE KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
BURCH, PORTER, & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun St., Suite 1000 Nashville, TN 37203

Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Counsel in the Fusion Elite Action for the Proposed Direct Purchaser Class*

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Katharine A. Malone*
Anna-Patrice Harris*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
    swilliams@saverilawfirm.com
    rspiegel@saverilawfirm.com
    kmalone@saverilawfirm.com
    aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com
    sean@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822

7

Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza 120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys in the Jones Action for Individual and Representative Plaintiffs*

Robert A. Falanga*
Kobelah Svensen Bennah*
LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123

*Interim Lead Class Counsel in the American Spirit Action for the Proposed Independent Event Production Class, the Competitive Recreational, College, High School or Junior High School Student Parent Class, the Apparel, Athletic Equipment and Merchandise Class, and the Cheer Camp Market Class*


\* Admitted pro hac vice

+Located in Washington State

8

## CERTIFICATE OF GOOD FAITH

Consistent with Local Rule 26(b)(1) and 7.2(a)(1).01(b)(3), counsel for Plaintiffs have attempted to resolve the issues raised in this Motion in good faith with Defendants. Plaintiffs provided Defendants with their requested modifications to the Scheduling Orders on November 17, 2021 and advised counsel for Defendants of their intent to file the instant motion. Defendants in all of the Related Actions informed Plaintiffs on November 18, 2021 that they oppose the relief sought herein.

/s/ Katherine Van Dyck
Katherine Van Dyck

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2021, the foregoing was served via ECF processing upon the following:

Adam S. Baldridge
Matthew S. Mulqueen
BAKER DONELSON BEARMANN
CALDWELL & BERKOWITZ
165 Madison Ave Ste 2000
Memphis, TN 38103
Tel: 901-526-2000
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
CLEARY GOTTILEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue NW Ste 1000
Washington, DC 20037
Tel: 202-974-1500
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

*Attorneys for Defendants Varsity Brands, LLC; Varsity Spirit Fashions & Supplies, Inc.; Varsity Spirit, LLC; Varsity Brands Holding Co., Inc.; Varsity Intropia Tours, LLC; Bain Capital Private Equity; Bain Capital, LP; Charlesbank Capital Partners, LLC; BSN Sports, LLC; Stanbury, LLC; and Herff Jones,LLC;*

Grady M. Garrison
Nicole D. Berkowitz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Ave. Ste. 2000
Memphis, TN 38103
Tel: 901-526-2000
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for Defendant U.S. All Star Federation, Inc. and USA Federation for Sport Cheering*

Paul Coggins
Brendan Gaffney
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
pcoggins@lockelord.com
bgaffney@lockelord.com

*Attorneys for Defendant Jeff Webb*

*/s/ Katherine Van Dyck*
Katherine Van Dyck

10