IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,<br><br>Defendants. | Case No. 20-cv-02892-SHL-tmp |

**ORDER**

Before this Court is Indirect Purchaser Plaintiffs' Motion to Compel Discovery Responses from Defendant Jeff Webb [Dkt. 103]. Upon consideration of the Motion, Defendant Jeff Webb's response, and argument of counsel, the Court GRANTS the Motion in part. It is therefore ORDERED:

- The relevant time period for production of documents shall be January 1, 2015 to December 1, 2021;

- Defendant Jeff Webb shall produce documents, including text messages, responsive to Request for Production Nos. 5, 7, and 15;

- Defendant Jeff Webb shall apply search terms as agreed to by the parties pursuant to meet and confer discussions for the purpose of producing further responsive documents, including text messages, for the relevant time period. The parties reserve their rights to seek further resolution by the Court to the extent any further disputes arise with respect to search terms or their application, or to the extent they cannot be resolved during good faith meet and confer negotiations; and

- Production pursuant to this Order shall be substantially completed not later than forty-five (45) days from entry of this Order.

IT IS SO ORDERED.

                                 s/ Tu M. Pham
                                 TU M. PHAM
                                 Chief United States Magistrate Judge

                                 November 19, 2021
                                 Date