# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| |
|---|
| FUSION ELITE ALL STARS et al., |
| Plaintiffs, |
| v. |
| VARSITY BRANDS, LLC et al., |
| Defendants. |

Civ. Action No. 2:20-cv-2600

**THE VARSITY DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashions & Supplies, LLC (the "Varsity Defendants") hereby submit the following initial disclosures based on information reasonably available to them at this time. The Varsity Defendants reserve the right to supplement or modify these disclosures should additional individuals or documents be identified during the course of discovery in this matter.

*(i) The name, and if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support is claims or defenses, unless the use would be solely for impeachment.*

The Varsity Defendants identify the following individuals, who may be contacted only through undersigned counsel.

**Individual:** Bill Seely, President, Varsity Spirit, LLC.

**Subjects:** Varsity's role in growing the competitive cheerleading industry to the benefit of young athletes; Varsity's development of innovative and functional fashion for use in All Star cheerleading competitions; Varsity's relationship with USASF; Varsity's role in developing safety standards for competitive cheerleading; Varsity's discounts to gyms who choose to

participate in its Family Plan or Network Agreements; competition that Varsity faces from independent event producers and apparel providers.

**Individual:** John Newby, Executive Vice President, Varsity Brands, LLC.

**Subjects:** Varsity's role in growing the competitive cheerleading industry to the benefit of young athletes; Varsity's development of innovative and functional fashion for use in All Star cheerleading competitions; Varsity's relationship with USASF; Varsity's role in developing safety standards for competitive cheerleading; Varsity's discounts to gyms who choose to participate in its Family Plan or Network Agreements; competition that Varsity faces from independent event producers and apparel providers.

**Individual:** Jeff Webb, Chairman, Varsity Spirit, LLC.

**Subjects:** Varsity's role in growing the competitive cheerleading industry to the benefit of young athletes; Varsity's development of innovative and functional fashion for use in All Star cheerleading competitions; Varsity's relationship with USASF; Varsity's role in developing safety standards for competitive cheerleading; Varsity's discounts to gyms who choose to participate in its Family Plan or Network Agreements; competition that Varsity faces from independent event producers and apparel providers.

**<u>Other Individuals</u>:**

1.     Any person listed in any other party's initial disclosures.

2.     Any person deposed in this matter.

*(ii) A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.*

2

The Varsity Defendants have not identified any documents, electronically stored information, or tangible things at this time that it may use to support its claims or defenses. The Varsity Defendants anticipate that any such documents will be produced in discovery by the Varsity Defendants, another party, or a third-party. To the extent the Varsity Defendants come to identify any other such documents (*i.e.*, documents not produced in discovery), the Varsity Defendants will disclose them to Plaintiffs.

*(iii) A computation of each category of damages.*

The Varsity Defendants do not claim damages at this time.

*(iv) Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

The Varsity Defendants will make available for inspection and copying relevant liability insurance policies which may satisfy any potential judgment should Plaintiffs prevail in this matter.

Dated: October 30, 2020

By: /s Matthew S. Mulqueen  
George S. Cary*  
Steven J. Kaiser*  
Mark W. Nelson*  
Alexis Collins*  
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**  
2112 Pennsylvania Ave., NW  
Washington, DC 20037  
Tel: (202) 974-1500  
gcary@cgsh.com  
skaiser@cgsh.com  
mnelson@cgsh.com  
alcollins@cgsh.com  

* Admitted *pro hac vice*

3

Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

*Attorneys for Defendants Varsity Brands,
LLC, Varsity Spirit, LLC, and Varsity Spirit
Fashions & Supplies, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 30, 2020, a copy of the foregoing document was served on the following counsel of record via email.

J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANDSTETTER, STRANCH &
JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
bng@bsjfirm.com

*Liaison Counsel for the Plaintiffs and the
Proposed Direct Purchaser Class*

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*

Benjamin D. Elga***
**JUSTICE CATALYST LAW, INC**.
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian Shearer***
Craig L. Briskin***
**JUSTICE CATALYST LAW, INC**.
718 7th Street NW Washington, DC 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Roberta D. Liebenberg**
Jeffrey S. Istvan**
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C**.
One South Broad St., 23rd Floor Philadelphia,
PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

4

Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Gregory S. Asciolla*
Karin E. Garvey*
Veronica Bosco*
Ethan H. Kaminsky*
**LABATON SUCHAROWLLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com
ekaminsky@labaton.com
* Admitted *pro hac vice*
** *Pro hac vice* application pending
*** *Pro hac vice* application forthcoming

*Interim Co-Lead Counsel for the Proposed
Direct Purchaser Class*

* Admitted *pro hac vice*
** *Pro hac vice* application pending
*** *Pro hac vice* application forthcoming

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Additional Attorneys for the Proposed Direct
Purchaser Class*

Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

/s Matthew S. Mulqueen
Matthew S. Mulqueen (TN #28418)