# EXHIBIT 3

**Appendix A**

1. Bill Seely
2. John Newby
3. Damianne Albee
4. Nicole Lauchaire
5. Jackie Kennedy
6. Landon Craft
7. Craig Davis
8. Buffy Duhon
9. Stacy Rowe
10. Leslie Wright
11. Jeff Webb
12. Tres Letard
13. Brian Elza
14. Cole Stott