# EXHIBIT 4



SERIES   MOVIES   DOCS   HBO MAX   PODCASTS   SCHEDULE

SIGN IN

GET HBO

# Real Sports with Bryant Gumbel

ABOUT   SEASON



REAL SPORTS WITH BRYANT GUMBEL | SEASON 27 | EPISODE 8

## Real Sports with Bryant Gumbel (August 2021)

TV-PG | 59 MIN

WATCH NOW HBO max

Segments: Mary Carillo investigates allegations of sexual abuse within the glitzy world of competitive cheerleading; the MMA's Gracie family is teaching cops jiu-jitsu to apprehend suspects using the least possible violence; the sports card industry has exploded during the pandemic. But is the bubble about to burst?

## Season 2021 Episodes



### 1. Real Sports with Bryant Gumbel (January 2021)

Segments: COVID 'long-haulers'; Minneapolis cop/coach faces challenges being 'Black and blue'; abuse allegations at Nike's track program.



### 2. Real Sports with Bryant Gumbel (February 2021)

Segments: The lack of Black NFL head coaches; Wim Hof's extreme cold water health claims; youth travel sports spreading COVID; Chess boom.



### 3. Real Sports with Bryant Gumbel (March 2021)

Segments: NBA vet Jayson Williams' unique rehab; Paralympic superstar Oksana Masters; Cory Booker on college reform; bionic man Hugh Herr.



### 4. Real Sports with Bryant Gumbel (April 2021)

Segments: Boston marathon head runs vax sites; youth mental health struggles during COVID; the toughest race on Earth; risky skiing deaths.



### 5. Real Sports with Bryant Gumbel (May 2021)

Segments: The world of mini-bull riding; female reporters expose sexual harassment; the ban on Olympic protests; amazing one-armed prodigy.



### 6. Real Sports with Bryant Gumbel (June 2021)

Segments: Wall Street firm bets on baseball; IOC push to vaccinate athletes amid shortage; Olympic skateboarder Alexis Sablone; bike wars.



### 7. Real Sports with Bryant Gumbel (July 2021)

Segments: Ex-NBA stars turned marijuana moguls; hunting contests to control wildlife; 10 year-old chess prodigy; paragliding for disabled.



### 8. Real Sports with Bryant Gumbel (August 2021)

Segments: sex abuse in cheerleading; the MMA's Gracie family is teaching cops jiu-jitsu to reduce violence; pandemic sports card craze.



### 9. Real Sports with Bryant Gumbel (September 2021)

Segments: Raiders owner Mark Davis; firefighter & top ultramarathoner Jerry Garcia; Dr. Fauci on COVID in sports; NFL expert Adam Schefter.



### 10. Real Sports with Bryant Gumbel (October 2021)

Segments: DeMaurice Smith on NFL email fallout; NCAA rule change ignites a gold rush; world's tallest men look to the NBA; Camp Abilities.



### 11. Real Sports with Bryant Gumbel (November 2021)

Segments: Sex abuse at Univ. of Michigan; Amar'e Stoudemire's spiritual journey; Pearl Jam bassist's skateparks; Marcus Dixon's NFL dream.



### 12. Real Sports with Bryant Gumbel (December 2021)

Real Sports returns with its annual year-end special that looks back at the most interesting, compelling and important stories from 2021.





ABOUT   WAYS TO GET   HELP   SHOP   CAREERS   HBO INSPIRES   HOW TO WATCH HBO MAX

Privacy Policy   Terms of Use   Ad Choices   Do Not Sell My Personal Information

© 2021 Home Box Office, Inc. All Rights Reserved.
This website may contain mature content.