*Revised July 2012*

United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
|---|
| Jessica Jones, et al. |
| Defendant |
| Bain Capital Private Equity, et al |

| Case Number | Judge |
|---|---|
| 2:20-cv-02892 | Hon. Sheryl H. Lipman |

I, __Jennifer M. McCoy_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of __Defendant Jeff Webb_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| (Please see attached list) | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| McCoy | Jennifer | M. |

| Applicant's Firm Name |
|---|
| Locke Lord LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 2200 Ross Avenue | Suite 2800 |

| City | State | Zip Code |
|---|---|---|
| Dallas | TX | 75201 |

| Applicant's Email Address |
|---|
| jennifer.mccoy@lockelord.com |

| Applicant's Phone Number(s) |
|---|
| 214-740-8362 |

Certificate of Consultation

I hereby certify that on January 7, 2022, counsel for Plaintiffs and Defendants confirmed, via email, that they do not object to this Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| Jan. 10, 2022 | S/ Jennifer M. McCoy |

Jennifer M. McCoy court admissions:

| | |
|---|---|
| Supreme Court of Texas | 11/04/2016 |
| U.S. District Court for the Northern District of Texas | 02/23/2017 |
| U.S. District Court for the Eastern District of Texas | 07/24/2020 |
| U.S. District Court for the Southern District of Texas | 09/23/2020 |
| U.S. District Court for the Western District of Texas | 04/15/2019 |

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document has been filed electronically and a copy served on all counsel of record who have consented to electronic service via the Court's CM/ECF system on this 10th day of January, 2022.

     */s/ Jennifer M. McCoy*
     Jennifer M. McCoy

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jennifer Marie McCoy**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2016.

I further certify that the records of this office show that, as of this date

**Jennifer Marie McCoy**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of January, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8174C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Jennifer Marie McCoy

Bar Number:  Date of Admission:

**24089805**

Witness my official signature and the seal of this court.

Dated: 01/07/2022   Karen Mitchell,
Clerk of Court

By: s/ B. Hill
Deputy Clerk

