# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## *Linden Bernhardt*

was duly admitted to practice in this Court on 01/05/2022,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 01/06/2022.

*Kinikia D. Essix*
Clerk



*Tracy Thompson*
Deputy Clerk