# United States District Court
## Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Heather S. Nyong'o

Bar Number 222202

was duly admitted to practice in this Court on December 23, 2002, and is in good standing as a member of the bar of this Court.

Signed on December 22, 2021 by

Mark B. Busby, Clerk of Court



