# **EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>       Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>       Defendants. | Civ. Action No. 2:20-cv-02600 |
| JESSICA JONES, et al.,<br><br>       Plaintiffs,<br>v.<br><br>BAIN CAPITAL PRIVATE EQUITY, et al.<br><br>       Defendants. | Civ. Action No. 2:20-cv-02892 |

**DECLARATION OF RONALD SHAW IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENA DIRECTED TO MARLENE COTA AND FOR PROTECTIVE ORDER**

I, Ronald Shaw, declare as follows:

1. I am over twenty-one (21) years of age, of sound mind, and competent to make this declaration. I make the following statements based upon my own personal knowledge of the facts stated herein.

2. I am employed with Varsity Spirt, LLC ("Varsity") as a Shipping Receiving Manager and held this position in 2018 at the time of Marlene Cota's termination.

3. On January 10, 2018, I assisted Robert Tisdale in delivering boxes to Marlene Cota's car. I only assisted in delivering the boxes and have no knowledge of their contents.

4.  I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2022.

DocuSigned by:

*Ronald Shaw*

531C26BB05A34B2...

Ronald Shaw