IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FUSION ELITE ALL STARS**, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC**, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02600-SHL-tmp<br><br>**JURY TRIAL DEMANDED** |
| **JONES**, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**BAIN CAPITAL PRIVATE EQUITY**, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' JOINT NOTICE OF FILING OF
<u>DECLARATION OF MARLENE COTA</u>**

Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center, Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro and Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen hereby submit the Affidavit of Marlene Cota, attached as Exhibit A, in accordance with the Order Granting Leave to Submit Affidavits Regarding Motion to Quash (Dkt. 185) entered on January 12, 2022.

Dated: January 21, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *Katherine Van Dyck*
　　　　　　　　　　　　　　　　　　　　Jonathan W. Cuneo*
　　　　　　　　　　　　　　　　　　　　Katherine Van Dyck*
　　　　　　　　　　　　　　　　　　　　Victoria Sims*
　　　　　　　　　　　　　　　　　　　　CUNEO GILBERT & LADUCA, LLP
　　　　　　　　　　　　　　　　　　　　4725 Wisconsin Avenue NW, Suite 200
　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 789-3960
　　　　　　　　　　　　　　　　　　　　jonc@cuneolaw.com
　　　　　　　　　　　　　　　　　　　　kvandyc@cuneolaw.com
　　　　　　　　　　　　　　　　　　　　vicky@cuneolaw.com

　　　　　　　　　　　　　　　　　　　　H. Laddie Montague, Jr.*
　　　　　　　　　　　　　　　　　　　　Eric L. Cramer*
　　　　　　　　　　　　　　　　　　　　Michael Kane*
　　　　　　　　　　　　　　　　　　　　Mark R. Suter*
　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　Telephone: (215) 875-3000
　　　　　　　　　　　　　　　　　　　　hlmontague@bm.net
　　　　　　　　　　　　　　　　　　　　ecramer@bm.net
　　　　　　　　　　　　　　　　　　　　mkane@bm.net
　　　　　　　　　　　　　　　　　　　　msuter@bm.net

　　　　　　　　　　　　　　　　　　　　Gregory S. Asciolla*
　　　　　　　　　　　　　　　　　　　　Karin E. Garvey*
　　　　　　　　　　　　　　　　　　　　Veronica Bosco*
　　　　　　　　　　　　　　　　　　　　LABATON SUCHAROW LLP
　　　　　　　　　　　　　　　　　　　　140 Broadway New York, NY 10005
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 907-0700
　　　　　　　　　　　　　　　　　　　　gasciolla@labaton.com
　　　　　　　　　　　　　　　　　　　　kgarvey@labaton.com
　　　　　　　　　　　　　　　　　　　　vbosco@labaton.com

　　　　　　　　　　　　　　　　　　　　*Interim Co-Lead Counsel in the Fusion Elite Action for the Proposed Direct Purchaser Class*

　　　　　　　　　　　　　　　　　　　　J. Gerard Stranch, IV (TN BPR #23045)
　　　　　　　　　　　　　　　　　　　　Benjamin A. Gastel (TN BPR #28699)
　　　　　　　　　　　　　　　　　　　　BRANSTETTER, STRANCH & JENNINGS, PLLC
　　　　　　　　　　　　　　　　　　　　223 Rosa Parks Ave. Suite 200
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37203
　　　　　　　　　　　　　　　　　　　　Telephone: (615) 254-8801

gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel in the Fusion Elite Action for the Proposed Direct Purchaser Class*

Benjamin D. Elga*
JUSTICE CATALYST LAW, INC.
81 Prospect Street Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Craig L. Briskin*
JUSTICE CATALYST LAW, INC.
718 7th Street NW Washington, DC 20001
Telephone: (518) 732-6703
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
FINE KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
BURCH, PORTER, & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun St., Suite 1000 Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

3

*Counsel in the Fusion Elite Action for the Proposed Direct Purchaser Class*

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Katharine A. Malone*
Anna-Patrice Harris*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
     swilliams@saverilawfirm.com
     rspiegel@saverilawfirm.com
     kmalone@saverilawfirm.com
     aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*

4

Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys in the Jones Action for Individual and Representative Plaintiffs*

\* Admitted pro hac vice

+Located in Washington State

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served via ECF processing upon the following on January 21, 2022:

Adam S. Baldridge
Matthew S. Mulqueen
BAKER DONELSON BEARMANN
CALDWELL & BERKOWITZ
165 Madison Ave Ste 2000
Memphis, TN 38103
Tel: 901-526-2000
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
CLEARY GOTTILEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue NW Ste 1000
Washington, DC 20037
Tel: 202-974-1500
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

*Attorneys for Defendants Varsity Brands, LLC; Varsity Spirit Fashions & Supplies, Inc.; Varsity Spirit, LLC; Varsity Brands Holding Co., Inc.; Varsity Intropia Tours, LLC; Bain Capital Private Equity; Bain Capital, LP; Charlesbank Capital Partners, LLC; BSN Sports, LLC; Stanbury, LLC; and Herff Jones,LLC;*

Grady M. Garrison
Nicole D. Berkowitz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Ave. Ste. 2000
Memphis, TN 38103
Tel: 901-526-2000
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for Defendant U.S. All Star Federation, Inc. and USA Federation for Sport Cheering*

Paul Coggins
Brendan Gaffney
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
pcoggins@lockelord.com
bgaffney@lockelord.com

*Attorneys for Defendant Jeff Webb*

*/s/ Katherine Van Dyck*
Katherine Van Dyck

6