**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **FUSION ELITE ALL STARS**, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC**, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02600-SHL-tmp<br><br>**JURY TRIAL DEMANDED** |
| **JONES**, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**BAIN CAPITAL PRIVATE EQUITY**, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' JOINT MOTION REQUESTING HEARING ON**
**MOTION TO QUASH OR MODIFY SUBPOENA DIRECTED TO MARLENE**
**COTA AND FOR PROTECTIVE ORDER**

Pursuant to Tennessee Western District L.R. 7.2(d), Plaintiffs in the above-captioned

matters respectfully request an oral hearing regarding Defendants' Motion To Quash Or Modify

Subpoena Directed To Marlene Cota And For Protective Order, (Dkt. 178). Plaintiffs assert that

an oral hearing would be helpful to the Court to answer any questions the Court may have

regarding issues that remain in dispute. Defendants have filed a Reply to which Plaintiffs have

not had an opportunity to respond. The parties have also filed affidavits regarding the

circumstances of how Ms. Cota came into possession of the documents at issue, with Defendants

discussing their affidavits in their Reply. Plaintiffs believe that it would be helpful for the Court to hear from Plaintiffs on the affidavits as well.

Dated: January 24, 2022                    Respectfully submitted,

                                           By: /s/ Katherine Van Dyck
                                           Jonathan W. Cuneo*
                                           Katherine Van Dyck*
                                           Victoria Sims*
                                           CUNEO GILBERT & LADUCA, LLP
                                           4725 Wisconsin Avenue NW, Suite 200
                                           Washington, DC 20016
                                           Telephone: (202) 789-3960
                                           jonc@cuneolaw.com
                                           kvandyc@cuneolaw.com
                                           vicky@cuneolaw.com

                                           H. Laddie Montague, Jr.*
                                           Eric L. Cramer*
                                           Michael Kane*
                                           Mark R. Suter*
                                           BERGER MONTAGUE PC
                                           1818 Market Street, Suite 3600
                                           Philadelphia, PA 19106
                                           Telephone: (215) 875-3000
                                           hlmontague@bm.net
                                           ecramer@bm.net
                                           mkane@bm.net
                                           msuter@bm.net

                                           Gregory S. Asciolla*
                                           Karin E. Garvey*
                                           Veronica Bosco*
                                           LABATON SUCHAROW LLP
                                           140 Broadway New York, NY 10005
                                           Telephone: (212) 907-0700
                                           gasciolla@labaton.com
                                           kgarvey@labaton.com
                                           vbosco@labaton.com

                                           *Interim Co-Lead Counsel in the Fusion Elite Action
                                           for the Proposed Direct Purchaser Class*

J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
BRANSTETTER, STRANCH & JENNINGS,
PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel in the Fusion Elite Action for the
Proposed Direct Purchaser Class*

Benjamin D. Elga*
JUSTICE CATALYST LAW, INC.
81 Prospect Street Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
FINE KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
BURCH, PORTER, & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun St., Suite 1000 Nashville, TN
37203
Telephone: (615) 244-1713

aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Counsel in the Fusion Elite Action for the Proposed
Direct Purchaser Class*

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Katharine A. Malone*
Anna-Patrice Harris*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
        jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        rspiegel@saverilawfirm.com
        kmalone@saverilawfirm.com
        aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101

Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys in the Jones Action for Individual and
Representative Plaintiffs*

* Admitted pro hac vice

+Located in Washington State

## <u>CERTIFICATE OF GOOD FAITH</u>

Consistent with Local Rule 7.2(a)(1)(B), counsel for Plaintiffs have attempted to resolve the issues raised in this Motion in good faith with Defendants. On January 24, 2022 at 10:20 am PST, Katharine L. Malone, counsel for plaintiffs in the *Jones* matter contacted Steven Kaiser, Nicole Berkowitz, and Brendan Gaffney and informed them of Plaintiffs intent to file the above-captioned motion. On the same day, Defendants informed Ms. Malone that they oppose the relief sought therein.

*/s/ Katharine Van Dyck*
Katherine Van Dyck

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on January 24, 2022 via

ECF processing upon the following:

Adam S. Baldridge
Matthew S. Mulqueen
BAKER DONELSON BEARMANN
CALDWELL & BERKOWITZ
165 Madison Ave Ste 2000
Memphis, TN 38103
Tel: 901-526-2000
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
CLEARY GOTTIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue NW Ste 1000
Washington, DC 20037
Tel: 202-974-1500
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

*Attorneys for Defendants Varsity Brands,
LLC; Varsity Spirit Fashions & Supplies, Inc.;
Varsity Spirit, LLC; Varsity Brands Holding
Co., Inc.; Varsity Intropia Tours, LLC; Bain
Capital Private Equity; Bain Capital, LP;
Charlesbank Capital Partners, LLC; BSN
Sports, LLC; Stanbury, LLC; and Herff
Jones,LLC;*

Grady M. Garrison
Nicole D. Berkowitz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Ave. Ste. 2000
Memphis, TN 38103
Tel: 901-526-2000
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for Defendant U.S. All Star
Federation, Inc. and USA Federation for
Sport Cheering*

Paul Coggins
Brendan Gaffney
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
pcoggins@lockelord.com
bgaffney@lockelord.com

*Attorneys for Defendant Jeff Webb*

/s/ Katherine Van Dyck
Katherine Van Dyck