# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et.al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et.al.,<br><br>　　　　Defendants, | CIVIL ACTION<br>FILE NUMBER:<br>2:20-cv-02782-SHL-tmp |

## PLAINTIFFS' CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel to this action with a copy of Plaintiff's First Requests to Produce directed to Defendant Varsity Brands Holding Co., LLC for the above-styled case by either hand delivering same, by e-file and/or by depositing a copy of them in the United States mail in a properly addressed envelope with adequate postage affixed thereto as follows:

Cleary, Gottlieb, Steen & Hamilton
Attn:  Steven J. Kaiser, Esq.
　　　 Alexis Collins, Esq.
　　　 Mark W. Nelson, Esq.
　　　 George S. Cary, Esq.
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037

Baker, Donelson, Bearman
Caldwell & Berkowitz
Attn:  Nicole Berkowitz, Esq.
　　　　Grady Garrison, Esq.
165 Madison Avenue
Suite 2000
Memphis, TN.  38103

Locke Lord, LLP

1

Attn:  Ms. Talis C. Trevino, Esq.
Terminus 200, Suite 1200
3333 Piedmont Road, NE
Atlanta, Georgia 30305


This   28th   day of  January  , 2022.

                                        S/ Robert A. Falanga
                                        Robert A. Falanga
                                        Attorney for the Plaintiffs
                                        Georgia Bar No.: 254400


LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Place, Suite C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
RobertFalanga@FalangaLaw.com
kobelah@falangalaw.com