# LAW OFFICES
# FALANGA & CHALKER

Robert A. Falanga            11200 Atlantis Place, Ste. C            Phone: (770) 955-0006
Ronald F. Chalker             Alpharetta, Georgia 30022                     (800) 564-0006
R. Alexander Falanga                                                   Fax: (770) 955-2123
Kobelah Svensen Bennah

January 28, 2022

Mr. Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2122 Pennsylvania Avenue, NW
Washington, DC 20037-3229

    Re:    *American Spirit et al. v. Varsity Brands et al.* / Discovery

Dear Mr. Kaiser:

    We received your January 25th letter. With it, you indicated a concern that our recent subpoenas may have violated the Court's June 1, 2021 Protective Order. (ECF No. 132.) In response, we encourage you to carefully re-read that order.

    By doing so, you may be reminded that the June 1 Protective Order terminated with the Court's October 28, 2021 Order. (ECF No. 141.) Indeed, on June 1 the Court ordered that "should the Moving Defendants' motions to dismiss be denied in whole or in part, this protective order shall be terminated[.]" (ECF No. 132 at *4.) Thereafter, on October 28th the Court denied in part the Moving Defendants' motions to dismiss. (ECF No. 141.) Consequently, the Protective Order terminated. As such, the subpoenas comply.

Steven J. Kaiser
January 28, 2022
Page 2

==Which brings us to another compliance reminder.  As you probably know, the Defendants evidently failed to submit *any* documents previously redacted or withheld pursuant to the terminated Protective Order.  More concerning, several Defendants have failed to submit *any* documents in response to our February 2021 requests *whatsoever* . . . .  Your responses are *long* overdue.==

==Going forward, please advise within 5 days of this letter whether we can expect responses to our outstanding requests for production within 15 days of this letter.  Indeed, *if* we receive your assurance of compliance, we can avoid troubling the Court with a motion to compel.  Hopefully, the 12 months since February 2021 allowed you to make *some* preparation and progress.==

Finally, regarding any "interference" with the Defendants' relationships with their customers, please recall that the American Spirit Plaintiffs filed an *antitrust* complaint, sir; by definition, *all* antitrust plaintiffs aim to amend defendants' relationships with their customers.  Thus, we proceed vigorously and apace.

    Sincerely yours,

    LAW OFFICES
    FALANGA & CHALKER

    /s/ Robert A. Falanga
    Robert A. Falanga
    Interim Lead Class Counsel

    /s/ Kobelah Svensen Bennah
    Kobelah Svensen Bennah