# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPA TOURS, LLC and JEFF WEBB,<br>　　　　　　　　　　Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>2:20-cv-02782-SHL-tmp<br><br>**CERTIFICATE OF SERVICE** |

1

I hereby certify that I electronically filed the foregoing

    **(1)**    **MOTION TO COMPEL AND FOR SANCTIONS;**

    **(2)**    **MEMORANDUM IN SUPPORT; AND**

    **(3)**    **CERTIFICATE OF CONSULTATION**

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Adam S. Baldridge
Nicole D. Berkowitz
Grady M. Garrison
Matthew Sinon Mulqueen
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103


Edward L. Stanton, III
**BUTLER SNOW LLP**
6075 Poplar Avenue
Suite 500
Memphis, TN 3119


George Cary
Steven J. Kaiser
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037


Paul Edward Coggins
Brendon Patrick Gaffney
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

This 9th day of February 2022.

Respectfully submitted,

s/ Robert A Falanga
Robert A. Falanga, Esq.
Attorney Bar No. 254400
Interim Lead Class Counsel

s/ Kobelah Svensen Bennah
Kobelah Svensen Bennah
Attorney Bar No. 378113

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
robert@falangalaw.com
kobelah@falangalaw.com