# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| **JONES et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 2:20-cv-02892-SHL-cgc** |
| **VARSITY BRANDS et al.,** | |
| **Defendants.** | |

## JOINT MOTION TO PERMIT THE DEPOSITION OF DEFENDANT JEFF WEBB TO BE TAKEN AFTER THE CLOSE OF FACT DISCOVERY, SUPPORTING MEMORANDUM AND CERTIFICATE OF CONSULTATION

The Parties, through their respective counsel of record, move this Honorable Court to permit the deposition of Defendant Jeff Webb ("Webb") to be taken after the close of fact discovery in the above-captioned matters and all other matters subsequently consolidated with them (collectively, the "Actions").  In support of this motion, the Parties states as follows:

1.      The close of fact discovery is April 18, 2022.  [ECF No. 175].

2.      Lead counsel for Mr. Webb will be representing a client in a criminal trial specially set for April 4, 2022 in the United States District Court for the Eastern District of Texas. The trial is expected to last at least two weeks.  Proposed dates for a deposition of Mr. Webb, prior to the close of discovery, conflict with lead counsel's trial setting.

3.      Accordingly, the parties propose to take the deposition of Mr. Webb after the discovery deadline on a mutually agreeable date.

4.      All Parties consent to the relief requested in this Motion.

5.      Plaintiffs in Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al., Case No. 2:20-cv-02600-SHL-cgc; and American Spirit v. Varsity Brands, Case No. 2:20-cv-02782-SHL-cgc will cross notice this deposition and do not object to this Motion.

**WHEREFORE,** the Parties respectfully move this Court to allow the Parties to take the deposition of Defendant Jeff Webb after the close of fact discovery, but no later than May 13, 2022, and for further relief to which they may be entitled.

The undersigned hereby certifies that on March 10, 2022, pursuant to Local Rule 7.2(a)(1)(B), the Parties consulted regarding the issues raised in this motion, and all Parties consent to the relief requested.

A proposed order granting the Joint Motion to Permit the deposition of Defendant Jeff Webb to be taken after the close of fact discovery is being emailed to Judge Lipman.

Dated: March 14, 2022                    By: /s Joseph R. Saveri_____

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin Rayhill*
Katharine A. Malone*
Anna-Patrice Harris*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com
rspiegel@saverilawfirm.com
kmalone@saverilawfirm.com
aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

3

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys in the Jones Action for Individual and
Representative Plaintiffs*

*\* Admitted pro hac vice*

*+Located in Washington State*

Dated: March 14, 2022                    By: /s Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

* Admitted *pro hac vice*

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; Varsity Spirit,
LLC; Varsity Spirit Fashions & Supplies, LLC;
Charlesbank Capital Partners, LLC; and Bain Capital
Private Equity, LP*

Dated: March 14, 2022                     By: /s Nicole D. Berkowitz _____

Grady Garrison (TN 8097)
Nicole D. Berkowitz (TN #35046)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

Dated: March 14, 2022                    By: /s Paul Coggins _____

                                         Paul E. Coggins*
                                         Brendan P. Gaffney*
                                         Kiprian E. Mendrygal*
                                         Jennifer McCoy*
                                         LOCKE LORD LLP
                                         2200 Ross Avenue, Suite 2800
                                         Dallas, TX 75201
                                         Phone: (214) 740-8000
                                         Fax: (214) 740-8800
                                         pcoggins@lockelord.com
                                         bgaffney@lockelord.com

                                         * Admitted *pro hac vice*

                                         Edward L. Stanton III (TN Bar #018904)
                                         BUTLER SNOW LLP
                                         6075 Poplar Avenue, Suite 500
                                         Memphis, Tennessee 38119
                                         Telephone: (901) 680-7336
                                         Facsimile: (901) 680-7201
                                         Edward.Stanton@butlersnow.com

                                         *Attorneys for Jeff Webb*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system on this 14th day of March, 2022.

                                         */s/ Paul E. Coggins* _____
                                         Paul E. Coggins