UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>　　　　Defendants. | Civ. Action No. 2:20-cv-02600 |
| JESSICA JONES, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>BAIN CAPITAL PRIVATE EQUITY, et al.<br><br>　　　　Defendants. | Civ. Action No. 2:20-cv-02892 |
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>　　　　Defendants. | Civ. Action No. 2:20-cv-02782 |

**NOTICE OF APPEARANCE OF KAREN LOTT GLOVER**

COME NOW Defendants U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer (collectively "Defendants"), without waiving any defenses, and hereby give notice that it will be represented by the law firm of Baker, Donelson, Bearman,

Caldwell & Berkowitz, P.A. as follows:

Karen Lott Glover (TN #38714)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.8261
Email: kglover@bakerdonelson.com

In addition to counsel who have previously filed an appearance for Defendants U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer and who will continue to represent Defendants, all pleadings and notices should also be forwarded to the above-mentioned counsel on behalf of Defendants, U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer.

Dated: March 15, 2022

Respectfully submitted,

*s/ Karen Lott Glover*
Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
James Andrew Roach (TN #37934)
Karen Lott Glover (TN #38714)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com
aroach@bakerdonelson.com
klott@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 15th day of March, 2022, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and/or via U.S. Mail, postage prepaid, to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      *s/ Karen Lott Glover*
      Karen Lott Glover