# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JONES et al.,<br><br>        Plaintiffs,<br>  v.<br><br>VARSITY BRANDS et al.,<br><br>        Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**JOINT MOTION TO PERMIT THE DEPOSITION OF CURRENT AND FORMER EMPLOYEES OF BAIN CAPITAL PRIVATE EQUITY, LP AND CHARLESBANK CAPITAL PARTNERS, LLC TO TAKE PLACE ON OR BEFORE MAY 7, 2022, SUPPORTING MEMORANDUM AND CERTIFICATE OF CONSULTATION**

The Parties, through their respective counsel of record, move this Honorable Court to permit the deposition of current and former employees of Bain Capital Private Equity, LP ("Bain") and Charlesbank Capital Partners, LLC ("Charlesbank") to be taken after the close of fact discovery in the above-captioned matters and all other matters subsequently consolidated with them (collectively, the "Actions"). In support of this motion, the Parties states as follows:

1. The close of fact discovery is April 18, 2022. [ECF No. 175.]

2. On December 13, 2021, this Court granted in part and denied in part Plaintiffs' motion to compel production of documents from Bain and Charlesbank, which production is ongoing but not yet complete. [ECF No. 174.]

3. Plaintiffs wish to take the deposition of certain current and former employees of Bain and Charlesbank and to do so with the benefit of those productions.

4. Accordingly, the parties have agreed that, subject to Court approval:

   a. Bain and Charlesbank shall substantially complete their respective production of documents as ordered by the Court in ECF No. 174 by April 1, 2022.

   b. Any depositions of current or former employees of Bain or Charlesbank shall take place on or before May 7, 2022, or at such other time as the parties may mutually agree.

5. The parties are not seeking to modify any other deadlines in the Amended Scheduling Order (ECF No. 175) as a result of any depositions of current or former employees of Bain or Charlesbank taking place after the close of fact discovery.

6. All Parties consent to the relief requested in this Motion.

**WHEREFORE,** the Parties respectfully move that the agreement described above in Paragraph 4 be entered as an Order of the Court.

The undersigned hereby certifies that on March 15, 2022, pursuant to Local Rule 7.2(a)(1)(B), the Parties consulted regarding the issues raised in this motion, and all Parties consent to the relief requested.

A proposed order granting the Joint Motion to Permit the Deposition of Current and Former Employees of Bain Capital Private Equity, LP and Charlesbank Capital Partners, LLC to Take Place on or Before May 7, 2022 is being emailed to Judge Lipman.

Dated: March 15, 2022                By:   */s/ Joseph R. Saveri*

                           Joseph R. Saveri*
                           Steven N. Williams*
                           Ronnie Seidel Spiegel*+
                           Kevin Rayhill*
                           Katharine A. Malone*
                           Anna-Patrice Harris*
                           JOSEPH SAVERI LAW FIRM, LLP
                           601 California Street, Suite 1000
                           San Francisco, California 94108
                           Telephone: (415) 500-6800
                           Facsimile:  (415) 395-9940
                           jsaveri@saverilawfirm.com
                           swilliams@saverilawfirm.com
                           krayhill@saverilawfirm.com
                           rspiegel@saverilawfirm.com
                           kmalone@saverilawfirm.com
                           aharris@saverilawfirm.com

                           Van Turner (TN Bar No. 22603)
                           BRUCE TURNER, PLLC
                           2650 Thousand Oaks Blvd., Suite 2325
                           Memphis, Tennessee 38118
                           Telephone: (901) 290-6610
                           Facsimile: (901) 290-6611
                           Email: vturner@bruceturnerlaw.net

                           Richard M. Paul III*
                           Sean R. Cooper*
                           Ashlea Schwarz*
                           PAUL LLP
                           601 Walnut, Suite 300
                           Kansas City, Missouri 64106
                           Telephone: (816) 984-8100
                           rick@paulllp.com
                           sean@paulllp.com
                           ashlea@paulllp.com

                           Jason S. Hartley*
                           HARTLEY LLP
                           101 West Broadway, Suite 820
                           San Diego, CA 92101
                           Telephone: (619) 400-5822
                           hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys in the Jones Action for Individual and Representative Plaintiffs*

*\* Admitted pro hac vice*

*+Located in Washington State*

Dated: March 15, 2022        By:    */s/ Steven J, Kaiser*

George S. Cary*
Steven J. Kaiser*
Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; and Bain Capital Private Equity, LP*

Dated: March __, 2022          By: _____

                                                      Grady Garrison (TN 8097)
Nicole D. Berkowitz (TN #35046)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

Dated: March __, 2022  By: _____

Paul E. Coggins*
Brendan P. Gaffney*
Jennifer McCoy*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN Bar #018904)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Facsimile: (901) 680-7201
Edward.Stanton@butlersnow.com

*Attorneys for Jeff Webb*