**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **JONES et al.,**<br><br>                **Plaintiffs,**<br><br>     **v.**<br><br>**VARSITY BRANDS et al.,**<br><br>                **Defendants.** | **Case No. 2:20-cv-02892-SHL-tmp** |

**ORDER GRANTING JOINT MOTION TO PERMIT THE DEPOSITION OF CURRENT
AND FORMER EMPLOYEES OF BAIN CAPITAL PRIVATE EQUITY, LP AND
CHARLESBANK CAPITAL PARTNERS, LLC TO TAKE PLACE ON OR BEFORE
MAY 7, 2022**

Before the Court is the Parties' Joint Motion to Permit the Depositions of Current or Former Employees of Bain Capital Private Equity, LP and Charlesbank Capital Partners, LLC to Take Place on or Before May 7, 2022. The Court finds that the motion is well-taken;

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Parties' Joint Motion to Permit the Deposition of Current and Former Employees of Bain Capital Private Equity, LP and Charlesbank Capital Partners, LLC to Take Place on or Before May 7, 2022, is GRANTED.

**ENTERED** this _____ day of _____, 2022.

_____
SHERYL H. LIPMAN
United States District Judge