# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA,** and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br>**JURY DEMAND** |

## PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ADAM BLUMENFELD

Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen (collectively "Jones Plaintiffs") and Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center, Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro (collectively "Fusion Elite Plaintiffs") (collectively "Plaintiffs") individually and on behalf of all others similarly situated, move this Court, pursuant to Fed. R. Civ. P. 37 and Local Rule 26.1(b), for an order compelling Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashion & Supplies, LLC (collectively, "Varsity") to produce Adam Blumenfeld for deposition. In support of this Motion to Compel, Plaintiffs rely on the contemporaneously filed memorandum of law and all supporting documents thereto, as well as the Declaration of Elissa Buchanan ("Buchanan Decl."), filed herewith.

Mr. Blumenfeld was noticed by Plaintiffs in the above-captioned matter on March 10, 2022 to appear for deposition under Rule 30(b)(1) under the Federal Rules of Civil Procedure on

March 31, 2022. On March 31, 2022, Varsity counsel has confirmed that Mr. Blumenfeld refuses to sit for a deposition. *See* Buchanan Decl., ¶ 2 and Exhibit 4 (Notice).

Dated: March 18, 2022                           Respectfully submitted,

By:      /s/ *Joseph R. Saveri*
           Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
    jsaveri@saverilawfirm.com
    swilliams@saverilawfirm.com
    rspiegel@saverilawfirm.com
    krayhill@saverilawfirm.com
    eabuchanan@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822

Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys in the Jones Action for Individual and Representative Plaintiffs*

* Admitted pro hac vice
+Located in Washington State

Benjamin D. Elga*
JUSTICE CATALYST LAW, INC.
81 Prospect Street Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Craig L. Briskin*
JUSTICE CATALYST LAW, INC.
718 7th Street NW Washington, DC 20001
Telephone: (518) 732-6703
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
FINE KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)

4
PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION OF ADAM BLUMENFELD

        BURCH, PORTER, & JOHNSON, PLLC
        130 North Court Ave.
        Memphis, TN 38103
        Telephone: (901) 524-5000
        nbicks@bpjlaw.com
        fthacher@bpjlaw.com

        Aubrey B. Harwell, Jr. (TN BPR #002559)
        Charles Barrett (TN BPR #020627)
        Aubrey B. Harwell III (TN BPR #017394)
        NEAL & HARWELL, PLC
        1201 Demonbreun St., Suite 1000 Nashville, TN 37203
        Telephone: (615) 244-1713
        aharwell@nealharwell.com
        cbarrett@nealharwell.com
        tharwell@nealharwell.com

        *Counsel in the Fusion Elite Action for the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

                                                                  */s/ Joseph R. Saveri*
                                                                   Joseph R. Saveri