# Exhibit 5

# Kevin Rayhill

| | |
|---|---|
| **From:** | Kevin Rayhill |
| **Sent:** | Wednesday, March 16, 2022 8:10 PM |
| **To:** | Kaiser, Steven J. |
| **Cc:** | mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; Haynes, Savannah; Houck, Stephen J.; Joseph Saveri; Ronnie Spiegel |
| **Subject:** | RE: Jones v. Varsity |

Steve,

For Mr. Seely and Mr. Lord, I said we would consider Interrogatory 13 resolved if Varsity provides information regarding their titles and the dates they served at USASF, AACCA, NFHS, or USA Cheer, respectively, if applicable.

With regard to the Camps data you said Varsity has produced, please direct us to the Bates numbers of the documents that contain the material. I refer you to your November 17, 2021 email to Kate Malone. We have been unable to locate this material in the production.

With regard to text messages, please direct us to the Bates numbers of the documents which contain the material. We have been unable to locate this material in the production..

With regard to the number of depositions of Bain and Charlesbank employees, I ask once again whether Defendants will agree to 14 total depositions, allocated as Plaintiffs see fit, inclusive of 30(b)(6) depositions.

Please provide your response no later than March 18, 2022.

Plaintiffs reserve all rights with regard to the foregoing items and all other items we discussed on our call.

Kevin

---

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Wednesday, March 16, 2022 5:53 AM
**To:** Kevin Rayhill <krayhill@saverilawfirm.com>
**Cc:** mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; Haynes, Savannah <shaynes@cgsh.com>; Houck, Stephen J. <shouck@cgsh.com>
**Subject:** Jones v. Varsity

Kevin:

Following up on our conversation yesterday, we understand that to fully and finally resolve Jones Interrogatory #13 to Varsity, Plaintiffs would accept an identification of the title(s) that Mr. Seely had at USA Cheer while he was employed by Varsity and the title(s) that Mr. Lord had at ACCAA while he was employed by Varsity.

Please confirm that is the case.

Thank you.

---

**Steven J. Kaiser**

1

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com  |  clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement