# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA,** and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

## CERTIFICATE OF CONSULTATION RE INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM VARSITY DEFENDANTS

Before the Court is Plaintiffs' Motion to Compel Discovery Responses from Varsity Defendants ("Motion").

Per Local Rule 7.2, this is to certify that counsel for Plaintiffs and Defendants have consulted on the aforemenetioned Motion as follows:

On March 18, 2022, at 12:43 PM PDT, Plaintiffs' counsel Ronnie Spiegel contacted Varsity's counsel Steven Kaiser to inform him of the filing of the attached Motion.

Plaintiffs affirm that, after consultation between the parties, the parties were unable to reach agreement on the items that are the subject of the accompanying Motion.

Dated: March 18, 2022				Respectfully submitted,

					By:	/s/ *Joseph R. Saveri*
						Joseph R. Saveri

					Joseph R. Saveri*
					Steven N. Williams*
					Ronnie Seidel Spiegel*+
					Kevin E. Rayhill*
					Elissa A. Buchanan*
					JOSEPH SAVERI LAW FIRM, LLP
					601 California Street, Suite 1000
					San Francisco, California 94108
					Telephone: (415) 500-6800
					Facsimile:  (415) 395-9940
						jsaveri@saverilawfirm.com
						swilliams@saverilawfirm.com
						rspiegel@saverilawfirm.com
						krayhill@saverilawfirm.com
						eabuchanan@saverilawfirm.com

					Van Turner (TN Bar No. 22603)
					BRUCE TURNER, PLLC
					2650 Thousand Oaks Blvd., Suite 2325
					Memphis, Tennessee 38118
					Telephone: (901) 290-6610
					Facsimile: (901) 290-6611
					Email: vturner@bruceturnerlaw.net

					Richard M. Paul III*
					Sean R. Cooper*
					Ashlea Schwarz*
					PAUL LLP
					601 Walnut, Suite 300
					Kansas City, Missouri 64106
					Telephone: (816) 984-8100
					rick@paulllp.com
					sean@paulllp.com
					ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys in the Jones Action for Individual and Representative Plaintiffs*

\* *Admitted pro hac vice*

+*Located in Washington State*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

/s/ *Joseph R. Saveri*
Joseph R. Saveri