AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that David A Goodwin, Bar # 386715, was duly admitted to practice in this Court on 07/17/2008, and is in good standing as a member of the Bar of this Court.

Dated at Minneapolis, MN on 03/16/2022
*(Location)* *(Date)*

Kate M. Fogarty
CLERK

DEPUTY CLERK