# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp  **JURY DEMAND** |

## CERTIFICATE OF CONSULTATION BETWEEN
## JONES PLAINTIFFS AND DEFENDANTS

Before the Court is the Plaintiffs' Motion for Leave to Take Depositions of Defendants Charlesbank and Bain.[1] ("Motion"). Per Local Rule 7.2, this is to certify that counsel for Plaintiffs has consulted with counsel for Defendants with respect to this Motion.

Plaintiffs' counsel, Katharine Malone, met and conferred with defense counsel Steven Kaiser and others regarding the issues raised in the motion by exchanging drafts of a proposed stipulation on February 8, 2022 and February 10, 2022. Plaintiffs' counsel, Ms. Malone, conferred with Defendants on the phone before and after these email exchanges to try to and reach an agreement. Plaintiffs again conferred on March 24, 2022 with Mr. Kaiser and others via

---

[1] "Defendants" in the *Jones Action* include Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit & Fashion Supplies, LLC (collectively, "Varsity"); United States All Star Federation ("USASF"), Jeff Webb, Charlesbank Capital Partners, LLC ("Charlesbank"), and Bain Capital Private Equity ("Bain") (collectively, "Defendants"). Only Varsity and USASF are Defendants in the related action *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.*, Case No. 2:20-cv-02600-SHL-tmp (W.D. Tenn.) ("*Fusion Action*").

email and confirmed that the parties are at an impasse. *See* Declaration of Joseph R. Saveri, ¶14 & Exs. 10-12, filed herewith.

 Plaintiffs affirm that, after consultation between the parties, the parties were unable to reach an agreement on the items that are the subject of the accompanying Motion.

Dated: March 28, 2022          Respectfully submitted,

By:     */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
     jsaveri@saverilawfirm.com
     swilliams@saverilawfirm.com
     rspiegel@saverilawfirm.com
     krayhill@saverilawfirm.com
     eabuchanan@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822

3
CERTIFICATE OF CONSULTATION BETWEEN JONES PLAINTIFFS AND DEFENDANTS

Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

                                                  */s/ Joseph R. Saveri*
                                                  Joseph R. Saveri