# EXHIBIT 7

```
                                                1
1   ------------------------------------------------
2   REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
              ROUGH DRAFT DISCLAIMER
3   ------------------------------------------------
    We, the party working with realtime and rough draft
4   transcripts, understand that if we choose to use the
    realtime rough draft screen or the printout, that we
5   are doing so with the understanding that the rough
    draft is an uncertified copy.  We further agree NOT
6   TO SHARE, give, copy, scan, fax or in any way
    distribute this realtime rough draft in any form
7   (written or computerized) to any party or other law
    firms.  However, our own experts, co-counsel, and
8   staff may have limited internal use of same with the
    understanding that we agree to destroy our realtime
9   rough draft and/or any computerized form, if any,
    and replace it with the final transcript upon its
10  completion.
11  Case:      FUSION ELITE v VARSITY, et al
    Date:      03/29/2022
12  WITNESS:   JOSH QUINTERO
13  Since this deposition has been realtimed and is in
    rough draft form, PLEASE BE AWARE THAT THERE WILL BE
14  A DISCREPANCY regarding page and line number when
    comparing the realtime screen, the rough draft,
15  rough draft disk, and the final transcript after
    formatting and indexing.
16
    Also please be aware that the realtime screen and
17  the uncertified rough draft TRANSCRIPT MAY CONTAIN
    UNTRANSLATED STENO, REPORTER'S NOTE IN DOUBLE
18  PARENTHESES, MISSPELLED PROPER NAMES, INCORRECT OR
    MISSING Q/A SYMBOLS OR PUNCTUATION, AND/OR
19  NONSENSICAL ENGLISH WORD COMBINATIONS.  All such
    entries will be correct on the final, certified
20  transcript.
21  The unedited rough draft transcript has not been
    proofread and it is NOT CERTIFIED, AND MAY NOT BE
22  CITED OR USED IN ANY WAY OR AT ANY TIME TO REBUT OR
    CONTRADICT THE CERTIFIED TRANSCRIPTION OF
23  PROCEEDINGS.
24  REPORTER:  MAYLEEN AHMED, RMR, CRR, CRC, CSR/CCR
25         LEXITAS LEGAL - 800-267-1200 -
```

---

Page 2

08:15:34  2        THE VIDEOGRAPHER:  We are on the record.
08:15:35  3   My name is Dan Willis, I'm a videographer retained
08:15:38  4   by Lexitas.  This is the video deposition of Josh
08:15:45  5   Quintero in the matter of Varsity litigation.
08:15:46  6        Our court reporter is Mayleen Ahmed and
08:15:48  7   will now swear in the witness.
08:15:51  8        THE REPORTER:  My name is Mayleen Ahmed,
          9   with Lexitas.  I'm going to ask that you, please,
         10   raise your right hand.  Thank you.
         11        Do you solemnly swear under penalty of
         12   perjury that you are Josh Quintero, and the
         13   testimony you are about to give in the matter now
         14   pending shall be the truth, the whole truth, and
08:16:12 15   nothing but the truth?
08:16:12 16        THE WITNESS:  Yes.
08:16:16 17        THE REPORTER:  Counsel, the witness has
08:16:17 18   been sworn.  We can proceed.
08:16:19 19        MR. NORDIN:  Thank you.
08:16:20 20             ----------------
08:16:20 21             JOSH QUINTERO
08:16:20 22   having been duly sworn, testified as follows:
08:16:20 23             ----------------
08:16:21 24             EXAMINATION
08:16:21 25   BY MR. NORDIN:

---

Page 3

08:16:21  2   Q.   Good morning, Mr. Quintero.  My name is
08:16:25  3   Dan Nordin, I represent the Jones plaintiffs in this
08:16:27  4   case against Varsity and some other defendants.
08:16:32  5        As we get started here, will you please
08:16:33  6   state your full name for the record.
08:16:35  7   A.   Joshua Shay Quintero.
08:16:41  8   Q.   And what is your current home address?
08:16:42  9   A.   16605 East Market Avenue, Fairmont,
08:16:49 10   Oklahoma.
08:16:53 11   Q.   Thank you.
08:16:54 12        And is there any reason you cannot give
08:16:56 13   complete and accurate testimony here today?
08:16:58 14   A.   No.
08:17:01 15   Q.   Have you ever been deposed before?
08:17:03 16   A.   No.
08:17:05 17   Q.   Okay.  I'm going to ever go over kind of
08:17:10 18   ground rules here to help things go smoothly.
08:17:12 19        As I'm asking a question, please wait
08:17:16 20   until I finish asking the question before you start
08:17:20 21   to respond.  That will make things easier for the
08:17:24 22   court reporter to take down a clear record of what
08:17:26 23   everybody is saying.  At the same time, I will try
08:17:30 24   to be careful to wait for you to finish giving your
08:17:34 25   full response before I ask the next question.

---

Page 4

08:17:36  2        Does that sound all right?
08:17:40  3   A.   (Witness nodding.)
08:17:40  4   Q.   Okay.  And then related to that, please
08:17:43  5   try to provide full verbal responses.  Head nods or
08:17:47  6   shakes or "uh-huhs" or uh-uhs" can be a little more
08:17:51  7   difficult for the court reporter to transcribe.
08:17:53  8        So if you could please try to give full
08:17:55  9   verbal responses, that'll also help ensure a clear
08:17:58 10   record.  Is that all right?
08:18:02 11   A.   Yes.
08:18:02 12   Q.   Thank you.
08:18:03 13        And at certain points, your attorney or
08:18:05 14   other attorneys here may object to some of the
08:18:08 15   questions.  Once the attorney is finished making
08:18:13 16   their objection, and unless they instruct you not to
08:18:15 17   answer the question, you can then answer the
08:18:21 18   question that's been asked.  Okay?
08:18:22 19   A.   Okay.
08:18:23 20   Q.   And if you need a break, let me know,
08:18:27 21   and I'll try to get us on a break as soon as
08:18:31 22   possible.  I might have a couple of questions in a
08:18:33 23   particular topic that I want to finish up asking, or
08:18:36 24   a couple of questions about a current exhibit or
08:18:39 25   something like that.  But if you need a break, let

```
                                                          223
 1              ROUGH DRAFT - UNPROOFREAD
 2              MR. GAFFNEY:  Nothing for Mr. Webb.        01:39:52
 3    Thank you.                                           01:39:53
 4              MS. GLOVER:  Nothing from USASF either.    01:39:57
 5    Thank you.                                           01:40:02
 6              MR. NORDIN:  Nothing from the Jones        01:40:02
 7    plaintiffs either.                                   01:40:03
 8              MR. FALANGA:  Nothing from American        01:40:05
 9    Spirit further.                                      01:40:08
10              MR. MULQUEEN:  I think that's it.          01:40:18
11    Anything else --                                     01:40:19
12              THE VIDEOGRAPHER:  We're off the record    01:40:20
13    at 1:40.                                             01:40:21
14              (Falanga-Regular)                          08:10:51
15
16
17
18
19
20
21
22
23
24
25
```