# EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FUSION ELITE ALL STARS**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC**, et al., <br><br> Defendants. | Case No. 2:20-cv-02600-SHL-tmp <br><br> **JURY TRIAL DEMANDED** |
| **JONES**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **BAIN CAPITAL PRIVATE EQUITY,** et al., <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp <br><br> **JURY TRIAL DEMANDED** |
| **AMERICAN SPIRIT AND CHEER ESSENTIALS, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC**, et al, <br><br> Defendants. | Case No. 2:20-cv-2782-SHL-tmp <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF BRYAN MEREDITH

I, Bryan Meredith, declare the following under penalty of perjury:

1. I am an attorney with the Meredith Law Firm. I represent Marlene Cota in connection with the subpoenas served on Ms. Cota on November 3, 2021, by Plaintiffs in the above-captioned actions. I make this declaration on personal knowledge.

2. On March 8 and 10, 2022 I spoke with Victoria Sims, counsel for Plaintiffs in *Fusion Elite All Stars et al. v. Varsity Brands LLC*, in the above-captioned actions, about the scheduling of Ms. Cota's deposition.

3. I agreed in my discussions with Ms. Sims that Plaintiffs may take up to 14 hours of testimony from Ms. Cota.

4. On March 10, 2022 I spoke with Ms. Sims and agreed that Ms. Cota's deposition would go forward on April 6-7, 2022, as Defendants and Plaintiffs were both available on those dates.

5. On March 11, 2022, I was copied on correspondence in which Ms. Sims conveyed to Mr. Mulqueen that Ms. Cota's deposition would go forward on April 6-7, 2022, as those were the dates on which Defendants and Plaintiffs were both available.

6. Ms. Cota remains willing to sit for her deposition on April 6-7, 2022 for fourteen hours.

Executed this 30th day of March, 2022 in Memphis, TN.

> */s/ Bryan M. Meredith*
> Bryan Meredith
> *Counsel for Marlene Cota*