# EXHIBIT 10

| | |
|---|---|
| **From:** | Mark R. Suter |
| **To:** | Joseph Saveri; George Cary; Kaiser, Steven J.; Haynes, Savannah; Mulqueen, Matt; Baldridge, Adam |
| **Cc:** | Berkowitz, Nicole; Garrison, Grady; bgaffney@lockelord.com; pcoggins@lockelord.com; Eric L. Cramer; Michael Kane; Vicky Sims; Katie Van Dyck; Karen Garvey; Veronica Bosco; Kevin Rayhill; Ronnie Spiegel; Katharine Malone; Elissa A. Buchanan; Robert Falanga; Kobelah Bennah |
| **Subject:** | RE: Varsity - Deposition Scheduling |
| **Date:** | Tuesday, March 15, 2022 6:38:54 PM |

Counsel,

I write to once more request deposition dates for Jeff Fowlkes, John Sadlow, Justin Carrier, Landon Craft, and Adam Blumenfeld.

Plaintiffs first contacted Varsity regarding dates for Fowlkes on Feb. 4 and for Sadlow on Feb. 14. Plaintiffs requested dates for Carrier, Craft, and Blumenfeld on Feb. 24. Plaintiffs followed up with Varsity on Mar. 3 and Mar. 7 reiterating their request for dates for these witnesses, and then again on Mar. 11 regarding Sadlow in particular. Varsity has yet to respond with a single date for any of these witnesses. Instead, Varsity has failed to respond for over a month regarding Fowlkes and Sadlow and almost three weeks now for Carrier, Craft, and Blumenfeld.

Please provide dates for each of these witnesses by COB on Thursday, Mar. 17, 2022. If Varsity refuses to provide date options for these witnesses, Plaintiffs will have no choice but to seek relief from the Court.

Mark

**Mark R. Suter** / *Associate*

☐ 215.875.3021    ☐ 201.647.6525

☐ 1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Joseph Saveri <jsaveri@saverilawfirm.com>
**Sent:** Monday, March 7, 2022 2:03 PM
**To:** Mark R. Suter <msuter@bm.net>; George Cary <gcary@cgsh.com>; Kaiser, Steven J. <skaiser@cgsh.com>; Haynes, Savannah <shaynes@cgsh.com>; Mulqueen, Matt <mmulqueen@bakerdonelson.com>; Baldridge, Adam <abaldridge@bakerdonelson.com>
**Cc:** Berkowitz, Nicole <nberkowitz@bakerdonelson.com>; Garrison, Grady <ggarrison@bakerdonelson.com>; bgaffney@lockelord.com; pcoggins@lockelord.com; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Katie Van Dyck <kvandyck@cuneolaw.com>; Garvey, Karin E. <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Subject:** RE: Varsity - Deposition Scheduling

Mark,

Also the balls in the D's court for Day 2 of Parrish. They bailed out on Thursday.

**From:** Mark R. Suter <msuter@bm.net>
**Sent:** Monday, March 7, 2022 9:42 AM
**To:** George Cary <gcary@cgsh.com>; Kaiser, Steven J. <skaiser@cgsh.com>; Haynes, Savannah

<shaynes@cgsh.com>; Mulqueen, Matt <mmulqueen@bakerdonelson.com>; Baldridge, Adam <abaldridge@bakerdonelson.com>
**Cc:** Berkowitz, Nicole <nberkowitz@bakerdonelson.com>; Garrison, Grady <ggarrison@bakerdonelson.com>; bgaffney@lockelord.com; pcoggins@lockelord.com; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Katie Van Dyck <kvandyck@cuneolaw.com>; Garvey, Karin E. <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Subject:** RE: Varsity - Deposition Scheduling

Counsel,

I am following up again on the date requests for Carrier, Stott, Blumenfeld, Sadlow, and Fowlkes. Plaintiffs understand that Cole Stott is no longer a Varsity employee. However, we request that Varsity please provide potential date options for Carrier, Stott, Blumenfeld, Sadlow, and Fowlkes as soon as possible so that the parties may plan accordingly.

Thanks,

Mark

**Mark R. Suter** / *Associate*

215.875.3021    201.647.6525

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Mark R. Suter
**Sent:** Thursday, March 3, 2022 4:17 PM
**To:** George Cary <gcary@cgsh.com>; Kaiser, Steven J. <skaiser@cgsh.com>; Haynes, Savannah <shaynes@cgsh.com>; Mulqueen, Matt <mmulqueen@bakerdonelson.com>; Baldridge, Adam <abaldridge@bakerdonelson.com>
**Cc:** Berkowitz, Nicole <nberkowitz@bakerdonelson.com>; Garrison, Grady <ggarrison@bakerdonelson.com>; bgaffney@lockelord.com; pcoggins@lockelord.com; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Katie Van Dyck <kvandyck@cuneolaw.com>; Garvey, Karin E. <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Subject:** RE: Varsity - Deposition Scheduling

Counsel,

Following up on the below, can you please provide potential dates for Justin Carrier, Landon Craft, and Cole Stott? Please also provide potential dates for Adam Blumenfeld.

In addition, Plaintiffs previously proposed 3/28, 29, 30 for John Sadlow and 3/28, 29, 30, 31 for Jeff Fowlkes. Can you please advise which, if any, of those dates will work?

Thank you,

Mark

**From:** Mark R. Suter
**Sent:** Thursday, February 24, 2022 1:06 PM
**To:** George Cary <gcary@cgsh.com>; Kaiser, Steven J. <skaiser@cgsh.com>; Haynes, Savannah <shaynes@cgsh.com>; Mulqueen, Matt <mmulqueen@bakerdonelson.com>; Baldridge, Adam <abaldridge@bakerdonelson.com>
**Cc:** Berkowitz, Nicole <nberkowitz@bakerdonelson.com>; Garrison, Grady <ggarrison@bakerdonelson.com>; bgaffney@lockelord.com; pcoggins@lockelord.com; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Katie Van Dyck <kvandyck@cuneolaw.com>; Garvey, Karin E. <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Subject:** Varsity - Deposition Scheduling

Counsel,

Can you please provide potential dates in April when Justin Carrier, Landon Craft, and Cole Stott can each be available for deposition? We would appreciate it if you could please provide multiple date options for each witness to the extent possible.

Thanks,

Mark

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.