UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>        Defendants. | Case No. 2:20-cv-02600-SHL-tmp<br>**Jury Trial Demanded** |
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>VARSITY BRANDS, LLC, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-02782-SHL-tmp<br>**Jury Trial Demanded** |
| JESSICA JONES, et al.,<br>        Plaintiffs,<br>   v.<br><br>VARSITY BRANDS, LLC; *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br>**Jury Trial Demanded** |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT MOTION FOR PROTECTIVE ORDER REQUIRING COORDINATION AND LIMITING TIME FOR THIRD PARTY DEPOSITIONS**

Come now all Defendants in the above-referenced actions, by and through counsel, under Federal Rules of Civil Procedure 26 and 30 and Local Rule 7.2(c), and hereby file this motion for leave to file a reply brief in support of Defendants' Motion for Protective Order Requiring Coordination and Limiting Time for Third Party Depositions. Defendants filed their motion for a

protective order on March 25, 2022. *See Fusion Elite*, No. 20-cv-02600, ECF No. 221. Plaintiffs responded in opposition on April 1, 2022. *Id.* at ECF No. 228.

In their Response, Plaintiffs include a new argument that implies that they do not have to comply with the deposition limitations imposed by the Court's discovery Order in *Fusion Elite*. *See id.* at PageID 4278-80. Plaintiffs further imply, contrary to the record, that Defendants agreed to Marlene Cota's deposition lasting longer than a single day. *Id.* at PageID 4279. To make the record clear, these assertions warrant a response. For that reason, Defendants seek leave to file a short reply brief addressing these two points. A copy of the brief Defendants seek leave to file is attached as Exhibit 1.

Dated: April 4, 2022

Respectfully submitted,

s/ Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; BSN Sports, LLC; Varsity Spirit, LLC; Stanbury Uniforms, LLC; Herff Jones, LLC; Varsity Brands Holding Co., Inc.; Varsity Spirit Fashions & Supplies, LLC; Varsity Intropa Tours*

s/ Nicole D. Berkowitz

Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
James Andrew Roach (TN #37934)
Karen Lott Glover (TN #38714)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer*

s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
Michele Naudin
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000

        Fax: (214) 740-8800
        pcoggins@lockelord.com
        bgaffney@lockelord.com

        * Admitted pro hac vice

        Edward L. Stanton III (TN #018904)
        BUTLER SNOW LLP
        6075 Poplar Avenue, Suite 500 Memphis,
        Tennessee 38119 Telephone: (901) 680-7336
        Fax: (901) 680-7201
        Edward.Stanton@butlersnow.com

        *Attorneys for Jeff Webb*

## CERTIFICATE OF CONSULTATION

    I hereby certify, pursuant to Fed. R. Civ. P. 26(c)(1) and Local Rule 7.2(a)(1)(B), that on April 3, 2022, I emailed counsel for Plaintiffs on behalf of all Defendants and advised Plaintiffs that Defendants intended to file a motion seeking the relief set out above, and that given the need for expedited resolution of this matter, Defendants intended to file by 10:00 a.m. CDT on April 4th.  Ronnie Spiegel, counsel for the *Jones* Plaintiffs, responded on April 3rd via email that the *Jones* Plaintiffs opposed the motion.  Victoria Sims, counsel for the *Fusion Elite* Plaintiffs, replied via email on April 4th that the *Fusion Elite* Plaintiffs opposed the motion.  Defendants did not receive a response from counsel for the *American Spirit* Plaintiffs.

        s/ Matthew S. Mulqueen