## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**JESSICA JONES, et al.,**

        Plaintiffs,

v.

**VARSITY BRANDS, LLC, et al.**

        Defendants.

Case No. 2:20-cv-02892-SHL-tmp

**JURY DEMAND**

---

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

COMES NOW Katharine Malone, by way of undersigned counsel for Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen ("Plaintiffs"), and hereby requests permission from the Court to withdraw as counsel of record for Plaintiffs. All other counsel for Plaintiffs remain unchanged.

WHEREFOR PREMISES CONSIDERED, Katharine Malone, by way of undersigned counsel hereby requests that this Court enter an Order allowing Katharine Malone to withdraw as counsel for Plaintiffs.

Dated: April 5, 2022                    Respectfully submitted,

                                        By:_____/s/ Joseph R. Saveri_____
                                                Joseph R. Saveri


                                        Joseph R. Saveri*
                                        Steven N. Williams*
                                        Ronnie Seidel Spiegel*+
                                        Kevin E. Rayhill*
                                        Elissa A. Buchanan*
                                        JOSEPH SAVERI LAW FIRM, LLP
                                        601 California Street, Suite 1000
                                        San Francisco, California 94108
                                        Telephone: (415) 500-6800
                                        Facsimile:   (415) 395-9940
                                                jsaveri@saverilawfirm.com
                                                swilliams@saverilawfirm.com
                                                rspiegel@saverilawfirm.com
                                                krayhill@saverilawfirm.com
                                                eabuchanan@saverilawfirm.com

                                        Van Turner (TN Bar No. 22603)
                                        BRUCE TURNER, PLLC
                                        2650 Thousand Oaks Blvd., Suite 2325
                                        Memphis, Tennessee 38118
                                        Telephone: (901) 290-6610
                                        Facsimile: (901) 290-6611
                                        Email: vturner@bruceturnerlaw.net

                                        Richard M. Paul III*
                                        Sean R. Cooper*
                                        Ashlea Schwarz*
                                        PAUL LLP
                                        601 Walnut, Suite 300
                                        Kansas City, Missouri 64106
                                        Telephone: (816) 984-8100
                                        rick@paulllp.com
                                        sean@paulllp.com
                                        ashlea@paulllp.com

                                        Jason S. Hartley*
                                        HARTLEY LLP
                                        101 West Broadway, Suite 820
                                        San Diego, CA 92101
                                        Telephone: (619) 400-5822

---

Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and
Representative Plaintiffs*

## CERTIFICATE OF CONSULTATION

Consistent with Local Rule 26(b)(1) and 7.2(b), I hereby certify that Plaintiffs' counsel have consulted with counsel for Defendants via e-mail on April 4, 2022, and Defendants do not object to the relief sought.

*/s/ Joseph R. Saveri*
Joseph R. Saveri

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

*/s/ Joseph R. Saveri*
Joseph R. Saveri