# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC, et al.** <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp <br><br><br><br> **JURY DEMAND** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

COMES NOW Anna-Patrice Harris, by way of undersigned counsel for Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen ("Plaintiffs"), and hereby requests permission from the Court to withdraw as counsel of record for Plaintiffs. All other counsel for Plaintiffs remain unchanged.

WHEREFOR PREMISES CONSIDERED, Anna-Patrice Harris, by way of undersigned counsel hereby requests that this Court enter an Order allowing Anna-Patrice Harris to withdraw as counsel for Plaintiffs.

Dated: April 5, 2022

Respectfully submitted,

By:	/s/ *Joseph R. Saveri*
		Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
  jsaveri@saverilawfirm.com
  swilliams@saverilawfirm.com
  rspiegel@saverilawfirm.com
  krayhill@saverilawfirm.com
  eabuchanan@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and
Representative Plaintiffs*

## CERTIFICATE OF CONSULTATION

Consistent with Local Rule 26(b)(1) and 7.2(b), I hereby certify that counsel for Plainitffs have consulted with counsel for Defendants via e-mail on April 4, 2022, and Defendants do not object to the relief sought.

                                               */s/ Joseph R. Saveri*
                                                  Joseph R. Saveri

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

                                                                     */s/ Joseph R. Saveri*
                                                                     Joseph R. Saveri