# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO DROP PARTY UNDER FED. R. CIV. P. 21

Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen ("Plaintiffs") respectfully submit this Memorandum of Law in support of Plaintiffs' Unopposed Motion to Drop Party Under Fed. R. Civ. P. 21 ("Motion") in the above-captioned action (the "*Jones Action*").

## I. INTRODUCTION

Fact discovery is coming to a close in this case. Plaintiff Michelle Velotta has ceased participating in discovery, and has ceased returning phone calls and email communications from her counsel for the purpose of counseling her, preparing her for her deposition, and otherwise enabling her to perform the role of a class representative as required by Fed. R. Civ. P. 23. Other Plaintiffs in this case will act as class representatives, and as a result there will be no prejudice or material difference in the litigation as a result of dropping Ms. Velotta as a party to this action. Ms. Velotta will be able to participate in whatever recovery may result – if any – as an absent class member. Defendants in this action do not oppose this Motion, and the parties have agreed that each party shall bear its own costs and fees in respect to the dismissal of Ms. Velotta as a putative class representative.

## II. LEGAL STANDARDS

In the Sixth Circuit, the proper way to drop a party to a lawsuit, without dismissing the whole action, is by motion under Rule 21. *Philip Carey Mfg. Co. v. Taylor,* 286 F.2d 782, 785 (6th Cir. 1961); *United States ex rel. Doe v. Preferred Care, Inc.,* 326 F.R.D 462, 464 (E.D. Ky. 2018) ("district courts in this circuit routinely apply *Taylor* when plaintffs attempt to dismiss less than the entire controversy," citing cases). The situation in the *Preferred Care* case is instructive. There, the plaintiffs and some defendants submitted a stipulation pursuant to Fed. R. Civ. P. 41 seeking to dismiss claims against some but not all defendants. 326 F.R.D. at 463. The court there

noted that Rule 41 was not the proper procedural mechanism, and converted the stipulation into a motion under Rule 21 and granted the motion. *See also Cosby v. KPMG, LLP*, 2020 WL 3529659, at *3 (E.D. Tenn. June 29, 2020) (allowing withdrawal of class representative under Rule 21 and noting that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party"); *id.* (quoting *Organization of Minority Vendors, Inc. v. Illinois Central-Gulf R.R.*, No. 79 C 1512, 1987 WL 8997, at *1 (N.D. Ill. Apr. 2 1987)) (finding that "[a]bsent a good reason … a [named] plaintiff should not be compelled to litigate if it does not wish to"). Here, the parties agree to the relief. The proper procedural vehicle is being used and no prejudice will result to any present party or to Ms. Velotta. For the reasons set forth above, and the interests of judicial economy and efficiency consistent with Fed. R. Civ. P. 1, it is respectfully submitted that the Court should grant this joint motion.

Dated: April 5, 2022  Respectfully submitted,

By: /s/ *Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822

3

Email: hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

/s/ *Joseph R. Saveri*
Joseph R. Saveri