IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, MICHELLE VELOTTA, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., JEFF WEBB, CHARLESBANK CAPITAL PARTNERS LLC, and BAIN CAPITAL PRIVATE EQUITY,<br><br>Defendants. | **Case No. 2:20-cv-02892-SHL-cgc** |

**NOTICE OF APPEARANCE OF S. KEENAN CARTER**

PLEASE TAKE NOTICE that S. Keenan Carter of Butler Snow LLP, hereby enters his appearance as one of the attorneys of record for Defendant Jeff Webb.

Respectfully submitted,

BUTLER SNOW LLP

/s/ S. Keenan Carter
EDWARD L. STANTON III (TN Bar #018904)
S. KEENAN CARTER (TN Bar #023386)
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Facsimile: (901) 680-7201
edward.stanton@butlersnow.com
keenan.carter@butlersnow.com


Paul Coggins* (TX Bar #04504700)
Brendan Gaffney* (TX Bar #24074239)
LOCKE LORD LLP

1

2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

**ATTORNEYS FOR JEFF WEBB**
*admitted pro hac vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been filed electronically and a copy served on all counsel of record who have consented to electronic service via the Court's CM/ECF system on this 5th day of November 2021.

                                                /s/ S. Keenan Carter