# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES et al,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>VARSITY BRANDS, LLC, et al.,  )<br>  )<br>Defendants.  )  | No. 2:20-cv-02892-SHL-tmp |

## ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL

Before the Court are two Unopposed Motions to Withdraw as Counsel for Plaintiffs: one submitted by Katharine Malone, (ECF No. 242), and one by Anna-Patrice Harris. (ECF No. 243). Both Counsel state that all other counsel for Plaintiffs remain unchanged, and that counsel for Defendants do not oppose the relief requested. Finding good cause and without objection, the Court **GRANTS** both Unopposed Motions. Katharine Malone and Anna-Patrice Harris will no longer be counsel of record in this case.

**IT IS SO ORDERED,** this 6th day of April, 2022.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE