```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

**JESSICA JONES, et al.,**                )
                                          )
                                          )
    **Plaintiffs,**                     )
                                          )
**v.**                                    )
                                          )      No. 20-cv-02892-SHL-tmp
**VARSITY BRANDS, LLC, et al.,**          )
                                          )
                                          )
    **Defendants.**                     )
_____

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION
                   FOR LEAVE TO FILE REPLY**
_____

    Before the court is the plaintiffs' Motion for Leave to File Reply in Support of Indirect Purchaser Plaintiffs' Motion to Compel Discovery Responses from Varsity Defendants. (ECF No. 252.) On March 18, plaintiffs filed a Motion to Compel Discovery from defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashion & Supplies, LLC, (collectively "Varsity"). (ECF Nos. 214, 215.) Varsity filed a response on April 1, 2022. (ECF No. 238.) On April 6, 2022, plaintiffs filed the present motion, seeking to file a reply brief by April 12, 2022. (ECF No. 252.)

    Fact discovery is scheduled to close in this case on April 18, 2022. (ECF No. 177.) The court has made clear that this deadline will not be extended absent extraordinary circumstances. (Id.) Normally, at this late hour, the court would not be inclined

to grant plaintiffs' motion, particularly because it was brought six days after Varsity's response was filed. However, because a reply may clarify certain issues raised by the Motion and Response, such as whether Varsity has fulfilled its obligations as to its production of text messages and camp data, the undersigned will allow plaintiffs to file a reply by April 11, 2022, at 10:00 a.m. CST.

    IT IS SO ORDERED.

                                    s/ Tu M. Pham
                                    TU M. PHAM
                                    Chief United States Magistrate Judge

                                    April 7, 2022
                                    Date