# EXHIBIT B

# Riccio, Nicole

| | |
|---|---|
| **From:** | Elissa A. Buchanan <EABuchanan@saverilawfirm.com> |
| **Sent:** | Thursday, April 7, 2022 4:46 PM |
| **To:** | skaiser@cgsh.com; Gaffney, Brendan P.; Coggins, Paul; Mulqueen, Matt; Riccio, Nicole |
| **Cc:** | Ronnie Spiegel; Kevin Rayhill; David Seidel; Ruby Ponce; Ashleigh Jensen |
| **Subject:** | Varsity cheer-Cole Stott Deposition |

Counsel,

The deposition of Cole Stott is scheduled for April 13, 2022. We will be sending out a notice soon.

Best,

**Elissa Buchanan**
*Attorney*



601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x822
**F** 415.395.9940

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.