# EXHIBIT D

Case 2:20-cv-02892-SHL-tmp   Document 256-4   Filed 04/08/22   Page 1 of 4    PageID 4951

# Riccio, Nicole

| | |
|---|---|
| **From:** | Veronica Bosco <vbosco@dicellolevitt.com> |
| **Sent:** | Thursday, April 7, 2022 1:48 PM |
| **To:** | Morris, Angela; belga@justicecatalyst.org; beng@bsjfirm.com; cbarrett@nealharwell.com; cbriskin@justicecatalyst.org; ecramer@bm.net; hlmontague@bm.net; jistvan@finekaplan.com; jonc@cuneolaw.com; Katie Van Dyck; msuter@bm.net; mrussell@finekaplan.com; mkane@bm.net; rliebenberg@finekaplan.com; Vicky Sims; gerards@bsjfirm.com; ekaminsky@labaton.com; Gregory Asciolla; Karin Garvey; sstuart@bpjlaw.com; Joseph Saveri; Anna-Patrice Harris; ashlea@paulllp.com; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; Dan Nordin; Elissa A. Buchanan; hartley@hartleyllp.com; krayhill@saverilawfirm.com; rick@paulllp.com; Ronnie Spiegel; sean@paulllp.com; swilliams@saverilawfirm.com; vturner@bruceturnerlaw.net; kobelah@falangalaw.com; rfalanga@mindspring.com; Susan Leo; ajensen@saverilawfirm.com; rponce@saverilawfirm.com; dgoodwin@gustafsongluek.com; lwang@gustafsongluek.com |
| **Cc:** | Riccio, Nicole |
| **Subject:** | RE: Case Nos. 20-2600; 20-2892 and 20-2782 - Plaintiffs' Deposition Exhibit Binders |

Ms. Morris,

Kindly note that the deposition of David Hanberry is also scheduled for that week, on 4/13.

Thanks,
Veronica



Veronica Bosco

**DICELLO LEVITT GUTZLER**

646.213.7723

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Morris, Angela <amorris@bakerdonelson.com>
**Sent:** Wednesday, April 6, 2022 12:26 PM
**To:** belga@justicecatalyst.org; beng@bsjfirm.com; cbarrett@nealharwell.com; cbriskin@justicecatalyst.org; ecramer@bm.net; hlmontague@bm.net; jistvan@finekaplan.com; jonc@cuneolaw.com; Katie Van Dyck <kvandyck@cuneolaw.com>; msuter@bm.net; mrussell@finekaplan.com; mkane@bm.net; rliebenberg@finekaplan.com; Vicky Sims <Vicky@cuneolaw.com>; gerards@bsjfirm.com; ekaminsky@labaton.com; Gregory Asciolla <Gasciolla@dicellolevitt.com>; Karin Garvey <kgarvey@dicellolevitt.com>; Veronica Bosco <vbosco@dicellolevitt.com>; sstuart@bpjlaw.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; ashlea@paulllp.com; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; Dan Nordin <dnordin@gustafsongluek.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; hartley@hartleyllp.com; krayhill@saverilawfirm.com; rick@paulllp.com; Ronnie Spiegel <rspiegel@saverilawfirm.com>; sean@paulllp.com; swilliams@saverilawfirm.com; vturner@bruceturnerlaw.net; kobelah@falangalaw.com; rfalanga@mindspring.com; Susan Leo <sleo@bm.net>; ajensen@saverilawfirm.com; rponce@saverilawfirm.com; dgoodwin@gustafsongluek.com; lwang@gustafsongluek.com
**Cc:** Riccio, Nicole <NRiccio@bakerdonelson.com>
**Subject:** Case Nos. 20-2600; 20-2892 and 20-2782 - Plaintiffs' Deposition Exhibit Binders

Good morning Counsel.

Please confirm that the deponents listed below are the only depositions scheduled for the week of April 10, 2022. Also, please mail the Plaintiffs' deposition exhibit binders, if any, to the following counsel for U.S. All Star Federation, Inc.

**Bill Seely – April 13, 2022**

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Attn: Andrew Roach, Esq.
3414 Peachtree Road, NE
Suite 1500
Atlanta, GA 30326

**Sheila Noone – April 14, 2022**

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Attn:  Karen Glover, Esq.
165 Madison Ave., Ste. 2000
Memphis, TN 38103

**Karen Wilson and Counsel – April 14, 2022**

Hilton Garden Inn Sacramento Airport Natomas
c/o Nicole Berkowitz, Esq.
20 Advantage Court
Sacramento, CA 95834

**Jim Chadwick and Counsel – April 15, 2022**

Locke Lord LLP
c/o Brendan Gaffney, Esq. (for counsel for U.S. All Star Federation-Grady Garrison, Esq.)
2200 Ross Ave. #2800
Dallas, TX 75201

The videographers for the aforementioned depositions can be directed to the same locations.

Thank you,

**Angela R. Morris**
Paralegal
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct:  901.577.2239
Fax:  901.577.4250
E-mail:  amorris@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.