# EXHIBIT E

## Morris, Angela

| | |
|---|---|
| **From:** | Riccio, Nicole |
| **Sent:** | Thursday, April 7, 2022 5:39 PM |
| **To:** | Kobelah Bennah; Veronica Bosco; gcary@cgsh.com; skaiser@cgsh.com; Park, Jennifer Kennedy; Nyong'o, Heather; Mulqueen, Matt; Baldridge, Adam; Edward.Stanton@butlersnow.com; Garrison, Grady; Roach, Andrew; Coggins, Paul; Gaffney, Brendan P.; McCoy, Jennifer; Bernhardt, Linden; kmendrygal@lockelord.com; Glover, Karen |
| **Cc:** | Joseph Saveri; Ronnie Spiegel; Kevin Rayhill; Elissa A. Buchanan; Ashleigh Jensen; Gurjit Aulkh; vturner@bruceturnerlaw.net; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; autumn.flores@uwlaw.com; Dan Nordin; rick@paulllp.com; Sean Cooper; Ashlea Schwarz; Jason Hartley; aharwell@nealharwell.com; Cbarrett@nealharwell.com; tharwell@nealharwell.com; Robert Falanga; Adrian Saldana; varsitylitigation@cuneolaw.com; swilliams@saverilawfirm.com |
| **Subject:** | RE: Fusion Elite All Stars, et al., v. Varsity Brands, et al. |

Counsel:

April 13 is less than one week away. Defendants object to the late notice of the depositions of Mr. Hanbery and Mr. Stott being scheduled for April 13 and are unavailable on that date due to other depositions and deposition preparation commitments.

Given the already packed deposition schedule between now and April 18, Defendants can be available for one of these depositions on April 15 and the other on April 18. Please let us know by 10 am CT tomorrow morning if Plaintiffs are willing to reschedule the depositions of Mr. Hanbery and Mr. Stott accordingly. Please also let us know whether Plaintiffs expect either of these depositions to extend more than one day of seven hours.

Defendants reserve their rights to file a motion for protective order and for expedited briefing with the Court in the event that the parties are unable to resolve this issue and intend this email to serve as consultation under Local Rule 7.2. Defendants also reserve the right to cross-notice these depositions.

**Nicole Berkowitz Riccio**
Associate
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN  38103
Direct:  901.577.8166
Fax:  901.577.0866
E-mail:  nriccio@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, North Carolina, South Carolina, Tennessee, Texas and Washington, D.C.

> **From:** Kobelah Bennah <Kobelah@FalangaLaw.com>
> **Sent:** Thursday, April 7, 2022 4:56 PM
> **To:** Veronica Bosco <vbosco@dicellolevitt.com>; gcary@cgsh.com; skaiser@cgsh.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; Mulqueen, Matt <mmulqueen@bakerdonelson.com>; Baldridge, Adam <abaldridge@bakerdonelson.com>; Edward.Stanton@butlersnow.com; Garrison, Grady <ggarrison@bakerdonelson.com>; Riccio, Nicole <NRiccio@bakerdonelson.com>; Roach, Andrew <aroach@bakerdonelson.com>; Coggins, Paul

1

<pcoggins@lockelord.com>; Gaffney, Brendan P. <BGaffney@lockelord.com>; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; kmendrygal@lockelord.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Gurjit Aulkh <GAulkh@saverilawfirm.com>; vturner@bruceturnerlaw.net; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; autumn.flores@uwlaw.com; Dan Nordin <dnordin@gustafsongluek.com>; rick@paulllp.com; Sean Cooper <sean@paulllp.com>; Ashlea Schwarz <ashlea@paulllp.com>; Jason Hartley <hartley@hartleyllp.com>; aharwell@nealharwell.com; Cbarrett@nealharwell.com; tharwell@nealharwell.com; Robert Falanga <Robert@FalangaLaw.com>; Adrian Saldana <asaldana@dicellolevitt.com>; varsitylitigation@cuneolaw.com; swilliams@saverilawfirm.com
**Subject:** RE: Fusion Elite All Stars, et al., v. Varsity Brands, et al.

