# EXHIBIT F

# Riccio, Nicole

| | |
|---|---|
| **From:** | Vicky Sims <Vicky@cuneolaw.com> |
| **Sent:** | Thursday, January 6, 2022 8:49 PM |
| **To:** | Haynes, Savannah; Eric L. Cramer; Mark R. Suter; Michael Kane; Katie Van Dyck; Karen Garvey; Veronica Bosco; Joseph Saveri; Kevin Rayhill; Ronnie Spiegel; Katharine Malone; Ruby Ponce; Van D. Turner; Robert Falanga; Kobelah Bennah |
| **Cc:** | Team-Varsity-Antitrust-CGSHOnly; Mulqueen, Matt; Riccio, Nicole; Garrison, Grady; bgaffney@lockelord.com; pcoggins@lockelord.com |
| **Subject:** | RE: Varsity - Deposition Scheduling |

Thank you, Savannah. The videographer will provide the proof of vaccination and the health form ahead of Ms. Albee's deposition.

We will need to postpone the deposition of Brian Carroll. Could you please provide a date in April when Mr. Carroll will be available?

Thank you.

---

**From:** Haynes, Savannah <shaynes@cgsh.com>
**Sent:** Wednesday, January 5, 2022 7:02 PM
**To:** Vicky Sims <Vicky@cuneolaw.com>; Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; Michael Kane <mkane@bm.net>; Katie Van Dyck <kvandyck@cuneolaw.com>; Karen Garvey <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Cc:** Team-Varsity-Antitrust-CGSHOnly <Team-Varsity-Antitrust-CGSHOnly@cgsh.com>; mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; bgaffney@lockelord.com; pcoggins@lockelord.com
**Subject:** RE: Varsity - Deposition Scheduling

Vicky, all,

Thank you. We are confirmed for Mr. Davis and Ms. Wright, and we will come back to you on your proposal for Ms. Kennedy.

With regard to Mr. Stott's deposition, Defendants are available the week of February 28. If that works for Plaintiffs and Mr. Stott, please let us know.

Additionally, Defendants offer the below dates for Mr. Newby and Mr. Seely:
- John Newby: March 22, 23, or 24 (alternatively, and less preferably, March 15, 16, or 17)
- Bill Seely: April 13 and 14 (alternatively, and less preferably, April 4 and 5)

Finally, Ms. Albee can begin her deposition at 8:30am CT. In response to your separate note, Ms. Albee and Mr. Carroll will sit for their depositions at 165 Madison Avenue, Suite 2000, Memphis, TN 38103, and that is where Lexitas can send the videographer. Defendants require that the videographer provide proof of vaccination in advance and that they fill

1


out the attached COVID-related health form required by the office where the depositions will be held. The form can be filled out in advance and brought with them or on site.

Thank you,
Savannah

---

**Savannah Haynes**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1711
shaynes@cgsh.com | clearygottlieb.com
Pronouns: she/her/hers

---

**From:** Vicky Sims <Vicky@cuneolaw.com>
**Sent:** Wednesday, January 5, 2022 9:57 AM
**To:** Haynes, Savannah <shaynes@cgsh.com>; Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; Michael Kane <mkane@bm.net>; Katie Van Dyck <kvandyck@cuneolaw.com>; Karen Garvey <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Cc:** Team-Varsity-Antitrust-CGSHOnly <Team-Varsity-Antitrust-CGSHOnly@cgsh.com>; mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; bgaffney@lockelord.com; pcoggins@lockelord.com
**Subject:** RE: Varsity - Deposition Scheduling

Savannah,

We are confirmed for January 25, for Mr. Davis, continuing on January 26, if necessary. We also agree to go forward with Ms. Wright's deposition on February 9th continuing on February 10, if necessary. For Jackie Kennedy, we request a date in the weeks of Feb. 21 or 28. We are also still waiting on a date for Mr. Stott's deposition.

Please also advise if Ms. Albee can begin her deposition at 8:30 am CT/9:30 am ET.

Thank you.

