# EXHIBIT G

## Riccio, Nicole

| | |
|---|---|
| **From:** | Haynes, Savannah <shaynes@cgsh.com> |
| **Sent:** | Tuesday, February 8, 2022 7:54 PM |
| **To:** | Katharine Malone; Bosco, Veronica; Eric L. Cramer; Mark R. Suter; 'Michael Kane'; Katie Van Dyck; Garvey, Karin E.; Joseph Saveri; Kevin Rayhill; Ronnie Spiegel; Ruby Ponce; 'Van D. Turner'; 'Robert Falanga'; 'Kobelah Bennah'; Dan Nordin; Elissa A. Buchanan; Vicky Sims |
| **Cc:** | Team-Varsity-Antitrust-CGSHOnly; Mulqueen, Matt; Riccio, Nicole; Garrison, Grady; Gaffney, Brendan P.; Coggins, Paul |
| **Subject:** | Varsity - Deposition Scheduling |

**\*\* External Email -- Sender: prvs=0039d24134=shaynes@cgsh.com \*\***

Counsel,

The subpoenas that you sent us for Mr. Brubaker and Mr. Hill had dates of February 15, and February 17, respectively, for depositions.  As we have heard nothing since and received documents from neither Mr. Brubaker nor Mr. Hill in response to the document subpoena also issued by Plaintiffs, we expect the depositions will not be taking place on those dates.  If we do not hear otherwise from you in the next 24 hours, we will take these off our calendar.

More generally, absent an explicit agreement regarding a particular deposition, we require, at a minimum, at least 14 days' notice that a deposition is actually taking place.  We would of course prefer as much notice as possible and the courtesy of coordinating with Defendants' regarding availability before any date is finalized so that we may minimize rescheduling.  We will of course extend the same courtesy to Plaintiffs.

If Plaintiffs anticipate any issues with following this protocol, please let us know.

Thank you,
Savannah

**Savannah Haynes**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1711
shaynes@cgsh.com | clearygottlieb.com
Pronouns: she/her/hers

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement