# Exhibit 9
# Part 1 of 4
FILED UNDER SEAL