# Exhibit 9

# Part 2 of 4

FILED UNDER SEAL