# Exhibit 9

# Part 3 of 4

FILED UNDER SEAL