# Exhibit 9
# Part 4 of 4

## FILED UNDER SEAL