# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | Case No. 2:20-cv-02600-SHL-tmp<br>**Jury Trial Demanded** |
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-02782-SHL-tmp<br>**Jury Trial Demanded** |
| JESSICA JONES, et al.,<br>    Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC; *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br>**Jury Trial Demanded** |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER TO RESCHEDULE OR CANCEL LATE NOTICED THIRD PARTY DEPOSITIONS**

On April 8, 2022, Defendants filed a Motion and Supporting Memorandum for Protective Order to Reschedule or Cancel Late Noticed Third Party Depositions (the "Motion"). (Dkt. 236.) Defendants requested that this Court order Plaintiffs to depose David Hanbery and Cole Stott on April 15 or 18, 2022, depending on the deponents' and Plaintiffs' counsel's schedules. After this Motion was filed, the parties conferred again and agreed that Mr. Stott's deposition will take place on April 13, 2022, and that Mr. Hanbery's deposition will take place on April 18, 2022, provided that each deposition is completed in a single day. (*See* E-mails Regarding Deposition Scheduling, **Exhibit A**.)

Accordingly, Defendants hereby advise the Court that the issue regarding the dates on which Mr. Stott's and Mr. Hanbery's deposition will take place has been resolved, and Defendants formally withdraw their Motion. However, Defendants reserve all rights to seek relief from this Court if they are not afforded a reasonable opportunity to question Mr. Stott or Mr. Hanbery on the agreed dates of April 13, 2022, and April 18, 2022, respectively.

Dated: April 11, 2022                    Respectfully submitted,

                                          s/ Andrew Roach
                                          _____

                                          Grady Garrison (TN #008097)
                                          Nicole D. Berkowitz (TN #35046)
                                          James Andrew Roach (TN #37934)
                                          Karen Lott Glover (TN #38714)
                                          BAKER, DONELSON, BEARMAN, CALDWELL
                                          & BERKOWITZ
                                          165 Madison Avenue, Suite 2000
                                          Memphis, TN 38103
                                          Phone: (901) 526-2000
                                          Fax: (901) 577-0866
                                          ggarrison@bakerdonelson.com
                                          nberkowitz@bakerdonelson.com

                                          *Attorneys for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer*

s/ Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; BSN Sports, LLC; Varsity Spirit, LLC; Stanbury Uniforms, LLC; Herff Jones, LLC; Varsity Brands Holding Co., Inc.; Varsity Spirit Fashions & Supplies, LLC; Varsity Intropa Tours*

3

s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
Michele Naudin
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

* Admitted pro hac vice

Edward L. Stanton III (TN #018904)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500 Memphis,
Tennessee 38119 Telephone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com

*Attorneys for Jeff Webb*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 11th day of April, 2022, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and/or via U.S. Mail, postage prepaid, to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                s/ Andrew Roach
                                                Andrew Roach