*Revised July 2012*

United States District Court for Western District of Tennessee
# MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff | JESSICA JONES, MICHELLE VELOTTA and CHRISTINA LORENZEN, on behalf of themselves and all others similarly situated |
|---|---|
| Defendant | VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., JEFF WEBB, CHARLES BANK CAPITAL PARTNERS LLC and BAIN CAPITAL PRIVATE EQUITY |

| Case Number | Judge |
|---|---|
| 2:20-CV-02892-SHL-cgc | Sheryl H. Lipman |

I, FATIMA G. BRIZUELA _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
PLAINTIFFS _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| NEW YORK STATE BAR | 9/13/2016 |
| SOUTHERN DISTRICT OF NEW YORK | 7/11/2017 |
|  |  |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| BRIZUELA | FATIMA | GUADALUPE |

| Applicant's Firm Name |
|---|
| HARTLEY LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 101 W. Broadway | 820 |

| City | State | Zip Code |
|---|---|---|
| San Diego | CA | 92101 |

| Applicant's Email Address |
|---|
| brizuela@hartleyllp.com |

| Applicant's Phone Number(s) |
|---|
| 619-400-5822 |

Certificate of Consultation

Plaintiffs' counsel have emailed all of Defendants' counsel requesting their consent to this motion and have received no response.

| Date | Electronic Signature of Applicant |
|---|---|
| April 6, 2022 | S/ Fatima G. Brizuela |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 12, 2022, the foregoing was served via the Court's ECF filing system upon the following:

                                                          /s/ *Fatima G. Brizuela*
                                                          Fatima G. Brizuela

| | |
|---|---|
| George S. Cary<br>Steven J. Kaiser<br>Jennifer K. Park<br>CLEARY GOTTLIEB STEEN &<br>   HAMILTON LLP<br>2112 Pennsylvania Avenue NW<br>Washington DC 20037<br>geary@cgsh.com<br>skaiser@cgsh.com<br>jkpark@cgsh.com<br><br>*Attorneys for Charlesbank Capital Partners, LLC; Varsity Brands, LLC; Bain Capital Private Equity; and Varsity Spirit Fashions & Supplies* | Matthew S. Mulqueen<br>Adam S. Baldridge<br>BAKER, DONELSON, BEARMAN,<br>   CALDWELL & BERKOWITZ<br>165 Madison Avenue, Ste. 2000<br>Memphis, TN 38103<br>mmulqueen@bakerdonelson.com<br>abaldridge@bakerdonelson.com<br><br>*Attorneys for Charlesbank Capital Partners, LLC; Varsity Brands, LC; Bain Capital Private Equity; and Varsity Spirit Fashions and Supplies* |
| Paul Coggins<br>Brandan Gaffney<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>pcoggins@lockelord.com<br>bgaffney@lockelord.com<br><br>Edward L. Stanton III<br>BUTLER SNOW LLP<br>6075 Poplar Avenue, Ste. 500<br>Memphis, TN 38119<br>Edward.Stanton@butlersnow.com<br><br>*Attorneys for Jeff Webb* | Grady Garrison<br>Nicole D. Berkowitz<br>James Andrew Roach<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ<br>165 Madison Avenue, Ste. 2000<br>Memphis, TN 38103<br>ggarrison@bakerdonelson.com<br>nberkowitz@bakerdonelson.com<br>aroach@bakerdonelson.com<br><br>*Attorneys for U.S. All Star Federation, Inc.* |