# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____FATIMA  G.  BRIZUELA_____ , Bar # _____FB4357_____

was duly admitted to practice in the Court on

_____July 11, 2017_____

and is in good standing as a member of the Bar of this Court

Dated at       500 Pearl St.              On      _____April 4, 2022_____
              New York, New York

                                         By        s/ A. Eames
  _____Ruby J. Krajick_____            _____Deputy Clerk_____
       Clerk of Court