**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

<table>
<tr><td>

**JESSICA JONES, MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,

**Plaintiffs,**

v.

**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**

**Defendants.**
</td><td>

Case No. 2:20-cv-02892-SHL-cgc

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* OF FATIMA G. BRIZUELA**

**JURY DEMAND**
</td></tr>
</table>

The Court, having considered the Motion for Leave to Appear *Pro Hac Vice* of Fatima G. Brizuela and related papers and certifications, hereby **ORDERS**:

The Motion for Leave to Appear *Pro Hac Vice* of Fatima G. Brizuela is **GRANTED**.

Date: _____      _____
                                    Hon. Sheryl H. Lipman
                                    United Stated District Judge