# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

### PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY VARSITY DEFENDANTS

Plaintiffs Jessica Jones and Christina Lorenzen (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, move this Court, pursuant to Fed. R. Civ. P. 37 and Local Rule 26.1(b), for an order compelling Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashion & Supplies, LLC (collectively, "Varsity") to respond fully to the requests for discovery set forth below. Varsity has objected and refused to comply with the following discovery requests, the responses to which are set forth verbatim, in accordance with Local Rule 26.1(b)(2):

**Interrogatory No. 1:**

State each affirmative defense to the claims against You.

**Objection and Response to Interrogatory No. 1:**

Varsity objects to Interrogatory 1 as seeking information that Varsity is not required to provide prior to filing an answer in this case. Subject to and without waiving the foregoing objections, Varsity will identify any affirmative defenses when and to the extent an answer is required under the Federal Rules of Civil Procedure. Without limitation on its right to assert affirmative defenses at the time of its answer in this case, Varsity further notes that the defenses set forth in its Answer to the Complaint in *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al*. are equally applicable to the claims in this case.

**Interrogatory No. 2:**

State each fact which you contend supports each affirmative defense You stated in response to Interrogatory No. 1.

**Objection and Response to Interrogatory No. 2:**

Varsity objects to Interrogatory 2 as seeking information that Varsity is not required to provide prior to filing an answer in this case, and as seeking attorney work product. Subject to and without waiving the foregoing objections, Varsity will identify the facts supporting its affirmative defenses when and to the extent it is required to do so under the Federal Rules of Civil Procedure. Without limitation on its right to assert affirmative defenses at the time of its answer in this case, Varsity further notes that the defenses set forth in its Answer to the Complaint in *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.* are equally applicable to the claims in this case.

Dated: April 12, 2022

Respectfully submitted,

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

                                        */s/ Joseph R. Saveri*
                                        Joseph R. Saveri