# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

## DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY VARSITY DEFENDANTS

I, Kevin E. Rayhill, declare and state as follows:

I am an attorney at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel for Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs") in *Jones, et al. v. Bain Capital Private Equity, at el.*, case no. 2:20-cv-02892-SHL-tmp. I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

1. Attached hereto as Exhibit 1 is a true and correct copy of Responses of Defendants Varsity Brands, LLC: Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC to Plaintiffs' Second Set of Interrogatories, dated April, 4, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on April 12, 2022 in Berkeley, California.

/s/ *Kevin E. Rayhill*
Kevin E. Rayhill