# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# David H. Seidel

Bar Number 307135

was duly admitted to practice in this Court on October 3, 2017, and is in good standing as a member of the bar of this Court.



Signed on April 11, 2022 by

Mark B. Busby, Clerk of Court