# Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC et al.,<br><br>　　　　　Defendants. | Civ. Action No. 2:20-cv-02892 |

**RESPONSES AND OBJECTIONS OF DEFENDANT CHARLESBANK CAPITAL PARTNERS, LLC TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Defendant Charlesbank Capital Partners, LLC ("Charlesbank") hereby responds and objects to Plaintiffs' First Set of Interrogatories.

**OBJECTIONS TO DEFINITIONS**

1. Charlesbank notes that the vast majority of the terms purportedly defined in the "Definitions" (other than "You" and "state") are not used in the interrogatories and Charlesbank will therefore disregard them.

2. Charlesbank objects to the term "You" in Definition 8 to the extent it seeks to include any person or entity beyond Charlesbank. Where "You" appears in the requests, Charlesbank will interpret the term to mean Charlesbank.

**OBJECTIONS TO INSTRUCTIONS**

1. Charlesbank objects to the Instructions to the extent Plaintiffs seek to impose any obligation on Charlesbank beyond that required by the Federal Rules of Civil Procedure. Charlesbank will respond in accordance with the Federal Rules of Civil Procedure and will otherwise disregard the Instructions.

2. Charlesbank objects to the time period contained in Instruction 7 and the embedded definition of "Relevant Time Period" as overly broad and unduly burdensome, and as inconsistent with the Court's previous rulings in this matter. To the extent Charlesbank responds to these requests, Charlesbank will only do so for the period January 1, 2015 to June 30, 2020.

**OBJECTIONS AND RESPONSES TO REQUESTS**

The above objections are explicitly incorporated by reference to each of the following responses as if they were set forth in full in each individual response.

<u>Interrogatory No. 1</u>:  State each affirmative defense to the claims against You.

<u>Objection and Response to Interrogatory No. 1</u>: Charlesbank objects to Interrogatory 1 as seeking information that Charlesbank is not required to provide prior to filing an answer in this case.  Charlesbank will identify its affirmative defenses when an answer is required under the Federal Rules of Civil Procedure.

<u>Interrogatory No. 2</u>:  State each fact which supports each affirmative defense stated in response to Interrogatory No. 1.

<u>Objection and Response to Interrogatory No. 2</u>: Charlesbank objects to Interrogatory 2 as seeking information that Charlesbank is not required to provide prior to filing an answer in this case, and as seeking attorney work product.  Charlesbank will identify the facts supporting its affirmative defenses if, when, and to the extent it is required to do so under the Federal Rules of Civil Procedure.

Dated: April 4, 2022                    /s *Steven J. Kaiser*

George S. Cary\*
Steven J. Kaiser\*
Linden Bernhardt\*
CLEARY GOTTLIEB STEEN & HAMILTON LLP

2

2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendant Charlesbank Capital Partners, LLC*

3