# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

## CERTIFICATE OF CONSULTATION BETWEEN
## JONES PLAINTIFFS AND DEFENDANTS

　　　　Before the Court is the Plaintiffs' Motion to Compel Responses to Interrogatories by Defendant Jeff Webb ("Motion"). Per Local Rule 7.2, this is to certify that counsel for Plaintiffs has consulted with counsel for Defendants with respect to this Motion.

　　　　On April 7, Plaintiffs sought to meet and confer with Defendants regarding the interrogatories at issue in this motion.  Plaintiffs proposed meeting either on April 10 or April 12.  On April 12, Defendants responded that they were available to meet on April 12.  On April 12, Joseph Saveri and David Seidel for Plaintiffs met and conferred with Stephen Kaiser and Nicole Riccio for Defendants. During the meet and confer, the parties discussed Defendants' objections.  The parties could not reach an accord.  Plaintiffs informed Defendants that they would move to compel.

Dated: April 14, 2022            Respectfully submitted,

By:      */s/ Joseph R. Saveri*
           Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*
Kevin E. Rayhill*
Elissa A. Buchanan*
Anna-Patrice Harris*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
       swilliams@saverilawfirm.com
       rspeigel@saverilawfirm.com
       krayhill@saverilawfirm.com
       eabuchanan@saverilawfirm.com
       aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
       dhedlund@gustafsongluek.com
       dnordin@gustafsongluek.com
       lwang@gustafsongluek.com

        Richard M. Paul III*
        Sean R. Cooper*
        **PAUL LLP**
        601 Walnut, Suite 300
        Kansas City, Missouri 64106
        Telephone: (816) 984-8100
        Email: rick@paulllp.com
              sean@paulllp.com

        Jason S. Hartley*
        **HARTLEY LLP**
        101 West Broadway, Suite 820
        San Diego, CA 92101
        Telephone: (619) 400-5822
        Email: hartley@hartleyllp.com

        * *Admitted pro hac vice*

        *Attorneys for Individual and Representative Plaintiffs*