**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | |
| | **JURY DEMAND** |

**CERTIFICATE OF CONSULTATION BETWEEN
JONES PLAINTIFFS AND DEFENDANTS**

Before the Court is the Plaintiffs' Motion to Compel Responses to Interrogatories by

Defendant U.S. All Star Federation ("Motion"). Per Local Rule 7.2, this is to certify that counsel

for Plaintiffs has consulted with counsel for Defendants with respect to this Motion.

On April 7, Plaintiffs sought to meet and confer with Defendants regarding the

interrogatories at issue in this motion.  Plaintiffs proposed meeting either on April 10 or April

12.  On April 12, Defendants responded that they were available to meet on April 12.  On April

12, Joseph Saveri and David Seidel for Plaintiffs met and conferred with Stephen Kaiser and

Nicole Riccio for Defendants. During the meet and confer, the parties discussed Defendants'

objections.  The parties could not reach an accord.  Plaintiffs informed Defendants that they

would move to compel.

Dated: April 14, 2022

Respectfully submitted,

By: _____ */s/ Joseph R. Saveri* _____
Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*
Kevin E. Rayhill*
Elissa A. Buchanan*
Anna-Patrice Harris*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspeigel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
aharris@saverilawfirm.com

Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
Email: vturner@bruceturnerlaw.net

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

Richard M. Paul III\*
Sean R. Cooper\*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com
       sean@paulllp.com

Jason S. Hartley\*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

*\* Admitted pro hac vice*

*Attorneys for Individual and Representative Plaintiffs*