# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC. by HEIDI WEBER, ROCKSTAR CHAMPIONSHIPS, LLC by DAVID OWENS, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, by CRAIG HALLMARK, MARK LUKENS and KATHLEEN LUKENS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT LLC, HERFF JONES, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPA TOURS, LLC and JEFF WEBB,<br><br>      Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>2:20-cv-02782-SHL-tmp<br><br>**CERTIFICATE OF NONCOMPLIANCE** |

1

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned certifies that by all indications available to him, opposing counsel refused to cooperate in the conduct of a conference. Moving counsels' efforts to schedule even a short call include:

**On April 11, 2022:** Outlined the basis of movants' motion and provided times (April 12th between noon and 4:00 PM (EST); or April 13th between 9:30 and 5:30 (EST)) for any of twelve (12) defense counsel to join a consultation via telephone call.

**On April 12, 2022:** Followed up after no response from any of twelve (12) defense counsel.

**On April 13, 2022:** Followed up after no response from any of twelve (12) defense counsel. Reminded all twelve of LR 7.2. Explained that fact discovery is set to end on April 18, 2022. Allowed defense to choose any specific time between 2:00 EST April 13 and noon EST, April 15, 2022. One defense counsel did respond but could not say what extension would be appropriate.

**On April 15, 2022:** Asked for any reason not to preserve the previously agreed preparation periods. Invited the Defense to call before the currently-set end of fact discovery (April 18, 2022) for a

conference if they could reach *any rationale* for not extending the schedule by the length of the stay period.

**April 18, 2022:** Waited for any call from any of twelve (12) defense counsel and received none by close of business.

                                                Respectfully submitted,

This 18th day of April 2022.

                                                s/ Kobelah Svensen Bennah
                                                Kobelah Svensen Bennah
                                                Attorney Bar No. 378113

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
kobelah@falangalaw.com