U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## KATHERINE SWAN WRIGHT

Bar Number:                                    Date of Admission:

24095732                                       02/24/2017

Witness my official signature and the seal of this court.

Dated: April 19, 2022

Karen Mitchell,
Clerk of Court

By: /s/ L. Waits
Deputy Clerk



Painter, Judy

| | |
|---|---|
| **From:** | Lana Waits <lana_waits@txnd.uscourts.gov> |
| **Sent:** | Tuesday, April 19, 2022 2:11 PM |
| **To:** | Painter, Judy |
| **Subject:** | RE: Receipt for Certificate of Good Standing for Katherine Swan Wright |

** External Email -- Sender: lana_waits@txnd.uscourts.gov **

Good afternoon,

Please find below the receipt of payment for the Certificate of Good Standing for Katherine Swan Wright. Please let me know if I can be of further assistance. Have a great day.

| Wright, Katherine Swan | 2022-04-19 13:17:01 | Certificate of Good Standing(5:22-mc-05555) [misc certgs] ( 20.00) | PLASTIC_CARD | 0539-12761588 | $ 20.00 |
|---|---|---|---|---|---|

*Sincerely,*
*Lana Waits*
*Operations Support Specialist*
*United States District Court, Northern District of Texas*
*(Lubbock Division)*
*1205 Texas Avenue, Room 209*
*Lubbock, Texas 79401*
*Main No. (806) 472-1900, ext. 1915*
*lana_waits@txnd.uscourts.gov*



**From:** Painter, Judy <painterj@lockelord.com>
**Sent:** Tuesday, April 19, 2022 2:05 PM
**To:** Lana Waits <lana_waits@txnd.uscourts.gov>
**Subject:** Receipt for Certificate of Good Standing for Katherine Swan Wright

**CAUTION - EXTERNAL:**

1