# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., <br><br> Plaintiffs, <br> v. <br><br> BAIN CAPITAL PRIVATE EQUITY, et al., <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF KATHERINE S. WRIGHT

The Court having considered the Motion of Katherine S. Wright, for permission to participate *pro hac vice* in this case:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion to Admit Katherine S. Wright *Pro Hac Vice* is GRANTED and said counsel is hereby allowed to appear as counsel in this cause.

ENTERED this the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

126029792v.1