# EXHIBIT C

## Nicole Vandewalker

| | |
|---|---|
| **From:** | Mark R. Suter <msuter@bm.net> |
| **Sent:** | Tuesday, April 26, 2022 4:33 PM |
| **To:** | Alyson Beridon; Nicole Vandewalker |
| **Subject:** | Fwd: Varsity: Expert Extension Proposal |

Begin forwarded message:

**Mark R. Suter** / *Associate*

215.875.3021     201.647.6525



1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** "Eric L. Cramer" <ecramer@bm.net>
**Date:** April 25, 2022 at 3:24:26 PM EDT
**To:** "Coggins, Paul" <pcoggins@lockelord.com>, "Houck, Stephen J." <shouck@cgsh.com>, Kobelah Bennah <Kobelah@falangalaw.com>, Robert Falanga <Robert@falangalaw.com>, Ashleigh Jensen <ajensen@saverilawfirm.com>, Joseph Saveri <jsaveri@saverilawfirm.com>, "Elissa A. Buchanan" <EABuchanan@saverilawfirm.com>, "Kaiser, Steven J." <skaiser@cgsh.com>, Ronnie Spiegel <rspiegel@saverilawfirm.com>, Kobelah@falangalaw.com, rfalanga@mindspring.com, Benjamin Elga <belga@justicecatalyst.org>, Ben Gastel <beng@bsjfirm.com>, "Mark R. Suter" <msuter@bm.net>, Vicky Sims <Vicky@cuneolaw.com>, Michael Kane <mkane@bm.net>, kgarvey@dicellolevitt.com, vbosco@dicellolevitt.com, Kevin Rayhill <krayhill@saverilawfirm.com>, nberkowitz@bakerdonelson.com, ggarrison@bakerdonelson.com
**Subject: RE: Varsity: Expert Extension Proposal**


Thanks, Paul.

What say the other defendants?


**Eric L. Cramer** / *Chairman*

215.875.3009     215.327.9583



1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Coggins, Paul <pcoggins@lockelord.com>
**Sent:** Monday, April 25, 2022 3:22 PM

1

**To:** Eric L. Cramer <ecramer@bm.net>; Houck, Stephen J. <shouck@cgsh.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Robert Falanga <Robert@FalangaLaw.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Kaiser, Steven J. <skaiser@cgsh.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; kobelah@falangalaw.com; rfalanga@mindspring.com; Benjamin Elga <belga@justicecatalyst.org>; Ben Gastel <beng@bsjfirm.com>; Mark R. Suter <msuter@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Michael Kane <mkane@bm.net>; kgarvey@dicellolevitt.com; vbosco@dicellolevitt.com; Kevin Rayhill <krayhill@saverilawfirm.com>; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com
**Subject:** RE: Varsity: Expert Extension Proposal

Eric et al,

In light of Plaintiffs' agreement to depose Mr. Webb after the deposition deadline in order to accommodate my trial schedule, defendant Webb will not oppose this request.

Please note that I write on behalf of only Mr. Webb and not the other defendants.

Paul

Paul Coggins
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
214-740-8104 Direct
214-756-8104 Fax
pcoggins@lockelord.com
www.lockelord.com


**From:** Eric L. Cramer <ecramer@bm.net>
**Sent:** Friday, April 22, 2022 1:55 PM
**To:** Houck, Stephen J. <shouck@cgsh.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Robert Falanga <Robert@FalangaLaw.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Kaiser, Steven J. <skaiser@cgsh.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; kobelah@falangalaw.com; rfalanga@mindspring.com; Benjamin Elga <belga@justicecatalyst.org>; Ben Gastel <beng@bsjfirm.com>; Mark R. Suter <msuter@bm.net>; Vicky Sims <Vicky@cuneolaw.com>; Michael Kane <mkane@bm.net>; kgarvey@dicellolevitt.com; vbosco@dicellolevitt.com; Kevin Rayhill <krayhill@saverilawfirm.com>; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; Coggins, Paul <pcoggins@lockelord.com>
**Subject:** RE: Varsity: Expert Extension Proposal

**\*\* External Email -- Sender:** ecramer@bm.net **\*\***

Defense Counsel:

I am writing on behalf of the Plaintiffs in the *Fusion Elite* and *Jones* cases. We intend to seek an extension on the expert deadlines in our cases, and ask whether Defendants would stipulate to the

request. Our proposal would move the expert deadlines back a bit more than 5 weeks (from May 18 to June 27), but would cause no changes to any filing deadlines in the existing schedules. It would simply take advantage of the lengthy period currently built into the schedules between the service of the rebuttal expert reports and the filing of the class motions (which are due November 16). The *American Spirit* Plaintiffs consent to this request, which is made without prejudice to, and separate and apart from, their separate extension motion.

The basis for the sought extension is simply that the plaintiffs' experts need adequate time to incorporate documentary (including data) and deposition discovery into their reports and analyses—a substantial portion of which was produced or disclosed at the very end of the fact discovery period. As Defendants are aware, the parties have already taken twelve depositions during the month of April (with several extending more than a single day) with eight more depositions scheduled between now and the current expert report deadline of May 18 (including, of course, the deposition of Varsity's founder and former CEO). Moreover, Defendants made four separate productions of documents during the month of April; Plaintiffs only received key answers to long-ago propounded questions relating to Varsity's transactional data during the Craft deposition on April 8; and Plaintiffs now expect to receive data from Nfinity on or about May 18. Given these circumstances, Plaintiffs' extension request is modest.

**Plaintiffs' proposal is as follows**:

--Move the opening expert disclosure deadline from May 18 to June 27
--Move the opposing expert deadline from July 13 to August 22
--Move the rebuttal expert deadline from September 12 to October 19
--Move the expert deposition deadline from October 12 to November 11.

Finally, and to repeat, this proposal would **keep the rest of the dates in the schedule as is**, including the class motion and brief which would continue to be due November 16. So, and to be clear, no filing deadlines with the Court would move under this proposal.

Please let us know by close of business on Monday, April 25 whether Defendants consent to this request. If anyone would like to discuss, please let me know.

Sincerely,

Eric Cramer


**Eric L. Cramer** / *Chairman*
☐ 215.875.3009   ☐ 215.327.9583

☐                          ☐ ☐ ☐

☐ 1818 MARKET STREET, SUITE 3600
   PHILADELPHIA, PA 19103

3

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

4