# **EXHIBIT D**



4725 WISCONSIN AVE, NW, SUITE 200
WASHINGTON, DC
20016
TEL: (202) 789-3960
FAX: (202) 789-1813
contact@cuneolaw.com
www.cuneolaw.com

Victoria Sims, Esquire
Telephone: (202) 449-3958
vicky@cuneolaw.com
Admitted to Practice in Maryland
and the District of Columbia

**SENT VIA ELECTRONIC MAIL**

Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com

February 1, 2022

Re:   *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.*

Dear Counsel,

We write to follow up on Varsity Brands, LLC's and Varsity Spirit, LLC's ("Varsity's") data production, with certain questions raised by Varsity's data.

**Global:**

1. Please describe which combination of datasets represents *all* Varsity-brand events for seasons 2011 through 2020. Please confirm these are exclusively Varsity-brand events, and not events co-produced by any other event producer.
    a. Alternatively, please confirm that the AS400, Nationals, and SFDC tabs of VAR00439289-92 and VAR00010122-27 reflect all Varsity-brand events for seasons 2011 through 2020.
2. The rebate database provided at VAR00352214 includes over 80 gyms with a "customer number" not reflected in the AS400, Nationals, and/or SFDC event datasets. For



Steven J. Kaiser, Esq.
February 1, 2022
Page 2

> example, customer number 34943671 ("United Cheer Arlington") appears in VAR00352214 with 17 associated events across seasons 2013-2014 through 2015-2016, but never appears in the AS400, Nationals, and/or SFDC datasets. Please explain such discrepancies.

3. Plaintiffs have been able to determine the meanings of only some of Varsity's brand codes. Please define the levels of the "brand" and "brand code" fields that are not defined below, i.e. ACA.

| | | |
|---|---|---|
| AB: America's Best | DF: DanceFest | PAC |
| AC: The American Championships | EB | PMR: Premier |
| | EN: Encore | PW: PacWest |
| ACA | EPIC: EPIC | QUE: The Quest |
| ACDA: American Cheer and Dance | FTP | SC: Spirit Cheer |
| | GHSA | SCB: Spirit Celebration |
| ACP: Cheer Power | GLCC | |
| | GRV: Groove | SCHSL |
| AIA | GSSA | SF: Spirit Festival |
| ALO: Aloha | ICU | SS: Spirit Sports |
| ASC: All Star Challenge | JD: Just Dance | STS: Sea to Sky |
| | JF: JAMfest | SU: Spirit Unlimited |
| ASCS: All Star Championships | KSHSAA | |
| | LHSAA | SUM: The Summit |
| ATC: | LIVE | TC: Triple Crown |
| ATH: Athletic | MAC | UCA |
| CAC: Coastal | MGS: Mardi Gras | UCA/UDA |
| CCD: Champion Cheer and Dance | NC: Nation's Choice | UDA |
| | | UIL |
| CIF | NCA | US: Universal Spirit |
| CL: Cheer LTD | NCA/NDA | |
| CLB: Cheerlebrity | NCCCA: Varsity Spirit | USA |
| COA | | USASF |
| CS: Cheersport | NCHSAA | USF: US Finals |
| CSG: Champion Spirit Group | NDA | VAR: Varsity Spirit |
| | OM | |
| DDC: Double Down | OSSAA | VB |
| | OU: One Up | VBI |

2



Steven J. Kaiser, Esq.
February 1, 2022
Page 3

    VCS: Virtual      WSF      XPB: Spirit Xpress
    Competition Series      WVSSAC

**VAR00439289-90, 92 (AS400 tabs of Excel files):**

1. Please confirm these data ("AS400" datasets) are available for 2011-2013 only, with respect to All Star competition data, and that they represent *all* non-nationals events for 2011-2013. We understand that All Star competition data moved to Salesforce in the Fall of 2012.
2. Please provide the "event name" field, set forth in the sample Varsity provided during our data negotiations, or a way to match the fields "session name" and/or "event code" to an event title such as those that appear in the other event datasets (e.g., SFDC, Nationals tabs of same Excel file group).
3. Please confirm that the following levels of the field "competition class" have the same meaning as those provided with respect to the "championship class" field and please define the value "DD."
   CH-Cheer
   DA-Dance
   DD-Please define.
   SL-Song Leader
4. Varsity previously advised that the "participants" field refers to the number of athletes on the invoice, and the "sponsors" field refers to the number of coaches on the invoice. Please describe how to distribute the figures given in the fields registration2, cancellation fees, nsf, discount, and net revenue between the "participant" and "sponsor" categories.
5. What is the meaning of an entry where the participants field is equal to 0?
6. We understand, from our prior discussions that there is no event location information in AS400. However, Varsity has stated "[w]e do think it is generally possible to provide the location of the competitions." *See* March 9, 2021 Email from Kaiser to Sims and Bosco. We request that Varsity do so.

**VAR0043989-92, VAR00010122-23 (Nationals tabs of Excel files):**

1. Please confirm these data are available for 2011-2016 only and represent *all* national events for 2011-2016.
2. Please provide the event name, or a way to match the fields "session name" and/or "event code" to an event title such as those that appear in the other event datasets (e.g., SFDC data).

3



Steven J. Kaiser, Esq.
February 1, 2022
Page 4

3. Please define the following levels of the field "championship type":
   KB
   SM

4. We understand that the "family" field refers to the number of family members on the invoice, when a family is purchasing a package, the "participants" field refers to the number of athletes on the invoice, the "sponsors" field refers to the number of coaches on the invoice. Please describe how to distribute the figures given in the following fields between those three categories: 1) total invoice, 2) cancellation fees, 3) discount, 4) discount2, 5) discount3, and 6) net revenue.

5. What is the meaning of an entry where the participants field is equal to 0?

6. We understand, from our prior discussions that there is no event location information for this dataset. However, Varsity has stated "[w]e do think it is generally possible to provide the location of the competitions." *See* March 9, 2021 Email from Kaiser to Sims and Bosco. We request that Varsity do so.

7. Please describe the difference between discount, discount2, and discount3.

8. Please explain why there are multiple entries per gym per event.

**VAR0043989-91, VAR00010122-27 (SFDC tabs of Excel files):**

1. Please describe the overlap between the entries with registration record type equal to "Nationals," described above and the Nationals dataset in the Nationals tabs in VAR0043989-92, VAR00010122-23, and whether these datasets contain duplicative data.

2. Please confirm that these data represent *all* non-Nationals events for 2012-2020 and *all* nationals events for 2017-2020.

3. We understand, from our prior discussions that there is no event location information in Salesforce. However, Varsity has stated "[w]e do think it is generally possible to provide the location of the competitions." *See* March 9, 2021 Email from Kaiser to Sims and Bosco. We request that Varsity do so.

4. Please define the field "opportunity Varsity Family Plan."

**VAR00352085-86, VAR00117735-40 (General Ledger):**

1. We understand that the General Ledger is available for 2013-2020 only, and not for 2011-2012. Please advise if that understanding is not correct.

2. Please define the levels of the field "account description," "header description," and/or "journal line description" that correspond to spectator ticket sales.

4



Steven J. Kaiser, Esq.
February 1, 2022
Page 5

3. We understand that spectator fee information is often available only on an event level. Please advise whether there is any way to identify the number of tickets sold per event and whether that information may be determined from any of the other datasets provided. We have located other Varsity documents containing information about the number of spectator tickets sold at certain events, e.g VAR00117699-734. Please advise whether a full set of these documents is available or if Varsity has produced all such documents that it possesses.
4. Please confirm that the General Ledger reflects *all* events, including end-of-season Championship events (e.g. The Summit), for 2013-2020.

**VAR00352199-202 (individual packages):**

1. Please confirm these data are not available prior to 2017.
2. Please confirm that these data represent *all* individual Varsity Championship event package purchases between 2017 - 2020.

**VAR00352218-25 (Team-Level Data):**

1. Please describe the universe of events represented in these data, namely whether this data includes *all* events between 2013 – 2020.
2. Please describe how to interpret entries where "total participants" is minimal (e.g. 0 or 1).
3. Please explain how to distribute the figures in the field team price between total participants and total alternates. Alternatively, please confirm that the price is the same for both participants and alternates.

**VAR00452004-06 (Worlds data for 2017-2019):**

1. Please describe how to interpret entries where "total participants" is minimal (e.g. 0 or 1) (represents 90% of data).
2. Please define the levels of the field "registration type":
   Family
   Squad
   Tickets
3. Please describe how to break down the "package total" price between participants, coaches, mascots, and other.

5



Steven J. Kaiser, Esq.
February 1, 2022
Page 6

4. Please define the levels of the field "status:"
   Approved
   Cancelled
5. Please define the levels of the field "session name:"
   ROS Worlds
   TIX Worlds
6. For registration type "Tickets," please describe how to determine the number of tickets sold.

**VAR00452001-03 (Worlds data for 2014-2016):**

1. Please confirm these data correspond to the "Cheerleading & Dance Worlds" event only and that these data reflect *all* entries into this event from 2014-2016.
2. Please describe how to interpret entries where "total participants" is minimal (e.g. 0 or 1) (represents 55% of data).
3. Please define the levels of "customer type" that are not defined below:
   AS-All Star
   CO-College
   DN
   DS-Dance Studio
   HS-High School
   IN
   IO
   YG-Youth Group
4. Please confirm that the fields "participants," "sponsors," and "family" have the same definitions in this dataset as set forth above.
5. Please explain how to distribute "total invoice," "discount," "discount2," and "discount3" between participants, sponsors, and family.
6. Please describe the difference between "discount," "discount2," and "discount3."

**VAR00462068:**

1. Please confirm that these data represent *all* Worlds event bids at Varsity events from 2016 - 2020. Please confirm that these data are not available prior to 2016.
2. Please define the levels of "qualification type":
   At Large Bid
   Full Paid Bid
   Partial Paid Bid



Steven J. Kaiser, Esq.
February 1, 2022
Page 7

3.  Please define the fields "competition division name," and "division rank."

**VAR00462069:**

1.  Please describe the contents of this file.
2.  Several of the "event name" values appear to be locations. Please confirm that this field is appropriately specified.



**VAR00462070:**

1.  Please describe the contents of this file. Please advise whether this is data for scholastic competitions.
2.  Most observations appear to be duplicates. For every event with the same name, the date is the same. Please confirm that these observations are meant to be duplicated, that the "event start date" field is not incorrectly specified, and there is not a missing field that differentiates the observations. Or, if these are not intended to be duplicates, please confirm that they are missing the event name, which would be located in the session name field.

7



Steven J. Kaiser, Esq.
February 1, 2022
Page 8



**VAR00462071:**

1. Please describe the contents of this file. Please advise whether this is data for scholastic competitions.
2. Most observations appear to be duplicates. Please confirm that these observations are meant to be duplicated, that the "event start date" field is not incorrectly specified, and that there is not a missing field that differentiates the observations. Or, if these are not intended to be duplicates, please confirm that they are missing the event name, which would be located in the session name field.

| 8245 | The American Northwest DI & DII | Oregon Convention Center | Oregon Convention Center | Portland | OR | 97232 | 12/7/2019 |
| 8246 | The American Northwest DI & DII | Oregon Convention Center | Oregon Convention Center | Portland | OR | 97232 | 12/7/2019 |
| 8247 | The American Northwest DI & DII | Oregon Convention Center | Oregon Convention Center | Portland | OR | 97232 | 12/7/2019 |
| 8248 | The American Northwest DI & DII | Oregon Convention Center | Oregon Convention Center | Portland | OR | 97232 | 12/7/2019 |
| 8249 | The American Northwest DI & DII | Oregon Convention Center | Oregon Convention Center | Portland | OR | 97232 | 12/7/2019 |
| 8250 | The American Northwest DI & DII | Oregon Convention Center | Oregon Convention Center | Portland | OR | 97232 | 12/7/2019 |

**VAR00462072:**

1. Please describe the contents of this file. Is this the same data as VAR00462071 and VAR00462070, but correctly specified?
2. Please define the levels of "status:"
   Active
   Cancelled
   Suspended

Finally, for Worlds bids events VAR00462068-72 please confirm that all listed events are Varsity-brand events. If they are not all Varsity events, please identify which are.

**Competitor-Tracking Data**

Yesterday, Varsity produced competitor-tracking data for the December 6, 2014-March 8, 2020 time period. Plaintiffs request that this data be produced back to January 1, 2011 and up to June 30, 2020.

8



Steven J. Kaiser, Esq.
February 1, 2022
Page 9

Please provide a substantive response by February 15, 2022. In the alternative, please provide a Varsity employee who is knowledgeable about Varsity's AS400 and Salesforce data, to provide responses to above questions on a call.

                              Thank you,

                              _/s/ Victoria Sims_
                              Victoria Sims

Cc: Adam Baldridge
Matthew Mulqueen
George Cary
Alexis Collins
Nicole Berkowitz
Grady Garrison
Katherine Van Dyck
Eric Cramer
Mark Suter
Karin Garvey
Veronica Bosco

9