# **<u>EXHIBIT E</u>**

**Nicole Vandewalker**

| | |
|---|---|
| **From:** | Mark R. Suter <msuter@bm.net> |
| **Sent:** | Tuesday, April 26, 2022 6:52 PM |
| **To:** | Alyson Beridon; Ben Gastel; Nicole Vandewalker |
| **Subject:** | FW: Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al. |

**Mark R. Suter** / *Associate*

215.875.3021    201.647.6525

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Tuesday, February 22, 2022 4:17 PM
**To:** Mark R. Suter <msuter@bm.net>; Vicky Sims <Vicky@cuneolaw.com>
**Cc:** 'Baldridge, Adam' <abaldridge@bakerdonelson.com>; mmulqueen@bakerdonelson.com; George Cary <gcary@cgsh.com>; 'alcollins@cgsh.com' <alcollins@cgsh.com>; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Veronica Bosco <VBosco@labaton.com>; Karen Garvey <KGarvey@labaton.com>; Katie Van Dyck <kvandyck@cuneolaw.com>
**Subject:** RE: Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.

Mark and Vicky:

Particularly given the distraction of the (frivolous) discovery motions that have been filed recently against Varsity in these cases (including by you and your clients), Plaintiffs lack of diligence in pursuing depositions that are now resulting in packed scheduling, and Plaintiffs' repeated refusals to abide by discovery agreements, Varsity is not in a position to engage in "informal" discovery.  I am sure you can understand.  (This likewise pertains to Vicky's similar inquiry about data.)

Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

**From:** Mark R. Suter <msuter@bm.net>
**Sent:** Friday, February 18, 2022 12:00 PM
**To:** Vicky Sims <Vicky@cuneolaw.com>; Kaiser, Steven J. <skaiser@cgsh.com>
**Cc:** 'Baldridge, Adam' <abaldridge@bakerdonelson.com>; mmulqueen@bakerdonelson.com; Cary, George S. <gcary@cgsh.com>; 'alcollins@cgsh.com' <alcollins@cgsh.com>; nberkowitz@bakerdonelson.com;

ggarrison@bakerdonelson.com; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Veronica Bosco <VBosco@labaton.com>; Karen Garvey <KGarvey@labaton.com>; Katie Van Dyck <kvandyck@cuneolaw.com>
**Subject:** RE: Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.

Counsel,

Please see attached.

Thanks,

Mark

**Mark R. Suter** / *Associate*

☐ 215.875.3021   ☐ 201.647.6525

☐   ☐ ☐ ☐

☐ 1818 MARKET STREET, SUITE 3600
   PHILADELPHIA, PA 19103

**From:** Vicky Sims <Vicky@cuneolaw.com>
**Sent:** Tuesday, February 15, 2022 12:25 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>
**Cc:** 'Baldridge, Adam' <abaldridge@bakerdonelson.com>; mmulqueen@bakerdonelson.com; George Cary <gcary@cgsh.com>; 'alcollins@cgsh.com' <alcollins@cgsh.com>; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; Eric L. Cramer <ecramer@bm.net>; Michael Kane <mkane@bm.net>; Mark R. Suter <msuter@bm.net>; Veronica Bosco <VBosco@labaton.com>; Karen Garvey <KGarvey@labaton.com>; Katie Van Dyck <kvandyck@cuneolaw.com>
**Subject:** RE: Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.

Steve,

You are correct that our June 22, 2021 agreement states that Varsity will respond to Plaintiffs' high-level data-related questions from April 23, 2021. However, that agreement does not state that Varsity will not respond to any further questions regarding its data. Indeed, it would have been impossible for Plaintiffs to compile a full set of data questions before receiving the full data production that Varsity had committed to making in that same agreement. Now that Varsity has produced all of its data, Plaintiffs have analyzed and compiled a list of questions, to which they need responses in order to fully understand Varsity's production.

Please advise when we can expect a response to our letter, or whether a call with our expert would be more convenient.

Thank you.

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Monday, February 14, 2022 5:18 PM
**To:** Vicky Sims <Vicky@cuneolaw.com>
**Cc:** 'Baldridge, Adam' <abaldridge@bakerdonelson.com>; mmulqueen@bakerdonelson.com; Cary, George S. <gcary@cgsh.com>; 'alcollins@cgsh.com' <alcollins@cgsh.com>; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; Eric L. Cramer <ecramer@bm.net>; 'Michael Kane' <mkane@bm.net>; Mark R. Suter <msuter@bm.net>; Veronica Bosco <VBosco@labaton.com>; Karen Garvey <KGarvey@labaton.com>; Katie Van Dyck

<kvandyck@cuneolaw.com>
**Subject:** RE: Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.

Vicky:

The parties had a specific agreement regarding the limits of questions relating to data that Varsity produced.  These questions are outside the scope of that agreement.

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

**From:** Vicky Sims <Vicky@cuneolaw.com>
**Sent:** Tuesday, February 1, 2022 4:51 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>
**Cc:** 'Baldridge, Adam' <abaldridge@bakerdonelson.com>; mmulqueen@bakerdonelson.com; Cary, George S. <gcary@cgsh.com>; 'alcollins@cgsh.com' <alcollins@cgsh.com>; nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; Eric L. Cramer <ecramer@bm.net>; 'Michael Kane' <mkane@bm.net>; Mark R. Suter <msuter@bm.net>; Veronica Bosco <VBosco@labaton.com>; Karen Garvey <KGarvey@labaton.com>; Katie Van Dyck <kvandyck@cuneolaw.com>
**Subject:** Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.

Counsel,

Please see the attached correspondence.

Victoria Sims, Esquire
Cuneo Gilbert & LaDuca
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Phone: (202) 789-3960
Direct: (202) 449-3958
Fax: (202) 789-1813

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement