# Exhibit F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESSICA JONES et al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC et al., <br><br> Defendants. | **Civ. Action No. 2:20-cv-02892** |

**DEFENDANT BAIN CAPITAL PRIVATE EQUITY, LLC'S REVISED RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS 12 AND 14**

Under Rule 34 of the Federal Rules of Civil Procedure and the Court's Order of December 13, 2021 (ECF 174), Defendant Bain Capital Private Equity, LLC[1] ("Bain") hereby provides the following revised responses to Requests 12 and 15 of Plaintiffs' First Request for Production of Documents. Except to the extent specifically addressed below, Bain adopts and incorporates by reference its original response to Plaintiffs' First Request for Production of Documents and otherwise reserves all of its rights.

Request No. 12: All financial analysts' reports by Moody's, Standard and Poor's, or other rating agencies' reports, including all drafts thereof, concerning the acquisition of Varsity by Bain or Charlesbank and/or other buyers who had a proposal or expression of interest concerning any acquisition merger, consolidation, business combination, or other similar transaction for series of transactions involving Varsity or its subsidiaries.

---

[1] Referred to as "Bain Capital Private Equity" in Plaintiffs' Complaint.

1

<u>Objections and Response to Request No. 12</u>:  Bain adopts and incorporates by reference its original objections to Request No. 12.

Without waiving those objections, Bain will produce any documents responsive to this request that it locates through a reasonable search of its files.

<u>Request No. 14</u>:  All Documents referring or relating to any joint defense, contribution, indemnification Agreements, or judgment sharing Agreement relating to any investigation, civil, or criminal litigation involving the marketing of Competitive Cheer, Apparel, or Camp.

<u>Objections and Response to Request No. 14</u>:  Bain adopts and incorporates by reference its original objections to Request No. 14.

In light of those objections and the Court's Order of December 13, 2021 (ECF 174), Bain will not produce documents in response to this Request.  Bain further responds that it has not entered into any judgment sharing agreements pertaining to this litigation and therefore no such agreements exist.

Dated: December 20, 2021

*/s/ Steven J. Kaiser*

George S. Cary\*
Steven J. Kaiser\*
CLEARY GOTTLIEB STEEN & HAMILTON LLP 2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

\* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

2

165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Bain Capital Private Equity, LLC*