IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp  **JURY DEMAND** |

### CERTIFICATE OF CONSULTATION BETWEEN INDIRECT PURCHASER PLAINTIFFS AND CHARLESBANK CAPITAL PARTNERS, LLC AND BAIN CAPITAL PRIVATE EQUITY

Before the Court is Indirect Purchaser Plaintiffs' Motion to Compel Discovery Responses ("Motion") from Charlesbank Capital Partners, LLC ("Charlesbank"), and Bain Capital Private Equity ("Bain").

Per Local Rule 7.2, this is to certify that counsel for Plaintiffs, Charlesbank, and Bain have consulted regarding the issues presented in this motion as follows: On April 18, 2022, Plaintiffs informed Charlesbank and Bain that given Charlesbank's failure to timely assert privilege and provide a privilege log, any forthcoming privilege claims were waived. Charlesbank and Bain's counsel, Steven Kaiser, stated that he did not agree there has been any waiver, and produced Bain's and Charlesbank's privilege logs on April 19 and April 20, 2022. Plaintiffs wrote a follow up letter to Mr. Kaiser on April 26, 2022, reaffirming the position that such untimely assertions of privilege are waived, and noting numerous deficiencies in the log. Mr. Kaiser responded to confirm the parties' disagreement over waiver, but refused to respond or

otherwise correct the privilege log deficiencies noted in letter. Mr. Kaiser responded that any further response to the privilege log deficiencies is "pointless."

Plaintiffs affirm that, after consultation between the parties, the parties were unable to reach agreement on the items that are the subject of the accompanying Motion.

Dated: May, 2, 2022                  Respectfully submitted,

By:     /s/ *Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Siedel*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dsiedel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com

lwang@gustafsongluek.com

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*