UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>           Plaintiffs,<br>     v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>           Defendants. | Civ. Action No. 2:20-cv-02600 |
| JESSICA JONES, et al.,<br><br>           Plaintiffs,<br>     v.<br><br>BAIN CAPITAL PRIVATE EQUITY, et al.<br><br>           Defendants. | Civ. Action No. 2:20-cv-02892 |

**PARTIES' JOINT MOTION TO WITHDRAW PRIOR MOTION TO AMEND SCHEDULING ORDERS AND JOINT MOTION FOR ENTRY OF AGREED AMENDMENT TO SCHEDULING ORDERS**

Plaintiffs and Defendants in the above-captioned cases, through their undersigned counsel, hereby move the Court for entry of agreed amendments to the expert discovery deadlines set forth in the Court's December 16, 2021 Amended Scheduling Orders (*Fusion Elite*, ECF No. 177; *Jones*, ECF No. 175). In light of the parties' agreement on the new expert discovery deadlines proposed in this joint motion, Plaintiffs also move the Court to withdraw their prior motion seeking amendment to those same deadlines should the Court grant this joint motion.

**BACKGROUND AND SUPPORT**

On April 26, 2022, the *Fusion Elite* and *Jones* Plaintiffs ("Plaintiffs") moved the Court for an order amending the current deadlines for expert discovery. (*Fusion Elite*, ECF No. 251; *Jones*, ECF No. 288.) Following this motion, counsel for Plaintiffs and Defendants continued meeting and conferring on Plaintiffs' proposed dates. These discussions resulted in the parties' reaching agreement on revised proposed amended dates, set out as follows:

| Deadline | Current Date | Proposed Compromise |
|---|---|---|
| Opening Expert Reports | May 18, 2022 | June 20, 2022 |
| Opposing Expert Reports | July 13, 2022 | August 26, 2022 |
| Rebuttal Expert Reports | September 12, 2022 | October 21, 2022 |
| Expert Witness Depositions | October 12, 2022 | November 11, 2022 |

The parties' jointly proposed amended expert deadlines would leave the remainder of the dates in the Amended Scheduling Orders unaffected, including the dates for class motions and *Daubert* motions.

The parties submit that the jointly proposed revised expert dates are supported by extraordinary circumstances and by the parties' professional courtesy in working together to reach agreement. As set out in Plaintiffs' prior motion to amend the dates, Plaintiffs assert that they need additional time to incorporate certain documentary and deposition evidence into their reports and analyses. (*See Fusion Elite*, ECF No. 251 at PageID 4569.) Without agreeing to any of Plaintiffs' characterizations in that motion of the reasons for the timing of any particular document production or deposition, Defendants acknowledge that the Court has allowed certain depositions to take place after the close of fact discovery on April 18, 2022, and that the Court has ordered certain third-party productions of documents and data that have not yet occurred. On

April 20, 2022, for example, the Court granted in part a motion to compel Nfinity Athletic LLC to produce transactional data by May 18, 2022. (*See* No. 2:22-cv-02226-SHL-tmp, ECF No. 17.) On April 28, 2022, the Court granted in part a motion to compel Rebel Athletic Inc. to produce transactional data by May 26, 2022. (*See* 2:21-mc-00028-SHL-tmp, ECF No. 37.)

As a matter of professional courtesy, Defendants were willing to work with Plaintiffs on these proposed revised dates to accommodate Plaintiffs' stated need for additional time. Plaintiffs were also willing to work with Defendants to revise the proposed dates from Plaintiffs' initial proposal to better meet the scheduling needs of all parties.

For the reasons set out above, the parties' jointly request that for good cause shown and under the extraordinary circumstances presented here, the Court issue an order extending the expert discovery deadlines as set out in this motion. Should the Court grant this motion, Plaintiffs also request that the Court issue an order acknowledging the withdrawal of their previous motion to extend or otherwise denying that motion as moot.

Dated: May 9, 2022

Respectfully submitted,

/s Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

\* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; BSN Sports, LLC; Varsity Spirit, LLC; Stanbury Uniforms, LLC; Herff Jones, LLC; Varsity Brands Holding Co., Inc.; Varsity Spirit Fashions & Supplies, LLC; Varsity Intropa Tours*

s/ Nicole D. Berkowitz

Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
James Andrew Roach (TN #37934)
Karen Lott Glover (TN #38714)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer*

s/ Eric L. Cramer

H. Laddie Montague, Jr.*
Eric L. Cramer*
Michael J. Kane*
Mark R. Suter*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
mkane@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Victoria Sims*
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com

Karin E. Garvey*
Gregory S. Asciolla*
Veronica Bosco*
DICELLO LEVITT GUTZLER
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel: (646) 933-1000
kgarvey@dicellolevitt.com
gasciolla@dicellolevitcom
vbosco@dicellolevitt.com

* Admitted pro hac vice

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801 gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for Plaintiffs and the
Proposed Direct Purchaser Class*

Benjamin D. Elga*
JUSTICE CATALYST LAW, INC.
81 Prospect Street
Brooklyn, NY 11201
Tel: (518) 732-6703
belga@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
FINE KAPLAN AND BLACK, R.P.C
One South Broad St., 23rd Floor
Philadelphia PA 19107
Tel: (215) 567-6565 rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
BURCH, PORTER, & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Additional Counsel for Plaintiffs and the Proposed Direct Purchaser Class*

* Admitted pro hac vice

s/ Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys in the Jones Action for Individual and Representative Plaintiffs*

8

## CERTIFICATE OF CONSULTATION

      I hereby certify, pursuant Local Rule 7.2(a)(1)(B), that between May 3 and May 6, 2022, I communicated on behalf of Defendants joining in this motion with Eric Cramer, who spoke on behalf the Plaintiffs joining in this motion, via telephone and email, to discuss the relief sought in this motion. Those discussions led to the parties' agreement on the joint revised expert dates set out in this joint motion. I conferred with Brendan Gaffney, counsel for Jeff Webb, on May 6, 2022, via email, who conveyed that Mr. Webb does not oppose the foregoing motion.

                        s/ Matthew S. Mulqueen