# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp  **JURY DEMAND** |

**PLAINTIFFS' NOTICE OF ERRATA TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL (ECF 290-1)**

Plaintiffs Jessica Jones and Christina Lorenzen (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby submit this notice of errata to Plaintiffs' Memorandum In Support of Plaintiffs' Motion to Compel, filed on May 2, 2022 at ECF 290-1 ("Memorandum").

Due to Plaintiffs' oversight, the Memorandum (ECF 290-1) exceeded the 20-page limit specified in Local Rule 7.2(e). The Memorandum included a 2-page summary of the Plaintiffs' allegations (See Section III – "Summary of Plaintiffs' Allegations").

Plaintiffs are attaching, as Exhibit A, a version of the Memorandum that removes the majority of this section so that Plaintiffs' brief is less than 20 pages. Nothing else is changed, other than updating the tables of contents and authorities. Plaintiffs ask the Parties and the Court to disregard the removed material summarizing Plaintiffs' allegations for purposes of the motion.

Plaintiffs' counsel spoke to Defendants' counsel on May 13, 2022 and alerted them of this issue.

Dated: May 13, 2022                                     Respectfully submitted,

By:      /s/ Joseph R. Saveri
            Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Siedel*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dsiedel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com

lwang@gustafsongluek.com

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: May 13, 2022                 By:    */s/ Joseph R. Saveri*
                                                         Joseph R. Saveri