# EXHIBIT A

| | |
|---|---|
| **From:** | Kaiser, Steven J. |
| **To:** | Robert Falanga |
| **Cc:** | Riccio, Nicole; Garrison, Grady; pcoggins@lockelord.com; bgaffney@lockelord.com; Kobelah Bennah; Haynes, Savannah |
| **Subject:** | RE: Deposition dates |
| **Date:** | Friday, April 8, 2022 9:41:19 AM |
| **Attachments:** | image001.png |

Robert,

All Defendants could do the following schedule:

Hallmark or Weber on May 9
Other of Hallmark of Weber on May 11

Defendants accept the 10th for Haygood and 17th for Owens.

We will also be issuing 30(b)(6) notices, which we hope can be accomplished the same days for the respective organizations.

Let us know about the 9th and 11th for Hallmark and Weber.

---

Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

---

**From:** Robert Falanga <Robert@FalangaLaw.com>
**Sent:** Friday, April 1, 2022 6:19 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>
**Cc:** nberkowitz@bakerdonelson.com; ggarrison@bakerdonelson.com; pcoggins@lockelord.com; bgaffney@lockelord.com; Kobelah Bennah <Kobelah@FalangaLaw.com>
**Subject:** Deposition dates

Steven:

I have gotten with my clients and I have the following deposition dates for you. You said that we need to get these done during the first three weeks of May so I have scheduled the following:

Ashley Haygood-May 10th

Craig Hallmark-May 12th

Heidi Weber- May 13th

David Owens-May 17th

My schedule for those first three weeks of May are a nightmare so these are the best that I could do within the three week period that you asked for these to be scheduled.

On another note, we have received additional documents from Mr. Owens and are going through those now with the RICOH people.  We hope to get those to you the first part of next week.

Thanks


*Robert Falanga*



11200 Atlantis Place, Ste C

Alpharetta, Georgia 30022

http://FalangaLaw.com

Toll Free: (800) 564-0006

Phone: (770) 955-0006

Fax: (770) 955-2123

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at: https://www.clearygottlieb.com/footer/privacy-statement