# EXHIBIT E

| | |
|---|---|
| **From:** | Robert Falanga |
| **To:** | Kaiser, Steven J. |
| **Cc:** | Kobelah Bennah; Mulqueen, Matt; Berkowitz, Nicole; bgaffney@lockelord.com |
| **Subject:** | RE: American Sprit Case |
| **Date:** | Thursday, March 24, 2022 1:18:59 PM |
| **Attachments:** | image001.png |

Steven:

I will get with clients and get you deposition dates in addition to having them comb for additional documents. I'm working on addressing these issues today.

Will get back to you shortly…..

THANKS

*Robert Falanga*



11200 Atlantis Place, Ste C

Alpharetta, Georgia 30022

http://FalangaLaw.com

Toll Free: (800) 564-0006

Phone: (770) 955-0006

Fax: (770) 955-2123

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Wednesday, March 23, 2022 9:16 PM
**To:** Robert Falanga <Robert@FalangaLaw.com>
**Cc:** Kobelah Bennah <Kobelah@FalangaLaw.com>; mmulqueen@bakerdonelson.com; nberkowitz@bakerdonelson.com; bgaffney@lockelord.com
**Subject:** American Sprit Case

Gentlemen, we understand the combination of these two orders to mean that Plaintiffs' depositions will need to occur by May 18, 2022. If you have a different understanding, let us know.

We expect to take the depositions the weeks of May 2, 9 and 16. We will revert with dates shortly. Thank you and have a nice evening.

___

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at: https://www.clearygottlieb.com/footer/privacy-statement