# Exhibit B

# Kevin Rayhill

| | |
|---|---|
| **From:** | Kaiser, Steven J. <skaiser@cgsh.com> |
| **Sent:** | Wednesday, May 4, 2022 6:41 PM |
| **To:** | David Seidel |
| **Cc:** | Elissa A. Buchanan; Ronnie Spiegel; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew; Edward.Stanton@butlersnow.com; Joseph Saveri; Kevin Rayhill; Ashleigh Jensen; Ruby Ponce; Haynes, Savannah; Park, Jennifer Kennedy; Nyong'o, Heather; Cary, George S.; Bernhardt, Linden; mmulqueen@bakerdonelson.com |
| **Subject:** | RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling |

David,

We will take this up with Bain and Charlesbank.  Thanks.

———

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

---

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Wednesday, May 4, 2022 3:24 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>
**Cc:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Haynes, Savannah <shaynes@cgsh.com>; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; Cary, George S. <gcary@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; mmulqueen@bakerdonelson.com
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Hi Steve,

During our meet and confer about the Bain and Charlesbank 30(b)(6) depositions on Thursday, it was your position that Plaintiffs are not entitled to any 30(b)(6) deposition from Bain and Charlesbank, and that your prior agreement for Bain and Charlesbank 30(b)(6) depositions was rescinded.  You noted, however, that you were willing to discuss a reduced set of topics for 30(b)(6) depositions.  While Plaintiffs disagree with your position and reserves all rights to move to compel a 30(b)(6) deposition from Bain and Charlesbank, Plaintiffs are willing to substantially reduce the number of 30(b)(6) topics. Will you agree to a 30(b)(6) deposition for both Bain and Charlesbank limited to the following topics? As you can see, the topics are dramatically reduced from the 32 topics we included on our 30(b)(6) deposition notice.

1. The funding and financial support Bain and Charlesbank provided to Varsity, and any financial transfers from Varsity to Bain or Charlesbank.

2. Bain/Charlesbank's oversight of and involvement in, since acquisition, the business operations of any Varsity-owned entity.

3. Details of any financial arrangements and/or transactions by and between Bain/Charlesbank and any of the other Defendants.

4. Any disputes, inquiries, or investigations relating to The Relevant Markets by the Federal Trade Commission, U.S. Securities & Exchange Commission, United States Department of Justice, or states' attorneys general, or other government agencies or regulations initiated at any time during the Relevant Time Period, including:
    a. The governmental entity;
    b. The scope of the investigation; and
    c. The scope of the documents You produced in response to the investigation

Additionally, are Bain and Charlesbank willing to stipulate to authentication for Bain and Charlesbank produced documents?

Please let us know by the end of the day today whether you are willing to agree to the above topics. If a discussion is needed, we are available this afternoon or tomorrow morning.

Thank you.

**David Seidel**
Associate

_____



601 California Street, Suite 1000
San Francisco, CA 94108
T 415.500.6800 x906
F 415.395.9940

---

**From:** David Seidel
**Sent:** Wednesday, April 27, 2022 5:02 PM
**To:** skaiser@cgsh.com
**Cc:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Haynes, Savannah <shaynes@cgsh.com>; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; Cary, George S. <gcary@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; mmulqueen@bakerdonelson.com
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Hi Steve,

I'm following up on the below. We will plan to discuss the 30(b)(6) notices with you during our scheduled meet and confer tomorrow at 11:00 a.m.

Best,
David

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Monday, April 25, 2022 5:52 PM
**To:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Haynes, Savannah <shaynes@cgsh.com>; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; Cary, George S. <gcary@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; mmulqueen@bakerdonelson.com
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Sorry, I was travelling back from the Janower deposition during that time.

___

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

**From:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Sent:** Thursday, April 21, 2022 5:48 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Haynes, Savannah <shaynes@cgsh.com>; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; Cary, George S. <gcary@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; mmulqueen@bakerdonelson.com
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Hi Steve,

Plaintiffs have a different reading of the Order. If you think there is room to discuss further, we are open to discuss this tomorrow sometime between 1:30pm ET and 3:00pm ET. If those times do not work for you, please propose alternative times.

Best,
**Elissa**
**T** 415.500.6800 x822

___

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Thursday, April 21, 2022 10:52 AM
**To:** Ronnie Spiegel <rspiegel@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>;

3

pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Haynes, Savannah <shaynes@cgsh.com>; Park, Jennifer Kennedy <jkpark@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; Cary, George S. <gcary@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; mmulqueen@bakerdonelson.com
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Dropping non-parties in Jones.

Ronnie,

The Court did not permit 30(b)(6) depositions, rather it allowed the nine specific 30(b)(1)'s. Plaintiffs' 30(b)(6) notices accordingly are moot now.

As an aside, the categories in Plaintiffs' 30(b)(6) notices are not reasonably specific and/or seek levels of detail that could not possibly be addressed in testimony because the memory exercise involved would be beyond human capability.

If you want to talk about this further, let me know.

Best regards,

———

Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com  |  clearygottlieb.com

---

**From:** Ronnie Spiegel <rspiegel@saverilawfirm.com>
**Sent:** Wednesday, April 20, 2022 2:30 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Cary, George S. <gcary@cgsh.com>; abaldridge@bakerdonelson.com; mmulqueen@bakerdonelson.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com; Haynes, Savannah <shaynes@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; mkane@bm.net; Katie Van Dyck <kvandyck@cuneolaw.com>; Robert Falanga <Robert@FalangaLaw.com>; Vicky Sims <Vicky@cuneolaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Hi Steve,
I don't believe you ever provided us with your position on our Rule 30(b)(6) notices regarding Charlesbank and Bain, as promised in your letter of March 17, 2022. Please let us know which topics will be covered, and by whom, or if there are any on which you wish to meet and confer.
Thank you,

Ronnie

---

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Thursday, March 17, 2022 7:30 PM
**To:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Cary, George S. <gcary@cgsh.com>; abaldridge@bakerdonelson.com; mmulqueen@bakerdonelson.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com; Haynes, Savannah <shaynes@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; mkane@bm.net; Katie Van Dyck <kvandyck@cuneolaw.com>; Robert Falanga <Robert@FalangaLaw.com>; Vicky Sims <Vicky@cuneolaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Counsel:  Please see the attached.

---

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com  |  clearygottlieb.com

---

**From:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Sent:** Thursday, March 17, 2022 7:44 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; Cary, George S. <gcary@cgsh.com>; abaldridge@bakerdonelson.com; mmulqueen@bakerdonelson.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com; Haynes, Savannah <shaynes@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; mkane@bm.net; Katie Van Dyck <kvandyck@cuneolaw.com>; Robert Falanga <Robert@FalangaLaw.com>; Vicky Sims <Vicky@cuneolaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Counsel,

I am following up regarding the dates Plaintiffs proposed for Joshua Beer, Andrew Janower, and Ryan Cotton. Can you please provide dates for them, along with dates for Brandon White, David Katz, and Kim Davis. Please also provide potential dates for 30(b)(6) depositions for Bain and Charlesbank. Given that Bain and Charlesbank productions will not be complete until April 1 and in light of the Judge's Order yesterday, please provide dates between April 14 and May 7.  We will follow up on the remaining deposition notices shortly, and will be seeking to confirm dates for those as well.

Best,
**Elissa**
**T** 415.500.6800 x822



**From:** Elissa A. Buchanan
**Sent:** Wednesday, March 2, 2022 3:12 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; Cary, George S. <gcary@cgsh.com>; abaldridge@bakerdonelson.com; mmulqueen@bakerdonelson.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; Coggins, Paul <pcoggins@lockelord.com>; Gaffney, Brendan P. <bgaffney@lockelord.com>; McCoy, Jennifer <jennifer.mccoy@lockelord.com>; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; Roach, Andrew <aroach@bakerdonelson.com>; Edward.Stanton@butlersnow.com; Haynes, Savannah <shaynes@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; mkane@bm.net; Katie Van Dyck <kvandyck@cuneolaw.com>; Robert Falanga <Robert@FalangaLaw.com>; Vicky Sims <Vicky@cuneolaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Counsel,

Plaintiffs are seeking depositions for the following Bain and Charlesbank witnesses:

Bain: Josh Bekenstein, Jay Corrigan, Tom O'Rourke, Kate Steinman
Charlesbank: Neil Kalvelage, Kim Davis, David Katz, Brandon White

Please provide dates between the first week of April and April 18 that these witnesses will be available for deposition. After we have agreed upon dates, Plaintiffs will serve notices for the witnesses. Please note that Plaintiffs are reviewing Defendants' productions to determine if we will seek other Bain or Charlesbank depositions.

Plaintiffs will also be seeking 30(b)(6) depositions for Bain and Charlesbank. Please provide dates between the first week of April and April 18 for the 30(b)(6) depositions. We will email the 30(b)(6) notices shortly.

Best,

**Elissa**
**T** 415.500.6800 x822



**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Tuesday, February 22, 2022 8:00 AM

**To:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Request noted; we will check into availability.

---

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

---

**From:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Sent:** Friday, February 18, 2022 6:05 PM
**To:** Cary, George S. <gcary@cgsh.com>; Kaiser, Steven J. <skaiser@cgsh.com>; abaldridge@bakerdonelson.com; mmulqueen@bakerdonelson.com; Park, Jennifer Kennedy <jkpark@cgsh.com>; Bernhardt, Linden <lbernhardt@cgsh.com>; Nyong'o, Heather <hnyongo@cgsh.com>; pcoggins@lockelord.com; bgaffney@lockelord.com; jennifer.mccoy@lockelord.com; ggarrison@bakerdonelson.com; nberkowitz@bakerdonelson.com; aroach@bakerdonelson.com; Edward.Stanton@butlersnow.com; Haynes, Savannah <shaynes@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Katharine Malone <kmalone@saverilawfirm.com>; Van D. Turner <vturner@bruceturnerlaw.net>; Eric L. Cramer <ecramer@bm.net>; Mark R. Suter <msuter@bm.net>; mkane@bm.net; Katie Van Dyck <kvandyck@cuneolaw.com>; Robert Falanga <Robert@FalangaLaw.com>; Vicky Sims <Vicky@cuneolaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>
**Subject:** Varsity Cheer-Bain and Charlesbank Deposition Scheduling

Counsel,

Plaintiffs propose the following dates for depositions:

Charlesbank:

- April 4 or 5 for Joshua Beer
- April 6 or 7 for Andrew Janower

Bain:
- April 11 or 12 for Ryan Cotton

Please let us know if these dates work for Defendants. We will serve notices once we have agreed upon dates.

Sincerely,

**Elissa Buchanan**
*Attorney*

---

601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x822
**F** 415.395.9940

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement