IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC, et al.** <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp <br><br><br><br><br> **JURY DEMAND** |

### CERTIFICATE OF CONSULTATION BETWEEN INDIRECT PURCHASER PLAINTIFFS AND CHARLESBANK CAPITAL PARTNERS, LLC AND BAIN CAPITAL PRIVATE EQUITY

Before the Court is Indirect Purchaser Plaintiffs' Motion to Compel 30(b)(6) deposition testimony from Defendants ("Motion") Charlesbank Capital Partners, LLC ("Charlesbank"), and Bain Capital Private Equity ("Bain").

Per Local Rule 7.2, this is to certify that counsel for Plaintiffs, Charlesbank, and Bain have consulted regarding the issues presented in this motion and have not been able to reach accord. The dates and manner of the consultations are as follows:

On April 28, 2022, Joseph Saveri, Kevin Rayhill, and David Seidel for Plaintiffs met by phone with Steve Kaiser and George Cary for the Defendants. The parties discussed the relevant issues. On May 4, 2022 Plaintiffs sent Defendants a new proposal for a limited set of 30(b)(6) topics. On May 6, David Seidel and Steve Kaiser had another conversation by phone to discuss the revised proposal. The Parties could not reach agreement. On May 11 Plaintiffs offered one final proposal but the parties could not reach agremeent.

Plaintiffs affirm that, after consultation between the parties, the parties were unable to reach agreement on the items that are the subject of the accompanying Motion.

Dated: May 19, 2022                              Respectfully submitted,

By:      /s/ Joseph R. Saveri
Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*