IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp  **JURY DEMAND** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RULE 30(b)(6) DEPOSITION TESTIMONY FROM DEFENDANTS CHARLESBANK CAPITAL PARTNERS, LLC AND BAIN CAPITAL PRIVATE EQUITY, LLC**

Plaintiffs Jessica Jones and Christina Lorenzen (Plaintiffs"), by and through their undersigned counsel, hereby file this Motion for Leave to File Reply ("Motion") in Support of their Motion to Compel Rule 30(b)(6) Deposition Testimony from Defendants Charlesbank and Bain ("Underlying Motion"), pursuant to Local Rule 7.2(c). Plaintiffs filed the Underlying Motion on May 19, 2022. ECF No. 304. Defendants responded in opposition on May 24, 2022 ("Opposition"). ECF No. 311.

Plaintiffs respectfully request an opportunity to file a reply to clarify the record and respond to Defendants' points in opposition. Defendants have raised several new issues not raised during the meet and confer process which warrant a response. Defendants also ignore certain key facts which cut against their arguments that Plaintiffs would like to raise with the Court. For these reasons, Plaintiffs seek leave to file a reply brief by May 27, 2022.

Dated: May 25, 2022

Respectfully submitted,

By:     /s/ *Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

3

PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL 30(b)(6) DEPOSITION TESTIMONY FROM DEFENDANTS CHARLESBANK AND BAIN

## CERTIFICATE OF CONSULTATION

I hereby certify, pursuant to Local Rule 7.2(a)(1)(B), that on May 24, 2022, my colleague, David Seidel, emailed counsel for Defendants (specifically Steven Kaiser) advising them that Plaintiffs intended to file a motion seeking the relief set out above and asking if they opposed. Defendants did not respond.

    */s/ Joseph Saveri*    
Joseph Saveri

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2022, I served a copy of the foregoing document via the Court's ECF system, effecting service on all interested parties.

*/s/ Joseph R. Saveri*
Joseph R. Saveri