Case 2:20-cv-02892-SHL-tmp   Document 321-18   Filed 05/31/22   Page 1 of 1    PageID 6955

# Exhibit Q
# FILED UNDER SEAL