# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES et al, | ) |
| Plaintiffs, | ) ) |
| v. | )  No. 2:20-cv-02892-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Before the Court is the Unopposed Motion to Withdraw as Counsel for Plaintiffs, (ECF No. 327), submitted by Ling S. Wang. Counsel states that all other counsel for Plaintiffs remain unchanged, and that Defendants do not oppose the relief requested. Finding good cause and without objection, the Court **GRANTS** the Motion. Ling S. Wang will no longer be counsel of record in this case.

**IT IS SO ORDERED,** this 9th day of June, 2022.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE