IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>   Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>   Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME TO TAKE 30(b)(6) DEPOSITION TESTIMONY FROM DEFENDANTS CHARLESBANK CAPITAL PARTNERS LLC AND BAIN CAPITAL PRIVATE EQUITY**

Plaintiffs Jessica Jones and Christina Lorenzen (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, move this Court for an order extending the time to take 30(b)(6) depositions of Defendants Charlesbank Capital Partners and Bain Private Equity through July 8, 2022.

Plaintiffs hereby submit this unopposed motion and state as follows:

1. On June 1, 2022, the Court issued an order granting in part and denying in part Plainitffs' motion to compel 30(b)(6) depositiosn of Defendants Charlesbank and Bain. ECF No. 325. The Court held that "The parties shall complete the Rule 30(b)(6) depositions within thirty days of the entry of this order." *Id.*

2. On June 8, 2022, Plaintiffs issued new 30(b)(6) deposition notices, noticing the depositions for June 28 and June 29, 2022.

3. On June 9, Plaintiffs asked Defendants if they woud be willing to schedule the depositions in early July, to accommodate Plaintiffs' counsel's previously scheduled international travel plans in June.

4. On June 10, 2022, Defendants responsded that scheduling the depositions in early July would be acceptable, and proposed scheduling the depositions on July 6 and 7. Plaintiffs agreed to scheduling the depositions for July 6 and 7. *See* Declaration of J. Saveri, Exhibit A.

5. No other court deadlines would be effected by this extension.

6. Defendants do not oppose this motion.

7. In light of Plaintiffs' and Defendants' agreement to schedule the 30(b)(6) depositions on July 6 and 7, Plainitffs respectfully request that the Court extends the time to take the 30(b)(6) depositions of Charlesbank and Bain through July 8, 2022.

Dated: June 13, 2022                                       Respectfully submitted,

                                                           By:      /s/ Joseph R. Saveri
                                                                    Joseph R. Saveri


                                                           Joseph R. Saveri*
                                                           Steven N. Williams*
                                                           Ronnie Seidel Spiegel*+
                                                           Kevin E. Rayhill*
                                                           Elissa A. Buchanan*
                                                           David Seidel*
                                                           JOSEPH SAVERI LAW FIRM, LLP
                                                           601 California Street, Suite 1000
                                                           San Francisco, California 94108
                                                           Telephone: (415) 500-6800
                                                           Facsimile:  (415) 395-9940
                                                           jsaveri@saverilawfirm.com
                                                           swilliams@saverilawfirm.com
                                                           rspiegel@saverilawfirm.com
                                                           krayhill@saverilawfirm.com
                                                           eabuchanan@saverilawfirm.com
                                                           dseidel@saverilawfirm.com

                                                           Van Turner (TN Bar No. 22603)
                                                           BRUCE TURNER, PLLC
                                                           2650 Thousand Oaks Blvd., Suite 2325
                                                           Memphis, Tennessee 38118
                                                           Telephone: (901) 290-6610
                                                           Facsimile: (901) 290-6611
                                                           vturner@bruceturnerlaw.net

                                                           Richard M. Paul III*
                                                           Sean R. Cooper*
                                                           Ashlea Schwarz*
                                                           PAUL LLP
                                                           601 Walnut, Suite 300
                                                           Kansas City, Missouri 64106
                                                           Telephone: (816) 984-8100
                                                           rick@paulllp.com
                                                           sean@paulllp.com
                                                           ashlea@paulllp.com

        Jason S. Hartley*
        Fatima Brizuela*
        HARTLEY LLP
        101 West Broadway, Suite 820
        San Diego, CA 92101
        Telephone: (619) 400-5822
        hartley@hartleyllp.com
        brizuela@hartleyllp.com

        Daniel E. Gustafson*
        Daniel C. Hedlund*
        Daniel J. Nordin*
        David A Goodwin*
        GUSTAFSON GLUEK PLLC
        Canadian Pacific Plaza
        120 South Sixth Street, Suite 2600
        Minneapolis, MN 55402
        Telephone: (612) 333-8844
        Facsimile: (612) 339-6622
        dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        dnordin@gustafsongluek.com
        dgoodwin@gustafsongluek.com

        * Admitted pro hac vice

        +Located in Washington State

        *Attorneys for Individual and Representative Plaintiffs*

## **CERTIFICATE OF CONSULTATION**

Per Local Rule 7.2, this is to certify that counsel for Plaintiffs, Charlesbank, and Bain have consulted regarding the issues presented in this motion. On June 10, 2022, David Seidel for Plaintiffs exchanged emails with Steven Kaiser for the Defendants. Plaintiffs affirm that, after consultation between the parties, both parties agree to extending the time to take the 30(b)(6) depositions.

By: */s/ Joseph R. Saveri*
Joseph R. Saveri

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: June 13, 2022                             By:   */s/ Joseph R. Saveri*
                                                                     Joseph R. Saveri