# Exhibit A

| | |
|---|---|
| **From:** | David Seidel |
| **To:** | Kaiser, Steven J.; Elissa A. Buchanan |
| **Cc:** | mmulqueen@bakerdonelson.com; Joseph Saveri; Ronnie Spiegel; Kevin Rayhill; Ashleigh Jensen; pcoggins@lockelord.com; Riccio, Nicole; Houck, Stephen J. |
| **Subject:** | RE: Varsity Cheer-Bain and Charlesbank 30(b)(6) Depositions |
| **Date:** | Friday, June 10, 2022 3:00:00 PM |

Thanks, Steve. Much appreciated. We were trying to juggle some travel plans in June. July 6 and 7 works for us. We will prepare a short unopposed motion to the court to take the depositions July 6 and 7.

Have a good weekend.

Thanks,
David

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Friday, June 10, 2022 2:11 PM
**To:** David Seidel <dseidel@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Cc:** mmulqueen@bakerdonelson.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; pcoggins@lockelord.com; Riccio, Nicole <NRiccio@bakerdonelson.com>; Houck, Stephen J. <shouck@cgsh.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank 30(b)(6) Depositions

It should be fine. We are looking at July 6 and 7.


Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Friday, June 10, 2022 4:43 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Cc:** mmulqueen@bakerdonelson.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; pcoggins@lockelord.com; Riccio, Nicole <NRiccio@bakerdonelson.com>; Houck, Stephen J. <shouck@cgsh.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank 30(b)(6) Depositions

Steve, let us one way or another. We have travel plans that need to be arranged.

Thanks,
David

---

**From:** David Seidel
**Sent:** Thursday, June 9, 2022 12:15 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Cc:** mmulqueen@bakerdonelson.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; pcoggins@lockelord.com; Riccio, Nicole <NRiccio@bakerdonelson.com>; Houck, Stephen J. <shouck@cgsh.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank 30(b)(6) Depositions

Hi Steve,

We noticed the depositions for June 28 and 29, but we're wondering if you'd be willing to find dates in the first two weeks of July for the 30(b)(6) depositions. We have some scheduling issues for most of June and would prefer to do them in the first half of July if that works for you. Let us know if you're agreeable and we can prepare a filing to the court.

Thanks,
David

---

**From:** David Seidel
**Sent:** Wednesday, June 8, 2022 2:12 PM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Cc:** mmulqueen@bakerdonelson.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; pcoggins@lockelord.com; Riccio, Nicole <NRiccio@bakerdonelson.com>; Houck, Stephen J. <shouck@cgsh.com>
**Subject:** RE: Varsity Cheer-Bain and Charlesbank 30(b)(6) Depositions

Hi Steve,

We can no longer do the depositions on June 21-24. We noticed the depositions for June 28 and 29.

Thanks,
David

---

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Friday, June 3, 2022 10:17 AM
**To:** Elissa A. Buchanan <EABuchanan@saverilawfirm.com>
**Cc:** mmulqueen@bakerdonelson.com; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel

<rspiegel@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; pcoggins@lockelord.com; Riccio, Nicole <NRiccio@bakerdonelson.com>; Houck, Stephen J. <shouck@cgsh.com>
**Subject:** Re: Varsity Cheer-Bain and Charlesbank 30(b)(6) Depositions

Acknowledging receipt. Once the clients decide what they want to do, we will let you and Ronnie know.

—

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com  | clearygottlieb.com

> On Jun 2, 2022, at 7:18 PM, Elissa A. Buchanan <EABuchanan@saverilawfirm.com> wrote:
>
> Steve,
>
> Give yesterday's Court Order, Plaintiffs would like to start the process of scheduling the 30(b)(6) depositions for Bain and Charlesbank. We propose dates within the following range: June 21 through June 24 or June 27 through June 29. Please let us know if any of these dates work for you and if not, please propose alternative dates. Also, please provide information on whether each deposition will be one day, how many witnesses there will be for each deposition, and who they will be.
>
> We will follow up soon with the 30(b)(6) notices.
>
> Please cc Ronnie Spiegel on your reply. I will be out of the office June 6 through June 15.
>
> Best,
>
> **Elissa Buchanan**
> *Attorney*
>
> 601 California Street, Suite 1000
> San Francisco, CA 94108
> **T** 415.500.6800 x822

**F** 415.395.9940

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at: https://www.clearygottlieb.com/footer/privacy-statement

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at: https://www.clearygottlieb.com/footer/privacy-statement