IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:20-cv-02892-SHL-tmp |
| ) | |
| BAIN CAPITAL PRIVATE EQUITY, et al., ) | |
|     Defendants. ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO TAKE 30(B)(6) DEPOSITION TESTIMONY**

Before the Court is Plaintiffs' Unopposed Motion to Extend the Time to Take 30(b)(6) Deposition Testimony from Defendants Charlesbank Capital Partners and Bain Capital Private Equity. (ECF No. 329.) They seek a seven (7) day extension to take these depositions, moving their deadline from July 1, 2022 to July 8, 2022. (Id. at PageID 7157.)

In support, Plaintiffs explain that, in response to Chief Magistrate Judge Tu Pham's Order requiring the Parties to complete their Rule 30(b)(6) depositions by July 1, 2022, (see ECF No. 325), they issued 30(b)(6) deposition notices on June 8, 2022, setting the depositions for June 28 and 29, 2022. (Id.) One day later, Plaintiffs asked Defendants if they could accommodate Plaintiffs' counsel's previously-scheduled travel in June by scheduling the depositions in early July. Defendants accepted that proposed schedule the next day. The Parties agreed to schedule the depositions for July 6 and 7, 2022, and Plaintiffs therefore request an extension until July 8, 2022 to conduct them. According to Plaintiffs, Defendants do not oppose the relief requested.

Finding cause, the Court **GRANTS** the motion. Plaintiffs shall have until July 8, 2022 to

conduct the depositions of Charlesbank Capital Partners and Bain Capital Private Equity.

**IT IS SO ORDERED,** this 13th day of June, 2022.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
