UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>       Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>       Defendants. | Civ. Action No. 2:20-cv-02600 |
| JESSICA JONES, et al.,<br><br>       Plaintiffs,<br>v.<br><br>BAIN CAPITAL PRIVATE EQUITY, et al.<br><br>       Defendants. | Civ. Action No. 2:20-cv-02892 |

**JOINT MOTION FOR ENTRY OF AGREED AMENDMENT TO SCHEDULING ORDERS AND TO WITHDRAW PRIOR MOTION**

Plaintiffs and Defendants in the above-captioned cases (collectively, "Parties"), through their undersigned counsel, hereby move the Court for entry of agreed amendments to the expert discovery and class certification deadlines set forth in the Court's December 16, 2021, Amended Scheduling Order (ECF No. 177)[1] and May 10, 2022, Order Granting Parties' Joint Motion for Entry of Agreed Amendment to Scheduling Orders (ECF No. 254). In light of the Parties' agreement on the new expert and class certification deadlines proposed in this joint motion, and

---

[1] Unless otherwise noted, all docket references will refer to entries in *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.*, Case No. 2:20-cv-02600.

should the Court grant this joint motion, Defendants also move the Court to withdraw their prior motion seeking amendment to those same deadlines.

## BACKGROUND AND SUPPORT

On August 11, 2022, Defendants moved the Court for an order amending the current deadlines for expert discovery and class certification briefing.  (*Fusion Elite*, ECF No. 285; *Jones*, ECF No. 334.)  The motion explained that despite the ongoing exercise of diligence, Defendants' experts required additional time to analyze and prepare responses to the six expert reports served in the *Jones* and *Fusion Elite* cases collectively (four in *Jones* and two in *Fusion Elite*).  As set out in that motion, Defendants asserted that good cause and extraordinary circumstances warranted the Court's adoption of revised expert discovery and class certification deadlines.[2]  The motion proposed a set of new deadlines that Defendants had agreed to with the *Jones* Plaintiffs.  At the time of filing, the *Fusion Elite* Plaintiffs did not agree with the proposed revised deadlines.

Following Defendants' filing of their motion, counsel for Defendants and the *Fusion Elite* Plaintiffs continued meeting and conferring on potential revisions to expert and class discovery deadlines.  These discussions resulted in the Parties reaching agreement on revised proposed amended dates, set out as follows:

| Event | Current Deadline | Proposed *Jones* Deadline | Proposed *Fusion Elite* Deadline |
|---|---|---|---|
| Opposing Expert Reports | August 26, 2022 | September 23, 2022 | September 23, 2022 |
| Rebuttal Expert Reports | October 21, 2022 | December 14, 2022 | November 21, 2022 |

---

[2] Defendants incorporate by reference all of their arguments in that motion and the supporting declaration of Matthew S. Mulqueen into this motion.  *See* ECF No. 285, 285-1.  Plaintiffs do not endorse any argument made by Defendants in their prior motion except as explicitly set out in this motion.

| Expert Witness Depositions Completed | November 11, 2022 | January 24, 2023 | December 16, 2022 |
|---|---|---|---|
| Deadline for Motions for Class Certification and Motions to Exclude Expert Testimony | November 16, 2022 | February 10, 2023 | January 20, 2023 |
| Deadline for Oppositions to Motions for Class Certification and Motions to Exclude Expert Testimony | January 11, 2023 | March 31, 2023 | March 3, 2023 |
| Deadline for Replies in Support of Motions Exclude Expert Testimony | February 9, 2023 | April 28, 2023 | March 28, 2023 |
| Deadline for Plaintiffs' Reply in Support of Motion for Class Certification | February 21, 2023 | May 25, 2023 | April 17, 2023 |

The Parties submit that the jointly proposed revised expert and class certification dates are supported by extraordinary circumstances, good cause, and the Parties' professional courtesy in working together to reach agreement. As set out in Defendants' prior motion to amend the existing dates, Defendants assert that they need additional time for their experts to analyze and prepare responses to Plaintiffs' six expert reports (including as a result of a conflicting trial schedule for one of Defendants' experts). Plaintiffs acknowledge that the reports of their experts contain a substantial amount of material. As a matter of professional courtesy, Plaintiffs were willing to work with Defendants on these proposed revised dates to accommodate Defendants' stated need for additional time.

The Parties also submit that the proposed revised deadlines serve the interests of all parties in fully and adequately completing expert discovery and will not result in any undue

prejudice to any party.  These proposed deadlines will keep the *Fusion Elite* and *Jones* cases on similar discovery tracks yet are tailored to the needs of each case.  The proposed dates will not extend past the current expert discovery deadlines in the related *American Spirit* case.  *See American Spirit and Cheer Essentials, Inc., et al. v. Varsity Brands, LLC, et al.*, Case No. 2:20-cv-02782, at ECF No. 236.[3]  Nor will these modest extensions necessarily impact summary judgment or trial, as those dates have not yet been set by the Court.[4]

For the reasons set out above, the Parties jointly request that for good cause shown and under the extraordinary circumstances presented here, the Court issue an order extending the expert discovery and class certification deadlines as set out in this motion.  Should the Court grant this motion, Defendants also request that the Court issue an order acknowledging the withdrawal of their previous motion to extend or otherwise denying that motion as moot.

Dated: August 17, 2022

Respectfully submitted,

s/ Matthew S. Mulqueen
George S. Cary*
Steven J. Kaiser*
Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

---

[3] The current deadlines in *American Spirit* include initial expert disclosures on November 18, 2022; opposing expert reports on January 13, 2023; rebuttal expert reports on March 13, 2023; expert witness depositions by April 12, 2023; and motions for class certification and *Daubert* motions on May 16, 2023.

[4] The Court has set a status conference for January 18, 2023, to set the schedule for summary judgment motions, pre-trial orders, and to address other pending issues.

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; BSN Sports, LLC; Varsity Spirit, LLC; Stanbury Uniforms, LLC; Herff Jones, LLC; Varsity Brands Holding Co., Inc.; Varsity Spirit Fashions & Supplies, LLC; Varsity Intropa Tours*

s/ Nicole Berkowitz Riccio

Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
James Andrew Roach (TN #37934)
Karen Lott Glover (TN #38714)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA*

*Cheer*

s/ Eric L. Cramer

H. Laddie Montague, Jr.*
Eric L. Cramer*
Michael J. Kane*
Mark R. Suter*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
mkane@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Victoria Sims*
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com

Karin E. Garvey*
Gregory S. Asciolla*
Veronica Bosco*
DICELLO LEVITT GUTZLER
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel: (646) 933-1000
kgarvey@dicellolevitt.com
gasciolla@dicellolevitcom
vbosco@dicellolevitt.com

* Admitted pro hac vice

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801 gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for Plaintiffs and the
Proposed Direct Purchaser Class*

Benjamin D. Elga*
JUSTICE CATALYST LAW, INC.
81 Prospect Street
Brooklyn, NY 11201
Tel: (518) 732-6703
belga@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
FINE KAPLAN AND BLACK, R.P.C
One South Broad St., 23rd Floor
Philadelphia PA 19107
Tel: (215) 567-6565 rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
BURCH, PORTER, & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Additional Counsel for Plaintiffs and the Proposed Direct Purchaser Class*

\* Admitted pro hac vice

s/ Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys in the Jones Action for Individual and Representative Plaintiffs*

## CERTIFICATE OF CONSULTATION

I hereby certify, pursuant Local Rule 7.2(a)(1)(B), that between August 4 and August 16, 2022, I communicated via telephone and email on behalf of Defendants with Eric Cramer and Joseph Saveri, counsel for the *Fusion Elite* and *Jones* Plaintiffs respectively, to discuss the relief sought in this motion. Those discussions led to the parties' agreement on the joint revised expert and class certification dates set out in this joint motion.

s/ Matthew S. Mulqueen