# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>　　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Plaintiffs Jessica Jones and Christina Lorenzen (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, move this Court for an order, pursuant to Federal Rule of Civil Procedure 15, granting Plaintiffs' Motion for Leave to Amend (the "Motion"). The Motion is based on this Motion, Plaintiffs' Memorandum of Law in support of the Motion, the Declaration of David Seidel in support of the Motion, the [Proposed] Order Granting the Motion, and the files and records in this matter.

Dated: August 23, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　　 */s/ Joseph R. Saveri*　　
　　　　　　　　　　　　　　　　　　　　　　　Joseph R. Saveri

　　　　　　　　　　　　　　　　　　　Joseph R. Saveri*
　　　　　　　　　　　　　　　　　　　Steven N. Williams*
　　　　　　　　　　　　　　　　　　　Ronnie Seidel Spiegel*+
　　　　　　　　　　　　　　　　　　　Kevin E. Rayhill*
　　　　　　　　　　　　　　　　　　　Elissa A. Buchanan*
　　　　　　　　　　　　　　　　　　　David Seidel*
　　　　　　　　　　　　　　　　　　　JOSEPH SAVERI LAW FIRM, LLP

601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com

\* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*