# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

## DECLARATION OF DAVID SEIDEL IN SUPPORT OF
## PLAINTIFFS' MOTION FOR LEAVE TO AMEND

I, David Seidel, declare the following under penalty of perjury:

1.      I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel for Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs") in *Jones, et al. v. Bain Capital Private Equity, at el*., case no. 2:20-cv-02892-SHL-tmp. I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts of the 30(b)(6) deposition of Charlesbank Capital Partners, LLC, dated July 6, 2022.

3.      Attached as **Exhibit B** is a true and correct copy of excerpts of the 30(b)(6) deposition of Bain Capital Private Equity, dated July 7, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2022 in San Francisco, California.

*/s/ David Seidel*
David Seidel

DECLARATION OF DAVID SEIDEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO AMEND