# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>            Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>            Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER

Plaintiffs Jessica Jones and Christina Lorenzen (Plaintiffs") move for leave to file a Reply, attached as Exhibit A, in Support of their Motion to Reconsider, ECF No. 335. In support of this Motion, Plaintiffs assert as follows:

1. On August 1, 2022, the Court issued its order granting in part and denying in part Defendants' motions to dismiss. ECF No. 333.

2. On August 12, 2022, Plaintiffs filed a motion for reconsideration of the Court's order, seeking reconsideration only on the arguments that the Court held Plaintiffs had "conceded" by failing to respond. ECF No. 335.

3. On August 26, 2022, Defendants responded in opposition ("Opposition"). ECF No. 345.

4. In Defendants' Opposition, Defendants engage in hyperbolic rhetoric throughout, accusing Plaintiffs of being "disingenuous," "misleading," and engaging in "sleight of hand in a brief fraught with misrepresentations."

5. Defendants' Opposition largely ignores Plaintiffs' primary arguments, and instead is largely comprised of substantive arguments under the TTPA and TCPA that Defendants never raised in their motions to dismiss.

6. Defendants' Opposition makes factually incorrect statements that Plaintiffs wish to bring to the Court's attention.

7. Plaintiffs believe that the short Reply attached as Exhibit A will aid the Court in its decision.

Dated: August 30, 2022 Respectfully submitted,

By: _____/s/ Joseph R. Saveri_____
Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF CONSULTATION

I hereby certify, pursuant to Local Rule 7.2(a)(1)(B), that on August 29, 2022, my colleague, David Seidel, emailed counsel for Defendants (specifically Nicole Riccio, Matt Mulqueen, Grady Garrison, Brendan Gaffney, Paul Coggins, and Steven Kaiser) advising them that Plaintiffs intended to file a motion seeking the relief set out above and asking if they opposed. Nicole Riccio responded on August 30, 2022 that "Defendants are not opposed to a reply if the Court concludes it would be helpful."

/s/ Joseph Saveri<br>
Joseph Saveri