## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:20-cv-02892-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER

Before the Court is Plaintiffs' Motion for Leave to File Reply in Support of Plaintiffs' Motion to Reconsider, filed August 30, 2022.  (ECF No. 346.)

Plaintiffs seek leave to file a Reply to Defendants' Response in Opposition to Plaintiffs' Motion to Reconsider.  (ECF No. 345.)  Plaintiffs argue that their Reply addresses both allegedly "factually incorrect statements" and flawed legal arguments made by Defendants in their Opposition, and that bringing these issues to the Court's attention will aid the Court in coming to a decision.  (Id. at PageID 7622.)

Local Rule 7.2(c) permits the filing of a Reply Memoranda only upon court order granting a motion for leave to reply and that such motion must be filed within seven (7) days of service of the response.  L.R. 7.2(c).  Plaintiffs have also consulted with Defendants on this issue and Defendants "are not opposed to a reply if the Court concludes it would be helpful."  (ECF No. 346 at PageID 7625.)

Finding both that Plaintiffs' Motion was timely filed, and that Plaintiffs' Reply would assist the Court, meaning no opposition from Defendants, the Court **GRANTS** Plaintiffs'

Motion.  Plaintiffs are **ORDERED** to file their Reply as a separate entry on the docket within **seven (7) days** of the entry of this Order.

      **IT IS SO ORDERED**, this 31st day of August, 2022.

                                     s/ Sheryl H. Lipman
                                     SHERYL H. LIPMAN
                                     UNITED STATES DISTRICT JUDGE