# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>    Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Plaintiffs Jessica Jones and Christina Lorenzen (Plaintiffs") move for leave to file a Reply, attached as Exhibit A, [1] in Support of their Motion for Leave to Amend, ECF No. 343. In support of this Motion, Plaintiffs assert as follows:

1. On August 23, 2022, Plaintiffs filed their Motion for Leave to Amend. ECF No. 343.

2. On September 6, 2022, Defendants filed their Opposition to Plaintiffs' Motion. ECF No. 349.

3. In Defendants' Opposition, Defendants cite to two documents that they claim show that "Plaintiffs knew the identity of these investors well before the deadline for seeking leave to amend their complaint." ECF No. 349 at 4. Plaintiffs wish to address these two

---

[1] Plaintiffs are only attaching as Exhibit A their proposed reply memorandum, and not the accompanying declaration of David Seidel that Plaintiffs propose filing in support. The declaration will attach the documents that Defendants cite to, which must be filed under seal.

documents which do not support Defendants' argument. Plaintiffs also wish to attach the two documents that Defendants cite so that the Court has the full record before it.

4. Defendants' Opposition further states that "Plaintiffs easily could have, and per the scheduling order, should have, sought the leave to amend they now seek by the November 19, 2021, deadline." ECF No. 349 at 4. Plaintiffs disagree with this statement and wish to respond to Defendants' argument.

5. Finally, Defendants' Opposition argues that Plaintiffs' motion to add additional Charlesbank and Bain entities as defendants would be futile. Plaintiffs disagree and wish to respond to this argument as well.

6. For all the above reasons, Plaintiffs believe that a reply would be helpful to the Court, because it will allow Plaintiffs to address to arguments made by Defendants to which Plaintiffs have not had an opportunity to respond.

Dated: September 13, 2022    Respectfully submitted,

By:    /s/ *Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
BRUCE TURNER, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paullp.com
sean@paullp.com
ashlea@paullp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF CONSULTATION

I hereby certify, pursuant to Local Rule 7.2(a)(1)(B), that on September 9, 2022, my colleague, David Seidel, emailed counsel for Defendants (specifically Nicole Riccio, Matt Mulqueen, Grady Garrison, Brendan Gaffney, Paul Coggins, and Steven Kaiser) advising them that Plaintiffs intended to file a motion seeking the relief set out above and asking if they opposed. Matt Mulqueen responded on September 12, 2022, that "Defendants are not opposed to a reply if the Court concludes it would be helpful."

*/s/ Joseph Saveri*
Joseph Saveri
