IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Before the Court is Plaintiffs' Motion for Leave to File Reply in Support of Plaintiffs' Motion for Leave to Amend. (ECF No. 351.)

Plaintiffs seek leave to file a Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Amend Complaint. (ECF No. 349.) Plaintiffs argue that their Reply addresses two arguments made by the Defendants in their Opposition, namely that Plaintiffs' Motion is futile and should have complied with the November 19, 2021, deadline for amended pleadings, and that the Reply will supplement the record to show that Defendants' factual assertions in their Opposition are incorrect. (Id.) Plaintiffs have consulted with Defendants on this issue and Defendants "are not opposed to a reply if the Court concludes it would be helpful." (Id. at PageID 7666.)

The Court does conclude that the Reply would be helpful, and given the lack of opposition from Defendants, the Court **GRANTS** Plaintiffs' Motion.

2

**IT IS SO ORDERED**, this 15th day of September, 2022.

                                                           s/ Sheryl H. Lipman
                                                           SHERYL H. LIPMAN
                                                           UNITED STATES DISTRICT JUDGE