# EXHIBIT 1
# Part 1 of 2
# FILED UNDER SEAL