# EXHIBIT 1
# Part 2 of 2
# FILED UNDER SEAL