# EXHIBIT A

| | |
|---|---|
| From: | David Seidel |
| Sent: | Monday, October 3, 2022 1:35 PM |
| To: | Mulqueen, Matt; Riccio, Nicole |
| Cc: | Joseph Saveri; Eric L. Cramer |
| Subject: | RE: Varsity // ECF 357 |

Thanks for that clarification, Matt. That is what we intended.

From: Mulqueen, Matt <mmulqueen@bakerdonelson.com>
Sent: Monday, October 3, 2022 1:32 PM
To: David Seidel <dseidel@saverilawfirm.com>; Riccio, Nicole <NRiccio@bakerdonelson.com>
Cc: Joseph Saveri <jsaveri@saverilawfirm.com>; Eric L. Cramer <ecramer@bm.net>
Subject: RE: Varsity // ECF 357

External (mmulqueen@bakerdonelson.com)

INKY is learning...   Report This Email   FAQ   Skout Email Protection

David – one correct I just noted – as stated in my earlier email we believe point 2 should include both defendants' and plaintiffs' expert depositions, since information about defendants' experts' opinions may be discussed at both. See below in green and confirm if you are in agreement.

**Matthew S. Mulqueen**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct Dial: (901) 577-8234
Direct Fax: (901) 577-0843
E-mail:  mmulqueen@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

> From: Mulqueen, Matt
> Sent: Monday, October 3, 2022 3:12 PM
> To: David Seidel <dseidel@saverilawfirm.com>; Riccio, Nicole <NRiccio@bakerdonelson.com>
> Cc: Joseph Saveri <jsaveri@saverilawfirm.com>; Eric L. Cramer <ecramer@bm.net>
> Subject: RE: Varsity // ECF 357
>
> David,
>
> Defendants are in agreement with the revised proposal below and you can note that in your response. Thank you for working with us on this.
>
> Matt
>
> **Matthew S. Mulqueen**

1

Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct Dial: (901) 577-8234
Direct Fax: (901) 577-0843
E-mail:  mmulqueen@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

---

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Monday, October 3, 2022 12:30 PM
**To:** Mulqueen, Matt <mmulqueen@bakerdonelson.com>; Riccio, Nicole <NRiccio@bakerdonelson.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Eric L. Cramer <ecramer@bm.net>
**Subject:** RE: Varsity // ECF 357

Hi Matt,

Those clarifications are fine. Clarifications updated below in red.

1. The *Jones* and *Fusion* plaintiffs will not share expert reports with the *American Spirit* plaintiffs or their experts until the *American Spirit* plaintiffs have received Defendants' expert reports.

2. The *Jones* and *Fusion* plaintiffs may not ask any questions or attend the defendants' or plaintiffs' expert depositions in the *American Spirit* case, and the *American Spirit* plaintiffs may not ask any questions or attend the defendants' or plaintiffs' expert depositions in the *Jones* and *Fusion* cases.

3. The *Jones* and *Fusion* plaintiffs will not disclose the Defendants' expert deposition transcripts or the Plaintiffs' expert deposition transcripts from the *Jones* and *Fusion* cases until after the *American Spirit* Plaintiffs have taken the defendants' expert depositions.

Please let us know as soon as possible whether you agree, but no later than 4:00 p.m. Eastern.

Best,
David

---

**From:** Mulqueen, Matt <mmulqueen@bakerdonelson.com>
**Sent:** Monday, October 3, 2022 9:41 AM
**To:** David Seidel <dseidel@saverilawfirm.com>; Riccio, Nicole <NRiccio@bakerdonelson.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Eric L. Cramer <ecramer@bm.net>
**Subject:** RE: Varsity // ECF 357

David,

Defendants are still working on this with our clients and it likely going to be later today before we can get you a formal response on any proposal.  To help expedite that process, see my comments below and let me know if you have replies or would like to discuss.

Matt

**Matthew S. Mulqueen**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct Dial: (901) 577-8234
Direct Fax: (901) 577-0843
E-mail:  mmulqueen@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

---

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Friday, September 30, 2022 5:22 PM
**To:** Mulqueen, Matt <mmulqueen@bakerdonelson.com>; Riccio, Nicole <NRiccio@bakerdonelson.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Eric L. Cramer <ecramer@bm.net>
**Subject:** Varsity // ECF 357

Matt,

As we discussed today, the Jones and Fusion plaintiffs will not oppose your motion to modify the discovery orders, ECF 357, so long as it only precludes the sharing of expert reports with American Spirit until American Spirit receives Defendants' expert reports in that case. We also want to make sure that the expert deposition transcripts can be shared with the other cases once each case has concluded their own expert depositions. Please let us know if you agree with this understanding, stated more precisely below:

1. The *Jones* and *Fusion* plaintiffs will not share expert reports with the *American Spirit* plaintiffs until the *American Spirit* plaintiffs have received Defendants' expert reports. Also, *Jones and Fusion* plaintiffs will not share expert reports with the *American Spirit* plaintiffs' experts (I think this is implied in your proposal, but we want to avoid any ambiguity).

2. The *Jones* and *Fusion* plaintiffs may not ask any questions during the depositions of the defendants' experts in the *American Spirit* case, and the *American Spirit* plaintiffs may not ask any questions during the depositions of the defendants' experts in the *Jones* and *Fusion* cases.  We would also want any agreement to prohibit *American Spirit* plaintiffs from attending the depositions of Plaintiffs' and Defendants' experts in *Jones* and *Fusion*, and also to prohibit attendance by *Fusion Elite* and *Jones* plaintiffs at the depositions of Plaintiffs' and Defendants' experts in *American Spirit*.  If each of the respective FE/Jones and AS plaintiff groups will ultimately have access to the transcripts, and are otherwise not allowed to question, then attendance at the depositions should not be necessary.

   3. The *Jones* and *Fusion* plaintiffs will not disclose the defendants' expert deposition transcripts from the *Jones* and *Fusion* cases until after the *American Spirit* Plaintiffs have taken the defendants' expert depositions.  We would want this to apply to the transcripts of Plaintiffs' experts in FE/Jones as well.

We cannot agree to any limitation on American Spirit's ability to share expert reports and transcripts with Fusion and Jones plaintiffs since by the time the American Sprit plaintiffs receive Defendants' reports and take Defendants' expert depositions, the Fusion and Jones plaintiffs will have already received the reports and taken the depositions. We are likely fine with this subject to the above points.

3

Please let us know if this is your understanding of your requested relief by 12:00 p.m. Eastern time on Monday.

Thank you,
David

**David Seidel**
Associate

_____



601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x906
**F** 415.395.9940

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.