


FOOTBALL
BASKETBALL
VOLLEYBALL
SOCCER
BASEBALL
LACROSSE
TENNIS
SOFTBALL
UNIFORMS
TRACK&FIELD
STRENGTH&
FITNESS
WRESTLING
SPORTS MED
SPEED
AGILITY
SCOREBOARDS
BENCHES&BLEACHERS
COACHING
AQUATICS

## BSN SPORTS REWARD PROGRAM

## FOR

## Lake Oconee Academy

**BSN SPORTS** ("BSN") is pleased to offer Lake Oconee Academy the **BSN SPORTS REWARDS PROGRAM** for the purchase and supply of athletic apparel and equipment for use by the school and its interscholastic programs.

**BSN SPORTS Product Pricing:** The school shall be able to purchase products at the following discounts:

| | |
|---|---|
| -Nike Team Apparel/Stock Uniforms | 35% off Retail Price |
| -Under Armour Team Apparel/Stock Uniforms | 30% off Retail Price |
| -BSN Products | 15% off Catalog Price |
| -BSN Catalog Branded Products | 10% off Catalog Price |

All Custom Uniforms and Footwear will be priced separately. Custom apparel, decorated apparel and footwear from any other manufacturers offered by BSN SPORTS will be at team discount pricing.

Decoration charges are not included in the above discounts.

Products sold to the Cheerleading coach will not be included in Spending level totals.

BSN SPORTS Products are identified in our catalog with a black star icon next to the product code.
BSN SPORTS catalog branded products are products distributed by BSN from a manufacturer such as Wilson, Spalding, Rawlings, etc.

**My Team Shop:** BSN SPORTS' online player pay site is required to be used by all varsity programs. All other programs including club sports and organizations will be encouraged to participate. All MTS sales including club and organizations will count towards rebate goals.

**Shipping:** The Athletic Program will pay freight charges on all orders.

**Product Rebate:** Subject to the terms below, at the end of each school year of this agreement, the Athletic Program will receive a Product Rebate including selected products from BSN. The Product Rebate will be selected from a list of products provided by BSN and subject to availability at the time of order. Product Rebates are available after the requirements below are met and must be utilized during each school budget year.




FOOTBALL BASKETBALL VOLLEYBALL SOCCER BASEBALL LACROSSE TENNIS SOFTBALL UNIFORMS TRACK&FIELD STRENGTH& FITNESS WRESTLING SPORTS MED SPEED AGILITY SCOREBOARDS BENCHES&BLEACHERS COACHING AQUATICS

Product Rebates will be redeemed in May and June. A Product Rebate balance does not carry over from year to year. **Rebates only apply to orders placed under the terms and conditions of this agreement-including pricing.**

**Annual Spending Level**:

**$75,000 - $99,999+** — **Annual Rebate Amount:**
10% of annual spend in Nike, Under Armour or other branded apparel or BSN equipment at catalog price.

**$50,000 - $74,999** — **Annual Rebate Amount:**
8% of annual spend in Nike, Under Armour or other branded apparel or BSN equipment at catalog price.

**$25,000-$49,999** — **Annual Rebate Amount:**
6% of annual spend in Nike, Under Armour or other branded Apparel or BSN equipment at catalog price.

The maximum annual product rebate will be the amount above, inclusive of any manufacturer incentives.

Any decoration or customization to rebate product is paid for by the Athletic Program.

**Terms and Conditions:** All purchases will be made through BSN SPORTS. Only products purchased through BSN will be eligible for the Product Rebate.

The School and Athletic Program must be current on all payment obligations to BSN to be eligible for the Product Rebate.

**Term:** The duration of this agreement is Five (5) years from **July 1, 2018 to June 30, 2023**("Term").

Acknowledged and Agreed to:

**Lake Oconee Academy** — **BSN SPORTS**

[signature]

Athletic Director — Vice President

[signature] CEO

C.E.O.