

Varsity Brands IMPACT Program

A collaboration between LAKE OCONEE ACADEMY and Varsity Brands

As partners in education, LAKE OCONEE ACADEMY and Varsity Brands recognize that the student experience reaches beyond classroom walls and that a school's climate and culture is instrumental in its educational mission. In a collaborative effort to build school pride, student engagement and community spirit, Varsity Brands welcomes LAKE OCONEE ACADEMY into the Varsity Impact Program (VIP). As a participant in the VIP, LAKE OCONEE ACADEMY will have access to the valuable resources summarized below:

### IDENTITY BRANDING — $15,000
#### IDENTITY BRANDING PACKAGE (EXISTING SCHOOL)
Identity Branding will include a collaborative design of school logos and mascots. You will receive 1 Mascot, 6 Word Marks, Brand Guide and password protected brand locker to hold the art files. VARSITY reserves the right to use branding elements, facility branding mock-ups and customer/installer photography for use in educational or promotional material in print, multimedia or web form.

### FACILITY BRANDING CREDIT — VALUE $10,000
Facility Branding credit to be used for the purchase of products with your school branding to increase school pride on campus and throughout the community. VARSITY reserves the right to use branding elements, facility branding mock-ups and customer/installer photography for use in educational or promotional material in print, multimedia or web form.

VIP participants realize the value of these resources at no cost when they partner with Varsity Brands' subsidiaries (BSN SPORTS, Varsity Spirit, Herff Jones and VIP Branding) for 5 years to be their preferred provider of graduation products, rings, athletic and physical education supplies and equipment, yearbooks, team sports and spirit team uniforms, apparel and accessories, spirit team camps, competitions and facility branding products. This document states our mutual intent to join efforts to build school pride, student engagement and community spirit at LAKE OCONEE ACADEMY as an added benefit and joint resource in Sport, Spirit and Achievement. As used in this document 'preferred provider' is defined to mean that when LAKE OCONEE ACADEMY is making purchase of the products listed in this section, LAKE OCONEE ACADEMY will first come to Varsity Brands for the purchase of such products. If Varsity Brands is unable to fulfill, LAKE OCONEE ACADEMY can utilize another vendor.

As a measure of good faith and a commitment to the needs and timeline of LAKE OCONEE ACADEMY, Varsity Brands offers said resources immediately upon signature of this agreement. This agreement must be signed within six months of its origination to be valid. Once the six month period expires, a new agreement must be requested. If LAKE OCONEE ACADEMY chooses to use another vendor for the items listed above without allowing Varsity Brands first right of refusal, Varsity Brands reserves the right to invoice for all or a portion of realized products and services provided to LAKE OCONEE ACADEMY.

☑
The IMPACT Artwork Addendum is attached and agreed to by LAKE OCONEE ACADEMY.



Varsity Brands IMPACT Program

A collaboration between LAKE OCONEE ACADEMY and Varsity Brands

**On behalf of LAKE OCONEE ACADEMY**
Authorized Contact Name: Dr. OTHO TUCKER
Contact Phone: (706) 454-1562
Contact Mobile: (706) 454-1562
Contact Email: otho.tucker@lakeoconeeacademy.org

*OTHO TUCKER*

Signed by OTHO TUCKER
on 2021-03-26 11:50:53 EDT

Date:   03/26/2021

**On behalf of Varsity Brands, LLC**
Authorized Contact Name: Anne Marie Rye
Contact Phone: 714-262-6130
Contact Mobile:
Contact Email: arye@varsity.com

*Anne Marie Rye*

Signed by Anne Marie Rye
on 2021-02-25 10:04:16 CST

Date:   02/25/2021