# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC. by HEIDI WEBER, ROCKSTAR CHAMPIONSHIPS, LLC by DAVID OWENS, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, by CRAIG HALLMARK, MARK LUKENS and KATHLEEN LUKENS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT LLC, HERFF JONES, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPA TOURS, LLC and JEFF WEBB,<br><br>                  Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>2:20-CV-02782-SHL-tmp<br><br>**DECLARATION OF MARK LUKENS** |

I, Mark Lukens, declare as follows:

1. I am a named Plaintiff in the current action
2. I bought a class ring from Herff Jones and I have the receipt which is attached.
3. I spoke with a Herff Jones salesperson to get a copy of the receipt and was told they keep that information for only two (2) years.
4. I still have the ring.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct..

Executed on June 21, 2022

_____
Mark Lukens

KATHLEEN L LUKENS        Account Ending 0-21004                                p. 4/7

## Detail Continued

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 03/03/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $63.95 |
| 03/07/17 | CARNIVAL CRUISE LINES RESERVATION<br>CRUISE LINE | MIAMI | FL | $150.00 |
| 03/07/17 | FEDEX INV 971906063 I971906063<br>1-800-622-1147<br>KATHLEEN NC<br>DIRECT BILLING TRANSACTION<br>FEDEX INV# 000971906063<br>FedEx #1-800-622-1147 | MEMPHIS | TN | $206.91 |
| 03/07/17 | COLUMBIA DOWNTOWN HISTORIC DIS<br>Arrival Date 03/03/17  Departure Date 03/05/17<br>00000000 | COLUMBIA | SC | $331.66 |
| 03/08/17 | ONSTAR<br>ONLINE SVCS | 888-4ONSTAR | MI | $24.99 |
| 03/08/17 | HERFF JONES/NCGRD 1632 0021<br>336-228-7770<br>Description<br>WATCHES AND JEWELRY | BURLINGTON | NC | $397.06 |
| 03/09/17 | DISNEY RESORTS-ART OF ANIMATION FRONT<br>Arrival Date 03/09/17  Departure Date 03/13/17<br>00000000 | LAKE BUENA VISTA | FL | $340.31 |
| 03/11/17 | FRESH PRODUCE SPORTSWEAR<br>941-380-4478<br>Description<br>APPAREL/ACCESSORIES | ORLANDO | FL | $459.02 |
| 03/13/17 | THRIFTY CAR RENTAL<br>Location<br>Rental: ORLANDO FL<br>Return: ORLANDO FL<br>Agreement Number: 127595311<br>Renter Name: LUKENS /KATHLEEN | 877-283-0898<br>Date<br>17/03/09<br>17/03/13 | FL | $327.49 |
| 03/14/17 | CARNIVAL CRUISE LINES RESERVATION<br>CRUISE LINE | MIAMI | FL | $916.25 |
| 03/14/17 | CARNIVAL CRUISE LINES RESERVATION<br>CRUISE LINE | MIAMI | FL | $5,295.00 |
| 03/17/17 | SW AIR<br>SOUTHWEST AIRLINES (MASTE<br>From: LAS VEGAS MCCARRAN  To: RALEIGH/DURHAM / N/A / N/A / N/A<br>Ticket Number: 5262495561670<br>Passenger Name: LUKENS/KATHLEEN<br>Document Type: PASSENGER TICKET | DALLAS<br>Carrier: WN / YY / YY / YY  Class: H / 00 / 00 / 00<br>Date of Departure: 04/13 | TX | $285.94 |
| 03/17/17 | SW AIR<br>SOUTHWEST AIRLINES (MASTE<br>From: N/A  To: N/A / N/A / N/A / N/A<br>Ticket Number: 5260608270080<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | DALLAS<br>Carrier: YY / YY / YY / YY  Class: 00 / 00 / 00 / 00 | TX | $15.00 |

*Handwritten annotation next to HERFF JONES row: "Class Ring" (highlighted in yellow)*

Continued on next page

Case 2:20-cv-02892-SHL-tmp   Document 361-4   Filed 11/01/22   Page 4 of 4   PageID 8068



Page 3 of 7   03/08/16
NC   0005212416217

■ ELITE CLASSIC-MM 0005212416217 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/24 | BB&T CHECK CARD PURCHASE-PIN 02-24-16 WENDOVER FAMILY 9781 4839 WENDOVER JAMESTOWN NC | 26.00 |
| 02/25 | BB&T CHECK CARD PURCHASE HERFF JONES #4945 02-21 4046603134 GA 9781 | 256.45 |
| 02/25 | BB&T CHECK CARD PURCHASE ZEKOS 02-24 JAMESTOWN NC 9781 | 46.31 |
| 02/26 | BB&T ONLINE BILL PAYMENT ONLINE PMT PIEDMONT NAT GAS CKF234915441POS | 170.15 |
| 02/26 | BB&T ONLINE BILL PAYMENT ONLINE PMT CITIMORTGAGE CKF234915441POS | 869.13 |
| 02/26 | BB&T ONLINE BILL PAYMENT ONLINE PMT CHASE MTGE CKF234915441POS | 4,045.02 |
| 02/26 | BB&T CHECK CARD PURCHASE CONDE SYSTEMS 02-25 251-633-5704 AL 0859 | 100.00 |
| 02/26 | PREAUTHORIZED TRANSFER ACCOUNT NUMBER 0005205214102 | 75.00 |
| 02/29 | BB&T CHECK CARD PURCHASE-PIN 02-26-16 LOWE'S FOODS #18 9781 1236 GUILFORD JAMESTOWN NC | 290.56 |
| 02/29 | BB&T CHECK CARD PURCHASE SOUTHERN ROOTS RES 02-27 JAMESTOWN NC 0859 | 32.00 |
| 02/29 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005294828402 02-29-16 | 1,000.00 |
| 02/29 | BB&T ONLINE BILL PAYMENT BB&T Item Processing 02-29-16 20249280231001 | 675.49 |
| 02/29 | PREAUTHORIZED TRANSFER ACCOUNT NUMBER 0005109934609 | 50.00 |
| 03/01 | BB&T ONLINE BILL PAYMENT ONLINE PMT SAMS CLUB MC CKF234915441POS | 250.98 |
| 03/01 | PREAUTHORIZED TRANSFER ACCOUNT NUMBER 0005109934609 | 150.00 |
| 03/02 | BB&T ONLINE BILL PAYMENT ONLINE PMT VICTORIAS SECRET CKF234915441POS | 361.43 |
| 03/02 | BB&T 24 CASH WITHDRAWAL 03-02-16    0859 EDEN-MAIN MEADOW GREEN EDEN NC | 100.00 |
| 03/02 | SIGONFILE YARDI SERVICECHG 7ZB1 CourtneyLukens | 1.00 |
| 03/02 | K-T MAR #3 CHEER EXTREME AL XXXX LUKENS, BAILEY | 130.00 |
| 03/02 | SIGONFILE Inland American- FYB1 CourtneyLukens | 652.95 |
| 03/03 | BB&T ONLINE BILL PAYMENT ONLINE PMT PIEDMONT NAT GAS CKF234915441POS | 358.15 |
| 03/03 | SIGONFILE YARDI SERVICECHG L5C1 CourtneyLukens | 1.00 |
| 03/03 | SIGONFILE Inland American- 65C1 CourtneyLukens | 14.70 |
| 03/04 | INTERNET PAYMENT ACH PMT   AMEX EPayment M6732 | 1,000.00 |
| 03/04 | PREAUTHORIZED TRANSFER ACCOUNT NUMBER 0005205214102 | 75.00 |
| 03/07 | BB&T ONLINE BILL PAYMENT ONLINE PMT CITY/GREENSBORO CKF234915441POS | 74.52 |
| 03/07 | BB&T CHECK CARD PURCHASE BUFFALO WILD WINGS 03-04 HIGH POINT NC 0859 | 55.00 |
| 03/07 | BB&T CHECK CARD PURCHASE LA HACIENDA RESTAU 03-05 GREENSBORO NC 0859 | 23.22 |
| 03/07 | BB&T CHECK CARD PURCHASE REGAL PALLADIUM 14 03-05 HIGH POINT NC 0859 | 11.09 |
| 03/07 | BB&T CHECK CARD PURCHASE WALGREENS #15440 03-06 JAMESTOWN NC 0859 | 19.04 |
| 03/07 | BB&T CHECK CARD PURCHASE TROPICAL SMOOTHIE 03-06 GREENSBORO NC 0859 | 29.32 |
| 03/07 | FORCE PAY DEBIT MEMO Returned Cashed Check Fee | 12.00 |
| 03/07 | FORCE PAY DEBIT MEMO RCC-2016030510 B69866 | 80.00 |
| 03/07 | PREAUTHORIZED TRANSFER ACCOUNT NUMBER 0005109934609 | 50.00 |
| 03/08 | BB&T CHECK CARD PURCHASE APPLE CHINA I INC 03-07 GREENSBORO NC 0859 | 33.00 |
| 03/08 | IMAGE RESEARCH FEE | 10.00 |
| | Total other withdrawals, debits and service charges | = $14,572.28 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/16 | PY02/11/16 Greensboro Radio KENS Mark L Lukens | 213.59 |
| 02/16 | COUNTER DEPOSIT | 2,410.00 |
| 02/19 | PAYROLL   GREENSBORO RADIO 113X LUKENS, MARK L | 6,780.64 |
| 03/04 | PAYROLL   GREENSBORO RADIO 877X LUKENS, MARK L | 8,251.79 |
| 03/08 | INTEREST PAYMENT | 0.13 |
| | Total deposits, credits and interest | = $17,656.15 |

0012366   ■ PAGE 3 OF 7