## Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF TENNESSEE
 3     ---------------------------------------x
 4     AMERICAN SPIRIT AND CHEER
 5     ESSENTIALS, INC., et al.,
 6                    Plaintiffs,
 7        -against-                Civil Action No.
 8     VARSITY BRANDS, LLC, et al.,  2:20-cv-02782
 9                    Defendants.
10     ---------------------------------------x
11
12
13
14          VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                      ASHLEY B. HAYGOOD
15                Wednesday, May 18, 2022
                   10:06 a.m. - 4:57 p.m.
16          Reported Remotely through Videoconference
17
18
19
20
21
22              Reported stenographically by:
             Richard Germosen, CA CSR No. 14391
23        RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
          NCRA/NJ/NY/CA Certified Realtime Reporter
24            NCRA Realtime Systems Administrator
                     Job No. 2022-825466
25
```

## Page 2

```
 1       VIDEOTAPED TELECONFERENCED STENOGRAPHIC
 2   DEPOSITION of ASHLEY B. HAYGOOD, taken in the
 3   above-entitled matter before RICHARD GERMOSEN, Certified
 4   Court Reporter, (License No. 30XI00184700), Certified
 5   Realtime Court Reporter-NJ, (License No. 30XR00016800),
 6   California Certified Shorthand Reporter, (License No.
 7   14391), NCRA/NY/CA Certified Realtime Reporter, NCRA
 8   Registered Diplomate Reporter, New York Association
 9   Certified Reporter, NCRA Realtime Systems Administrator,
10   taken via remote video teleconference on Wednesday, May
11   18, 2022, commencing at 10:06 a.m.
```

## Page 3

```
 1   A P P E A R A N C E S:
 2
 3
 4   FALANGA & CHALKER
 5   BY:  ROBERT A. FALANGA, ESQ.
 6        -and-
 7   BY:  KOBELAH SVENSEN BENNAH, ESQ.
 8   11200 Atlantis Place #C
 9   Alpharetta, Georgia 30022
10   (470) 450.1164
11   robert@falangalaw.com
12   kobelah@falangalaw.com
13   Attorneys for Plaintiff,
14   Ashley B. Haygood
15
16   BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
17   BY:  KAREN LOTT GLOVER, ESQ.
18   First Horizon Building
19   165 Madison Avenue
20   Suite 2000
21   Memphis, Tennessee 38103
22   (901) 577.8261 / (901) 577.2302 (FAX)
23   kglover@bakerdonelson.com
24   Attorneys for USASF
25
```

## Page 4

```
 1   A P P E A R A N C E S:  (CONT'D.)
 2
 3
 4   CLEARY GOTTLIEB STEEN & HAMILTON LLP
 5   BY:  LINDEN BERNHARDT, ESQ.
 6   2112 Pennsylvania Avenue, N.W.
 7   Washington, D.C. 20037
 8   (202) 974.1511
 9   lbernhardt@cgsh.com
10   Attorneys for the Varsity Defendants
11
12   LOCKE LORD LLP
13   BY:  KATHERINE WRIGHT, ESQ.
14   2200 Ross Avenue
15   Suite 2800
16   Dallas, Texas 75201
17   (214) 740.8488
18   katie.wright@lockelord.com
19   Attorneys for the Defendant,
20   Jeff Webb
21
22   ALSO PRESENT:
23   JOHN THOMAS, Legal Video Specialist
24   TIFFANY TSUMPIS, VP/General Counsel, Varsity Brands
25
```

Page 33

1  book. All of the requests that, you know, involve
2  myself have been reviewed. Like I said, I've taken
3  a lot of time to think about this lawsuit.
4  Preparing for this deposition. Going through and
5  reading and, you know, reminding myself of things
6  that have happened throughout the years.
7       Gosh, producing what was produced
8  took hours upon hours of looking and searching-type
9  time. So I would say 30 to 40 is probably minimal,
10 but that's my best guesstimate for now, 30 to 40
11 hours for now.
12     Q.   And could you turn to tab one in your
13 binder.
14          MR. FALANGA: Hang on a second.
15     A.   Okay. I'm ready.
16     Q.   Okay.
17          MS. BERNHARDT: We will mark this, if
18 we haven't already, as exhibit two.
19          (Whereupon, document entitled Class
20 Action Complaint, is received and marked as Exhibit
21 2 for Identification.)
22 BY MS. BERNHARDT:
23     Q.   Do you recognize this document?
24     A.   Yes, ma'am.
25     Q.   Is this the first complaint that you

Page 34

1  filed in this case on July 24, 2020?
2      A.  Yes, ma'am.
3      Q.  Could you turn to page seven.
4      A.  Okay.
5      Q.  And do you see paragraph eight?
6      A.  Yes, ma'am.
7      Q.  And it says: Plaintiff Ashley
8  Haygood is a natural person, resident of the State
9  of Georgia, residing in the Northern District of
10 Georgia?
11     A.  Uh-huh.
12     Q.  And that was referring to you?
13     A.  Yes, ma'am.
14     Q.  And then it says: Ms. Haygood is the
15 parent of a schoolchild, paid competition entry
16 fees, competition admission fees, purchased travel
17 accommodations and insurance, purchased both
18 competitive and scholastic cheerleading uniform,
19 paid membership fees to USASF, and would be
20 obligated to pay for cheerleading camps marketed by
21 Varsity during the class period.
22     A.  Uh-huh, yes, ma'am.
23     Q.  Okay. And then about halfway through
24 tab one, after the last page of this complaint, you
25 should see a blue sheet of paper. Could you tell me

Page 35

1  if you find that? It should be after page 128 of
2  the complaint.
3      A.  Okay.
4      Q.  And on the document after that blue
5  sheet, do you see that document?
6      A.  I do, uh-huh.
7      Q.  Okay.
8          MS. BERNHARDT: And we'll mark this
9  as exhibit three.
10         (Whereupon, document entitled Class
11 Action First Amended Complaint, is received and
12 marked as Exhibit 3 for Identification.)
13 BY MS. BERNHARDT:
14     Q.  Do you recognize this document?
15     A.  Yes, ma'am, it's the amended
16 complaint.
17     Q.  And this was filed on April 13, 2022?
18     A.  Yes, ma'am.
19     Q.  Could you turn to page seven of this
20 document?
21     A.  Yes, ma'am.
22     Q.  Do you see where it says your name
23 about halfway down the page?
24     A.  I do.
25     Q.  Okay. Where it says: Plaintiff

Page 36

1  Ashley Haygood, that's referring to you; is that
2  right?
3      A.  Yes, ma'am.
4      Q.  Okay. If you turn to the next page,
5  page eight, on what looks like line 10, do you see
6  the sentence saying -- that begins: Her son played
7  football?
8      A.  I do.
9      Q.  Okay. Could you read that sentence?
10     A.  Her son played football for Woodstock
11 Middle School using athletic equipment, helmet,
12 football uniform, and football cleats purchased from
13 Varsity.
14         Just that sentence?
15     Q.  Yeah.
16     A.  Okay.
17     Q.  And where it says -- when it says:
18 Athletic equipment, what's the specific items that
19 you're referring to?
20     A.  I would assume pads. I know he was
21 given a set of pads every year like -- yeah, pads, I
22 think they call them pads.
23     Q.  Okay. But you're not sure if that's
24 what that's referring to?
25         MR. FALANGA: Objection. Form.

Page 37

1  Oh.
2      You can answer.  Answer.
3      A.     I am -- I'm not sure.  It's been --
4  he's in 11th grade now.  It's been a little while
5  since he was a middle schooler, but to the best of
6  my recollection, he was also given pads.  Kneepads
7  and top pads.  Oh, and a cup, a groin cup.  That's
8  all I can remember right now.
9      Q.     What years did he play football for
10 Woodstock Middle School?
11     A.     Can I look at my calendar, please?
12     Q.     Sure.  That would be okay.
13     A.     Okay.  So it looks like he played --
14 he was in 8th grade August of 2018.  So he would
15 have played 2018, 2017, and I think he sat out for
16 his 6th grade year, or he might have sat out --
17 yeah, I think it was his 6th grade year.  He might
18 have played all three.  I can't remember.  That boy
19 has played a lot of football.
20     Q.     So it would have been in the range of
21 2016 to 2018?
22     A.     Yes, ma'am, somewhere around there.
23     Q.     Okay.  And who purchased the
24 equipment that he used?
25     A.     Myself and my husband.

Page 38

1      Q.     And did you purchase it from the
2  school?
3      A.     Yes.
4      Q.     So you paid the school for the items?
5      A.     Yes, ma'am.
6      Q.     Okay.  Did you purchase items each
7  year?
8      A.     I paid the school each year and we
9  received the items, so yes.  I'm not sure.
10     Q.     Okay.  And when you paid the school,
11 was it -- did you, you know, get an invoice for each
12 item and paid for each item or was this a fee in
13 which the items were included?
14     A.     I really can't remember.  I really
15 can't remember.  He also did recreational football
16 before that and all of the years are really just
17 mushed together.
18     Q.     And about how much did you pay the
19 school?
20     A.     I don't even have a guess.  I'm
21 sorry.  I just can't -- I can't remember.
22     Q.     And how do you know where the school
23 purchased the items from?
24     A.     I mean, I want to say that's similar
25 to the daughter's uniforms, but the tags says where

Page 39

1  it is coming from.
2      Q.     But you're not sure?
3      A.     I can't remember.
4            MR. FALANGA:  Objection as to form.
5      Q.     Just let me try and understand your
6  answer.  You can't remember where the items came
7  from or is this something else you can't remember?
8      A.     No, the items came from the school.
9      Q.     Okay.
10     A.     I just don't remember how they got
11 them or how we even got them to be honest.  I'm not
12 even sure that I was there all the time.  A lot of
13 times for football they released stuff to the kids,
14 so mom pays a check and, you know, everything else
15 kind of happens through practice.
16     Q.     Uh-huh.  Okay.
17            And do you remember where the school
18 got them from?
19     A.     I -- I'm assuming Varsity.  My
20 recollection is that his stuff came from Varsity.
21     Q.     Okay.  And when you say you're
22 assuming Varsity, what are you basing that on?
23     A.     My recollection.
24     Q.     And what's your -- and I'm sorry to
25 ask again, but what's your recollection based on?

Page 40

1      A.     That his gear came from Varsity
2  through the school.
3      Q.     Okay.  And maybe this will help.
4  What I'm trying to understand is, is why you think
5  the gear came from Varsity.  So if there is
6  something you remember seeing that you're basing
7  that on, that's what I'm trying to ask.
8      A.     I'm sorry.  I don't remember.
9      Q.     Okay.
10     A.     I don't remember what made me think
11 that it came from Varsity.  I'm sorry.
12     Q.     Okay.  Thank you.
13            So in the sentence before that that
14 we were just discussing, you mentioned cheerleading
15 camps.
16            Do you see that?
17     A.     Yes.
18     Q.     Has your child attended cheerleading
19 camps?
20     A.     She has, uh-huh.
21     Q.     Which camps?
22     A.     The camps that she has attended thus
23 far have all been through her gym, at her gym, or
24 they've been through the school, at the school.
25     Q.     So for the -- we'll talk about the