## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

AMERICAN SPIRIT AND CHEER
ESSENTIALS, INC. by HEIDI
WEBER, ROCKSTAR
CHAMPIONSHIPS, LLC by DAVID
OWENS, JEFF & CRAIG CHEER,
LLC, d/b/a JEFF AND CRAIG
CAMPS, by CRAIG HALLMARK,
MARK LUKENS and KATHLEEN
LUKENS, and ASHLEY HAYGOOD,
Individually and on Behalf of all Others
Similarly Situated,

      Plaintiffs,

v.

VARSITY BRANDS, LLC, BSN
SPORTS, LLC, VARSITY SPIRIT
LLC, HERFF JONES, LLC, VARSITY
BRANDS HOLDING CO., INC.,
VARSITY SPIRIT FASHION &
SUPPLIES, LLC, U.S. ALL STAR
FEDERATION, INC., USA
FEDERATION FOR SPORT
CHEERING, d/b/a USA CHEER,
VARSITY INTROPA TOURS, LLC
and JEFF WEBB,

      Defendants.

CIVIL ACTION
FILE NUMBER:

2:20-cv-02782-SHL-tmp

**CLASS ACTION
ATTACHMENT A**

## <u>REQUEST FOR DOCUMENTS</u>

What we hope to get from you is just basic information.  Of particular importance are any contracts or documents showing any of these companies made "exclusive dealing" arrangements. Exclusive dealing arrangement are where a company agrees to serve you on the condition that (1) you buy the offered goods/services from them and not others; or (2) you buy a large share of your requirements from them.  Thank you in advance for whatever help you can provide.  Hopefully, in time we will be able to help you, growing American businesses, students, and parents!

### REQUESTS

1.

Any agreement or contracts between your organization (or any organization you oversee) and any of these companies in the past 7 years:

(1)     VARSITY BRANDS, LLC

(2)     BSN SPORTS

(3)     VARSITY SPIRIT, LLC

(4)     VARSITY BRANDS HOLDING CO., INC.

(5)     VARSITY SPIRIT FASHION & SUPPLIES

(6)     USA FEDERATION FOR SPORT CHEERING d/b/a USA CHEER

Involving **athletic goods or services**, **cheerleading goods or services**, or **uniforms** used in the scholastic setting.

2.

Some documentation showing how much of these items your organization—or your member-schools or parents or students of your member-schools—purchased from these companies over the past 7 years.

3.

Any documentation or agreements entered into with any of the companies mentioned in number 1 herein above, for any "All School" or "Impact Program" sales or services offered by them for the years 2015 to the present.

4.

Some documentation showing the name and contact information for the person or persons primarily responsible for making *any* agreements with these companies at your organization or in your member-schools (if applicable).

To respond, feel free to

(1)     email documents to: AMSpiritLitigation@falangalaw.com

(2)     mail documents to:    LAW OFFICES
                              FALANGA & CHALKER
                              ATTN: American Spirit Team
                              11200 Atlantis Place, Suite C
                              Alpharetta, GA 30022
OR
(3)     contact the requesting attorney for a hand-delivery location within 100 miles of
         your address.
 Respectfully submitted,


                                   */s/ Robert A. Falanga*
                                   Mr. Robert A. Falanga, Esq.
                                   Georgia Bar No. 254400

                                   */s/ Kobelah Svensen Bennah*
                                   Kobelah Svensen Bennah
                                   Georgia Bar No. 378113

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Place, Suite C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
Robert@falangalaw.com
kobelah@falangalaw.com