# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC. by HEIDI WEBER, ROCKSTAR CHAMPIONSHIPS, LLC by DAVID OWENS, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, by CRAIG HALLMARK, MARK LUKENS and KATHLEEN LUKENS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated, <br><br>                    Plaintiffs, <br><br>v. <br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT LLC, HERFF JONES, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPA TOURS, LLC and JEFF WEBB, <br><br>                    Defendants. | CIVIL ACTION <br> FILE NUMBER: <br> 2:20-cv-02782-SHL-tmp <br><br> **CERTIFICATE OF CONSULTATION** |

1

So let this affirm that after consultation between the parties to the controversy, the parties are unable to reach an accord as to all issues.

The consultation was had between:

Matt Mulqueen;

Eric Hazoury;

Steven Kaiser;

Paul Coggins,

Grady Garrison;

Brendan Gaffney;

Niccole Riccio;

Robert Falanga; and

Kobelah Svensen Bennah

via email on October 18, 2022.

[signature on subsequent page]

                                                                         Respectfully submitted,

This 1st day of November 2022.

                                                                         <u>s/  Kobelah Svensen Bennah</u>
                                                                         Kobelah Svensen Bennah
                                                                         Attorney Bar No. 378113

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
robert@falangalaw.com
kobelah@falangalaw.com