UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, *et al.*,<br><br>　　　Defendants. | Case No. 2:20-cv-02600-SHL-tmp<br>JURY TRIAL DEMANDED<br><br>Related Cases:<br>Case No. 2:20-cv-02892<br>Case No. 2:20-cv-2782-SHL-tmp |

**CERTIFICATION PURSUANT TO LR 7.2(a)(1)(B)**

In compliance with LR 7.2(a)(1)(B), it is hereby certified that Plaintiffs' Counsel, Eric L. Cramer, has consulted with Steve Kaiser and Nicole Riccio regarding the foregoing issues, but are unable to reach an accord.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ J. Gerard Stranch, IV*
　　　　　　　　　　　　　　　　　　J. Gerard Stranch, IV (TN BPR #23045)
　　　　　　　　　　　　　　　　　　Benjamin A. Gastel (TN BPR #28699)
　　　　　　　　　　　　　　　　　　**BRANSTETTER, STRANCH**
　　　　　　　　　　　　　　　　　　**& JENNINGS, PLLC**
　　　　　　　　　　　　　　　　　　223 Rosa Parks Ave. Suite 200
　　　　　　　　　　　　　　　　　　Nashville, TN 37203
　　　　　　　　　　　　　　　　　　Telephone: (615) 254-8801
　　　　　　　　　　　　　　　　　　gerards@bsjfirm.com
　　　　　　　　　　　　　　　　　　beng@bsjfirm.com

　　　　　　　　　　　　　　　　　　*Liaison Counsel for the Proposed Direct Purchaser Class*

　　　　　　　　　　　　　　　　　　Gregory S. Asciolla*
　　　　　　　　　　　　　　　　　　Karin E. Garvey*
　　　　　　　　　　　　　　　　　　Veronica Bosco*
　　　　　　　　　　　　　　　　　　**DICELLO LEVITT LLC**
　　　　　　　　　　　　　　　　　　485 Lexington Ave., 10th Fl.

New York, NY 10017
Telephone: (646) 933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
vbosco@dicellolevitt.com

Jonathan W. Cuneo*
Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga*
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

- 2 -

- 3 -

Nathan A. Bicks (TN BPR #10903)
Sarah E. Stuart (TN BPR #035329)
Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com
*Admitted pro hac vice

*Counsel for the Proposed Direct Purchaser Class*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 21st day of December, 2022, and served upon the following:

George S. Cary
Steven J. Kaiser
Linden Bernhardt
**CLEARY GOTTLIEB STEEN**
**& HAMILTON LLP**
2112 Pennsylvania Avenue
NW Washington, DC 20037
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

Heather Nyong'o Jennifer K. Park
**CLEARY GOTTLIEB STEEN**
**& HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304
hnyongo@cgsh.com
jpark@cgsh.com

Matthew S. Mulqueen
Adam S. Baldridge
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC;*
*Varsity Spirit Fashions & Supplies;*
*and Varsity Spirit LLC*

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR #23045)
