IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | No. 2:20-cv-02892-SHL-tmp |

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND PAGE LIMITATION FOR CLASS CERTIFICATION OPENING BRIEF**

Before the Court is Plaintiffs' Motion to Extend Page Limitation for Class Certification Opening Brief, filed January 10, 2023. (ECF No. 368.) Plaintiffs request an additional 10 pages for their memorandum in support of their motion for class certification for a total of 30 pages. (Id. at PageID 8328.) Plaintiffs aver that such an extension is necessary for the same reasons as those cited by Plaintiffs in the related case Fusion Elite All Stars et al. v. Varsity Brands, LLC et al., 2:20-cv-2600-SHL-tmp, where the court granted an identical extension. (See Fusion Elite ECF No. 311.) These reasons include that this case is "equally complex, also with multiple factual allegations and elements." (ECF No. 368 at PageID 8328.) Plaintiffs note that "concision," however, "remains a goal." (Id.)

The Court agrees and the Motion is **GRANTED.** But the Court reiterates its warnings that additional pages do not necessarily provide an increased likelihood of success. Concision and clarity of argument are far more effective.

**IT IS SO ORDERED**, this 12th day of January, 2023.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
UNITED STATES DISTRICT JUDGE