UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES, ET AL.<br><br>      Plaintiffs,<br>   v.<br><br>VARSITY BRANDS, LLC, ET AL.,<br><br>      Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

## JOINT NOTICE TO COURT REGARDING PREFERRED TRIAL DATE

At the Status Conference on January 18, 2023, the Court directed the parties to confer and report on their preferred trial date. The parties have done so and hereby notify the Court that their agreed preferred trial date is May 13, 2024.

Dated:  January 23, 2023                          Respectfully submitted,


s/ Joseph R. Saveri                               s/ Matthew S. Mulqueen

Van Turner (TN #22603)                            George S. Cary*
Katrice Feild (TN #31263)                         Steven J. Kaiser*
BRUCE TURNER, PLLC                                Linden Bernhardt*
2650 Thousand Oaks Blvd., Suite 2325              CLEARY GOTTLIEB STEEN &
Memphis, Tennessee 38118                          HAMILTON LLP
Phone: (901) 290-6610                             2112 Pennsylvania Avenue, NW
Fax: (901) 290-6611                               Washington, DC 20037
vturner@bruceturnerlaw.net                        Phone: (202) 974-1500
katrice@bruceturnerlaw.net                        Fax: (202) 974-1999
                                                  gcary@cgsh.com
Joseph R. Saveri* Ronnie S. Spiegel*+             skaiser@cgsh.com
David Seidel*                                     lbernhardt@cgsh.com
Kevin Rayhill*
Elissa Buchanan*                                  Jennifer Kennedy Park*
JOSEPH SAVERI LAW FIRM, LLP.                      Heather Nyong'o*
601 California Street, Suite 1000                 CLEARY GOTTLIEB STEEN &
San Francisco, California 94108                   HAMILTON LLP
Phone: (415) 500-6800

Fax: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
dseidel@saverilawfirm.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone : (612) 333-8844
Fax : (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Richard M. Paul III*
Ashlea Schwarz*

PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Phone: (816) 984-8100
rick@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Phone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

*Admitted *pro hac vice*
+Located in Washington State

*Attorneys for Plaintiffs*

1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashions & Supplies, LLC*

s/ Nicole Berkowitz Riccio
Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
James Andrew Roach (TN #37934)

2

Karen Lott Glover (TN #38714)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com
aroach@bakerdonelson.com
kglover@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*


s/ Brendan P. Gaffney
Paul E. Coggins*
Brendan P. Gaffney*
Kiprian E. Mendrygal*
Jennifer McCoy*
Katherine Wright
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com
kmendrygal@lockelord.com
jennifer.mccoy@lockeord.com
katie.wright@lockelord.com

* Admitted pro hac vice

Edward L. Stanton III (TN #018904)
S. Keenan Carter (TN # 023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.carter@butlersnow.com

*Attorneys for Jeff Webb*