# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,<br><br>　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

## NOTICE OF WITHDRAWAL OF COUNSEL

　　The undersigned hereby notifies the Court and counsel of record that Sean R. Cooper is no longer with the firm Paul LLP, and he hereby withdraws as counsel of record for Plaintiffs in the above-captioned action and hereby requests removal from the CM/ECF docket and official service list. Plaintiffs will continue to be represented by the remaining counsel of record from Paul LLP.

Dated: February 9, 2023          By : /s/ *Joseph R. Saveri*
                                                    Joseph R. Saveri*
                                                    Steven N. Williams*
                                                    Kevin E. Rayhill*
                                                    Elissa A. Buchanan*
                                                    Anna-Patrice Harris*
                                                    **JOSEPH SAVERI LAW FIRM, INC.**
                                                    601 California Street, Suite 1000
                                                    San Francisco, California 94108
                                                    Telephone: (415) 500-6800
                                                    Facsimile:  (415) 395-9940
                                                    Email:  jsaveri@saverilawfirm.com
                                                              swilliams@saverilawfirm.com
                                                              krayhill@saverilawfirm.com
                                                              eabuchanan@saverilawfirm.com
                                                              aharris@saverilawfirm.com

                                                    Van Turner (TN Bar No. 22603)
                                                    Katrice Feild (TN Bar No. 31263)
                                                    **BRUCE TURNER, PLLC**
                                                    2650 Thousand Oaks Blvd., Suite 2325
                                                    Memphis, Tennessee 38118
                                                    Telephone:  (901) 290-6610
                                                    Facsimile:  (901) 290-6611
                                                    Email:         vturner@bruceturnerlaw.net
                                                              katrice@bruceturnerlaw.net

                                                    Daniel E. Gustafson
                                                    Daniel C. Hedlund
                                                    Daniel J. Nordin
                                                    Ling S. Wang
                                                    **GUSTAFSON GLUEK PLLC**
                                                    Canadian Pacific Plaza
                                                    120 South Sixth Street, Suite 2600
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 333-8844
                                                    Facsimile: (612) 339-6622
                                                    Email: dgustafson@gustafsongluek.com
                                                           dhedlund@gustafsongluek.com
                                                           dnordin@gustafsongluek.com
                                                           lwang@gustafsongluek.com

2

Richard M. Paul III*
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Fax: (816) 984-8101
Email: Rick@PaulLLP.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

* Admitted pro hac vice

*Attorneys for Individual and Representative Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: February 9, 2023                                By:    */s/ Richard M. Paul III*