## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | Case No. 2:20-cv-02892-SHL-tmp |
| VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY, | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

Plaintiffs hereby respectfully request the Court allow Sean R. Cooper to withdrawal as counsel for Plaintiffs and the putative class. Mr. Cooper is no longer employed by or a member of the firm Paul LLP. Further, Plaintiffs request he be removed from the CM/ECF docket and official service list. Plaintiffs will continue to be represented by the remaining counsel of record from Paul LLP, counsel at Joseph Saveri Law Firm, Inc, counsel at Bruce Turner, PLLC, counsel at Gustafson Gluek PLLC, and Hartley LLP.

1

Dated: February 10, 2023

By : _/s/ Richard M. Paul III_

Richard M. Paul III*
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Fax: (816) 984-8101
Email: Rick@PaulLLP.com

* Admitted pro hac vice

*Attorney for Individual and Representative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: February 10, 2023

By: ___/s/ Richard M. Paul III_____