# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC, et al.** <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp <br><br><br><br> **JURY DEMAND** |

## PLAINTIFFS' MOTION TO APPOINT LEAD CLASS COUNSEL AND CERTIFICATE OF CONSULTATION

Pursuant to Fed. R. Civ. P. Rule 23(g)(1), Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs"), individually and on behalf of all others similarly situated, move this Court for an order appointing Joseph Saveri Law Firm, LLP as Lead Class Counsel; Gustafson Gluek PLLC, Hartley LLP, and Paul LLP as the Plaintiffs' Executive Committee; and Turner Feild PLLC as Plaintiffs' Liaison Counsel. This motion is based on Plaintiffs' Memorandum of Law and the declaration of Joseph Saveri filed in support of this Motion, as well as the records and files in this case and any other materials the Court chooses to consider. Plaintiffs request oral argument. Plaintiffs believe oral argument will assist the Court in addressing the issues presented and will allow the parties to answer any questions the Court may have.

Dated: February 10, 2023                    Respectfully submitted,

By:      /s/ *Joseph R. Saveri*      
        Joseph R. Saveri

Joseph R. Saveri*  
Steven N. Williams*  
Ronnie Seidel Spiegel*+  
Kevin E. Rayhill*  
Elissa A. Buchanan*  
David Seidel*  
JOSEPH SAVERI LAW FIRM, LLP  
601 California Street, Suite 1000  
San Francisco, California 94108  
Telephone: (415) 500-6800  
Facsimile: (415) 395-9940  
jsaveri@saverilawfirm.com  
swilliams@saverilawfirm.com  
rspiegel@saverilawfirm.com  
krayhill@saverilawfirm.com  
eabuchanan@saverilawfirm.com  
dseidel@saverilawfirm.com  

Van Turner Jr. (TN Bar No. 22603)  
TURNER FEILD, PLLC  
2650 Thousand Oaks Blvd., Suite 2325  
Memphis, Tennessee 38118  
Telephone: (901) 290-6610  
Facsimile: (901) 290-6611  
VTurner@TurnerFeildLaw.com  

Richard M. Paul III*  
Ashlea Schwarz*  
PAUL LLP  
601 Walnut, Suite 300  
Kansas City, Missouri 64106  
Telephone: (816) 984-8100  
rick@paulllp.com  
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF CONSULTATION

I hereby certify, pursuant to Local Rule 7.2(a)(1)(B), that my firm met and conferred with counsel for Defendants regarding this motion. Matt Mulqueen of Baker Donelson advised they will oppose this motion.

                       /s/ *Joseph R. Saveri*
                       Joseph R. Saveri