# Exhibit 4



601 Walnut, Suite 300
Kansas City, Missouri 64106
Tel (816) 984-8100
Fax (816) 984-8101

www.PaulLLP.com

Rick Paul and Ashlea Schwarz founded Paul LLP after years of litigating high stakes commercial cases together. We have fought against some of the biggest companies in the country, including Syngenta, Monsanto, Corteva, JPMorgan Chase, Phillips 66, and General Motors. And we have won big. We founded the firm on two overriding principles: (1) a strong passion for litigating cases on behalf of our clients; and (2) a desire to make meaningful, industry-wide changes that create reshaped markets and improved lives.

We have recovered nearly three billion dollars for our clients through trial, arbitration, and settlement. We have handled some of the largest cases in the country against the largest, most well-funded and well-represented companies. And, we don't just litigate—we prepare cases for trial and take cases to trial.

**The Work We Do**

Agriculture: The agricultural industry is rapidly consolidating and is launching new biotechnology products every year. Located in the Midwest, we have a deep knowledge of how law and agriculture intersect, including the areas of negligence, chemical-drift, trespass, antitrust, food safety, trade, marketing, and resource management. The agricultural and biotechnology industries are highly regulated with a complex web of state and federal regulations, many of which give rise to preemption issues. Our lawyers have handled a wide variety of cases in this area of the law and are well-versed in the statutory and regulatory issues that arise in litigation related to agriculture in individual, mass, and class actions.

Antitrust: Antitrust laws were enacted to ensure that businesses play by the rules to ensure that a free market prevails. Our lawyers have both prosecuted and defended antitrust actions in the agriculture, technology, and health care industries. We handle both antitrust class actions as well as individual cases. We make sure that companies who engage in unfair business practices are kept in check, allowing other businesses the opportunity to compete in a fair marketplace.



Class Actions: We know how difficult it is for a single person to bring a case against a large corporation or entity. The enormity of this task prevents many people from pursuing legitimate claims, which allows companies to continue with unsafe, unlawful, or unfair practices. These are often pervasive, industry-wide violations. Our attorneys have the skill set necessary to bring about meaningful change through class litigation.

Commercial Litigation: Partnerships within or between businesses often lead to disputes. When partnerships are exploited, or contracts are not followed through on, we help pick up the pieces.

Commodities: Being a Midwest law firm, we know commodities litigation. From grains, farm animals, oil and gas, precious metals, we have handled a broad spectrum of commodities-related litigation. We are familiar with the commodities exchanges, the statutory and regulatory environment, and the jargon of these industries.

Products Liability: We have a breadth of experience in ensuring manufacturers take responsibility for products that cause harm or injury to consumers. Injury and financial harm can result from products with faulty design or improper manufacturing, as well as a company's failure to warn consumers of possible injury or unwanted side effects from use of that product.

**The Results We Have Achieved**

*In re Syngenta MIR162 Corn Litigation* (U.S. District Court, District of Kansas) and *In re Syngenta Litigation* (Minnesota Fourth Judicial District) (appointed to Plaintiffs Executive Committee in both federal and state MDLs; trial counsel for individual bellwethers and Minnesota class leading to $1.51 billion settlement)

*In re Dicamba Herbicides Litigation* (U.S. District Court, Eastern District of Missouri) (appointed to Plaintiffs' Executive Committee and Settlement Committee leading to $400 million settlement)

*In re General Motors Dex-Cool Cases* (Alameda County Superior Court, California; Jackson County Circuit Court, Missouri; Southern District of Illinois, MDL 1562) (appointed Co-Lead Counsel in federal MDL and as Co-Lead Class Counsel in two state courts; obtained one of the largest automotive defect settlements of all time)

*In re Eclipse Aviation Depositor Litigation* (Bernalillo County, New Mexico) (negotiated settlement of approximately $49,000,000 on behalf of purchasers of jet aircraft)

*In re: Air Crash of N51RX* (Santa Fe County, New Mexico) (negotiated complex 8-figure settlement in a 5-death air ambulance crash with multiple defendants and insurance companies)

*Malloy v. Pratt & Whitney* (U.S. District Court, Northern District of Oklahoma) ($2.1 million settlement of product liability claim for defective aircraft engines)



*In re Great Plains Air Lines* (U.S. Bankruptcy Court, Northern District of Oklahoma) (negotiated confidential settlement with officers and directors of defunct regional airline carrier)

*In re Mountain Energy Corp.* (U.S. Bankruptcy Court, Western District of Missouri) (officer/director liability, negotiated 14-party settlement with more than $60 million recovery)

*In re Oak Hills Drilling & Operating Co.* (U.S. Bankruptcy Court, Eastern District of Oklahoma) (obtained judgment after trial for over $1.5 million on behalf of bankruptcy estate)

*Malloy v. Commerce Bank* (District Court of Tulsa County, Oklahoma) (negotiated settlement for claims alleging aiding and abetting breach of fiduciary duty, fraudulent transfers, and civil conspiracy on behalf of bankruptcy estate)



*The Lawyers and Reputation We Enjoy*



**Rick Paul**
Partner

Rick specializes in complex antitrust, business, product liability, and consumer litigation—typically involving class or mass actions. Rick graduated from the University of Missouri-Columbia School of Law, where he served as Associate Managing Editor of the Missouri Law Review. After law school, Rick was a judicial law clerk at the Missouri Supreme Court and the Missouri Court of Appeals, Western District. In 1996, he began private practice with the firm formerly known as Shughart Thomson & Kilroy, a large Kansas City law firm with offices in Missouri, Kansas, Colorado, and Arizona. In 2002, the Board of Directors of Shughart Thomson elected him a Shareholder and Director. In 2008, Rick moved his practice to Stueve Siegel Hanson LLP. In May 2013, Rick started Paul LLP.

Rick has recovered nearly $3 billion for his clients through trial or settlement. Rick has been appointed by numerous courts across the country to serve as lead counsel in class and mass actions and in MDL proceedings.

Rick enjoys being in the courtroom and has tried and won many types of cases in jury trials, bench trials, and arbitrations. He has repeatedly been brought into a case shortly before trial for just that purpose. Rick served as trial counsel in the *In re Syngenta Litigation* pending in the Minnesota Fourth Judicial District. Rick was co-lead trial counsel for the first individual bellwether trial as well as the Minnesota class action trial. During the third week of the Minnesota class trial, the litigation was settled on behalf of all farmers (individual and classes) across the country. Rick has also argued more than 40 appeals to various state and federal appellate courts and briefed over 100 appeals.

Rick is active in the local bar, including the Kansas City Metropolitan Bar Association. He has served as Vice-Chair on the Business Torts Committee, where he authored the Chapter on Fiduciary Duties for the Business Torts Handbook. Rick is a frequent speaker and moderator at seminars and presentations on trial-related issues. In 2006, Missouri Lawyers Weekly named Rick as one of eight "Up and Coming Lawyers." He is annually named a "Missouri/Kansas Super Lawyer" and has an AV Preeminent Peer Review Rating with Martindale-Hubbell.

*Court Admissions*

| | |
|---|---|
| Missouri, 1995 | U.S. Court of Appeals, 9th Circuit |
| Kansas, 1997 | U.S. Court of Appeals, 10th Circuit |
| U.S. Supreme Court | U.S. Court of Appeals, 11th Circuit |



| | |
|---|---|
| U.S. Court of Appeals, 3rd Circuit | U.S. District Court, District of Colorado |
| U.S. Court of Appeals, 4th Circuit | U.S. District Court, District of Kansas |
| U.S. Court of Appeals, 5th Circuit | U.S. District Court, Eastern District of Missouri |
| U.S. Court of Appeals, 6th Circuit | U.S. District Court, Western District of Missouri |
| U.S. Court of Appeals, 7th Circuit | U.S. District Court, Eastern District of Wisconsin |
| U.S. Court of Appeals, 8th Circuit | |

*Education*

University of Missouri-Columbia School of Law, Columbia, Missouri, 1995
J.D., Assistant Managing Editor, Missouri Law Review

University of Missouri, Columbia, Missouri, 1992
B.A., Economics and Political Science, Honors College
*Honors*: MU Varsity Tennis Team, Letter winner; Academic All Big-8





**Ashlea Schwarz**
Managing Partner

Ashlea, Managing Partner of Paul LLP, litigates complex business disputes including claims for negligence, breach of contract, breach of fiduciary duty, fraud, and misrepresentation. She also represents clients in a range of litigation matters including complex, consumer class actions.

Ashlea has represented thousands of clients from the inception of a case through a verdict and litigated nearly 100 mass and class actions. Ashlea has taken 6 cases to trial, including three collective/class actions where she recovered over $5 million collectively for her clients. Her practice is nationwide and traditionally includes multi-party and multi-district litigation.

Ashlea remains involved in the legal community through her work as a former board member for the Kansas City Metropolitan Bar Association and Current Past President of the Kansas City Bar Association's Federal Court Advocates Section, and subcommittee chair for American Women Lawyers. In 2014, she was named one of Missouri Lawyers' Weekly's "Up and Coming Lawyers," an award recognizing litigators under age 40 who demonstrate excellence in the legal profession and in their commitment to their communities. Ashlea continues to be selected yearly as a Kansas City Business Journal Rising Star and is a Missouri/Kansas Super Lawyer. Additionally, in 2022 she was selected to the Missouri Lawyers' Weekly's POWER List of Commercial & Consumer Litigation Attorneys and received their Women's Justice Litigation Practitioner Award.

*Court Admissions*

Missouri, 2007
Kansas, 2008
U.S. Court of Appeals, 4th Circuit
U.S. Court of Appeals, 10th Circuit

U.S. District Court, District of Colorado
U.S. District Court, District of Kansas
U.S. District Court, Western District of Missouri

*Education*

University of Kansas School of Law, Lawrence, Kansas, 2007
J.D., Clerk for Judge Julie Robinson, U.S. District, District of Kansas, 2005-2006
*Honors:* P. Mize Award for Trial Advocacy, Robert F. Bennett Award for Public Service
Kansas State University, Manhattan, Kansas, 2004

B.A. in Journalism and Mass Communications and minors in English and German
*Honors:* Phi Beta Kappa, Phi Kappa Phi, Golden Key, Journalism and Mass Communication Ambassador, K-State Student Foundation Board Member, University Ambassador





**Laura Fellows**
Partner

Laura Fellows is a native of Arkansas and focuses her practice on complex business litigation, antitrust litigation, class/mass actions, and personal injury matters. Laura has represented class and collective action plaintiffs, as well as individual plaintiffs, in contract, employment, and wage and hour litigation throughout the country. Laura has also represented plaintiffs in individual arbitration actions, including recently first-chairing an individual misclassification arbitration to a plaintiff's victory. She has been named a Super Lawyers' Missouri/Kansas Rising Star yearly since 2015.

During law school, Laura was on the national team for the American Bar Association's Negotiation Competition, reaching the semi-final round of the national competition. Laura also served as president of the Association for Women Law Students. Before law school, Laura attended Missouri State University as a Board of Governor's Scholar and member of the honors college. Also, while at Missouri State, Laura served as the homecoming philanthropy chair, helping establish the "Can-Structure" event to benefit Ozarks Food Harvest. Outside of the office, Laura enjoys fostering dogs through her local animal rescue center.

*Court Admissions*

| | |
|---|---|
| Missouri, 2013 | U.S. Court of Appeals, 8th Circuit |
| Kansas, 2014 | U.S. District Court, Western District of Missouri |
| Arkansas, 2015 | U.S. District Court, District of Kansas |
| | U.S. District Court, Eastern District of Arkansas |
| | U.S. District Court, Western District of Arkansas |

*Education*

University of Missouri Kansas City School of Law, 2013 J.D.
Missouri State University, 2010

B.A. in Communications and minor in German, *Cum Laude* in the Honors College
*Honors:* Board of Governors Scholar





**Amy Tillery**
Associate

Amy is a native of Wichita, Kansas and has lived in the Kansas City area since graduating law school in 2006. She has a strong background in commercial litigation and construction law and has experience in all phases of litigation through appeal. Prior to joining Paul LLP in 2019, Amy practiced with two other civil litigation firms in Kansas City. Amy resides in Overland Park, Kansas with her husband, Chris, who is also an attorney, and her three young children.

*Court Admissions*

Kansas, 2007
Missouri, 2006 (inactive)

*Education*

University of Kansas School of Law
J.D. 2007
    *Honors:* CALI Excellence for the Future Award in Jurisprudence

Kansas State University
B.A., History with Distinction and Departmental Honors, 2003
Phi Beta Kappa

*Community*

Special Education Advisory Council
Blue Valley School District, Overland Park, Kansas
(2018 – present)





**Kyle Taylor**
Associate

Kyle is a native of St. Joseph, Missouri. Prior to attending law school, Kyle was a professionally certified tennis instructor in the Kansas City, Kansas and Colorado Springs, Colorado areas. In 2019, Kyle joined Paul LLP where his practice focuses on toxic tort litigation.

*Court Admissions*

Missouri, 2019
U.S. District Court, Western District of Missouri

*Education*

University of Missouri – Kansas City
J.D. 2017

William Jewell College
B.A., Political Science and Psychology, 2011
*Honors:* Dean's List, Scholar-Athlete, Varsity Tennis Team,
          Team Captain, School Record Holder: All-Time Wins





**Kayla Knipfel**
Associate

Kayla focuses her practice on antitrust matters and mass torts, including toxic torts. Kayla joined Paul LLP in 2022 after graduating with honors from the University of Missouri-Kansas School of Law. During law school, Kayla served on the UMKC Law Review staff, as Membership Chair for the Association of Women Law Students, and as a tour guide for the Office of Admissions. She earned CALI Excellence for the Future Awards in Labor Law, Administrative Law, and Seminar in Famous Trials. She interned with the United States Department of Labor, a criminal defense practice, and a nationally recognized workers' compensation firm. She was involved with the UMKC Expungement Clinic which helps indigent Missourians seal their criminal records, and the UMKC Abandoned Housing Clinic which clears the title of abandoned properties in low-income neighborhoods in Kansas City's urban core.

*Court Admissions*

Missouri, 2022
U.S. District Court, Western District of Missouri

*Education*

University of Missouri Kansas City School of Law
2022 J.D., *Magna Cum Laude*

Missouri State University
B.S., Business Management, 2018, *Cum Laude*





**David Bodenheimer**
Associate

David focuses his practice on complex antitrust litigation, class actions, mass torts, pharmaceutical drug and medical device litigation, and medical malpractice. David joined Paul LLP in 2022 after graduating Valedictorian from the University of Missouri-Kansas School of Law. During law school, David was a Research Assistant; worked as a legal research and writing Teaching Assistant; served as Vice-Magister of Phi Delta Phi, an international legal honors society; founded an organization; served on the UMKC Law Review staff; and competed in the Ellison Moot Court Competition, placing second overall. He interned at Copilevitz, Lam & Raney, P.C., a firm specializing in First Amendment law, and Paul LLP. Prior to law school, David participated in Boy Scouts of America and earned the rank of Eagle Scout in 2013.

*Court Admissions*

Missouri, 2022

*Education*

University of Missouri Kansas City School of Law
2022 J.D., Valedictorian, *Summa Cum Laude*

Missouri State University
B.S., Fashion Merchandising & Design, 2019, *Cum Laude*