# Exhibit 5

**Van Davis Turner, Jr., Esq.**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Phone:  (901) 290-6610 Fax:  (901) 290-6611
E-mail:  vturner@bruceturnerlaw.net
Website:  www.bruceturnerlaw.net

---

## CURRICULUM VITAE

---

### EDUCATION

**University of Tennessee College of Law**                              **Knoxville, Tennessee**

Doctor of Jurisprudence                                                 May 2002

Distinctions:  *Tennessee Law Review*, research editor; *Transactions: Tennessee Journal of Business Law*, articles editor; The Order of Barristers; Advocate's Prize Moot Court Competition:  Champion, Best Oralist, Best Brief Runner-up, Dean's Certificate of Excellence Award; Moot Court Board; Student Bar Association; Black Law Student Association; Phi Alpha Delta; Business & Tax Law Association; Black Graduate & Professional Student Association

**Morehouse College**                                                   **Atlanta, Georgia**

Bachelor of Arts-English & Linguistics                                  May 1997

Distinctions:  *Magna Cum Laude*; Phi Beta Kappa; Dean's List; Golden Key National Honor Society; Sigma Tau Delta English Honor Society-President; University of Notre Dame Pew Younger Scholar; Student Government Association-Secretary; NAACP-Vice President; Pre-Alumni Association-Member

### PUBLIC SERVICE

**NAACP Memphis Branch**                                                **Memphis, Tennessee**

*Board President*                                                       2020-Present

Duties:  Successfully implemented a three-pronged strategy:  Protest, Policy and Protect in response to the murder of George Floyd and raised $35,000 for the legal defense of peaceful protesters demonstrating Floyd's murder; supported and worked with the family of Alvin Motely, Jr., an unarmed African-American man shot to death by an armed security guard in Memphis because he was playing loud music; and conducted extensive outreach to the African-American community during the Covid-19 Pandemic Epidemic offering testing, vaccinations, food and housing assistance

1

**Van Davis Turner, Jr., Esq.**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Phone:  (901) 290-6610 Fax:  (901) 290-6611
E-mail:  vturner@bruceturnerlaw.net
Website:  www.bruceturnerlaw.net

**Memphis Greenspace, Inc.**                                                      **Memphis, Tennessee**

*Board President*                                                                                  2017-Present

Duties:  Received transfer of Health Sciences and Memphis Park on December 20, 2017, and at approximately 9:01 p.m., removed the Confederate monuments of Nathan B. Forrest and Jefferson Davis; transferred monuments and buried remains of General Nathan Forrest and Mary Forrest to a safe location outside of Memphis and Shelby County, Tennessee pursuant to a mediated resolution of a lawsuit regarding the transfer and statute removal

**Shelby County Commissioner District 12**                           **Memphis, Tennessee**

*Past Chairman*                                                                                   2014-Present

Duties:  Represent Hickory Hill and Southeast Shelby County; served as Board Chairman 2018-2019; focus on education funding, job growth and public safety; supported a stable tax rate and balanced budget for two terms with approximately $50 million dollars allocated in increased funding for education; and implemented programs to better assist local minority and women owned businesses work and contract with the government

**LEGAL EXPERIENCE**

**Bruce Turner, PLLC**                                                                   **Memphis, Tennessee**

*Partner and Member*                                                                     April 2011-Present

Duties:   Focus practice in business transactions and litigation, estate planning and personal injury law; draft and argue dispositive and non-dispositive motions in federal and state courts; serve as lead counsel in non-jury and jury trials in federal and state courts; represent clients in mediations and arbitrations; and represent and advise small businesses in all matters

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**               **Memphis, Tennessee**

*Of Counsel*                                                                                        Jan. 2009-April 2011

Duties: Focused practice in education law, public law, and civil, commercial, employment and labor litigation; drafted and argued dispositive and non-dispositive motions in federal and state courts; served as lead counsel in non-jury and jury trials in federal and state courts; represented clients in mediations and arbitrations; and represent and advised school districts in all matters

**Van Davis Turner, Jr., Esq.**
**2650 Thousand Oaks Blvd., Suite 2325**
**Memphis, Tennessee 38118**
**Phone:  (901) 290-6610 Fax:  (901) 290-6611**
**E-mail:  vturner@bruceturnerlaw.net**
**Website:  www.bruceturnerlaw.net**

| | |
|---|---:|
| **Memphis City Schools Office of General Counsel** | **Memphis, Tennessee** |
| *Associate General Counsel* | May 2007-Jan. 2009 |

Duties: Served as legal advisor to Board of Commissioners and Memphis City Schools; reviewed and drafted various vendor, service, and construction contracts; rendered legal opinions in employment, labor, and education law; defended civil rights, personal injury and breach of contract claims; represented Memphis City Schools in administrative proceedings, mediations and arbitrations; and coordinated litigation defense with outside counsel

| | |
|---|---:|
| **Evans & Petree PC** | **Memphis, Tennessee** |
| *Associate Attorney* | Feb. 2006-Apr. 2007 |

Duties: Focused practice in civil, commercial, employment and labor litigation; drafted and argued dispositive and non-dispositive motions in federal and state courts; served as lead counsel in non-jury and jury trials in federal and state courts; and represented clients in mediations and arbitrations

| | |
|---|---:|
| **Glankler Brown, PLLC** | **Memphis, Tennessee** |
| *Associate Attorney* | Sept. 2003-Feb. 2006 |

Duties: Focused practice in general civil, criminal and commercial litigation; drafted and argued dispositive and non-dispositive motions in federal and state courts; served as lead counsel in non-jury and jury trials in federal and state courts; and represented clients in mediations and arbitrations

| | |
|---|---:|
| **U.S.D.C. for the Western District of Tennessee** | **Memphis, Tennessee** |
| *Law Clerk to the Honorable Samuel Hardy Mays, Jr.* | Aug. 2002-Aug. 2003 |

Duties: Drafted orders and opinions on summary judgment motions, motions to dismiss, discovery motions, trial motions and motions regarding patent and trademark issues and *Markman* hearings, and Title VII issues involving gender, race, age, and disability discrimination; performed extensive researched of federal and state law in both civil and criminal cases; and observed civil and criminal non-jury and jury trials.

**Van Davis Turner, Jr., Esq.**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Phone: (901) 290-6610 Fax: (901) 290-6611
E-mail: vturner@bruceturnerlaw.net
Website: www.bruceturnerlaw.net

### ADMITTED TO PRACTICE

Mississippi Supreme Court
Tennessee Supreme Court
United States Court of Appeals for the Fifth Circuit
United States District Court for the Eastern District of Arkansas
United States District Court for the Northern District of Mississippi
United States District Court for the Southern District of Mississippi
United States District Court for the Western District of Tennessee
United States District Court for the Middle District of Tennessee

### WORK EXPERIENCE

**Southwest Community College**                                **Memphis, Tennessee**

*Adjunct Professor*                                                June 2009-April 2011

Duties: Taught paralegal studies students the basics of legal principles and the practice of law; instructed students on how to draft business correspondence, memoranda, discovery pleadings and introduced students to American law and jurisprudence.

**University of Memphis, C.C. Humphreys School of Law**       **Memphis, Tennessee**

*Adjunct Professor*                                                Aug. 2007-May 2009

Duties: Taught legal writing and methods to first year law students; instructed students on how to draft concise fact sections and structure coherent legal arguments using Blue Book formal; assisted students with drafting legal memoranda; assisted students with drafting persuasive pleadings and legal briefs; and assisted students with the drafting of appellate briefs and arguments before a mock panel of judges.

**LeMoyne-Owen College**                                      **Memphis, Tennessee**

*Adjunct Professor*                                                Aug. 2003-July 2010

Duties: Taught non-traditional students business writing and business law; instructed students on how to draft business correspondence, memoranda, position papers; introduced students to American law and jurisprudence; and examined students on debate and public speaking.

4

**Van Davis Turner, Jr., Esq.**
**2650 Thousand Oaks Blvd., Suite 2325**
**Memphis, Tennessee 38118**
**Phone: (901) 290-6610 Fax: (901) 290-6611**
**E-mail: vturner@bruceturnerlaw.net**
**Website: www.bruceturnerlaw.net**

| | |
|---|---|
| **Japanese Exchange and Teaching Program** | **Yamanashi, Japan** |

*Assistant Teacher of English*                                                  Aug. 1997-Aug. 1999

Duties: Taught English grammar, sentence structure, and pronunciation; taught American and international culture and politics and conducted one-on-one tutorial workshops on conversational English.

| | |
|---|---|
| **The White House, Office of Presidential Personnel** | **Washington, D.C.** |

*White House Intern*                                                             Summer 1996

Duties: Maintained correspondence with job applicants; filed information and provided general office support; drafted response letters, office memoranda and position papers on policy and current law.

### PROFESSIONAL AND CIVIC ORGANIZATIONS AND HONORS

100 Black Men of Memphis, Inc., Member
American Bar Association, Member
Committee to Elect Judge Jerry Stokes, Shelby County Circuit Court Division 6, 2006
Douglas Lodge No. 360, F &AM, Prince Hall Affiliated
Facing History and Ourselves, Advisory Board Member 2010-present
Hattiloo Theatre, Founding Member and Board of Director, Chairman 2007-2009
Leadership Memphis 2010-2011
Leadership Memphis-Fast Track 2008
Leadership Academy Graduate 2007
LeMoyne-Owen College Leadership and Governance Committee 2007-2008
Leo Bearman Sr., American Inns of Court
Memphis Bar Association, Member
Memphis Bar Association, Board of Directors 2008
Memphis Bar Association, Labor and Employment Law Section 2006-Present
Memphis Bar Association Leadership Graduate 2006
Memphis Bar Association, Young Lawyers Division Board of Directors 2005-2007
*Memphis Business Journal*, 2007 "Top Forty Under 40"
Memphis Greenspace, Inc., Board President 2017-Present
Memphis Urban League Young Professionals, Member
Metropolitan Baptist Church, Ordained Deacon 2010
Metropolitan Baptist Church, Men's Month Chairman 2004
Metropolitan Baptist Church, 20/30's Group Month Chairman 2007
*Mid-South Rising Stars*, 2010, Employment and Labor, Government Relations
Mississippi Bar Association, Member

5

**Van Davis Turner, Jr., Esq.**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Phone: (901) 290-6610 Fax: (901) 290-6611
E-mail: vturner@bruceturnerlaw.net
Website: www.bruceturnerlaw.net

Mississippi Bar Association, Young Lawyers Division
Morehouse Alumni Association Memphis Chapter, Vice-President 2005-Present
MPACT Maker 2010, Political Achievement
NAACP, 2008 "Top 45 Under 45" Award
NAACP, Legal Redress Committee, Chairman 2009-Present
NAACP, Memphis Branch Board of Directors 2006-Present
NAACP, Memphis Branch Board President 2020-Present
NAACP, Memphis Branch, Election Day Monitor 2000-Present
NAACP, Memphis Branch, Legal Review Committee 2007-Present
National Bar Association, Ben F. Jones Chapter, President 2008
National Bar Association, Ben F. Jones Chapter, Vice-President 2007
National Bar Association, Ben F. Jones Chapter, Presidential Award Recipient 2007
National Bar Association, Ben F. Jones Chapter, Treasurer 2006
National Bar Association, Ben F. Jones Chapter, Judicial Selection Committee 2006
National Bar Association, Ben F. Jones Chapter, Parliamentarian 2005
Tennessee Bar Association, Member
Tennessee Bar Association, IOLTA Grant Fund Committee 2006-2008
Tennessee Bar Association Leadership Law 2008
Tennessee Bar Association Leadership Law Steering Committee 2009
Shelby County Democratic Party, Chairman 2009-Present
Shelby County Democratic Party, Parliamentarian 2007-2009
Whitehaven High School Alumni Hall of Fame 2005

**LECTURES AND SEMINARS**

Charjean Elementary School, Career Day Keynote Speaker
Cummings Elementary School, Career Day
Downtown Elementary School, Career Day Presenter
Dunn Avenue Elementary School, Career Day
Fairley High School, Career Day Keynote Speaker
Magnolia Elementary School, Career Day Keynote Speaker
Memphis Bar Association, Labor and Employment Law Section CLE 2007
Memphis Urban League Young Professionals, Panel Discussion 2005
New Leaders New Schools, First-time Principals 2007
Norris Elementary, Career Day Presenter
Rhodes College MLK Day Speaker 2020
South Memphis Alliance, Financial Lecturer 2006
Stafford Academy School, Career Day Presenter
Sunflower County School District (Mississippi) In-Service Day Presenter 2009
UT College of Law Julian Blackshear Banquet Speaker 2021
Westwood High School, Career Day Keynote Speaker
Whitehaven High School, Career Day Presenter

**Van Davis Turner, Jr., Esq.**
**2650 Thousand Oaks Blvd., Suite 2325**
**Memphis, Tennessee 38118**
**Phone:  (901) 290-6610 Fax:  (901) 290-6611**
**E-mail:  vturner@bruceturnerlaw.net**
**Website:  www.bruceturnerlaw.net**

Whitehaven High School, Graduation Speaker
Whitehaven High School, Ten Year Reunion Keynote Speaker 2003

### TRAVELS

Tokyo, Kyoto, Tsuru, Yokohama, *Japan*; Bangkok, *Thailand*; Seoul, *Korea*; Hong Kong, *China*; Kuala Lumpur, *Malaysia*, Singapore; Manila, *Philippines*; Phnom Penh, Siem Reap, *Cambodia*; Perth, *Australia*; Jakarta, Bali, *Indonesia*; Tele Aviv, *Israel*; Montego Bay, *Jamaica*

### PUBLICATIONS

"Third Party Associative Discrimination Under Title VII", Tennessee Law Review 2001.

### PERSONAL

Tamara "Tammie" Turner, M.Ed, Wife
Malik Takari Turner, Son
Masai Tarik Turner, Son
Malia Taraji Turner, Daughter

**REFERENCES FURNISHED UPON REQUEST**