# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated, <br><br>  Plaintiffs, <br><br>v. <br><br>VARSITY BRANDS, LLC, et al., <br><br>  Defendants. | No. 2:20-cv-02892-SHL-tmp |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion for Leave to Withdraw as Counsel, submitted by Plaintiffs on February 10, 2023, requesting that Attorney Sean R. Cooper be permitted to withdraw as an attorney of record. (ECF No. 379.) Plaintiffs state that Mr. Cooper is no longer employed by his former firm Paul LLP and therefore must withdraw. (Id. at PageID 8356.) Plaintiffs also note that they will continue to be represented by remaining counsel of record at Paul LLP, along with other counsel at Joseph Saveri Law Firm, Bruce Turner, PLLC, Gustafson Gluek PLLC, and Hartley LLP, meaning there will be no interruption in representation. (Id.)

The Motion is well-taken and the Court **GRANTS** it. Mr. Cooper will no longer be counsel of record for Plaintiffs in this case.

**IT IS SO ORDERED**, this 10th day of February, 2023.

               s/ Sheryl H. Lipman  
               SHERYL H. LIPMAN  
               CHIEF UNITED STATES DISTRICT JUDGE