**DECLARATION OF STEVEN J. KAISER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT JANET S. NETZ, PHD**

**FILED UNDER SEAL**