**DECLARATION OF STEVEN J. KAISER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXERT JAMES H. ARONOFF**

**FILED UNDER SEAL**