#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TENNESSEE
#### WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp   **JURY DEMAND** |

### DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Joseph R. Saveri, declare the following under penalty of perjury:

1. I am the Founder and Managing Partner of the Joseph Saveri Law Firm, LLP., counsel for Plaintiffs Jessica Jones, and Christina Lorenzen (collectively, "Plaintiffs"), in *Jones v. Bain Capital Private Equity*, case no. 2:20-cv-02892-SHL-tmp ("Jones Action"). I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* in the United States District Court for the Western District of Tennessee, Western Division. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them. I write this declaration in support of Indirect Purchaser Plaintiffs' Motion for Class Certification ("Motion").

2. Attached as **Exhibit 01** is a true and correct copy of the Expert Report of Janet S. Netz, Ph.D., dated June 20, 2022, prepared in this case.

3. Attached as **Exhibit 02** is a true and correct copy of the Expert Rebuttal Report of Janet S. Netz, Ph.D., dated December 14, 2022, prepared for this case.

4. Attached as **Exhibit 03** is a true and correct copy the Expert Report of Randal Heeb, PhD, dated June 20, 2022, prepared for this case.

5. Attached as **Exhibit 04** is a true and correct copy of the Rebuttal Expert Report of Randal Heeb, PhD, dated December 14, 2022, prepared for this case.

6. Attached as **Exhibit 05** is a true and correct copy of the Expert Damages Report of Jen Maki, PhD, dated June 20, 2022, prepared for this case.

7. Attached as **Exhibit 06** is a true and correct copy of the Expert Damages Rebuttal Report of Jen Maki, PhD, dated December 14, 2022, prepared for this case.

8. Attached as **Exhibit 07** is a true and correct copy of the Expert Report of James H. Aronoff, dated June 20, 2022, prepared for this case.

9. Attached as **Exhibit 08** is a true and correct copy of the Expert Rebuttal Report of James H. Aronoff, dated December 14, 2022, prepared for this case.

10. Attached as **Exhibit 09** is a true and correct copy of excerpts of the deposition of Brian Elza, dated November 16, 2021, taken in this case.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts of the deposition of Christina Lorenzen, dated January 20, 2022, taken in this case.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts of the deposition of Jessica Jones, dated February 10, 2022, taken in this case.

13. Attached as **Exhibit 12** is a true and correct copy of excerpts of the deposition of Jamie Parrish, dated March 3, 2022, taken in this case.

14. Attached as **Exhibit 13** is a true and correct copy of excerpts of the deposition of Marlene Cota, dated April 6, 2022 taken in this case.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts of the deposition of Steve Peterson, dated March 9, 2023 taken in this case.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts of the deposition of Andrew Janower, dated July 6, 2022 taken in this case.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts of the deposition of Francis LeTard, dated November 22, 2021 taken in this case.

18. Attached as **Exhibit 17** is a true and correct copy of excerpts of the deposition of Randall Heeb, dated January 19, 2023 taken in this case.

19. **Exhibit 18** is intentionally left blank.

20. Attached as **Exhibit 19** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00460483 produced in this action and marked as Noone Deposition Exhibit 14.

21. Attached as **Exhibit 20** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00346980 produced in this action.

22. Attached as **Exhibit 21** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00371192 produced in this action and marked as Berry Deposition Exhibit 24.

23. Attached as **Exhibit 22** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00199104 produced in this action.

24. Attached as **Exhibit 23** is a true and correct copy of a document beginning with the Bates number USASF_00011614 produced in this action.

25. Attached as **Exhibit 24** is a true and correct copy of a document beginning with the Bates number CB00512194 produced in this action and marked as Kalvelage Deposition Exhibit 12.

26. Attached as **Exhibit 25** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00008463 produced in this action and marked as Webb Deposition Exhibit 30.

27. Attached as **Exhibit 26** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00160801 produced in this action and marked as Duhon Deposition Exhibit 5.

28. Attached as **Exhibit 27** is a true and correct copy of a document beginning with the Bates number VAR00160726 produced in this action and marked as Duhon Deposition Exhibit 10.

29. Attached as **Exhibit 28** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00250013 produced in this action.

30. Attached as **Exhibit 29** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00255570 produced in this action and marked as Newby Deposition Exhibit 11 and Parish Deposition Exhibit 9.

31. Attached as **Exhibit 30** is a true and correct copy of a document beginning with the Bates number VAR00101100 produced in this action and marked as Elza Deposition Exhibit 5.

32. Attached as **Exhibit 31** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00345222 produced in this action.

33. Attached as **Exhibit 32** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00081770 produced in this action.

34. Attached as **Exhibit 33** is a true and correct copy of excerpts of a document beginning with the Bates number JEFF00225986 produced in this action.

35. Attached as **Exhibit 34** is a true and correct copy of excerpts of a document beginning with the Bates number JEFF00047202 produced in this action and marked as Murphy Deposition Exhibit 12.

36. Attached as **Exhibit 35** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00424538 produced in this action and marked as Murphy Deposition Exhibit 14.

37. Attached as **Exhibit 36** is a true and correct copy of excerpts of a Slate Article entitled The Battle for the Cheerleading-Uniform Industry Is Surprisingly Cutthroat and Appropriately Glittery and marked as Cota Deposition Exhibit 21.

38. Attached as **Exhibit 37** is a true and correct copy of a document beginning with the Bates number VAR00265695 produced in this action.

39. Attached as **Exhibit 38** is a true and correct copy of a document beginning with the Bates number VAR00075248 produced in this action.

40. Attached as **Exhibit 39** is a true and correct copy of a document beginning with the Bates number VAR00244139 produced in this action and marked as Elza Deposition Exhibit 16.

41. Attached as **Exhibit 40** is a true and correct copy of a document beginning with the Bates number VAR00197598 produced in this action.

42. Attached as **Exhibit 41** is a true and correct copy of excerpts of a document beginning with the Bates number FUSIONELI000000236 produced in the *Fusion Elite* action.

43. Attached as **Exhibit 42** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00309744 produced in this action.

44. Attached as **Exhibit 43** is a true and correct copy of a document beginning with the Bates number VAR00233932 produced in this action.

45. Attached as **Exhibit 44** is a true and correct copy of a document beginning with the Bates number VAR00418061 produced in this action and marked as Nangia Deposition Exhibit 9.

46. Attached as **Exhibit 45** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00176406 produced in this action.

47. Attached as **Exhibit 46** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00341580 produced in this action.

48. Attached as **Exhibit 47** is a true and correct copy of a document beginning with the Bates number VAR00365110 produced in this action and marked as Elza Deposition Exhibit 20.

49. Attached as **Exhibit 48** is a true and correct copy of excerpts of a document beginning with the Bates number BAIN00000352 produced in this action and marked as Newby Deposition Exhibit 12.

50. Attached as **Exhibit 49** is a true and correct copy of a document beginning with the Bates number VAR00020213 produced in this action.

51. Attached as **Exhibit 50** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00097496 produced in this action.

52. **Exhibit 51** is intentionally left blank.

53. Attached as **Exhibit 52** is a true and correct copy of a document beginning with the Bates number USASF_00081243 produced in this action and marked as Peterson Deposition Exhibit 74.

54. Attached as **Exhibit 53** is a true and correct copy of experts of the book *American Restoration* by Jeff Webb.

55. Attached as **Exhibit 54** is a true and correct copy of a document beginning with the Bates number VAR00182613 produced in this action.

56. Attached as **Exhibit 55** is a true and correct copy of a document beginning with the Bates number USASF_00017144 produced in this action and marked as Peterson Deposition Exhibit 36.

57. Attached as **Exhibit 56** is a true and correct copy of excerpts of a document beginning with the Bates number CB00025235 produced in this action.

58. Attached as **Exhibit 57** is a true and correct copy of a document bearing the Bates number VAR00275774 produced in this action and marked as Webb Deposition Exhibit 1.

59. Attached as **Exhibit 58** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00584154 produced in this action and marked as Parrish Deposition Exhibit 58.

60. Attached as **Exhibit 59** is a true and correct copy of Squad Credentialing FAQ, https://www.varsity.com/uca/wp-content/uploads/2020/07/21_uca_squadcredfaq.pdf (last visited Feb. 8, 2023).

61. Attached as **Exhibit 60** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00078752 produced in this action and marked as Elza Exhibit 15.

62. Attached as **Exhibit 61** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00402942 produced in this action.

63. Attached as **Exhibit 62** is a true and correct copy of excerpts of a document beginning with the Bates number CB00044503 produced in this action and marked as Kalvelage Deposition Exhibit 2.

64. Attached as **Exhibit 63** is a true and correct copy of excerpts of a document beginning with the Bates number CB00000188 produced in this action and marked as Kalvelage Deposition Exhibit 18.

65. Attached as **Exhibit 64** is a true and correct copy of a document beginning with the Bates number CB00041045 produced in this action and marked as Charlesbank Deposition Exhibit 9.

66. Attached as **Exhibit 65** is a true and correct copy of excerpts of a document beginning with the Bates number CB00057574 produced in this action and marked as Charlesbank Exhibit 20.

67. Attached as **Exhibit 66** is a true and correct copy of USASF, Mission & History, https://www.usasf.net/about (last visited Feb. 9, 2023).

68. Attached as **Exhibit 67** is a true and correct copy of Charlesbank, Portfolio/Consumer, Varsity Brands, https://www.charlesbank.com/portfolio/companies/varsity-brands/ (last visited Feb. 9, 2023).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2023 in San Francisco, California.

                */s/ Joseph R. Saveri*
                Joseph R. Saveri

## APPENDIX A

## Index of Exhibits

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| | | | **Expert Reports** |
| 1 | N/A | N/A | Expert Report of Janet S. Netz |
| 2 | N/A | N/A | Expert Rebuttal Report of Janet S. Netz |
| 3 | N/A | N/A | Expert Report of Randall Heeb |
| 4 | N/A | N/A | Expert Rebuttal Report of Randall Heeb |
| 5 | N/A | N/A | Expert Report of Jen Maki |
| 6 | N/A | N/A | Expert Rebuttal Report of Jen Maki |
| 7 | N/A | N/A | Expert Report of James H. Aronoff |
| 8 | N/A | N/A | Expert Rebuttal Report of James H. Aronoff |
| | | | **Deposition Transcripts** |
| 9 | N/A | N/A | Deposition of Brian Elza |
| 10 | N/A | N/A | Deposition of Christina Lorenzen |
| 11 | N/A | N/A | Deposition of Jessica Jones |
| 12 | N/A | N/A | Deposition of Jamie Parrish |
| 13 | N/A | N/A | Deposition of Marlene Cota |
| 14 | N/A | N/A | Deposition of Steve Peterson |
| 15 | N/A | N/A | Deposition of Janower-Charlesbank 30(b)(6) |
| 16 | N/A | N/A | Deposition of Francis LeTard |
| 17 | N/A | N/A | Deposition of Randall Heeb |
| 18 | INTENTIONALLY LEFT BLANK | | |
| | | | **Production Documents and Public Material** |
| 19 | VAR00460483 | -0485 | |
| 20 | VAR00346980 | -6985 | |
| 21 | VAR00371192 | -1265-1269 | |
| 22 | VAR00199104 | -9106 | |
| 23 | USASF_00011614 | -1615-1616 | |

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 24 | CB00512194 | -2194-2195 | |
| 25 | VAR00008463 | -8477;-8543 | |
| 26 | VAR00160801 | -0803 | |
| 27 | VAR00160726 | -0727-0729 | |
| 28 | VAR00250013 | -0022 | |
| 29 | VAR00255570 | -5580 | |
| 30 | VAR00101100 | -1101-1102 | |
| 31 | VAR00345222 | -5224; 5236 | |
| 32 | VAR00081770 | -1775 | |
| 33 | JEFF00225986 | -5995 | |
| 34 | JEFF00047202 | -7207 | |
| 35 | VAR00424538 | -4544-4545 | |
| 36 | Webpage | Pg. 7 | |
| 37 | VAR00265695 | -5696-5697 | |
| 38 | VAR00075248 | -5249-5259 | |
| 39 | VAR00244139 | -4140 | |
| 40 | VAR00197598 | -7601 | |
| 41 | FUSIONELI000000236 | -0241 | |
| 42 | VAR00309744 | -9756 | |
| 43 | VAR00233932 | -3933 | |
| 44 | VAR00418061 | -8063-8065 | |
| 45 | VAR00176406 | -6415 | |
| 46 | VAR00341580 | -1581 | |
| 47 | VAR00365110 | -5110-5117 | |

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 48 | BAIN00000352 | -0397 | |
| 49 | VAR00020213 | -0214 | |
| 50 | VAR00097496 | -7512-7513 | |
| 51 | INTENTIONALLY LEFT BLANK | | |
| 52 | USASF_00081243 | -1244 | |
| 53 | Title Page | Pg. 65 | |
| 54 | VAR00182613 | -2614 | |
| 55 | USASF_00017144 | -7145-1747 | |
| 56 | CB00025235 | -5399 | |
| 57 | VAR00275774 | N/A | |
| 58 | VAR00584154 | N/A | |
| 59 | Webpage | N/A | |
| 60 | VAR00078752 | -8768 | |
| 61 | VAR00402942 | N/a | |
| 62 | CB00044503 | -4517 | |
| 63 | CB00000188 | -0196 | |
| 64 | CB00041045 | N/A | |
| 65 | CB00057574 | -7575 | |
| 66 | Webpage | N/A | |
| 67 | Webpage | N/A | |