# Exhibit 1

## FILED UNDER SEAL

# Exhibit 2

## FILED UNDER SEAL

# Exhibit 3

## FILED UNDER SEAL

# Exhibit 4

## FILED UNDER SEAL

# Exhibit 5

## FILED UNDER SEAL

# Exhibit 6

## FILED UNDER SEAL

# Exhibit 7

## FILED UNDER SEAL

# Exhibit 8

## FILED UNDER SEAL

# Exhibit 9

## FILED UNDER SEAL

# Exhibit 10

## FILED UNDER SEAL

# Exhibit 11

## FILED UNDER SEAL

# Exhibit 12

## FILED UNDER SEAL

# Exhibit 13

## FILED UNDER SEAL

# Exhibit 14

## FILED UNDER SEAL

# Exhibit 15

FILED UNDER SEAL

# Exhibit 16

## FILED UNDER SEAL

# Exhibit 17

## FILED UNDER SEAL

# Exhibit 18

## FILED UNDER SEAL

# Exhibit 19

## FILED UNDER SEAL

# Exhibit 20

## FILED UNDER SEAL

# Exhibit 21

## FILED UNDER SEAL

# Exhibit 22

## FILED UNDER SEAL

# Exhibit 23

FILED UNDER SEAL

# Exhibit 24

## FILED UNDER SEAL

# Exhibit 25

## FILED UNDER SEAL

# Exhibit 26

## FILED UNDER SEAL

# Exhibit 27

## FILED UNDER SEAL

# Exhibit 28

## FILED UNDER SEAL

# Exhibit 29

## FILED UNDER SEAL

# Exhibit 30

## FILED UNDER SEAL

# Exhibit 31

## FILED UNDER SEAL

# Exhibit 32

## FILED UNDER SEAL

# Exhibit 33

## FILED UNDER SEAL

# Exhibit 34

## FILED UNDER SEAL

# Exhibit 35

## FILED UNDER SEAL