# Exhibit 36

## (Excerpted)

## FILED UNDER SEAL



CAN TEEN HACKERS BE STOPPED?

MONEYBOX

# The Battle for the Cheerleading-Uniform Industry Is Surprisingly Cutthroat and Appropriately Glittery

BY LEIGH BUCHANAN

FEB 22, 2016 • 3:34 PM



A Denver Broncos cheerleader.

Doug Pensinger

This post originally appeared on Inc..

The audience at Cheerleading Worlds 2013 expected pyrotechnics from the Cheer Athletics Panthers. Lithe and powerful as their mascot, the team of 36 teenage girls took the stage at

One notable trait of challenger brands, says Barden, is their ability to turn constraints into opportunities. Barred from major competitions, Noseff Aldridge took a page from the book of another challenger brand, Kenneth Cole. In 1982, unable to afford a space at a trade show for his upstart shoe company, Cole did business from a borrowed truck nearby. City rules forbade his parking there unless he was filming a TV show or movie. So Cole made the full-length film *The Birth of a Shoe Company* while hawking his wares.

Noseff Aldridge's spanking new division is called Rebellion Rising Productions. On the weekend of February 19, her crew—with a police escort and film permit in hand—was expected to park a tour bus outside the Dallas venue of the NCA All-Star Nationals, one of Varsity's biggest events. Cheerleaders and their parents will be welcomed onboard the "Rebel Dreambus," which will be fitted out like a 1950s movie-star dressing room and wrapped in Rebel branding. There they can try on and buy merchandise and, of course, be interviewed for a documentary. The subject of that documentary? Bullying. "Isn't that crazy?" says Noseff Aldridge, laughing.

**See also**: Ford Sets Ots Sights on Self-Driving Cars

SLATEGROUP

Slate is published by The Slate Group, a Graham Holdings Company.

All contents © 2022 The Slate Group LLC. All rights reserved.