# Exhibit 37

FILED UNDER SEAL

# Exhibit 38

FILED UNDER SEAL

# Exhibit 39

FILED UNDER SEAL

# Exhibit 40

FILED UNDER SEAL

# Exhibit 41

FILED UNDER SEAL

# Exhibit 42

FILED UNDER SEAL

# Exhibit 43

FILED UNDER SEAL

# Exhibit 44

FILED UNDER SEAL

# Exhibit 45

FILED UNDER SEAL

# Exhibit 46

FILED UNDER SEAL

# Exhibit 47

FILED UNDER SEAL

# Exhibit 48

FILED UNDER SEAL

# Exhibit 49

FILED UNDER SEAL

# Exhibit 50

FILED UNDER SEAL

# Exhibit 51

FILED UNDER SEAL

# Exhibit 52

FILED UNDER SEAL