# Exhibit 54

FILED UNDER SEAL

# Exhibit 55

FILED UNDER SEAL

# Exhibit 56

FILED UNDER SEAL

# Exhibit 57

FILED UNDER SEAL

# Exhibit 58

FILED UNDER SEAL