# Exhibit 60

FILED UNDER SEAL

# Exhibit 61

FILED UNDER SEAL

# Exhibit 62

FILED UNDER SEAL

# Exhibit 63

FILED UNDER SEAL

# Exhibit 64

FILED UNDER SEAL

# Exhibit 65

FILED UNDER SEAL