# Exhibit 66





JOIN NOW / MEMBER LOGIN

# ABOUT THE USASF

## MISSION & HISTORY

**USASF Mission**

To support and enrich the lives of our All Star athletes and members. We provide consistent rules, strive for a safe environment for our athletes, drive competitive excellence, and promote a positive image for the sport.

**About USASF**

The US All Star Federation (USASF) was founded in 2003 with the core principle of making All Star a safer sport by establishing fair and consistent rules and competition standards. The organization credentials coaches, certifies safety judges, sanctions events and maintains and adjusts (as needed) safety guidelines, all with the goal of providing the safest possible environment for cheer and dance athletes to train and compete. We are a not for profit corporation established in Tennessee and are governed by Bylaws, officers, a Board of Directors, and 15 standing committees. The day to day operation of the USASF is handled by full time, part time, and volunteer staff.

**USASF Annual Report**

The USASF Annual Report shares stories of the great work being done within All Star and a snapshot of the organization's income and expense distribution.

USASF 2021 Annual Report

Search



The U.S. All Star Federation (USASF) has a mission to support and enrich the lives of our All Star athletes and members. We strive to provide consistent rules and safety guidelines, drive competitive excellence and promote a positive image for the sport. The USASF credentials coaches, certifies legality officials and sanctions events - all with the goal to provide the safest possible environment in which athletes may train and compete. Founded in 2003, we are a not-for-profit corporation established in Tennessee and governed by bylaws, officers, a board of directors and fifteen standing committees.

       

# #ThisIsAllStar


Learning and Fun: Sports Classes for Kids.
📅 October 5, 2021


Back to School and Sports: Time Management for Parents and Young Athletes
📅 September 27, 2021

# Parent Connect


Child Abuse and Neglect: Be the Hero Kids Need!
📅 April 4, 2022


7 Ways to Motivate Kids to Play Sports
📅 November 19, 2021

# Subscribe

