# Exhibit 67

FLAGSHIP (/)    CREDIT (/CREDIT-TEAM/)    TECH (/TECHNOLOGY/)    INVESTOR LOGIN (/INVESTOR-LOGIN/)
(https://www.charlesbank.com)
(https://www.charlesbank.com)

Portfolio (/portfolio)    Consumer (/portfolio#consumer)

MENU

# Varsity Brands

### Year of Investment:
2018 (and 2014)

### Industry
Consumer

### Headquarters
Dallas, Indianapolis, Memphis

### Status
Active

### Website
https://www.varsitybrands.com/ (https://www.varsitybrands.com/)

### Business
Varsity Brands is a portfolio of three brands – BSN Sports, Herff Jones and Varsity Spirit – whose products and programs celebrate academic and athletic achievement. With the largest "K through College" sales force in the United States, Varsity's more than 1,200 sales professionals are dedicated to serving schools, sports teams and other organizations. Key products include BSN Sports' athletic uniforms and equipment, Herff Jones' yearbooks and graduation-related products, and Varsity Spirit's cheerleading camps and competitions.

### Charlesbank Investment
In 2014, Charlesbank acquired Varsity Brands for approximately $1.5 billion, providing liquidity to the employee owners. In 2018, we sold the company to a financial sponsor and made a significant co-investment alongside them.

### CEO
Adam Blumenfeld

### Chairman
Jeff Webb

### Employees
9,200


**KEY TEAM MEMBERS**



(https://www.charlesbank.com/team/investment/joshua-n-beer/)



(https://www.charlesbank.com/team/investment/andrew-s-janower/)



(https://www.charlesbank.com/team/investment/jesse-l-ge/)


(https://www.charlesbank.com/team/investment/alan-gu/)

**RELATED NEWS**

June 19, 2018

Varsity Brands, the Leader in Elevating Student Experiences in Sports, Spirit, and Achievement, to be Acquired by Bain Capital Private Equity (https://www.charlesbank.com/news/2018/varsity-brands-the-leader-in-elevating-student-experiences-in-sports-spirit-and-achievement-to-be-acquired-by-bain-capital-private-equity/)

DALLAS – June 19, 2018 — Varsity Brands, the market leader in team sports, school spirit and achievement recognition, today...

Read More (https://www.charlesbank.com/news/2018/varsity-brands-the-leader-in-elevating-student-experiences-in-sports-spirit-and-achievement-to-be-acquired-by-bain-capital-private-equity/)

December 15, 2014

Charlesbank Capital Partners Completes Acquisition of Varsity Brands (https://www.charlesbank.com/news/2014/charlesbank-capital-partners-completes-acquisition-varsity-brands/)

Varsity Brands, a dynamic portfolio of brands that promote student participation while celebrating academic and athletic achievement, today announced that…

Read More (https://www.charlesbank.com/news/2014/charlesbank-capital-partners-completes-acquisition-varsity-brands/)

November 3, 2014

FLAGSHIP (/) CREDIT (/CREDIT-TEAM/) TECHNOLOGY (/TECHNOLOGY/) INVESTOR LOGIN (/INVESTOR-LOGIN/)

(https://www.charlesbank.com)

Varsity Brands Enters Into Definitive Agreement To Be Acquired By Charlesbank Capital Partners (https://www.charlesbank.com/news/2014/varsity-brands-enters-definitive-agreement-acquired-charlesbank-capital-partners/)

MENU

Varsity Brands, a dynamic portfolio of brands that promote student participation while celebrating academic and athletic achievement, today announced that…

(https://www.charlesbank.com/news/2014/varsity-brands-enters-definitive-agreement-acquired-charlesbank-capital-partners/)

Read More

## ADDITIONAL CONSUMER PORTFOLIO COMPANIES

### Active Investments


(https://www.charlesbank.com/portfolio/companies/empire/)


(https://www.charlesbank.com/portfolio/companies/city-brewery/)


(https://www.charlesbank.com/portfolio/companies/bridges-consumer-healthcare/)


(https://www.charlesbank.com/portfolio/companies/myeyedr/)


(https://www.charlesbank.com/portfolio/companies/rockport/)

FLAGSHIP (/) | CREDIT (/CREDIT-TEAM/) | TECH (/TECHNOLOGY/)
(https://www.charlesbank.com)

MENU

INVESTOR LOGIN (/INVESTOR-LOGIN/)


(https://www.charlesbank.com/portfolio/companies/hearthside-food-solutions/)

Realized Investments


(https://www.charlesbank.com/portfolio/companies/wayfair/)



(https://www.charlesbank.com/portfolio/companies/fullbeauty-brands/)


(https://www.charlesbank.com/portfolio/companies/sound-united/)

FLAGSHIP (/)   CREDIT (/CREDIT-TEAM/)   TECH (/TECHNOLOGY/)   INVESTOR LOGIN (/INVESTOR-LOGIN/)

(https://www.charlesbank.com)   MENU


(https://www.charlesbank.com/portfolio/companies/peacock-foods/)


(https://www.charlesbank.com/portfolio/companies/blacksmith-brands/)


(https://www.charlesbank.com/portfolio/companies/del-taco/) (https://www.charlesbank.com/portfolio/companies/worldstrides/)


(https://www.charlesbank.com/portfolio/companies/zenith-products/)

**FLAGSHIP (/)** | **CREDIT (/CREDIT-TEAM/)** | **TECH (/TECHNOLOGY/)**  **INVESTOR LOGIN (/INVESTOR-LOGIN/)**

**(https://www.charlesbank.com)**

**MENU**


(https://www.charlesbank.com/portfolio/companies/papa-murphys/)


(https://www.charlesbank.com/portfolio/companies/aurora-organic-dairy/)


(https://www.charlesbank.com/portfolio/companies/bell-automotive/)


(https://www.charlesbank.com/portfolio/companies/shoppers-drug-mart/)



(https://www.charlesbank.com/portfolio/companies/bell-sports/)

**VIEW CASE STUDIES (/PORTFOLIO/CASE-STUDIES)**

(https://www.charlesbank.com)

**Proven investors in the middle market**

Terms of Use (https://www.charlesbank.com/terms-of-use/)    Privacy Notice (https://www.charlesbank.com/privacy-notice/)
Investor Login (https://www.charlesbank.com/investor-login/)
Firm Overview  (https://www.charlesbank.com/wp-content/uploads/2022/11/FirmOverview11.15.22.pdf)