# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

## DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Joseph R. Saveri, declare the following under penalty of perjury:

1. I am the Founder and Managing Partner of the Joseph Saveri Law Firm, LLP., counsel for Plaintiffs Jessica Jones, and Christina Lorenzen (collectively, "Plaintiffs"), in *Jones v. Bain Capital Private Equity*, case no. 2:20-cv-02892-SHL-tmp ("Jones Action"). I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* in the United States District Court for the Western District of Tennessee, Western Division. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them. I write this declaration in support of Indirect Purchaser Plaintiffs' Motion for Class Certification ("Motion").

2. Attached as **Exhibit 01** is a true and correct copy of the Expert Report of Janet S. Netz, Ph.D., dated June 20, 2022, prepared in this case.

3. Attached as **Exhibit 02** is a true and correct copy of the Expert Rebuttal Report of Janet S. Netz, Ph.D., dated December 14, 2022, prepared for this case.

4. Attached as **Exhibit 03** is a true and correct copy the Expert Report of Randal Heeb, PhD, dated June 20, 2022, prepared for this case.

5. Attached as **Exhibit 04** is a true and correct copy of the Rebuttal Expert Report of Randal Heeb, PhD, dated December 14, 2022, prepared for this case.

6. Attached as **Exhibit 05** is a true and correct copy of the Expert Damages Report of Jen Maki, PhD, dated June 20, 2022, prepared for this case.

7. Attached as **Exhibit 06** is a true and correct copy of the Expert Damages Rebuttal Report of Jen Maki, PhD, dated December 14, 2022, prepared for this case.

8. Attached as **Exhibit 07** is a true and correct copy of the Expert Report of James H. Aronoff, dated June 20, 2022, prepared for this case.

9. Attached as **Exhibit 08** is a true and correct copy of the Expert Rebuttal Report of James H. Aronoff, dated December 14, 2022, prepared for this case.

10. Attached as **Exhibit 09** is a true and correct copy of excerpts of the deposition of Brian Elza, dated November 16, 2021, taken in this case.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts of the deposition of Christina Lorenzen, dated January 20, 2022, taken in this case.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts of the deposition of Jessica Jones, dated February 10, 2022, taken in this case.

13. Attached as **Exhibit 12** is a true and correct copy of excerpts of the deposition of Jamie Parrish, dated March 3, 2022, taken in this case.

14. Attached as **Exhibit 13** is a true and correct copy of excerpts of the deposition of Marlene Cota, dated April 6, 2022 taken in this case.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts of the deposition of Steve Peterson, dated March 9, 2023 taken in this case.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts of the deposition of Andrew Janower, dated July 6, 2022 taken in this case.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts of the deposition of Francis LeTard, dated November 22, 2021 taken in this case.

18. Attached as **Exhibit 17** is a true and correct copy of excerpts of the deposition of Randall Heeb, dated January 19, 2023 taken in this case.

19. **Exhibit 18** is intentionally left blank.

20. Attached as **Exhibit 19** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00460483 produced in this action and marked as Noone Deposition Exhibit 14.

21. Attached as **Exhibit 20** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00346980 produced in this action.

22.     Attached as **Exhibit 21** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00371192 produced in this action and marked as Berry Deposition Exhibit 24.

23.     Attached as **Exhibit 22** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00199104 produced in this action.

24.     Attached as **Exhibit 23** is a true and correct copy of a document beginning with the Bates number USASF_00011614 produced in this action.

25.     Attached as **Exhibit 24** is a true and correct copy of a document beginning with the Bates number CB00512194 produced in this action and marked as Kalvelage Deposition Exhibit 12.

26.     Attached as **Exhibit 25** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00008463 produced in this action and marked as Webb Deposition Exhibit 30.

27.     Attached as **Exhibit 26** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00160801 produced in this action and marked as Duhon Deposition Exhibit 5.

28.     Attached as **Exhibit 27** is a true and correct copy of a document beginning with the Bates number VAR00160726 produced in this action and marked as Duhon Deposition Exhibit 10.

29.     Attached as **Exhibit 28** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00250013 produced in this action.

30.     Attached as **Exhibit 29** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00255570 produced in this action and marked as Newby Deposition Exhibit 11 and Parish Deposition Exhibit 9.

31. Attached as **Exhibit 30** is a true and correct copy of a document beginning with the Bates number VAR00101100 produced in this action and marked as Elza Deposition Exhibit 5.

32. Attached as **Exhibit 31** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00345222 produced in this action.

33. Attached as **Exhibit 32** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00081770 produced in this action.

34. Attached as **Exhibit 33** is a true and correct copy of excerpts of a document beginning with the Bates number JEFF00225986 produced in this action.

35. Attached as **Exhibit 34** is a true and correct copy of excerpts of a document beginning with the Bates number JEFF00047202 produced in this action and marked as Murphy Deposition Exhibit 12.

36. Attached as **Exhibit 35** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00424538 produced in this action and marked as Murphy Deposition Exhibit 14.

37. Attached as **Exhibit 36** is a true and correct copy of excerpts of a Slate Article entitled The Battle for the Cheerleading-Uniform Industry Is Surprisingly Cutthroat and Appropriately Glittery and marked as Cota Deposition Exhibit 21.

38. Attached as **Exhibit 37** is a true and correct copy of a document beginning with the Bates number VAR00265695 produced in this action.

39. Attached as **Exhibit 38** is a true and correct copy of a document beginning with the Bates number VAR00075248 produced in this action.

40. Attached as **Exhibit 39** is a true and correct copy of a document beginning with the Bates number VAR00244139 produced in this action and marked as Elza Deposition Exhibit 16.

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF INDIRECT PURCHASER
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

41. Attached as **Exhibit 40** is a true and correct copy of a document beginning with the Bates number VAR00197598 produced in this action.

42. Attached as **Exhibit 41** is a true and correct copy of excerpts of a document beginning with the Bates number FUSIONELI000000236 produced in the *Fusion Elite* action.

43. Attached as **Exhibit 42** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00309744 produced in this action.

44. Attached as **Exhibit 43** is a true and correct copy of a document beginning with the Bates number VAR00233932 produced in this action.

45. Attached as **Exhibit 44** is a true and correct copy of a document beginning with the Bates number VAR00418061 produced in this action and marked as Nangia Deposition Exhibit 9.

46. Attached as **Exhibit 45** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00176406 produced in this action.

47. Attached as **Exhibit 46** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00341580 produced in this action.

48. Attached as **Exhibit 47** is a true and correct copy of a document beginning with the Bates number VAR00365110 produced in this action and marked as Elza Deposition Exhibit 20.

49. Attached as **Exhibit 48** is a true and correct copy of excerpts of a document beginning with the Bates number BAIN00000352 produced in this action and marked as Newby Deposition Exhibit 12.

50. Attached as **Exhibit 49** is a true and correct copy of a document beginning with the Bates number VAR00020213 produced in this action.

51. Attached as **Exhibit 50** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00097496 produced in this action.

52. **Exhibit 51** is intentionally left blank.

53. Attached as **Exhibit 52** is a true and correct copy of a document beginning with the Bates number USASF_00081243 produced in this action and marked as Peterson Deposition Exhibit 74.

54. Attached as **Exhibit 53** is a true and correct copy of experts of the book *American Restoration* by Jeff Webb.

55. Attached as **Exhibit 54** is a true and correct copy of a document beginning with the Bates number VAR00182613 produced in this action.

56. Attached as **Exhibit 55** is a true and correct copy of a document beginning with the Bates number USASF_00017144 produced in this action and marked as Peterson Deposition Exhibit 36.

57. Attached as **Exhibit 56** is a true and correct copy of excerpts of a document beginning with the Bates number CB00025235 produced in this action.

58. Attached as **Exhibit 57** is a true and correct copy of a document bearing the Bates number VAR00275774 produced in this action and marked as Webb Deposition Exhibit 1.

59. Attached as **Exhibit 58** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00584154 produced in this action and marked as Parrish Deposition Exhibit 58.

60. Attached as **Exhibit 59** is a true and correct copy of Squad Credentialing FAQ, https://www.varsity.com/uca/wp-content/uploads/2020/07/21_uca_squadcredfaq.pdf (last visited Feb. 8, 2023).

61. Attached as **Exhibit 60** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00078752 produced in this action and marked as Elza Exhibit 15.

62. Attached as **Exhibit 61** is a true and correct copy of excerpts of a document beginning with the Bates number VAR00402942 produced in this action.

63. Attached as **Exhibit 62** is a true and correct copy of excerpts of a document beginning with the Bates number CB00044503 produced in this action and marked as Kalvelage Deposition Exhibit 2.

64. Attached as **Exhibit 63** is a true and correct copy of excerpts of a document beginning with the Bates number CB00000188 produced in this action and marked as Kalvelage Deposition Exhibit 18.

65. Attached as **Exhibit 64** is a true and correct copy of a document beginning with the Bates number CB00041045 produced in this action and marked as Charlesbank Deposition Exhibit 9.

66. Attached as **Exhibit 65** is a true and correct copy of excerpts of a document beginning with the Bates number CB00057574 produced in this action and marked as Charlesbank Exhibit 20.

67. Attached as **Exhibit 66** is a true and correct copy of USASF, Mission & History, https://www.usasf.net/about (last visited Feb. 9, 2023).

68. Attached as **Exhibit 67** is a true and correct copy of Charlesbank, Portfolio/Consumer, Varsity Brands, https://www.charlesbank.com/portfolio/companies/varsity-brands/ (last visited Feb. 9, 2023).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2023 in San Francisco, California.

                                                  */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri

# APPENDIX A

## Index of Exhibits

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| | | | **Expert Reports** |
| 1 | N/A | N/A | Expert Report of Janet S. Netz |
| 2 | N/A | N/A | Expert Rebuttal Report of Janet S. Netz |
| 3 | N/A | N/A | Expert Report of Randall Heeb |
| 4 | N/A | N/A | Expert Rebuttal Report of Randall Heeb |
| 5 | N/A | N/A | Expert Report of Jen Maki |
| 6 | N/A | N/A | Expert Rebuttal Report of Jen Maki |
| 7 | N/A | N/A | Expert Report of James H. Aronoff |
| 8 | N/A | N/A | Expert Rebuttal Report of James H. Aronoff |
| | | | **Deposition Transcripts** |
| 9 | N/A | N/A | Deposition of Brian Elza |
| 10 | N/A | N/A | Deposition of Christina Lorenzen |
| 11 | N/A | N/A | Deposition of Jessica Jones |
| 12 | N/A | N/A | Deposition of Jamie Parrish |
| 13 | N/A | N/A | Deposition of Marlene Cota |
| 14 | N/A | N/A | Deposition of Steve Peterson |
| 15 | N/A | N/A | Deposition of Janower-Charlesbank 30(b)(6) |
| 16 | N/A | N/A | Deposition of Francis LeTard |
| 17 | N/A | N/A | Deposition of Randall Heeb |
| 18 | INTENTIONALLY LEFT BLANK | | |
| | | | **Production Documents and Public Material** |
| 19 | VAR00460483 | -0485 | Letter from Steven Suskin |
| 20 | VAR00346980 | -6985 | Varsity – Business Plan 2012-2013 – DRAFT COPY |
| 21 | VAR00371192 | -1265-1269 | Varsity Brands – Varsity Spirit Divisional Presentation – May 2018 |
| 22 | VAR00199104 | -9106 | Varsity All Star Advisor & Sales Training |
| 23 | USASF_00011614 | -1615-1616 | Email from Coy Aldridge |

1

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 24 | CB00512194 | -2194-2195 | Email from Neil Kalvelage |
| 25 | VAR00008463 | -8477;-8543 | Varsity Brands – Management Presentation – May 2018 |
| 26 | VAR00160801 | -0803 | Letter from Buffy Duhon |
| 27 | VAR00160726 | -0727-0729 | Email from Buffy Duhon |
| 28 | VAR00250013 | -0022 | Varsity Spirit Future |
| 29 | VAR00255570 | -5580 | Varsity Spirit Project 2020 |
| 30 | VAR00101100 | -1101-1102 | Email from Tres LeTard |
| 31 | VAR00345222 | -5224; 5236 | Varsity Spirit Overview – October 2018 |
| 32 | VAR00081770 | -1775 | Jam Spirit Group (DBA Team Champion) Transaction Summary – October 2017 |
| 33 | JEFF00225986 | -5995 | Project IMPACT – Refresh Proposals -June 2018 |
| 34 | JEFF00047202 | -7207 | Varsity Brands Management Presentation – March 2011 |
| 35 | VAR00424538 | -4544-4545 | Varsity Information Memorandum |
| 36 | Webpage | Pg. 7 | Slate Article – The Battle for the Cheerleading-Uniform Industry Is Surprisingly Cutthroat and Appropriately Glittery |
| 37 | VAR00265695 | -5696-5697 | Email from John Sadlow |
| 38 | VAR00075248 | -5249-5259 | Email from Jessica Loper |
| 39 | VAR00244139 | -4140 | Email from Jeff Fowlkes |
| 40 | VAR00197598 | -7601 | Email from Elaine Pascale |
| 41 | FUSIONELI000000236 | -0241 | Fusion Elite All Stars 2019-2020 All Star Cheer Team Information |
| 42 | VAR00309744 | -9756 | Athletic Championships 2019-2020 Event Dates |
| 43 | VAR00233932 | -3933 | Email from Jeff Fowlkes |
| 44 | VAR00418061 | -8063-8065 | Email from Brian Elza |
| 45 | VAR00176406 | -6415 | Varsity All Star – Strategy Communication Experience |
| 46 | VAR00341580 | -1581 | Varsity Spirit Meeting Agenda – October 2, 2014 |
| 47 | VAR00365110 | -5110-5117 | Email from Tres LeTard |

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 48 | BAIN00000352 | -0397 | Varsity Brands – Operation Catapult: Strategic Foundation – November 6th, 2018 |
| 49 | VAR00020213 | -0214 | Email from Patrick Kohout |
| 50 | VAR00097496 | -7512-7513 | What is Varsity All Star – Oct 2018 |
| 51 | INTENTIONALLY LEFT BLANK | | |
| 52 | USASF_00081243 | -1244 | Email from Steve Peterson |
| 53 | Title Page | Pg. 65 | American Restoration by Jeff Webb |
| 54 | VAR00182613 | -2614 | Email from Alisa Burch |
| 55 | USASF_00017144 | -7145-1747 | Email from Steve Peterson |
| 56 | CB00025235 | -5399 | Varsity Brands – September 2017 MOR |
| 57 | VAR00275774 | N/A | Email from Brent Hamachek |
| 58 | VAR00584154 | N/A | Varsity ecosystem strategy |
| 59 | Webpage | N/A | Squad Credentialing FAQ |
| 60 | VAR00078752 | -8768 | Varsity All Star |
| 61 | VAR00402942 | N/a | Market Opportunity and Market Share |
| 62 | CB00044503 | -4517 | Charlesbank Capital Partners, LLC – Due Diligence Questionaire |
| 63 | CB00000188 | -0196 | Varsity Brands – Growth Through Acquisition – February 16, 2017 |
| 64 | CB00041045 | N/A | Email from Josh Beer |
| 65 | CB00057574 | -7575 | Varsity Brands – Charlesbank Capital Partners – Investment Overview |
| 66 | Webpage | N/A | USASF – About the USASF |
| 67 | Webpage | N/A | Charlesbank, Portfolio/Consumer, Varsity Brands |