# Exhibit 48

## (Excerpted)

## FILED UNDER SEAL

Highly Confidential

# Operation Catapult:
# *Strategic Foundation*

Tuesday, November 6th, 2018



**DRAFT**



All logos, trademarks, and brand names used belong to their respective owners
This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent



NEWBY
EXHIBIT

**12**

3-23-22     LEXITAS

BAIN00000352

# Varsity Spirit has been gaining market share



**Factors in share shifts**

Share of Market (%)



- Omni and GK have lost market share due to poor sales performance in apparel

- Rebel is gaining share through gym partnerships backing All-Star gym businesses

- GTM experienced significant operational issues in 2014/2015 due to poor SAP implementation

- Nike and Under Armour are growing school-wide deal penetration
  - Not notable in market share today, but is a factor in future share

Source: Bain 2014 Cheerleading Decision Maker Survey, N=95; industry participant interviews; VS 2017 internal data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Highly Confidential

BAIN00000397

# Exhibit 49

## FILED UNDER SEAL

**From:** Patrick Kohout [PKohout@varsity.com]
**Sent:** 8/19/2016 8:34:23 AM
**To:** Tres LeTard [TLeTard@varsity.com]
**CC:** Craig Davis [cjdavis@varsity.com]; Brian Elza [belza@varsity.com]
**Subject:** VFP for 2016-2017
**Attachments:** The Varsity Family Plan 2016-2017.docx

**Flag:** Follow Up

Tres,

The doc you sent me a few months ago has the percentages for 2016-2017 which I assume are for accounts in the Standard VFP tier. Are there different percentages for the customers in the Old Network, New Network and Premier tiers?

Here is what is in the system for 2015-2016 for reference.



Sincerely,

Patrick "Ace" Kohout
Varsity Spirit
Office: 901.387.4456 | Mobile: 864.303.8074
pkohout@varsity.com
varsity.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance to this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.

Confidential

## The Varsity Family Plan

The Varsity Family Plan is a revenue-sharing program that provides gym owners the ability to reinvest a portion their event registration fees back into their business as well as earn Varsity Dollars to be used for Varsity Fashion purchases.

## Qualification

Simply attend 5 or more Varsity (now including JAMBRANDS) events to qualify.  Rewards start at dollar one, however the more you spend and the more events you attend, the greater the rewards.  Below is the reward scale for the 2016-2017 season.

## 2016-2017 Reward Percentages

| Program Spending | 5 Events | 6 Events | 7 Events | 8+ Events |
|---|---|---|---|---|
| $0 - $39,999 | 4% | 6% | 8% | 10% |
| $40,000 - $69,999 | 6% | 8% | 10% | 12% |
| $70,000 - $99,999 | 8% | 10% | 12% | 15% |
| $100,000 - $124,999 | 10% | 12% | 15% | 18% |
| $125,000 - Above | 12% | 15% | 18% | 23% |

## Rebate and Varsity Dollars

Rewards will be distributed in the form of rebates and Varsity Fashion Dollars.  75% can be redeemed in the form of a cash rebate and 25% will be in the form of Varsity Fashion Dollars.  Varsity Fashion Dollars can be used for everything from uniforms to practice wear to shoes.

## Additional 10% Varsity Fashion Dollars rewards will be earned on all uniform and accessory purchases.

Every program that enrolls and meets the qualification requirements of the Varsity Family Plan is also eligible for the 10% Varsity Fashion Dollars reward. Any front end discounts on apparel purchases will be subtracted from the 10% reward.

*After your last Varsity Family Plan event for the 2016-2017 competition season, fax or email your completed W9 before the rebate deadline to claim your rebate.  Please allow 6-8 weeks for processing.
**Varsity Fashion Dollars must be used by August 1, 2017.  Please allow 6-8 weeks for processing.

# Exhibit 50

## (Excerpted)

## FILED UNDER SEAL



Confidential

# Varsity Family Plan

- Benefits and Rewards Overview:
  - Choose ANY Varsity Family Plan Event
    - Over 400+ events to choose from
    - The more you spend and the more events you attend, the greater the reward!
  - Reward Distribution
    - 65% redeemed in the form of a cash rebate
    - 35% redeemed in the form of Varsity Fashion Dollars
  - Additional 10% Varsity Fashion Dollars rewards will be earned on all uniform and accessory purchases

Confidential

# Varsity Family Plan

- How it Works:
  - Attend 6 or more Varsity events to qualify
  - At events in which hotels, transportation, theme park/sporting event tickets, etc. are included, only the actual registration fee will be credited towards your rebate
  - Only All Star team registrations apply.
  - After your last Varsity Family Plan Event, fax or email your completed W9 to All Star advisor.
    - Allow 6-8 weeks for Processing
  - Varsity Fashion Dollars must be used by August 1.
  - Last year paid $8.3 M in rebates and credit.



Confidential

# Exhibit 51

INTENTIONALLY LEFT BLANK

# Exhibit 52

## FILED UNDER SEAL

| | |
|---|---|
| From: | Steve Peterson <speterson@usasf.net> |
| To: | John Newby; Jim Chadwick |
| Sent: | 2/1/2012 2:01:36 PM |
| Subject: | Re: Cheer Cruise and Beach Camp July 2012 |

**EXHIBIT**

**74**

*Hey guys,*
*Here is that marketing piece I just showed you. Further down in this email is another copied email, from the event planner to our RD, providing more details about her business and who she is. I will contact her and try to discourage her from having this Mall event or best case have her discontinue the use of "Worlds." I will also follow up with GK and Nfinity to let them know that they may not participate and sell products at this Mall event because it is on Disney property.*

Announcing the First
**Cheer and Dance Expo at the Swan and Dolphin Resort at Disney World**
April 26 and 27, 2012
*Where Cheerleaders from Around the World Meet Before they Compete*

Shop the Cheer and Dance World Mall for original merchandise, including: gym apparel, Nfinity shoes, GK practice apparel, cheer bows, cosmetics and jewelry, and apparel from Top Programs in the US!

**Also**

-See your favorite teams and athletes in the pre-warm up viewing area, weather permitting
-Spring floor rentals for team practice
-Illumination Dessert Party in EPCOT April 26, 2012
-Live feed and interviews by CheerXm1.com
-CHEERMaD.com giveaway and exclusive signing of the **Declaration of *Certifiably* CHEERMaD**.
-Cheer Parent Party at the Swan and Dolphin Resort Friday April 27, 2012


For more information contact "It's All About Cheer" info@itsallaboutcheer.com.
Also, ask us about discounted accommodations at the Swan and Dolphin Resort for cheer friends and families including free transportation to the Cheer and Dance Expo *and* ESPN's Wide World of Sports April 26-29.

"It's All About Cheer" is not affiliated with the Cheerleading and Dance Worlds or USASF.

On Fri, Oct 7, 2011 at 3:47 PM, Kristina Parrish <kristinap@mei-travel.com> wrote:

Glenda,


My name is Kristina Parrish and I am a Cheer Parent. I am also a Travel Planner for Cheerleading events. My current project combines these two interests; a family Cheer Cruise and Beach Camp to take place in July 2012.

The Beach Camp at the Marriott's Eden Roc Hotel in Miami's South Beach will focus on All Star cheerleading and parent education. The information and fun will then continue during a three-day cruise on The Norwegian Sky. The Cheer Cruise and Beach Camp will be unique in nature, and like nothing currently available in the cheer industry.

Currently, I am inviting 30 top Coaches and Gym Owners from across the country to coach and facilitate the Beach Camp. Coaches and Gym Owners will only be required to coach or facilitate half of the scheduled sessions during the Beach Camp. I am interested in offering an educational opportunity for the Coaches and Gym owners; I have designated meeting space for this purpose. This email is to offer the

USASF_00081243

USASF the option of holding seminars for Coaches and Gym Owners during the Beach Camp.  In addition to the meeting space, I can offer a 10 X 10 booth to the USASF during the Trade Show and (2) three-night stays at the Eden Roc.

If you have any questions or need additional information, please contact me at 864 688 2009 or info@thecheercruise.com.

You can view the camp schedule at:

http://www.thecheercruise.com/?page_id=14

Thanks,

*Kristina Parrish*

*Travel Planner*
affiliated with MEI-Travel & Mouse Fan Travel®

www.mei-travel.com
www.mousefantravel.com

| Office Phone | 864-688-2009 |
| Cell | 864-787-3356 |
| EFax | 864-751-5198 |

Confidential

# Exhibit 53

## (Excerpted)

## FILED UNDER SEAL

# American Restoration

## How to Unshackle the Great Middle Class

Jeff Webb



BOMBARDIER

*WEBB*

being wiped out or reversed. We can't

s on policy areas of big business and
ible regulation, and a fair tax system.
rides in each of these areas, but the
r political leaders and citizens around

creased opportunities for an expanded
s for those who aspire to be part of the

*Chapter 6*

# Big Is Bad

## What's My Take

Decades ago, my partners and I started a company that eventually became
known as Varsity. We entered an industry, cheerleading, that had a few
established players in it, and over time, we went on to become the largest
player in the space by a long shot. We grew into an international giant
that helped create a new sport, provide jobs for thousands of people, and
offered an athletic participation experience for millions of young people
across the globe. In short, I ran an exceptionally large company occupy-
ing a prominent space in my industry.

That noted, I'm about to tell you why "big is bad," at least in certain
cases.

Over the past two decades, our country has seen an incredible con-
solidation of power placed into the hands of the federal government and
taken from state and municipal levels. It has also seen the rise of multina-
tional corporations holding near monopoly, or oligopoly (just a few large
controlling players) positions in a variety of industries. Whether it is big
tech, insurance, banking, health care, or other *essential* industries, mid-
dle-class Americans are finding that they have fewer choices available to
them, despite being in a world seemingly filled with bright shiny objects.

# Exhibit 54

## FILED UNDER SEAL

| | |
|---|---|
| **From**: | Alisa Burch - Jam Brands [belza@varsity.com] |
| **Sent**: | 10/3/2018 5:14:32 PM |
| **To**: | Brian Elza |
| **Subject**: | Re: Rebel Athletic regarding ACDA competition |

**EXTERNAL EMAIL**

Hi Brian,

We are on top of this. We had a conversation with Team Travel Source and our venues several weeks ago to do everything we can to keep competitors out of our venues and hotels.

Thanks for the heads up!

**Alisa Burch**
Vice President
Varsity All Star
**VARSITY SPIRIT**
Office: 502.653.4919
Mobile: 502.492.9316
alisa@jambrands.com
http://www.varsityallstar.com
Facebook: Varsity All Star
Twitter: @varsityallstar
Instagram: VarsityAllStar

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance to this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.

On Wed, Oct 3, 2018 at 3:27 PM Brian Elza <belza@varsity.com> wrote:

**EXTERNAL EMAIL**

All

See below. Please try to stay in front of this if possible.

Cheers

Brian Elza
General Manager, VP of Sales
Varsity All Star
A Varsity Spirit Brand
(Office) 901-251-5897
(Cell) 859-983-0289
(Fax) 865-675-9324

Disclaimer Message:

VAR00182613

This email message and any attachments are for the sole use of the intended recipient and may contain privileged and confidential information of Varsity Brands, Inc. or its affiliates. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Begin forwarded message:

**From:** Christy Wehner <Christy@theepicbrands.com>
**Date:** October 3, 2018 at 2:09:12 PM CDT
**To:** 'Tres LeTard' <TLeTard@varsity.com>, 'Brian Elza' <belza@varsity.com>
**Cc:** Tina Galdieri <tina@theepicbrands.com>, Lura Fleece <lura@theepicbrands.com>
**Subject: FW: Rebel Athletic regarding ACDA competition**

EXTERNAL EMAIL

Hi Tres / Brian,

So REBEL did try and get into OC Convention Center... my contact is telling them NO.

I wanted to give you a heads up... thanks!

*Christy Wehner*

Director of Operations

Epic Brands

**A VARSITY SPIRIT BRAND**

Office: 410.579.8668

christy@TheEpicBrands.com

theepicbrands.com

Facebook: TheEPICBrands

Twitter: @EPICBrands

VAR00182614

Instagram: EPICBrands

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance to this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.

**From:** Larry Noccolino [mailto:LNoccolino@oceancitymd.gov]
**Sent:** Wednesday, October 3, 2018 1:20 PM
**To:** Christy Wehner <Christy@theepicbrands.com>
**Cc:** Regina Brittingham <RBrittingham@oceancitymd.gov>
**Subject:** FW: Rebel Athletic regarding ACDA competition

Christy, please read below, just an FYI for you, we will respond.

Warmest Regards,

Larry Noccolino

Executive Director

Roland E. Powell Convention Center

4001 Coastal Highway

Ocean City, MD 21842

P 410-723-8608

F 410-289-0058

www.ocmdperformingartscenter.com

www.ocmdconventioncenter.com

www.ococean.com

www.oceancitymd.gov

VAR00182615

**From:** Brooke Nichols [mailto:BNichols@rebelathletic.com]
**Sent:** Wednesday, October 03, 2018 12:33 PM
**To:** Larry Noccolino
**Subject:** Rebel Athletic regarding ACDA competition


Good afternoon!

My name is Brooke Nichols and I am the event coordinator for Rebel Athletic based in Dallas, TX. My company is coming to Maryland for the ACDA competition that is being held 04/06-07.


We were interested in setting up a space inside of your ballroom or meeting space if available in order to attract customers in to sell our merchandise. We are one of the top retailers for all cheer and dance merchandise and expect a big turn out for this. Is there a direct contact I could speak to in order to schedule this?


Thank you so much,

Brooke Nichols

817-454-2836

Confidential

VAR00182616

# Exhibit 55

## FILED UNDER SEAL

| From: | Steve Peterson |
| To: | Brian Elza |
| CC: | Tres LeTard |
| Sent: | 11/27/2017 10:38:33 AM |
| Subject: | Re: Proposal: 2018-2019 Full Paid Bids Increase |
| Attachments: | 2017 - 2018 Cheerleading Worlds Bid Qualifiers.xls |

Confidential.
see attached.


Steve Peterson
VP - USASF Events & Corporate Alliances
Office: 888-315-9437 Ext. 7003
Direct: 901-290-3030

Disclaimer: This e-mail message is strictly confidential to the USASF and is intended only for the addressee. It may contain information that may be confidential, legal, privileged, or otherwise exempt from disclosure under applicable law. If you are not the intended addressee, or someone authorized by the intended addressee to receive transmission on behalf of the addressee, you must not retain, disclose in any form, copy, or take action in reliance on this transmission.


On Mon, Nov 27, 2017 at 10:18 AM, Brian Elza <belza@varsity.com> wrote:

Steve,


Do you have a listing with how many paid bids are out there.


Brian Elza

General Manager, VP of Sales

Varsity All Star

A Varsity Spirit Brand

(Office) 901-251-5897

(Cell) 859-983-0289


Disclaimer Message:

This email message and any attachments are for the sole use of the intended recipient and may contain privileged and confidential information of Varsity Brands, Inc. or its affiliates. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

S. PETERSON
EXHIBIT

36

Ahmed 3-9-22- LEXITAS

**From:** Steve Peterson <speterson@usasf.net>
**Date:** Monday, November 27, 2017 at 8:57 AM
**Subject:** Proposal: 2018-2019 Full Paid Bids Increase

**EXTERNAL EMAIL**

Dear Sanctioning Sub Committee,

I hope you all had a wonderful Thanksgiving Holiday.

I wanted to give you all a heads up so you can research the impact before our conference call tomorrow, **Tuesday, November 28th at 2pm CST**.

**Call In: 877-336-1839**

**Access: 5873649**

Between 2007 and 2018, the average total price increase per Worlds land package is $205 after 12 years. Transportation costs have increased as well.

I propose a $200 increase for each athlete and coach for a Full Paid Bid. ($850 per)

The smallest size team can be 5 plus 2 coaches = 7.

The largest size team is 38 plus 2 coaches = 40.

7 Paid Bids X $850 = $5,950 (minimum paid bid payment per team)

40 Paid X $850 = $34,000 (maximum payment bid payment per team)

I look forward to hearing your thoughts tomorrow.

Thank you

USASF_00017145

Steve Peterson
VP - USASF Events & Corporate Alliances
Office: 888-315-9437 Ext. 7003
Direct: 901-290-3030

Disclaimer: This e-mail message is strictly confidential to the USASF and is intended only for the addressee. It may contain information that may be confidential, legal, privileged, or otherwise exempt from disclosure under applicable law. If you are not the intended addressee, or someone authorized by the intended addressee to receive transmission on behalf of the addressee, you must not retain, disclose in any form, copy, or take action in reliance on this transmission.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance to this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.

DOCUMENT PRODUCED NATIVELY

Confidential

USASF_00017147

| CHEERLEADING WORLDS BID QUALIFIERS | | | | | 2017-2018 | | | |
|---|---|---|---|---|---|---|---|---|
| | World's Qualifying | | | | World's Qualifying | | | |
| Company Name | Event Name | Venue Name | City | State | Event Date | PAID | AT LARGE | SHIP |
| America's Best Championships | AB National Championship | Kansas City Convention Center | Kansas City | MO | December 2- 3, 2017 | 2 | 4 | 7 |
| Encore Championships | Encore Championships - Houston | George Brown Conv Center | Houston | TX | December 2- 3, 2017 | 3 | 6 | 10 |
| Cheer Tech | Spirit Naiiionals | TEN | Atlantic City | NJ | December 2-3, 2017 | 2 | 4 | 7 |
| Nation's Choice | Holiday Classic | DeKalb Conv. Center | DeKalb | IL | December 2-3, 2017 | 2 | 4 | 7 |
| World Spirit Federation | WSF All Star Cheer & Dance Championshi | Kentucky Expo Center | Louisville | KY | December 9-10, 2017 | 4 | 8 | 13 |
| All Star Challenge | Battle Under the Big Top | GA Internation Conv Center | Atlanta | GA | December 9-10, 2017 | 2 | 4 | 7 |
| Spirit Celebration | Spirit Celebration Christmas Classic | Dallas Conv Center | Dallas | TX | December 9-10, 2017 | 3 | 6 | 10 |
| The American Championships | The American Grand | The Mirage | Las Vegas | NV | December 16-17, 2017 | 3 | 6 | 10 |
| The Greater Midwest Cheer Expo | Royal Rumble Cheer & Dance Open | Columbus Convention Center | Columbus | OH | December 16-17, 2017 | 2 | 4 | 7 |
| Elite Cheer Companies | Red Fox Championships | Birmingham Jefferson Conv Center | Birmingham | AL | January 6-7, 2018 | 2 | 4 | 7 |
| Golden State Spirit Association | GSSA Championship | | Visalia | CA | January 13-14, 2018 | 1 | 2 | 4 |
| Universal Spirit (Spirit of Hope) | Spirit of Hope Nationals | Charlotte Conv Center | Charlotte | NC | January 13-14, 2018 | 4 | 8 | 13 |
| Spirit Cheer | Beast of the East | Atlantic City Convention Center | Atlantic City | NJ | January 13-14, 2018 | 4 | 8 | 13 |
| Mardi Gras Spirit Events | Mardi Gras Extravaganza | New Orleans Conv Center | New Orleans | LA | January 13-14, 2018 | 2 | 4 | 7 |
| JAMfest | Cheer Super Nationals | Indianapolis Convention Center | Indianapolis | IN | January 27-28, 2018 | 6 | 12 | 19 |
| Athletic Championships | Athletic Championships-Providence | Rhode Island Conv Center | Providence | RI | January 27-28, 2018 | 3 | 6 | 10 |
| American Spirit Championships | Central National Finals | Cox Arena | OK City | OK | January 27-28, 2018 | 2 | 4 | 7 |
| All Things Cheer | International Starz Championships | Maydenbauer Center | Bellevue | WA | January 27-28, 2018 | 2 | 4 | 7 |
| Spirit Sports | Duel in the Desert | Palm Springs Conv Center | Palm Springs | CA | February 3-4, 2018 | 4 | 8 | 13 |
| Cheer America Championships | Cheer America National Championship | NRG Center | Houston | TX | February 3-4, 2018 | 2 | 4 | 7 |
| Spirit Unlimited | Battle at the Boardwalk Nationals | Boardwalk Hall | Atlantic City | NJ | February 3-4, 2018 | 2 | 4 | 7 |
| American Cheerleaders Association | ACA All Star Championship | Ft Worth Convention Center | Ft Worth | TX | February 10-11, 2018 | 3 | 6 | 10 |
| Champion Cheer Central, Inc. | Hard Rockin National Cheer & Dance Chan | Cleveland Public Hall | Cleveland | OH | February 10-11, 2018 | 2 | 4 | 7 |
| Cheer and Dance Extreme | Mid Atlantic Nationals | Richmond Conv. Center | Richmond | VA | February 10-11, 2018 | 2 | 4 | 7 |
| Cheersport | Cheersport Nationals | Georgia World Congress Center | Atlanta | GA | February 17-18, 2018 | 8 | 16 | 25 |
| JAMZ | JAMZ All Star Nationals | Orleans Arena | Las Vegas | NV | February 17-18, 2018 | 4 | 8 | 13 |
| National Cheerleaders Association | NCA All Star Nationals | Dallas Conv Center | Dallas | TX | February 24-25, 2018 | 8 | 16 | 25 |
| COA Cheer & Dance | COA Midwest All Star  National Champions | Greater Columbus Convention Center | Columbus | OH | February 24-25, 2018 | 3 | 6 | 10 |
| Aloha Productions | Aloha Spirit Championships | Selland Arena | Fresno | CA | February 24-25, 2018 | 1 | 2 | 4 |
| Mid-Atlantic Cheer | Mid Atlantic Nationals | Wildwood Conv. Center | Wildwood | NJ | March 3-4, 2018 | 2 | 4 | 7 |
| Universal Cheerleaders Association | International  All Star Cheerleading Champ | Walt Disney World | Orlando | FL | March 10-11, 2018 | 5 | 10 | 16 |
| GLCC | The Showdown Grand Nationals | Schamburg Convention Center | Schamburg | IL | March 10-11, 2018 | 2 | 4 | 7 |
| Coastal Corporation | Battle at the Capitol | Gaylord National | National Harbour | MD | March 10-11, 2018 | 3 | 6 | 10 |
| Worldwide Spirit Assoc. | WSA Grand Nationals | Morial Conv. Center | New Orleans | LA | March 10-11, 2018 | 3 | 6 | 10 |
| Pac West Spirit Group | Pac West Nationals | Oregon Conv. Center | Portland | OR | March 10-11, 2018 | 1 | 2 | 4 |
| Spirit Festival | Spirit Fest All Star Cheer and Dance Natior | Hartford Convention Center | Hartford | CT | March 10-11, 2018 | 3 | 6 | 10 |
| United Spirit Association | USA All Star Championships | Anaheim Conv Center | Anaheim | CA | March 17-18, 2018 | 3 | 6 | 10 |
| Cheer LTD. | Cheer LTD Nationals at Canam | Myrtle Beach Conv Center | Myrtle Beach | SC | March 17-18, 2018 | 2 | 4 | 7 |
| Champion Spirit  Group | CSG Super Nationals | Donald E Stevens Conv Center | Rosemont | IL | March 17-18, 2018 | 2 | 4 | 7 |
| American Cheer Power | Midwest National Championship | Columbus Convention Center | Columbus | OH | March 24- 25, 2018 | 4 | 8 | 13 |
| American Cheer and Dance Academ | Reach the Beach All Star Nationals | Roland E Powell Conv. Center | Ocean City | MD | April 7-8, 2018 | 3 | 6 | 10 |
| One Up Championships | One Up Nationals | Georgia World Congress Center | Atlanta | GA | April 14-15, 2018 | 4 | 8 | 13 |

# Exhibit 56

## (Excerpted)

## FILED UNDER SEAL

CONFIDENTIAL



# September 2017 MOR

### October 24, 2017





CB00025235

# Varsity Spirit's international business was created to defend our US business and allow for future global expansion



## "In the world of sports, he who makes the rules, rules"

- Another International Federation adding cheerleading poses a significant threat to the US market

- If we did not gain control of cheer International Federation we **risked eventually losing the club All Star market in the US**:
  - **USASF World Championship** would be at risk which has a trickle down impact on **local, regional and national championships** that build to this event in the US
  - **Competition Rules** that govern All Star in the US could be overwritten by an international body and could disadvantageously alter the All Star event market
  - **Rules for uniforms and equipment** could also disadvantage cheer providers as many sports require simple, standard uniform designs (e.g. name only on front)
  - In many other countries there is a strong **bias for only non-profit entities** in education and competition activities for sports reducing our ability to operate

- **International Federation of Cheerleading (IFC)** was pursuing IOC recognition as well as other powerful non-cheer IFs like **FIG and DanceSport**



9

Highly Confidential

# Exhibit 57

## FILED UNDER SEAL

| From: | Brent Hamachek [brent@brenthamachek.com] |
|---|---|
| Sent: | 4/8/2020 1:18:43 PM |
| To: | Jeff Webb [jwebb@varsity.com]; Angela Robbins [angela@newamericanpopulist.com] |
| Subject: | book update |

**EXHIBIT**

**1**

EXTERNAL EMAIL

Just an excuse to say hello and let you know that chapter on "big is bad " is done.  As always, I need to step back, clear my head, and read back though it.  I will then send it by this evening.

Jeff and I discussed four areas (in addition to big government) which were tech, banking , insurance, and healthcare.  What  I did is mention all four, but then I focused on analyzing tech and banking because insurance and healthcare get their own chapter later on.  I mention that to the reader, as well.  Tech and banking were a good combo I think because they represent two different sorts of elements to what happens when indistroies get too concentrated and what the government needs to do about it.

Jeff, I lead with you admitting you ran a near monopoly.  But then go to that distinction of essential vs non-essential.  That way we would get that right out of the way.

Anyway, apparently I haven't typed enough today because I wrote all this just to tell you I'd write later.

Take care!!!


**Brent E. Hamachek**


**Business, Political, & Communication Consultant**

**Director of Policy Research**

**American Populists**

**1247 Waukegan Road, Glenview, IL  60025**

**(847) 778-9474**


Co-author with Charlie Kirk of *Time for a Turning Point*

Confidential

VAR00275774

# Exhibit 58

## (Excerpted)

## FILED UNDER SEAL



Varsity Spirit ecosystem strategy combines personalized products and services to create a deep moat and sets foundation for our 2020 strategy

CONFIDENTIAL

## Varsity Spirit Ecosystem Strategy



## 2016 Revenue by Customer and Business Type

| Business Segment | School | All Star | Total |
|---|---|---|---|
| Apparel | $164M (38%) | $21M (5%) | **$185M (43%)** |
| Training & Education | $69M (16%) | $10M* (2%) | **$79M (18%)** |
| Competition | $57M (13%) | $108M (25%) | **$165M (39%)** |
| **Total** | **$290M (68%)** | **$139M (32%)** | **$429M (100%)** |

%s represent % of total 2016 revenue
*Includes Premier Gym business

Varsity 2020 Strategy will focus on growing three core business segments in School and All Star as well as leverage ecosystem strategy in other sports and international markets

41



Exhibit 59

# Squad Credentialing FAQ

 

## Why did we create the Varsity Spirit/NFHS Squad Credentialing program?

We partnered with the National Federation of State High School Associations (NFHS) to create the Squad Credentialing program with a goal to elevate the profile of cheerleaders, whether on campus, at a game or in the community. It is our hope that by completing the program, cheerleaders will understand the honor and responsibility they have of creating a strong sense of school pride through five key roles – crowd leader, spirit raiser, ambassador, athlete and entertainer along with safety and leadership.

## What camps will provide Squad Credentialing?

All Varsity Spirit overnight camps, resort camps, home camps, day camps and virtual home camps that are at least two days long (this includes the 9 hour virtual home camp) will offer the NFHS Squad Credentialing Program. Squad credentialing will not be provided at clinics or one day camps. Squad Credentialing at any Varsity Spirit brand camp (UCA, NCA, USA, V!ROC* and Premier Camps) will meet the requirement for participation at the NHSCC. For instance, a team could go to NCA Summer Camp and this would satisfy the NFHS Credentialing requirement for UCA's National High School Cheerleading Championship.

*Through V!ROC, credentialing for NHSCC is only available for traditional choreography with an add-on day (three days total), two-day game day choreography, or a two or three-day V!ROC skills camp.

## Who needs to be credentialed?

Although we encourage all squads who attend UCA Camp to participate in the Squad Credentialing program, if you are interested in attending the UCA National High School Cheerleading Championship - 75% of the qualifying team must have attended a Varsity Spirit Summer Camp and participated in the Squad Credentialing program in order to be eligible to compete and receive a bid at a 2020 UCA fall qualifying tournament for the 2021 NHSCC. The Squad Credentialing program applies to all school, youth, club and rec teams.

## Why is completing the credentialing program a requirement to compete at NHSCC?

The UCA National High School Cheerleading Championship is endorsed by the NFHS. Their endorsement is a reflection of the values we share and the high standards we have developed for our camp curriculum, regional qualifiers and the NHSCC. Because safety, leadership and the roles of a cheerleader are so important to both the NFHS and UCA, completing the program is required for teams to be eligible to qualify for the 2021 NHSCC.

## Can a team that didn't go to a Varsity Spirit camp compete at a local UCA competition?

Yes, but they will not be eligible to receive a bid to the NHSCC.

## What will the Squad Credentialing program be like at camp?

Cheerleaders will complete a Squad Credentialing notebook with activities that cover safety, leadership and the five roles of a cheerleader – crowd leader, spirit raiser, ambassador, athlete and entertainer.

## When will the Squad Credentialing program occur?

Our entire camp curriculum embodies the Squad Credentialing program with a focus on the five roles of a cheerleader, leadership and safety. We do, however, dedicate time each day in the schedule to specifically focus on the activities in the Squad Credentialing Notebook.

## If my mascot competes with our team at Nationals in Game Day, do they need to be credentialed?

Yes, mascots fall under the 75% requirement, and are required to have completed the program.

# Exhibit 60

## (Excerpted)

## FILED UNDER SEAL



Confidential

VAR00078752

# Growing All Star

➢ All Star currently has over 150,000 Participants but we think we can reach more.

➢ All Star Strong Campaign in partnership with the USASF to continue to grow the sport.
- Reaching Parents
- Reaching Athletes
- Reaching Gym Owners



Confidential

VAR00078768

# Exhibit 61

## (Excerpted)

## FILED UNDER SEAL

# Document Produced in Native Format

Confidential

VAR00402942

## Market Opportunity and Market Share

By Squad- Split by Division and Customer Type

| SCHOOL MARKET | | Total # of Squads | Total # of Squads with Sales (YE 2015) | % of Squads with Sales | Total Sales (YE 2015) | Avergae # of Participants per Squad | Total # of Participants |
|---|---|---|---|---|---|---|---|
| Apparel | College | 2,652 | 1,249 | 47% | $5,004,522 | 18 | 47,736 |
| | High School | 38,236 | 18,381 | 48% | $97,086,166 | 14 | 535,304 |
| | Junior High | 10,338 | 4,580 | 44% | $22,399,631 | 14 | 144,732 |
| | Youth | 6,911 | 1,614 | 23% | $9,243,805 | 23 | 158,953 |
| | Other | 1,532 | 191 | 12% | $482,974 | 13 | 19,916 |
| | TOTAL | 59,669 | 26,015 | 44% | $134,217,097 | 14 | 906,641 |
| Camp | College | 2,652 | 840 | 32% | $4,631,874 | 18 | 47,736 |
| | High School | 38,236 | 11,433 | 30% | $55,515,064 | 14 | 535,304 |
| | Junior High | 10,338 | 2,419 | 23% | $8,528,945 | 14 | 144,732 |
| | Youth | 6,911 | 390 | 6% | $1,128,853 | 23 | 158,953 |
| | Other | 1,532 | 61 | 4% | $228,145 | 13 | 19,916 |
| | TOTAL | 59,669 | 15,143 | 25% | $70,032,880 | 14 | 906,641 |
| Competitions | College | 2,652 | 504 | 19% | $3,784,197 | 18 | 47,736 |
| | High School | 38,236 | 3,824 | 10% | $13,443,402 | 14 | 535,304 |
| | Junior High | 10,338 | 493 | 5% | $1,362,851 | 14 | 144,732 |
| | Youth | 6,911 | 290 | 4% | $803,022 | 23 | 158,953 |
| | Other | 1,532 | 122 | 8% | $838,001 | 13 | 19,916 |
| | TOTAL | 59,669 | 5,233 | 9% | $20,231,473 | 14 | 906,641 |
| SCHOOL MARKET TOTAL | College | 2,652 | 1,892 | 71% | $13,420,592 | 18 | 47,736 |
| | High School | 38,236 | 19,756 | 52% | $166,044,632 | 14 | 535,304 |
| | Junior High | 10,338 | 4,979 | 48% | $32,291,427 | 14 | 144,732 |
| | Youth | 6,911 | 2,005 | 29% | $11,175,680 | 23 | 158,953 |
| | Other | 1,532 | 328 | 21% | $1,549,120 | 13 | 19,916 |
| | TOTAL | 59,669 | 28,960 | 49% | $224,481,450 | 14 | 906,641 |

Total # of Squads= # of active customers in SFDC as of 9/9/16

Apparel Sales based on entered sales numbers from SFDC; Camp and Competition Sales from SFDC; Nationals Sales (included in competitions) from AS400

excludes: Intercompany, Remakes & Alterations, Customer Types: IC-IN-VE-VR-UE-IO-AS

Customer Types: HS= HS, BP, SD; Yth= EL, YG; Other= BS, DS, PR

number of participants per squad obtained from avergae # of participants registered for summer camp

Competition dates run from August 15, 2015-May 15, 2016

## Market Opportunity and Market Share

| ALL STAR MARKET | Total # of Gyms | Total # of Gyms with Sales (YE 2015) | % of Gyms with Sales | Total Sales (YE 2015) | Avergae # of Participants per Gym | Total # of Participants |
|---|---|---|---|---|---|---|
| Apparel | 2,800 | 1,227 | 44% | $20,050,626 | 57 | 160,000 |
| Camp | 2,800 | 75 | 3% | $294,909 | 57 | 160,000 |
| Events | 2,800 | 1,969 | 70% | $50,734,189 | 57 | 160,000 |

AS camp= camp/clinic

The All Star market does not classify teams by age group.

Total # of AS gyms and total # of AS participants provided by USASF.

# Exhibit 62

(Excerpted)

FILED UNDER SEAL

# Charlesbank Capital Partners, LLC

## Due Diligence Questionnaire

(Based on ILPA Recommendations)

May 2017

# ❚❙ Charlesbank ❚❙

Confidential

CB00044503

also be held telephonically as needed. The Annual General Meeting commences immediately after the Advisory Board Meeting and typically includes: an overview of Charlesbank and its team; an overview of the investing environment; a summary presentation of each of the portfolio companies; detailed presentations by a couple senior portfolio executives; and a question and answer session. After the formal presentation, all the attendees are invited to lunch, which provides an opportunity for investors to spend more time with members of the Charlesbank team as well as to meet the portfolio company executives.

Charlesbank's Advisory Boards are composed of representatives of the limited partners, including corporate and public pensions, endowments, financial institutions and funds of funds.

## 2.0    Fund: General Information

Intentionally omitted.

## 3.0    Investment Strategy

3.1.    Summarize the Fund's investment strategy and types of transactions the Fund will pursue. Include details on anticipated transaction sizes (including minimum/maximum), investment pace, holding periods, geographic focus, industry/sector focus, investment stage and other relevant characteristics).

Charlesbank has maintained its focus on the middle market, generally concentrating on businesses with enterprise values of between $150 million and $1.5 billion. We believe that Charlesbank has one of the deepest and most experienced teams specializing in middle-market private equity, and in Fund IX, we will continue this focus, employing our tested strategy and process with the goal of delivering superior returns with carefully controlled risk. We have recently invested significantly in deepening our credit investment capabilities, guided by the belief that the ability to invest across the capital structure expands the opportunity set of attractive investment opportunities with compelling risk-adjusted returns, especially in an increasingly volatile macro environment.

*Discounts to Intrinsic Value*

We believe firmly that investing at underwritable discounts to intrinsic value affords margin of safety, resulting in a low loss ratio and reduced portfolio-level volatility. Therefore, while drawing on our deep industry sourcing networks, we focus on opportunities where we can capitalize on situational confusion or take a contrarian point of view. For the purposes of determining intrinsic value, we rely on metrics that go beyond simple multiple analysis, including true after-tax free cash flow yields and replacement value of assets.

*Capital Preservation Focus*

Prioritizing the protection of invested capital is one of Charlesbank's core values. At each phase of a private equity transaction, we include deliberate process steps to control portfolio risk, such as:

- Triage criteria aimed at identifying potential transactions with analyzable levels of risk
- Rigorous due diligence culture focused on underwriting ways to mitigate known risks
- Employing cash-based margin of safety; use of free cash flow forecast as primary valuation tool
- Prioritization of flexibility and risk mitigation over cost in designing capital structures
- Intense and regular involvement in each portfolio company

3.2.    Discuss the Firm's ability to invest at the Fund's targeted size. Address any significant change in fund size compared to previous funds, and the impact on co-investing with Limited Partners and non-Limited Partners.

Fund IX is targeting LP capital commitments to its onshore and offshore funds totaling $2.5 billion, with a hard cap of $2.75 billion. As noted above in Section 1.1, Charlesbank has invested in deeply experienced resources over

---

Confidential                                                                                                                                CB00044517

# Exhibit 63

## (Excerpted)

## FILED UNDER SEAL



Growth Through Acquisition
February 16, 2017

CONFIDENTIAL

Highly Confidential

CB00000188



# Acquisition Approvals for Majority Control Investments

**CONFIDENTIAL**

| Purchase Price | Approvals |
|---|---|
| <$2.5M | • Sponsoring Business Unit President<br>• Varsity Brands CEO / CFO / CLO / CSO |
| $2.5-5.0M | • Sponsoring Business Unit President<br>• Varsity Brands CEO / CFO / CLO / CSO<br>• Charlesbank Partner |
| >$5M | • Sponsoring Business Unit President<br>• Varsity Brands CEO / CFO / CLO / CSO<br>• Board of Directors |

**Note: Minority / Joint Venture investment approval thresholds under development**



9

# Exhibit 64

## FILED UNDER SEAL

| | |
|---|---|
| **From**: | Beer, Josh [jbeer@charlesbank.com] |
| on behalf of | Beer, Josh <jbeer@charlesbank.com> [jbeer@charlesbank.com] |
| **Sent**: | 12/8/2015 7:42:22 PM |
| **To**: | Blumenfeld, Adam (AB@bsnsports.com) [AB@bsnsports.com] |
| **Subject**: | FW: Varsity - Unstoppable |

Well, we've got the dough for our acquisitions now…let's make it sweat!

**From:** Frank, Grady [mailto:grady.frank@gs.com]
**Sent:** Tuesday, December 08, 2015 5:30 PM
**To:** 'John Pitts' <JPitts@bsnsports.com>; Beer, Josh <jbeer@charlesbank.com>; Janower, Andrew <AJanower@charlesbank.com>; Katz, David <dkatz@charlesbank.com>
**Cc:** Zarkowsky, Daniel <Daniel.Zarkowsky@gs.com>; Jacobson, Gabe <gabe.jacobson@gs.com>; Johnson, Michael S <Michael.S.Johnson@gs.com>; Stanley, Ryan <Ryan.Stanley@gs.com>; Kronthal, Alexandra <Alexandra.Kronthal@gs.com>; Iqbal, Muhammad <Muhammad.Iqbal@gs.com>
**Subject:** Varsity - Unstoppable

Varsity team
The upsized $100mm TLB and $25mm 2nd Lien add-ons are now successfully priced and allocated to the market. Congratulations on a terrific outcome amidst volatile market conditions.
Another testament to the loyal investor following you've earned due to the excellent performance you continue to deliver. We had an order book over $250mm. 72.5% of your existing syndicate chose to commit to the transaction – a great hit rate considering the market backdrop.
You'll see Och Ziff and Octagon are slightly outsized given their early support of the add-on
Intermediate Capital Group (ICG) is a new lender who has a particularly close relationship w/ Josh & AJ – nice to further diversify your lending syndicate.
As you'll see, you continue to enjoy the benefits of latent demand from a diversified syndicate. All of the investors wanted a bit more and felt 99 was a fair pricing outcome - should bode well for future capital raises.
On behalf all at GS, THANK YOU. Its fun to work with good people and we're thrilled to see the strong momentum at Varsity Brands. It's a real honor to your advocate in the debt markets.
See attached for the add-on allocations and your pro forma TLB lender list on the now $899mm TLB.

**Goldman, Sachs & Co.**
200 West Street | 6th Floor | New York, NY 10282
Tel: (212) 902-5830 | Fax: (212) 493-9030
E-mail: grady.frank@gs.com
**Grady Frank**
Managing Director
Debt Capital Markets & Syndicate



http://www.gs.com/disclaimer/afg/

http://www.gs.com/disclaimer/email/



CHARLESBANK
EXHIBIT
**9**
Ahmed 07/06/22 LEXITAS

Confidential

CB00041045