# DECLARATION OF STEVEN J. KAISER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT JEN MAKI, PHD

## FILED UNDER SEAL