IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

**SECOND SUPPLEMENTAL SCHEDULING ORDER**

Pursuant to the Status Conference held on February 23, 2023, the Court hereby establishes a Supplemental Scheduling Order as follows:

| Event | Dates |
|---|---|
| **Motions In Limine Due** | January 12, 2024 |
| **Trial Memoranda Due** | January 19, 2024 |
| **Parties to Submit Joint Proposed Pretrial Order** | February 2, 2024 |
| **Pretrial Conference**<br>(All counsel participating in the trial must be present in person at the pretrial conference.) | February 15, 2024 at 10:00 am in Courtroom 1 |
| **Jury Trial** | March 11, 2024 at 9:30 am in Courtroom 1 |

*This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.*

    **IT IS SO ORDERED,** this 23rd day of February, 2023.

                                                         s/ Sheryl H. Lipman<br>
                                                         SHERYL H. LIPMAN<br>
                                                         CHIEF UNITED STATES DISTRICT JUDGE