IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT LEAD CLASS COUNSEL**

  Before the Court is Plaintiffs' Motion for Leave to File Reply in Support of Plaintiffs' Motion to Appoint Lead Class Counsel, filed February 27, 2023.  (ECF No. 400.)  Plaintiffs request leave to file a Reply (of no more than five pages) to Defendants' Response in Opposition to Plaintiffs' Motion to Appoint Lead Counsel, (ECF No. 380).  Plaintiffs aver that such a Reply is necessary because they contend that Defendants' arguments in opposition to the Motion to Appoint Lead Counsel are "frivolous, contrary to the facts, and outside of the legitimate inquiry set forth under Rule 23(g)," and that Plaintiffs have not had the opportunity to respond to them. (ECF No. 400 at PageID 13473-74.)  None of the Defendants oppose the relief requested.  (Id. at PageID 13477.)

  Given the unopposed nature of the request and short brief anticipated, the Court finds good cause and **GRANTS** the Motion.  Plaintiffs may file their Reply of no more than five pages within **fourteen (14) days** of entry of this Order.

  **IT IS SO ORDERED,** this 1st day of March, 2023.

            s/ Sheryl H. Lipman
            SHERYL H. LIPMAN
            CHIEF UNITED STATES DISTRICT JUDGE