# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO ADD CLASS REPRESENTATIVE

Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs") move for leave to file a Reply brief in Support of their Motion to Add Class Representative, ECF No. 394. In support of this Motion, Plaintiffs assert as follows:

1. Defendants opposed Plaintiffs' motion to add Amy Coulson as a class representative on four grounds: that Plaintiffs' motion was unduly delayed, that it would be highly prejudicial to Defendants and would undermine their schedule, that it is unnecessary, and that Plaintiffs failed to show that Ms. Coulson would have standing.

2. Defendants fail to provide adequate support for their arguments in opposition to Plaintiffs' motion to add Ms. Coulson. Defendants do not show how Ms. Coulson's addition would delay proceedings or prejudice Defendants. And their arguments that adding a class representative is unnecessary and that Plaintiffs have failed to show standing are circular and unsupported by any factual assertions or relevant caselaw. Plaintiffs ask for an opportunity to respond to these claims and assertions. This request takes on added significance in light of Defendants' recent Motion for Sanctions Under Rule 11 of the Federal Rules of Civil Procedure, (ECF No. 402), which is based in part on Defendants' contention that Plaintiffs lack standing to bring claims relating to Varsity cheer camps.

3. Plaintiffs seek a short reply, of no more than five pages.

4. For all of the above reasons, Plaintiffs believe that a reply would be helpful to the Court, because it will allow Plaintiffs to address the arguments made by Defendants to which Plaintiffs have not had an opportunity to respond.

Dated: March 15, 2023                     Respectfully submitted,

                                          By:_____/s/ Joseph R. Saveri_____
                                                   Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
TURNER FEILD, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822

hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

**CERTIFICATE OF CONSULTATION**

      I hereby certify, pursuant to Local Rule 7.2(a)(1)(B), that on March 15, 2023, my colleague, Kevin Rayhill, emailed counsel for Defendants (specifically, Mathew Mulqueen and Steven Kaiser for the Varsity, Bain, and Charlesbank Defendants; Nicole Riccio for Defendant USASF, and Brendan Gaffney for Defendant Jeff Webb) advising them that Plaintiffs intended to file a motion seeking the relief set out above and asking if they opposed. I received an email from Ms. Riccio on behalf of all Defendants saying they did not oppose.

Date:  March 15, 2023                  */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri