# EXHIBIT 2
## (Excerpted)

**FILED UNDER SEAL**

# EXHIBIT 3

**FILED UNDER SEAL**

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6
## (Excerpted)

**FILED UNDER SEAL**

# EXHIBIT 7
## (Excerpted)

# FILED UNDER SEAL