# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO ADD CLASS REPRESENTATIVE

Before the Court is Plaintiffs' Motion for Leave to File Reply in Support of their Motion to Add Class Representative, filed March 15, 2023. (ECF No. 406.) Plaintiffs request leave to file at most, a five-page reply in support of their motion to add a class representative. (Id.) Plaintiffs aver that Defendants have raised arguments in opposition to their motion to which Plaintiffs have not had the opportunity to respond. (Id.) Plaintiffs further assert that the reply "takes on added significance in light of Defendants' recent Motion for Sanctions Under Rule 11," which involves the issue of class standing and which the motion to add a class representative seeks to address. (Id.) Plaintiffs note that Defendants do not oppose the Motion. (Id. at PageID 13570.)

Given the short filing sought and lack of opposition, and because the Court agrees that further briefing would be helpful, the Motion is **GRANTED**. Plaintiffs have **fourteen (14) days** from entry of this Order to file their Reply on the docket.

**IT IS SO ORDERED,** this 22nd day of March, 2023.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE