IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Excess Pages in Opposition to Defendants' Motion to Exclude the Testimony of Randal Heeb, Ph.D., filed March 16, 2023.  (ECF No. 409.)  Local Rule 7.2 requires that memoranda in support and in opposition of a motion shall not exceed 20 pages in length.  L.R. 7.2(e).  Plaintiffs request an additional ten pages for their opposition to Defendants' Motion to Exclude Dr. Heeb's expert testimony.  (ECF No. 409.)  According to Plaintiffs, such an extension is necessary to fully address Defendants' arguments in their motion, which include "five separate theories, supported by more than forty caselaw citations."  (Id.)  Defendants do not oppose an extension.  (Id.)

Given the length and complexity of Defendants' Motion, the Court agrees that additional pages could be helpful and the Motion is therefore **GRANTED**.  As always, the Court cautions

that the length of an argument is no guarantee of its success, and indeed could result in more confusion, not clarity.

    **IT IS SO ORDERED**, this 22nd day of March, 2023.

                                               s/ Sheryl H. Lipman  
                                               SHERYL H. LIPMAN  
                                               CHIEF UNITED STATES DISTRICT JUDGE