## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | **JURY DEMAND** |
| Defendants. | |

## DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS

I, Joseph R. Saveri declare:

1.      I am the Founding Partner of Joseph Saveri Law Firm, LLP ("JSLF"). I am an attorney of record in this matter. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion for Sanctions.  I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to them.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter from Steven J. Kaiser to me dated February 2, 2023.

3.      Attached hereto as **Exhibit B** is a true and correct copy of my letter to Mr. Kaiser dated February 17, 2023.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Mr. Kaiser's letter to me dated February 23, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2023.

                                                           */s/ Joseph R. Saveri*
                                                           Joseph R. Saveri