# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

## ORDER CANCELLING AND RESETTING ORAL ARGUMENT

On March 22, 2023, the Court granted requests from the Parties and set two motions for limited oral argument, (ECF No. 410), both to be heard on April 12, 2023, (ECF No. 413). In the following days, the Parties notified the Court that they had scheduling conflicts with the April 12 date. The Parties proposed alternate dates separately, with the overlapping amenable dates falling on April 13, 14, and 24. Among these, only April 24 is potentially compatible with the Court's schedule. Currently, however, a criminal trial is set on that date. Therefore, the Court **SETS AN IN-PERSON HEARING for MONDAY, APRIL 24, 2023, AT 1:30 P.M.** If this hearing must be moved, the Court will notify the Parties as soon as possible to determine a new date.

**IT IS SO ORDERED**, this 28th day of March, 2023.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE