**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Western Division
Office of the Clerk

| | |
|---|---|
| **Wendy R. Oliver, Clerk** | **Deputy-in-Charge** |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

March 29, 2023

RE:   **2:20-cv-02892-SHL**
       **Jessica Jones, et al. v. Bain Capital Private Equity, et al.**

Dear Sir/Madam:

**ORAL ARGUMENTS re:** *the below listed motions* have been **RESET** before **Chief Judge Sheryl H. Lipman** from WEDNESDAY, APRIL 12, 2023 at 10:00 A.M. to **MONDAY, APRIL 24, 2023** at **1:30 P.M.** in **Courtroom No. 1, 11ʰ floor of the Federal Building, Memphis, Tennessee.**

| ECF No. | Title of Motion |
|---|---|
| 55 | All Defendants' Motion to Strike Class Allegations |
| 335 | Plaintiffs' Motion to Reconsider Order Granting in Part and Denying in Part Defendants' Motions to Dismiss |

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Melanie Mullen*,
       Case Manager for Chief Judge Sheryl H. Lipman
       901-495-1255
       melanie_mullen@tnwd.uscourts.gov