**DECLARATION OF STEVEN J. KAISER IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS A-N**

**FILED UNDER SEAL**