# DECLARATION OF KEVIN MURPHY IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE JONATHAN M. ORSZAG AND DR. KEVIN MURPHY, IN PART

## FILED UNDER SEAL