# <u>EXHIBIT 1</u>

# FILED UNDER SEAL

# EXHIBIT 2

## FILED UNDER SEAL

# EXHIBIT 2-1

## FILED UNDER SEAL

# **<u>EXHIBIT 3</u>**

## **FILED UNDER SEAL**

# **<u>EXHIBIT 4</u>**

# **FILED UNDER SEAL**

# **EXHIBIT 5**

# **FILED UNDER SEAL**

# <u>EXHIBIT 6</u>

# FILED UNDER SEAL

# **EXHIBIT 7**

# **FILED UNDER SEAL**

# EXHIBIT 8

## FILED UNDER SEAL

# EXHIBIT 9

## FILED UNDER SEAL