# EXHIBIT 9-2

# FILED UNDER SEAL

# EXHIBIT 10

# FILED UNDER SEAL

# EXHIBIT 11

# FILED UNDER SEAL

# EXHIBIT 12

# FILED UNDER SEAL

# EXHIBIT 13

# FILED UNDER SEAL

# EXHIBIT 13-1

# FILED UNDER SEAL

# EXHIBIT 14

# FILED UNDER SEAL

# EXHIBIT 15
# (Excerpted)

# FILED UNDER SEAL

# EXHIBIT 16
# (Excerpted)

# FILED UNDER SEAL

# EXHIBIT 17

# (Excerpted)

# FILED UNDER SEAL