IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | No. 2:20-cv-02892-SHL-tmp |

**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO EXTEND PAGE LIMITATIONS FOR CLASS CERTIFICATION REPLY BRIEF**

Before the Court is Plaintiffs' Motion to Extend Page Limitation for Class Certification Reply Brief, filed April 7, 2023. (ECF No. 435.) Local Rule 7.2 limits reply memoranda to five total pages. L.R. 7.2(e). Plaintiffs request an additional 25 pages for their reply brief to Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification. (ECF No. 435.) Plaintiffs aver that such a substantial extension is necessary because: (1) antitrust class actions are complex legally and factually; and (2) Defendants raise multiple arguments that allegedly contain errors of law and fact that cannot be fully addressed in five pages. (Id.) Defendants oppose the extension. (Id.)

The Court agrees that additional pages are necessary, given the complex nature of the case and the length of Defendants' Response. The Court declines, however, to extend Plaintiffs' Reply to such a length that it mirrors that of the Response; this defeats the function of a "reply" as a filing limited solely to addressing issues raised by the opposing party. The Court therefore **GRANTS** the Motion **IN PART**. Plaintiffs shall have an additional fifteen (15) pages for their Reply Brief for a total of twenty (20) pages. The Court strongly encourages Plaintiffs to ensure

that their Reply performs its specific function of replying to issues raised by the Response, not as a vehicle to relitigate the arguments in their motion for class certification. Duplicative arguments are unhelpful and do not forward a party's case.

**IT IS SO ORDERED**, this 10th day of April, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
