# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp  **JURY DEMAND** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CROSS-MOTION FOR SANCTIONS AGAINST DEFENDANTS AND COUNSEL**

Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs") move for leave to file a Reply brief in Support of their Cross-Motion for Sanctions against Defendants and Counsel ("Cross-Motion"), ECF No. 417. In support of this Motion, Plaintiffs assert as follows:

1. On March 9, 2023, Defendants filed their Motion for Sanctions under Rule 11 of the Federal Rules of Civil Procedure ("Motion for Sanctions"). The Motion for Sanctions argued that Plaintiffs lacked standing to bring claim relating to the relevant product market for cheer camps because the one class representative who had paid for Varsity cheer camps had been withdrawn. On that basis, Defendants sought sanctions including their fees and costs of bringing the motion and an order dismissing such claims. *Id*. at PageID 13483

2. On March 23, Plaintiffs filed their Cross Motion, arguing that Defendants' Motion for Sanctions was frivolous.

3. On April 6, 2023, Defendants filed their Opposition to Plaintiffs' Cross-Motion, arguing once again that Plaintiffs lacked standing to bring claims in the cheer camp market, and that therefore Defendants Motion for Sanctions was valid. The Opposition also attacks Plaintiffs' Motion to Add Class Representative on the basis that is was untimely. The Opposition contains incorrect statements of the relevant lase law and facts. Plaintiffs ask for an opportunity to correct these misstatements.

4. Plaintiffs seek a short reply, of no more than five pages. A draft of the reply is attached hereto as Exhibit A.

For all of the above reasons, Plaintiffs believe that a reply would be helpful to the Court, because it will allow Plaintiffs to address the arguments made by Defendants to which Plaintiffs have not had an opportunity to respond.

Dated: April 13, 2023					Respectfully submitted,

By:	/s/ *Joseph R. Saveri*
		Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
TURNER FEILD, PLLC
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
PAUL LLP
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
HARTLEY LLP
101 West Broadway, Suite 820

San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*