**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:20-cv-02892-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

Before the Court is Plaintiffs' Motion for Leave to File Reply in Support of Cross-Motion

for Sanctions Against Defendants and Counsel, filed April 14, 2023, (ECF No. 437), and

Defendants' Response in Opposition, filed the same day, (ECF No. 438). Plaintiffs request leave

to file a five-page Reply to Defendants' Response in Opposition to Plaintiffs' Cross-Motion for

Sanctions and aver that a Reply is necessary to correct "misstatements" made by Defendants,

including their assertions regarding putative class standing and the allegedly untimely nature of

the Motion to Add Class Representative. (ECF No. 437.) Defendants oppose the Motion and

argue that: (1) Plaintiffs failed to consult them in violation of Local Rule 7.2(a)(1)(B), which

may serve as grounds to deny a motion; and (2) the proposed Reply simply repeats arguments

that Plaintiffs make elsewhere. (ECF No. 438.)

First, the Court declines to deny the Motion on the failure to consult with opposing

counsel as the Local Rule states that a failure to consult "may" serve as good grounds to deny a

motion, not that it "shall" be denied. L.R. 7.2(a)(1)(B). Plaintiffs, however, are cautioned that

they must comply with this Local Rule requirement moving forward and that the Court will look unfavorably on continued failures to comply with the requirement.

The Court agrees with Defendants, however, that a Reply on this Cross-Motion for Sanctions is unnecessary.  Based on a review of the Parties' filings, the facts and law already provided is sufficient for a resolution and further briefing would not be helpful to the Court.  The Motion is therefore **DENIED.**

**IT IS SO ORDERED**, this 17th day of April, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE