## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | **JURY DEMAND** |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE JONATHAN M. ORSZAG AND DR. KEVIN MURPHY, IN PART

I, Joseph R. Saveri, declare the following under penalty of perjury:

1.      I am the Founding Partner of Joseph Saveri Law Firm, LLP ("JSLF"). I am an attorney of record in this matter. I submit this Supplemental Declaration in support of Plaintiffs' Motion to Exclude Jonathan M. Orszag and Dr. Kevin Murphy, in Part.  I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to them.

2.      Attached as **Exhibit A** is a true and correct copy of a course description for "MSc in Economic and Social History" from the Oxford University Website, https://www.ox.ac.uk/admissions/graduate/courses/msc-economic-and-social-history (last visited April 28, 2023).

3.      Attached as **Exhibit B** is a true and correct copy of an October 11, 2021 article titled "NFHS Signs Corporate Partnership Renewal with Varsity Spirit," https://www.nfhs.org/articles/nfhs-signs-corporate-partnership-renewal-with-varsity-spirit (last visited April 28, 2023).

4.      Attached as **Exhibit C** is a true and correct copy of "Q&A: Varsity Spirit/NFHS Squad Credentialing Program" from the Varsity Spirit website, https://www.varsity.com/usa/wp-content/uploads/2020/07/NFHS.USA_.FAQ_.2021.02.pdf (last visited April 28, 2023).


I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2023 in San Francisco, California.

                                                              */s/ Joseph R. Saveri*
                                                                Joseph R. Saveri