# EXHIBIT A

# MSc in Economic and Social History

**ABOUT** | ENTRY REQUIREMENTS | RESOURCES | FUNDING AND COSTS | COLLEGE PREFERENCE | HOW TO APPLY

**About the course**

Economic and social history is the study of economic activities and social organization in the historical past.

This one-year specialist course offers a unique framework for research training in economic and social history. It offers a wide range of options and allows you to specialise in economic and/or social history, or historical demography, although the boundaries between these areas are deliberately permeable.

This course is intended to introduce you to the wide variety of methods used in the study of economic and social history, as well as to the subject itself. The core qualifying papers provide an opportunity to evaluate a range of different qualitative and quantitative methodological approaches; they impart a common language, and create a close and friendly community, in which ideas are shared, and strong personal ties are forged, developing a community that provides a base from which to venture out and experience the intellectual, social and cultural rewards of Oxford.

The course comprises:

- 'What happened and why: an introduction to themes and approaches in economic and social history', a required course for all students, focusing on social sciences methodologies and approaches and taught through a series of lectures and parallel classes during Michaelmas term;
- a course in quantitative methods and computer applications for economic and social history: You will be allocated to either the standard or the advanced course, depending on your previous statistical and/or econometric training. More advanced students will be able to take a quantitative methods course provided as part of the MPhil in Economics, subject to satisfying admission criteria;
- two advanced papers, usually taught in small classes, mostly during Hilary term; and
- a dissertation of not more than 15,000 words on a topic of your choice, approved by your supervisor, and submitted by the last Friday in August.

Please note that not every optional subject listed may be on offer every year, depending in part on levels of student demand. Full details of core and optional papers available are provided on the course webpage (http://www.history.ox.ac.uk/msc-mphil-economic-and-social-history%20) .

The standard course in quantitative methods and computer applications for economic and social history is a simple and very informal introduction to elementary quantitative methods covering some of the techniques most widely used in research in the historical and social sciences and emphasizing the relevance of the historical issues. No prior knowledge of mathematics or statistical theory is expected.

The advanced course in quantitative methods is intended for students who have already been introduced to some form of quantitative methods, with the first few sessions serving as a refresher course in elementary quantitative methods. The course aims to ensure that you are aware of the range of quantitative techniques available for analysing problems in economic and social history. You will be taught how to use a number of popular statistical and econometric packages. Teaching sessions will involve computer classwork. Under certain circumstances, very accomplished students may undertake a more advanced statistics paper from elsewhere in the University, such as the MPhil in Economics.

---

**ADMISSION STATUS**

🔴 Closed to applications for entry in 2023-24

Register for email updates (//www.ox.ac.uk/admissions/graduate/sign-up) and get notified when the new application cycle opens

**DEADLINES** 12:00 midday UK time on:

**Friday 6 January 2023**
*Latest deadline for most Oxford scholarships* (//www.ox.ac.uk/admissions/graduate/fees-and-funding/oxford-funding#content-tab--2)
Final application deadline for entry in 2023-24

| KEY FACTS | Full Time Only |
|---|---|
| **Course code** | TM_HN1 |
| **Expected length** | 11 months |
| **Places in 2023-24** | c. 12 |
| **Applications/year*** | 106 |
| **Expected start** | 1 October 2023 (http://www.graduate.ox.ac.uk/termdates) |
| **English language** | Higher level required (http://www.graduate.ox.ac.uk/en |

If you wish to apply for the DPhil you will be encouraged to develop your doctoral proposal during the first few months of the course, so that you will be well placed to make doctoral applications. The MPhil in Economic and Social History provides an alternative route to the DPhil, which would allow for entry to the doctoral programme at the beginning of students' third academic year in Oxford.

Supervision

The allocation of graduate supervision is the responsibility of the Faculty of History and it is not always possible to accommodate the preferences of incoming graduate students to work with a particular member of staff. Under some circumstances a supervisor outside the Faculty of History (eg the Department of Economics) may be nominated. An Oxford academic's pre-application indication of willingness to supervise an enquiring applicant is not a guarantee that the applicant will be offered a place, or that the supervisor in question has capacity in that particular year.

You should meet your supervisor early in Michaelmas term to identify training needs and agree a programme of research, meeting regularly in Michaelmas and Hilary to discuss progress. You should meet your supervisor early in Trinity term to finalise a plan for completing your dissertation, and be able to discuss a complete draft of your dissertation with your supervisor later in Trinity term.

Assessment

'What happened and why: an introduction to themes and approaches in economic and social history' is evaluated by essay, submitted in Hilary term. The course in quantitative methods and computer applications for economic and social history is evaluated by assignment, submitted in Hilary term. For the two advanced papers, assessment varies but is normally by examination, two extended essays, or a single extended essay.

You will also be examined on a dissertation on a topic of your choice, approved by your supervisor. This will need to be submitted in August.

All MSc students and first-year MPhil students in Economic and Social History are required to make a presentation of their dissertation research at the Annual Graduate Workshop in Economic and Social History held in the first week of the Trinity term.

Graduate destinations

About a quarter of master's students proceed to doctoral work at Oxford; others continue academic study at other institutions. Other career destinations are as diverse as, but broadly in line with, undergraduate history career destinations: law, finance, management consultancy, civil service etc.

Changes to this course and your supervision

The University will seek to deliver this course in accordance with the description set out in this course page. However, there may be situations in which it is desirable or necessary for the University to make changes in course provision, either before or after registration. The safety of students, staff and visitors is paramount and major changes to delivery or services may have to be made in circumstances of a pandemic (including Covid-19), epidemic or local health emergency. In addition, in certain circumstances, for example due to visa difficulties or because the health needs of students cannot be met, it may be necessary to make adjustments to course requirements for international study.

Where possible your academic supervisor will not change for the duration of your course. However, it may be necessary to assign a new academic supervisor during the course of study or before registration for reasons which might include illness, sabbatical leave, parental leave or change in employment.

For further information please see our page on changes to courses (//www.ox.ac.uk/admissions/graduate/courses/changes-to-courses) and the provisions of the student contract (//www.ox.ac.uk/admissions/graduate/after-you-apply/your-offer-and-contract) regarding changes to courses.

Other courses you may wish to consider

---

glishproficiency)

*Three-year average (applications for entry in 2020-21 to 2022-23)

**FURTHER INFORMATION AND ENQUIRIES**

This course is offered jointly by the Faculty of History (//www.ox.ac.uk/admissions/graduate/courses/humanities/history) and the Department of Economics (//www.ox.ac.uk/admissions/graduate/courses/social-sciences/economics)

- Course page (https://www.history.ox.ac.uk/msc-mphil-economic-and-social-history) on the lead faculty's website (https://www.history.ox.ac.uk/graduate-admissions)
- Funding information (https://www.history.ox.ac.uk/fees-and-funding) from History
- Funding information (https://www.economics.ox.ac.uk/graduate-funding) from Economics
- History staff (https://www.history.ox.ac.uk/people)
- History research (https://www.history.ox.ac.uk/research)
- Economics staff (https://www.economics.ox.ac.uk/people#/)
- Economics research (https://www.economics.ox.ac.uk/our-research#/)
- Residence requirements for full-time courses (http://www.graduate.ox.ac.uk/residence)
- Postgraduate applicant privacy policy (http://www.graduate.ox.ac.uk/privacypolicy)

**Course-related enquiries**

Advice about contacting the department can be found in the *How to apply* section of this page

✉ graduate.admissions@history.ox.ac.uk (mailto:graduate.admissions@history.ox.ac.uk)

☎ +44 (0) 1865 615000 (tel:+44-1865-615000)

**Application-process enquiries**

If you're thinking about applying for this course, you may also wish to consider the courses listed below. These courses may have been suggested due to their similarity with this course, or because they are offered by the same department or faculty.

See the application guide (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/application-guide?source=coursepage)

**All graduate courses offered by the Faculty of History**

Economic and Social History (//www.ox.ac.uk/admissions/graduate/courses/mphil-economic-and-social-history) MPhil

Economic and Social History (//www.ox.ac.uk/admissions/graduate/courses/msc-economic-and-social-history) MSc

Global and Imperial History (//www.ox.ac.uk/admissions/graduate/courses/mst-global-and-imperial-history) MSt

History (//www.ox.ac.uk/admissions/graduate/courses/dphil-history) DPhil

History (//www.ox.ac.uk/admissions/graduate/courses/mst-history) MSt

History (//www.ox.ac.uk/admissions/graduate/courses/mphil-history) MPhil

History (Economic and Social History) (//www.ox.ac.uk/admissions/graduate/courses/dphil-economic-and-social-history) DPhil

History of Art (//www.ox.ac.uk/admissions/graduate/courses/dphil-history-art) DPhil

History of Art and Visual Culture (//www.ox.ac.uk/admissions/graduate/courses/mst-history-art-and-visual-culture) MSt

History of Science, Medicine and Technology (//www.ox.ac.uk/admissions/graduate/courses/mphil-history-science-medicine-and-technology) MPhil

History of Science, Medicine and Technology (//www.ox.ac.uk/admissions/graduate/courses/msc-history-science-medicine-and-technology) MSc

**All graduate courses offered by the Department of Economics**

Economic and Social History (//www.ox.ac.uk/admissions/graduate/courses/mphil-economic-and-social-history) MPhil

Economic and Social History (//www.ox.ac.uk/admissions/graduate/courses/msc-economic-and-social-history) MSc

Economics (//www.ox.ac.uk/admissions/graduate/courses/dphil-economics) DPhil

Economics (//www.ox.ac.uk/admissions/graduate/courses/mphil-economics) MPhil

Economics (//www.ox.ac.uk/admissions/graduate/courses/mphil-dphil-economics) combined MPhil and DPhil

Economics for Development (//www.ox.ac.uk/admissions/graduate/courses/msc-economics-development) MSc

**Oxford 1+1 MBA programme**

This course can be studied as a part of the Oxford 1+1 MBA programme (https://www.sbs.ox.ac.uk/programmes/mbas/oxford-11-mba) . The Oxford 1+1 MBA programme is a unique, two-year graduate experience that combines the depth of a specialised, one-year master's degree with the breadth of a top-ranking, one-year MBA.

**Entry requirements for entry in 2023-24**

Proven and potential academic excellence

**Degree-level qualifications**

As a minimum, applicants should hold or be predicted to achieve the following UK qualifications or their equivalent:

- **a first-class or strong upper second-class undergraduate degree with honours** (a minimum of 68% overall and 68% for the dissertation) in a relevant discipline in the humanities or social sciences.
- For applicants with a degree from the USA, the minimum GPA sought is 3.75 out of 4.0.

Applicants are normally expected to have a previous degree in history, economic history or economics, but for master's applications a number of candidates may be accepted with a degree in a different subject area. You will need to ensure that you link your proposed dissertation topic with your previous expertise when you present it in your research proposal, or that you explain why you want to switch to study history, and to show that you have already done some background research into it. Your submitted written work should show your writing and research skills in their best light, as it will be important to show that you have the necessary skills required for historical research.

If your degree is not from the UK or another country specified above, visit our International Qualifications page for guidance on the qualifications and grades (//www.ox.ac.uk/admissions/graduate/international-applicants/international-qualifications?source=coursepage) that would usually be considered to meet the University's minimum entry requirements.

**GRE General Test scores**

No Graduate Record Examination (GRE) or GMAT scores are sought.

**Other qualifications, evidence of excellence and relevant experience**

- In the case of mature students/intended career changes professional experience in cognate areas may compensate for shortcomings in the formal academic record.
- Publications are not required.

**English language proficiency**

This course requires proficiency in English at the University's **higher level**. If your first language is not English, you may need to provide evidence that you meet this requirement. The minimum scores required to meet the University's higher level are detailed in the table below.

Minimum scores required to meet the University's higher level requirement

| Test | Minimum overall score | Minimum score per component |
|---|---|---|
| IELTS Academic (Institution code: 0713) | 7.5 | 7.0 |
| TOEFL iBT, including the 'Home Edition' (Institution code: 0490) | 110 | Listening: 22<br>Reading: 24<br>Speaking: 25<br>Writing: 24 |
| C1 Advanced* | 191 | 185 |
| C2 Proficiency† | 191 | 185 |

*Previously known as the Cambridge Certificate of Advanced English or Cambridge English: Advanced (CAE)

†Previously known as the Cambridge Certificate of Proficiency in English or Cambridge English: Proficiency (CPE)

Your test must have been taken no more than two years before the start date of your course. Our Application Guide provides further information about the English language test requirement (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/application-guide/qualifications-languages-funding#content-tab--3) .

**Declaring extenuating circumstances**

If your ability to meet the entry requirements has been affected by the COVID-19 pandemic (eg you were awarded an unclassified/ungraded degree) or any other exceptional personal circumstance (eg other illness or bereavement), please refer to the guidance on extenuating circumstances (//www.ox.ac.uk/node/1433995/#content-tab--2) in the Application Guide for information about how to declare this so that your application can be considered appropriately.

References

You will need to register three referees who can give an informed view of your academic ability and suitability for the course. The *How to apply* section of this page provides details of the types of reference that are required in support of your application for this course and how these will be assessed.

Supporting documents

You will be required to supply supporting documents with your application, including an official transcript and a CV/résumé. The *How to apply* section of this page provides details of the supporting documents that are required as part of your application for this course and how these will be assessed.

Performance at interview
Interviews are not normally held as part of the admissions process.

Assessors may get in touch with an applicant by email in case of any queries, but this is very rare.

**How your application is assessed**

Your application will be assessed purely on your proven and potential academic excellence and other entry requirements published under that heading. References (#references) and supporting documents (#supporting-documents) submitted as part of your application, and your performance at interview (#performance-at-interview) (if interviews are held) will be considered as part of the assessment process.

An overview of the shortlisting and selection process is provided below. Our 'After you apply (//www.ox.ac.uk/admissions/graduate/after-you-apply) ' pages provide more information about how applications are assessed (//www.ox.ac.uk/admissions/graduate/after-you-apply/decision-timeline#content-tab--2) .

Shortlisting and selection

Students are considered for shortlisting and selected for admission without regard to age, disability, gender reassignment, marital or civil partnership status, pregnancy and maternity, race (including colour, nationality and ethnic or national origins), religion or belief (including lack of belief), sex, sexual orientation, as well as other relevant circumstances including parental or caring responsibilities or social background. However, please note the following:

- socio-economic information may be taken into account in the selection of applicants and award of scholarships for courses that are part of the University's pilot selection procedure (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/pilot-selection-procedure) and for scholarships aimed at under-represented groups (//www.ox.ac.uk/admissions/graduate/access/scholarships-and-funding) ;
- country of ordinary residence may be taken into account in the awarding of certain scholarships; and
- protected characteristics may be taken into account during shortlisting for interview or the award of scholarships where the University has approved a positive action case under the Equality Act 2010.

Whether or not you have secured funding will not be taken into consideration when your application is assessed.

**Processing your data for shortlisting and selection**

Information about processing special category data for the purposes of positive action (https://compliance.admin.ox.ac.uk/postgraduate-applicant-privacy-policy#collapse964266) and using your data to assess your eligibility for funding (https://compliance.admin.ox.ac.uk/postgraduate-applicant-privacy-policy#collapse964256) , can be found in our Postgraduate Applicant Privacy Policy.

> **Admissions panels and assessors**
>
> All recommendations to admit a student involve the judgement of at least two members of the academic staff with relevant experience and

expertise, and must also be approved by the Director of Graduate Studies or Admissions Committee (or equivalent within the department).

Admissions panels or committees will always include at least one member of academic staff who has undertaken appropriate training.

---

**Other factors governing whether places can be offered**

The following factors will also govern whether candidates can be offered places:

- the ability of the University to provide the appropriate supervision for your studies, as outlined under the 'Supervision' heading in the *About* section of this page;
- the ability of the University to provide appropriate support for your studies (eg through the provision of facilities, resources, teaching and/or research opportunities); and
- minimum and maximum limits to the numbers of students who may be admitted to the University's taught and research programmes.

**Offer conditions for successful applications**

If you receive an offer of a place at Oxford, your offer will outline any conditions that you need to satisfy and any actions you need to take, together with any associated deadlines. These may include academic conditions, such as achieving a specific final grade in your current degree course. These conditions will usually depend on your individual academic circumstances and may vary between applicants. Our *After you apply* (//www.ox.ac.uk/admissions/graduate/after-you-apply) pages provide more information about offers and conditions (//www.ox.ac.uk/admissions/graduate/after-you-apply/decision-timeline#content-tab--2) .

In addition to any academic conditions which are set, you will also be required to meet the following requirements:

**Financial Declaration**

If you are offered a place, you will be required to complete a Financial Declaration (//www.ox.ac.uk/admissions/graduate/fees-and-funding/financial-declaration) in order to meet your financial condition of admission.

**Disclosure of criminal convictions**

In accordance with the University's obligations towards students and staff, we will ask you to declare any relevant, unspent criminal convictions (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/university-policies/criminal-convictions) before you can take up a place at Oxford.

**Resources**

Intellectual life and community

The explicitly interdisciplinary nature of this MSc means that the History Faculty collaborates with other divisions and departments within the University. The MSc in Economic and Social History is a joint enterprise involving both the Faculty of History and the Department of Economics.

More generally, working as an Oxford graduate student is an exhilarating experience. History at Oxford stretches from around 300 AD to the present and embraces an exceptionally broad geographical range. It comprises an active research community of up to 800 academics and graduate students.

The faculty's research is organised around historical periods, research centres, or in collaborative and individual research projects, and graduates are key participants in the wide range of seminars, workshops and conferences run by the History Faculty.

Further opportunities for exchange are provided by the interdisciplinary communities fostered within individual colleges, which also offer dedicated support for graduates by means of personal advisors.  The Oxford Centre for Research in the Humanities (TORCH) (http://www.torch.ox.ac.uk/)  offers a stimulating range of interdisciplinary activities. You are also encouraged to join the Oxford History Graduate Network (OHGN) (https://www.history.ox.ac.uk/oxford-history-graduate-network) , which fosters friendships, conversations and collaboration.

The Oxford environment provides a unique opportunity to develop intellectual curiosity whilst remaining focused on your own work without becoming blinkered - an integral part of a successful graduate career.

Libraries and archives

Graduates in Oxford are fortunate in having access to over a hundred libraries. The University's core research resource in the humanities are the Bodleian Libraries, whose combined collections contain more than 11 million printed items, in addition to more than 50,000 e-journals and a vast quantity of manuscripts, maps, music and other materials.

The Bodleian has been a library of legal deposit for 400 years. The Bodleian Libraries' Special Collections Department attracts scholars from all over the world. Further strengths include the countless databases and digital resources currently offered by the Bodleian and being developed through Oxford's Digital Humanities programme.

You are also able to draw on the specialist resources offered by the Bodleian History Faculty Library which provides dedicated support and training courses for all graduates. They also have access to the many college libraries and to college archives which can house significant collections of personal papers as well as institutional records dating back to the middle ages.

**Funding**

The University expects to be able to offer around 1,000 full or partial graduate scholarships across the collegiate University in 2023-24. You will be **automatically considered for the majority of Oxford scholarships**, if you fulfil the eligibility criteria and submit your graduate application by the relevant December or January deadline. Most scholarships are awarded on the basis of academic merit and/or potential.

For further details about searching for funding as a graduate student (//www.ox.ac.uk/admissions/graduate/fees-and-funding) visit our dedicated Funding pages, which contain information about how to apply for Oxford scholarships requiring an additional application, details of external funding, loan schemes and other funding sources.

Please ensure that you visit individual college websites for details of any college-specific funding opportunities using the links provided on our college pages (//www.ox.ac.uk/admissions/graduate/colleges/college-listing) or below:

**Select from the list:** 

Please note that not all the colleges listed above may accept students on this course. For details of those which do, please refer to the *College preference* section of this page.

Further information about funding opportunities for this course can be found on the the faculty websites:

- Funding information (https://www.history.ox.ac.uk/fees-and-funding)  from History
- Funding information (https://www.economics.ox.ac.uk/m.sc.-in-economic-and-social-history)  from Economics

**Costs**

Annual fees for entry in 2023-24

| Fee status | Annual Course fees |
|---|---|
| Home | £15,270 |
| Overseas | £30,910 |

Further details about fee status eligibility (https://www.ox.ac.uk/admissions/graduate/fees-and-funding/fees-and-other-charges/fees#content-tab--2) can be found on the fee status webpage.

Information about course fees

Course fees are payable each year, for the duration of your fee liability (your fee liability is the length of time for which you are required to pay course fees). For courses lasting longer than one year, please be aware that fees will usually increase annually. For details, please see our guidance on changes to fees and charges (//www.ox.ac.uk/admissions/graduate/fees-and-funding/fees-and-other-charges/changes-to-fees-and-costs) .

Course fees cover your teaching as well as other academic services and facilities provided to support your studies. Unless specified in the additional information section below, course fees do not cover your accommodation, residential costs or other living costs. They also don't cover any additional costs and charges that are outlined in the additional information below.

**Where can I find further information about fees?**

The *Fees and Funding* section (//www.ox.ac.uk/admissions/graduate/fees-and-funding) of this website provides further information about course fees (//www.ox.ac.uk/admissions/graduate/fees-and-funding/fees-and-other-charges/fees) , including information about fee status and eligibility (//www.ox.ac.uk/admissions/graduate/fees-and-funding/fees-and-other-charges/fees#content-tab--2)  and your length of fee liability (//www.ox.ac.uk/admissions/graduate/fees-and-funding/fees-and-other-charges/fees#content-tab--4) .

Additional information

There are no compulsory elements of this course that entail additional costs beyond fees and living costs. However, as part of your course requirements, you may need to choose a dissertation, a project or a thesis topic. Please note that, depending on your choice of topic and the research required to complete it, you may incur additional expenses, such as travel expenses, research expenses, and field trips. You will need to meet these additional costs, although you may be able to apply for small grants from your department and/or college to help you cover some of these expenses.

Living costs

In addition to your course fees, you will need to ensure that you have adequate funds to support your living costs for the duration of your course.

For the 2023-24 academic year, the range of likely living costs for full-time study is between c. £1,290 and £1,840 for each month spent in Oxford. Full information, including a breakdown of likely living costs in Oxford for items such as food, accommodation and study costs, is available on our living costs (//www.ox.ac.uk/admissions/graduate/fees-and-funding/living-costs) page. When planning your finances for any future years of study in Oxford beyond 2023-24, it is suggested that you allow for potential increases in living expenses of 5% or more each year – although this rate may vary significantly depending on how the national economic situation develops. UK inflationary increases will be kept under review and this page updated.

**College preference**

All graduate students at Oxford belong to a department or faculty *and* a college or hall (except those taking non-matriculated courses). If you apply for a place on this course you will have the option to express a preference for one of the colleges listed below, or you can ask us to find a college for you. The *Colleges* section (//www.ox.ac.uk/admissions/graduate/colleges) of this website

provides information about the college system at Oxford (//www.ox.ac.uk/admissions/graduate/colleges/introducing-colleges), as well as factors you may wish to consider when deciding whether to express a college preference (//www.ox.ac.uk/admissions/graduate/colleges/choosing-college). Please note that 'college' and 'colleges' refers to all 45 of the University's colleges, including those designated as Permanent Private Halls (PPHs).

For some courses, the department or faculty may have provided some additional advice below to help you to decide. Whatever you decide, it won't affect how the academic department assesses your application and whether they decide to make you an offer. If your department makes you an offer of a place, you're guaranteed a place at one of our colleges.
The following colleges accept students on the MSc in Economic and Social History:

- Balliol College (//www.ox.ac.uk/admissions/graduate/colleges/balliol-college)
- Blackfriars (//www.ox.ac.uk/admissions/graduate/colleges/blackfriars)
- Brasenose College (//www.ox.ac.uk/admissions/graduate/colleges/brasenose-college)
- Campion Hall (//www.ox.ac.uk/admissions/graduate/colleges/campion-hall)
- Christ Church (//www.ox.ac.uk/admissions/graduate/colleges/christ-church)
- Corpus Christi College (//www.ox.ac.uk/admissions/graduate/colleges/corpus-christi-college)
- Exeter College (//www.ox.ac.uk/admissions/graduate/colleges/exeter-college)
- Harris Manchester College (//www.ox.ac.uk/admissions/graduate/colleges/harris-manchester-college)
- Hertford College (//www.ox.ac.uk/admissions/graduate/colleges/hertford-college)
- Jesus College (//www.ox.ac.uk/admissions/graduate/colleges/jesus-college)
- Keble College (//www.ox.ac.uk/admissions/graduate/colleges/keble-college)
- Kellogg College (//www.ox.ac.uk/admissions/graduate/colleges/kellogg-college)
- Lady Margaret Hall (//www.ox.ac.uk/admissions/graduate/colleges/lady-margaret-hall)
- Linacre College (//www.ox.ac.uk/admissions/graduate/colleges/linacre-college)
- Lincoln College (//www.ox.ac.uk/admissions/graduate/colleges/lincoln-college)
- Magdalen College (//www.ox.ac.uk/admissions/graduate/colleges/magdalen-college)
- Mansfield College (//www.ox.ac.uk/admissions/graduate/colleges/mansfield-college)
- Merton College (//www.ox.ac.uk/admissions/graduate/colleges/merton-college)
- New College (//www.ox.ac.uk/admissions/graduate/colleges/new-college)
- Nuffield College (//www.ox.ac.uk/admissions/graduate/colleges/nuffield-college)
- Oriel College (//www.ox.ac.uk/admissions/graduate/colleges/oriel-college)
- Pembroke College (//www.ox.ac.uk/admissions/graduate/colleges/pembroke-college)
- Regent's Park College (//www.ox.ac.uk/admissions/graduate/colleges/regents-park-college)
- Reuben College (//www.ox.ac.uk/admissions/graduate/colleges/reuben-college)
- St Anne's College (//www.ox.ac.uk/admissions/graduate/colleges/st-annes-college)
- St Antony's College (//www.ox.ac.uk/admissions/graduate/colleges/st-antonys-college)
- St Catherine's College (//www.ox.ac.uk/admissions/graduate/colleges/st-catherines-college)
- St Cross College (//www.ox.ac.uk/admissions/graduate/colleges/st-cross-college)
- St Edmund Hall (//www.ox.ac.uk/admissions/graduate/colleges/st-edmund-hall)
- St Hilda's College (//www.ox.ac.uk/admissions/graduate/colleges/st-hildas-college)
- St Hugh's College (//www.ox.ac.uk/admissions/graduate/colleges/st-hughs-college)
- St John's College (//www.ox.ac.uk/admissions/graduate/colleges/st-johns-college)
- St Peter's College (//www.ox.ac.uk/admissions/graduate/colleges/st-peters-college)
- Somerville College (//www.ox.ac.uk/admissions/graduate/colleges/somerville-college)
- University College (//www.ox.ac.uk/admissions/graduate/colleges/university-college)
- Wadham College (//www.ox.ac.uk/admissions/graduate/colleges/wadham-college)
- Wolfson College (//www.ox.ac.uk/admissions/graduate/colleges/wolfson-college)
- Worcester College (//www.ox.ac.uk/admissions/graduate/colleges/worcester-college)
- Wycliffe Hall (//www.ox.ac.uk/admissions/graduate/colleges/wycliffe-hall)

**Before you apply**

Our guide to getting started (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/getting-started?source=coursepage) provides general advice on how to prepare for and start your application. Check the deadlines on this page and the information about deadlines (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/application-guide/starting-your-application?source=coursepage#deadlines) in our Application Guide. If it's important for you to have your application considered under a particular deadline – eg under a December or January deadline

in order to be considered for Oxford scholarships – **we recommend that you aim to complete and submit your application at least two weeks in advance**.

### Application fee waivers

An application fee of £75 is payable per course application. Application fee waivers are available for the following applicants who meet the eligibility criteria:

- applicants from low-income countries;
- refugees and displaced persons;
- UK applicants from low-income backgrounds; and
- applicants who applied for our Graduate Access Programmes in the past two years and met the eligibility criteria.

You are encouraged to check whether you're eligible for an application fee waiver (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/application-guide/declaration-and-payment#content-tab--3) before you apply.

### Do I need to contact anyone before I apply?

You are encouraged to familiarise yourself with the research expertise within the faculty when preparing your application. However, you will not be required to specify a potential supervisor in your application and the faculty will in any case decide supervision arrangements, taking due account of workload and commitments of its academics.

## Completing your application

You should refer to the information below when completing the application form, **paying attention to the specific requirements for the supporting documents**. If any document does not meet the specification, including the stipulated word count, your application may be considered incomplete and not assessed by the academic department. Expand each section to show further details.

### Proposed field and title of research project

Under the 'Field and title of research project' please enter your proposed field or area of research if this is known. If the department has advertised a specific research project that you would like to be considered for, please enter the project title here instead.

You should not use this field to type out a full research proposal. You will be able to upload your research supporting materials separately if they are required (as described below).

### Proposed supervisor

It is not necessary for you to identify a potential supervisor in your application.

### Referees:
*Three overall, academic preferred*

Whilst you must register three referees, the department may start the assessment of your application if two of the three references are submitted by the course deadline and your application is otherwise complete. Please note that you may still be required to ensure your third referee supplies a reference for consideration.

References should generally be academic, though if you are returning to study after extended periods of non-academic employment then you are welcome to nominate professional referees where it would be impractical to call on your previous university tutors.

Your references will support intellectual ability, academic achievement, motivation, ability to work in both a group environment and sustained individual and self-motivated investigation.

**Official transcript(s)**

Your transcripts should give detailed information of the individual grades received in your university-level qualifications to date. You should only upload official documents issued by your institution and any transcript not in English should be accompanied by a certified translation.

More information about the transcript requirement (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/application-guide/supporting-documents#content-tab--2) is available in the Application Guide.

**CV/résumé**

A CV/résumé is compulsory for all applications. Most applicants choose to submit a document of one to two pages highlighting their academic achievements and any relevant professional experience.

**Statement of purpose and research proposal:**
*A minimum of 500 to a maximum of 1,000 words in total*

The statement of purpose and research proposal should be written as one combined piece.

You should convince the faculty that you have the right intellectual qualities, academic knowledge and skills to undertake the course, focusing on how you see the course as building upon your previous study

You should discuss what kinds of problems and issues you hope to engage with; what the current state of your knowledge and understanding of these is, and how you hope to advance that.

You should include a preliminary research proposal and title for your intended dissertation. This should supply a research question identifying the central issue or problem with which you intend to grapple, some account of the current state of scholarship in this area and an indication of the kinds of sources you hope to use.

You may also include what you hope to do with the qualification you gain

Your statement must be written in English. A bibliography may also be provided and is not included in the word count, though any

footnotes should be included.

If possible, please ensure that the word count is clearly displayed on the document.

It is anticipated that your ideas will change and develop once you have begun the programme and have been exposed to new approaches, sources and methods. However, students applying to this course are expected to have a clear sense of the kind of research they wish to undertake.

This will be assessed for:

- your reasons for applying
- evidence of motivation for and understanding of the proposed area of study
- the coherence of the proposal, the ability to present a reasoned case in English
- commitment to the subject, beyond the requirements of the degree programme
- reasoning ability
- ability to absorb new ideas, often presented abstractly, at a rapid pace.

**Written work:**
*One writing sample of anything up to 4,000 words or two writing samples, totalling no more than 4,000 words*

An academic writing sample of not more than 4000 words in total length.

Academic essays or other writing samples from your most recent qualification are required, but the work does not need to relate closely to your proposed area of study.

You can submit one complete essay, or two shorter essays.

Extracts from a longer dissertation are welcome, but a preface which puts the work in context is expected.

The work will be assessed for understanding of problems in the area, the ability to construct and defend an argument, your powers of analysis, and your powers of expression.

The written work must be submitted in English (if this work has been translated, you must indicate if the translations are your own, or what assistance you had in producing the English text).

Any footnotes should be included in the word count. A bibliography however will not be.

If possible, please ensure that the word count is clearly displayed on the document.

**Instructions for submitting one long piece of work instead of two short pieces**

To submit one longer piece of work in your application instead of two shorter pieces, you should upload this document in the first 'Written work' slot on the 'Supporting Documents' tab of the Application Form. In the second 'Written work' slot, you should upload a PDF document with the following statement:

'*I have included one long essay in lieu of two short essays. I have checked the course page to confirm this is permitted for this course.*'

**Start or continue your application**

You can start or return to an application using the relevant link below. As you complete the form, please refer to the requirements above (#completing-your-application) and consult our Application Guide for advice (//www.ox.ac.uk/admissions/graduate/applying-to-oxford/application-guide?source=coursepage) . You'll find the answers to most common queries in our FAQs.

APPLICATION GUIDE (//WWW.OX.AC.UK/ADMISSIONS/GRADUATE/APPLYING-TO-OXFORD/APPLICATION-GUIDE?SOURCE=COURSEPAGE)

CLOSED

REGISTER FOR EMAIL UPDATES (//WWW.OX.AC.UK/ADMISSIONS/GRADUATE/SIGN-UP/)