# EXHIBIT B

# NFHS Signs Corporate Partnership Renewal with Varsity Spirit

By NFHS on October 11, 2021

*nfhs news*

---

The National Federation of State High School Associations (NFHS) has renewed its corporate partnership agreement with Varsity Spirit, the global leader in cheerleading, dance team and band apparel, camps and competitions, and a division of Varsity Brands, the market leader in team sports, school spirit and achievement recognition.

With roots dating to 1974, Varsity Spirit has played a major role in the evolution of spirit as an activity and has seen its own tremendous growth in that time. The organization now impacts more than one million athletes each year through its wide range of apparel options and more than 5,000 camps and 600 competitions offered annually, and through those provisions fulfills its mission to "Elevate the Student Experience and Create Memorable Experiences for Young People."

Varsity Spirit also devotes a large portion of time to philanthropic outreach and has partnered with entities such as St. Jude Children's Research Hospital and Generation Spirit, a nonprofit organization dedicated to advancing social inclusion in high schools nationwide. Last June, the NFHS joined Varsity Performing Arts – a division of Varsity Spirit – and several other organizations to launch "Together As One," a free, fully arranged, designed and choreographed performance package that aided high school performing arts programs facing pandemic-induced financial hardships.

"Varsity Spirit's commitment to enhancing high school spirit is unmatched, and it shows in the ever-increasing number of student-athletes they affect each year," said Dr. Karissa Niehoff, NFHS executive director. "We are proud to renew this partnership with an organization that aligns so closely with our mission to serve and provide opportunities for high school students."

As part of the renewal, which carries a five-year term, Varsity Spirit will retain its title as an NFHS Corporate Partner on all print and electronic listings and will have the ability to place digital and full-page print advertisements on the NFHS website, High School Today magazine and the NFHS Court and Field Diagram Guide.

"We are proud to partner with the NFHS and have been able to accomplish a lot together in the last 20+ years," said Bill Seely, President of Varsity Spirit. "Together we've developed the Varsity Spirit/NFHS Squad Credentialing Program that focuses athletes on the importance of safety, leadership, and the five key pillars to a successful spirit program, launched the Varsity University/NFHS Coaches Education Program that focuses on sport safety certification for high school coaches and the NFHS has been incredible in supporting our National Dance Team and National High School Cheerleading Championships. Our shared

belief is that athlete safety comes first and is foundational to successful programs that help produce well-rounded, healthy and productive young adults."

For more information on Varsity Spirit, please visit: **https://www.varsity.com/**.