# EXHIBIT C



# Q&A: Varsity Spirit/NFHS Squad Credentialing Program



**1. Why did we create the Varsity Spirit/NFHS Squad Credentialing program?**
We developed the program to ensure that cheerleaders and coaches understand the role of the cheerleader and the importance of safety. The program was created in collaboration with the National Federation and is comparable to some of their existing courses. Again in 2020, the Squad Credentialing Program will be completed at all 2 days or longer Varsity Spirit camps, and will be a requirement for participation at:
- USA Spirit Nationals – starting in February 2021
- NCA Junior & Senior High School National Championship
- National High School Cheerleading Championship (NHSCC) with UCA

**2. What does this mean for teams who attend our camps, competitions and nationals?**
This program will be conducted at the majority of Varsity Spirit camps in summer 2020 (NCA, UCA, USA, UCA, UCE and V!ROC camps) and will be a requirement for participation at USA's, NCA's and UCA's school National Championships in 2021.

**3. Can a team that didn't go to a Varsity Spirit camp compete at a local USA, NCA or UCA competition?**
Yes, but they will not be eligible to receive a bid to Nationals.

**4. What camps will provide Squad Credentialing?**
All Varsity Spirit overnight camps, resort camps, home camps, choreography, and day camps that are at least two days long. Instruction time must be long enough for all elements of credentialing to be taught. Squad credentialing will not be provided at clinics or one day camps.

**5. Do you have to complete Squad Credentialing in the brand where you are competing?**
No, you may receive the Squad Credential at any two day or longer Varsity Spirit camp. For example, you can receive your squad credential at NCA camp but choose to continue the qualification process to attend USA Spirit Nationals.

**6. What will the Squad Credentialing program be like at camp?**
Camp attendees will be required to complete a five-part checklist that will cover their role as crowd leaders, spirit raisers, ambassadors, athletes and entertainers, with an emphasis on leadership and safety. Similar to past summers, the elements of the Squad Credentialing Program will fit in with the current classes at each camp type.

**7. How many cheer squad members need to attend camp?**
We require that 75% of the cheer members competing at 2021 USA Spirit Nationals must have completed the summer 2020 Squad Credentialing Program.

**8. If my Songleaders/Pom, Mascot or Pep/Short Flags take the floor during our Spirit Nationals routine, do they need to be a part of the Squad Credentialing?**
Not for the 2021 USA Spirit Nationals. The credentialing pertains to cheerleaders only – Show Cheer, Group Stunt and Crowdleader™ Teams.

**9. What is the benefit of being credentialed?**
We believe this program will help us all to elevate the profile of cheerleaders, whether on campus, at a game or representing your school for any occasion. It will also certify that all cheerleaders understand their role, and are knowledgeable about cheerleading safety.

**10. Does this affect my dance team?**
The NFHS Squad Credentialing program is also completed at all Varsity Spirit dance camps two days or longer, however, only UDA's National Dance Team Championship requires credentialing.

**11. Does squad credentialing have any impact on the 2020 USA Spirit Nationals?**
No, this requirement does not impact the current season (2019/20). We are informing teams now, so they are prepared well in advance for the 2021 USA Spirit Nationals.

**12. Does a team have to be credentialed to attend a USA Regional/Classic/Open or Game Day Championships?**
For the 2020/21 season the credentialing requirement pertains only to cheerleaders who wish to attend the 2021 USA Spirit Nationals.

Rev. 11/13/19



usa.varsity.com