UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESSICA JONES et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>VARSITY BRANDS, LLC et al.,<br><br>　　　　　Defendants. | Civ. Action No. 2:20-cv-02892 |

DECLARATION OF STEVEN J. KAISER IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO
EXCLUDE TESTIMONY OF PLAINTIFFS' PROFERRED EXPERT RANDAL HEEB,
PHD

　　　I, Steven J. Kaiser, declare as follows:

　1.　I am counsel to Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; and Bain Capital Private Equity LP in this matter.

　2.　Attached as Exhibit A is a true and correct copy of *New York v. Meta Platforms, Inc.*, No. 21-7078 (D.C. Cir. Apr. 27, 2023).

　3.　Attached as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Randal Heeb.

　4.　I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on April 28, 2023.

_____
Steven J. Kaiser