# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, MICHELLE VELOTTA**, and **CHRISTINA LORENZEN** on Behalf of Themselves and All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; and BAIN CAPITAL PRIVATE EQUITY,**<br><br>**Defendants.** | Case No. 2:20-cv-02892-SHL-tmp<br><br>**NOTICE OF WITHDRAWAL OF FATIMA G. BRIZUELA AS ONE OF THE COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court, parties and counsel that Fatima G. Brizuela withdraws as counsel for Plaintiffs as Ms. Brizuela is no longer affiliated with Hartley LLP, one of the counsel for Plaintiffs in the above-referenced action. Plaintiffs will continue to be represented by other attorneys and firms that have entered appearances in this matter, and will not be prejudiced in any way by this withdrawal.

DATED:  May 11, 2023                                       Respectfully submitted,

                                           By: s/Jason S. Hartley
                                           Jason S. Hartley (pro hac vice)
                                           HARTLEY LLP
                                           101 W. Broadway, Ste. 820
                                           San Diego, CA 92101
                                           Tel:  (619) 400-5822
                                           Fax:  (619) 400-5832
                                           *hartley@hartleyllp.com*

Van Turner (TN Bar No. 22603)
TURNER FIELD, PLLC
2650 Thousand Oaks Blvd., Ste. 2325
Memphis, TN 38118
Tel:  (901) 290-6610
Fax:  (901) 290-6611
*VTurner@TurnerFieldLaw.com*

Joseph R. Saveri (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Ste. 1000
San Francisco, CA 94108
Tel:  (415) 500-6800
Fax:  (415) 395-9920
*jsaveri@saverilawfirm.com*

Richard M. Paul (pro hac vice)
PAUL LLP
601 Walnut Street, Ste. 300
Kansas City, MO 64106
Tel:  (816) 984-8100
*rick@paulllp.com*

Daniel E. Gustafson (pro hac vice)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 S. Sixth Street, Ste. 2600
Minneapolis, MN 55402
*dgustafson@gustafsongluek.com*

*Attorneys for Individual and Representative Plaintiffs*