# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.,**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp  **JURY DEMAND** |

## INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## INDEX OF EXHIBITS

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 1. | CB00105800 | -5865 | |
| 2. | VAR00342575 | -2623 | |
| 3. | | 308:4-308:7 | |
| 4. | VAR00101122 | -1126, 1123-25 | |
| 5. | | 125:23-127:3, 177:4-178:6, 476:9-478:12 | |
| 6. | BAIN00055587 | -5631 | |
| 7. | FEAS-Ares00075986 | -6023 | |
| 8. | VAR00309429 | -9470 | |
| 9. | VAR00351376 | | |
| 10. | CB00025330 | -5396 | |
| 11. | VAR00310631 | -0664 | |
| 12. | CB00382194 | -2197 | |
| 13. | VAR00415061 | -5061 | |

Case No. 2:20-cv-02892-SHL-tmp                                   1
INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 14. | | 80:18-82:3, 87:7-88:25 | |
| 15. | | | Gabriel Perna, "Varsity Brands Founder On The Big Business of Cheerleading, Chief Executive (Oct. 29, 2018)," last accessed May 24, 2023  https://chiefexecutive.net/varsity-brands-big-business-cheerleading/ |
| 16. | | 218:20, 223:11-17; Exhibit 21 at page 4, 6-7 | |
| 17. | BAIN00089442 | -4442, 9457, 9443-9444 | |
| 18. | | | Varsity, Undated, Squad Credentialing FAQ, accessed May 24, 2023  https://www.varsity.com/uca/wp-content/uploads/2020/07/21_uca_squadcredfaq.pdf |
| 19. | | | Varsity, Undated, Cheer Bid Distribution, accessed May 24, 2023  https://www.varsity.com/nca/wp-content/uploads/2019/07/NCA_College_Bid_Distribution.pdf, |
| 20. | | | Varsity Spirit, 25 February 2022, UCA/UDA College Cheerleading and Dance Team National Championship 2023 Tier Paid Bids, accessed May 24, 2023  https://www.varsity.com/uca/wp-content/uploads/2022/03/23-College-Bid-Allocations-v2.pdf |
| 21. | | 110:3-25 | |
| 22. | VAR00199569 | -9570, 9569 | |
| 23. | VAR00182095 | -2095-96, 2096 | |
| 24. | VAR00429874 | -9874 | |

Case No. 2:20-cv-02892-SHL-tmp      2

INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 25. | VAR00160802 | | |
| 26. | BAIN00084543 | -4595 | |
| 27. | | 158:12-18 | |
| 28. | VAR00081435 | | |
| 29. | VAR00242461 | -2462 | |
| 30. | | 14:11-13, 399:13-400:11 | |
| 31. | Webb_IPP_00000618 | -0619, 0621 | |
| 32. | | | Varsity, NFHS Squad Credentialing, Frequently Asked Questions, accessed May 24, 2023<br>https://www.varsity.com/usa/school/competitions/nfhs/ |
| 33. | | | Varsity, Stay Smart, accessed May 24, 2023<br>https://www.varsity.com/home/stay-smart/ |
| 34. | | | Varsity, Game Day, accessed May 24, 2023<br>https://www.varsity.com/school/game-day/ |
| 35. | | 94:1-16 | |
| 36. | | 27:2 - 30:25, 41:11-44:18, 68:23-69:5, 202:10 - 207:18, 207:2 - 213:25, 214:3 - 216:17, 218:10 - | |

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
|  |  | 220:8, 218:10 - 220:24, 250:22 – 251:4 | ███████ |
| 37. |  | 232:8-14, 263:14 - 265:2 | ███████ |