# EXHIBIT 16

# FILED UNDER SEAL
# (Excerpt)

# EXHIBIT 17

# FILED UNDER SEAL

# EXHIBIT 17

# FILED UNDER SEAL