# EXHIBIT 18

# Squad Credentialing FAQ




## Why did we create the Varsity Spirit/NFHS Squad Credentialing program?

We partnered with the National Federation of State High School Associations (NFHS) to create the Squad Credentialing program with a goal to elevate the profile of cheerleaders, whether on campus, at a game or in the community. It is our hope that by completing the program, cheerleaders will understand the honor and responsibility they have of creating a strong sense of school pride through five key roles – crowd leader, spirit raiser, ambassador, athlete and entertainer along with safety and leadership.

## What camps will provide Squad Credentialing?

All Varsity Spirit overnight camps, resort camps, home camps, day camps and virtual home camps that are at least two days long (this includes the 9 hour virtual home camp) will offer the NFHS Squad Credentialing Program. Squad credentialing will not be provided at clinics or one day camps. Squad Credentialing at any Varsity Spirit brand camp (UCA, NCA, USA, V!ROC* and Premier Camps) will meet the requirement for participation at the NHSCC. For instance, a team could go to NCA Summer Camp and this would satisfy the NFHS Credentialing requirement for UCA's National High School Cheerleading Championship.

*Through V!ROC, credentialing for NHSCC is only available for traditional choreography with an add-on day (three days total), two-day game day choreography, or a two or three-day V!ROC skills camp.

## Who needs to be credentialed?

Although we encourage all squads who attend UCA Camp to participate in the Squad Credentialing program, if you are interested in attending the UCA National High School Cheerleading Championship - 75% of the qualifying team must have attended a Varsity Spirit Summer Camp and participated in the Squad Credentialing program in order to be eligible to compete and receive a bid at a 2020 UCA fall qualifying tournament for the 2021 NHSCC. The Squad Credentialing program applies to all school, youth, club and rec teams.

## Why is completing the credentialing program a requirement to compete at NHSCC?

The UCA National High School Cheerleading Championship is endorsed by the NFHS. Their endorsement is a reflection of the values we share and the high standards we have developed for our camp curriculum, regional qualifiers and the NHSCC. Because safety, leadership and the roles of a cheerleader are so important to both the NFHS and UCA, completing the program is required for teams to be eligible to qualify for the 2021 NHSCC.

## Can a team that didn't go to a Varsity Spirit camp compete at a local UCA competition?

Yes, but they will not be eligible to receive a bid to the NHSCC.

## What will the Squad Credentialing program be like at camp?

Cheerleaders will complete a Squad Credentialing notebook with activities that cover safety, leadership and the five roles of a cheerleader – crowd leader, spirit raiser, ambassador, athlete and entertainer.

## When will the Squad Credentialing program occur?

Our entire camp curriculum embodies the Squad Credentialing program with a focus on the five roles of a cheerleader, leadership and safety. We do, however, dedicate time each day in the schedule to specifically focus on the activities in the Squad Credentialing Notebook.

## If my mascot competes with our team at Nationals in Game Day, do they need to be credentialed?

Yes, mascots fall under the 75% requirement, and are required to have completed the program.