# **EXHIBIT 19**

# CHEER BID DISTRIBUTION

### PAID BID LEVELS
- GOLD PAID BID
  Only awarded at Overnight Camp locations. Teams will receive 5 free hotel rooms, reduced registration fee per person and the 1st priority on hotel assignment. Must have a minimum of 13 registered attendees.
- SILVER PAID BID
  Only awarded at Overnight Camp and Day Camp locations. Teams will receive 2 free hotel rooms, reduced registration fee per person and the 1st priority on hotel assignment. Must have a minimum of 10 registered attendees.
- BRONZE PAID BID
  Awarded at Overnight, Day and Elite Home Camps. Teams will receive a $160 per person discount off the video qualifier rate, hotel assignment priority over video qualifiers and are not required to send in a video to qualify.
  NOTE: This discounted rate applies to only the number of paid participants attending Camp. Any additional attendees will pay the regular video qualifier rate. Must have a minimum of 8 registered attendees.

### OVERNIGHT CAMPS
CROWD SEGMENT WINNER
A Gold Paid Bid will be awarded to the winning team of the Crowd Segment run-off at each College Overnight Camp. The winning team must have a minimum of 13 registered attendees. If the winning team has 10-12 registered attendees, they will be awarded a Silver Paid Bid. Teams with less than 8 registered attendees are ineligible for a Paid Bid.

MOST IMPROVED WINNER
A Silver Paid Bid will be awarded to the team voted "Most Improved" by the Staff at each College Overnight Camp with 8 or more participating teams. Teams must have a minimum of 10 registered attendees in order to be eligible for this award.

BEST ALL-AROUND BIDS AT CAMP
- 1 Gold Paid Bid per camp of 8 or more participating cheer teams
- 1 Silver Paid Bid per camp of 4-7 participating cheer teams

Each team must have a minimum of 13 registered attendees to be eligible for a Gold Paid Bid. Should a team with 10-12 registered attendees earn Best All-Around, they will be awarded a Silver Paid Bid. Teams with less than 10 registered attendees are not eligible for consideration. One Bid will be awarded to the team scoring the highest cumulative points from the "Best All-Around" votes by both the Staff and campers PLUS points earned from the other specified camp activities. The criteria for Best All-Around votes are: collegiate image, spirit, sportsmanship, leadership, integrity and overall execution of camp materials. Best All-Around votes will be calculated as follows:

BEST ALL-AROUND VOTES
Each team will vote for their top 5 teams. Each team receiving a vote will receive 1 point.
Each Staffer will vote for their top 5 teams:
- Each 1st place vote = 5 points each
- Each 2nd place vote = 4 points each
- Each 3rd place vote = 3 points each
- Each 4th place vote = 2 points each
- Each 5th place vote = 1 point each

# CHEER BID DISTRIBUTION

- All ballots/votes must be completed fully in order to be valid for calculation.
- Any given team may not vote for themselves.
- Any given team may only receive one (1) vote from another team from the same school or organization.
- Staff members may not vote for a team to which they currently belong, coach, or have a direct affiliation. Those Staffers may elect to abstain from voting, or be prohibited from voting by the HI(s).
- Both Staff and team votes are to be silent and not discussed. Votes will be given directly to the Head Instructor. The Head Instructor will be responsible for gathering, logging and calculating the results from each vote and event. The results will not be made available to either Staff or teams prior to the announcements during Final Awards.

**POINTS EARNED IN THE FOLLOWING CATEGORIES WILL BE ADDED TO THE BEST ALL-AROUND VOTES ABOVE TO DETERMINE THE WINNING TEAMS:**

CROWD SEGMENT ROUTINE
- The winner in each Division receives 15 points
- The winner of the runoffs receives an additional 15 points
- The 2nd place team in the runoffs receives an additional 12 points
- The 3rd place team in the runoffs receives an additional 10 points

RALLY ROUTINE
- The winner in each Division receives 15 points
- The 2nd place team in each Division receives 12 points
- The 3rd place team in each Division receives 10 points

MOST SPIRITED
- Voted on by the Campers
- Winning team receives 10 points

MOST COLLEGIATE
- Voted on by the Staff
- Winning team receives 10 points

**ENROLLMENT BIDS**
- Enrollment Bids are given in addition to the Best All-Around Bids.
- Teams must have a minimum of 13 registered attendees to be eligible for a Gold Paid Bid, 10 registered attendees to be eligible for a Silver Paid Bid, and a minimum of 8 registered attendees to be eligible for a Bronze Paid Bid.
- 1 Gold Paid Bid will be awarded per 150 registered attendees.
- 1 Silver Paid Bid will be awarded per 1-50 registered attendees, up to 150 total registered attendees. Then, 1 Silver Paid Bid per 1-50 registered attendees above each multiple of 150 registered attendees (see "Enrollment Bid Scale" on following page).
- Enrollment Bids will be awarded to the teams scoring the next highest cumulative points from the Best All-Around votes PLUS the other specified camp activities above.
- The Head Instructor will be responsible for gathering, logging and calculating the results from each vote and event. The results will not be made available to either Staff or teams prior to the Final Awards.
- All tie-breakers (when necessary) will be voted on by the Staff and HI(s).
- The final Enrollment Bid will be an "At Large" Bid. This Bid will be given to the team determined by the Staff as the most deserving of the remaining eligible teams at camp after all other Bids have been determined.

# CHEER BID DISTRIBUTION

## ENROLLMENT BID SCALE

| NUMBER OF CAMPERS | NUMBER OF GOLD PAID BIDS | NUMBER OF SILVER PAID BIDS |
|---|---|---|
| 1 - 49 | 0 | 1 |
| 50 - 99 | 0 | 2 |
| 100 - 149 | 0 | 3 |
| 150 - 199 | 1 | 1 |
| 200 - 249 | 1 | 2 |
| 250 - 299 | 1 | 3 |
| 300 - 349 | 2 | 1 |
| 350 - 399 | 2 | 2 |
| 400 - 449 | 2 | 3 |
| 450 - 499 | 3 | 1 |
| 500 - 549 | 3 | 2 |
| 550 - 599 | 3 | 3 |
| 600 - 649 | 4 | 1 |
| 650 - 699 | 4 | 2 |

## TEAMS WINNING MULTIPLE BIDS
Each team may only accept one (1) bid.

## SUMMER CAMP DIVISIONS
Divisions at Summer Camp will ultimately be determined by the Head Instructor(s). In order for teams to receive Bid points, a Division must have at least two (2) participating teams. NCA has the right to combine, divide or eliminate Divisions depending on the makeup of all teams at a given Camp. Coaches will be consulted prior to the final determination.

## NON-TRANSFERABLE BIDS
Bids awarded at camp may only be utilized by the team receiving the Bid. It is not required that a team competes in the same Division at Nationals as they did at camp.

## DAY CAMPS
### CROWD SEGMENT WINNER
A Silver Paid Bid will be awarded to the winning team of the Crowd Segment run-off at each College Day Camp with a minimum of 5 participating teams and at least 50 campers. The winning team must have a minimum of 10 registered attendees. All ties will be voted on by the Staff.

The total number of Silver Paid Bids will be awarded based on:
- 5-6 teams and at least 50 campers (1st place only)
- 7-9 teams and at least 75 campers (1st and 2nd place)
- 10+ teams and at least 100 campers (1st, 2nd and 3rd place)
- Cheer and dance programs are determined separately based on enrollments in each
- All winning teams must meet the minimum enrollment requirements in order to receive a Silver Paid Bid

# NCA COLLEGE BID CALCULATION SHEET

| TEAM NAME | BEST ALL AROUND (voted on by team - 1 point per vote) | BEST ALL AROUND (voted on by staff) | | | | | CROWD SEGMENT WINNER | | | | RALLY ROUTINE | | | MOST SPIRITED | MOST COLLEGIATE | TOTAL | RANK | BIDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x 1 | 1st x5 | 2nd x4 | 3rd x3 | 4th x2 | 5th x1 | CS Advance 15 | 1st = 15 | 2nd = 12 | 3rd = 10 | RR 1st x 15 | 2nd x 12 | 3rd x 10 | Winner x 10 | Winner x 10 | TOTAL | RANK | BIDS |
| 1. | | | | | | | | | | | | | | | | | 1 | |
| 2. | | | | | | | | | | | | | | | | | 2 | |
| 3. | | | | | | | | | | | | | | | | | 3 | |
| 4. | | | | | | | | | | | | | | | | | 4 | |
| 5. | | | | | | | | | | | | | | | | | 5 | |
| 6. | | | | | | | | | | | | | | | | | 6 | |
| 7. | | | | | | | | | | | | | | | | | 7 | |
| 8. | | | | | | | | | | | | | | | | | 8 | |
| 9. | | | | | | | | | | | | | | | | | 9 | |
| 10. | | | | | | | | | | | | | | | | | 10 | |
| 11. | | | | | | | | | | | | | | | | | 11 | |
| 12. | | | | | | | | | | | | | | | | | 12 | |
| 13. | | | | | | | | | | | | | | | | | 13 | |
| 14. | | | | | | | | | | | | | | | | | 14 | |
| 15. | | | | | | | | | | | | | | | | | 15 | |
| 16. | | | | | | | | | | | | | | | | | 16 | |
| 17. | | | | | | | | | | | | | | | | | 17 | |
| 18. | | | | | | | | | | | | | | | | | 18 | |
| 19. | | | | | | | | | | | | | | | | | 19 | |
| 20. | | | | | | | | | | | | | | | | | 20 | |

## BID KEY

G = GOLD    S = SILVER    B = BRONZE    MI = MOST IMPROVED BID WINNER
CS - CROWD SEGMENT BID WINNER    BA = BEST ALL-AROUND WINNER