# **EXHIBIT 20**

 

# UCA/UDA College Cheerleading and Dance Team National Championship
## 2023 Tier Paid Bids
Updated 2/25/2022

Bids will be grouped in three distinct categories; Tier I, Tier II and Tier III.  These bids must remain in the division in which they are awarded and are defined as follows:

**Tier I** — Teams receiving these bids will be provided a $5,000.00 credit toward their College Championship Travel Package.  In addition, teams will also receive their transportation to Orlando for 20 participants and one Advisor/Coach, from within the continental United States.  Teams must attend an overnight UCA/UDA College Spirit Camp with at least 18 participants.  Cheer teams that change divisions after being awarded a Tier I bid will forfeit their transportation portion of the Tier I Bid.  Cheer teams receiving a Tier 1 bid must notify UCA in writing prior to October 1st if they are changing their division or be responsible for refunding UCA for any ticketed flights (Does not apply for schools changing divisions i.e. NCAA I-FCS to NCAA I-FBS).

**Tier II** — Teams receiving these bids will be provided a $5,000.00 credit toward their College Championship Travel Package. Teams must attend an overnight UCA/UDA College Spirit Camp with at least 18 participants.  Cheer teams that change divisions after being awarded a bid will forfeit 50% of their bid awarded  (Does not apply for schools changing divisions i.e. NCAA I-FCS to NCAA I-FBS).

**Tier III** — Teams receiving these bids will be provided a $1,700.00 credit towards their College Championship Travel Package. Teams must attend either an overnight UCA/UDA College Spirit Camp or a UCA/UDA College Spirit Home Camp with at least 18 participants. Cheer teams that change divisions after being awarded a bid will forfeit 50% of their bid awarded  (Does not apply for schools changing divisions i.e. NCAA I-FCS to NCAA I-FBS).

Bids have been awarded to teams based on each division's final results at the 2022 Championship.  (Please see attached spreadsheet).

Teams entering multiple categories can only receive one "bid" and will be awarded their highest level bid (i.e. Pom/Jazz or Cheer/Game Day).  Bids will not be passed down.



## 2023 College Cheerleading and Dance Team National Championship

### Cheer Divisions and Bids are as follows:

| Div IA | Div I | Open Coed | Small Coed IA | Small Coed I | Open Small Coed | All Girl IA | All Girl I | Open All Girl |
|---|---|---|---|---|---|---|---|---|
| 1st - Tier 1 | 1st - Tier 1 | 1st - Tier 1 | 1st-Tier 1 | 1st - Tier 1 | 1st - Tier 1 | 1st-Tier 1 | 1st - Tier 1 | 1st - Tier 1 |
| 2nd - Tier 1 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 |
| 3rd - Tier 1 | 3rd - Tier 3 | 3rd - Tier 3 | 3rd - Tier 2 | 3rd - Tier 3 | 3rd - Tier 3 | 3rd - Tier 2 | 3rd - Tier 3 | 3rd - Tier 3 |
| 4th - Tier 2 | | | 4th - Tier 3 | | | 4th - Tier 3 | | |
| 5th - Tier 2 | | | 5th - Tier 3 | | | 5th - Tier 3 | | |
| 6th - Tier 2 | | | | | | | | |
| 7th - Tier 3 | | | | | | | | |
| 8th - Tier 3 | | | | | | | | |
| 9th - Tier 3 | | | | | | | | |
| 10th - Tier 3 | | | | | | | | |

### Game Day Cheer Divisions and Bids are as follows:

| Div IA | All Girl IA | Open Large Coed | Open Small Coed | Open All Girl |
|---|---|---|---|---|
| 1st - Tier 3 | 1st - Tier 3 | 1st - Tier 3 | 1st - Tier 3 | 1st - Tier 3 |

### Dance Divisions and Bids are as follows:

| IA Jazz | IA Pom | IA Hip Hop | Div I Jazz | Div I Pom | Div I Hip Hop | Open Jazz | Open Pom | Open Hip Hop |
|---|---|---|---|---|---|---|---|---|
| 1st-Tier 1 | 1st-Tier 1 | 1st-Tier 1 | 1st - Tier 1 | 1st - Tier 1 | 1st - Tier 1 | 1st - Tier 1 | 1st - Tier 1 | 1st - Tier 1 |
| 2nd-Tier 1 | 2nd-Tier 1 | 2nd-Tier 1 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 | 2nd - Tier 2 |
| 3rd - Tier 2 | 3rd - Tier 2 | 3rd - Tier 2 | 3rd - Tier 3 | 3rd - Tier 3 | 3rd - Tier 3 | 3rd - Tier 3 | 3rd - Tier 3 | 3rd - Tier 3 |
| 4th - Tier 3 | 4th - Tier 3 | 4th - Tier 3 | | | | | | |
| 5th - Tier 3 | 5th - Tier 3 | 5th - Tier 3 | | | | | | |

### Game Day Dance Divisions and Bids are as follows:

| Div IA | Division I | Open Dance |
|---|---|---|
| 1st - Tier 3 | 1st - Tier 3 | 1st - Tier 3 |

### Game Day Spirit Program Division and Bids are as follows:

| Div IA | Open |
|---|---|
| 1st - Tier 3 | 1st - Tier 3 |