# EXHIBIT 21

# FILED UNDER SEAL
# (Excerpt)

# EXHIBIT 22

# FILED UNDER SEAL

# EXHIBIT 23

# FILED UNDER SEAL

# EXHIBIT 24

# FILED UNDER SEAL

# EXHIBIT 25

# FILED UNDER SEAL

# EXHIBIT 26

# FILED UNDER SEAL

# EXHIBIT 27

# FILED UNDER SEAL

# EXHIBIT 28

# FILED UNDER SEAL

Case 2:20-cv-02892-SHL-tmp   Document 453-13   Filed 05/25/23   Page 8 of 11    PageID 17093

# EXHIBIT 29

# FILED UNDER SEAL

# EXHIBIT 30

# FILED UNDER SEAL
# (Excerpt)

# EXHIBIT 31

# FILED UNDER SEAL