# **EXHIBIT 32**

Back to Varsity         Search       myVarsity Account

SCHOOL    ALL STAR    ABOUT    EDUCATION    VARSITY TV    SAFETY    SHOP            CONTACT

Camps    Competitions    News    Tryout Request

# NFHS Squad Credentialing



For over 40 years the United Spirit Association has been dedicated to providing instruction and competitive opportunities for cheerleaders with an emphasis on leadership and safety. More than ever, elevating school spirit at games, pep rallies, community events and fundraisers, while bringing the student body together to create a sense of campus pride and unity, are critical for cheerleaders.

- NFHS Squad Credentialing Program
- Squad Credentialing Frequently Asked Questions
- USA Camp & Competition Resources



### NFHS Squad Credentialing Program +

### Squad Credentialing Frequently Asked Questions +

### USA Camp & Competition Resources +



VARSITY SPIRIT

| About | SCHOOL | ALL STAR | IMPORTANT LINKS | Terms of Use |
| --- | --- | --- | --- | --- |
| Contact | Camps | Competitions | Varsity TV | Privacy Policy |
| Education | Camp Brands | Scoring & Judges | Varsity Shop | California Privacy Policy |
| Safety | Special Events | End of Season Events | Varsity University | |
| Philanthropy | Spirit Days | All Star Competition Brands | USA Cheer | |
| Press | Competitions | Varsity All Star Fashion | U.S. All Star Federation | |
| Legends | Competition Brands | Resources | International All Star Federation | |
| Careers | Varsity Spirit Fashion | | International Cheer Union | |
| Meet Our Partners | Request Catalog | | Varsity Brands | |
| myVarsity login | | | | |