# **EXHIBIT 33**



# Stay Smart

- 2022-2023 Housing Booking Dates
- Stay Smart Housing Options
- Customer Guarantees
- Our Housing Partners
- FAQ



## Overview

Stay Smart aims to provide programs with the best customer experience and consistency across our brands regarding accommodations for Varsity All Star events. While housing remains necessary at select events and in certain venues, Varsity All Star has aligned our housing program with our Event Types and added exciting incentives to Stay Smart. For events that do not require housing, our partners will work with hotel properties surrounding event venues to assist programs in getting the best possible booking options for your teams.

We have streamlined our Stay Smart policies, procedures and forms so your experience is the same, regardless of the housing partner administering the event. By consolidating our housing partners and re-examining our exemptions process, we have made Stay Smart more efficient and friendly for your program. Commuters, those that wish to use Rewards Bookings with points, Military, Government, or Hotel Industry special rates have all been taken into consideration.

Please feel free to e-mail us with any questions and or concerns you may have at staysmart@varsity.com. We are here for you!

## 2022-2023 Housing Booking Dates +

## Stay Smart Housing Options +

## Customer Guarantees +

## Our Housing Partners +

## FAQ +

"WOW!! I can breathe! Matt was so helpful and wonderful! He is working on WSF but got us taken care of for St. Louis and Nashville. Thank you all again for your help! The owner, coaches, and parents will be very happy with your team work and selections!"

**Memphis Pride**



About
Contact
Education
Safety
Philanthropy
Press
Legends
Careers
Meet Our Partners
myVarsity login

SCHOOL
Camps
Camp Brands
Special Events
Spirit Days
Competitions
Competition Brands
Varsity Spirit Fashion
Request Catalog

ALL STAR
Competitions
Scoring & Judges
End of Season Events
All Star Competition Brands
Varsity All Star Fashion
Resources

IMPORTANT LINKS
Varsity TV
Varsity Shop
Varsity University
USA Cheer
U.S. All Star Federation
International All Star Federation
International Cheer Union
Varsity Brands

Terms of Use
Privacy Policy
California Privacy Policy

All content is copyright of Varsity Spirit LLC. Permission is required for any reprinting of materials or photos.

Varsity.com is the authoritative resource for cheerleaders, cheerleading, cheerleading camps, cheerleading competitions, cheerleading uniforms, cheerleading videos and much more.

Varsity.com also provides resources on being a cheerleader, cheerleading stunts, jumps, and motions, dance teams, competitive cheerleading, cheer coaching, and also cheerleader safety.