# EXHIBIT 35

SCHOOL    ALL STAR    YOUTH/REC    ABOUT    EDUCATION    VARSITY TV    SAFETY    SHOP    CONTACT

Camps    Competitions    Fashion    Resources    News

# Game Day

Motivate the Crowd. Support the Athletes. Create a Home Field Advantage.



**Sidelines**
LEARN MORE



**Camp**
LEARN MORE



**Competitions**
LEARN MORE



**Fashion**
LEARN MORE

## Sidelines

On game day, it is the spirit program's primary role to support their school's athletic teams and create a positive atmosphere around the game. They do this by using a combination of crowd-effective chants and skills to rally the crowd, communicate to fans, and support the athletes on the field to create a home field advantage. Spirit raising props are vital tools used to get the crowd's attention and communicate loudly and clearly how they should participate. This should strengthen unity among the fans, encourage sportsmanship, and foster pride and loyalty for the school and community. The focus should always be on the game and elevating the experience of the crowd.





## Camp

Preparing for game day begins at a Varsity Spirit summer camp with curriculum centered around being a Crowd Leader, Spirit Raiser, Ambassador, Athlete and Entertainer, all five of which are called upon on game day. Our camp curriculum teaches teams how to use spirit-raising tools like signs, poms and megaphones properly, what types of skills are effective in leading the crowd, and how to act before, during and after the game.  At camps, cheerleaders and dancers across the country learn new cheers, sidelines, band chants and skills to take back home to lead the crowd on game days and support the athletes on the field.

**LEARN MORE**

## Competitions & Championships

Varsity Spirit's Game Day Divisions are the perfect platforms for teams with and without prior competition experience to have the opportunity to compete. The scoresheet focuses on crowd-leading ability, execution, energy and overall performance – the same elements spirit programs focus on at games back home to excite the crowd in support of their school.

**LEARN MORE**





## Fashion

Game day isn't complete without superior style from Varsity Spirit Fashion. Take your look to a new level with innovative fabrics and incredible fashion that shows your spirit. With on-trend styles and silhouettes, your Varsity Rep can outfit your team with a wardrobe you can rock in school and on the sidelines.

**LEARN MORE**



### Sublimated Half Zip



### Sublimated Jersey + Crop Leggings



### Sublimated Team Tee



### Jersey + MotionFLEX Leggings



**VARSITY SPIRIT**

| About | SCHOOL | ALL STAR | IMPORTANT LINKS | Terms of Use |
|---|---|---|---|---|
| Contact | Camps | Competitions | Varsity TV | Privacy Policy |
| Education | Camp Brands | Scoring & Judges | Varsity Shop | California Privacy Policy |
| Safety | Special Events | End of Season Events | Varsity University | |
| Philanthropy | Spirit Days | All Star Competition Brands | USA Cheer | |
| Press | Competitions | Varsity All Star Fashion | U.S. All Star Federation | |
| Legends | Competition Brands | Resources | International All Star Federation | |
| Careers | Varsity Spirit Fashion | | International Cheer Union | |
| Meet Our Partners | Request Catalog | | Varsity Brands | |
| myVarsity login | | | | |

All content is copyright of Varsity Spirit LLC. Permission is required for any reprinting of materials or photos.

Varsity.com is the authoritative resource for cheerleaders, cheerleading, cheerleading camps, cheerleading competitions, cheerleading uniforms, cheerleading videos and much more.

Varsity.com also provides resources on being a cheerleader, cheerleading stunts, jumps, and motions, dance teams, competitive cheerleading, cheer coaching, and also cheerleader safety.