# EXHIBIT 35

# FILED UNDER SEAL
# (Excerpt)

# EXHIBIT 36

# FILED UNDER SEAL
# (Excerpt)

# EXHIBIT 37

# FILED UNDER SEAL
# (Excerpt)