# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.,** | **JURY DEMAND** |
| Defendants. | |

## INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Case No. 2:20-cv-02892-SHL-tmp

INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## INDEX OF EXHIBITS

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 1. | CB00105800 | -5865 | September 2014, Management Presentation |
| 2. | VAR00342575 | -2623 | Pash Nangia March 10, 2022, Deposition Exhibit 1 <br><br> May 2018 Varsity Spirit Divisional Presentation |
| 3. | | 308:4-308:7 | March 16, 2022, J. Kennedy Deposition Transcript |
| 4. | VAR00101122 | -1126, 1123-25 | September 2018, Varsity Spirit Pricing Overview <br><br> Varsity Spirit business segments pricing overview for apparel, camps, competitions |
| 5. | | 125:23-127:3, 177:4-178:6, 476:9-478:12 | March 3 & 17, 2022, J. Parrish Deposition Transcript Vols. 1 & 2 |
| 6. | BAIN00055587 | -5631 | October 17, 2014, Bain Capital presentation on Project Hercules Interim IC <br><br> "Varsity is the undisputed leader in cheerleading uniforms, competitions, and camps" |
| 7. | FEAS-Ares00075986 | -6023 | Project Impact Diligence Summary July 2018: <br><br> Varsity Spirit Business Model |
| 8. | VAR00309429 | -9470 | Varsity Brands: Varsity Spirit Divisional Presentation <br><br> May 2018 |
| 9. | VAR00351376 | | January 22, 2013, Email from J. Webb to J. Webb, "Throw It on the wall… Strategy session" |
| 10. | CB00025330 | -5396 | October 24, 2017, Q4 Board of Directors Meeting Minutes |
| 11. | VAR00310631 | -0664 | Varsity Spirit All Star Overview |
| 12. | CB00382194 | -2197 | October 9, 2015, Jam Brands Transactional Summary |
| 13. | VAR00415061 | -5061 | April 20, 2018 Email J. Sadlow to P. Nagnia, FW: Data room document feedback |

INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| 14. | | 80:18-82:3, 87:7-88:25 | November 16, 2021, B. Elza Deposition Transcript (excerpted) |
| 15. | | | Gabriel Perna, "Varsity Brands Founder On The Big Business of Cheerleading, Chief Executive (Oct. 29, 2018)," last accessed May 24, 2023<br><br>https://chiefexecutive.net/varsity-brands-big-business-cheerleading/ |
| 16. | | 218:20, 223:11-17; Exhibit 21 at page 4, 6-7 | April 6, 2022, M. Cota Deposition Transcript (excerpted) |
| 17. | BAIN00089442 | -4442, 9457, 9443-9444 | April 19, 2018 Expert Calls |
| 18. | | | Varsity, Undated, Squad Credentialing FAQ, accessed May 24, 2023<br><br>https://www.varsity.com/uca/wp-content/uploads/2020/07/21_uca_squadcredfaq.pdf |
| 19. | | | Varsity, Undated, Cheer Bid Distribution, accessed May 24, 2023<br><br>https://www.varsity.com/nca/wp-content/uploads/2019/07/NCA_College_Bid_Distribution.pdf, |
| 20. | | | Varsity Spirit, 25 February 2022, UCA/UDA College Cheerleading and Dance Team National Championship 2023 Tier Paid Bids, accessed May 24, 2023<br><br>https://www.varsity.com/uca/wp-content/uploads/2022/03/23-College-Bid-Allocations-v2.pdf |
| 21. | | 110:3-25 | March 25, 2022, B. Duhon Deposition Transcript |
| 22. | VAR00199569 | -9570, 9569 | 2019 Varsity document named "Varsity Family Plan 2.0_2019.docx" |
| 23. | VAR00182095 | -2095-96, 2096 | August 14, 2019, Email from B. Elza to J. Newby, "Fwd: Family Plan Leak/ Alternatrive Strategies" |
| 24. | VAR00429874 | -9874 | January 6, 2015, Email from B. Seely to J. Webb, |

INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
|  |  |  | "Deal Points for NFHS" |
| 25. | VAR00160802 |  | January 24, 2017, Varsity document named "credentialing letter to employees 2017-Final.docx" |
| 26. | BAIN00084543 | -4595 | February 2018, Bain & Company presentation entitled "Varsity Brands growth assessment" |
| 27. |  | 158:12-18 | March 21, 2022, J. Hill Deposition Transcript (excerpted) |
| 28. | VAR00081435 |  | December 7, 2017, Email from B. Elza to J. Nichols, L. Craft, T. LeTard, and J. Hill, "MARDI GRAS" |
| 29. | VAR00242461 | -2462 | December 19, 2017, Email from K. Brubaker to J. Johnson, et al., "RE: Texas Analysis/Competitor Tracking" |
| 30. |  | 14:11-13, 399:13-400:11 | May 12, 2022, J. Webb Deposition Transcript (excerpted) |
| 31. | Webb_IPP_00000618 | -0619, 0621 | December 2020, "Separation and Consulting Agreement" between Jeff Webb and Varsity |
| 32. |  |  | Varsity, NFHS Squad Credentialing, Frequently Asked Questions, accessed May 24, 2023 https://www.varsity.com/usa/school/competitions/nfhs/ |
| 33. |  |  | Varsity, Stay Smart, accessed May 24, 2023 https://www.varsity.com/home/stay-smart/ |
| 34. |  |  | Varsity, Game Day, accessed May 24, 2023 https://www.varsity.com/school/game-day/ |
| 35. |  | 94:1-16 | July 7, 2022, R. Cotton Deposition Transcript |
| 36. |  | 27:2 - 30:25, 41:11-44:18, 68:23-69:5, 202:10 - 207:18, 207:2 - 213:25, 214:3 - 216:17, 218:10 - | January 20, 2022, C. Lorenzen Deposition Transcript (excerpted) |

| Ex. No. | Beginning Bates | Cited Page | Description |
|---|---|---|---|
| | | 220:8, 218:10 - 220:24, 250:22 – 251:4 | |
| 37. | | 232:8-14, 263:14 - 265:2 | February 10, 2022, J. Jones Deposition Transcript (excerpted) |

INDEX OF EXHIBITS TO SUPPLEMENTAL DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION