# EXHIBIT 1

# FILED UNDER SEAL





  

**Management Presentation**
**September 2014**

**Jefferies**

Confidential

# Disclaimer

Jefferies LLC ("Jefferies") has been retained by the Special Committee of Herff Jones, Inc. to serve as its exclusive financial advisor in connection with a potential transaction (the "Transaction") involving Herff Jones, Inc. ("Varsity Brands" or the "Company").

The sole purpose of the Discussion Materials (the "Materials") is to assist recipients in deciding whether to proceed with a further investigation of the Company in accordance with the procedures established by the Special Committee, the Company and Jefferies. These Materials should not be relied upon to form the basis of any investment decision or any decision regarding the Transaction. These Materials do not constitute an offer or invitation for the sale or purchase of securities.

Neither the United States Securities and Exchange Commission nor any state securities commission or any other U.S. regulatory authority has approved or disapproved of the investment contemplated hereby nor have any of the foregoing authorities passed upon or endorsed the merits of the investment contemplated hereby or determined if the accuracy or adequacy of anything herein is truthful or complete. Any representation to the contrary is a criminal offense.

These Materials shall not constitute an offer, nor a solicitation of an offer, nor shall any securities of the Company be offered or sold, in any jurisdiction in which such an offer, solicitation or sale would be unlawful.

The distribution and use by each recipient of the information contained herein and any other information provided to the recipient by the Special Committee, the Company or Jefferies is governed by a confidentiality agreement ("Confidentiality Agreement"), a copy of which has been executed and delivered by each recipient and which strictly limits the circulation and copying of the information contained in these Materials.

Jefferies has not independently verified any of the information contained herein. The Special Committee, the Company, Jefferies or their respective affiliates and their respective employees, directors, officers, agents and representatives, expressly disclaim any and all liability based, in whole or in part, on such information, errors therein or omissions therefrom. None of the Special Committee, the Company, Jefferies or their respective affiliates and their respective employees, directors, officers, agents or representatives, makes any representation or warranty, expressed or implied, as to the accuracy or completeness of the information contained herein or any other written or oral communication transmitted or made available to any recipient. Only those representations and warranties that are made in a definitive agreement relating to the Transaction shall have any legal effect.

In addition, these Materials include certain projections and forward-looking statements with respect to the anticipated future performance of the Company. Such projections and forward-looking statements reflect various assumptions concerning the future performance of the Company, and are subject to significant business, economic and competitive uncertainties and contingencies. Accordingly, there can be no assurance that such projections and forward-looking statements will be realized. The actual results may vary from the anticipated results and such variations may be material.

Recipients should not construe the contents of these Materials or any enclosures or related documents as legal, regulatory, tax, accounting or investment advice. Recipients should make an independent assessment of the merits of pursuing the Transaction and should consult such recipient's own professional advisors. These Materials shall not be deemed an indication of the condition (financial or otherwise) of the Company, nor shall it constitute an indication that there has been no change in the business or affairs of the Company since the date hereof. None of the Special Committee, the Company, Jefferies, or their respective affiliates or representatives, undertakes any obligation to update any of the information contained herein.

The Special Committee, the Company and Jefferies are free to conduct the process for the Transaction as they in their sole discretion determine (including, without limitation, negotiating with any prospective buyers and entering into an agreement with respect to the Transaction without prior notice to you or to any other person) and any procedures relating to the Transaction may be changed at any time without notice to you or any other person.

No personnel of the Special Committee, Varsity Brands, BSN SPORTS, Varsity Spirit or Herff Jones should be contacted directly under any circumstances. All communications or inquiries relating to the Company or the Transaction should be directed to Jefferies.

VARSITY // BRANDS
SPORT · SPIRIT · ACHIEVEMENT

Confidential

CB00105801

# Agenda

I. **Executive Summary**

II. **Company Overview**

    I.  BSN Sports

    II.  Herff Jones

    III. Varsity Spirit

III. **Integration & Growth Opportunities**

IV. **Financials**

    I.  Historical

    II.  Projected



CONFIDENTIAL



**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

Confidential


CB00105802

# Today's Presenters

| | Name | Position | Years Experience | Prior Experience |
|---|---|---|---|---|
| **Varsity Brands** | Jeff Webb | CEO, Varsity Brands | 40 | |
| | John Pitts | CFO, Varsity Brands | 26 | |
| **BSN SPORTS** | Adam Blumenfeld | CEO, BSN SPORTS | 20 | |
| | Terry Babilla | President, COO and General Counsel, BSN SPORTS | 19 | |
| | Kurt Hagen | EVP, BSN SPORTS | 21 | |
| **Herff Jones** | Tom Tanton | President, Herff Jones | 30 | |
| | David Burkert | Senior Vice President, Herff Jones | 32 | |
| | Mandy Wilsey | Director of Marketing – Scholastic Division, Herff Jones | 15 | |
| **Varsity Spirit** | John Nichols | EVP & GM, Varsity Brands | 21 | |
| | John Newby | EVP, Varsity Brands | 24 | |
| | Nicole Lauchaire | VP, Corporate Marketing & Media, Varsity Spirit | 13 | |

CONFIDENTIAL

3



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT



# Executive Summary

Confidential

CB00105804

# Varsity Brands: Three Industry Leading Businesses







- Founded in 1972

- Expanded through acquisitions of leading team dealers

- Offers game-changing solutions through:

  - Local partnerships with 430+ highly experienced Sales Pros

  - Broad selection of leading brands and proprietary products

  - One-stop-shop for equipment and uniforms with high levels of customer service

- Founded in 1920

- Broad assortment of educational achievement products:

  - Tenured relationships with thousands of colleges, schools, churches, commercial enterprises, sports teams and courtrooms

  - Quality products across cap & gown, fine paper, jewelry and yearbooks

  - Recognized and respected brand providing some of the nation's most prestigious recognition products

- Founded in 1974 by Jeff Webb

- Added athletics & entertainment to cheer

- Offers year-round cheerleading "lifestyle":

  - Nationwide camps and clinics in a variety of settings for all ages and skills

  - Renowned competitions for global cheer and dance associations

  - Innovative apparel for game day, competition, practice and team spirit wear (branded and proprietary)

  - Dynamic sales, marketing and media platform







CONFIDENTIAL

5



VARSITY // BRANDS

SPORT • SPIRIT • ACHIEVEMENT

CB00105805

# Company History



Herff Jones was founded in 1920 as a manufacturer of insignia-type jewelry

Herff Jones became a publicly traded entity

Carnation Company acquires Herff Jones in a take private transaction

Management acquired Herff Jones from Carnation Company

Management sold a 30% stake in Herff Jones to a newly created ESOP

Management sold the remaining 70% stake in Herff Jones to the ESOP, resulting in a 100% ESOP-owned company

Herff Jones is rebranded as Varsity Brands, reflecting the Company's accelerating growth and ability to serve customers

VARSITY /// BRANDS

**1920   1945   1973   1985   1989   1995   2011   2013   2014**

In 2011, Herff Jones acquired Varsity Spirit and established a presence in cheerleading and dance

In 2013, Herff Jones acquired BSN SPORTS and entered team sports supply industry

Varsity Spirit was founded in 1974 by Jeff Webb with operations of 20 cheer camps

Created an apparel line for cheerleaders, Varsity Spirit Fashion

Hosted first national championship for Cheerleaders

First ESPN broadcast

Acquires National Spirit Group, its largest competitor

Initiation of social media strategy with launch of Varsity TV

**1974   1979   1980   1983   2004   2005**

Founded in 1972 as a factory-direct equipment supplier

Initial public offering

Collegiate Pacific acquires BSN & adopts name

ONCAP acquires BSN

50+ acquisitions; 4 control changes for benefit of shareholders

**1972   1991   2005-2007   2010**

VARSITY /// BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105806

Varsity Brands Introduction Video



CONFIDENTIAL

7

# The Varsity Brands of Tomorrow

  

**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

* Formed by the unification of three complementary businesses which share a common customer, today's youth

* Rebranded in June 2014 to reflect accelerated growth, enhanced collaboration and to best communicate the Company's mission

  – Unique business model with more customer touchpoints than any competitor

  – Benefits from deep, longstanding relationships with key decision makers

* Integrated platform leveraging relationships and knowledge to offer a one-stop branding solution

* The single source for every customer's SPORT, SPIRIT and ACHIEVEMENT needs

* Unique, powerful and expandable partnership with America's schools

CONFIDENTIAL

8

**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

CB00105808

# Tremendous Integration Opportunity

## Integration Results in Significant Growth and Cost Savings Opportunities

### Integration Initiatives

- Customer database optimization
- Sales force coordination (Varsity Brands synergy team)
- Sharing of technology best practices
- Customer account incentives and loyalty programs for volume and cross-brand purchases
- Improved training to drive cross-selling
- Consolidation of corporate services
- Implementation of best practices across the platform

### Cost Rationalization

- Herff Jones ring manufacturing outsourcing
- Herff Jones yearbook, diploma and frame manufacturing consolidation
- HR, IT, finance and benefits
- 401(k) matching
- Headcount reductions and management centralization
- Vendor savings through leveraging economies of scale
- Independent IT savings
- Graphic art outsourcing
- ESOP termination







CONFIDENTIAL                                    9                          VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT



Confidential

CB00105809

# Delivering the Vision
## Leading Brands with Prominent Market Positions

* **BSN SPORTS**

  - Largest market share in a fragmented industry

  - 3x larger than its nearest competitor and growing quickly

* **Herff Jones**

  - #1 or #2 market share in all major segments

  - Well-recognized name and trusted partner for more than 12,000 schools

  - 94 year history with a demonstrated ability to evolve to changing consumer preferences

* **Varsity Spirit**

  - Created the modern cheerleading industry

  - #1 position in all categories

  - Greater scale than its competitors



CONFIDENTIAL



Confidential

CB00105810

# Delivering the Vision
## Unparalleled Customer Reach

**Maximizing Customer Touch Points: 1,200 Complementary Sales Professionals**

Coaches

Athletes

Athletic Directors

Community Leagues

Athletic Clubs

Boosters

**BSN** SPORTS
*A Varsity SPORT Brand*

**VARSITY SPIRIT**

Cheerleaders

Cheer Coaches

Faculty Sponsors

Spirit Leaders

Athletic Clubs

Gyms

Superintendents, Faculty, Students, Parents, Districts, Counties, Communities

**HERFF JONES®**
*A Varsity ACHIEVEMENT Brand*

Administrators,    Principals,    Advisors,

PTA,    Teachers,    Student Leaders





VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CONFIDENTIAL

Confidential
CB00105811

# Delivering the Vision
## Best-in-Class Technology Provides Unique Salesforce Efficiencies

**Technology Investments Increase Speed and Accuracy While Enabling High Levels of Customer Service**




### BSN SPORTS

- Digital catalog libraries linked to inventory systems

- Inventory inquiry and order capabilities

- Marketing, artwork and training libraries

### Herff Jones

- Web-based catalog and order entry platform

- Enhance the customer and sales representative experience

- Proprietary smart phone class ring sizing application

### Varsity Spirit



- Uniform configurators linked to fulfillment systems

- Inventory, order status and A/R monitoring

- Product development team integration for unique customer requests

- Marketing, performance management and survey tools

CONFIDENTIAL

12



# Delivering the Vision
## Robust, Leveragable Media Platform

## Powerful Social Media Presence

- Fully developed web-presence including multi-media, interactive and e-commerce enabled websites
- Active social media presence across multiple platforms
  - Promotes interaction with customers
  - Provides exposure to additional customers in similar markets
- PlayOn! investment
  - Live streaming partner of NFHS creates exclusive commerce potential for BSN, Herff Jones and Varsity Spirit



## Long-Standing Strategic Partnerships

- Long-standing strategic partnerships with leading media and consumer companies
  - Improves product exposure and drives cross-selling
  - Enhances customer relationships
  - Strengthens brand awareness



**Proven Ability to Develop and Monetize Long-Lasting Customer Relationships**

CONFIDENTIAL

13



CB00105813

# Delivering the Vision
## Proven Track Record and Strong Free Cash Flow Generation

($Millions)

### Net Sales



2011A – 2014E CAGR: 6.1%

- **Significant size and scale** with strong top-line growth

  - 6.1% net sales CAGR over the last three years

  - Adj. EBITDA in excess of $180 million

- Proven ability to drive year-over-year Adj. EBITDA growth

  - BSN SPORTS and Varsity Spirit Adj. EBITDA CAGRs of 22.7% and 17.3%, respectively, between 2011 and 2014E

  - Herff Jones Adj. EBITDA margin in excess of 20%

  - High customer retention and organic growth

### Adjusted EBITDA



2011A – 2014E CAGR: 8.8%

- Significant free cash flow[1] generation and conversion

  - Free cash flow conversion averaging ~85% per annum

  - Low capital expenditures averaging ~2% of net sales annually

  - Cumulative free cash flow of more than $570 million between 2011 and 2014E

Note: Financial data pro forma for divestiture of Herff's photography business, acquisition of Varsity Spirit in 2011 and BSN SPORTS in 2013. Adjusted EBITDA reconciliation provided in the Appendix. Historical financials based on FYE 12/31.
(1)   Free cash flow calculated as Adjusted EBITDA less Capital Expenditures.
(2)   Includes $3.0 million related to manufacturing cost savings in the Herff Jones division.

CONFIDENTIAL

14

VARSITY // BRANDS
SPORT · SPIRIT · ACHIEVEMENT

CB00105814

# Delivering the Vision
## Multiple Avenues for Future Growth

**Organic Growth**

* Increase market share and drive growth across business units
  - Acquire new accounts
  - Increase penetration of existing accounts
  - Introduce new products and services
  - Use media to enhance businesses
* Drive market share gains through intercompany partnerships

**Segment Integration & Sales Optimization**

* Account coordination initiatives to drive cross-selling (synergy team)
* Leverage technology best practices across the platform to increase productivity and efficiency
* Account purchasing incentives
* Consolidated back-end support

**Amplification of Growth Through Acquisitions**

* Opportunistic tack-on acquisitions
  - Salesforce and channel acquisitions
  - New product categories
* Transformational, platform acquisitions of complementary businesses
* New avenues for growth and customer acquisition

CONFIDENTIAL

15



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Delivering the Vision
## Proven Team with Significant Relevant, Prior Public and Private Equity Experience





* Transitioned from a manufacturer to a sales and marketing organization
* Significant improvements in working capital and cash flow
* Sales force coordination and integration with supply chain partners
* Implemented proprietary technology to enhance productivity and customer service
* Created a differentiated platform that is the employer of choice for industry sales pros





* Evolved business over 94+ year history to meet changing consumer preferences
* Developed long-standing, sticky customer relationships
* Attracted and retained a highly experienced, tenured sales force
* Developed and marketed successful valued added products and services



* Created modern-day cheerleading
* Continuously innovated to drive new sources of revenue and develop new channels
* Transitioned to an outsourced model and reduced reliance on manufacturing
* Developed an industry leading media / marketing platform
* Created and monetized strong bonds with customers

CONFIDENTIAL

VARSITY // BRANDS
SPORT · SPIRIT · ACHIEVEMENT

Confidential

CB00105816



# Company Overview

CONFIDENTIAL

17

CB00105817



# BSN SPORTS

CONFIDENTIAL

Confidential

CB00105818

# BSN SPORTS Overview

* #1 marketer and distributor of team sport uniforms, apparel and equipment in the U.S.

* Unique competitive positioning

  - **Scale:** largest player in fragmented industry

  - **Breadth:** 100,000+ school, league and city customers

  - **One-Stop Shop:** 250,000+ SKUs across apparel and equipment

  - **Multi-Channel Go-to-Market Strategy:** 3.0+ million catalogs, 72 telesales specialists, 434 road sales pros, 8 websites

  - **Technology as competitive differentiator:** proprietary technology investments streamline sales, ordering and delivery

  - **Direct vs. Re-Distribution:** removes the "middle man" with industry-changing supply chain

  - **Speed:** Factory-direct / 24-hour quick ship

  - **Proprietary Product:** 23% private label

## Selected Products

**Apparel**      **Equipment**




## Net Sales and Adjusted EBITDA

($ Millions)



'11A – '14E Net Sales CAGR: 13.3%

'11A – '14E EBITDA CAGR: 22.7%

Net Sales: $314 (2011A), $338 (2012A), $396 (2013A), $429 (LTM 6/28/14), $457 (2014E)

Adj. EBITDA: $30 (2011A), $36 (2012A), $45 (2013A), $53 (LTM 6/28/14), $56 (2014E)

CONFIDENTIAL

19

**VARSITY BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

CB00105819

# Evolution and Recent Transformation

» In 2007, BSN SPORTS began a multi-year transformation designed to improve operations and drive financial results

» The four pillars of transformation include:

— Shift away from manufacturing towards a sales and marketing centric organization

— Transformation from a paper-based catalog company to a technology-rich, digital organization

— Sales force automation and supply chain integration produce substantial net working capital improvements

— Centralization of accounts receivable, accounts payable, information technology, back-end customer service and creative functions



## Highly Scalable Platform = Ability to Double Revenue Without Material Additional Investments

CONFIDENTIAL

20

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105820

# Favorable Positioning in an Industry Ripe for Consolidation



- Highly fragmented, $5 billion market with many unsophisticated mom-and-pop retailers and distributors

- Industry is ripe for consolidation

  - Mom-and-pop retailers looking for liquidity and lack robust succession plan

  - BSN has scale and infrastructure to integrate efficiently without adding significant G&A expenses

- Bulk inventory and quick-turn customization requirements discourages competition from large retailers such as Dick's Sporting Goods and The Sports Authority

- Industry grew through tough government funding environment and exhibited resiliency during the recession

  - Currently expanding due to increasing enrollment and school spending trends

  - Fulfilling deferred / worn equipment replacement needs

## Key Trends Supporting Sector Growth

**Increasing Popularity of Non-Traditional Sports**

**Increased School Funding**

**Increasing Focus on Childhood Activity**

**Increasing Differentiation of Uniform and Equipment Style**

**Expanded Focus on Parent Pay**

## Accelerating School Enrollment Growth [1]



(Thousands)

'07-'14: 1% Growth

'14-'21: 5% Growth

Source: National Center for Education Statistics.
(1)  Represents enrollment in education in elementary and secondary institutions.

CONFIDENTIAL

21



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Business Snapshot

## By Product Type



Footwear 5%
Others 1%
Hard Goods 50%
Apparel 44%

## By Source



Proprietary 23%
Branded 77%

## By Customer Type



Gov't / Correctional
Corporate Sales
Church
Camp
Consumer Direct
Other
Resale 5%
Out of School 8%
Youth League 9%
In School 68%

## By Customer



Customer B
Customer C
Customer A 1%
Customer D
Customer E
Other 97%

Note: All figures represent LTM 6/28/14.

CONFIDENTIAL

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential

CB00105822

# Product Offering

- Broad offering including both branded products (primarily uniforms and apparel) and proprietary products (primarily equipment)
- 50%+ proprietary product gross margins versus ~35% for branded products

## Selected Branded Products

## Proprietary Products



































# Top Suppliers







**Strong Relationships With All Suppliers and Brand Partners**

### Top 10 Suppliers

| Company | Prop / Brand | % of Purchases |
|---|---|---|
| Nike | Branded | 28% |
| Under Armour | Branded | 5% |
| Kyvas International | Proprietary | 3% |
| Wilson Sporting Goods | Branded | 3% |
| Alleson Athletic | Branded | 2% |
| Badger Sportswear | Branded | 2% |
| Broder Brothers | Branded | 2% |
| Rawlings Sporting Goods | Branded | 2% |
| Aer-Flo | Branded | 1% |
| Schutt Sports | Branded | 1% |
| **Total** | | **48%** |

Confidential
CB00105824

# Unique Go-To-Market Strategy

## Multi-Channel Distribution Network



**BSN** SPORTS™

| Field Sales Pros | Telesales Specialists | eCommerce | Catalogs |
|---|---|---|---|
| *434 Reps* | *72 Reps* | *8 Websites* | *3+ Million* |

**Over 250,000 Uniform, Apparel and Equipment SKUS**
*23% Proprietary*
*77% Branded*

**Over 100,000 Schools, Leagues
and Youth Organizations**

CONFIDENTIAL

25



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Supply Chain Integration is a Key Competitive Advantage

| Vendor Catalogs | Inventory Feeds | Electronic Invoices | Shipment Notifications | Decorator Portal |





## Vendor Catalog Mapping



## Reporting Dashboard



## Team Art Locker



## Decorator Portal



CONFIDENTIAL

26



Confidential

# Competitors Utilize a Slow, Lengthy Sales Cycle



## Competitor's Sales Cycle

- Days 1-2
  - Customer visit
  - Fax order form to CSR
- Days 2-3
  - CSR and sales rep resolve availability issues
  - Fax purchase order to vendor
- Days 3-4
  - Customer requests custom artwork
  - Art proofs submitted for approval
- Days 4-5+
  - Customization form faxed to decorator

**5+ Day Cycle**

**Presales** → **Shipment**

Art | Customer Visit | LWO | Order Entry | Vender PO | Check Stock

## BSN SPORTS' Sales Cycle

- Sales representative visit
  - Order entry via iPad
  - Real-time inventory availability check via iPad
  - Automated purchase order to vendor via EDI
  - On-site custom artwork design and proofing via iPad
  - Electronic artwork submission to decorator via online portal

**10 Minute Cycle**

CONFIDENTIAL

27

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT



Confidential

CB00105827

# Platform Capable of Sustained Long Term Growth

Existing Accounts:
Deeper Vertical Penetration

New Accounts and Markets: Broader
Horizontal Reach to New Accounts
and Channels

**BSN SPORTS is capable of delivering long term growth through the successful execution of its tangible growth strategy**

Accelerated Recruitment
and Development of
Best-in-Class Sales Pros

Opportunistic Distributor and
Product-Oriented Acquisitions

Confidential
CB00105828

# Scalable Field Sales Team & Training Supports Continued Growth



## Broad National Coverage

**Jason Stolly**

**Vice Presidents** 5

**Regional Sales Managers** 27

**Field Sales Professionals** 434

## Steady Stream of Highly Trained Sales Pros

Targeting → Recruiting → Hiring → Onboarding → Training → Management → Results → Future Recruiting → Future Acquisitions

**BSN SPORTS**
UNIVERSITY

CONFIDENTIAL

VARSITY BRANDS
SPORT · SPIRIT · ACHIEVEMENT

29

CB00105829

# Capitalizing on Sales Pro Recruiting Momentum

## Sales Pro Recruiting Pipeline

※ Identified pipeline of more than 425 total recruits

— $225+ million incremental sales

※ 25 net new Sales Pros hired since July 1, 2014

— Expected to generate incremental revenue of $8.1 million

## Historical Net New Sales Pros



## BSN SPORTS is the Employer of Choice

※ Advanced technology systems

※ Ability to earn greater commission on same book of business

※ Deeper base of proprietary products

※ Better access and visibility to 3rd party product

※ Strong centralized telesales infrastructure to support field sales

※ Aggressive growth aspirations

> **Varsity Brands Platform Offers Proprietary Method to Cross Recruit High Value Targets**

CONFIDENTIAL

30



CB00105830

# Best-in-Class Sales Pros Drive Organic Growth

## Increase in Sales Force Experience...

**<1 Year Sales Pro**
(25% of Sales force / 174 reps)

- ~$175K average sales
- Growing at very high rates
- Trajectory to $515K sales
- Strong GM performance
- Best trained on new system
- Many are quite experienced

**1-2 Year Sales Pro**
(34% of Sales Force / 59 reps)

- ~662K average sales
- Still growing at 10%+
- Trajectory to $720K sales
- Improving GM performance
- Still learning system
- Many $750K performers

**Seasoned Sales Pro**
(41% of Sales Force / 201 reps)

- ~810K average sales
- Still growing at 2-5%+
- Trajectory to $835K+ sales
- Strongest GM performance
- Strong proprietary product
- Many $1mm+ performers

## ...Leads to Significant Revenue Ramp...

**~$65 million Growth Ramp Imminent from New Hires, Tenure**



Average Net Sales Per Rep = $717K

## ...And Increased Productivity

**Even Among Tenured Sales Reps, Growing Number of High-Dollar Sellers**



[1] Excludes 33 new hires.

CONFIDENTIAL

31

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105831

# Opportunity to Increase Penetration in Existing Markets



BSN SPORTS Sales per Capita by State

**Nationwide Average of
$1.31 Net Sales Per Capita**

### Net Sales Per Capita

- $0.00 - $0.50
- $0.50 - $1.00
- $1.00 - $1.50
- $1.50 - $2.00
- $2.00 - $2.50
- $2.50+

◯  Reflects location of sales pros

Note: Data reflects Net Sales excluding freight.

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential

CB00105832

# Increasing Penetration in Existing Markets
## Case Study: My Team Shop

### "Parent-Pay" Pays Off!

※ My Team Shop was launched in 2009

※ Simple portal for parents to purchase customized school / league products

※ School / league receives a "rebate" based on total goods purchased, serving as a fundraiser

※ Average Team Shop gross margin of 40%+



### My Team Shop Total Sales

($Millions)

2010-2014E CAGR: 55%

| Year | Sales |
|------|-------|
| 2010 | $6.2 |
| 2011 | $11.5 |
| 2012 | $15.8 |
| 2013 | $22.4 |
| 2014E | $35.5 |



CONFIDENTIAL

33


VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105833

# Developing New Channels
## Coming Soon: My School Shop







### Dynamic Image Processor





| Name | Mascot | Color 1 |
|------|--------|---------|
| Hoover | Buccaneers | Orange |
| Jenks | Trojans | Maroon |
| De La Salle | Spartans | Green |
| Permian | Panthers | Black |

School Database:
19,200 records

## Customized School Wide Website For Every School

## Salesforce Fund-Raising Component to Drive Adoption

Confidential
CB00105834

# Strong Pipeline of Tack-On Acquisitions

- Completed 22 dealer and product acquisitions since June 2009, with five acquisitions executed YTD 2014
  - Average historical purchase price ~2.7x EBITDA
  - Low integration risk and typically deleveraging
- Largest acquisition pipeline in the Company's history
  - Currently ~$425 million of potential incremental sales in the active backlog
  - Targets average ~$4.5 million in revenue
- Proven ability to complete transformative acquisitions
- All acquisitions are upside opportunity as none have been included in forecast

| Deep Acquisition Pipeline | | | | | | | |
|---|---|---|---|---|---|---|---|
| | A-1 | A-2 | A-3 | A-4 | B | C | D | Total |
| **Status** | Sharing Info | Interested in Selling | Negotiating | Active LOI | BSN Pursuing | Low Priority | On Radar; Inactive | |
| **# of Targets** | 9 | 3 | 0 | 2 | 80 | 138 | 30 | 262 |
| **Total Revenues ($ millions)** | $109.5 | $5.2 | $0.0 | $5.3 | $305.0 | $340.8 | $86.6 | $852.4 |

**94 Active Targets with ~$425 million in Incremental Revenue**



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105835

# History of Successfully Completing Tack-on Acquisitions

* Average purchase multiple of 2.7x LTM EBITDA

* On a consolidated basis at time of acquisition, targets were projected to:

  - Contribute $81+ million of net sales and $9 million of EBITDA in first year of ownership

* Acquisitions have consistently over-delivered relative to expectations

  - Generated ~$10 mm of EBITDA

* Low integration risk

## BSN SPORTS: Completed Acquisitions

($Thousands)

| Acquistion Date | Company | Enterprise Value | Revenue | Forecast EBITDA | Actual EBITDA | Forecast EV/EBITDA Multiple | Actual EV / EBITDA Multiple |
|---|---|---|---|---|---|---|---|
| 6/24/2009 | Websters | $208.7 | $3,553.5 | $476.9 | $387.3 [1] | 0.4x | 0.5x |
| 6/30/2009 | Doerners | 147.9 | 1,944.5 | 265.8 | 186.9 [1] | 0.6x | 0.8x |
| 7/30/2009 | Har-Bell | 250.3 | 1,560.7 | 204.0 | 162.4 [2] | 1.2x | 1.5x |
| 3/24/2010 | Coaches Sports Corner | 1,474.7 | 4,920.8 | 481.7 | 415.0 [5] | 3.1x | 3.6x |
| 4/23/2010 | Greg Larson Sports | 2,222.5 | 7,363.1 | 1,049.9 | 1,008.0 [5] | 2.1x | 2.2x |
| 5/24/2010 | Kattus Pro Team Sports | 2,638.6 | 6,875.6 | 725.3 | 874.0 [5] | 3.6x | 3.0x |
| 8/18/2010 | PALs Sports Center | 783.8 | 4,000.7 | 348.9 [3] | 433.0 [5] | 2.2x | 1.8x |
| 9/30/2010 | Gear 2000 | 1,404.4 | 1,970.0 | 359.0 [3] | 615.0 [5] | 3.9x | 2.3x |
| 6/24/2011 | Bethlehem Sporting Goods | 497.1 | 3,512.9 | 582.3 [4] | 756.4 [5] | 0.9x | 0.7x |
| 4/13/2012 | Ken-Tenn Sports | 898.3 | 2,900.0 | 248.7 [7] | 335.4 [5] | 3.6x | 2.7x |
| 6/8/2012 | Dial - A Down | 325.8 | 250.0 | 123.1 [7] | 161.2 [5] | 2.6x | 2.0x |
| 7/20/2012 | Holiday Sporting Goods | 265.6 | 2,350.0 | 233.9 [7] | 654.5 [5] | 1.1x | 0.4x |
| 9/10/2012 | GameDay Athletics | 420.6 | 1,875.0 | 179.7 [7] | 612.1 [5] | 2.3x | 0.7x |
| 10/30/2012 | Hayden's Sport Center | 3,258.5 | 10,025.0 | 674.9 [7] | 1,376.8 [5] | 4.8x | 2.4x |
| 2/26/2013 | Holovak & Coughlin | 358.0 | 1,800.0 | 156.4 [7] | 697.3 [5] | 2.3x | 0.5x |
| 5/8/2013 | EKHO | 870.3 | 948.4 | 203.7 [7] | 503.7 [5] | 4.3x | 1.7x |
| 6/27/2013 | Spokane Athletic Supply | 1,763.0 | 4,050.0 | 416.7 [7] | 505.9 [6] | 4.2x | 3.5x |
| 10/7/2013 | Beaver Distributing | 412.0 | 1,625.0 | 102.2 [7] | na | 4.0x | na |
| 11/5/2013 | Kohlmyer Sporting Goods | 1,439.6 | 3,800.0 | 325.5 [7] | na | 4.4x | na |
| 4/22/2014 | East Texas Sports Center | 578.5 | 4,100.0 | 399.7 [8] | na | 1.5x | na |
| 5/6/2014 | Olympia Sporting Goods | 2,441.1 | 5,800.0 | 728.2 [8] | na | 3.4x | na |
| 5/16/2014 | Judge Little | 3,767.2 | 6,300.0 | 845.6 [8] | na | 4.5x | na |
| | | $26,426.6 | $81,525.1 | $9,130.1 | $9,684.6 | 2.9x | 2.7x |

(1) Actual results thru 6/30/2010.
(2) Actual results from 7/30/2009 thru 6/30/10.
(3) Pro Forma for 7/1/10 - 6/30/11.
(4) Pro Forma for 7/1/11 - 6/30/12.
(5) Actual results for first 12 months post acquisition.
(6) Estimated results 7/1/131 - 5/31/14 (annualized).
(7) Pro Forma for 7/1/13 - 6/30/14.
(8) Pro Forma for 7/1/14 - 6/30/15.

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential

CB00105836

# Leveraging BSN SPORTS' Experience Across Varsity Brands

✓ Sales Force Integration and Optimization

✓ Experience Transforming from a Manufacturing Business to Sales and Marketing Business

✓ Successful Consolidation of Back-Office Functions

✓ Multi-Year Historical Growth with Clear Path for Future Acceleration

✓ Relationships with School and School District Athletic Directors, Coaches and Superintendents

✓ Introduce Herff Jones to New Customers and Buyer Types

**Highly Leverageable, Scalable Business with Experienced Team to Help Drive Integration and Growth Across the Varsity Brands Platform**

CONFIDENTIAL

37

**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

Confidential



# Herff Jones

CONFIDENTIAL

38

Confidential

CB00105838

# Herff Jones Overview

- Diversified product offering two divisions

  - #1 provider of cap and gown, academic regalia, diplomas and diploma frames

  - #2 provider and supplier of yearbooks, class rings, and graduation announcements

- Network of ~480 sales representatives and relationships with more than 12,000 schools, principals and administrators

  - Average sales representative tenure of 15 years

- Entrenched business with long-term, sticky customers

  - Annual renewal rates between 88-95%

- Limited number of competitors

  - Opportunity for increased market share

  - Expansion into adjacent channels

- Significant opportunity for cost reductions and manufacturing footprint rationalization

- 94 years of history with demonstrated ability to evolve business

(1)  Represents the last twelve months ended June 28, 2014.





VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential
CB00105839

# Achievement Category Overview

* Cap & Gown:
  - #1 market position with 40% share and proven recession resilience
  - Graduation cap & gowns, choir, clergy and judicial robes

* Fine Paper:
  - #1 market position in diplomas and frames and #2 market position in fine papers
  - Diplomas, covers, frames, graduation announcements as well as senior products and memorabilia

* Jewelry:
  - #1 supplier of jewelry to Sororities and Fraternities and #2 market share in high school class rings
  - High school and college class rings, sorority, fraternity and medical career jewelry
  - NBA, NHL, MLB and Super Bowl championship rings

## Achievement Category Sales by Product[1]



Fine Paper 26%
Cap & Gown 34%
Jewelry 40%

## Why Achievement is Attractive

* High customer retention rates
* Stable consumer demand
  - Based on highly regarded traditions
  - Commemorate once-in-a-lifetime accomplishments
* Long-standing relationships with key decision makers

(1) Represents the last twelve months ended June 28, 2014.

CONFIDENTIAL

40

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT



CB00105840

# Yearbook Category Overview

## Category Overview

- 2nd largest manufacturer of yearbooks in the U.S.

  - Approximately 20% market share

  - Highly profitable with EBITDA margins of ~33%

- Sales derived principally from junior high and high schools

  - Management estimates ~50-60% of students purchase yearbooks

  - Renewed focus on elementary yearbook market

## Entrenched Customer Relationships

- Long-term relationships with 90%+ retention rates

- More than a book → Yearbook is part of the curriculum

  - Graded class at ~80% of high schools (e.g. scholastic journalism)

  - Most teachers rely on yearbook provider for curricula and software

  - Quality of Herff Jones yearbooks, as judged by 3rd parties, supports acquisition of new customers and retention of existing accounts





Confidential

CB00105841

# Evolution of Leadership Priorities Over Time

## 1960's – 1980's

* Expanded product lines in the school space

* Pursued complementary acquisitions

  - Yearbook

  - School photography

  - School fund raising

  - Social studies supplemental market

  - Cap and gown

## 1990's – 2007

* Recapitalized the Company through a sale to ESOP

* Debt repayment became management's top priority

* Occasionally pursued selected acquisitions

  - Supplemented existing products / segments

## 2008 – 2013

* Retrenched and preserved market share during the Great Recession

* Divested underperforming assets (Photography division)

* **Initiated efforts to transform business through strategic acquisitions**

* Diversified portfolio

  - BSN SPORTS

  - Varsity Spirit

* Added diploma frames and additional jewelry product lines

## New Day: 2014 and Beyond

* Leveraging Varsity Brands platform to increase share

* Developing alternative channels

  - Improving marketing

  - Reaching new customers

* Divested Education division

* Reducing costs, focusing on cash flow and working capital

* Transforming into a sales and marketing centric organization

  - Rationalizing manufacturing footprint through outsourcing

  - Adapting to a new sales representative model

**Growth**         **Retrenchment**    **Transformation**




CONFIDENTIAL

42

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# New Initiatives Driving Renewed, Sustained Growth

| Product | Strategy / Execution | Results |
|---------|---------------------|---------|
| **Class Rings** | ※ Identify and implement sales best practices<br>※ New marketing initiatives (email outreach)<br>※ Launch of interactive applications to drive engagement (ring sizing app for mobile devices)<br>※ Better utilization of Believe in You program | ※ Ring unit sales up 1.7% y-o-y through the first six months of 2014<br>※ Increased attendance at order taking events<br>※ 1,300 app downloads & 3,000 rings created since July 2014 launch<br>※ Added ~650 net new accounts since 2010 |
| **Cap & Gown** | ※ Increase emphasis on custom rental programs<br>※ Develop new, high margin customized products<br>※ Improve sales force sales training | ※ Custom cap & gown business is up ~35% since 2010<br>– Added ~210 net new accounts and 67,000 new units<br>– Incremental revenue of $12 / unit and ~5.5 year contract |
| **Fine Paper** | ※ Introduction of new products<br>※ New marketing and customer contact campaigns | ※ Launched digital photo announcements which experienced an 87% increase in revenue during 2014<br>※ Captured 200,000+ emails and 42,000+ new contacts since August 2014<br>※ Diplomas and diploma frame sales continue to show strength with year-over-year revenue growth |
| **Yearbook** | ※ New programming (Advantage Plus, Believe in You, Y is for Yearbook) to attract new accounts<br>※ Better incentivize sales force and leverage salesforce.com tools<br>※ Require use of Yearbook Order Center for some schools | ※ Yearbook page counts and copies per school have stabilized<br>※ Winning business back in 2014/15 from smaller competitors who drove down pricing<br>※ 93% of reps utilizing saleforce.com (up from 0% in 2013)<br>※ Added ~570 net new accounts since 2010 |

*Achievement*

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105843

# Herff Jones Vision and Strategy

Execute Dramatic Cost
Reduction Initiatives

Utilize Strong Cash Flow to
Aggressively Expand Market Share

**Herff Jones is Transforming to a Customer
Centric Sales and Marketing Organization**

Reduce Reliance on Manufacturing

Increase Agility and
Speed to Market



CONFIDENTIAL

44

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105844

# Market Fundamentals Support Transformation Initiatives



**Declining Dropout Rates**

**Stabilizing Commodity Pricing**
(Wholesale price of Gold per troy ounce)

**Increasing Graduation Rates**

**Growing School Enrollment**
- 10-13 years
- 14-15 years
- 16-17 years

**Other Important Factors**

Nearly 100% buy rates on certain products

Broad product offering

Long-standing school relationships

Ability to leverage value-added programs

Significant available market share

Sources: National Center for Education Statistics, "Building a Grad Nation" report by Civic Enterprises.

**VARSITY // BRANDS**
SPORT · SPIRIT · ACHIEVEMENT

Confidential

CB00105845

# Shifting to a Customer Centric Sales & Marketing Organization

## Know the Customer

* Recently completed an exhaustive consumer research study reinforcing:
  - Value of relationships with parents
  - Contact with customers early in the school year
* Customers desire convenience, one-stop-shopping and personalization



## Driving Relevance through Differentiation and Innovation

* Reinvigorate relationships with schools
  - Broad product portfolios and valued-added services (Egg Harbor, NJ)
  - Promote thought leadership (White Papers)
* Develop a customer centric focus
  - Continually refresh and innovate product lineup



## Increase Customer Engagement

* Utilize customer contact database
  - Parent emails ensures messaging reaches key decision makers
* Recently launched exclusive ring app
  - Encourages interaction between students, products and Herff Jones
* Leverage Varsity Spirit social media best practices
  - Form stronger B2C relationships





CONFIDENTIAL

46


VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105846

Herff Jones Together We Can Video



CONFIDENTIAL

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105847

# Increase Training for Sales Representatives

Aligned sales and marketing strategies

**+**

BSN SPORTS and Varsity Spirit sales force best practices

**=**

Better sales rep training and resources

New sales and marketing tools

Simple, consolidated back office customer support

## Positive Initial Feedback

"Thank you so much for all your help last night at Pioneer HS – with the email/texting campaign, we doubled the parent/student group for this initial order night for PHS, so your help is much appreciated!"

"In the past I have mailed a letter on school letterhead to each student's home addressed to the parent that detailed Herff Jones as the official school ring supplier, order dates, etc.

This year so far, I have collected the contact cards at my class meeting and have utilized the HJ email/texting program in place of the formal letter mailed home."

"I was very nervous at first about this new program, but would like to report that I am up in ring units at each of the schools to date.

In addition to being a more effective means of communication to the students/parents, I am saving a TON of money on postage!"

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Organic Growth Strategies

## Increase Market Share

* **Leverage Varsity Brands' collective relationships and product portfolio to acquire new accounts**

* Reinvigorate Yearbook sales effort

  – Increase order center activity with outbound sales and school support

  – Leverage Salesforce.com to win new business



## Increase Account Penetration

* Increase exposure through direct-to-consumer tactics

  – Scholastic: Over 200,000 student/parent emails; 42,000 new contacts received in August / September

* Effective engagement with students

* Enhance and improve current product and service offerings

  – New Photo announcement line rolled out Fall 2014

  – Yearbook offers augmented reality in 2014

* Cross promote more effectively

  – 1 million cap and gown units sold annually; 50% buy announcements and half of those buy party invites







CONFIDENTIAL

49

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Product and Channel Diversification

## Elementary School Yearbooks

- Current market share of ~2% accounts for ~$4.8 million revenue

- Increasing share to 20% (same as existing Yearbook penetration) equates to total revenue of ~$48 million

- Recently began utilizing salesforce.com data for sales representatives

  - All schools are loaded into sales representatives' contacts

  - Enables performance and KPI tracking

## New Products and New Channels

- Source products consumers demand (vs. selling what Herff Jones manufactures)

- Introduce product innovation, such as digital announcements

- Develop new markets

  - Varsity Spirit partnership enables cross selling of rings for cheer clubs and competitions

  - Expand to other activity groups

## Drive Average Selling Price Higher

- Offer more personalization options

- Expedite continued customization in high school and college cap & gowns

- Leverage innovation to command premium pricing

- Bundle products with value added services for schools

## Enhance eCommerce Capabilities

- Leverage BSN SPORTS' eCommerce strategies including "My Team Shop" and "My School Shop"

- For the first time in Spring 2015, Herff Jones customers can freely purchase most products online (except diplomas)

- Leverage new eCommerce solution for college market across all other product categories

## Opportunities Not Included In Projections

CONFIDENTIAL

50



CB00105850

# New Growth Strategies Lead to Increased Market Share

- Leverage Varsity Spirit's and BSN SPORTS's relationships and cross-selling programs to continue to gain market share from competitors

- Expand implementation of salesfoce.com in conjunction with new marketing strategies to improve buy rates

- Adopt Varsity Spirit's social media strategy and B2C best practices

- Pursue elementary school yearbook accounts in new channels with newly identified sales incentives

**Small Market Share Gains Result in Significant Increase in Profitability**

| Market Segment | Herff Jones Total Sales | Est. Market Share | Est. Market Size | 1% Market Share | Gross Profit (%) | Gross Profit ($) |
|---|---|---|---|---|---|---|
| Achievement | $257.0 | 26% | $982.5 | $9.8 | 46% | $4.5 |
| Yearbook | $138.0 | 20% | $690.0 | $6.9 | 63% | $4.3 |
| **Total** | | | | **$16.7** | **53%** | **$8.9** |

**Penetration Delivers Significant EBITDA Opportunity**
**1% Increase in Business Yields $2 million Additional EBITDA**

1)    Assumes same EBITDA margin as 2013A.



# Implement Cost Savings Initiatives

| Description | Savings | Commentary |
|---|---|---|
| Outsource Ring Manufacturing | $3.5 million | ※ Additional outsourcing of ring production to Merida, Mexico<br>※ Providence, RI manufacturing operations consolidated into Warwick, RI facility |
| Consolidation of Yearbook manufacturing | 8.2 million | ※ Potential outsourcing of printing<br>※ Will allow for the potential to consolidate four yearbook print facilities into one (Edwardsville, KS) |
| Consolidation of Diploma manufacturing | 0.9 million | ※ Elimination of excess capacity<br>※ Manufacturing will be consolidated into other Herff Jones facilities |
| Consolidation of Frame manufacturing | 1.0 million | ※ Elimination of excess capacity<br>※ Manufacturing will be consolidated into other Herff Jones facilities |
| 401K Matching | 3.0 million | ※ Bringing Herff Jones' 401k matching plan in line with other divisions' plans |
| **Total** | **$16.6 million** | |

CONFIDENTIAL

52



CB00105852

# 3rd Party Outsourcing and Yearbook Consolidation Initiatives

## Outsourced Ring Production to Mexico

* Strategy:

  - Outsource polishing, engraving and stone setting

* Result:

  - Reduced cost of goods sold and created additional facility capacity

  - Moved remaining production and closed facility creating significant G&A savings

* Total cost savings of ~$4.4 million

## Evaluating Third Party Yearbook Outsourcing

* Strategy:

  - Outsource "commodity" publishing to 3rd party printer

  - Maintain "front-end" customer relationship advantages

* Result:

  - Close three facilities

  - Significant IT and G&A savings

* Total cost savings of ~$8.2 million

  - Achieve through 3rd party outsourcing or internal consolidation

**Significant Prior Experience Enables Acceleration of Future Transformation Initiatives**



CONFIDENTIAL                     53                    VARSITY // BRANDS
                                                      SPORT • SPIRIT • ACHIEVEMENT

# Leveraging Herff Jones' Experience Across Varsity Brands

✓ Generates Significant EBITDA Contribution and Strong Free Cash Flow Characteristics

✓ 94 Years of Experience and Long-Standing Relationships with Schools

✓ Leveraging Proprietary Leadership Program – "Believe in You"

✓ Rounds out Varsity Brands' Relationships by Introducing Academic Touchpoints

✓ Allows Varsity Spirit and BSN SPORTS to Enter New Channels

✓ Leverage Salesforce relationships with Superintendents, Principals, Teachers, Students and Parents

**Stable, Experienced Contributor with Key Relationships at Schools
Will Be Crucial to Varsity Brands Platform Integration**

CONFIDENTIAL

**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

CB00105854



# Varsity Spirit

CONFIDENTIAL

VARSITY // BRANDS

Confidential

CB00105855

# "We are Cheerleading": The Leader in Spirit

## Since 1974 Varsity Spirit has...

※ Created modern cheerleading through constant innovation

※ Transformed traditional crowd leadership into an athletic, entertaining, dynamic activity

※ Revolutionized cheerleading uniform aesthetics by combining function and fashion

※ Developed industry regulatory bodies, rules, regulations and safety guidelines

※ Promoted and increased the popularity of cheerleading through high-quality marketing campaigns

※ Televised cheerleading and built international recognition through 31-year relationship with ESPN

## Varsity Spirit *is* Cheer





VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential

CB00105856

# Varsity Spirit Overview

* Dominant brand and recognized expert in cheerleading and dance uniforms, camps and competitions → Varsity Spirit *is* Cheerleading

* Unique product offering, and national sales organization with deeply entrenched relationships

  - Highly customizable products meet the distinct needs of each individual cheerleader, dancer or squad

* Relationships with 20,000 middle / high schools, 2,000 college and university programs, 2,500 gyms and 525,000 students

* Unmatched multi-channel platform:

  - Uniform and apparel sales

  - Camps and events

  - Sophisticated content publishing platform and engaged social media community

* In the early stages of global expansion

(1) Net sales for the last twelve months ended June 28, 2014. Excludes "Other".



### Net Sales by Product [1]

Camps & Events 54%

Uniforms & Apparel 46%

### Net Sales and Adjusted EBITDA

($ Millions)

Net Sales ━━━ Adj. EBITDA

'11A – '14E Net Sales CAGR: 8.1%

'11A – '14E EBITDA CAGR: 17.3%

| | 2011A | 2012A | 2013A | LTM 6/28/14 | 2014E |
|---|---|---|---|---|---|
| Net Sales | $275 | $293 | $322 | $339 | $347 |
| Adj. EBITDA | $31 | $35 | $44 | $48 | $50 |

**Track Record of Driving Y-o-Y Growth**

CONFIDENTIAL

57

VARSITY // BRANDS
SPORT · SPIRIT · ACHIEVEMENT

CB00105857

# Unique Business Model

▣ Dominant brand and unique business model

▣ Model combines dynamic sales, marketing and media platform with unmatched relationship network

▣ Leading marketer and manufacturer of branded products and services to the spirit industry

▣ Industry leadership with deeply entrenched relationships and multi-channel reach

▣ Strong track record of growth and profitability

   — YoY revenue growth in 39 out of the last 40 years

   — YoY EBITDA growth in 37 out of the last 40 years

**Dynamic Sales, Marketing and Media Platform**

**Uniforms & Accessories**
(Year-round Sales & Support)

**Competitions & Events**
(Winter / Spring)

**Camps & Clinics**
(Year-round Training)







CB00105858

# Valuable, Entrenched Strategic Partnerships





Reinforce cross-selling activity

Strengthen brand awareness

Provide additional source of revenue and potential new business

CONFIDENTIAL

59



CB00105859

# Strong Spirit Industry Dynamics

## Market Position

### Uniforms
#1 Market Position

### Camps
#1 Market Position

### Competitions
#1 Market Position

Note: Market Share represents Management estimates.

## Segment Dynamics

- Industry caters to the growing population of children and young adults aged 5-22

  - ~2 million active cheerleaders in the U.S.

- Market share gains in non-school All Star market driving growth

  - A single national championship draws up to 25,000 participants and 60,000 total attendees

  - Cheer families spend ~$2,500 to ~$10,000 per year

## Competitive Landscape

- Primary competitors are small, regional players only focused on one or two segments

- Competitive landscape includes:

  - Aloha
  - Americheer
  - Cheerleaders of America
  - Epic Brands
  - GK Elite (Under Armour)
  - GTM
  - Jam Brands
  - Nfinity
  - Rebel Athletic
  - Team Cheer
  - Team Leader

## International Participation

- Major growth of cheer in Asia and Latin America

- First Varsity Spirit Academy to open in Guangzhou, China in Fall 2014

- International Cheer Union (founded by Varsity Spirit) has 104 member countries

  - ICU recognized by SportAccord in 2013

  - Application pending for International Olympic Committee

Confidential
CB00105860

# Unrivaled Camps Footprint and Operations

## Camps

- Nationwide operator of leading cheer and dance instructional camps

- Game material, safety & skills instruction, choreography and coaches training

- Camps held across the country and characterized into two groups:

  - Residential & Resort: 1,036 camps hosted on college campuses and resort properties (as shown on map at right)

  - Non-residential: 4,581 day camps attended by local cheerleaders held near their home or school

## Largest Footprint of Dance and Cheer Camps in U.S



## Led by a Staff of Top Instructors

- Instructors are typically college coaches, cheerleaders and former camp participants

  - Staff are viewed as the professional athletes of cheer and cross-sell Varsity Spirit products and services

- Instructors are trained on the most up-to-date teaching and safety techniques





CONFIDENTIAL

61

VARSITY // BRANDS
SPORT · SPIRIT · ACHIEVEMENT



CB00105861

# Leader in Competitions and Special Events

## Competitions

* 300+ regional and national competitions annually
  - School competitions: youth / recreational teams and middle, high school and college squads
  - All Star competitions: not affiliated with school or sports teams; only exist to compete
* Key source of revenue, enables product marketing, increases customer loyalty and enhances brand awareness
* 7 major championships air on leading networks and on Varsity TV's worldwide streaming platform
  - 28 guaranteed hours on ESPN & CBS Sports Network reaching 150 million homes
  - Sponsored by various consumer and media companies

## Special Events

* Parades and pregame / halftime entertainment such as:
  - Macy's & Disney Thanksgiving Day Parades
  - Disney Christmas and London New Year's Day Parades
  - Capital One Bowl and NFL Pro Bowl
  - Spirit Day performances at major universities throughout the year
* Promotes the Varsity Spirit brand and allows cross marketing of products & services










CONFIDENTIAL



Confidential

CB00105862

# #1 Uniform Brand

## Uniforms

» Revolutionized cheer uniform styles

  - Replaced old boxy designs with custom fit, athletic uniforms

  - Varsity Spirit Fashion and Varsity All Star Fashion brands

» Design team comprised of former cheerleaders and industry experts

» Every uniform is custom and made-to-order

» Best-in-class delivery times

## Revenue by Category



Note: Revenue reflect LTM period ended June 28, 2014.

## Comprehensive Apparel Offering

| | | |
|---|---|---|
| **Uniforms & Lettering** | Includes customizable MotionFLEX bodyliners, shell tops, skirts and pants and Powerfit shells and skirts and sublimation as well as customized lettering, logos and monograms |   |
| **Accessories** | Includes a wide range of outerwear, socks, undergear, poms, jewelry, bows, bags, CDs and gift items |   |
| **Footwear** | Includes cheer and dance shoes from top brands such as Varsity, Nike and Capezio |    |
| **Camp Wear** | Includes t-shirts, tanks, polos, athletic shorts, skirts, skorts and practice wear |    |
| **Dance** | Includes dance team tops, pants and skirts |   |



Confidential    CB00105863

# Highly Differentiated Uniform Design and Sourcing Model

## Unique Uniform Design and Production Processes...

※ 10-15 member design team works directly with customers utilizing proprietary software

※ Varsity Spirit provides suppliers with patterns, fabrics, yarn and manufacturing specifications

※ Manufacturers responsible for cutting, sewing, embellishment, finishing and shipping

※ Independent manufacturing facilities provide flex capacity during peak seasonal selling periods

— 50,000 units produced per week at peak production

— Production contracted with one domestic and three offshore facilities



## ...Delivers Differentiated Results

※ Customized products meet distinct needs of individual cheerleaders or squads

— Advanced color matching technology process allows for exact duplication of uniforms for fill-in orders

— Minimal exposure to finished goods

※ Industry-leading turn-around time (3- to 4-weeks) for custom orders

CONFIDENTIAL

64



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Dynamic Direct Sales Force

  



- 350 field sales representatives who serve as indispensable relationship managers for a national base of customers

  - Reach 525,000 athletes across 20,000 schools and 2,500 gyms

- The only company with field reps assigned to every customer in every state

- Enthusiastic and highly experienced collaborative team works together to sell all three segments

- Utilizing salesforce.com CRM technology to allow for account coordination and visibility between sales teams

CONFIDENTIAL

65



CB00105865

# Dynamic Media Platform: Building Brands & Increasing Exposure

## Varsity.com



- Premier online cheer news magazine & media channel for the Varsity Spirit brands
  - 290,000 unique visitors per month
- Weekly video news show and e-newsletter, *Varsity News Now*

## Varsity TV



- Custom video publishing platform with 50,000+ videos
  - 1.8 million average streams per month
- Live streaming of competitions and key marketing initiatives
- Live pay-per-views from select national championships

## Social Media



- Facebook, Twitter, Instagram, YouTube and Pinterest
- Constant interaction with athletes, parents and coaches
- Focused on relationship building and content marketing
- 1+ million Facebook fans
- 300,000- Twitter followers

## MyVarsity Mobile Application



- Communication / marketing tool with more than 60k users
- Personalized event content and surveys
- Photo Styler and "Goals" gamification increases engagement and supports sales

CONFIDENTIAL

66



CB00105866

# Leading Media & Publishing Company

- American Cheerleader the Magazine

  - Quarterly print and digital publication

  - Subscriptions to be provided to all coaches

  - Enables deeper communication and marketing opportunities

  - Highly engaged social media following and dynamic website

- Book Series: Varsity Novels

  - Series of young adult books about cheerleading

  - Varsity Spirit retains all television and movie rights for the series

- Documentary Feature: American Cheerleader

  - Feature-length film on the history of the Company through the lens of two teams competing at a Varsity Spirit event

  - Screening at film festivals in New York City, Louisville, Memphis and St. Louis

- 28 guaranteed hours of programming on ESPN and CBS Sports Network



Confidential

CB00105867

American Cheerleader Video



Confidential

CB00105868

# Digital Initiatives Drive Sales & Marketing Efforts

» **Varsity Spirit Fashion Style Guide** allows customers to customize uniform styles

» **Varsity Design Studio Rep Tool** provides deeper customization for one-on-one consultations with customers, using a visual prototype

» **Varsity Colors Spirit Shop** is a fundraising tool for teams to sell customized spirit gear to their entire school and community

» **Varsity Colors Team Shop** provides tools for easy ordering and payment

— Payment portal for both required team items and add-on individual purchases

### Customer Style Guide



### Rep Design Studio



### Varsity Colors Spirit Shop



### Varsity Colors Team Shop





CONFIDENTIAL

Confidential

CB00105869

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Case Study: Continued Product Innovation

## Powerfit™ Fabric Innovation

⚛ Launched in January 2014

⚛ High performance, four-way stretch material

    ⸺ Greater comfort and ease of movement

⚛ Increases average uniform price by $20

⚛ In first year, accounted for 25% of total top / skirt sales

    ⸺ Incremental revenue of $3 million

⚛ After two years, ~50% of sales expected to come from Powerfit™ products

    ⸺ Additional $3 million incremental revenue



## Sublimated Campwear

⚛ Introduced in January 2014

⚛ Dye-sublimation technique imprints designs into fabric

⚛ Enables higher levels of practice wear customization

    ⸺ 100% made-to-order

    ⸺ No inventory except raw materials

⚛ Incremental revenue of $3 million since launch



## Proprietary Footwear

⚛ Introduced in 2011

⚛ Overwhelming popularity enabled reduction of non-Varsity shoe products

    ⸺ Varsity Spirit shoe line now includes eight styles

    ⸺ Currently only sells three Non-Varsity Spirit styles

⚛ Only 50% of teams buy footwear from Varsity → significant opportunity

### Footwear Gross Margin (%)



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Case Study: The Summit

- Created end-of-season All Star cheerleading grand finale at Disney in Orlando, FL

  – Designed to drive increased participation to existing two-day events via qualification / bid model

  – Invested over $1 million in paid bids to guarantee participation and prestige

- Future of The Summit – 2016 and beyond

  – Considering developing a series of five regional Summit events for younger age divisions

  – Overall projected growth from one event to a series of seven events and over 2,100 teams





## Results of The Summit

Number of Participating Teams / % Increase in Qualifying Event Participation

| Teams | % Increase in Qualifying Event Participation |
| --- | --- |

| | 2013A | 2014A | 2015E |
| --- | --- | --- | --- |
| Teams | 330 | 473 | ~800 |
| % Increase | 21% | 27% | ~30% |
| Y-o-Y Team Growth | | 43% | ~69% |



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

# Case Study: Varsity Spirit in China

※ In October 2014, Varsity Spirit will open its first Varsity Academy in Guangzhou, China

※ Management has a strong relationship with the Ministry of Sports in China and the Department of Education and has been working with them since 2005

※ Varsity Spirit has conducted camps in China with both groups since 2006

※ China has sent an average of 20 teams per year to Varsity Spirit's events in Orlando

※ Academy will be a training center for teams and individuals and will serve as a footprint to launch Varsity Spirit's business in China

※ Varsity Spirit's China-based U.S. instructors will be positioned to conduct training camps and competitions throughout the country





**VARSITY // BRANDS**
SPORT · SPIRIT · ACHIEVEMENT

Confidential    CB00105872

# Leveraging Varsity Spirit's Platform Across Varsity Brands

✓ Strength in Marketing and Media

✓ Expertise in High-Quality, Quick-Delivery, Custom Apparel

✓ Unique Outsourcing Model

✓ Experience in Event Planning, Execution and Travel

✓ Experts in Running Large, High Profile Sports Competitions

✓ Innovative Curriculums for Coaches and Athletes

✓ Creates and Monetizes Strong Bonds with Customers

✓ Relationships with Spirit and Social Leaders at Schools

**Varsity Spirit's Unique Approach to Reaching and Connecting with Customers Can Be Replicated Across the Varsity Brands Platform**

CONFIDENTIAL

73


VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT



# Integration & Growth Opportunities

CONFIDENTIAL

Confidential

CB00105874

# Utilize Core Competencies to Drive Collaboration



**BSN** SPORTS
*A Varsity SPORT Brand*

- Experience transforming from manufacturing to sales and marketing
- Expertise in sales force coordination
- Successfully consolidated back-office functions
- Strong growth trajectory with clear path for the future
- Relationships with school, community, parents and students



VARSITY // BRANDS

SPORT • SPIRIT • ACHIEVEMENT



**HERFF JONES**
*A Varsity ACHIEVEMENT Brand*

- Long-standing relationships with highest decision makers at schools
- Experienced sales force
- Generates significant free cash flow
- Proven ability to evolve to meet customer demand
- Allows Varsity Spirit and BSN SPORTS to enter new channels



**VARSITY SPIRIT**

- Best-in-class marketing and media platform
- Completely customized apparel with industry-leading delivery time
- Expertise in event planning and coordinating large competitions
- Unique bond with customers that drives enhanced revenue
- Relationships with spirit leaders

CONFIDENTIAL

75

**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

CB00105875

# Growth Road Map and Integration Timeline

## Facilitate Collaboration

- Enhance cooperation between BSN SPORTS, Varsity Spirit and Herff Jones

  - Sales force coordination

  - Cross-selling and new product / service introduction

  - Best practices

  - Activate Varsity Brands synergy team

**Today – Next 24 Months**

## Implement Cost Savings

- Pursue cost savings initiatives to increase profitability

  - Rationalize manufacturing footprint

  - Align benefits and HR programs

  - Leverage economies of scale across vendor base

  - Consolidate management

**Today – Next 3 Years**

## Pursue Growth

- Implement multiple growth initiatives

  - Facilitate the organic growth of each business

  - Continue tack-on strategy

  - Evaluate opportunistic transformational acquisitions

- Deliver full potential as a branding partner

**Today – Next 5+ Years**

CONFIDENTIAL

76



CB00105876

# How Collaboration Translates to Growth
## Formation of the Varsity Brands' Synergy Team

* Formed in Summer 2014 to draw upon best-in-class talent across the Varsity Brands platform

  -- Diverse business backgrounds with strong analytical skills

  -- Experience in strategic business development

* Brings together intra-company sales teams

  -- Strategically identify and coordinate existing account growth

  -- Aggressively pursue new accounts and promote all divisions

  -- Educate sales representatives on platform-wide products and services to facilitate lead generation

  -- Drive market share and revenue growth across the platform

* $9.2 million in current identified leads not included in budget

**Varsity Brands Synergy Team**

**John Newby**
Varsity Brands Executive
Vice President

**Lauryn Turner**
Varsity Spirit All Star
National Sales Manager

**Brian Fricker**
Herff Jones Scholastic
Representative

**Cari Hurt**
Varsity Spirit All Star
Fashion Divisional Manager

**Grant Thompson**
BSN SPORTS Regional
Sales Manager

**Julie Norton**
Varsity Spirit Fashion Sales
Representative

**Lee Tousignant**
Herff Jones Yearbook
Sales Representative

**Rika Cuff**
Varsity Spirit Regional Sales
Manager

Confidential

CB00105877

Mississippi Case Study video



CONFIDENTIAL

78

CB00105878

# How Collaboration Translates to Growth
## Introduction of New Products and Services

| Competency | | Opportunities |
|---|---|---|



- Equipment
- Apparel
- Supply Chain
- Technology
- Telesales (72)



- Camps and competitions
- Social media strategy and B2C presence
- Female athletic apparel
- Leverage the platform's long-standing relationships to win all-school deals (principals)
- Enter championship ring market



- Class Rings
- Fine Papers
- Caps & Gowns
- Yearbooks
- Experience
- Relationships



- Leverage the platform to acquire new accounts
- Cross-sell products from across the platform
- Social media strategy
- Telesales



- Apparel
- Camps
- Competitions
- Social Media
- B2C



- Sports equipment (e.g. mats)
- Adjacent apparel SKUs
- Championship and commemorative rings
- "My Team Shop" model



CONFIDENTIAL







VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential

CB00105879

# How Collaboration Translates to Growth
## Implementation of Technology Best Practices to Drive Efficiency

※ Collaborative product design capabilities for personalized products from cheer and athletic apparel to class rings and yearbooks

※ Proprietary eCommerce platform enables online shopping to meet demands of coaches and administrators while offering convenience to students, parents and athletes

※ World-class customer relationship management and salesforce automation drives organic sales growth via sales team competitions, leaderboards, automated campaigns, lead management and opportunity tracking

※ Customized mobile technologies provide high levels of sales force automation and enable increased customer engagement

※ Sophisticated business intelligence drives new business development and increase conversion



CONFIDENTIAL

**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

Confidential
CB00105880

# Cost Savings Initiatives
## Significant Sales and Cost Savings Across the Platform

| | Description | Est. Run-Rate Savings | Included in Projections? |
|---|---|---|---|
| **Herff Jones** | Outsource ring manufacturing | $3.5 million | ✓ |
| | Consolidation of Yearbook manufacturing | 8.2 million | ✓ |
| | Consolidation of Diploma manufacturing | 0.9 million | ✓ |
| | Consolidation of Frame manufacturing | 1.0 million | ✓ |
| | 401K Matching | 3.0 million | ✓ |
| | **Total** | **$16.6 million** | ✓ |
| **Other** | Conforming benefits and HR programs among segments | ⬆ | ✖ |
| | Vendor consolidation savings, including paper supply, freight, etc. | ⬆ | ✖ |
| | Graphic art outsourcing | ⬆ | ✖ |
| | Finance department rationalization | ⬆ | ✖ |
| | Headcount reductions | ⬆ | ✖ |
| | Independent segment IT savings | ⬆ | ✖ |
| | **Total** | **~$10.0 million** | ✖ |

CONFIDENTIAL

81

**VARSITY // BRANDS**
SPORT • SPIRIT • ACHIEVEMENT

CB00105881

# Multi-Pronged Growth Strategy
## Tack-On and Transformational Acquisitions



* 22 acquisitions since June 2009, with three acquisitions executed YTD 2014
* Numerous identified tack-on targets (dealer and product verticals)
* Active backlog with the largest acquisition pipeline in the Company's history



* Historically, the industry consolidator of choice
* Primarily focused on the camp and competition markets
* Identified roll-up opportunities in adjacent and complementary categories



* Long history of successful evolution through acquisitions and divestitures
* Opportunity to supplement organic growth through acquisitions
* Offers flexibility to expand product portfolio, develop new channels and acquire new customers

## Potential to Supercharge Growth Through Opportunistic, Transformational Acquisitions



Confidential

CB00105882

# The Vision

School
Spirit: the Connection between
**Student Achievement,**
**Involvement** and **Confidence**



Confidential
CB00105883

# Spirit and Involvement Drives Academic Success

**According to Recent Research, Students with Higher Levels of School Spirit Perform Better Academically, Are More Civically Engaged and Are Happier in General than Their Less-Spirited Peers**

 92% of principals surveyed agree that high school spirit is tied to high student achievement

 91% of principals surveyed said students with school spirit are more confident

 90% of principals surveyed said students with school spirit are more likely to be leaders

 88% of principals surveyed said students with school spirit are happier

 87% of principals surveyed said students with school spirit are more active in their communities

 Students with higher school spirit have higher GPAs than low school spirit peers (3.5 vs. 3.2)

 High-spirited students have greater expectation that they will receive at least a 4-year degree (84% vs. 51%)





Las Vegas Case Study Video



Confidential

CB00105885



# Financials

CONFIDENTIAL

VARSITY // BRANDS

Confidential

CB00105886

# Basis of Presentation

- The financial information presented herein have been prepared by Herff Jones, Inc. for the limited purpose of assisting prospective buyers in their analysis of the operating performance of the Company

- The historical financial information for the fiscal years ended December 31, 2011 through December 28, 2013 was derived from the Company's internal financial statements. To provide a consistent year to year presentation of the Company, the financial information presented herein, unless otherwise noted, has been adjusted to reflect the financial performance of material acquisitions and divestitures as if they occurred on January 1, 2011

- Financial projections for the fiscal years ending December 31, 2014 through 2019 have been prepared by the Company and represent management's forecast as of the date of these materials

- The financial statements presented herein have been adjusted to remove non-cash ESOP compensation that is not expected to be replaced with cash compensation following a transaction



CONFIDENTIAL                                                87                          VARSITY // BRANDS
                                                                                       SPORT • SPIRIT • ACHIEVEMENT

CB00105887

# Historical Consolidated Financial Summary

($Millions)







Note: Financial data pro forma for divestiture of Herff's photography business, acquisition of Varsity Brands in 2011 and BSN Sports in 2013. Historical financials based on FYE 12/31.
(1) Includes $3.0 million related to manufacturing cost savings in the Herff Jones division.
(2) Free cash flow equals adjusted EBITDA less Capital Expenditures.

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CONFIDENTIAL

Confidential

CB00105888

# Strong YTD August Performance

($Millions)

- Strong YTD performance driven by growth in BSN (+19%), Varsity (+4%) and select sub segments of Herff Jones

  – BSN growth driven by increased sales pro performance and recent acquisitions

  – Varsity growth driven by strong performance in Camps & Events

  – Herff Jones performance mixed, with an increase in Cap & Gown and flat performance in Jewelry offset by declines in Fine Paper and Yearbook



**Net Sales**

Varsity ▪ Herff Jones ▪ BSN

| | YTD Prior Year | YTD Actual |
|---|---|---|
| Total | $856 | $907 |
| BSN | $254 | $302 |
| Herff Jones | $335 | $326 |
| Varsity | $268 | $279 |

**Adjusted EBITDA**

Varsity ▪ Herff Jones ▪ BSN

| | YTD Prior Year | YTD Actual |
|---|---|---|
| Total | $155 | $171 |
| BSN | $31 | $39 |
| Herff Jones | $79 | $83 |
| Varsity | $45 | $49 |

**Variance (YTD Actual vs. Prior Year):**   +6%      +10%

Note: YTD Revenue and Adjusted EBITDA figures are as of August 23, 2014 and August 24, 2013 respectively. Pro forma for the sale of the Education division.



VARSITY BRANDS
SPORT · SPIRIT · ACHIEVEMENT

Confidential

CB00105889

# Historical Segment Net Sales Seasonality

($Millions)

> All three segments are subject to seasonality revolving around key school year dates

- ※ BSN experiences slight seasonality towards the beginning of the school year coinciding with the kick-off of the school sports season
- ※ Herff Jones' revenue is skewed towards the end of the school year given its key products in the Yearbook and Achievement segments
- ※ Varsity Spirit's revenue is skewed towards the 2nd and 3rd quarters due in part to the scheduling of the Camps



Confidential

CB00105890

# Historical BSN Segment Income Statement

($Millions)

|  | FYE 12/31 | | | | CAGR |
|  | 2011A | 2012A | 2013A | 2014E | '11A - '14E |
|---|---|---|---|---|---|
| **Net Sales** | $314.4 | $338.5 | $396.1 | $457.0 | 13.3% |
| *% Growth* | *9.4%* | *7.7%* | *17.0%* | *15.4%* | |
| Cost of Sales | $207.1 | $219.8 | $250.3 | $290.1 | |
| **Gross Profit** | **$107.3** | **$118.7** | **$145.9** | **$166.8** | 15.9% |
| *% Margin* | *34.1%* | *35.1%* | *36.8%* | *36.5%* | |
| Operating Expenses | $81.5 | $87.8 | $106.6 | $112.3 | |
| Other (Income) / Expense | 0.0 | (0.3) | (0.0) | (0.0) | |
| EBITDA | $25.8 | $31.2 | $39.3 | $54.5 | 28.3% |
| *% Margin* | *8.2%* | *9.2%* | *9.9%* | *11.9%* | |
| Total Adjustments | $4.2 | $5.1 | $6.1 | $1.0 | |
| Adjusted EBITDA | $30.0 | $36.3 | $45.4 | $55.5 | 22.7% |
| *% Margin* | *9.6%* | *10.7%* | *11.5%* | *12.2%* | |

Note: Excludes depreciation and amortization.



CONFIDENTIAL

91

VARSITY BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential

CB00105891

# Historical Herff Jones Segment Income Statement

($Millions)

| | FYE 12/31 | | | | CAGR |
|---|---|---|---|---|---|
| | 2011A | 2012A | 2013A | 2014E | '11A - '14E |
| **Net Sales** | **$403.6** | **$395.7** | **$388.2** | **$381.8** | **(1.8%)** |
| % Growth | (2.2%) | (2.0%) | (1.9%) | (1.6%) | |
| Cost of Sales | $171.1 | $166.2 | $164.2 | $158.0 | |
| Cost Savings from Herff Jones | – | – | – | (1.1) | |
| **Gross Profit** | **$232.6** | **$229.5** | **$224.1** | **$224.8** | **(1.1%)** |
| % Margin | 57.6% | 58.0% | 57.7% | 58.9% | |
| Operating Expenses | $153.5 | $145.2 | $166.0 | $164.9 | |
| Cost Savings from Herff Jones | 0.0 | 0.0 | 0.0 | (2.0) | |
| Other (Income) / Expense | – | – | – | – | |
| EBITDA | $79.1 | $84.3 | $58.1 | $61.9 | (7.8%) |
| % Margin | 19.6% | 21.3% | 15.0% | 16.2% | |
| Total Adjustments | $6.0 | $8.3 | $19.7 | $20.4 | |
| Adjusted EBITDA | $85.1 | $92.6 | $77.8 | $82.3 | (1.1%) |
| % Margin | 21.1% | 23.4% | 20.0% | 21.6% | |

Note: Excludes depreciation and amortization.

CONFIDENTIAL

92

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

Confidential

CB00105892

# Historical Varsity Segment Income Statement

($Millions)

| | FYE 12/31 | | | | CAGR |
| | 2011A | 2012A | 2013A | 2014E | '11A - '14E |
|---|---|---|---|---|---|
| **Net Sales** | **$274.6** | **$293.0** | **$322.3** | **$346.8** | **8.1%** |
| *% Growth* | *4.5%* | *6.7%* | *10.0%* | *7.6%* | |
| Cost of Sales | $160.8 | $169.3 | $183.3 | $197.2 | |
| **Gross Profit** | **$113.8** | **$123.7** | **$139.0** | **$149.6** | **9.5%** |
| *% Margin* | *41.4%* | *42.2%* | *43.1%* | *43.1%* | |
| Operating Expenses | $85.9 | $88.4 | $94.9 | $99.1 | |
| Other (Income) / Expense | (0.9) | – | – | – | |
| **EBITDA** | **$28.8** | **$35.3** | **$44.1** | **$50.4** | **20.6%** |
| *% Margin* | *10.5%* | *12.0%* | *13.7%* | *14.5%* | |
| **Total Adjustments** | **$2.5** | **–** | **–** | **–** | |
| **Adjusted EBITDA** | **$31.3** | **$35.3** | **$44.1** | **$50.4** | **17.3%** |
| *% Margin* | *11.4%* | *12.0%* | *13.7%* | *14.5%* | |

Note: Excludes depreciation and amortization.



Confidential
CB00105893

# Adjusted EBITDA Reconciliation

($Millions)

| | FYE 12/31 | | | |
| | 2011A | 2012A | 2013A | 2014E |
| --- | --- | --- | --- | --- |
| **EBITDA** | $133.7 | $150.8 | $141.5 | $166.9 |
| **Adjustments** | | | | |
| Executive Compensation Plans | 1.1 | 5.3 | 8.5 | 20.4 |
| Herff Jones Restructuring | 4.5 | 2.1 | 3.1 | – |
| SAP Conversion Expenses | 1.6 | 2.7 | – | – |
| Transaction Related Expenses | 2.7 | 1.2 | 12.6 | 0.5 |
| Proforma Acquisition EBITDA | 0.1 | 1.0 | 0.6 | 0.6 |
| Miscellaneous Expenses | 2.4 | 1.2 | 1.1 | (0.1) |
| Equity Earnings | 0.3 | – | – | – |
| **Total Adjustments** | **$12.7** | **$13.5** | **$25.9** | **$21.4** |
| **Adjusted EBITDA** | **$146.4** | **$164.3** | **$167.4** | **$188.3** |
| *% Margin* | *14.7%* | *16.0%* | *15.1%* | *15.9%* |
| **ESOP Compensation** | **$17.6** | **$22.0** | **$22.6** | **$28.1** |



Confidential

CB00105894

# Financial Projection Overview

## Included in Projection Model

- **Organic Growth**
  - New account acquisition
  - Increase penetration of existing accounts
  - New product and program development
  - Social media expansion
- **Herff Jones Manufacturing Rationalization**
  - Outsource ring manufacturing
  - Consolidation of Yearbook manufacturing
  - Consolidation of Diploma manufacturing
  - Consolidation of Frame manufacturing
- **Herff Jones Cost Savings in 401K Plan**

## Incremental to Projection Model

- **Segment Integration & Net Sales Enhancement**
  - Bring it On! account coordination initiative
  - Cross-selling initiatives and sharing of best practices
- **Cost Efficiencies**
  - HR, IT, Finance and benefits
  - Headcount reductions, freight savings, IT savings and salesforce coordination among others
- **Acquisitions (Bolt-on and Transformational)**
  - Salesforce acquisitions
  - New product categories
  - Channel acquisitions
  - Complementary businesses

**Steady Long Term Growth Rate**

**Substantial Free Cash Flow**

**Accelerated Net Sales and EBITDA Growth**

**Significant Equity Value Creation**



# Projected Consolidated Financial Summary

($Millions)









Note: Financial data pro forma for divestiture of Herff's photography business, acquisition of Varsity Brands in 2011 and BSN Sports in 2013. Financials based on FYE 12/31.

Confidential

CB00105896

# Projected Adj. EBITDA Bridge: Consolidated FY14E – FY15E



VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CONFIDENTIAL

Confidential

CB00105897

# Projected Adj. EBITDA Bridge: BSN FY14E – FY19E



($Millions)

VARSITY BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CONFIDENTIAL

Confidential

CB00105898

# Projected Adj. EBITDA Bridge: Herff Jones FY14E – FY19E



CONFIDENTIAL

Confidential

CB00105899

# Projected Adj. EBITDA Bridge: Varsity FY14E – FY19E



($Millions)

Chart showing EBITDA bridge:
- 2014E EBITDA: $50.4
- Apparel Volume: $13.9
- Apparel Margin: $0.6
- Camps & Events Volume: $11.4
- Camps & Events Margin: ($0.4)
- SG&A: ($16.3)
- 2019E EBITDA: $59.7

CONFIDENTIAL

100

VARSITY // BRANDS
SPORT • SPIRIT • ACHIEVEMENT

CB00105900

# Capital Expenditures

($Millions)



| Net Capex | 2011A | 2012A | 2013A | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|
| BSN | $5.6 | $1.4 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 |
| Herff Jones | $11.9 | $16.8 | $14.8 | $21.3 | $15.5 | $14.1 | $14.1 | $14.1 | $14.1 |
| Varsity | $7.1 | $4.2 | $3.9 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 | $4.0 |
| Capital Expenditures | $24.6 | $22.4 | $21.7 | $28.3 | $22.5 | $21.1 | $21.1 | $21.1 | $21.1 |
| % of Sales | 2.5% | 2.2% | 2.0% | 2.4% | 1.8% | 1.7% | 1.6% | 1.6% | 1.5% |

CONFIDENTIAL





CB00105901

# Additional EBITDA Adjustments

($Millions)

|  | 2nd Half 2013A | 1st Half 2014A | LTM Impact June 2014 |
|---|---|---|---|
| Duplicate Compensation | $0.7 | $0.9 | $1.5 |
| One-Time Project Related Expenses | 0.5 | 0.7 | 1.2 |
| Logo Art Income | (0.1) | (0.3) | (0.4) |
| Other Non-Recurring Expenses | 0.6 | 0.5 | 1.1 |
| ESOP and Board Fees | 0.5 | 0.6 | 1.1 |
| Total Additional Adjustments | $2.1 | $2.4 | $4.6 |



Confidential

CB00105902