P.S. Turns out it's Mr. "*Hanbery.*"



**Kobelah Svensen Bennah**
Attorney
6393 Bankers Walk
Riverdale, GA 30274
**Office:** (770) 907-9191
**Fax:** (770) 907-9249
www.falangalaw.com
kobelah@falangalaw.com

---

**From:** Kobelah Bennah
**Sent:** Thursday, April 7, 2022 1:06 PM
**To:** Veronica Bosco <vbosco@dicellolevitt.com>; gcary@cgsh.com; skaiser@cgsh.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; mmulqueen@bakerdonelson.com; abaldridge@bakerdonelson.com; Edward.Stanton@butlersnow.com; Garrison, Grady <ggarrison@bakerdonelson.com>; Berkowitz, Nicole <nberkowitz@bakerdonelson.com>; Roach, Andrew <aroach@bakerdonelson.com>; Coggins, Paul <pcoggins@lockelord.com>; Gaffney, Brendan P. <BGaffney@lockelord.com>; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; kmendrygal@lockelord.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Gurjit Aulkh <GAulkh@saverilawfirm.com>; vturner@bruceturnerlaw.net; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; Dan Nordin <dnordin@gustafsongluek.com>; rick@paulllp.com; Sean Cooper <sean@paulllp.com>; Ashlea Schwarz <ashlea@paulllp.com>; Jason Hartley <hartley@hartleyllp.com>; aharwell@nealharwell.com; Cbarrett@nealharwell.com; tharwell@nealharwell.com; Robert Falanga <Robert@FalangaLaw.com>; Adrian Saldana <asaldana@dicellolevitt.com>; varsitylitigation@cuneolaw.com; swilliams@saverilawfirm.com
**Subject:** RE: Fusion Elite All Stars, et al., v. Varsity Brands, et al.

The American Spirit Plaintiffs' Concurrent Notice to Depose David Hanberry is attached.



**Kobelah Svensen Bennah**
Attorney
6393 Bankers Walk

Riverdale, GA 30274
**Office:** (770) 907-9191
**Fax:** (770) 907-9249
www.falangalaw.com
kobelah@falangalaw.com

---

**From:** Veronica Bosco <vbosco@dicellolevitt.com>
**Sent:** Tuesday, April 5, 2022 5:55 PM
**To:** gcary@cgsh.com; skaiser@cgsh.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; mmulqueen@bakerdonelson.com; abaldridge@bakerdonelson.com; Edward.Stanton@butlersnow.com; Garrison, Grady <ggarrison@bakerdonelson.com>; Berkowitz, Nicole <nberkowitz@bakerdonelson.com>; Roach, Andrew <aroach@bakerdonelson.com>; Coggins, Paul <pcoggins@lockelord.com>; Gaffney, Brendan P. <BGaffney@lockelord.com>; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; kmendrygal@lockelord.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Gurjit Aulkh <GAulkh@saverilawfirm.com>; vturner@bruceturnerlaw.net; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; Dan Nordin <dnordin@gustafsongluek.com>; rick@paulllp.com; Sean Cooper <sean@paulllp.com>; Ashlea Schwarz <ashlea@paulllp.com>; Jason Hartley <hartley@hartleyllp.com>; aharwell@nealharwell.com; Cbarrett@nealharwell.com; tharwell@nealharwell.com; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Adrian Saldana <asaldana@dicellolevitt.com>; varsitylitigation@cuneolaw.com; swilliams@saverilawfirm.com
**Subject:** Fusion Elite All Stars, et al., v. Varsity Brands, et al.

Counsel,

Attached, please find Plaintiffs' Notice of Subpoena of David Hanberry in the above-noted matter.

Best,
Veronica



Veronica Bosco
**DICELLO LEVITT GUTZLER**

One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165

646.213.7723

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.