---

**From:** Haynes, Savannah <shaynes@cgsh.com>
**Sent:** Monday, January 3, 2022 5:30 PM
**To:** Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Michael Kane <mkane@bm.net>; Katie Van Dyck <kvandyck@cuneolaw.com>; Karen Garvey <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Cc:** Team-Varsity-Antitrust-CGSHOnly <Team-Varsity-Antitrust-CGSHOnly@cgsh.com>; mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com;

bgaffney@lockelord.com; pcoggins@lockelord.com
**Subject:** RE: Varsity - Deposition Scheduling

Eric,

Happy New Year! We are still identifying potential dates for John Newby's and Bill Seely's depositions, and we will come back to you on those.

Separately, we would like to confirm Craig Davis's deposition. Plaintiffs offered January 24-27, and we would like to proceed on January 25 and, if necessary, 26. Mr. Davis can begin at 8am CT on January 25.

We would also like to propose dates for the depositions of Jackie Kennedy and Leslie Wright:
- Jackie Kennedy: January 20 and, if necessary, 21
- Leslie Wright: the week of February 7

Please let us know if that will work for Plaintiffs.

Thank you,
Savannah

___

**Savannah Haynes**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1711
shaynes@cgsh.com | clearygottlieb.com
Pronouns: she/her/hers

**From:** Eric L. Cramer <ecramer@bm.net>
**Sent:** Monday, January 3, 2022 1:19 PM
**To:** Haynes, Savannah <shaynes@cgsh.com>; Mark R. Suter <msuter@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Michael Kane <mkane@bm.net>; Katie Van Dyck <kvandyck@cuneolaw.com>; Karen Garvey <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Cc:** Team-Varsity-Antitrust-CGSHOnly <Team-Varsity-Antitrust-CGSHOnly@cgsh.com>; mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; bgaffney@lockelord.com; pcoggins@lockelord.com
**Subject:** RE: Varsity - Deposition Scheduling

Hi folks, happy new year. Will you be providing new dates for Newby and Seely?

Thanks,

Eric

**Eric L. Cramer**/*Chairman*

3

☐ 215.875.3009   ☐ 215.327.9583

☐ 1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

---

**From:** Haynes, Savannah <shaynes@cgsh.com>
**Sent:** Monday, December 13, 2021 5:01 PM
**To:** Mark R. Suter <msuter@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Katie Van Dyck <kvandyck@cuneolaw.com>; Karen Garvey <KGarvey@labaton.com>; Veronica Bosco <VBosco@labaton.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Cc:** Team-Varsity-Antitrust-CGSHOnly <Team-Varsity-Antitrust-CGSHOnly@cgsh.com>; mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; bgaffney@lockelord.com; pcoggins@lockelord.com
**Subject:** Varsity - Deposition Scheduling

Counsel,

Hope you are well. To follow up on dates for the depositions of certain named Plaintiffs in Fusion Elite and Jones, based on our latest correspondence we would like to confirm the following dates:

- **Jessica Jones** – January 5
- **Lauren Hayes** – January 13
- **Christina Lorenzen** – January 20
- **Kathryn Radek** – January 25, 26, or 27
    o We understand Ms. Radek is requesting to be deposed on a Saturday or a weekday evening. The proposed dates would be evenings. What time would Ms. Radek be able to begin the deposition?
- **Janine Cherasaro** – February 2 (previously confirmed)
- **Michelle Velotta** – February 26

Additionally, we would like to provide an update and confirm we are aligned on upcoming depositions of Varsity employees:

- Due to scheduling difficulties around the December holidays, we need to reschedule Damianne Albee's deposition. We propose **Tuesday, January 4**. As agreed with Plaintiffs previously, we will aim to conclude Ms. Albee's deposition in a single day.

- As to the other Varsity individuals, please confirm the following dates. We would aim to conclude each deposition in a single day.
    o **Craig Davis** – Wednesday, January 12
    o **Brian Carroll** – Friday, January 14
    o Varsity is still working on dates for **Jackie Kennedy** and **Leslie Wright**.

- Finally, we will need to reschedule **John Newby** and **Bill Seely** and will revert separately on that.

Thank you,

4

Savannah

___

**Savannah Haynes**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1711
shaynes@cgsh.com | clearygottlieb.com
Pronouns: she/her/hers

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement