# EXHIBIT 2

# FILED UNDER SEAL

**From:**       John Sadlow [jsadlow@varsity.com]
**Sent:**       5/23/2018 9:31:27 AM
**To:**         Bill Seely [BSeely@varsity.com]; John Nichols [jnichols@varsity.com]; Pash Nangia [pnangia@varsity.com]; John Newby [johnnewby@varsity.com]; Nicole Lauchaire [NLauchaire@varsity.com]; Brian Carroll [bcarroll@varsity.com]
**Subject:**    RE: Project IMPACT | VS Divisional Presentation
**Attachments:** Project IMPACT - VS Presentation (5.22.18) 2030.pdf


Team -- they are likely going to ask for the mostly final version of the DP deck by EOD tomorrow or Friday.

Can you guys review the attached deck closely and let me know any changes? I will also look to find a time tomorrow morning for an hour to discuss edits.

Thanks,

**John Sadlow**
VP Strategy
**VARSITY SPIRIT**
Office: 901.387.4431 | Mobile: 901.355.1211
jsadlow@varsity.com | varsitybrands.com

**From:** Matthew Boylan [mailto:mboylan@jefferies.com]
**Sent:** Tuesday, May 22, 2018 8:15 PM
**To:** Bill Seely <BSeely@varsity.com>; John Sadlow <jsadlow@varsity.com>; John Nichols <jnichols@varsity.com>; Pash Nangia <pnangia@varsity.com>; Nicole Lauchaire <NLauchaire@varsity.com>; Brian Carroll <bcarroll@varsity.com>; JN Herff Jones <jmnewby@herffjones.com>
**Cc:** Katz, David <dkatz@charlesbank.com>; Ge, Jesse <jge@charlesbank.com>; Jariwala, Saumil <sjariwala@charlesbank.com>; Project.Impact.Jr <Project.Impact.Jr@jefferies.com>
**Subject:** Project IMPACT | VS Divisional Presentation

EXTERNAL EMAIL

John and VS team,

Please find attached the latest draft of the Spirit divisional presentation, along with a request list of outstanding information.

We'd like to align on what will be possible to send our way this week so your team isn't working to pull data over the holiday weekend. Do you have 30 minutes tomorrow that we can use to discuss the outstanding points?

Best,

Matt


**Matthew J. Boylan**
Mergers & Acquisitions
Jefferies LLC
520 Madison Avenue
New York, NY 10022
*tel*      +1 212.336.7047
*fax*      +1 646.224.9769
*mobile*   +1 908.894.3367
mboylan@jefferies.com



Nangia Exhibit 1
Witness: Pash Nangia
Date: 03-10-2022
M. Kirkpatrick, RDR-CRR-CRC, FCRR, CRCR
Lexitas Legal.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited is authorized and regulated by the Financial Conduct Authority.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance to this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.

Confidential

DRAFT
5/22/2018
PRELIMINARY FIGURES

# VARSITY // BRANDS

*elevating student experiences*

# Varsity Spirit Divisional Presentation

## May 2018

Highly Confidential

VAR00342577

# Today's Presenters

 

Company to Confirm
Logos for Prior
Experience

VARSITY // BRANDS



**Bill Seely**

*Varsity Spirit President*

 



**Pash Nangia**

*Varsity Spirit CFO*



**John Nichols**

*Varsity Spirit EVP &
Senior Advisor*





**John Sadlow**

*VP Strategy*



**Nicole Lauchaire**

*SVP Marketing*



**Brian Carroll**

*EVP Apparel*





**John Newby**

*EVP Sponsorship, IMPACT*

Highly Confidential



# Varsity Spirit Overview

Highly Confidential



# SPIRIT

ELEVATING SCHOOL SPIRIT AND INSPIRING LEADERSHIP ON AND OFF THE FIELD



Highly Confidential

VAR00342580

# Varsity Spirit: "We Are Cheerleading"

**VARSITY // BRANDS**

- Leading provider of cheerleading uniforms and apparel, events, competitions and educational training camps for school and all star (club) teams

- Culture of innovation and strong track record has led to revenue growth in 43 of the past 44 years

- Unique, highly-customizable products that meet distinct needs of cheerleaders and dancers

- Fully-integrated ecosystem with apparel, camps and competitions offering fueled by strong relationships and an engaged social community





## Key Stats and Figures

**12,000+** High Schools / **4,500+** Middle Schools

**1,000+** College Programs

**2,500+** Gyms

**750K+** Students

**435+** Direct Salesforce

**5,600+** Camps

**~600** Competitions

Source: Third party consulting research and management estimates.
Note: Represents FY2017 data.

## Historical and Projected Net Revenue and EBITDA

($Millions)



**Revenue**

'14A – '18E CAGR: 9%   '18E – '22P CAGR: 7%

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|---|---|---|
| | $353 | $402 | $423 | $453 | $491 | $520 | $557 | $599 | $648 |

**EBITDA**

'14A – '18E CAGR: 11%   '18E – '22P CAGR: 9%

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|---|---|---|
| | $53 | $64 | $70 | $74 | $82 | $87 | $91 | $101 | $115 |

**Jefferies**   Goldman Sachs

Highly Confidential

4

Highly Confidential

VAR00342581

# Strong Market Dynamics: Continuously Evolving Sector

**VARSITY BRANDS**

## Cheerleading Represents a Large Addressable Market

($Billions)

### Estimated Cheerleading Market Size



| Immediately Addressable Market | Gym / Rec Fees & Travel Expenses | Total Market |
|---|---|---|
| $1.2 | $0.6 | $1.7 |

## Cheer Has Grown at 3-5% Per Year Historically

### Estimated Addressable Market Growth



| Participation | Spend per Participant Growth | Total Market Growth |
|---|---|---|
| 1.5%-2.5% | 1%-3% | 3%-5% |

## Drivers of Growth

| **Participation Growing** **+1.5-2.5%** **Annually** |
|---|

- In-school market is primary driver of participation growth
- All Star participation driven by youth segment

| **$ Spend Growing** **+1-3%** **Annually** |
|---|

- Average cheerleader spends over ~$1,600 per year[1] with spend rising across apparel, camps and competitions
- All Star spend rising fastest as cheerleaders attend more competitions and purchase more and higher priced apparel

## Opportunities to Expand the Market

- **FANWEAR:** Capitalize on success of new Game Day format by creating customized fanwear for broader community

- **BAND:** Opportunity to expand into adjacent band market by creating a band-centric ecosystem, leveraging learnings and success of cheer

- **INTERNATIONAL:** International Olympic Committee (IOC) recognition of cheer as a sport unlocks seed money and government funding, opening new markets for Varsity Spirit

  – Targeting expansion into Canada, UK, Australia and China in next 3 years

Sources: Third party consultant, NFHS, consumer surveys and industry participant interviews.
Note: Growth in addressable market represents 2014 - 2016.
(1)    Represents the weighted average spend per cheerleader across school (non-competitive), school (competitive) and All Star.

# Market Share & Key Competition



Company to Provide
Market Share
by Segment

VARSITY // BRANDS

| | Market Share | Key Competitors | |
|---|---|---|---|
| | | **School** | **All Star** |
| **Apparel** | [ ]% | • Omni<br>• GTM<br>• Team Leader<br>• Motionwear<br>• Cheerleading Company<br>• Rebel<br>• Nfinity<br>• Adidas | • Rebel Athletic<br>• GK Elite<br>• Nfinity |
| **Events** | [ ]% | • Local All Star Events<br>• JAMZ<br>• Contest of Champions<br>• World Strides - Bowl Games /<br>  Parades Division (Special<br>  Events) | • JAMZ<br>• Worldwide Spirit Association<br>• Cheer & Dance Extreme<br>• Cheer America<br>• Cheer Nationals at Opryland<br>• Extreme Spirit |
| **Camps** | [ ]% | • Local All Star gyms / schools<br>• The Spirit Consultants<br>• B2 Cheer & Dance<br>• ACE gym<br>• Cheer Ohio<br>• Super CDA<br>• Pro Action Dance | • Local All Star gyms (no single<br>  significant player)<br>• Twisted Choreography<br>• Action Spirit |

# Top 5 Revenue and Margin Opportunities



## Revenue


Improve Sales Partner Productivity to Drive Account Wins and Boost Cross-Sell


Invigorate Participation in School through the Game Day Camp & Competition Format


Expand Footprint of State & Local Events within the School Segment


Introduce Third The Summit All Star Competition at Disney (D3)


Roll Out Game Day Fanwear to Capture Sales with Students and Parents

## Margin


Phase in Marginal Price Raises at Disney Events to Offset Contracted Cost Increases


Operational Savings from Improved Material Utilization, Headcount Reduction, and Shipment Consolidation


Supply Chain Savings from Improved Fabric Usage and Prototype Reduction


Product Design Savings from Improved PLM Process to Streamline Data Entry


Improve Coverage of Fixed G&A and Labor Costs

# Varsity Spirit Pillars of Growth











| **Salesforce Effectiveness** | **Operational Excellence** | **Innovation** | **Digital / Technology** |
|---|---|---|---|

**Salesforce Effectiveness**

- ✓ Add new sales reps
- ✓ Drive penetration
  - ✓ Student Engagement Directors
  - ✓ Inside sales team
  - ✓ SalesBuilder
  - ✓ Vision boards

**Operational Excellence**

- ✓ Apparel production efficiencies
- ✓ Mix shift towards Varsity-branded footwear

**Innovation**

- ✓ D3 Summit
- ✓ Game Day events
- ✓ Game Day fanwear
- ✓ Apply formats to Dance / Band

**Digital / Technology**

- ✓ Customized digital catalogs
- ✓ Fitting app
- ✓ Customer portal
- ✓ Engaged social community
- ✓ Varsity TV and Varsity University

**Supported by Talent**

# Management Organization

VARSITY /// BRANDS



Highly Confidential

VAR00342586

# Summary of Varsity Spirit Net Sales Growth Potential

**VARSITY BRANDS**

($Millions)



| Net Sales | | |
|---|---|---|
| | 2018E | 2022P | Opportunity |
| Apparel | | | |

CAGR: 7.2%

$1,000+

$648
- $178
- $220
- $250

$490
- $128
- $165
- $197

| | | Opportunities | | Net Sales Growth | |
|---|---|---|---|---|---|
| | | | | **In-Model ('18E - '22P)** | **Opportunity** |
| | **Baseline Core Growth** | | | | |
| • | Drive growth in core business excluding key initiatives below | | | $74 | $125 |
| | **Current Initiatives** | | | | |
| • | **All Star:** Introduce D3 Summit | | | $14 | $25 |
| • | **School:** Drive participation via Game Day | | | $40 | $100 |
| • | **Apparel:** Roll out Gameday Fanwear | | | $17 | $30 |
| • | **Apparel:** Increase penetration of Varsity-branded shoes | | | $5 | $15 |
| • | Drive new sponsorship wins | | | $8 | $15 |
| • | Expand Game Day format into Band | | | - | $125 |
| • | Cheer adopted in select International markets | | | - | $50 |
| • | Drive adoption of STUNT | | | - | $50 |
| | **Total Current Opportunity** | | | **$158** | **$500+** |

| Incremental Growth Opportunities |
|---|
| • New acquisitions |
| • Leverage Varsity Spirit core competencies to deploy ecosystem to adjacent markets such as e-Sports, Lacrosse and Rugby |

**Jefferies**  Goldman Sachs

Highly Confidential

VAR00342587



# Segment Overview: Apparel

VAR00342588

# Apparel Overview

**VARSITY /// BRANDS**

## Key Points

- 20+ member design and development team
- Unique fitting experience with reps delivering a customized, one-of-a kind product
- Production contracted with one domestic and six offshore facilities (one owned, six independent)
- Short turn-around time for custom orders (4- to 5-weeks)

  

## 2018E Apparel Sales Breakdown



- Uniforms — 32%
- Accessories — 19%
- Lettering — 16%
- Practicewear — 13%
- Shoes — 10%
- Warm-Ups

## Net Sales

($Millions)

'14A – '18E CAGR: 5%

| 2014A | 2015A | 2016A | 2017A | 2018E |
|-------|-------|-------|-------|-------|
| $160  | $169  | $178  | $187  | $197  |

## Segment EBITDA

($Millions)

'14A – '18E CAGR: 4%

| 2014A | 2015A | 2016A | 2017A | 2018E |
|-------|-------|-------|-------|-------|
| $33   | $34   | $37   | $36   | $39   |
| 54%   | 53%   | 53%   | 52%   | 53%   |
| 21%   | 20%   | 21%   | 19%   | 20%   |



—●— % Gross Margin    —●— % EBITDA Margin

Note: Lettering applies to all categories (e.g., letter uniforms, warm-ups, campwear and accessories).

Highly Confidential

VAR00342589

# Unmatched Design and Production Model

 **VARSITY // BRANDS**

**Unique Uniform Design and Production Processes…**

- 20+ member design and development team identifies latest fashion, fit and fabric trends

- Varsity Spirit provides suppliers with patterns, fabrics, yarn and manufacturing specifications

- Manufacturers responsible for printing, cutting, sewing, embellishment, finishing and shipping

- Independent manufacturing facilities provide flex capacity during peak seasonal selling periods

  – 84,000 units produced per week at peak production

  – Production contracted with one domestic and six offshore facilities (one owned, six independent)

 



**…Delivers Differentiated Results**

- Customized, one-of-a kind products meet distinct needs of individual cheerleaders or squads

  – Advanced color matching technology process allows for exact duplication of uniforms for fill-in orders

  – Made-to-order products provides minimal inventory exposure

- Short turn-around time for custom orders (4- to 5-weeks)



 

 

Highly Confidential

VAR00342590

# Apparel Global Manufacturing Facilities

Company to Provide Pictures of Manufacturing Facilities

VARSITY BRANDS

| | Spirit Apparel | All Star Apparel | Vpro | Gai Ly |
|---|---|---|---|---|
| | Santiago, DR | Santiago, DR | El Salvador | Garland, TX |
| Plant Overview Customer Focus Tenure with VS | School / All Star 9 years | School / All Star 8 years | School / All Star 11 Years | School / All Star 14 years |
| Owned / Independent | ▪ Owned | ▪ Independent | ▪ Independent | ▪ Independent |
| Production | ▪ $35.3 million | ▪ $33.4 million | ▪ $26.8 million | ▪ $22.7 million |

| | QEL | TexOps | Troy Fashions |
|---|---|---|---|
| | Esperanza, DR | El Salvador | Moca, DR |
| Plant Overview Customer Focus Tenure with VS | School New Addition | School New Addition | School 3 years |
| Owned / Independent | ▪ Independent | ▪ Independent | ▪ Independent |
| Production | ▪ Not Available | ▪ Not Available | ▪ $4.3 million |

Note: Production metrics represent external sales value of production by factory.



# Production Overview



VARSITY BRANDS

- Provide suppliers with patterns, fabrics, yarn and manufacturing specifications
  - Manufacturers are responsible for cutting, sewing, finishing and shipping uniforms
- Use of select independent manufacturing facilities provide flexibility to adjust production output to meet seasonal selling cycle
- The majority of production is contracted with six independent garment manufacturers
  - One domestic
  - Five offshore (Dominican Republic and El Salvador)
- One company-owned Dominican Republic facility
- [40,000] units produced per week at peak production
- Ability to produce up to [50,000] per week
- Customized products to meet the distinct needs of each individual cheerleader or squad
- Highly customized, color and logo matched uniforms and accessories
- Minimal exposure to finished goods
- Industry leading turn-around time (3 to 4 weeks) for custom orders
- Currently only company in the market with all of these capabilities

Highly Confidential

VAR00342592

# Apparel Production Cycle

**VARSITY /// BRANDS**

| Pattern Design | Merchandise & Catalog | Customer Order | Production |
|---|---|---|---|

- Design patterns for uniforms in the fall

- Catalogs are distributed in January

- Sales and fitting appointments take place throughout the balance of the year

- Sales force visits high school and college customers in the Spring after cheerleaders have been selected for upcoming school year

- Market the uniforms, fit the cheerleaders and dancers, and take orders

- Uniforms produced during Spring and Summer months

- Shipped prior to start of school in the fall

- Most clothing is made to order, allowing for wide array of style choices while avoiding inventory exposure






Highly Confidential
VAR00342593

# Design & Development Process
*Representative Uniform and Pattern Design Process*



## Concept Design

- **February:** Develop preliminary sketches

- Design development for each garment category

  - Create technical renderings of drawings

  - Prepare digital folders for each pattern design

- **May/ June:** Begin sending pattern folders and design sheets to pattern development

## Pattern Department

- Produce patterns

  - Send to in-house sample room for production of prototypes

- Record measurements and create cost sheets for each pattern and garment size

## Product Development

- Evaluate each prototype for construction and fit

  - Perform pattern revisions until each pattern is approved

- Develop information included in digital folders, such as:

  - Sewing routing, engineering information, cost sheets and specs sheets

- Technical designer involved in all aspects of the design process from start to finish

## Finalize

- **October:** Initiate photographing of garments for the catalog

- **November/ December:** Continue to photograph remaining garment categories

- Finalize catalog in time for January

> *Complex design process coupled with intimate relationships with the customer create a deep competitive moat*

Highly Confidential
VAR00342594

# The Future of Cheer Apparel is Here



- Shift in market dynamics to "Bow-to-Toe" Varsity Spirit style
- Personalized experiences with Varsity Design Studio
- Sublimation technology allows for unlimited design creativity
- Traditional white shoes can now be replaced with completely custom shoes

| 1 "Bow-to-Toe" | 2 Varsity Design Studio |
|---|---|

   

| 3 Sublimation Technology | 4 Custom Shoes |
|---|---|

  

# Dynamic Direct Salesforce with the Digital Tools to Drive New Account Wins



- Direct salesforce of 435+ reps

  - Primarily female, mostly former cheerleaders with strong relationships

  - Continual pipeline of talent through former instructors, cheerleaders and dancers

- Enthusiastic and highly experienced

  - Utilize salesforce.com CRM technology

- Inside sales team provides support and lead generation



Dynamic Direct Salesforce...



...Enabled by Unique Digital Tools

| Sales Builder Tool | Design Studio Software |
|---|---|
| • White space identifier | • Proprietary software creates custom solutions |

| Digital Catalogs | Vision Boards |
|---|---|
| • Customized for each school and team | • Drive productivity |

**Large White Space Opportunity**

| 19K | 12K |
|---|---|
| High Schools | Current High School Accounts |

**7K**

New Accounts Available to Win

Highly Confidential
VAR00342596

# Penetration Opportunity: Apparel Product Cross-Sell
## *97% of Accounts Purchase 2+ Product Categories Incremental to Uniforms*



## Tangible Growth Initiatives

- Enable sales reps to go **deeper** within existing accounts with new digital tools at their disposal:
  - Sales Builder
  - Vision Boards
  - Varsity Design Studio
- Highly attractive embedded growth opportunity exists to further penetrate apparel customers

## Uniform Account Cross-Sell



Note: Penetration based on 2017A account data.

## Cross-Product Penetration of Uniform Accounts

| | Penetrated Accounts | Spend per Account | Incremental Opportunity |
|---|---|---|---|
| Uniforms | 100% | 14.9K | $3.4K |
| Lettering | 97% | 14.4K | $11.3K | $5.5M |
| Accessories | 81% | 12.1K | $12.6K | $35.6M |
| Shoes | 61% | 9.0K | $13.9K | $81.7M |
| Warmups | 55% | 8.2K | $14.7K | $98.6M |
| Practicewear | 48% | 7.2K | $14.7K | $113.1M |
| Dance | 20% | 3.0K | $18.5K | $220.2M |

Highly Confidential

VAR00342597

# Salesforce Effectiveness: Vision Boards
*Creating Customer Style Stories*





Highly Confidential
VAR00342598

# Salesforce Effectiveness: Sales Builder
*Identifying Actionable Opportunities*



- Varsity Spirit continues to develop digital tools to help sales pros further penetrate existing apparel accounts



| Squad Name | At Plan | Risk | | | | | | | | | # Cats | In Progress | CY Revenue | Plan Total | +/- Plan | PY Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 (of 125) | | | 5 | 3 | 3 | 1 | 9 | 2 | 1 | 5 | | $0 | $121,331 | $815,059 | -$693,728 | $722,598 |
| Brookland JH School JR CH AL | ☑ | ☐ | | | | | | | | | 8 | $0 | $0 | $15,299 | -$15,299 | $26,410 |
| Rivercrest JH School JR CH AL | ☑ | ☐ | | | | | | | | | 7 | $0 | -$54 | $13,899 | -$13,952 | $23,116 |
| Walnut Ridge Middle School JR CH AL | ☑ | ☐ | | | | | | | | | 8 | $0 | $0 | $15,531 | -$15,531 | $21,873 |

## Value Driving Metrics (Key)

- Photographs represent major apparel product categories

- White squares: no prior year sales

- Blue squares: no prior year sales but current year plan identified and saved

- Green square: registered prior year sales

- Up / Down arrow: indicates more (up) / less (down) / or same amount (up/down) of subcategories expected to be solid in plan relative to prior year

# Salesforce Effectiveness: myVarsity Customer Portal
*The All-Access Pass to Varsity Spirit Accounts*



| 11,080 | 2.88 | 3:43 |
|---|---|---|
| Unique active users 2018 YTD | Avg. Pages per Session | Avg. Session Duration |



## Key Functionality Driving Engagement

- Single login to access all Varsity Spirit accounts

- View snapshot of all accounts on personalized homepage

- Chat with fashion, camp, and competition experts

- Request appointments and contact Rep right from the homepage

- Track Varsity Spirit Fashion Orders, and submit and sign important documents

- Search, Register and Manage Camp and Competition Registrations

- Update Master Roster and Create Rooming Lists

- Easily access resources in the world of fashion, camp and competition

Note: Statistics represent preliminary figures representing engagement levels half way through the season.

# Salesforce Efficiency



($Thousands)

- Varsity Spirit Apparel reps have consistently improved performance over time in the ecosystem

## Average Sales per Rep by Cohort & Year



| Rep Maturity Year | Average Sales per Rep |
|---|---|
| Year 1 | $386M |
| Year 2 | $442M |
| Year 3 | $482M |
| Year 4 | $514M |
| Year 5 | $537M |
| Year 6 | $593M |
| Year 7 | $622M |



|  | 2011 & Prior | 2012 Reps | 2013 Reps | 2014 Reps | 2015 Reps | 2016 Reps | 2017 Reps |
|---|---|---|---|---|---|---|---|
| Active Rep Count: | 128 | 21 | 10 | 16 | 39 | 51 | 46 |
| Rep Distribution: | 35% | 6% | 3% | 4% | 11% | 14% | 13% |

Note: Total active rep count is 368, which includes 57 reps in the 2018 cohort not shown on the chart.

# Apparel Cost Saving Opportunity

**VARSITY // BRANDS**

Varsity Spirit, along with an independent third party, has identified opportunity for IT systems upgrades and process improvements to drive cost savings in the future.

### Key Benefits of IT and Operational Improvements

- Limit risk of system downtime
- Limit dependence on tribal knowledge within the company
- Increase efficiency for sales reps and reduce turnover risk
- Increase accuracy of data and information by eliminating duplicate entry which will improve product quality and customer experience
- Enable real-time reporting for customer orders and manufacturing processes
- Significant cost savings

### Apparel Cost Savings Achieved in Forecast Period



| | 2018E | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|
| | $0.3 | $1.0 | $2.3 | $2.7 | $2.7 |

| Project Description | Functional Area | Annual Savings |
|---|---|---|
| Improved usage of fabric and paper driven by TrueShape software | Operations | $0.6 |
| Apparel FTE reduction from efficiency and spend | Operations | $0.3 |
| Shipment consolidation across plants | Operations | $0.5 |
| Improved usage of fabric through improved processes | Supply Chain | $0.8 |
| Reduce prototype by 10.0% annually and FTE reduction | Supply Chain | $0.5 |
| PLM process to streamline and consolidate data entry | Product Design | $0.2 |
| **Total Annual Run-Rate Savings** | | **$2.7** |

Note: "Annual Savings" represent savings achieved in 2022P. Savings presented net of implementation costs ($0.7 and $4.8 million of SG&A and capital expenditure investments, respectively).

Highly Confidential

VAR00342602

# Apparel Financial Trends

**VARSITY // BRANDS**

($Millions)

- Consistent growth in revenue and profitability while holding margins largely flat



**Revenue**

'14A – '18E CAGR: 5.4%

| | 2014A | 2015A | 2016A | 2017A | 2018E |
|---|---|---|---|---|---|
| Total | $160 | $169 | $178 | $187 | $197 |
| Footwear | $16 | $17 | $18 | $20 | $20 |
| Apparel | $147 | $155 | $163 | $170 | $177 |



**Segment EBITDA**

'14A – '18E CAGR: 4.1%

| | 2014A | 2015A | 2016A | 2017A | 2018E |
|---|---|---|---|---|---|
| EBITDA | $33 | $34 | $37 | $36 | $39 |
| % Gross Margin | 54% | 53% | 53% | 52% | 53% |
| % EBITDA Margin | 21% | 20% | 21% | 19% | 20% |

■ Apparel  ■ Footwear

━●━% Gross Margin  ━●━% EBITDA Margin

Note: Totals do not match sum of components due to freight, discounts, and returns.

**MD&A**

- Focused on product innovation through introduction of new PowerFit fabric for uniforms and sublimated campwear and expansion into private label footwear, leading to a 5.4% Net Sales CAGR

- Introduction of new fabrics, private label shoes and operational efficiencies produced a 4.1% EBITDA CAGR

- YoY Growth of 5.2% Net Sales and 7.8% EBITDA driven by continued apparel growth aided by additional field reps, enhanced digital sales tools and apparel cost savings initiatives rolling in for 2018E



Highly Confidential
VAR00342603

# Apparel Forecast Drivers



($Millions)



## 2018E – 2022P Net Sales Bridge

- 2018 Net Sales: $197
- Apparel: $31
- Private Label Shoes: $6
- Game Day Fanwear: $17
- 2022 Net Sales: $250

'18E – '22P CAGR:  Apparel 4.4%  Private Label Shoes 6.9%  Game Day Fanwear NM  2022 Net Sales 6.2%

### Major Growth Initiatives

- Rollout and penetration of Game Day Fanwear adds over $15 million to Net Sales by 2022P

- Continued net wins across Apparel and Private Label Shoes



## 2018E – 2022P EBITDA Bridge

- 2018 EBITDA: $39
- Apparel: $12
- Private Label Shoes: $3
- Game Day Fanwear: $8
- Cost Savings: $2
- SG&A & Overhead: ($11)
- 2022 EBITDA: $54

### Key Assumptions

- Continued net wins pace
- Buy rates flat
- Third Party shoes sales flat
- **Game Day Fanwear:**
  - In 15 schools in 2018E, 500 in 2019P, and 7,000 by 2022P
  - Place higher priority on larger target schools
  - Increasing student body penetration from ~4% to ~6%
  - ASP growth from $35 in 2018E to $42 in 2022P

Note: EBITDA impact of revenue growth calculated using GM less commission.

# Enhanced Customization in Footwear



- Market leading Varsity-branded private label footwear enhanced by latest technology

- Design features such as breathable mesh and shock resistant memory foam

- Ability to leverage Team Art Locker data in the future to increase customizable options across footwear, accessories and other products

- High margin private label sales provide opportunity to drive EBITDA growth and margin

  - ~1,700 bps margin difference versus third-party shoes



Historical and Projected Varsity-Branded Gross Sales

($Millions)

'14A - '18E CAGR: 12%

'18E - '22P CAGR: 7%

| 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| $12 | $13 | $15 | $18 | $19 | $21 | $22 | $23 | $24 |

## Today

~260K Pairs (2017A)



## Future

~350K Pairs (2022E)



# Introducing Our Innovative Game Day Fanwear

**VARSITY // BRANDS**

- Leverage existing apparel capabilities to launch Game Day Fanwear apparel

- Capitalize on large base of existing Game Day participants

- Ability to leverage Team Art Locker data to provide custom school apparel

- Expand market by providing Game Day Spirit Apparel to School parents, students, coaches and broader community

  – Incremental All Star Gyms opportunity



## Introducing Game Day Fanwear

($Millions)

Capitalize on success of Game Day format by introducing Game Day Fanwear

**Projected Gross Sales Growth**

| 2018E | 2019P | 2020P | 2021P | 2022P |
|-------|-------|-------|-------|-------|
| $0 | $1 | $4 | $9 | $17 |

## Game Day Fanwear Model

($Millions)

| | Fiscal Year Ending, | | | | |
|---|---|---|---|---|---|
| | 2018E | 2019P | 2020P | 2021P | 2022P |
| **Game Day Fanwear** | | | | | |
| Schools | 15 | 500 | 2,000 | 4,000 | 7,000 |
| *Net Wins* | | *485* | *1,500* | *2,000* | *3,000* |
| Students per School | 1,900 | 1,000 | 1,000 | 1,000 | 1,000 |
| *Student Body Penetration* | *3.8%* | *4.1%* | *4.9%* | *5.3%* | *5.6%* |
| **Students with Sales per School** | 71 | 41 | 49 | 53 | 56 |
| Volume (000s) | 1 | 21 | 98 | 210 | 394 |
| *% Growth* | | *1,829.8%* | *372.7%* | *115.4%* | *87.5%* |
| Average Sale Price ($ Actual) | $35.00 | $36.00 | $38.00 | $42.00 | $42.00 |
| *% Growth* | | *2.9%* | *5.6%* | *10.5%* | *0.0%* |
| **Gross Sales** | $0 | $1 | $4 | $9 | $17 |
| *% Growth* | | *NM* | *399.0%* | *138.1%* | *87.5%* |

**Jefferies**   Goldman Sachs

VAR00342606



# Segment Overview: All Star

Highly Confidential

# All Star Overview



VARSITY // BRANDS

## Key Points

- Originally created to provide an alternative for athletes not on the school team
  - Primarily centered on entertainment, stunts and skills
- Focus on out of school all star teams
  - Travel competitive teams not associated with a school; practice through local all star gyms
- Relationships with 2,500+ gyms
  - Primary relationship with gym owner
- Apparel style is performance and skills oriented with an emphasis on complementing a team's routine

## 2018E All Star Sales Breakdown



- State & Local Events
- D1 Summit
- D2 Summit
- Premier Gyms

## Net Sales

($Millions)



## Segment EBITDA

($Millions)



# Varsity Spirit All Star Customer Journey







### END OF MAY-JUNE
Varsity All Star Specialist design session for uniform and practicewear selection

### APRIL-MAY
End of Season events (U.S. Finals, The Summit, D2 Summit)

### JUNE-AUGUST
Varsity University conferences for Gym Owners and Coaches education and training



### MARCH
Next Season's Competition Dates/Locations Released

### Annual Spend / Spirit Athlete [1]
### ~$1K - $10K

### AUGUST
Registration for Competition Season Opens



### FEBRUARY
Varsity All Star Fashion Design Book for Next Season Released

### OCTOBER-MAY
Competition Season (7-9 events)



### FEBRUARY-MARCH
Large Marquee Regular Season Events (NCA All Star Nationals, CHEERSPORT, UCA)



(1)   Represents the range of total annual spend per athlete from basic to elite levels of engagement.



# All Star Ecosystem



- Varsity Spirit strategically does not convert banners following acquisitions in order to limit participant awareness of total $ spend to Varsity Spirit

- Acquired entities have powerful brand value that Varsity Spirt does not want to disrupt

  - Each event provides participants with a unique experience that helps keep customers going to multiple competitions per year

**Recently Acquired Brands**



# All Star Financial Trends

**VARSITY // BRANDS**

($Millions)

- Strong organic growth at national events (The Summit) and a well-implemented M&A strategy led to significant bottom-line expansion





### MD&A

- Achieved significant growth at The Summit, introduced the D2 Summit (2016), and completed tuck-in acquisitions expanding Varsity Spirit's competition footprint, yielding a 22.8% CAGR

- Growth propelled by strength of The Summit and D2 Summit competitions as well as acquisitions, leading to 35.8% EBITDA CAGR

- 2018E YoY All Star growth driven by acquisition of EPIC (2018E Net Sales of $8 million) in addition to The Summit and D2 Summit participation gains

Note: Totals do not match sum of components due to Varsity Family Plan.

# All Star Forecast Drivers

 **VARSITY // BRANDS**

($Millions)

## 2018E – 2022P Net Sales Bridge



| 2018 Net Sales | The Summit | State & Local | 2022 Net Sales |
|---|---|---|---|
| $129 | $39 | $10 | $178 |

'18E – '22P CAGR:    18.5%    3.1%    8.5%

## Major Growth Initiatives

- Introduction of D3 Summit competition at Disney in 2021P propels continued participation growth

- Drive even more participation at State & Local events to generate greater interest in year-end culmination events

## 2018E – 2022P EBITDA Bridge



| 2018 EBITDA | The Summit | State & Local | SG&A & Overhead | 2022 EBITDA |
|---|---|---|---|---|
| $27 | $9 | $5 | ($5) | $36 |

Note: EBITDA impact of revenue growth calculated using GM less commission.

## Key Assumptions

- Grow participants at the Summit

- No additional State & Local events

- EBITDA per participant at Disney competitions increases but percentage margins compress modestly due to step-up in contracted costs

Highly Confidential

VAR00342612

# Overview of All Star Event

**VARSITY //// BRANDS**



**Set-Up Process**

- Venue selection and venue contracting (staging, trucking, A/V, flooring) typically happens one year prior to an event and is secured by our event planners and office managers
- For a Saturday/Sunday event, set-up typically begins on Thursday or Friday depending on size of event and number of halls
- Set-up staff typically consists of 1 or 2 directors (Varsity employees) and local labor
- Event Staff and Judges typically arrive on Friday and participant in a Friday night orientation and / or staff meeting



**Event Staffing**

- Five core positions per performance hall; positions typically filled by full-time Varsity Spirit staff
  - Competition Director, Arena Manager, Judging Director, Registration Director, and Warmup Room Director
- Outside labor includes: Announcer, Crowd Control, Team Escorts and Scoring Administrators
- Six – eight judges per hall; Judges are selected from a pool of Judges that are trained every Summer/early Fall by Varsity Spirit Judging Directors



**Logistics**

- Production is handled by a combination of company owned equipment and external production companies
  - Annually we outline a circuit of events for the production rigs we own (similar to concert or theatrical lighting and sound), then fill in the gaps with external production companies.
- A second truck (52-foot trailer) is shipped to the event and contains awards, scoring equipment, flooring, tables, pipe-drape, and other administrative equipment

Highly Confidential

# Overview of All Star Event

**VARSITY // BRANDS**



**Participants**

- Teams register via the custom registration platform on SF.com
- Performance Orders are generated and downloaded out of SF.com
- Routines are 2:30 mins and teams perform once at our 1-day events and twice at our 2-day events
- Events are run on either a three of four minute spread
- Max capacity per day per hall is around 200 teams



**Spectators**

- Spectators are charged an admissions fee
- The majority of spectators are family members of the participants.



**Merchandise**

- At the largest events Varsity Spirit sells event merchandise via the Varsity Spirit Shop division of Varsity Sprit
  - Executed similar to a merchandise booth or store at a major sporting event or concert
- For smaller events, the Company uses external vendors and receives a percentage of sales
  - Our primary vendor is All Star Outfitters and Varsity Spirit receives 35%-37.5% of sales.

Highly Confidential

VAR00342614

# Cost Structure of an Event

Company to Provide

**VARSITY** BRANDS

Highly Confidential

Highly Confidential    VAR00342615

# Innovating All Star through The Summit

**VARSITY // BRANDS**

- To drive all star competition participation, we created The Summit, an end-of-season all star cheerleading grand finale at Disney

- Based on growing demand and customer feedback, we subsequently introduced the D2 Summit for gyms with 125 athletes or less

- Plan to further expand market with D3 Summit by 2021 based on expected future demand



### The Summit Driving Revenue and Participation

($Millions)



**Net Revenue**

- D1 Summit  D2 Summit  D3 Summit

| | 2014A | 2018E | 2022P |
|---|---|---|---|
| Total | $7 | $41 | $80 |
| D3 Summit | | | $14 |
| D2 Summit | | $17 | $28 |
| D1 Summit | | $24 | $38 |



**Participating Teams**

- D1 Summit  D2 Summit  D3 Summit

| | 2014A | 2018E | 2022P |
|---|---|---|---|
| Total | 467 | 2,350 | 3,380 |
| D3 Summit | | | 1,250 |
| D2 Summit | | 1,054 | 1,484 |
| D1 Summit | | 1,296 | |

Note: Total participating teams assumes 17, 15 and 14 participants per team for D1, D2 and D3, respectively.

Highly Confidential

VAR00342616



# Segment Overview: School

Highly Confidential

# School Overview



## Key Points

- Original Varsity Spirit business
  - Combines crowd leading with stunts, skills and entertainment
- Focus on school athletic teams
  - Teams participate in summer camps and typically participate in competitions
- Relationships with 19,000+ middle / high schools and 1,000+ college and university programs
  - Primary relationship with coach
- Apparel style is collegiate, athletic, with a strong focus on the school's brand




## 2018E School Sales Breakdown



- Camps
- Competitions
- Sponsorship
- Other

## School Net Sales

($Millions)



## Segment EBITDA

($Millions)



Highly Confidential    VAR00342618

# Varsity Spirit School Customer Journey





## MARCH
Varsity Spirit rep consult for Camp and Apparel selection



## APRIL
Varsity Spirit rep fitting experience with team

## FEBRUARY
Attend National HS Cheerleading Championship in Disney World



Average Annual Spend / Spirit Athlete [1]

$1,600



## MAY
Receive Apparel order





## SEPTEMBER - JANUARY
Attend 1 – 3 local, state and regional Competitions

## JUNE-AUGUST
Attend Camp





## AUGUST
Rep consult for back-to-school Apparel

Source: Industry participant interviews.
(1)    Represents the weighted average spend per cheerleader across school (non-competitive), school (competitive) and All Star.



# Overview of Camps & Competitions



| Camps |
| --- |

- Nationwide operator of cheer and dance instructional camps
  - Hosted 20K+ teams and 320K+ participants at more than 5,600+ camps across the U.S. in 2017
- Focus on game day training, safety & skills instruction, choreography and coaches training
- Team credentialing in leadership and safety, which is required to participate in national competitions
- Creates deep and unique bond with customers

### Best Instructional Talent

- Led by top instructors with formal, industry leading training
  - Instructors serve as valuable advocates who cross-sell Varsity Spirit products and services, including new apparel designs and branded shoes

### Largest Footprint of Dance and Cheer Camps in U.S.



| Competitions |
| --- |

- Host over 220 local, regional, state and national competitions each year in the School market
  - School competitions are primarily focused on middle school, high school and college cheerleading and dance teams
- Key source of revenue, enables product marketing, increases customer loyalty and enhances brand awareness
- Season culminates with championships at Walt Disney World in Orlando, Florida
  - Nearly 35K total Disney participants within School annually; Varsity Spirit is Disney's largest customer
  - National championships are a key driver of Revenue and EBITDA for Varsity Spirit each year
- History of driving participation and revenue through introducing new competition events and formats



Highly Confidential

VAR00342620

# Game Day: Identifying the Need for Innovation



## Participants Not Competing Due to Site Distance, Expense and Difficulty of Competitions

## All Stars Cite Cost, Time Commitment and Travel as Top Reasons for Quitting



*Identified Opportunity for events that are*
*MORE INCLUSIVE, LESS EXPENSIVE and LESS TIME CONSUMING….*

Left chart:
- No Competition Nearby: 27%
- Other Commitments: 21%
- Too Expensive: 14%
- Team Didn't Qualify: 13%
- Other: 10%
- Dangerous: 2%

Right chart:
- Expensive: 18%
- Time Consuming: 10%
- Too Much Travel: 5%
- Physically Demanding: 5%
- Friends Stopped: 4%
- Didn't Like Coach: 3%
- Dangerous: 2%

Source: Third party consultant. Percentage values represent estimates.

**Jefferies**   Goldman Sachs

Highly Confidential

VAR00342621

# Game Day Format is the Response
*Game Day Expands Market and Increases Participation*



---

## Why Create Game Day?

- Teams limited by technical ability, choreography and cost

- Identified opportunity to drive participation by de-emphasizing elite skills

- Created to redirect focus from the highly-choreographed existing competitive format to the sidelines

- Creates incremental participants

- Larger team sizes allow Varsity Spirit to leverage fixed costs at school events

## What is Game Day?

- Replicates sideline activities on the competition mat

- Combines elements of traditional cheer (fight song, timeout cheer, etc.) into an unpredictable, situation-based routine

- For school cheerleaders, Varsity's Game day format offers an easier competition alternative at a lower cost

## Delivering Results

### Total Game Day Camps and Competitions Net Sales



($Millions)

'15A - '22P CAGR: 41%

| 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |
|-------|-------|-------|-------|-------|-------|-------|-------|
| $5 | $9 | $13 | $20 | $27 | $36 | $45 | $55 |

### Game Day Driving Growth at UCA Nationals



Non-Game Day Teams — Game Day Teams

CAGR

| | 2015 | 2016 | 2017 | 2018 | |
|---|------|------|------|------|---|
| Non-Game Day Teams | 589 | 627 | 581 | 599 | 1% |
| Game Day Teams | 44 | 77 | 128 | 200 | 66% |

---

# Game Day Creates High Margin Conversion Opportunities

**VARSITY // BRANDS**

($Millions)

- Game Day is driving meaningful participation growth across camps and competitions

- Participants typically enter the Varsity Spirit ecosystem through apparel; camps are the gateway to events

- 100% of camps now operate under the Game Day format

- The attraction to the Game Day format increases attendees at camps, creating incremental conversion opportunities for state and local events and ultimately, Disney events

- Attractive embedded conversion opportunity as the Company converts camp participants to Disney competitors

## Strategy to Feed the Top of the Participation Funnel...

1. Get teams to Camp to Train on Game Day Skills and qualify for competition

2. Compete in regional competition and qualify for nationals

3. End the season at Disney



**GAME DAY**

Attending Camp
8,048 High Schools
$7.1K Revenue / School

Incremental $7K+ Revenue / School when Competing

Competing in Camps & Competitions
2,042 High Schools
$14.3K Revenue / School

Highest Margin $ opportunity

Also Competing at Disney
672 High Schools
$39.0K Rev / School

Note: Totals may not add due to rounding.

Highly Confidential

VAR00342623

# School Financial Trends



($Millions)

- The innovative Game Day curriculum and competition format is driving participation at camps and competitions





## MD&A

- Introduced innovative Game Day curriculum and competition format, which is driving participation at camps and competitions and a 4.8% Net Sales CAGR

- Broad-based participation growth at camps and competitions, including Game Day format, drove EBITDA CAGR of 7.0%

- Game Day adoption at camps and competitions leading to YoY Net Sales Growth in the School segment

# School Forecast Drivers



($Millions)

## 2018E – 2022P Net Sales Bridge



| | 2018 Net Sales | Traditional | Game Day | 2022 Net Sales |
|---|---|---|---|---|
| | $165 | $15 | $40 | $220 |
| '18E – '22P CAGR: | | 2.5% | 28.8% | 7.4% |

## Major Growth Initiatives

- Continued expansion of Game Day format at competitions and events

- ~20 incremental State & Local events

- New strategy to grow Sponsorship & Licensing

## 2018E – 2022P EBITDA Bridge



| 2018 EBITDA | Traditional | Game Day | SG&A & Overhead | 2022 EBITDA |
|---|---|---|---|---|
| $16 | $6 | $14 | ($10) | $25 |

## Key Assumptions

- Rapid growth in participation at camps and competitions as a result of the draw of Game Day

- Continued phase-in of customer price increases at Disney competitions and events offset step-up in costs in Disney contract

- Tremendous growth of Game Day creates leverage on SG&A costs

Note: EBITDA impact of revenue growth calculated using GM less commission.



# Band Opportunity

Highly Confidential

# High School and College Band Opportunity



---

## Marching / Spirit Pep Band and Color Guard Are Directly Involved in School Spirit

### Marching / Spirit Pep Band



- **Marching Band**: instrumental group of musicians that perform for school entertainment
- **Spirit Pep Band**: ensemble of instrumentalists who play at school functions or events to "pep" up the crowd
- Estimated 1,300,000 participants

### Color Guard



- Non-musical section of the marching band that provides visual aspects to performances
- Estimated 130,000 participants

---

## Varsity Spirit is Well-Positioned to Address the Band Market as Part of the Game Day Experience

### $225 Million Total Addressable Market



| Segment | Total Addressable Market |
|---|---|
| Apparel | $66M |
| Competitions | $57M |
| Camps | $102M |
| **Total** | **$225M** |

▪ Apparel  ▪ Competitions  ▪ Camps

### Competitive Landscape

- **Apparel:**
  - Cyclical (schools purchase uniforms every 7-10 years)
  - Dominated by 5 key players who have been operating 45+ years
- **Competitions:**
  - School: Fully owned and operated by non-profits, which keeps prices low
  - Club: Similar to All Star cheer, organizations are non-profits running events for corporations nationally
- **Camps:**
  - Highly fragmented with universities and local high schools running 1 or 2 summer camps, mostly for individuals

---

Highly Confidential
VAR00342627



# Classification of Cheer as a Sport

Highly Confidential

# Cheer Sport Classification Trends



- Classification of Cheer as a sport was a headwind in the '90s and '00s as more states classified Cheerleading as a sport

    - Restricted the competition windows during the season

    - In some states, limited team travel distance, adversely affecting camps & competitions

    - Regulated certain types of uniforms

- **2008:** US Department of Education Office for Civil Rights (OCR) stated it "has not recognized cheerleading or competitive cheer as a sport" and at the college level prohibited schools from counting Traditional Cheerleading on its federal Title IX reporting data forms

- **2010:** US Federal Judge ruled that Quinnipiac University violated Title IX when it allocated funding from its women's volleyball team to support a competitive cheerleading squad, citing that cheerleading did not yet meet the criteria to be defined as a sport

- **2011:** Varsity Spirit introduced "STUNT": a Title IX compliant version of cheerleading

    - Lead to a reversal of the trend in recent history and created a tailwind for the business

Highly Confidential
VAR00342629

# Why Classification Matters



- Classification of cheer as a sport leads to increased regulation that impacts overall cheer participation
  - Restricts seasons length including when practices begin and when coaches can interact with athletes
  - Limits travel across state lines
  - Prevents participation in a national championship event
  - Applies uniform specifications
- Sport classification also places too much emphasis on competition and draws away from primary purpose which is to engage the school community and elevate the student experience

| Camps | Competitions | Apparel |
|---|---|---|
| • Sport designation may hinder coaches from interacting with athletes in summer <br> • Have to wait until formal season begins | • Season duration may be limited to specific time windows <br> • Athletes may not be permitted to travel out of state for national championship events | • Guidelines may restrict uniform designs and features |

**Varsity Spirit works closely with the NFHS and State Associations to ensure cheer is classified as an activity to promote participation and align to mission of elevating student experience**



**Key Selling Points**

- Increased participation and opportunity for their students to engage locally at their school (this is always first)
- SAFETY of those in the activity
- Renewed focus on the roles of spirit in school and how cheer and dance can engage the community and elevate the student experience

Highly Confidential                                                                    VAR00342630

# Classification of Cheer as a Sport
*Deregulation Creating Tailwinds*



($Millions)



| Current Environment | | | | |
|---|---|---|---|---|
| Regulation Status | Number of States | 2016 Population | 2017 HS Only Sales | Sales per Person |
| Favorable | 41 | 250.5 | $163.6 | $0.65 |
| Less Favorable | 10 | 72.6 | 30.1 | 0.41 |
| **Total** | **51** | **323.1** | **$193.7** | **$0.60** |

- Trends of states becoming more favorable environments for Varsity Spirit will continue

- 6 of the 10 Less Favorable states are considering relaxing regulations around cheer

    - GA, NM, NY, SC, VA, and WV

- Varsity Spirit is actively engaging with the remaining 4 states to foster regulatory changes

    - IL, MI, NE, and VT

- Rhode Island recently reversed classification of cheerleading as a sport

Source: 2016 Census Data.

| Case Study: State Conversion Opportunity | |
|---|---|
| **Less Favorable to Favorable Regulation** | |
| Less Favorable Population | 72.6 |
| Favorable $ per Person | $0.65 |
| **Implied Sales** | **$47.4** |
| Less Favorable Sales | 30.1 |
| **Total Opportunity** | **$17.4** |

# Case Study: Rhode Island

Company to Provide Sales Trajectory in Rhode Island (Pre- and Post-Cheerleading identified as a sport)

**VARSITY BRANDS**

# Strategic Partnerships with State Associations



## The National Federation of State High School Associations (NFHS)

- Since 1920, NFHS has led the development of education-based interscholastic sports and activities that help students succeed in their lives
- The NFHS, from its offices in Indianapolis, Indiana, serves its 50 member state high school athletic/activity associations, plus the District of Columbia
- The NFHS publishes playing rules in 16 sports for boys and girls competition and administers fine arts programs in speech, theater, debate and music. It provides a variety of program initiatives that reach the 18,500 high schools and over 11 million students involved in athletic and activity programs

### The Varsity Spirit Partnership

- Varsity Spirit works closely with NFHS to ensure regulations and positioning around cheer with member state associations are aimed to increase participation and drive student experience
  - Influence regulations around cheer so they drive participation
  - Provide appropriate education and messaging to States about the activity of cheer (e.g. Title IX status and safety results)
  - Launch and drive new initiatives at the state level (e.g. Game Day camps and competitions)

## Other State Associations

- State associations are entities of accredited member schools in a given state whose purpose is to administer a program of interscholastic activities, festivals, clinics and contests among member schools
- State associations offers state championships in boys and girls' sports, and additional championships in music activities, debate, speech, cheerleading, dance, etc.
- Of particular importance are efforts to elevate standards of good sportsmanship and to encourage growth of good citizenship among students and spectators
- State associations require coaches education in most states

### The Varsity Spirit Partnership

- Varsity Spirit works closely with state associations to ensure regulations around cheer are intended to drive participation and elevate student experiences (similar to NFHS goals)
- In addition, Varsity Spirit actively at the state level to activate cheer and dance initiatives, including:
  - Providing coaches education and credentialing
  - Offering turnkey solutions to market and run events including state championships

Highly Confidential

VAR00342633

# Strategic Partnerships with State Associations



Nicole to send map of states in which cheer is not a sport (additional page)

**National Federation of State High School Associations**





■ Strong Relationships

Highly Confidential



# Disney Partnership Overview

VAR00342635

# Disney Relationship Overview

**VARSITY // BRANDS**

- Varsity Spirit has conducted championships and special events at Walt Disney World Resort for 23 years
- Powerful, mutually beneficial relationship; Varsity Spirit spent approximately $50.1 million at Disney in 2017
- Disney has recently completed the construction of a new 150,000 square foot state-of-the-art facility featuring four performance venues with seating capacity for 8,000
  - New building will increase total number of performance venues to six at ESPN Wide World of Sports Complex

| 1995 | Today |
|------|-------|
| **12.8K** — Total Attendees in 1995 | **87.5K** — Estimated Total Attendees in 2018 |
| **3** — National Championships | **6** — National Championships |
| **1** — Parade | **2** — Parades and One Citrus Event |



# Key Terms Under New Contract



| Key Driver | Current Contract (2015-2019) | New Contract (2020-2037) |
|---|---|---|
| 1. Venue – ESPN Wide World of Sports Complex | • 3 venues (additional 2 tents were added due to event growth) | • 6 venues, including 4 in the new Arena building that Disney has constructed (opening ceremony Jan,. 12, 2018) |
| 2. Cost of Venue Equipment | • Shared 50/50 between Varsity Spirit and Disney for bleachers, projection screens | • Disney to cover 100% of cost in all venues (bleachers, screens) |
| 3. Sports Complex Premium Admission | • Varsity Spirit sets price of admission at their discretion (Box Office price)<br>• Disney receives $13.00 of ticket price | • Varsity Spirit will continue to set price of admission at their discretion<br>• Disney receives $15.50 of the ticket price and limited to a maximum annual increase of 3% |
| 4. Discount on Disney Entrance Ticket (aka Park Hopper) | • approximately 65% discount off Disney gate price | • 50% discount off Disney gate prices with no more than 5% annual increase with a "Readjustment" option in 2025 and every 3 years beginning 2028 |
| 5. Discount on Hotel Room Rate for Varsity Spirit | • 5% below rack rate | • 5% below rack rate |
| 6. Varsity Spirit Total Athlete Count of 85,000 by 2024 and maintain annually there after | • None | • 40,000 participants from 2020 – 2023<br>• 85,000 from 2024 – 2037<br>• Our current projection is to reach a total participation of 87.5K in 2018 |

Highly Confidential

# Athlete Growth



VARSITY BRANDS

| Total Participants | 2014A | 2018E | CAGR (%) | 2018E | 2022E | CAGR (%) |
|---|---|---|---|---|---|---|
| Disney Traditional | 30.2 | 34.3 | 3.3% | 34.3 | 41.0 | 4.6% |
| Disney Summit | 9.7 | 38.7 | 41.5% | 38.7 | 55.0 | 9.2% |
| Wolds | 14.0 | 14.5 | 0.9% | 14.5 | 15.7 | 2.0% |
| **Total** | **53.8** | **87.5** | **12.9%** | **87.5** | **111.8** | **6.3%** |

- Growth in the National High School Cheerleading Championship (NHSCC) and the National Dance Team Championship (NDTC) is driving growth in the Disney Traditional competitions:

  – NHSCC projected CAGR growth of 8.5% from 2018 – 2022

  – NDTC projected growth of 5.1% from 2018 - 2022

- Growth in the D2 Summit and the addition of a new division titled D3 Summit in 2021 is driving growth:

  – D2 Summit projected to CAGR growth of 5% from 2018 – 2022

  – D3 Summit division to add 9.5 athletes by Year 2022

- Based on the current projections of 87.5K athletes by 2018, we are well positioned to beat Disney contractual requirement of 85K athletes by 2024

# Historical Financial Performance

Confirm metrics tie to model



VARSITY BRANDS

|  | Fiscal Year Ending | | | | | | | | | CAGR (%) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E | 2022E | '14A - '18E | '18E - '22E |
| **Total ($ Millions)** | | | | | | | | | | | |
| Revenue | $34.0 | $40.3 | $47.8 | $65.9 | $77.3 | $89.5 | $105.1 | $121.1 | $138.4 | 22.8% | 15.7% |
| Gross Margin | $8.4 | $10.7 | $13.5 | $19.6 | $22.6 | $26.1 | $25.5 | $31.5 | $38.0 | 28.3% | 13.8% |
| *Margin (%)* | *24.6%* | *26.5%* | *28.3%* | *29.8%* | *29.3%* | *29.2%* | *24.3%* | *26.0%* | *27.4%* | | |
| EBITDA | $6.8 | $8.7 | $11.6 | $16.6 | $19.5 | $22.7 | $21.8 | $27.3 | $33.4 | 30.1% | 14.5% |
| *Margin (%)* | *20.0%* | *21.6%* | *24.2%* | *25.2%* | *25.2%* | *25.4%* | *20.7%* | *22.6%* | *24.2%* | | |
| **Per / Participant ($ Actual)** | | | | | | | | | | | |
| Revenue | $541.4 | $567.3 | $596.4 | $609.7 | $631.7 | $675.2 | $754.4 | $798.4 | $843.7 | 3.9% | 7.5% |
| Gross Margin | $133.0 | $150.5 | $168.9 | $181.8 | $184.9 | $197.3 | $183.4 | $207.5 | $231.5 | 8.6% | 5.8% |
| *Margin (%)* | *24.6%* | *26.5%* | *28.3%* | *29.8%* | *29.3%* | *29.2%* | *24.3%* | *26.0%* | *27.4%* | | |
| EBITDA | $108.1 | $122.6 | $144.3 | $153.4 | $159.0 | $171.3 | $156.4 | $180.3 | $204.0 | 10.1% | 6.4% |
| *Margin (%)* | *20.0%* | *21.6%* | *24.2%* | *25.2%* | *25.2%* | *25.4%* | *20.7%* | *22.6%* | *24.2%* | | |

- Solid Revenue and EBITDA CAGR growth from 2014A – 2018E driven by growth in volume (attendees) and price

- Strong Gross margin and EBITDA growth from 2018E – 2022E despite the impact of the "Buy-Out" in 2018 and increase in "Disney Entrance Ticket Price" in 2019 (both contractual)

- The 2019 "Buy-Out" average cost increase of ~$30.6 per attendee is being fully offset by price increase of ~$40.3 or 6.4% to customers with minimal impact to Gross Margin

- The 2020 "Disney Entrance Ticket Price" average cost increase of ~$92.70 per attendee is being more than partially offset by price increase of ~$66.90 or 9.9% to customers impacting Gross Margin

- Over the 5 year period starting 2018 – 2022, all cost increases will be fully offset by price increases with an EBITDA margin in 2022 of 24.2% to get back closer to 2018E levels

# School Disney Competition Cost Analysis
## *Varsity Spirit Costs are a Small Piece of Total Attendee Costs*

 VARSITY BRANDS

### 2018 Price and Cost Structure

| Traditional Disney Competition Per Attendee Cost Analysis | 4 Night Travel Package Quad Room |
|---|---|
| **Varsity Spirit Cost and Mark-Up:** | |
| Hotel Cost | 112.87 |
| Bus | 15.50 |
| 4 Day Disney Ticket | 165.76 |
| 1 Meal Voucher | 16.00 |
| Celebration Party | 7.00 |
| Total Cost to Varsity Spirit | 317.13 |
| Mark-Up | 273.87 |
| Participant Price | 591.00 |
| Margin % | 46.3% |
| **Participant Cost:** | |
| Travel (assumed air travel) | 600.0 |
| Meals (14 meals @ $20/meal) | 280.0 |
| Local Transportation | 100.0 |
| Disney Souvenirs | 200.0 |
| Varsity Spirit Package | 591.0 |
| Total Cost | 1,771.0 |
| Varsity Spirit Package Cost % | 33.4% |

### 2019 Price and Cost Structure

| Traditional Disney Competition Per Attendee Cost Analysis | 4 Night Travel Package Quad Room |
|---|---|
| **Varsity Spirit Cost and Mark-Up:** | |
| Hotel Cost | 156.36 |
| Bus | 16.50 |
| 4 Day Disney Ticket | 173.30 |
| 1 Meal Voucher | 17.00 |
| Celebration Party | 8.00 |
| Total Cost to Varsity Spirit | 371.16 |
| Mark-Up | 254.84 |
| Participant Price | 626.00 |
| Margin % | 40.7% |
| **Participant Cost:** | |
| Travel (assumed air travel) | 600.0 |
| Meals (14 meals @ $20/meal) | 280.0 |
| Local Transportation | 100.0 |
| Disney Souvenirs | 200.0 |
| Varsity Spirit Package | 626.0 |
| Total Cost | 1,806.0 |
| Varsity Spirit Package Cost % | 34.7% |

### 2020 Price and Cost Structure

| Traditional Disney Competition Per Attendee Cost Analysis | 4 Night Travel Package Quad Room |
|---|---|
| **Varsity Spirit Cost and Mark-Up:** | |
| Hotel Cost | 164.18 |
| Bus | 17.50 |
| 4 Day Disney Ticket | 230.74 |
| 1 Meal Voucher | 17.50 |
| Celebration Party | 8.00 |
| Total Cost to Varsity Spirit | 437.92 |
| Mark-Up | 238.08 |
| Participant Price | 676.00 |
| Margin % | 35.2% |
| **Participant Cost:** | |
| Travel (assumed air travel) | 600.0 |
| Meals (14 meals @ $20/meal) | 280.0 |
| Local Transportation | 100.0 |
| Disney Souvenirs | 200.0 |
| Varsity Spirit Package | 676.0 |
| Total Cost | 1,856.0 |
| Varsity Spirit Package Cost % | 36.4% |

- Competition Cost analysis assumes a four night travel package and quad room (most popular option)
- On average Varsity Spirit Package cost to attendees is in the 33.4% - 36.4% range, and not a significant portion of their total spend
- Varsity Spirit is well positioned to offer its customers a great experience and not deter participation at Disney
- By maintaining a balance between price and cost, Varsity Spirit has been successful in increasing competition attendance year over year

Highly Confidential

VAR00342640

# All Star Disney Competition Cost Analysis



| All Star Disney Competition Per Attendee Cost Analysis | 4 Night Travel Package Quad Room | All Star Disney Competition Per Attendee Cost Analysis | 4 Night Travel Package Quad Room | All Star Disney Competition Per Attendee Cost Analysis | 4 Night Travel Package Quad Room |
|---|---|---|---|---|---|
| **Varsity Spirit Cost and Mark-Up:** | | **Varsity Spirit Cost and Mark-Up:** | | **Varsity Spirit Cost and Mark-Up:** | |
| Hotel Cost | 155.70 | Hotel Cost | 187.22 | Hotel Cost | 206.30 |
| Bus | 23.00 | Bus | 23.00 | Bus | 23.00 |
| 4 Day Disney Ticket | 165.76 | 4 Day Disney Ticket | 173.30 | 4 Day Disney Ticket | 230.74 |
| Celebration Party | 10.00 | Celebration Party | 10.00 | Celebration Party | 10.00 |
| Total Cost to Varsity Spirit | 354.46 | Total Cost to Varsity Spirit | 393.52 | Total Cost to Varsity Spirit | 470.05 |
| Mark-Up | 249.54 | Mark-Up | 240.48 | Mark-Up | 223.95 |
| Participant Price | 604.00 | Participant Price | 634.00 | Participant Price | 694.00 |
| Margin % | 41.3% | Margin % | 37.9% | Margin % | 32.3% |
| **Participant Cost:** | | **Participant Cost:** | | **Participant Cost:** | |
| Travel (assumed air travel) | 600.0 | Travel (assumed air travel) | 600.0 | Travel (assumed air travel) | 600.0 |
| Meals (14 meals @ $20/meal) | 280.0 | Meals (14 meals @ $20/meal) | 280.0 | Meals (14 meals @ $20/meal) | 280.0 |
| Local Transportation | 100.0 | Local Transportation | 100.0 | Local Transportation | 100.0 |
| Disney Souvenirs | 200.0 | Disney Souvenirs | 200.0 | Disney Souvenirs | 200.0 |
| Varsity Spirit Package | 604.0 | Varsity Spirit Package | 634.0 | Varsity Spirit Package | 694.0 |
| Total Cost | 1,784.0 | Total Cost | 1,814.0 | Total Cost | 1,874.0 |
| Varsity Spirit Package Cost % | 33.9% | Varsity Spirit Package Cost % | 35.0% | Varsity Spirit Package Cost % | 37.0% |

- Competition Cost analysis assumes a four night travel package and quad room (most popular option)

- On average Varsity Spirit Package cost to attendees is in the 33.9% - 37.0% range, and not a significant portion of their total spend

- Varsity Spirit is well positioned to offer its customers a great experience and not deter participation at Disney

- By maintaining a balance between Price and Cost, Varsity Spirit has been successful in increasing competition attendance year over year

Highly Confidential

VAR00342641

# Power of Partnership



- **This partnership aligns Varsity Spirit with one of the most powerful brands in the world**

✓ Disney continually ranks as a top 10 brand

✓ Disney ranks number one for family entertainment

✓ Disney is constructing the first venue uniquely designed for cheerleaders

✓ Disney's strong influence in international markets will help grow Varsity Spirit's international championships

✓ Potential events for Varsity Spirit in Disney parks around the world

✓ Commitment from Disney to partner with Varsity Spirit in creating future events in sports and entertainment

✓ Partnership with three industry leaders – Varsity Spirit, ESPN and Disney

Highly Confidential                                                                              VAR00342642



# M&A Strategy

Highly Confidential

VAR00342643

# M&A History and Strategic Rationale

**VARSITY // BRANDS**

($Millions)

- Successfully closed [eight] deals in the last three years focused on All-Star event provider market as part of broader strategy to grow market share, leverage synergies across events and rapidly grow year-end Varsity Spirit events

- Strategic Rationale:
  - Entering new geographic area
  - Acquiring strategic events (i.e. World Bid events)
  - Reaching different customer segment (i.e. value customers)

- Primarily focused on the US market but three deals (JAM Brands, ATC Skillz Camps, and Sea 2 Sky) included events in the Canadian market, creating a platform for growth

- Highly strategic JAM Brands deal (largest competitor in All-Star market) represents the largest M&A transaction over this time period
  - In-line with broader strategy to (i) consolidate event footprint around most profitable events; (ii) reduce escalating production capabilities; and (iii) systematically reduce loyalty program benefits

| Acquisition Date | Company | Geography | Purchase Price | LTM Revenue | LTM EBITDA | LTM Multiple |
|---|---|---|---|---|---|---|
| 06/20/2014 | Cheer LTD | Southeast US | $0.0 | $1.0 | ($0.2) | 0.0x |
| 11/02/2015 | JAM Brands | US | $34.9 | $19.3 | $4.4 | 8.0x |
| 12/15/2016 | Aloha Spirit Productions | Western US | $3.8 | $3.0 | $0.8 | 4.9x |
| 02/28/2017 | Spirit Celebration | South US | $2.5 | $2.2 | $0.5 | 5.5x |
| 04/21/2017 | ATC Skillz Camps | Western US & Canada | $0.3 | $1.2 | $0.1 | 3.1x |
| 11/15/2017 | Team Champion | Midwest US | $1.5 | $1.9 | $0.2 | 6.5x |
| 12/01/2017 | Mardi Gras Nationals | Southeast US | $0.9 | $0.9 | $0.2 | 5.1x |
| 12/21/2017 | Sea 2 Sky | Western Canada | $1.0 | $0.3 | $0.2 | 6.0x |
| 01/19/2018 | EPIC Spirit | Mid-Atlantic US | $14.9 | $7.9 | $2.1 | 7.2x |

Highly Confidential

VAR00342644

# Historical Financials: Organic vs. Acquired



($Millions)



Highly Confidential

VAR00342645

# Future Varsity Spirit M&A Strategy

**VARSITY // BRANDS**

- Significant opportunity to continue to execute a successful M&A strategy

- Identifiable, highly actionable M&A pipeline

- Going forward Varsity Spirit M&A Strategy will focus on the following three areas:

  (1) Domestic Core Cheer Apparel & Competitions Business

  (2) Near-Term Opportunity

    - Dance

    - Band

    - International

  (3) Other Adjacencies

    - Club Lacrosse

    - E-Sports

- All projected M&A activity represents opportunities incremental to the forecast

Highly Confidential

VAR00342646

# Domestic Core Business

 

Redact Names for
Final Version

**1**

VARSITY BRANDS

- Continue to diligence domestic opportunities to benefit the apparel, camps, and competitions businesses

- Key focus areas include apparel players with the ability to round out the current product offering and event providers in the youth / recreational event space that will provide a future growth platform

## Domestic Core Pipeline

| Target Company | Segment | Business | Geography | Revenue |
|---|---|---|---|---|
| GK Elite / Omni | All Star / School | Apparel | National | $60 |
| Rebel | All Star | Apparel | National | $15 |
| Team Leader | School | Apparel | South | $10 |
| Motionwear | School | Apparel | National | $10 |
| Cheerleading.com | School | Apparel | South | $5 |
| Nfinity | All Star | Shoes & Accessories | National | $12 |
| JAMZ | All Star / Rec | Events | West | $4 |
| WSA | All Star | Events | Southeast | $2 |
| GMCE | All Star | Event | OH / IN | $1 |
| Champion Cheerleading | School | Camps | MI | $1 |
| B2 | School | Camps | AR | $1 |
| Home Team Marketing | All Star / School | Sponsorship | National | $10 |

Note: Financial information represent management estimates.



# Near-Term Opportunity: Dance

**2**

Company to Provide

**VARSITY // BRANDS**

Highly Confidential

Highly Confidential

VAR00342648

# Near-Term Opportunity: Band

VARSITY // BRANDS

Redact Names for
Final Version

# Redacted

Highly Confidential

VAR00342649

# Near-Term Opportunity: International

**2**

 VARSITY // BRANDS

Redact Names for Final Version

- Varsity Spirit has built deep relationships in the international cheer and dance community over the last twenty years and are exploring partnership discussions with key players in target markets such as Canada, UK and Australia

- Limited established, large players internationally as the sport is still in a growth stage

  – Highest profile companies are focused on the All Star event market which is primarily driven by popularity of the World Championship and the Summit events

| International Core Pipeline | | | | |
|---|---|---|---|---|
| **Target Company** | **Segment** | **Business** | **Geography** | **Revenue** |
| Total Swag | All Star | Apparel | Canada | $2 |
| Total Spirit | All Star | Apparel | Canada | $1 |
| Cheer Evolution | All Star | Events | Canada | $2 |
| Australian All Star Cheer Fed. | All Star | Events | Australia | $3 |
| Future Cheer | All Star | Events | UK | $2 |
| Spring Tumbling | All Star | Choreography | EU / AUS / CND | $2 |

Note: Financial information represent management estimates.

Highly Confidential

VAR00342650

# Other Adjacencies: Club Lacrosse

**3**

VARSITY BRANDS

**Redact Names for Final Version**

# Redacted

# Near-Term Opportunity: E-Sports

Company to Provide

**3**

*VARSITY* **BRANDS**

Highly Confidential    Highly Confidential

VAR00342652



**Digital**

Highly Confidential

# Varsity Spirit is the #1 Digital Resource for Cheer and Dance



## Varsity.com



- Online destination for spirit news, entertainment, products & services
- myVarsity customer portal allows 1-stop access to account information
- Online registration for camps & competitions
- New website launched this Spring

## Varsity TV on Varsity.com



- White-label video platform for cheer and dance content through partnership with FloSports
  - Subscription model (annual & monthly options)
  - 40 events live streamed annually & 20 documentary features

## Social Media



- Facebook, Twitter, Instagram, YouTube and Snapchat
- Constant interaction with athletes, parents and coaches
- Focused on relationship building and content marketing
- 1.5 million Facebook fans
- 500K Instagram followers

## Varsity University



- Online educational platform as well as live conferences
- VU emphasizes safety, skills instruction and leadership
- Co-branded Coaches Education Program with the National Federation of State High School Associations (NFHS) launching Spring 2018

# Varsity TV

**VARSITY // BRANDS**

- Expanded Varsity TV in 2016 and built a year-round subscription model through a partnership with FloSports (sports media company out of Austin, TX with 23 unique sports video channels)

- FloSports employs a full production team focused on generating content and subscriptions that has accelerated the growth of our digital assets

- Creates opportunity to reach more customers:

  - Live stream more events and venues at a lower cost

  - Create more content, as well as original documentaries on teams across the country

  - Engage subscribers on a weekly basis

## Platform Summary

- White-label website maintains look and feel of Varsity.com

- Live streaming of 40 events across the country

- FloFilms department creates original documentary-series

  - 18 guaranteed FloFilms episodes at FloSports' expense

- Mix of free and paid content

- Monthly and annual subscription-based model ($29.99 and $149.99, respectively)

- Initial goal: 5,000 subscribers total



# Early Success: Varsity TV Subscribers

**VARSITY // BRANDS**

- The platform has gained traction with athletes since inception

| 2016 | 2017 | 2018 |
|------|------|------|

- Season Peak: **12,000** subscribers
- End of 2016: **5,000** subscribers

- Season Peak: **19,000** subscribers
- End of 2017: **8,000** subscribers

- Season Peak: **24,000** subscribers (as of February 2018)

## Key Contract Terms

- Agreement in September 2016 (through 2024)

- Varsity TV will offer subscription based model with monthly and annual options

- Varsity to receive 20% of net subscription revenue with initial guaranteed revenue of $1.1M from 2016-2020

- Varsity to receive 100% of Varsity sold advertising and 50% of FloSports sold advertising

- FloSports to provide management and production personnel valued at $2M annually

- Varsity obligated to stream 20 events in year one and 25 thereafter

## Financial Trends

| ($Thousands) | 2016A | 2017A | 2018E |
|---|---|---|---|
| **Revenue** | | | |
| Varsity TV Live Streaming | $243 | $ - | $ - |
| FloSports Live Streaming | 304 | 713 | 950 |
| **Total Revenue** | **$547** | **$713** | **$950** |
| | | | |
| **Expenses** | | | |
| Internet Lines | $88 | $114 | $156 |
| Production - VOD, Live Streaming | 377 | 413 | 329 |
| Dues - Ooyala / Licensing Fees | 36 | 38 | 26 |
| Bank Fees | 8 | - | - |
| Legal / Consulting | 3 | - | 7 |
| Other Admin - Payroll / Travel | - | 27 | 45 |
| **Total Expenses** | **$511** | **$592** | **$562** |
| | | | |
| **EBITDA** | **$36** | **$121** | **$388** |
| **% Margin** | **6.5%** | **17.0%** | **40.8%** |

Highly Confidential

# Varsity University Overview



- [Provides both in-person and digital training / education for coaches, trainers, instructors and athletes]
- Originally launched in 2014, Varsity University delivers content through three channels:
  - Live conferences (School and All Star events)
  - Fierce Connection (Online All Star content)
  - Online scholastic education program (In partnership with the NFHS)

*Case Study*

| Live Conferences | Fierce Connection | Online Education Program |
|---|---|---|
| • [Overview bullet(s)]<br>• USASF no longer offering live conference (except their national meeting)<br>• Highly popular offering with strong enrollment growth trends<br>  – 2017 enrollment of ~3,800 (up 28% YoY)<br>  – 2018 enrollment expected to be ~4,300 (up 13% YoY) | • Offers subscriptions to content online:<br>  – VU conference speakers<br>  – How-to demos of skills<br>  – Live webinars<br>  – All Star and School content<br>• USASF Skills Library:<br>  – 2017 contracted and delivered on time<br>  – Glossary of terms<br>  – Video demos of skills<br>• Varsity All Star judges training<br>• Potential new content for USASF (Varsity University retains ownership rights) | • Provides high school coach sports certification across all sports<br>• Heavily regulated market as NFHS and State Associations exert significant influence and have authority to require coaches credentialing/certification<br>  – Overall sport coaching market is estimated at ~$6B (including athlete training)<br>  – Within the coaching market, the credentialing/certification market size is estimated over $50M<br>• International coaches training<br>• Content sponsor opportunities |

VAR00342657

# Varsity University Case Study: Online Education Program



- Varsity University is uniquely positioned to elevate the student experience by developing a world class certification program and executing it through partnership with NFHS

## High School Coach Sports Certification Market Opportunity

### Market Need

- Need for continuous education given high turnover rates for high school coaches
- Expressed desire for both training and sport-specific information from coaches across sports
- Large gap for digital content, online support tools, and live supplemental training

### Why Varsity Can Win

- Clear vision on certification program content spanning across verticals that matter to customers
- Ability to create best-in-class content
- Strong, proven relationships with NFHS and State Associations

## Each Partner Brings Specific Capabilities & Assets



- Certification program vision
- Cheer / Dance content and coaches audience
- Safety and leadership content
- Ground level distribution across all major sports and administrators (field sales)
- Live conferences and robust speaker database




- NFHS Learn online platform
- NFHS governance with State Associations
- State Association regulatory oversite over all HS sports in each state
- NFHS national and State conferences for coaches and ADs

*Leading High School Coach Education and Certification Provider*

Highly Confidential

VAR00342658



# Governance

VAR00342659

# Overview of Governing Bodies
*Shaping the Industry*



- Since inception, Varsity Spirit's mission is to be the leader and steward for cheer and dance

- Lack of governance around coaches, training, athlete safety and leadership in the 1980s as cheerleading evolved to a more athletic activity

- To address this void, Varsity was instrumental in the creation of several cheer governing bodies to set the rules of engagement for athletes, coaches, gyms and event producers

- These governing bodies enabled policies beneficial to further growth of the overall cheer and dance markets

| Governing Bodies Established with the Help of Varsity Spirit | | | |
|---|---|---|---|
| **Governing Body** | **Logo** | **Founded** | **Primary Focus** |
| American Association of Cheerleading Coaches & Administrators (AACCA) | | 1987 | School: Developed coach and athlete safety |
| U.S. All Star Federation (USASF) | | 2003 | All Star: Standardized rules, divisions and athlete safety |
| International Cheer Union (ICU) | | 2004 | International: Created foundation for cheer global expansion |
| USA Cheer | | 2007 | Overall U.S. Market: Created national governing body for US recognized by ICU |

Highly Confidential

VAR00342660

# American Association of Cheerleading Coaches & Administrators (AACCA)





## Overview

- In the 1980s, an explosion in the popularity of scholastic cheer combined with continued progress in athleticism and skill reinforced the need for safety education, awareness, and updated regulations

- Accordingly, Varsity Spirit partnered with leading safety and education experts to create AACCA and published AACCA cheerleading safety manual to provide education and safety standards for coaches

- AACCA has completed over 20 thousand safety courses in every state and internationally and is the recognized standard of care for cheerleading safety

## Mission

- Providing cheerleading safety education to all coaches and administrators involved in cheer

- The AACCA Cheerleading Safety Manual focuses on the areas of Safety Awareness and Legal Responsibility, Medical Responsibilities, Environmental Safety Factors, Spotting, Performer Readiness, and Skill Progression

# U.S. All Star Federation (USASF)

VARSITY  BRANDS





## Overview

- The U.S. All Star Federation (USASF) was founded in 2003 with the core principle of making All Star a safer sport by establishing fair and consistent rules and competition standards

- The organization credentials coaches, certifies safety judges, sanctions events and maintains and adjusts safety guidelines, all with the goal of providing the safest possible environment for cheer and dance athletes to train and compete

- Not-for-profit corporation established in Tennessee and governed by Bylaws, officers, a Board of Directors, and 15 standing committees

## Mission

- To support and enrich the lives of All Star athletes and members

- Provide consistent rules, strive for a safe environment for our athletes, drive competitive excellence and promote a positive image for the sport

# International Cheer Union (ICU)





## Overview

- ICU was established in 2004 and is the recognized world governing body of cheerleading

- ICU consists of over 110 member National Cheer Federations with athletes on all continents, hosts the World Championships consistently welcoming over 70 nations and continues to grow as a unified voice for all those who are dedicated to the positive advancement of cheerleading throughout the world

- ICU received provision IOC recognition from the International Olympic Committee in 2016

## Mission

- Manage, direct, promote, organize, and assist the activities and disciplines associated with Cheer worldwide

- Encourage the growth and development of Cheer programs and opportunities to the world's youth

- Communicate with and support the formation of new National Cheer Federations (also known as National Governing Bodies) and countries that are interested in starting Cheer programs, activities, and events

- Encourage the creation of national teams to represent their respective countries in worldwide events, exchanges, and competition

- Establish rules and regulations for international competitive events and programs

Highly Confidential

VAR00342663

# USA Cheer

**VARSITY // BRANDS**



## Overview

- The USA Federation for Sport Cheering is a not-for profit 501(c)(6) organization that was established in 2007 to serve as the National Governing Body for Sport Cheering in the United States

- USA Cheer is the recognized national governing body in the US by the ICU



## Mission

- USA Cheer exists to serve the cheer community, including club cheering (All Star) and traditional school based cheer programs as well as the growing sport of STUNT

- Help grow and develop interest and participation in cheer

- Promote safety and safety education for cheer

- Represent the USA in international cheer competitions

Highly Confidential

VAR00342664



Financials

Highly Confidential

# Varsity Spirit Income Statement

**VARSITY // BRANDS**

($Millions)

| | | | | Fiscal Year Ending, | | | | | CAGR '14A - '18E | CAGR '18E - '22P |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | | |
| **Net Sales** | | | | | | | | | | | |
| Apparel | $160 | $169 | $178 | $187 | $197 | $208 | $220 | $234 | $250 | 5.4% | 6.2% |
| School | 137 | 144 | 152 | 156 | 165 | 176 | 190 | 204 | 220 | 4.8% | 7.4% |
| All Star | 57 | 89 | 93 | 110 | 129 | 137 | 147 | 161 | 178 | 22.8% | 8.5% |
| **Total Net Sales** | **$353** | **$402** | **$423** | **$453** | **$491** | **$520** | **$557** | **$599** | **$648** | **8.5%** | **7.2%** |
| *% Growth* | | *13.8%* | *5.1%* | *7.2%* | *8.3%* | *6.0%* | *7.1%* | *7.6%* | *8.1%* | | |
| **Gross Profit** | | | | | | | | | | | |
| Apparel | $85 | $89 | $94 | $97 | $104 | $111 | $118 | $126 | $135 | 5.1% | 6.7% |
| School | 44 | 48 | 51 | 53 | 56 | 60 | 64 | 69 | 76 | 6.7% | 7.9% |
| All Star | 24 | 27 | 38 | 42 | 52 | 55 | 54 | 60 | 66 | 21.6% | 6.2% |
| **Total Gross Profit** | **$153** | **$164** | **$183** | **$192** | **$212** | **$225** | **$236** | **$255** | **$277** | **8.6%** | **6.9%** |
| *% Margin* | *43.2%* | *43.0%* | *43.6%* | *42.8%* | *43.3%* | *43.2%* | *42.3%* | *42.5%* | *42.8%* | | |
| **EBITDA** | | | | | | | | | | | |
| Apparel | $33 | $34 | $37 | $36 | $39 | $42 | $46 | $49 | $54 | 4.1% | 8.1% |
| School | 12 | 16 | 16 | 15 | 16 | 17 | 18 | 20 | 25 | 7.0% | 12.3% |
| All Star | 8 | 14 | 18 | 22 | 27 | 29 | 27 | 31 | 36 | 35.8% | 7.7% |
| **Total EBITDA** | **$53** | **$64** | **$70** | **$74** | **$82** | **$87** | **$91** | **$101** | **$115** | **11.3%** | **8.8%** |
| *% Margin* | *15.1%* | *16.0%* | *16.6%* | *16.2%* | *16.7%* | *16.8%* | *16.3%* | *16.9%* | *17.7%* | | |
| **Memo:** | | | | | | | | | | | |
| Net Sales excl. PF Acq. Adj. | $353 | $382 | $420 | $449 | $490 | $520 | $557 | $599 | $648 | 8.5% | 7.2% |
| Apparel Cost Savings Included | | | | | $0 | $1 | $2 | $3 | $3 | | |
| *% of Net Sales* | | | | | *0.1%* | *0.2%* | *0.4%* | *0.5%* | *0.4%* | | |

Note: Totals may not add due to rounding. Expenses exclude non-cash expenses.



# Historical Performance

VARSITY BRANDS

($Millions)



Note: EBITDA impact of revenue growth calculated using GM less commission.

**Jefferies**  Goldman Sachs

Highly Confidential

Highly Confidential

VAR00342667

# Forecast Drivers



($Millions)

**2018E - 2022P EBITDA Bridge**

Apparel: $25    School: $20    All Star: $14

Note: EBITDA impact of revenue growth calculated using GM less commission.



# Capital Expenditures

**VARSITY // BRANDS**

($Millions)

|  | 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | CAGR '14A - '18E | '18E - '22P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Maintenance Capex** | | | | | | | | | | | |
| Apparel | $0 | $1 | $0 | $0 | $3 | $3 | $2 | $3 | $3 | 74.2% | (4.1%) |
| School | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 131.8% | 2.8% |
| All Star | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 56.7% | (17.8%) |
| **Total Maintenance Capex** | $1 | $2 | $1 | $1 | $6 | $5 | $4 | $5 | $4 | 74.2% | (5.4%) |
| *% of Net Sales* | *0.2%* | *0.4%* | *0.2%* | *0.3%* | *1.1%* | *0.9%* | *0.8%* | *0.8%* | *0.7%* | | |
| *% Growth* | | *186.4%* | *(53.2%)* | *54.7%* | *343.8%* | *(12.0%)* | *(11.0%)* | *3.7%* | *(1.2%)* | | |
| | | | | | | | | | | | |
| **Growth Capex** | | | | | | | | | | | |
| Apparel | $2 | $2 | $3 | $3 | $3 | $3 | $2 | $2 | $2 | 14.6% | (4.1%) |
| School | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | (10.7%) | 2.8% |
| All Star | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 162.8% | (17.8%) |
| **Total Growth Capex** | $3 | $4 | $4 | $5 | $4 | $4 | $3 | $4 | $4 | 12.6% | (5.0%) |
| *% of Net Sales* | *0.8%* | *1.0%* | *1.0%* | *1.1%* | *0.9%* | *0.7%* | *0.6%* | *0.6%* | *0.5%* | | |
| *% Growth* | | *54.7%* | *1.9%* | *15.5%* | *(11.7%)* | *(10.6%)* | *(12.7%)* | *4.0%* | *0.3%* | | |
| | | | | | | | | | | | |
| **Capex** | | | | | | | | | | | |
| Apparel | $2 | $3 | $3 | $3 | $6 | $6 | $5 | $5 | $5 | (4.1%) | (4.1%) |
| School | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2.8% | 2.8% |
| All Star | 0 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | (17.8%) | (17.8%) |
| **Total Capex** | $3 | $6 | $5 | $6 | $10 | $9 | $8 | $8 | $8 | 31.7% | (5.2%) |
| *% of Net Sales* | *0.9%* | *1.5%* | *1.2%* | *1.4%* | *2.0%* | *1.7%* | *1.4%* | *1.3%* | *1.2%* | | |
| *% Growth* | | *78.9%* | *(14.3%)* | *21.8%* | *61.0%* | *(11.4%)* | *(11.8%)* | *3.8%* | *(0.6%)* | | |

Note: Totals may not add due to rounding. Expenses exclude non-cash expenses.

VAR00342669



# Appendix

VAR00342670

# Apparel Customer Order Flow



Highly Confidential

Highly Confidential

VAR00342671

# Varsity Spirt IT Girls
*The Voice of Cheerleading*



- The Varsity IT Girls are a product and program development team comprised of the best and brightest cheerleaders in various cities across the country

- Athletes selected to provide thoughtful feedback regarding new and existing Varsity Spirit programs, products and concepts

- Online / Digital interaction with other cheerleaders as brand ambassadors promoting the Varsity Spirit brand values

- Key driver for Varsity Spirit Apparel as IT girls proudly wear Varsity Spirt head to toe

- Valuable marketing experience for IT girl




# Apparel Income Statement

**VARSITY // BRANDS**

($Millions)

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | CAGR '14A - '18E | CAGR '18E - '22P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | |
| Apparel | $147 | $155 | $163 | $170 | $177 | $187 | $195 | $203 | $211 | 4.9% | 4.4% |
| Private Label Shoes | 12 | 13 | 15 | 18 | 19 | 21 | 22 | 23 | 24 | 12.4% | 6.9% |
| Third Party Shoes | 4 | 4 | 3 | 2 | 2 | 1 | 1 | 1 | 1 | (22.3%) | (8.6%) |
| Game Day Fanwear | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 9 | 17 | NA | 358.5% |
| Other, Returns, & Discounts | (3) | (2) | (3) | (2) | (1) | (2) | (2) | (2) | (3) | (24.1%) | 34.9% |
| **Total Net Sales** | $160 | $169 | $178 | $187 | $197 | $208 | $220 | $234 | $250 | 5.4% | 6.2% |
| *% Growth* | | 5.7% | 5.7% | 4.9% | 5.2% | 5.6% | 5.7% | 6.4% | 7.0% | | |
| **COGS** | | | | | | | | | | | |
| Private Label Shoes | $3 | $3 | $4 | $5 | $5 | $6 | $7 | $7 | $7 | 13.5% | 8.8% |
| Third Party Shoes | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | (24.1%) | (8.6%) |
| Game Day Fanwear | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 7 | NA | 354.2% |
| Freight Recovery | 8 | 8 | 8 | 9 | 9 | 9 | 10 | 10 | 11 | 4.1% | 6.0% |
| Fabric-based Apparel | 61 | 67 | 71 | 76 | 78 | 81 | 83 | 86 | 89 | 6.1% | 3.4% |
| **Total COGS** | $74 | $80 | $84 | $90 | $93 | $97 | $102 | $108 | $115 | 5.7% | 5.5% |
| **Gross Profit** | $85 | $89 | $94 | $97 | $104 | $111 | $118 | $126 | $135 | 5.1% | 6.7% |
| *% Margin* | 53.5% | 52.8% | 52.7% | 51.9% | 53.0% | 53.3% | 53.8% | 54.0% | 54.1% | | |
| **SG&A** | | | | | | | | | | | |
| Comission | $17 | $18 | $19 | $20 | $21 | $23 | $24 | $25 | $27 | 6.2% | 6.2% |
| Other SG&A | 35 | 37 | 38 | 40 | 44 | 46 | 49 | 51 | 54 | 5.5% | 5.7% |
| **Total SG&A** | $52 | $55 | $57 | $61 | $65 | $69 | $73 | $77 | $82 | 5.7% | 5.9% |
| **Segment EBITDA** | $33 | $34 | $37 | $36 | $39 | $42 | $46 | $49 | $54 | 4.1% | 8.1% |
| *% Margin* | 20.9% | 20.4% | 20.6% | 19.5% | 19.9% | 20.3% | 20.8% | 21.1% | 21.4% | | |
| **Memo:** | | | | | | | | | | | |
| Cost Savings Included | | | | | $0 | $1 | $2 | $3 | $3 | | |
| *% of Net Sales* | | | | | 0.2% | 0.5% | 1.1% | 1.2% | 1.1% | | |

Note: Totals may not add due to rounding. Expenses exclude non-cash expenses.

Highly Confidential

VAR00342673



# All Star Income Statement

**VARSITY // BRANDS**

($Millions)

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | CAGR '14A - '18E | '18E - '22P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | |
| The Summit (Disney) | $7 | $12 | $17 | $32 | $41 | $48 | $56 | $68 | $80 | 54.2% | 18.5% |
| State & Local Events | 44 | 53 | 70 | 72 | 86 | 88 | 90 | 93 | 97 | 18.2% | 3.1% |
| Premier Gyms | 10 | 10 | 10 | 8 | 8 | 8 | 8 | 8 | 8 | (4.0%) | 0.0% |
| Varsity Family Plan | (4) | (6) | (6) | (6) | (7) | (7) | (7) | (8) | (8) | 10.8% | 3.7% |
| **Total Net Sales** | $57 | $69 | $90 | $107 | $128 | $137 | $147 | $161 | $178 | 22.7% | 8.5% |
| *% Growth* | | *22.6%* | *30.2%* | *18.1%* | *20.3%* | *6.6%* | *7.4%* | *10.0%* | *10.2%* | | |
| PF Acquisition Net Sales | 0 | 20 | 2 | 4 | 0 | | | | | | |
| **Pro Forma Net Sales** | $57 | $89 | $93 | $110 | $129 | $137 | $147 | $161 | $178 | 22.8% | 8.5% |
| *% Growth* | | *57.5%* | *4.1%* | *19.1%* | *16.4%* | *6.4%* | *7.4%* | *10.0%* | *10.2%* | | |
| **COGS** | | | | | | | | | | | |
| The Summit (Disney) | $6 | $9 | $12 | $23 | $29 | $34 | $44 | $51 | $59 | 49.2% | 19.5% |
| Premier Gyms | 5 | 6 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | (6.1%) | 0.4% |
| Other | 22 | 27 | 35 | 38 | 43 | 44 | 45 | 47 | 49 | 18.8% | 3.1% |
| **Total COGS** | $33 | $42 | $52 | $64 | $76 | $82 | $93 | $102 | $112 | 23.5% | 10.0% |
| **Gross Profit** | $24 | $27 | $38 | $42 | $52 | $55 | $54 | $60 | $66 | 21.6% | 6.2% |
| *% Margin* | *41.9%* | *39.6%* | *42.2%* | *39.8%* | *40.4%* | *40.0%* | *36.8%* | *36.9%* | *37.1%* | | |
| **SG&A** | | | | | | | | | | | |
| Comission | $0 | $0 | $1 | $0 | $0 | $0 | $0 | $0 | $0 | 17.9% | 8.5% |
| Other SG&A | 16 | 17 | 20 | 21 | 25 | 26 | 27 | 28 | 30 | 12.2% | 4.4% |
| **Total SG&A** | $16 | $17 | $21 | $21 | $25 | $26 | $27 | $28 | $30 | 12.2% | 4.4% |
| **Segment EBITDA** | $8 | $10 | $17 | $22 | $27 | $29 | $27 | $31 | $36 | 35.6% | 7.8% |
| *% Margin* | *14.0%* | *14.5%* | *19.1%* | *20.3%* | *20.9%* | *20.9%* | *18.4%* | *19.3%* | *20.4%* | | |
| PF Acquisition EBITDA | 0 | 4 | 0 | 0 | 0 | | | | | | |
| **Pro Forma EBITDA** | $8 | $14 | $18 | $22 | $27 | $29 | $27 | $31 | $36 | 35.8% | 7.7% |
| *% Growth* | *14.0%* | *15.9%* | *18.9%* | *20.0%* | *21.0%* | *20.9%* | *18.4%* | *19.3%* | *20.4%* | | |

Note: Totals may not add due to rounding. Expenses exclude non-cash expenses.



Highly Confidential

VAR00342674

# School Income Statement

**VARSITY BRANDS**

($Millions)

| | | | | | Fiscal Year Ending | | | | | CAGR | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | '14A – '18E | '18E – '22P |
| **Net Sales** | | | | | | | | | | | |
| Traditional Competitions | $52 | $56 | $60 | $59 | $60 | $63 | $67 | $68 | $68 | 3.4% | 3.3% |
| Game Day Competitions | 0 | 1 | 2 | 3 | 5 | 7 | 12 | 16 | 22 | 261.7% | 46.6% |
| Traditional Camps | 62 | 62 | 62 | 61 | 61 | 60 | 59 | 58 | 57 | (0.8%) | (1.6%) |
| Game Day Camps | 1 | 4 | 7 | 11 | 16 | 20 | 25 | 29 | 33 | 84.2% | 20.2% |
| Sponsorship | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 5 | 10 | 5.2% | 59.2% |
| Other, Net of Family Plan | 20 | 20 | 20 | 21 | 23 | 24 | 26 | 28 | 30 | 3.8% | 7.3% |
| **Total Net Sales** | **$137** | **$144** | **$152** | **$156** | **$165** | **$176** | **$190** | **$204** | **$220** | **4.8%** | **7.4%** |
| *% Growth* | | *5.3%* | *5.2%* | *2.5%* | *6.2%* | *6.3%* | *8.4%* | *7.1%* | *7.9%* | | |
| **COGS** | | | | | | | | | | | |
| Traditional Competitions | $35 | $37 | $39 | $39 | $39 | $42 | $46 | $46 | $46 | 3.2% | 4.0% |
| Game Day Competitions | 0 | 1 | 1 | 2 | 3 | 5 | 8 | 11 | 14 | 272.7% | 47.2% |
| Traditional Camps | 44 | 42 | 42 | 41 | 41 | 40 | 40 | 39 | 38 | (1.7%) | (1.9%) |
| Game Day Camps | 1 | 3 | 5 | 7 | 11 | 13 | 17 | 20 | 22 | 80.6% | 19.9% |
| Sponsorship | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 5 | (9.7%) | 139.5% |
| Other | 13 | 14 | 13 | 14 | 14 | 15 | 16 | 17 | 18 | 2.1% | 5.8% |
| **Total COGS** | **$94** | **$96** | **$100** | **$103** | **$109** | **$116** | **$127** | **$135** | **$144** | **3.9%** | **7.2%** |
| **Gross Profit** | **$44** | **$48** | **$51** | **$53** | **$56** | **$60** | **$64** | **$69** | **$76** | **6.7%** | **7.9%** |
| *% Margin* | *31.8%* | *33.2%* | *33.8%* | *34.0%* | *34.1%* | *33.9%* | *33.4%* | *33.9%* | *34.7%* | | |
| **SG&A** | | | | | | | | | | | |
| Comission | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | 3.3% | 7.4% |
| Other SG&A | 31 | 31 | 35 | 37 | 40 | 42 | 44 | 47 | 50 | 6.6% | 6.0% |
| **Total SG&A** | **$32** | **$32** | **$35** | **$38** | **$41** | **$43** | **$46** | **$49** | **$51** | **6.5%** | **6.0%** |
| **Segment EBITDA** | **$12** | **$16** | **$16** | **$15** | **$16** | **$17** | **$18** | **$20** | **$25** | **7.0%** | **12.3%** |
| *% Margin* | *8.7%* | *10.9%* | *10.4%* | *9.7%* | *9.4%* | *9.4%* | *9.5%* | *10.0%* | *11.3%* | | |

Note: Totals may not add due to rounding. Expenses exclude non-cash expenses.


Highly Confidential

VAR00342675

# Apparel SSS Trends

 **VARSITY // BRANDS**

($Millions)

## 2014A – 2017A SSS Bridge

## Historical Performance



- Focused on product innovation through introduction of new PowerFit fabric for uniforms and sublimated campwear

- Expansion of Private Label Shoes

- Introduction of new fabrics, private label shoes and operational efficiencies

| 2014 Net Sales | SSS | Net Wins | 2015 Net Sales | SSS | Net Wins | 2016 Net Sales | SSS | Net Wins | 2017 Net Sales |
|---|---|---|---|---|---|---|---|---|---|
| $153 | $3 | $6 | $162 | $2 | $7 | $172 | $4 | $6 | $179 |

*2Y Churn 3.6%*  *Net wins: +211*  *2Y Churn 3.3%*  *Net wins: +435*  *Net wins: +304*

## 2014A – 2017A EBITDA Bridge



| 2014 EBITDA | Apparel | Private Label Shoes | SG&A & Overhead | 2017 EBITDA |
|---|---|---|---|---|
| $33 | $4 | $4 | ($5) | $36 |

Note: EBITDA impact of revenue growth calculated using GM less commission.

# All Star SSS Trends



($Millions)

## 2014A – 2017A SSS Bridge



## Historical Performance

- [Importance of margin $ associated with The Summit; additional Summit event in the forecast period (proven ability to innovate)]

- Decline in non-Summit events driven by increased number of events offering bids to Disney; we make this money up as we add incremental teams to The Summit (margin $ driver)

- Achieved significant growth at The Summit, introduced the D2 Summit (2016), and completed tuck-in acquisitions expanding Varsity Spirit's competition footprint

## 2014A – 2017A EBITDA Bridge



Note: EBITDA impact of revenue growth calculated using GM less commission.

VAR00342677

# School SSS Trends

**VARSITY // BRANDS**

($Millions)

## 2014A - 2017A Camps SSS Bridge



## Historical Performance

- Introduced innovative Game Day curriculum and competition format, which is driving participation at camps and competitions

## 2014A - 2017A Competitions SSS Bridge



## 2014A - 2017A EBITDA Bridge



Note: EBITDA impact of revenue growth calculated using GM less commission.

# Game Day: Basis of Presentation



- Game Day camp curriculum and Game Day competition division are offerings focused on driving overall participation at camps and competitions

- Game Day and Traditional Revenue, EBITDA, and Participants should be viewed collectively within camps and competitions to show overall growth

- Currently Game Day performance is not tracked separately in Varsity Spirit's financials

- The delineation of Game Day and Traditional within the School segment has been prepared by the Company to demonstrate Game Day's effect on overall participation trends in the historical period and the expected participation growth related to Game Day

- **Game Day Camp**

  - Game Day camp curriculum was piloted in 2014 within one school brand and is being systemically rolled out over time to all school brands and camp customer types

  - Traditional Camp participation trends in the model represent what participation would have been in the absence of Game Day camp curriculum; overall growth in camp participants is attributable to Game Day camp curriculum reversing overall participation trend

  - Differences in revenue per participant reflected in the model are a result of phasing in Game Day camps across the different brands and taking the weighted average of prices for brands with and without Game Day curriculum in a given year; higher priced brands and camp types adopted Game day curriculum earlier leading to higher revenue per Game Day participant

- **Game Day Disney Competitions**

  - Game Day competition division revenue at Disney is part of the overall Disney package and was allocated as follows:

    - Full package revenue was allocated to Game Day in model if Game Day was the primary driver for attending event (e.g. customer attended Game Day division in current year and did not attend traditional Disney competition division the year before)

    - Partial package revenue was allocated to Game Day in the model if team had participated in traditional division the year before

    - Net result is that the average price per Game Day participant will be lower than Traditional as some Game Day participants received a partial package allocation if they competed in Traditional division previously

- **Game Day State & Local Competitions**

  - Game Day competition revenue at State and Local events is directly tracked for participants at these events and is reflected in model

  - Traditional revenue in the model per participant is higher than Game Day because:

    - Brands in school business unit also offer All Star events which will never offer Game Day division as this is a school only format

    - These All Star events are in Traditional model line and many are large, relatively higher-priced 2-day events versus lower-priced 1-day school events that offer Game Day competition division; these All Star events drive higher revenue per Traditional participant



# Cycle History

VAR00342680

# Cycle History: Apparel

Company to Provide
Financials through the
Cycle

**VARSITY BRANDS**

($Millions)

**Effect of the Downturn**

**Mitigation Plan**

- [ ]

- **New Customers:**
  - Actively reaching new customers through inside sales team
  - Providing more time for field reps to be in the field through digital tools (vision bards, sizing app, sales builder) to generate new business which will offset any decreased spend with existing customers
- **Game Day Fanwear:**
  - Expanding the customer base into students, parents and school community to drive revenue
- **Cost Reductions:**
  - Opportunistically achieve cost savings (e.g. reduce print catalogs, shift production to contractors where possible, reduce headcount for product development for prototype if demand decreases)

### Net Sales



### EBITDA



# Cycle History: All Star

Company to Provide Financials through the Cycle



($Millions)

| Effect of the Downturn | Mitigation Plan |
|---|---|

**Effect of the Downturn**

- Average team size declined; participants attended less events; inability to leverage fixed cost
- [ ]
- [ ]

**Mitigation Plan**

- **Large Event Footprint:**
  - Large national footprint of events which allows teams to compete locally and save on travel costs would help maintain participation rates
  - Additional flexibility to combine geographically proximate events as necessary to reduce fixed costs
- **Summit Growth:**
  - The Summit at Disney has become a marquee event that morphed into more than just a competition, and has become a vacation event for many families
  - Strength of the Summit keep regular season events with Summit bids in demand
- **Family Plan Savings:**
  - Reduce benefits paid out to customers for loyalty program and shift more of the benefit towards apparel products

## Net Sales



## EBITDA



# Cycle Risk: All Star
*Schools Contribute Less to All-Star Events, Increasing the Burden on Parents*

 VARSITY BRANDS

## PARENTS/ATHLETES ARE THE PRIMARY SOURCE OF FUNDING FOR ~90% OF CHEER-RELATED SPEND

## COACHES SAY FAMILIES PAY EXPENSES



*Who primarily paid for competitions, camps, cheer gym fees, and apparel in the last year?*

Number of primary responses

*"Our **cheerleaders have to pay for a lot of the expenses**, but the school covers coaching fees, half of in-state competitions, and directs a portion of student athletic fees to the team."*

High School Cheer Coach #1

*"**Not much of the expenses are covered directly by the school** anymore, but the athletic department manages a booster club that helps with funding."*

All Star/ High School Cheer Coach #1

Highly Confidential

VAR00342683

# Cycle History: School

Company to Provide
Financials through the
Cycle

**VARSITY BRANDS**

($Millions)

| Effect of the Downturn | Mitigation Plan |
| --- | --- |

- [ ]

- **Diverse Camp Offerings:**
  - Continued to diversify camp types from just resident to include more home and commuter camps
  - Maintain a strong EBITDA contribution per athlete compared to resident camps
- **Game Day Camp Curriculum:**
  - Increasing the pool of teams that may come to camp through the Game Day curriculum
  - Help offset any decreases in teams who had been coming for the traditional curriculum
- **Game Day Competition Division:**
  - Expanding the teams able to compete to help offset any potential weakness in traditional division participation

## Net Sales



## EBITDA





**Additional Slides**

Highly Confidential

# Proven Ability to Innovate and Boost Participation in the Sport

Moved to Back



VARSITY BRANDS

| Consolidation | Expansion | Evolution |
|---|---|---|
| 2000 - 2011 | 2011 – 2014 | 2014 – Today |

- Acquired major camp, competition and apparel competitor NCA in 2004
- Began to rollup All-Star market by executing M&A strategy
  - Earnouts associated with M&A inhibited integration and collaboration
- All-Star recession
- Helped found governing bodies

- Finished rolling up the All-Star market
- Earnouts realized (unlocks potential)
- Successful integration creates collaboration across owned entities
- Expanded digital strategy
  - Created an interest in a division that didn't previously exist
  - Increased number of events
  - Increased spend / competitor
- Identified interest in high-level competition from lower-level teams (All-Star)
- Launched The Summit in 2013

- Expanded offering creates affordable alternatives to drive continued participation growth
- Family plan
- Investment in digital tools for salesforce
- Continued innovation across categories
  - Sublimated practice wear and proprietary shoes
  - Introduction of Gameday (connect growth in All-Star to opportunity in front of us in Gameday)



# Segment Overview

Moved to Back

 **VARSITY // BRANDS**

## Camps & Competitions

### All Star Competitions

   

- Originally created to provide an alternative for athletes not on the school team
  - Primarily centered on entertainment, stunts and skills
- Focus on out of school all star teams
  - Travel competitive teams not associated with a school; practice through local all star gyms
- Relationships with 2,500+ gyms
  - Primary relationship with gym owner
- Apparel style is performance and skills oriented with an emphasis on complementing a team's routine

**26%** of 2018E Net Sales   **33%** of 2018E EBITDA

### School Camps & Competitions

  

- Original Varsity Spirit business
  - Combines crowd leading with stunts, skills and entertainment
- Focus on school athletic teams
  - Teams participate in summer camps and typically participate in competitions
- Relationships with 19,000+ middle / high schools and 1,000+ college and university programs
  - Primary relationship with coach
- Apparel style is collegiate, athletic, with a strong focus on the school's brand

**34%** of 2018E Net Sales   **19%** of 2018E EBITDA

## Apparel

- Offer Uniforms, Accessories, Lettering, Campwear, Warm-Ups and Shoes
- 20+ member design and development team
- Unique fitting experience with reps delivering a customized, one-of-a kind product
- Production contracted with one domestic and six offshore facilities (one owned, six independent)
- Short turn-around time for custom orders (4- to 5-weeks)

 

**40%** of 2018E Net Sales   **48%** of 2018E EBITDA

# The Varsity Spirit Ecosystem

Moved to Back







Safety Organizations

Governing Bodies

**Training & Education**
(Year-round Camps, Clinics & Varsity University)

**Competitions & Events**
(Winter / Spring)

Connected Culture

Digital / Social Interaction

**Uniforms & Accessories**
(Year-round Sales & Support)

Strategic Partners







Highly Confidential

VAR00342688

# Varsity Spirit: A Lifestyle Brand
### *Creating Experiences that Represent Our Customer's Way of Life*



**Moved to Back**

- Varsity Spirit is deeply embedded in the life of a cheerleader, far surpassing the confines of apparel and events to define the culture, create the message and influence the future

**Defining the Culture**

- Partnership with St. Jude Children's Research Hospital makes PHILANTHROPY a cornerstone of a cheerleader's responsibility
- Creating a culture of MOTIVATION and RECOGNITION through programs that recognize the best in cheerleaders
- All-American recognition, 'Pin it Forward' program, Varsity Pinnacle Award

**Creating the Message**

- Directly connected to a COMMUNITY of "members", producing content that represents what it is like to be a cheerleader today
- 'American Cheerleader' LIFESTYLE magazine
- Books (Fictional series for tweens and Varsity's Ultimate Guide to Cheerleading), promotions with Disney, and a documentary feature film
- Dedicated content team works year-round to create a steady stream of new articles, videos, and feature mini-films through Varsity TV
- Varsity Spirit's creative partnership gives content CREDIBILITY in the world of cheerleading

**Influencing the Future**

- Varsity Spirt LEADS, the market follows
- Varsity IT girls
- Varsity Spirit staff are the professional athletes of cheerleading
- Social Media ENGAGEMENT



Highly Confidential

VAR00342689

# Cross-Divisional Penetration Opportunity



Moved to Back

VARSITY **BRANDS**

- Significant cross-selling opportunity among apparel, camps and competitions across age groups and skill levels
- Less than 75% of accounts bought products / services across all three channels in 2017





⫶ Camps, Competitions, or Apparel Only

⫶ Combination of Two Divisions

▪ Camps, Competitions, and Apparel

| Account Type | Number of Accounts | Revenue per Account |
|---|---|---|
| Camps, Competitions, or Apparel Only | 7,144 | $5K |
| Combination of Two Divisions | 6,315 | $15K |
| Camps, Competitions, and Apparel | 2,993 | $35K |





⫶ Camps, Competitions, or Apparel Only

⫶ Combination of Two Divisions

▪ Camps, Competitions, and Apparel

| Account Type | Number of Accounts | Revenue per Account |
|---|---|---|
| Camps, Competitions, or Apparel Only | 451 | $4K |
| Combination of Two Divisions | 311 | $13K |
| Camps, Competitions, and Apparel | 270 | $36K |





⫶ Camps, Competitions, or Apparel Only

⫶ Combination of Two Divisions

▪ Camps, Competitions, and Apparel

| Account Type | Number of Accounts | Revenue per Account |
|---|---|---|
| Camps, Competitions, or Apparel Only | 1,426 | $14K |
| Combination of Two Divisions | 818 | $71K |
| Camps, Competitions, and Apparel | 281 | $125K |

Note: Based on 2017A account data.

# Leveraging Our Core Competencies to Expand Our Addressable Markets

Moved to Back

**VARSITY /// BRANDS**

| Core Competencies |
| :---: |

✓ Innovation

✓ Creating and managing an ecosystem

✓ Consolidating an industry

✓ Hosting events

✓ Training coaches, parents and athletes

✓ Connecting socially

✓ Reinventing and expanding markets

| Characteristics of Attractive Adjacent Sports Markets |
| :---: |

✛ Highly fragmented

✛ Lack of professionalized structure

✛ Weak governing bodies

✛ Attractive growth

✛ Early stage sport

✛ No dominant incumbents

✛ No year end events

- Bringing new ideas to market is the foundation of growth at Varsity Spirit
- We have the opportunity to apply our knowledge of managing ecosystems to adjacent categories:

| Band | Lacrosse | E-Sports |
| :---: | :---: | :---: |

Highly Confidential

VAR00342691

# Path to the Future Varsity Spirit

Moved to Back



✓ Strong leadership to drive growth

✓ Continuously focus on innovation and expanding our ecosystem

✓ Grow salesforce through robust pipeline of talent

✓ Deploy salesforce effectiveness tools

✓ Expand Game Day to other spirit markets

✓ Drive All Star participation

✓ Create customized fanwear for the broader community

✓ Leverage current traction to expand internationally

✓ Apply knowledge of managing ecosystems to adjacent categories

# Continuous Innovation Expands Our Market and Fuels Growth

# <u>EXHIBIT 3</u>

# FILED UNDER SEAL
# (Excerpt)

1

```
 1            UNITED STATES DISTRICT COURT
 2            WESTERN DISTRICT OF TENNESSEE

 3    -------------------------X

 4    FUSION ELITE ALL STARS, et al.,:

 5            Plaintiffs,:  Case No.

 6       v.                :    2:20-cv-02600-SHL-cgc

 7    VARSITY BRANDS, LLC, et al., :

 8            Defendants.:

 9    -------------------------X:

10    JESSICA JONES, MICHELLE VELOTTA,:

11    And CHRISTINA LORENZEN, on Behalf of:

12    Themselves and All Others Similarly:

13    Situated                 :

14            Plaintiffs,    :

15       v.                   :

16    VARSITY BRANDS, LLC; VARSITY: Case No.

17    SPIRIT, LLC; VARSITY SPIRIT FASHION: 2:20-cv-02892-SHL-atc

18    & SUPPLIES, LLC; U.S. ALL STAR:

19    FEDERATION, INC.; JEFF WEBB;:

20    CHARLESBANK CAPITAL PARTNERS:

21    LLC; and BAIN CAPITAL PRIVATE:

22    EQUITY,                  :

23            Defendants.   :

24    -------------------------X

25
```

308

```
 1    I'm not sure if there is a rule against that.

 2            But, in my opinion, if they wanted

 3    to come as a team, they probably could.

 4        Q.   Okay.   Does Varsity own and operate

 5    camps, I guess for school cheer teams, that

 6    are nationwide, all around the United States?

 7        A.   Yes.

 8        Q.   I'm going to ask some questions

 9    about Varsity TV, switching topics.   When did

10    Varsity begin using Varsity TV?

11        A.   I -- I think that it started in 2016

12    or 2017.   Around that time.

13        Q.   And if a parent or a team -- an

14    athlete or a spectator wanted to do something

15    on Varsity TV, was that a free service?   Or

16    did they have to pay for it?

17        A.   It depends on what they are looking

18    for and when they are looking for it.   So, a

19    live event that's live streaming at that time,

20    will need to be paid for.   But, in general,

21    80 percent of the content is free on Varsity

22    dot -- on Varsity TV.

23            And then, team videos of the

24    specific routine are free, five days after the

25    event.
```

386

1                    REPORTER'S  CERTIFICATE

2

3        I, GISELLE MITCHELL-MARGERUM, the undersigned, a
    Registered Professional Reporter, Certified Reporting
4   Instructor, Licensed Court Reporter, and Certified Court
    Reporter, do hereby certify:
5
         That the witness, JACKIE KENNEDY, before examination
6   was remotely duly sworn to testify to the truth, the whole
    truth, and nothing but the truth.
7
         That the foregoing deposition was taken remotely
8   stenographically by me on Wednesday, March 17, 2022, and
    thereafter was transcribed by me, and that the deposition
9   is a full, true, and complete transcript of the testimony,
    including questions and answers, and objections, motions
10  and exceptions made by counsel.

11       That reading and signing was not requested; and that
    I am neither attorney nor counsel for, nor related to or
12  employed by, any of the parties to the action in which
    this deposition was taken; and that I have no interest,
13  financial or otherwise, in this case.

14

15          IN WITNESS WHEREOF, I have hereunto set my hand
    this     day of            2022.
16

17

18

19

20  GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, CSR

21

22

23

24

25

# EXHIBIT 4

## FILED UNDER SEAL



# Varsity Spirit Pricing Overview

This document covers Varsity Spirit pricing for the following business segments:

1. Apparel

2. Camps

3. Competitions (School & All Star)

VAR00101122

# Apparel Pricing



- **Objective**: Establish retail pricing to maximize gross margin by product category and product package that satisfies different customer segment needs

- **High-Level Process:**

  - Analyze historical sales by SKU within product categories / packages to evaluate current pricing model success within each customer segment and adjust if needed

  - Study competitive landscape within each main product category to determine if current pricing strategy is aligned to maintain current customer base revenue and increase revenue

    - Competitive set varies based on product category; for example, uniforms are primarily cheer-specific companies while accessories, warmups, practice wear etc. takes a broader view of competitive landscape (e.g. Nike, Adidas, etc.)

  - Evaluate overall economic outlook for potential adjustments to pricing strategy, either as a whole or in specific geographical areas

  - Understand overall costs to producing each style to assist in setting price and target gross margin

  - Set price based on combination of above including recent trends, competitive landscape, economic factors and product cost

  - All Star follows similar high-level process, but also adds in real-time pricing as certain products are designed live with customers

    - To facilitate this process, we have developed a proprietary system called Varsity I.D. that utilizes a "QUICK COST" tool to provide costs for custom designs; we set retail based off target gross margin using quick costs quotes

    - A very high percentage of apparel is customized to each team's requirements

    - Pricing is competitive and we differentiate by offering highly customized wear along with high quality material

  - Decorating / Lettering / Embellishment pricing varies based on # of units and colors used

  - Traditionally, overall apparel price increases have been in the ~1.5-2.0% range but will vary by product category

VAR00101123

# Camp Pricing



- **Objective:** Camps are central to the school ecosystem so Varsity is cognizant to ensure there is a range of price options for different customer segments to maximize participation. We offer home / commuter camps for teams who prefer / cannot afford an overnight camp as well as several overnight options including university, hotel and resort camps

- **High Level Process:**

- Camps prices are reviewed each Fall by camp type
  - Home / Commuter:  We review competitor prices by geography (usually local gyms and a few regional camp providers) and pass along a modest price increase based on market conditions (generally ~3%)
  - University / Resort Overnights: We first obtain costs from specific universities and resort and review on a location by location basis.  We set prices based on target gross margins and profit per participant year over year.  We present recommended prices to each region and hold open dialog sessions to discuss locations that may be price sensitive or have other business factors that may need to be considered for a final cost to customer.

- Actual prices can be quoted as flat prices for a team as well per person costs depending on several factors:
  - Per Person Pricing
    - Most frequent option and is used for a variety of camp types including university, hotel and resort camps
    - Pricing is based directly on the number of participants attending
  - Flat / Per Person Pricing
    - This method is primarily used for Home Camps and prices are set using a per person rate but have a minimum in effect to ensure target margins are maintained
    - Squads with less than 10 participants are billed at the minimum flat rate which would be equal to the yearly per person rate X 10 participants
  - Per Squad Flat Fee Pricing
    - Used in special circumstances for teams who have already attended camp where squad will be billed a flat fee to address coach / team specific needs
    - Typically more maintenance coaching or "add on" camps where we assist for a few hours on specific skills or choreography

VAR00101124

# School Competition Pricing



- ## Local / State
  - Objective for school events is to encourage initial participation and ultimately drive more teams towards national events
  - Local school competition market is price sensitive so we do not increase prices every year and try to hold prices relatively stable over time
  - To set pricing we look at year-over-year enrollment trends and cost of event
    - If enrollment is flat or increasing we will maintain pricing or pass a very small inflationary adjustment to customers

- ## National Events
  - National event prices are set on a per person basis using a target margin above per person costs
  - Disney national event pricing schedules are adjusted annually based on contract; we have been gradually increasing prices over time to offset contractual price increases

- ## Special Events
  - Special Event package prices are set on a per person basis using a target margin above per person costs

Confidential

# All Star Competition Pricing



**Objective:** All Star market was created for competition so customers are typically less price sensitive than school competitors. Pricing for All Star events attempts to maximize profitability without sacrificing participation at events due to cost.

**High Level Process:**

- Pricing begins March each year in advance of next season that begins in November
- Initial price recommendations are collected from each All Star office  based on:
    - Historic prices by event type (e.g. 1 Days, 2 Days, World Bid) and current market conditions per event
        - For example, if a particular event is near or at capacity we will initiate price increases or if certain regions are challenged economically we will hold prices flat.  We rarely reduce prices unless the event type or offering changes
- Pricing increases are considered for both participant registration and spectator admission
    - Participant registration prices will vary depending on time of registration and type of registration
        - Time of registration dependence
            - Early-bird pricing (lowest possible price) – typically 60 days prior to event
            - On-Time pricing (higher price than early-bird) – typically 30 days prior to event
            - Late pricing (higher price than on-time) – typically less than 30 days prior to event
        - Type of registration dependence
            - Standard participant price – first time participant on a standard cheer/dance team
            - Crossover price – additional registration fee for performing on an additional team
            - Team price – some events charge by the team and not the participant
            - Other categories – categories of teams other than the standard cheer/dance divisions (e.g. exhibition teams, special needs teams, prep teams)
    - Spectator admission prices vary based on customer age (adult, child, senior, military) and length (1 day vs. 2 day)
- Once prices are gathered, team analyzes date across offices by event type to create benchmarks; adjustments are made to ensure consistency across the business
- Once firmed up, prices are reviewed with financial and strategy partners to ensure pricing strategy aligns with budget and strategic expectations
- Average annual price increase vary by event but are typically in the ~1.5% - 2.5% range
- Final pricing is approved and released to customers in April

VAR00101126

# EXHIBIT 5

# FILED UNDER SEAL
# (Excerpt)

1

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
2
   FUSION ELITE ALL STARS,      )
3  et al.,                      )  Case No.
                  Plaintiffs,   )  2:20-cv-02600-SHL-cgc
4       vs.                     )
                                )
5  VARSITY BRANDS, LLC, et al., )
                                )
6              Defendants.      )
   ----------------------------X
7  JONES, et al.,               )
                                )  Case No.
8              Plaintiffs,      )  2:20-cv-02892-SHL-cgc
        vs.                     )
9                               )
   BAIN CAPITAL PRIVATE         )
10 EQUITY, et al.,              )
                                )
11             Defendants.      )
   ----------------------------X
12

13              VIDEOTAPED ORAL DEPOSITION OF

14                   JAMIE J. PARRISH

15

16                 Thursday, March 3, 2022

17                   9:54 a.m. (EST)

18

19                 11200 Atlantis Pl #C

20               Alpharetta, Georgia 30022

21

22

23

24 Stenographically Reported Remotely By:
   Mayleen Ahmed, RMR, CRR, CRC, CCR/CSR
25 Job No.: 831770
```

Case 2:20-cv-02892-SHL-tmp     Document 454-4     Filed 05/25/23     Page 132 of 203
FUSION ELITE ALL STARS vs                    PageID 17395                    Jamie Parrish
VARSITY BRANDS                                                               March 03, 2022

125

1    give you three cheerleading competitions.  So if

2    anybody -- but we want blackouts from December to

3    April.  You can't have another competition here for

4    cheerleading."  And that takes up that venue for the

5    entire season.

6                So if you were a competitor and you

7    wanted to have a competition and you came to Atlanta

8    between the few venues that you could have it in,

9    Varsity has events at most all of them.  So that --

10   that kind of keeps you from entering the marketplace

11   as -- as a competitor, as a competition director or

12   a competition company.

13               So then, if we can do that, you know,

14   like it used to be I would hear Tres talk about,

15   "Well, so-and-so at so-and-so competition is getting

16   very close to meeting their numbers to get a Worlds

17   bid."

18               So our strategy would be to put a Family

19   Plan event on either side of them on the weekend

20   before and the weekend after, and then we would call

21   our sales team and say, "Hey, try to poach teams off

22   of that -- that event."

23               So the sales teams' jobs -- it's

24   interesting because in other market shares -- say

25   like Walmart.  Walmart doesn't know -- you know,

Case 2:20-cv-02892-SHL-tmp    Document 454-4    Filed 05/25/23    Page 133 of 203
FUSION ELITE ALL STARS vs                PageID 17396                         Jamie Parrish
VARSITY BRANDS                                                              March 03, 2022

126

1   Walmart doesn't know the sales of its competitors;

2   it only knows what it has.  Does it have market

3   share?  Sure, it has market share.  It doesn't have

4   competitor knowledge.  Like, literally, they're

5   booked.

6                Cheerleading is different because all of

7   Varsity competitions -- all a Varsity sales rep has

8   to do is pull up a competition from the year prior

9   and look at all the teams' performance orders.

10  Because cheerleading is very interesting that you

11  have to put a performance order and the division.

12               So, very quickly, you can decipher from

13  the teams that were there how many people were

14  there, how many teams were there; you can

15  cross-check them to your Varsity customer list and

16  sales force, and you can come up with the three or

17  four teams that are not on the Family Plan, and then

18  you can come up with the teams that are on the

19  Family Plan, and then you can, you know, make some

20  deals under the table.  Like, "Hey, if you'll come

21  over to this competition, we'll give you three or

22  four athletes," or, "We'll give you some Varsity

23  credits," or, "We'll give you some uniform credits

24  if you'll come over here."

25               And the goal being to pull teams away

127

1   from our competitors in an effort to get their

2   number of participation underneath that requirement

3   set by the USASF Board to give a Worlds bids.

4           And once you -- once they, you know --

5   and then, you know, a competition company within

6   Varsity could then make an appeal to the USASF Board

7   that that particular company had lost its USASF

8   Worlds bid requirement by not having "X" amount of

9   teams, and then that -- then the Worlds bid gets

10  taken, and then, poof, there goes that competition.

11          If they "poof, goes that competition,"

12  then that opens them up for various things like, you

13  know, buying them out, or they just go away.

14      Q.   And did that actually happen, the

15  situation you just described with Varsity planting

16  its own event and driving down numbers at --

17      A.   It was common practice.

18      Q.   Excuse me?

19          MR. KAISER:  Objection.

20      A.   It was common practice.

21      Q.   And the side "deals under the table," as

22  you referred to them, did those actually happen?

23          MR. KAISER:  Objection.

24      A.   Completely.

25      Q.   With any frequency?

Case 2:20-cv-02892-SHL-tmp    Document 454-4    Filed 05/25/23    Page 135 of 203
                                        PageID 17398
FUSION ELITE ALL STARS vs                                              Jamie Parrish
VARSITY BRANDS                                                         March 03, 2022

                                                                            177

 1          A.    Yes.  "Notes."  "Notes."

 2          Q.    On the page -570, it says "Notes."

 3          A.    Yes.

 4          Q.    So right, right above the words "New

 5     Requirements," it says -- do you see the bullet that

 6     says: "Get rid of any competitors, make it so that

 7     teams couldn't go to IEP"?

 8                Do you see that?

 9          A.    Yes.

10          Q.    What does that mean?

11          A.    Exactly what it sounds like.  That, at

12     all costs, get rid of IEPs.  Make it so teams can't

13     go -- make it physically, just absolutely, if you

14     can't get a World bid, and you can't get a Summit

15     bid, and you -- and it's going to cost you way more

16     and we're going to make it...

17                You know, when you have -- when you're

18     that big, you can price things so strategically that

19     if teams -- I mean, if you're going to pay me $500

20     to go to a Varsity competition or pay me nothing to

21     go to an IEP, I'm going to go to the Varsity

22     competition.  That's how you get rid of IEPs.

23          Q.    And when you say --

24          A.    Because it's --

25          Q.    Go ahead.  Sorry.

178

1          A.    It just makes it too hard for a

2    competitor to offer a competitive, a competitive

3    good or service.

4          Q.    And when you say "get rid of them," did

5    you mean put them out of business?

6          A.    Yes.

7                MR. KAISER:   Objection.

8          Q.    And when you were the director of

9    strategy for Varsity, did you understand that that

10   was a goal of Varsity's?

11               MR. KAISER:   Objection.

12         A.    It was commonplace in our executive

13   team, in and out of the office, on the phone, all

14   the time, we were very, very determined to make sure

15   that Varsity -- we didn't want IEPs coming into the

16   market.  It's just like any other company.

17               No other company, you know, wants it.

18   Now, how -- how you go about doing that, you know,

19   some people will just say, "Provide a superior

20   product at a better price."

21               But I think some of the levels that we

22   went to to achieve this were a bit questionable.

23   That's just my personal opinion.

24         Q.    So when you said, you know, in the

25   company on the phone, etcetera, who were you

306

```
1              REPORTER'S CERTIFICATE

2              I, MAYLEEN AHMED, the undersigned, do

3    hereby certify:

4              That the witness, JAMIE J. PARRISH,

5    before examination was remotely duly sworn; that the

6    foregoing deposition was taken remotely

7    stenographically by me on March 3, 2022, and

8    thereafter was transcribed by me; that the

9    deposition is a full, true, and complete transcript

10   of the testimony; and that, in accordance with

11   FRCP 30(e)(1), before completion of the proceedings,

12   review of the transcript was not requested and

13   signature was not reserved by the witness.  I

14   further certify that I am not a relative or employee

15   of any attorney or counsel or any party to this

16   action, and that I am not financially interested in

17   said action or the outcome thereof.

18              In WITNESS WHEREOF, I have hereunto set

19   my hand this 14th day of March 2022.

20

21   _____
         /s/  MAYLEEN AHMED, RMR, CRR, CRC
22       Washington CCR No. 3402 - Exp 12/29/22
         Oregon CSR No: 17-0447 - Exp 12/31/23
23       Texas CSR No:  9428 - Exp 7/31/23
         California CSR No: 14380 - Exp 12/31/22
24       New York Notary Public

25
```

307

1

2
            IN THE UNITED STATES DISTRICT COURT
3
        FOR THE WESTERN DISTRICT OF TENNESSEE
4

5

FUSION ELITE ALL STARS, et al.,)
6                               )
                Plaintiffs,    )No.2:20-cv-
7                               )02600-SHL-cgc
            vs.                 )
8                               )
                                )
9    VARSITY BRANDS, LLC, et al.,  )
                                )
10              Defendants.      )
    -------------------------------
11   JONES, et al.,             )
                                )
12              Plaintiffs,     )No.2:20-cv-
                                )02892-SHL-cgc
13          vs.                 )
                                )
14   BAIN CAPITAL PRIVATE EQUITY,  )
     et al.,                     )
15   -------------------------------

16      HYBRID VIDEOTAPED CONTINUED DEPOSITION OF
                    VOLUME II
17              JAMIE J. PARRISH
            Thursday, March 17, 2022
18

19

20
     Reported by:
21   LISA M. MURACO
     JOB NO. 2022-836012
22

23

24

25

Case 2:20-cv-02892-SHL-tmp   Document 454-4   Filed 05/25/23   Page 139 of 203
PageID 17402

FUSION ELITE ALL STARS vs
VARSITY BRANDS

Jamie Parrish
March 17, 2022

476

                          J. Parrish

1

2   BY MR. SAVERI:

3        Q.    And then Mr. Stoller writes:

4   Varsity signs multi- year supply contracts with

02:09  5   gyms, giving them a cash rebate if gyms send

6   their cheerleaders to Varsity competitions and

7   buy Varsity equipment.

8             Based on your knowledge and

9   experience in the industry, is that a correct

02:10  10   statement, sir?

11             MR. KAISER:  Objection.

12        A.    Yes.

13        Q.    Let's flip to the next page.

14             At the top of the -- of that page

02:10  15   there's a quote.  It says:  Varsity has control

16   over cheerleading at every level of the U.S.

17   and abroad.  There is no resistance.

18             Do you see that?

19        A.    Yes.

02:10  20        Q.    Is that quote an accurate

21   description of the market?

22             MR. KAISER:  Objection.

23        A.    Yes.  I don't know if my answer

24   could be longer than a yes, but I have --

02:11  25        Q.    Yes, yes, Mr. Parrish, you can

477

                           J. Parrish

1

2    certainly explain your answer.

3            MR. KAISER:  Objection.  That's not

4        a question.

02:11 5   BY MR. SAVERI:

6        Q.    Mr. Parrish, would you like to

7    expand on the answer to the previous question?

8            MR. KAISER:  Objection.

9        A.    Sure.  So when Varsity runs the

02:11 10  USASF, they're in control over everything that

11   happens in All Star cheerleading in the

12   country.  When Varsity administers the -- the

13   national championships, the national high

14   school championships solely, they take over the

02:11 15  entire high school competition space.  And it

16   is not a publicly -- it's not like all of the

17   states come together and do it.  Varsity runs

18   it, owns it.

19            And then the IASF, which was a

02:11 20  Varsity company also, they run, you know,

21   everything.  And Varsity has always maintained

22   the majority of the seats on the board, and the

23   other seats occupied on all of these boards

24   were -- in the All Star community were normally

02:12 25  people who benefited from a family plan or a

478

1                    J. Parrish

2     network agreement, and then on the high school

3     level it was normally a coach that participated

4     in camps with their teams or competitions with

02:12  5     their teams.  And now we have the development

6     of USA Cheer and -- and -- and the ICU, the

7     International Cheer Union, and they pretty much

8     control that.

9              So I guess, the answer is

02:12  10    absolutely.  They control the I -- the ISF, the

11    IASF, the USASF, and high school nationals.

12    Yeah, I would say that they do control.

13                    MR. KAISER:  Objection.  Move to

14        strike.

02:12  15   BY MR. SAVERI:

16         Q.    Thank you.

17              Mr. Parrish, did Varsity lobby to

18    prevent cheerleading from being considered a

19    sport?

02:13  20                    MR. KAISER:  Objection.

21         A.    In the beginning -- in the beginning

22    I feel like there was a -- there were a lot of

23    people who were saying, Are we really governed

24    by a proper governing body, and that started

02:13  25    happening and it was not advantageous for

Case 2:20-cv-02892-SHL-tmp    Document 454-4    Filed 05/25/23    Page 142 of 203
PageID 17405

FUSION ELITE ALL STARS vs
VARSITY BRANDS

Jamie Parrish
March 17, 2022

803

1

2                    C E R T I F I C A T E

3

4   STATE OF NEW YORK    )

5                        ) ss.:

6   COUNTY OF NEW YORK  )

7

8           I, LISA M. MURACO, a Notary Public

9       within and for the State of New York and

10      Florida, do hereby certify:

11          That JAMIE PARRISH, the witness whose

12      deposition is hereinbefore set forth, was

13      duly sworn by me and that such deposition

14      is a true record of the testimony given by

15      such witness.

16          I further certify that I am not

17      related to any of the parties to this

18      action by blood or marriage; and that I am

19      in no way interested in the outcome of this

20      matter.

21          IN WITNESS WHEREOF, I have hereunto

22      set my hand this 23rd day of March, 2022.

23      *Lisa Muraco*
        -------------------------

24                  LISA M. MURACO

25

# EXHIBIT 6

# FILED UNDER SEAL

Bain Capital

**Project Hercules Interim IC**

17 October 2014

Josh Bekenstein
Tyler Biddix
Tim Brown
Chris Chen
Ryan Cotton
Christian Jitianu
Adam Nebesar
Jonathon Penn
Ben Prawdzik
Will Tetler
Jennifer Xia

Confidential

**Project Hercules**                                                     **Investment Thesis**

- **Varsity Brands is a portfolio of 4 businesses operating largely independently today; each are market leaders with scale advantages and sticky sales relationships, but with different underlying growth dynamics**
  - <u>Herff Jones Yearbook</u> is in slow, stable, long-term secular decline due to declining relevance and growing low-end competition
  - <u>Herff Jones Achievement</u> is a portfolio of products sold through a different set of reps; most of the profit pool is stable but some products in decline (e.g., high-end high school graduation announcements)
  - <u>BSN Sports</u> is a fast-growth (20%+ CAGR) equipment and uniform distributor driving industry consolidation
  - <u>Varsity Spirit</u> owns the cheerleading market, a stable end market (with some macro sensitivity) and growing through innovation

- **In many ways, this is a classic "low/low" deal with and 9x EBITA entry multiple (8x with pro-forma credit for $35M cost opportunity) with most of value creation in early years creating early recap and exit optionality... but, also comes with a relatively narrow (and we believe balanced due to limited correlation in businesses) fan**

- **We believe there are two significant value-creation opportunities which provide an interesting investment opportunity despite predictable, secular declines in portions of the profit pool**

  1. A $50M+ cost opportunity, largely at legacy Herff Jones, that the new management team is eager to execute against and accelerate, but has been constrained by their board and the ESOP structure
     - Legacy U.S. manufacturing business, with redundant regional plants, run by and for plant-level employees, and historically protected from market forces by a high margin sales channel  (e.g., manufacturing disposable gowns in Champaign, IL)
     - Huge corporate overhead (e.g., ~120 IT employees vs. 16 at BSN) and rich compensation and benefits
     - Zero post-merger integration to date (3 headquarters, 3 finance, 3 IT, 3 HR, 3 legal departments)

  2. Significant headroom for continuation of BSN growth trajectory
     - 3x RMS but ~10% share in a fragmented market served by local mom & pop dealers
     - Growth driven by significant scale advantages, which make BSN the best home for top sales reps
     - Currently at 450 reps and adding 70 net per year (100 gross) with scalable IT platform and training/orientation capability

  - Additional "option ticket" from potential cross-sell and leveraging of product breadth (hard to underwrite, but widens upside)
  - Additional upside, but not something we have diligenced, is add-on acquisitions using the same sales reps and/or systems

- **Also believe that the process has narrowed in the face of a nearly impossible timeline in which to diligence 4 companies**
  - We believe 1, maybe 2, competitors will submit bids on Tuesday; all will be challenged by a tough financing market
  - We have continued to build a strong relationship with senior management including a trip to Boston by the CEO on Tuesday

**Bain Capital**

2

## Project Hercules                                      Where We're At

*In the past 20 days we "scrambled the jets" – a full squadron – and have accomplished a lot...*

*...but obviously, there are trade-offs in a process this compressed and more we wish we knew*

- **11 NAPE team members** and **100+ members of the broader Bain team** in the dataroom
  - **K&E** (legal)
  - **PWC** (accounting)
  - **Parthenon** (school decision-maker surveys & interviews)
  - **Research Now** (consumer surveys and sales rep survey)
  - **Marsh** (insurance)
  - **Environ** (site visits & environmental assessment)
  - **Mercer** (compensation benchmarking)
  - **Genpact** (cost opportunity)
  - **PWC Ops Group** (cost opportunity)
  - **Goldman M&A** (exit)
  - 5 financing banks

- **100+ hours of management time** across 4 independently managed businesses with 3 independent finance, legal, HR back offices
  - Includes ~25 hours of BCP-led business diligence

- Deeper conviction in full potential cost opportunity and time required to achieve

- Deeper understanding of discounting and price declines in yearbook and real like-for-like pricing data as well as deeper micro-driver analysis

- Regional competitive dynamics in BSN

- More clever analytics to better test and quantify the cross-sell opportunity

- Deeper analytics and precision on fixed / variable costs and margin scaling / descaling as different segments grow and shrink

*Where we "don't know" we have tried to lean back or rely on our best judgment; on balance, believe fan around uncertainty evenly distributed to slightly positive... Fundamentally, believe overall deal fan to be narrow*

**Bain Capital**

3

Confidential

BAIN00055589

**Project Hercules**                                         **Summary Thoughts**

*At the end of the discussion, we think...*

| ... you will be interested if you believe... | ... you may not be interested if you believe... |

- Buying a fundamentally decent businesses with enduring value to the platform and relatively low volatility of potential outcomes (in total)
  - Herff comes with sticky and stable customer relationships via relationship driven salesforce and economies of scale that are difficult to disrupt
  - BSN provides real growth potential
  - Varsity fundamentally a good / stable business

- Cost opportunity is real and material
  - Opportunity due to ESOP legacy
  - Cost actions are in process and happening deal or no deal

- We are buying well
  - "Low / low" deal
  - Transaction structure and asset step-up on Herff Jones creates tax shield and exit optionality

- We are partnering with a strong management team
  - Aggressive and hungry
  - Innovative and proven winners in respective industries
  - New blood and energy on sleepy HJ business

- Platform has diminishing value and disruptive threats are high probability and/or imminent
  - High cost salesforces do not provide commensurate value to customers; anachronistic in an internet world

- Secular headwinds are likely to accelerate
  - Profit pool risk in yearbooks, class rings, announcements

- Cost thesis is unappealing
  - Org challenges around comp and headcount reductions
  - Limited appetite for executional risk, etc.
  - Disruption risk in comp realignment

- Exit may be challenged
  - Low growth but limited ongoing cost take-out potential
  - Hard IPO story and no obvious strategics

| **Objectives for the Conversation** | |
|---|---|
| *20 min* | Upfront framing of deal (through p. 18) |
| *90 min* | Review diligence findings, pausing for Q&A discussion on each segment |
| *30 min* | Open discussion |
| *10 min* | Discuss pricing and next steps / follow ups |

**Bain Capital**

4

Confidential                                                                    BAIN00055590

**Project Hercules**                                    **Business Overview**

*Recently combined portfolio of complementary businesses
selling to and through schools*

| Business Overview | Description |
|---|---|

**Business Overview chart:**
- 2014E Revenue by Legacy Company: $1,208M — BSN Sports, Herff Jones
- 2014E Revenue by Category: $1,208M — Apparel, Uniforms & Equipment; Achievement; Yearbook
- 2014E Adj. EBITDA by Category: $183M — Apparel, Uniforms & Equipment; Achievement; Yearbook

**Margin:**
- 25%
- 11%
- 12%
- 13%
- 34%
- 15%

**Description:**

- **Varsity Spirit: "We are cheer"**
  - #1 Marketer & distributor of **cheer apparel & accessories**
  - #1 Operator of cheerleading **competitions & camps**
  - **Acquired in 2011**

- **BSN Sports**: #1 Marketer & distributor of **sports equipment & uniforms**
  - Customers: high schools, colleges, cities, leagues
  - 400+ sales reps and growing
  - **Acquired in 2013**

- **HJ Achievement Segment**: Manufacturer, marketer & distributor of **class rings, cap & gown, graduation announcements & diplomas/frames**

- **HJ Yearbook Segment**: #2 Manufacturer, marketer & distributor of **school yearbooks**, with custom curriculum and software

**Bain Capital**

5

Confidential

**Project Hercules**                                        **Business Framing** (1 of 2)

**HERFF JONES**®

|  | Yearbook | Achievement | BSN SPORTS | VARSITY® |
|---|---|---|---|---|
| **Market Position** | • #2 (to Jostens)<br>• ~20% share<br>• 0.5x RMS | • #1 / #2 by product<br>• 20-30% share<br>• 0.8-1.0x RMS | • #1<br>• ~10% share<br>• 2x+ RMS | • #1<br>• 50-80% share<br>• 2-10x+ RMS |

**Characteristics**

◄─────────────── • **Lots of customers** ───────────────►

◄─────────────── • **Long-term sales relationships** ───────────────►

◄──── • Long lead times ────►          ◄──── • Rapid supply chain ────►

| Yearbook advisors | Administrators | Coaches / Ads | Cheer coaches |
|---|---|---|---|
| • Student pay | • Mostly student pay | • Mostly school pay | • Student pay |
| • Curriculum matters | • Portfolio of products | • High value to school | • High service model |
| • Quality & service are important | often sold as a "graduation package" | (customization & service) and brands | (custom uniforms made to order) |

**Management Philosophy**

◄──── • Run for employees ────►          ◄──── • Run aggressively ────►

• Resistant to change                    • Aggressively driving change

• Legacy manufacturing orientation       • Capital light

**Bain Capital** ─────────────────────────────────────────

8

**Project Hercules**                                    **Business Framing** *(2 of 2)*

| | **HERFF JONES®** | | **BSN SPORTS** | **VARSITY** |
|---|---|---|---|---|
| | Yearbook | Achievement | | |
| **Current Trending** | • Slow decline<br>• Moderate buy rate declines + moderate pricing pressure | • Slow decline<br>• Declining ring & announcements<br>• Stability/growth in cap & gown and diploma | • Rapid growth<br>• Driven by growth of salesforce as BSN consolidates mom & pop industry | • Moderate growth<br>• Driven by innovation in competitions |
| **Outlook** | • Continued slow decline with price pressure | • Continued slow decline, but increasing shift to stable businesses | • Moderate to rapid growth as consolidation & sales force expansion continues | • Slow growth through continued innovation |
| **Key Risks** | • Competitive disruption drives pricing reset | • Ring & announcement profit pools decline | • Sharp decline in football participation or competition for reps intensifies | • Macro |

**Bain Capital**

7

                                    BAIN00055593

## Project Hercules                                                    Deal Context

| Company History & Structure |
| --- |

- Herff Jones is a U.S. manufacturing business, founded in 1920, which endures largely unchanged due to a highly productive sales channel

- Acquired by ESOP in 1989/1995 from Carnation and employee owned since

- Acquired Varsity and BSN in 2011 and 2013 in effort to diversify away from declining core; Varsity and BSN were PE-owned (LGP and Onex) and entrepreneurially managed, by Varsity founder and BSN founder's son

- No business integration to date (3 separate headquarters, ERPs, back offices), but Varsity and BSN CEOs now in charge of the combined business

- Unable to pursue aggressive transformational agenda due to constraints of ESOP structure; retirees create ongoing cash drain which is compounded by any restructuring action

**Bain Capital**

| Management Team |
| --- |





**Jeff Webb**
CEO
Founded Varsity in 1974

**Adam Blumenfeld**
CEO, BSN
Son of BSN Founder

| **Terry Babilla** | • BSN President<br>• 19 years at BSN, previously law partner |
| --- | --- |
| **John Nichols** | • Varsity GM<br>• 21 years at Varsity, CPA advisor to Varsity |
| **Tom Tanton** | • Herff Jones President<br>• 30 years at BSN, started as yearbook rep |
| **John Pitts** | • CFO<br>• CFO of BSN since 2007, previously CFO of Horizon Health |

8

## Project Hercules                                      Cost Opportunity

*Significant cost opportunity possible because ESOP structure prevented the new management team from fixing things that are obviously broken*

| **High cost domestic manufacturing footprint** | **Complicated and inefficient IT infrastructure** | **Too much headcount across Herff** (w/ above-market pay and gold-plated benefits) | **Inefficient backoffice with (almost) no integration with BSN and Varsity** |
|---|---|---|---|
| *"There is no reason why we should still be cutting and sewing disposable graduation gowns in Champaign, IL…"* - Herff mgt. team | *"Spending levels 3x peer group, staff levels 3-4x peer group…unclear alignment between business strategy and IT investments"* - Gartner study | *"Total remuneration levels for legacy Herff Jones above the competitive range"* - Mercer | *"They operate as 3 distinct entities…management does not seem to discuss holistic business matters"* - PWC Ops |

- 12 US based plants making labor intensive products

- Underutilized facilities operate on single shift schedule most of the year

- Many years behind competitors in lean initiatives, outsourcing aspects of the value chain, and moving capacity offshore

- 13 different ERP systems at Herff alone

- 50-60 servers

- High cost to support antiquated custom applications when simpler, cheaper, better SAAS solutions exist

- Low labor productivity across functions

- Herff's 401(k) match is above-market and 5-15x more generous than BSN or Varsity

- Herff employees have more expensive plans and contribute less than BSN or Varsity

- Overlapping backoffices in HR, F&A, and IT

- A lot of manual processes

- No integration yet except for a shared corporate insurance policy and shared FedEx

- Immature sourcing organization

**Bain Capital**

9

## Project Hercules                                    Cross-Sell Opportunity

***We don't believe it's a game-changer, but on the margin, believe there is upside from cross-selling***

| Cross-sell not game-changing… | …but can take many different forms… | … and anecdotally has worked in the past |
|---|---|---|

- **Different touch points and rep profiles**
  – BSN: Athletic director/ coach (rep: "local guy", former coach)
  – VS: Cheer coach (rep: former cheerleader/ coach)
  – HJ Yearbook: Yearbook advisor (rep: technologically savvy, good at communicating with students)
  – HJ Achievement: Principal (rep: buddies with principal, autonomous)

- **Customer dynamic needs to shift to really enable cross-sell**
  – More regional procurement
  – More administrator oversight

- **Warm introductions & referrals**
  – Occurs every day
  – New team in place to facilitate

- **School-wide solutions**
  – District by district, school by school appetite
  – Some "savvy" young school leaders get the value; traditionalists don't see the incentive

- **District-wide solutions**
  – No real move to district centralization
  – But… some evidence that this is / has worked at "leading edge" schools

**Chaparral Case study:**
- HJ rep helps Chaparral HS re-brand, encouraging engagement and pride in schools w/ new logo and mascot design, signage, business cards for staff, briefcases for admin, custom cap & gown, etc.

- Initiatives helped boost graduation rate from 32% to 70+%, principal at Chaparral GS promoted to Superintendent in Clark County

- Significant increase in Varsity sales

**Mississippi Case study:**
- BSN capitalized on a strong relationship Herff has with a district in Mississippi to sign a contract and supply all the athletic equipment for the 6 schools in the district, increasing annual sales from $60k to $1M+ per year

**There are currently different salesforces for a reason**

**For now, we've included no benefit from cross-sell**

**Bain Capital**

Note: BSN field sales only, YE 2013 footprint, Sept 2014 rep count
Source: BSN Detailed Customer Information, HJ Yearbook Sales by Customer, VSF Entered Sales 2010-TYD 09-2014

10

Confidential                                                                      BAIN00055596

## Project Hercules                                    Cross-Sell Enablers

*Clearly places where potential exists and Varsity has differentiated tools / offerings*

| High Territory Overlap *(Illustrative Example)* | Several Enabling Technologies for Direct-to-Parent Cross-Sell |
|---|---|



*(green dots indicate one division with presence; orange indicates two divisions with presence, red indicates all three overlap)*

- "My Team Shop" direct to parent online sales platform



"My Team Shop" sales

- Live sports streaming JV partner (PlayOn) → ad platform

- Artwork database for 35K+ schools across the US

- Student and parent contact information (CRM)

*Plenty of warm introductions to be made & company only recently began to focus here with creation of "Synergy Team"*

*Strong launching platform for next generation of online cross-sell*

**Bain Capital**

Source: BSN MP                                                                                        11

Confidential                                                                            BAIN00055597



## Project Hercules                                             Fan Orientation

*The business is comprised of many, uncorrelated fans that, collectively, narrow the fan*

| | Decline / Worse than Today | Stable / Same as Today | Growth / Better than Today | Summary |
|---|---|---|---|---|
| **Herff Jones** | | | | |
| Yearbooks | Low-end disruption ○ | | | OK business in long-term, predictable & stable decline |
| Achievement | | | | Portfolio of businesses with stability in cap & gowns and diplomas but significant recent declines in rings and announcements expected to continue (but potential for moderation) |
| • Rings | | ● | | |
| • Announcements | ● | | | |
| • Cap & Gowns & Diploma-related | | New / competitive products ● | | |
| **BSN** | | | ● | Market leader with significant white space potential; assuming growth moderates vs. recent history |
| **Varsity** | | Reset / Macro ● | New events, Stunt, Int'l | "Base case" consistent with history, but volatility in both directions |
| **Cost** | | | ● | ~$75M+ cost opportunity; assuming $35M with clear visibility |
| **Exit** | | ● 1) Recap 2) Grow & IPO | | Assumed NFB; alternate scenarios likely better |

**Bain Capital**

○ = base case orientation;
Color represents team
confidence level

● High
● Medium
○ Low

12

## Project Hercules                                          Entry Multiple

*Because we are "buying right," attractive cash flow yield before full-potential cost savings*

| | 2014E Profitability | | | At $1.45B Purchase Price | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | EBITDA | E-C | Unlever. FCF | EBITDA | E-C | Unlevered FCF Yield | Levered FCF Yield |
| **Reported** | $139 | $116 | | | | | |
| plus: ESOP | $28 | $28 | | | | | |
| plus: LTIP | $20 | $20 | | | | | |
| plus: Additional Adjustments | $6 | $6 | | | | | |
| **Mgmt Adjusted** | $193 | $170 | $107 | 7.5x | 8.5x | 7% | 15% |
| Less: PwC QoE | ($10) | ($10) | | | | | |
| **QofE Adjusted** | $183 | $160 | $101 | 7.9x | 9.0x | 7% | 13% |
| BSN Run-Rate | $1 | $1 | | | | | |
| Near-Term Cost Savings | $13 | $13 | | | | | |
| **Pro-Forma Adjusted** | $196 | $174 | $109 | 7.4x | 8.3x | 8% | 15% |

**Bain Capital** ──────────────────────────────────────────

13

## Project Hercules

**IC Tools**

***Hercules @ $1,450M***

**Entry Multiple vs. Growth**

**BCP closed and recently evaluated deals**

**Comments:**

- Multiple and growth relative to 12/31/14
- PF Cost includes $13M of cost takeout

**Bain Capital**

Source: BCP Final Credit Committee packs since 2004. TEV based on actual purchase price for actual deals and on BCP final or last bids for deals that were not completed.

## Project Hercules

## Equity Value Bridge

**Equity Value Bridge – 2.9x MoM @ $1.45B PP / $1,125M Leverage**

**Bain Capital**

Note: Assumes recap to 5.5x leverage at end of 2016, 3% fees & 100% DEB

# Project Hercules

## Key Issues

| | | Opportunities / Risks | Summary Findings & Team POV | Confidence |
|---|---|---|---|---|
| ① | **Cost Opportunity** | • Sizing & achievability | • $75M+ opportunity driven by (a) legacy ESOP, (b) U.S. labor-intensive manufacturing, (c) no integration<br>• Believe that with more work, would identify more | ● |
| ② | **Yearbook** | • Price declines and risk of low-end disruption<br>• Impact on margin structure | • Steady glide path today, and we believe changes will happen glacially given stability of sales relationships<br>• Have assumed substantial margin impact (instead of sharing pain with reps) | ◔ |
| ③ | **Achievement** | • Stability of cap & gown and diploma businesses<br>• Durability of ring and announcement profit pools | • Most of profit pool today resides in stable / growing businesses that are unlikely to change<br>• Assume continued declines but recent signs of ring stability and opportunities for innovation in announcements | ◑ |
| ④ | **BSN Sports** | • Continued headroom for growth through industry consolidation | • Early innings of consolidation with ~10% share in a large, growing market currently served by legacy mom & pop dealers who are increasingly disadvantaged vs. BSN | ◕ |
| ⑤ | **Varsity Spirit** | • Durability of new profit pools<br>• Growth headroom | • Leading platform brands in an attractive, stable market<br>• A bet that the team can continue to innovate around that platform to drive the growth of the sport | ◕ |
| ⑥ | **Deal Considerations & Exit** | • Structure & journey<br>• Appetite for restructuring<br>• Ability to exit | • Asset deal for HJ creates tax shield and inside basis, which creates optionality to split up the business<br>• Cost oppt'y creates early recap potential<br>• Likely sponsor exit but potential to IPO with growth upside | |

**Bain Capital**

18

Confidential

BAIN00055602

## Project Hercules                                           Fan of Outcomes

| | | Downside | | Base Case Orientation | | Upside | |
|---|---|---|---|---|---|---|---|
| ① | **Cost Opportunity** | • **$25M** and takes longer than expected to achieve | (245 bps) (0.3x) | • Achieve **$35M** (by 2018) of cost actions developed internally by HJ and currently under way | | • **$50M** by 2017 | 331 bps +0.4x |
| ② | **Yearbook** | • "Price pressure worsens": churn and ASP accelerate<br>• (6%) rev → **($27M)** | (148 bps) (0.2x) | • "Trends continue": (3%) buy rate + (1.5%) price driven by reset on churn<br>• (4%) rev / (8%) EBITDA → **($20M)** | | • "Some improvement": pressure moderates<br>• (2%) rev → **($13M)** | 123 bps +0.1x |
| ③ | **Achievement** | • Ring and announcement declines accelerate<br>• (2%) rev → **($10M)** | (222 bps) (0.2x) | • Ring declines moderate and announcement declines continue<br>• 0% rev / 0% EBITDA → **+$1M** | | • Ring rebound & announcements stabilize<br>• 2% rev → **+$11M** | 174 bps +0.2x |
| ④ | **BSN Sports** | • 30 net new reps / year as market gets competitive<br>• +7% rev → **+$25M** | (112 bps) (0.1x) | • 60 net new reps / year (vs. 70 recently) with 2%/year catalog cannibalization<br>• +10% rev / +8% EBITDA → **+$35M** | | • 100 net new reps / year to double rep base<br>• +14% rev → **+$54M** | 222 bps +0.3x |
| ⑤ | **Varsity Spirit** | • Macro dip with moderate recovery below today<br>• 0% rev → **($7M)** | (513 bps) (0.5x) | • Apparel growth moderates and competitions continue share gain<br>• +5% rev / +5% EBITDA → **+$15M** | | • Continued innovation (e.g., STUNT)<br>• +6% rev → **+$25M** | 251 bps +0.3x |
| ⑥ | **Deal Considerations & Exit** | • "Perpetual recap" equivalent = ~**7x EBITA** | (722 bps) (0.7x) | • Sponsor exit at **8.5x EBITA** | | • IPO exit at **9x EBITA** = **13x Fwd P/E** | 207 bps +0.2x |

**Bain Capital** ─────────────────────────────────────────────────

                                    **2.9x MOM / 23% IRR**      **Recap: +3%**

17

**Project Hercules**                                                      **Agenda**

① Cost Opportunity

② Yearbook

③ Achievement

④ BSN Sports

⑤ Varsity Spirit

⑥ Deal Considerations & Exit
   + Pricing Discussion

**Bain Capital** ————————————————————————————————

18

## Hercules                                         ① **Cost Opportunity**

- Management's $35M of identified cost initiatives is "only the tip of the iceberg"

    - $17M of savings from plant consolidation and benefits harmonization are already underway ($3M realized in CY 2014)

    - Additional $18M identified from specific initiatives happening over the next few years

- BCP team and army of advisors (PWC Ops, Mercer, GenPact, Clearview) think there is at least $15-20M more savings in Herff Jones alone

    - High conviction in management's $35M of identified initiatives

    - Think $75M (or more) is achievable if we can fully integrate Herff with BSN and Varsity and outsource backoffice functions

- Significant savings opportunity in-line with realized savings of PE-owned competitors
    - Visant (KKR) and AAC (Fenway) have aggressively restructured over the last decade; Herff is years behind

*Underwriting $35M run-rate savings in the base case, but
think fan is asymmetric to the upside*

**Bain Capital** ───────────────────────────────────────────

19

**Project Hercules**                                          ① **Cost Opportunity**

*Team has confidence in identified initiatives; underwriting $35M in the base case, but we think there is much more here to play for...*



Bain Capital

Source: PWC, Mercer Consulting, Genpact, Clearview, BCP Analysis.                    20

## Project Hercules     ① Cost Opportunity

***Advisors completed a detailed review of initiatives—validated opportunity and identified more savings***

| Identified Initiative | Plan | Identified Cost Opportunity By Management | By Advisors | Year Realized | Advisor Support | G/Y/R | Fan of Outcomes Downside | Base Case | Upside |
|---|---|---|---|---|---|---|---|---|---|
| Yearbook Consolidation | Phased consolidation of 4 YB plants into 1 KC plant | | | 2016 | PWC Ops | G | $8.3 | $8.3 | $8.2 |
| Fine Paper Consolidation | Close Iola plant; 105 FTEs | | | 2016 | PWC Ops | G | $0.9 | $0.9 | $0.9 |
| Fine Paper Consolidation | Move production to Fine Paper printing facility; 35 FTES | | | 2017 | PWC Ops | G | $1.0 | $1.0 | $1.0 |
| Fine Paper Consolidation | Run-rate fixed cost savings from Iola closure | | | 2015 | PWC Ops | G | $0.4 | $0.4 | $0.4 |
| Post-consolidation efficiencies | Eliminate VP of Operations & Controller (combine resp.) | | | 2016 | PWC Ops | Y | $0.4 | $0.4 | $0.4 |
| Post-consolidation efficiencies | DL and IL efficiencies at consolidated YB facility | | | 2015 | PWC Ops | Y | $0.7 | $1.0 | $1.3 |
| Post-consolidation efficiencies | DL and IL efficiencies at consolidated YB facility | | | 2015 | PWC Ops | Y | $1.0 | $1.0 | $0.6 |
| Post-consolidation efficiencies | DL and IL efficiencies at consolidated Jewelry facility | | | 2015 | PWC Ops | Y | $1.0 | $1.0 | $0.8 |
| Cap & Gown Consolidation | Move Champaign C&G production to Arcola | | | 2017 | PWC Ops | Y | $2.3 | $2.3 | $2.5 |
| **Total Manufacturing Consolidation** | | **$16.5** | **$16.5** | | | | **$14.6** | **$16.5** | **$16.5** |
| Jewelry Consolidation | Outsource ring finishing to Mexico; 74 FTEs | | | 2015 | PWC Ops | G | $5.4 | $5.4 | $5.5 |
| Additional YB Print/Bind Outsourcing | Outsource remaining YB production to print/bind provider | | | 2018 | PWC Ops | Y | $0.0 | $0.0 | $2.2 |
| Rings - Full Outsourcing to Mexico | Outsource 50k more jewelry units to existing partner | | | 2018 | PWC Ops | Y | $0.8 | $0.8 | $0.8 |
| Rings - Full Outsourcing to Mexico | Outsource remaining jewelry volume to existing partner | | | 2018 | PWC Ops | Y | $0.0 | $0.0 | $5.3 |
| Indianapolis Outsourcing | Outsource remaining Indianapolis print/announce. prod. | | | 2018 | PWC Ops | Y | $0.0 | $0.0 | $0.0 |
| Cap & Gown Outsourcing | Outsource disposable C&G manufacturing | | | 2017 | PWC Ops | Y | $2.3 | $2.3 | $2.3 |
| **Total Outsourced Production** | | **$6.5** | **$12.9** | | | | **$6.5** | **$6.5** | **$12.9** |
| IT Transformation | Downsize IT employee base; 46 FTEs | | | 2017 | PWC Ops | Y | $4.7 | $4.7 | $4.7 |
| IT Transformation | Reduce ERP count from 13 to 5 | | | 2018 | PWC Ops | Y | $2.0 | $2.0 | $2.0 |
| IT Transformation | Target IT spend of 4% of sales | | | 2019 | PWC Ops | Y | $0.0 | $0.0 | $4.0 |
| **Total IT Transformation** | | **$6.7** | **$10.7** | | | | **$6.7** | **$6.7** | **$10.7** |
| 401(k) matching | Conform HJ plan to BSN and Varsity levels | | | 2015 | PWC Ops | Y | $2.1 | $3.0 | $3.0 |
| Active Medical Alignment | Conform HJ benefits package to BSN and Varsity levels | | | 2015 | PWC Ops / ClearView | Y | $0.0 | $0.0 | $3.0 |
| **Total Benefits Reductions** | | **$3.0** | **$6.0** | | | | **$2.1** | **$3.0** | **$6.0** |
| Finance Function Consolidation | Finance department headcount reduction | | | 2015 | PWC Ops | Y | $0.1 | $0.1 | $0.9 |
| HR Function Consolidation | HR department headcount reduction | | | 2015 | PWC Ops | G | $0.4 | $0.4 | $1.1 |
| Corporate Marketing | Eliminate 1 corporate marketing FTE (salary and burden) | | | 2015 | PWC Ops | G | $0.2 | $0.2 | $0.2 |
| Eliminate Innovation Employees | Eliminate 2 FTEs in innovation dept. (salary and burden) | | | 2015 | PWC Ops | G | $0.2 | $0.2 | $0.2 |
| Executive Position Elimination | Eliminate 1 executive position (salary and burden) | | | 2015 | PWC Ops | G | $0.3 | $0.3 | $0.3 |
| College Sales Management | Eliminate 3 sales managers (salary and burden) | | | 2015 | PWC Ops | G | $0.5 | $0.5 | $0.5 |
| Scholastic Sales Management | Restructure Achievement salesforce | | | 2015 | PWC Ops | G | $0.6 | $0.6 | $0.6 |
| **Total Backoffice Savings** | | **$2.4** | **$5.8** | | | | **$2.4** | **$2.4** | **$5.8** |
| Direct Procurement | Strategic sourcing - 2-4% savings in certain categories | | | 2017 | PWC Ops | G | $0.0 | $0.0 | $7.5 |
| Indirect Procurement | Strategic sourcing - 2-4% savings in certain categories | | | 2015 | PWC Ops | Y | $0.0 | $0.0 | $2.7 |
| **Total Procurement Savings** | | **$0.0** | **$10.2** | | | | **$0.0** | **$0.0** | **$10.2** |
| Outsource portion of HR, F&A, and IT | Move ~500 backoffice FTEs to Indian shared service center | | | 2018 | Genpact | Y | $0.0 | $0.0 | $33.6 |
| **Total Backoffice Outsourcing** | | **$0.0** | **$33.6** | | | | **$0.0** | **$0.0** | **$33.6** |
| **TOTAL COST OPPORTUNITIES** | | **$35.1** | **$95.7** | | | | **$32.3** | **$35.1** | **$95.7** |
| *% of 2016E Total Varsity Cash Costs* | | *2.6%* | *7.1%* | | | | *2.4%* | *2.6%* | *7.1%* |
| *% of 2016E Heff Jones Cash Costs* | | *11.3%* | *30.7%* | | | | *10.4%* | *11.3%* | *30.7%* |

## Bain Capital

Source: PWC, Mercer Consulting, Genpact, Clearview, BCP Analysis.

Note: G/Y/R ("Green / Yellow / Red") based on advisors qualitative review of execution risk and complexity.

21

**Project Hercules**                                                    **Agenda**

(1) Cost Opportunity

(2) Yearbook

(3) Achievement

(4) BSN Sports

(5) Varsity Spirit

(6) Deal Considerations & Exit + Pricing Discussion

**Bain Capital**

22

**Project Hercules**                                    ② **Yearbook**

*#2 market position in highly profitable but declining yearbook segment*    **Business Overview**

| Revenue Breakdown & Cost Bar, 2013 | Business Overview |



**Business Overview**

- **#2 player in concentrated yearbook market**
  - ~20% share, ~0.5 x RMS
  - Top 3 players comprise ~70-75% of the market

- **Highly profitable with strong free cash flow characteristics**
  - 40+% segment level EBITDA margins
  - Declining capital intensity with plant consolidation, outsourcing

- **180+ independent sales reps serve ~6,700 customers**
  - Deep relationships with yearbook advisors (key decision maker)
  - Critical in curriculum & book design (YB is graded class at 80% of HS)
  - High customer satisfaction & retention → 6-8% revenue churn
  - High rep satisfaction & loyalty → 53% NPS[1], unlikely to switch

- **Sleepy industry, but becoming more dynamic**
  - YB advisors value service & familiarity; low propensity to switch
  - Digital printing commoditization lowering entry barriers
  - New entrants willing to compete on price
  - Reps, relationships may insulate HS market, but early innings

- **Price pressure likely to continue at current levels**
  - Disruption risk feels controllable due to product differentiation and recent evidence in competitive win / loss history

*Leadership position in highly profitable segment, with levers to pull to manage decline*

**Bain Capital**

Source: BCP Proprietary Yearbook Rep Survey (N=19)
[1] 7 out of 19 respondents provided promoter score of 8

23

# Project Hercules

② **Yearbook**

*Melting glacier since recession, with headwinds in price and volume*

## Historical Trending

| Revenue by Product Category, 2003-2014E | | MD&A |
|---|---|---|



① **Low single digit declines since 2008**
- Copy counts have declined 2-4% / yr
- Churning to lower ASP accounts in most categories
- Anecdotally winning business back from new entrants, but with reset prices

② **Growth in elementary**
- Y Advantage has driven strong growth
- Not a traditional focal point for incumbents
- Lowest ASP product in portfolio
- Advantage+ offering could improve margin

③ **Historical declines offset with cost actions**
- Closed inefficient MO facility in 2010
- Introduced proprietary eDesign software, enabling front-end headcount reduction
- Consolidated regional sales mgmt

*Expect price pressure to continue; further consolidation and cost cuts are required to maintain margins*

**Bain Capital**

Source: Company data, BCP analysis

24

**Project Hercules**                                    ② **Yearbook**

*Buy rates continue to decline at ~2-4% CAGR, but yearbook still*            **Buy Rates**
*resonates to seniors as core high school memento*

| High School Buy Rates | Yearbook Relevance |
|---|---|



*Buy rate declines have been measured, with seniors showing resilience…*

*…and broadly, students continue to articulate an affinity for the product*

**Bain Capital**

Source: BCP Current & Former Student Survey (N=1,679)                                    25
[1] Net positive disposition; % that ranked 4 or 5 less % that ranked 1 or 2

## Project Hercules

### ② Yearbook — Competition

*Market comprised of 4 traditional yearbook companies + smaller, high tech new entrants that have attempted to disrupt the category*

**HS Ybook[1]**

**Competitive Landscape**



|  |  | Traditional | New Entrants / Disruptive Threats | | |
|---|---|---|---|---|---|
| Company | | Jostens / Herff Jones / balfour / Walsworth | TreeRing | picaboo | Shutterfly |
| Founded | | 1897 (J), 1920 (H), 1939 (B), 1937 (W) | • 2009 | • 2002 | • 1999 |
| End Market | | • High (HS), middle (MS), elementary (ES) schools, colleges, other organizations | • 2,000 schools • Mostly ES / MS • Some HS | • Focused on HS • Some ES / MS | • All ES / MS |
| Rep Base? | | • Yes | • No | • Yes | • No |
| Value Prop | | • Quality books created by traditional offset presses **(often owned)** • **High touch service model** – help with curriculum, book design | • **On-demand, online ordering** – no contracts • ~3 week delivery vs. 2-3 mos. for traditional • **Often a lower price point** • Free custom pages + shipping vs. a-la-carte • Ability to build in fundraiser | | • Targets "class moms" • Convenient product given lack of formal channel |
| Product Suite | | • **"A book is a book"** • All have proprietary design software (Jostens driving innovation) • Digital supplements available • Moving toward personalization | • Online design platform with workflow capabilities • Focused on personalization • Digital supplements common / included • Full digital printing capabilities | | • Photobook product with online tutorial, tips, etc. • Intuitive design interface |
| Price point[1] | | • ~$55-60+ • **Pricing often a-la-carte** (pay for base book, upcharges elsewhere) | • $46 • **Includes 2 custom pages** | • $56 • **Free eYearbook** | • N/A (110 page count limit) |
| Observations | | • Anecdotally **winning business back** from new entrants over last 12 months | • Questions around **profitability**, as well as **scalability** of model | | |

*Industry has become more dynamic and price competitive in recent years*
*However, advisor attitudes, sales rep value-add may help insulate HS segment*

**Bain Capital**

Source: Parthenon Academic Memorabilia Survey (n=185), management commentary, BCP analysis, Company websites
[1] Price point for 180 page book with hard cover

28

## Project Hercules

②  **Yearbook**

*ASP pressure has increased as both macro and competitive challenges have mounted in recent years*

**ASP**



| Pricing Evolution – High School | YB Advisor Perspective | Consumer Perspective | BCP Case |

**Pricing Evolution – High School**

- **Same customer:** some volatility / exposure to macro cycle; '11-'13A showing signs of stabilization
- **Churn:** ASP haircut for new customers (~10-15%) driven by increasing competition
- **Mix:** both new and churned are below avg. ASP; top of funnel doesn't churn

*While disruption risk feels boundable, price reset is happening…*

**YB Advisor Perspective**

*…as both the channel and the consumer are calling for price to go down*

**Consumer Perspective**

*Only 1/3 of non-buyers not influenced by price reduction*

*Would you purchase if the price was…*

**BCP Case**

- Modeling customer churn + churn ASP haircuts **in line with recent trending**
- **Excluding mix benefit** (bottom of funnel has already reset)
- **No increase in buy rates** from current trajectory
- **Not reducing commission %** with increased discounting (assuming flat comp)

*Modeling conservative pricing and cost case given trajectory*

**Bain Capital**

Source: Company data, BCP analysis, BCP Current & Former Student Survey, Parthenon Academic Memorabilia Survey

27

**Project Hercules**    ② **Yearbook**

*Assuming price pressure leads to significant margin compression and profit pool reduction; key variable is how much and how quickly*

**Framing the Fan**

| | Recent History | Downside | Base | Upside |
|---|---|---|---|---|
| **Revenue** | • **10A-14E CAGR: (3%)**<br>• (2-4)% buy rate decline<br>• 0-(2%) ASP decline<br>• ~6-8% revenue churn<br>• ~10-15% churn ASP haircut | • **(6%) CAGR**<br>• "Price pressure worsens"<br>• ASP declines (3%)<br>• Churn rate & churn ASP haircut accelerate to preserve buy rate | • **(4%) CAGR**<br>• "Trends continue"<br>• Buy rate decline: (3%)<br>• ASP decline: (1.5%)<br>• Churn in line with history | • **(2%) CAGR**<br>• "Some improvement"<br>• Buy rate decline slows to (1.5%)<br>• ASP declines (0.5%) |
| **Gross Margin** | • **'10A-'14E: 67%→70%**<br>• Have offset historical price pressure with plant-level cost takeout<br>• Fully variable, but | • **'14E-19E: 70%→62%**<br>• Discounting intensifies<br>• Inflationary growth in COGS / book | • **'14E-19E: 70%→65%**<br>• Like-for-like product discounting<br>• Inflationary growth in COGS / book | • **'14E-19E: 70%→67%**<br>• Margin trending flattens towards end of forecast<br>• Inflationary growth in COGS / book |
| **EBITDA Margin** | • **'10A-'14E: 43%→46%**<br>• Consolidated plant level G&A, offset by slight increases in selling expenses | • **'14E-19E: 46%→33%**<br>• Fixed cost deleveraging in SG&A | • **'14E-19E: 46%→37%**<br>• Fixed cost deleveraging in SG&A | • **'14E-19E: 46%→40%**<br>• Fixed cost deleveraging in SG&A |
| **EBITDA**<br>**% CAGR**<br>**Growth vs. 2014** | • **'14E: $60**<br>• 10A-14E CAGR: (1%) | • 19E: $33<br>• (12%) CAGR<br>• ($27) impact | • 19E: $40<br>• (8%) CAGR<br>• ($20) impact | • 19E: $47<br>• (5%) CAGR<br>• ($13) impact |

**Bain Capital**

28

**Project Hercules**                                            **Agenda**

(1) Cost Opportunity

(2) Yearbook

(3) Achievement

(4) BSN Sports

(5) Varsity Spirit

(6) Deal Considerations & Exit
+ Pricing Discussion

**Bain Capital**

29

## Project Hercules                                      ③ Achievement

### Overview

**Financial Highlights (2013)**



*70% of profit pool is stable / growing*

**Business Description**

**Graduation products for high schools and colleges, sold through an exclusive independent, 1099 rep force**
- Common buyers; ~80% of rev from schools with 2+ products
- Except for diplomas, all products are student/parent pay
- Sold together as graduation packages, promoted through catalogs, email campaigns and student meetings

**Caps & Gowns**
- Mix of rental (33%) and disposable (67%) caps & gowns and accessories. Also includes church robes & other apparel
- The must-win product in order to cross-sell other categories

**Diplomas & Frames**
- Very stable products purchased by schools (diplomas) and students (frames); also includes commercial certificates business

**Medals and Awards**
- Mix of jewelry products sold by directly by HJ to fraternities / sororities (e.g. pledge pins), nursing schools (nurse pins), etc.

**Announcements**
- Traditional high end graduation announcements and accessories. Declining due to shift to alternatives (CVS, email, Paperless Post)

**Class Rings**
- Customizable class rings (initials, sports/activities, metal/stone)
- In slow secular decline, accelerated by spike in gold price

**Bain Capital**

30



## Project Hercules

### ③ Achievement

*HJ is one of 3 scale players & generally winning share*

### Market Share

**Achievement Market Map**

**Share Evolution (Customer Win/Loss 2008-13)**

HJ one of 3 leading players in consolidated markets

HJ gaining moderate share in all segments
(winning more than they are losing)

**Bain Capital**

Source: *3.15.2.33 Herff Jones High Level Financials (03-13)*, *3.15.2.32 Sales by Sales Rep 2009-2013*, S&P Capital IQ

31

## Project Hercules

③ **Achievement**

*Herff has been losing to customized, digitally printed photo cards which Herff chose not to sell because they would cannibalize existing manufacturing*

**Announcements**

| Historical Buy Rates | Consumer Feedback | Company Initiatives |
|---|---|---|





*"Why did you not purchase announcements through your school?"*
*(top 3 most important reasons)*

- Now promoting digital, customizable announcements to combat shift to CVS/Shutterfly (new in 2014)

  - Product differentiated by using proprietary school emblems

- New digital offering is price-competitive with Shutterfly and other online options, but more expensive than CVS, WAG or WMT who use their photo center as a traffic driver

- Advantaged by incumbency in the school; also recently doing a better job capturing customer contacts and marketing through catalog and email

*Buy rate decline driven by shift to substitutes (students still announce their graduation)*

*Secular challenges from technology, compounded by high price and designs that don't resonate*

*Expect new offerings to moderate decline, but unlikely to reverse trend*

**Bain Capital**

32



**Project Hercules**

③ **Achievement**

*Hard to decompose secular trend from impact of gold prices, but surely gold had an impact*

**Class Rings: Buy Rates**

| Historical Buy Rates | ① Gold Price Increases | ② Shifting Consumer Tastes |

*Buy rate discontinuity in 2008*

*Gold prices a key factor; as gold rings became unaffordable, some students shifted to Ultrium, but hard to sell stainless steel for $300+*

*Pricing resonated as a key barrier in the survey; but also pockets of more stable demand*

**Bain Capital**

33

# Project Hercules

③ **Achievement**

*With gold prices coming back down, recent volume stabilization is encouraging*

**Class Rings: Outlook**

| Company Initiatives | Gold Price Moderation | Recent Demand Stabilization? |
|---|---|---|

**Company Initiatives**

- Better outreach to parents through catalogs and email

- New phone app for ring sizing and social media sharing

- Better school engagement through "Believe in You" program…
  - Capitalizing on data that student engagement with graduation products increases graduation rates

- …leading to better access to organize class meetings and student/parent events





*Slowly starting to innovate but lots of room for continued improvement…*

*Gold prices are returning to earth (and now a small part of the businesses)*

*Too early to call stabilization, but unit trends have flattened out recently*

**Bain Capital**

34

## Project Hercules ③ Achievement

*Flat EBITDA base case, with +/-$10m upside/downside fan*                          **Framing the Fan**



| | | Recent History | Downside | Base | Upside |
|---|---|---|---|---|---|
| **(Diplomas, C&G, Medals)** | Revenue | • **1.5% CAGR**<br>• Flat buy rates; share gain; ~1.5-2.0% ASP | • **0.7% CAGR**<br>• Continued decline in diplomas, 1% ASP | • **1.6% CAGR**<br>• Flat buy rates, no share gain, 1.5% ASP | • **2.2% CAGR**<br>• Same units as base case, 2.5% ASP |
| | C. EBITDA Margin | • + ~350 bps from plant consolidation (COGS)[1] | \\multicolumn | • ~Flat EBITDA margin<br>(discrete cost opportunities captured elsewhere in the model) | |
| **Declining – Rings** | Revenue | • **-4.1% CAGR**<br>• <u>-6% buy rates</u><br>• <u>5.4% FLF ASP</u>; mix-shift to non-gold | • **-6% CAGR**<br>• <u>-6% buy rates</u><br>• <u>0% ASP</u>, no mix-shift | • **-1% CAGR**<br>• <u>-3% buy rates</u><br>• <u>2% ASP</u>, no mix shift | • **2.5% CAGR**<br>• <u>-1% buy rates</u><br>• <u>3.5% ASP</u>; no mix-shift |
| | C. EBITDA Margin | • - 400 bps from gold GM% decline (stable GP$/unit) | • -700 bps – descaling and input costs inflation | • -60 bps - descaling offset by ASP growth | • +200 bps – ASP growth higher than cost inflation |
| **Declining – Announcements** | Revenue | • **-4.9% CAGR**<br>• <u>-9% buy rates</u>; share gain<br>• <u>4.7% ASP</u> | • **-10% CAGR**<br>• <u>-10% buy rates</u>; no share<br>• <u>0% ASP</u> | • **-4.1% CAGR**<br>• <u>-6% buy rates</u>, no share<br>• <u>2% ASP</u> | • **0% CAGR**<br>• <u>-3% buy rates</u>, no share<br>• <u>3% ASP</u> |
| | C. EBITDA Margin | • -170 bps – descaling offset by plant consolidation | • -500 bps – descaling (consolidation savings captured elsewhere) | • -260 bps – descaling | • Flat; descaling offset by ASP ahead of cost inflation |
| **Total** | Revenue | • **-1.1% CAGR** | • **-2.2% CAGR** | • **0.2% CAGR** | • **+2.0% CAGR** |
| | C. EBITDA | • **$84M** in '14 / 1.0% CAGR | • **$74M** ('19)/ -2.6% CAGR | • **$85M** / 0.3% CAGR | • **$95M** / 2.4% CAGR |

**Bain Capital**

1. *Historical financial show an additional 250bps of SG&A leverage, which we believe was mostly driven by consolidation of IT and other functions at corporate rather than true cost leverage*                                                                                                                                   35

**Project Hercules**                                                              **Agenda**

① Cost Opportunity

② Yearbook

③ Achievement

④ BSN Sports

⑤ Varsity Spirit

⑥ Deal Considerations & Exit
+ Pricing Discussion

**Bain Capital**

36

BAIN00055622

## Project Hercules

 **④ BSN**

*Leading marketer, manufacturer, and distributor of sporting goods, equipment, and uniforms*

### Overview

| FY14 Net Sales |
| --- |



| Market Dynamics & Business Overview |
| --- |

- **Positive outlook on team sports industry:** declining participation offset by increased specialization/intensity

- **~2-3x RMS, but <10% of $5B+ market** with diverse customer base of schools, leagues, & cities
  - ~450 direct sales reps, primarily competing with LIDS (~200 reps), Eastbay (~100 reps), & local dealers (typically <10 reps)
  - 75 telesales reps , 3M+ catalogs, & 8 websites serve niche end-markets and geographies lacing direct sales presence

- Scale reinforces value proposition for both customers & vendors, and also enables industry-leading rep productivity
  - **Product breadth** (250K+ SKUs) → the only "one-stop-shop"
  - **Purchasing power** → leading margins enables BSN to serve smaller accounts
  - **Brand consolidation** → Marquee brands consolidating around partners who can control distribution and push brands
  - **Proprietary products** → High margin proprietary products
  - **Proprietary technology** → real-time inventory visibility

- Exciting parent-focused cross-sell growth opportunity into fully incremental multi-billion dollar D2C market
  - "MyTeamShop" team purchasing portal provides "parent-pay" custom product for athletes and "rebate" revenue to school
  - Planning roll out of "MySchoolShop", a spirit gear portal for entire school

**Fundamentally, a very good business**

---

**Bain Capital**

Note: Net Sales excludes Freight (~$13M)
Source: CIM, Expert interviews, Parthenon, Dataroom

37

Confidential

BAIN00055623

## Project Hercules

④ **BSN**

***BSN has a long history of integrating acquisitions and driving efficiency in cost structure through leveraging technology & centralizing SG&A***

**Historical Growth**



**BSN Net Sales**

Bain Capital

Source: CapIQ; BSN P&L

38

BAIN00055624

## Project Hercules

④ BSN

*Revenue growth has been driven by adding sales reps across both new and infill geographies*

**Historical Growth**



Historical BSN Revenue Bridge

Field Sales by Territory (FY14)

**Bain Capital**

\* Excludes FY11 ramp
Note: Field sales excludes freight & "non salespro" revenue
Source: BSN Salespro database; BSN P&L statements

39

**Project Hercules**                                                    ④ **BSN**

*BSN has a clear growth strategy and strong pipeline of identified reps;*                    **Growth Strategy**
*recent rep cohorts show no signs of degradation and ramp over 3 years*

| Growth Strategy | Rep Acquisition Pipeline | Sales / Rep Ramp by Cohort |
|---|---|---|

① **Greenfield Expansion**
- Transplant or hire experienced reps
- Target existing catalog customers, stealing share from local dealers
  – BSN wins on price given purchasing power
  – Target "low-end" accounts that are harder for local players to serve economically

② **Acquire to Increase Rep Density**
- "Round out" presence in geography through strategic acquisitions of reps & dealers
  – Increased willingness for local dealers to sell due to pressure caused by BSN entry
  – Incumbent reps see value proposition of BSN: better technology and back office support, larger product catalog, and higher commissions

② **Leverage Catalog to Drive Rep Productivity**
- Road reps can utilize expertise of catalog inside reps to upsell proprietary equipment
  – Traditional road sales is 75% soft goods & catalog is 90% hard goods
  – At 50%+ gross margin, reps earn larger commission and channel contribution improves

Rep Acquisition Pipeline chart:
- 2x+
- Current (FY14): 455 — West, Northeast, South, Atlantic
- Pipeline: 947 — Canada, West, Northeast, South, Atlantic

Sales / Rep Ramp by Cohort chart (Rep Cohort FY):
*Overall avg. for reps 2+ y/o*
- 2010: ~$560K (2nd year, 3rd year)
- 2011: ~$580K (2nd year, 3rd year)
- 2012: ~$580K (2nd year, 3rd year)
- 2013: ~$620K (2nd year)

$800K, $600K, $400K, $200K, $0K

**Bain Capital**

Source: BSN team acquisition pipeline (Sept 14)

40

## Project Hercules

④ **BSN**

***Long runway for future growth by increasing rep density in under-penetrated regions and SOW in existing regions***

**Whitespace**



**BSN Sales / Student by Region**

**Bain Capital**

Note: Used population aged 5–25 as proxy for "student"; "Core" athletes include basketball, baseball, football
Regions: **E. So. Central:** KY, TN, AL, MS; **So Atlantic:** FL, GA, NC, SC, VA, DE, MD, WV; **E. No. Central:** IL, IN, MI, WI, OH; **W. So. Central:** AR, OK, LA, TX; **W. No. Central:** IA, MN, ND, NE, SD, KS, MO; **Pacific:** AK, CA, HI, OR, WA; **Mid-Atlantic:** NJ, NY, PA; **New England:** CT, MA, ME, NH, RI, VT; **Mountain:** AZ, CO, ID, MT, NM, NV, UT, WY
Source: BSN Customer Database; Census data; NSGA

41

## Project Hercules

④ **BSN**

*BSN cases driven by pace of sales force expansion*

**Framing the Fan**

| | Recent History | Downside | Base Case | Upside |
|---|---|---|---|---|
| **Revenue** | • 11.4% CAGR (FY'09-'14)<br>• 2012: 31 net new reps<br>• 2013: 68 net new reps<br>• 2014: 78 net new reps to 450+ reps today<br>• Avg. productivity: ~$200K year hired, ramping to ~$800K in 4 years | • ~7% CAGR<br>• Retiring base of reps makes attracting new talent difficult: ~30 net new reps / year<br>• Infil acquisitions: 10% of new reps acquired for 4x PF EBITDA<br>• Stable productivity, 2% market growth | • ~10% CAGR<br>• ~60 net new reps / year<br>• Opportunistic acquisitions: 20% of new reps acquired for 4-5x PF EBITDA<br>• Stable productivity, 2% market growth | • ~14% CAGR<br>• Targeted strategy to achieve national scale: ~100 net new reps / year<br>• 20% of new reps acquired for 5-6x PF EBITDA<br>• Catalog cannibalized as accounts shift to direct channel<br>• Stable productivity, 3% market growth |
| **Gross Margin** | • 36.2% Margin | • 35.7% Margin<br>• 54 bps gross margin compression with mix to direct | • 35.4% Margin<br>• 81 bps gross margin compression with mix to direct | • 35.2% Margin<br>• 103 bps gross margin compression with mix to direct |
| **EBITDA Margin** | • 11.8% Margin | • 12.1% Margin | • 11.9% Margin | • 12.1% Margin |
| **EBITDA<br>% CAGR<br>Growth vs. 2014<br>Impact vs. Base** | • $56M in 2014<br>• 15.1% CAGR (FY'09-'14) | • $81M<br>• 10.2% CAGR<br>• +$25M from 2014<br>• ($10M) vs base | • $91M in 2019<br>• 7.8% CAGR<br>• +$35M from 2014 | • $110M<br>• 14.5% CAGR<br>• + $54M from 2014<br>• +$19M vs base |

**Bain Capital**

42

BAIN00055628

# Project Hercules                                                    Agenda

① Cost Opportunity

② Yearbook

③ Achievement

④ BSN Sports

⑤ Varsity Spirit

⑥ Deal Considerations & Exit
   + Pricing Discussion

**Bain Capital**

43

# Project Hercules

⑤ **Varsity Spirit**

*Varsity is a high RMS, fully integrated business that runs the cheerleading ecosystem*  **Overview**



### Overview

- Founded in 1974 by Jeff Webb, pioneered competitive cheerleading. Through M&A, consolidated into **clear market leader** that defines entire industry: "We Are Cheer"
- Salesforce sells to coaches of scholastic (junior high, high school, college) & All Star squads
- Sell uniforms, accessories and run national + local competitions, training camps
  - **Premium brand** for uniforms, serving most passionate & competitive teams
  - Competitions: **the top competitions** in cheerleading. Camps: only national provider
- **High synergies**: need to buy matching uniforms for competition and campwear for camps, where trainers wear Varsity; uniform reps and trainers promote competitions

**Bain Capital**

Source: dataroom, Varsity Spirit website, expert calls

44

**Project Hercules**                                                ⑤ **Varsity Spirit**

*Varsity is the undisputed leader in cheerleading*          **Why Varsity is a Good Business**
*uniforms, competitions, and camps*

| 2013 US Cheerleading Market* | | Why Varsity is a Good Business vs. Key Risks |



<u>Why Varsity is a Great Business</u>

- **Participation growth to continue over next 5-10 years**
  - Scholastic growing w/ popul., 3-5% All Star driven by consumer demand
  - Low fad risk and injury concerns; in line with other sports
- **#1 uniform and apparel brand, with strong share in premium market**
  - Scale, high-touch salesforce, quality, premium brand drive customer loyalty
  - Demonstrated ability to up-sell newest uniforms and add new accessories
- **Strong, defensible position in competitions with strong growth vectors**
  - Well-protected core; NFL of cheer
  - Consistently grown the industry by extending competition brand to new markets (All Star, Summit, STUNT)
- **Camp brand, value-add to coaches ensures stability**

<u>Key Risks</u>

- **Some economic sensitivity, potential injury concerns and shrinking All Star white space**
  - Insulated due to concentration w/ most passionate, inelastic customers
  - Recent success with Summit illustrates ability to create new markets, convince lower levels to spend more on competitions
- **New apparel entrants could steal share based on price, service**
  - Mitigated by scale of Varsity salesforce, high brand equity

**Bain Capital**

\* Excludes gyms
Source: dataroom

45



**Project Hercules**   ⑤ **Varsity Spirit**

*Consistent long-term growth: positive revenue growth in 38 of last 40 years. Margins fell '07-'11 due to recession & one-off mistakes, but mgmt has turned them around*

**Long-Term Growth**

| Revenue Growth and EBITDA Margins, 2004-2014 | How They Grow |



- **Up-sell nicer uniforms, expand into accessories**
  - Success with camp wear, warm ups, shoes, etc.

- **Innovation of events to drive participation growth**
  - Added college, dance
  - Expanded All Star to 5 skill levels, down to 3-5 yr olds

- **Infill density of new events**
  - Add qualifying events in new geographies
  - 50% whitespace in All Star

- **Recently, new sports + international**
  - <u>Stunt</u>: invented NCAA sport in 2012, hope scholarships drive 50% growth in All Star
  - <u>China</u>: opening 1st Varsity training gym this month

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | CAGR '04-'08 | CAGR '08-'09 | CAGR '09-'14 | CAGR '04-'14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | 236 | 243 | 258 | 275 | 276 | 258 | 280 | 275 | 294 | 323 | 347 | | | | |
| EBITDA Margin | | | | | | | | | | | | 6.9% | -4.1% | 8.1% | 6.4% |
| | | | | | | | | | | | | 1.6% | -8.5% | 3.9% | 1.6% |
| | | | | | | | | | | | | 4.0% | -6.4% | 6.1% | 3.9% |
| Adj. EBITDA | $35M | $40M | $38M | $41M | $36M | $32M | $35M | $31M | $36M | $44M | $50M | | | | |

YoY Change

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Base Case '14-'19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Uniforms & Apparel | 2% | 3% | 3% | -1% | -9% | 3% | 4% | 5% | 5% | 4% | 2.4% |
| Compet. & Camps | 1% | 10% | 10% | 2% | -4% | -1% | 7% | 9% | 15% | 10% | 6.0% |
| Organic C&C | 1% | 8% | 3% | -2% | -4% | -1% | 7% | 8% | 10% | 10% | 6.0% |

EBITDA trajectory   $35M → $41M   $41M → $32M   $32M → $50M

*Margin evolution*

*Revenue, EBITDA growing with ~flat margins. One-time jump in apparel margins in 2005, reason TBD*

*Recession caused drop-off in apparel purchases and events attendance, loss of fixed cost leverage*

*One-off failures w/ apparel offshoring, software rollout. Added $7M apparel SG&A*

*Fixed apparel mistakes and cut post-M&A costs. Competitions growth drove fixed cost leverage*

Acquired C&C

**Bain Capital**

Source: dataroom

48

**Project Hercules**                                                   ⑤ **Varsity Spirit**

*Varsity Spirit is the premium brand for cheerleading uniforms, providing*          **Apparel**
*"the official uniform" for cheerleading teams*

| 2013 Revenue | Coaches Value Varsity's Service and High-touch Salesforce |
|---|---|



- **Highest quality, best-fitting uniforms with service-oriented salesforce**
  - Unique salesforce scale: <u>reps personally size girls</u>, serve as coach's advisor
  - Only high end player. Price ~25% higher; competitors have poor materials, not custom-fit
  - *"Varsity's quality is outstanding, and they last forever. Their fabric is made for cheerleading" – High School Cheerleading Coach*

- **Successful expansion into other product lines, such as warm-ups, shoes, campwear**
  - However, brand less powerful, customers often choose cheaper alternatives

- **Growth driven by All Star share gains, upselling into nicer uniforms, new categories**

**Bain Capital**

Note: using $5,000+ annual spend as a proxy for uniform purchases (i.e., 20 cheerleaders x $250), in line with management view. "Buy Uniforms Every [47] Year" defined as teams that spent $5,000+ every year between their first uniform purchase and 2013 (2014 in the case of 2012 new customers).
Source: Parthenon survey (n=219), dataroom

**Project Hercules**                                            ⑤ **Varsity Spirit**

*Varsity has rapidly grown competitions through both core and new competitions, while camps have remained stable*

**Competitions & Camps**

| **Competitions Revenue** | **Case Study: The Summit** | **Camps Revenue** |
|---|---|---|



CAGR '12-'14

- Core: 8%
- 12%
- -17%
- 12%
- 19%
- 519%
- 36%

23% (~17% organic)

| | | 2014 estimated (solids YTD) |
|---|---|---|
| Attendance | 23% | 7% |
| Price | 9% | 8% |

- **Core**: UCA, NCA national championships, Varsity effectively only player. Growing at 8% '12-'14 (4% participation + 4% price)

- **"New" All Star**: Summit + pull effect on All Star qualifiers drove 23% organic revenue growth '12-'14. Overall, more competitive space



- In 2012, created The Summit, JV squads' All Star national championship at Disney

- Drove rapid revenue growth in 2 years
  - Main event: $0 to $7M rev. (2015P = $12M)
  - Qualifiers: $20M to $40M revenue: 19% organic growth

- Grew All Star share from 31% to 49%

- *"Varsity competitions draw the best teams. We could just go to small competitions and win every one of them, but if you want to be the best, you have to beat the best." – Owner, All Star Cheerleading Gym*

CAGR '09-'14

$65  $66  $66  $68  $69  $70    1.4%

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Attendance | -1.1% | 2.3% | -1.5% | -1.0% | -1.4% | (0.5%) |

- Value-add: coaches lack training, cheerleading expertise. Camps teach skills, team-building

- Brands very defensible vs. new corp. entrants

- However, local gyms closer, more budget-friendly. Slowly taking share

- Offsetting attendance declines through mix shift

**Bain Capital**

48

Confidential                                                                                    BAIN00055634

## Project Hercules

⑤ **Varsity Spirit**

*All Star, new apparel products, and organic competition expansion offer
attractive growth profile, while stability in competitions protects downside*

**Framing the Fan**

| | Recent History | Downside | Base Case | Upside |
|---|---|---|---|---|
| **Revenue** | • 5.7 % CAGR '10-'14<br>• Post-recession rebound in apparel<br>• 31%→49% share in All Star competitions | • (0.3%) CAGR<br>• 2-year economic downturn, consequent drop + recovery in participation | • 4.4% CAGR<br>• Apparel returns to long-term growth rate<br>• 49%→65% share in All Star competitions | • 5.8% CAGR<br>• STUNT drives strong participation growth, continued apparel and competitions growth |
| **Gross Margin** | • 42%→43% Margin<br>• Poor apparel offshoring effort during HJ merger<br>• Offset by competitions' fixed cost leverage | • Fall to 41%, rebound to 42% Margin<br>• Flat apparel margins<br>• Events margins fall as fixed costs deleverage | • Flat 43% Margin<br>• +400 bps in apparel due to offshoring, up-sell<br>• (300) bps in events due to shift to resort camps, lack of competitions capacity | • Grow to 44% Margin<br>• Additional competitions margin expansion |
| **EBITDA Margin** | • 14%→12%→15% Margin<br>• Poor apparel software, All Star salesforce rollout during HJ merger<br>• Offset by competitions | • Fall to 9%, rebound to 13% Margin<br>• Lose operating leverage | • Flat 15% Margin<br>• OpEx growing slightly slower than sales, in line with history | • 16% Margin<br>• Operating leverage held back by salesforce costs, high % variable cost |
| **EBITDA<br>% CAGR<br>Growth vs. 2014<br>Impact vs. Base** | • $50M in 2014<br>• 7.5% CAGR '10-'14 | • $43M<br>• (3.0%) CAGR<br>• ($7M) vs. 2014<br>• ($22M) vs. base | • $65M<br>• 5.1% CAGR<br>• +$15M vs. 2014 | • $75M<br>• 8.2% CAGR<br>• +$25M vs. 2014<br>• +$10M vs. base |

**Bain Capital** ──────────────────────────────

49

BAIN00055635

**Project Hercules**                                                    **Agenda**

① Cost Opportunity

② Yearbook

③ Achievement

④ BSN Sports

⑤ Varsity Spirit

⑥ Deal Considerations & Exit
   + Pricing Discussion

**Bain Capital**

50

## Project Hercules

## Deal Considerations

### Transaction Structure

| Transaction Structuring |
| --- |

| ESOP Mechanics & Funds Flow |
| --- |

**Current ESOP Structure**

- ESOP is tax exempt (retirement plan)
- HJ is pass-through
- V and BSN are Q-subs, so disregarded entities unless sold within 10 years of acquisition (which triggers built-in gains)

Structure diagram:
ESOP → HJ (S-Corp) → V (Q-Sub), BSN (Q-sub)

**Proposed Transaction Structure**

1. HJ is reorganized as an LLC under a New Parent (S-Corp) which also owns the V and BSN stock

2. <u>Day 1</u>: New Parent sells HJ LLC to Buyer in asset sale transaction, creating FMV step-up and tax asset (but no taxable gain to exempt seller)

3. <u>Day 2</u>: Buyer acquires New Parent (and V and BSN), which converts New Parent to a C-Corp (with short taxable year which begins at COB on the day prior; hence the 2-step, 2-day process)

**Step-up value**

- At $1.45B, estimated ~$230M step up amortized over 15 years
- ~$16M annual amortization = $6M cash flow
- Plus 10 year tax asset at exit worth ~$40M (at 10% discount rate)

**Bain Capital**

#### Current Capitalization & ESOP Ownership



2.5M (45%) unallocated shares (= "unvested")

ESOP · $104M ESOP loan

HJ employees

3.1M (55%) allocated shares held in retirement accounts (= "vested")

HJ (S-Corp)

#### Funds Flow Waterfall



| Funds Flow Math | |
| --- | --- |
| Purchase Price | $1,450 |
| less: HJ Net Debt | (600) |
| less: Jefferies Fee | (22) |
| less: LTIP | (80) |
| less: Big Hit | (15) |
| ESOP Proceeds | $733 |
| Shares Outstanding | 5.6 |
| $/Share Before Loan Redemption | $130.94 |
| ESOP Loan Outstanding | $104 |
| Shares Used to Redeem Loan | 0.8 |
| $/Share After Loan Redemption | $152.46 |
| December 2013 Valuation | $131.13 |
| Deal "Premium" | 16% |
| Perceived "Premium" after pro-rata distribution of 15% of unallocated shares | 28% |
| Plus: "Bonus" from 85% distribution according to salary | 100%+ of salary |

$799M ESOP proceeds

$291M to unallocated shares

$508M to allocated shares

15% ($44M) allocated by current shares

85% ($247M) allocated by current salary (up to $250K)

HJ employees

Confidential

BAIN00055637

**Project Hercules**                                                     **Deal Considerations**

## The Journey

*High likelihood of a quick recap, and early exit potential if we're on plan ...*

- Most of EBITDA growth is in years 1-2 given BSN growth and rapid Herff Jones cost action

- Should enable quick recap at the least; also potential for further monetization: E.g., sell the HJ business after the cost-cutting value creation if the cross sell thesis does out (step up enables efficient spin)



| Year 2 Recap Math | |
|---|---|
| EBITDA | $210 |
| (x) Leverage | 5.5x |
| **Quantum** | **$1,153** |
| (–) Existing | $970 |
| **Recap Capacity** | **$183** |
| Less: Fees | ($5) |
| Less: Options | ($18) |
| **Total Proceeds** | **$160** |
| MoM | 0.4x |
| **IRR +** | **290 bps** |

*High likelihood +2.9% IRR recap*

*... but also a risk of a challenging/lengthy exit if growth slows and legacy HJ creates baggage*

- If growth is slow and lower-growth IPO window is not open, we're left with 3 potential exit options:

1. Sponsor sale: must be willing to underwrite continued BSN growth to offset HJ erosion; with few remaining cost efficiencies available

2. Split sale/IPO: If able to find a buyer (likely strategic), sell HJ and IPO BSN/Varsity, with tax leakage on HJ moderated by low growth and basis step-up at entry

3. Spin-out/perp-recap: If no buyer for HJ, can spin out BSN/Varsity after 5 years and monetize in 7, but left with remaining HJ business in a perpetual recap

*Assuming low growth sponsor sale, but downside risk of perp recap on HJ and/or delayed exit on BSN/Varsity*

**Bain Capital** ─────────────────────────────

52

**Project Hercules**                              ⑥ **Deal Considerations**

## Future M&A Opportunities

| Value of Platform |
| --- |

| Potential Future Opportunities |
| --- |

*Team with a proven track record of M&A-driven industry consolidation…*

- BSN consolidation with Collegiate Pacific in 2006 and continued roll-up of local uniform dealers
- Varsity Spirit consolidation of UCA with NCA in 2004 continued roll-up of camps & competitions

*…eager to integrate HJ, Varsity and BSN..*

- Reap cost synergies
- Drive collaboration and revenue opportunity in the channel; be the best at selling to schools
- Consolidate ERPs to create scalability

*…and then move on to future opportunities with adjacent businesses selling to schools*

① *Adjacent products sold to schools, e.g.,*

**Travel**                          **Fundraising**



- Group student travel marketed to schools
- 2011 Carlyle deal

- Magazine, gift wrap & candy fundraisers for schools
- Owned by ESOP direct marketer Southwestern Co
- Consolidated with QSP (former Readers Digest & Time Inc. division) in 2012

② *"End game" yearbook and/or achievement industry consolidation*

- Prior HJ (2008) and Visant (2014) acquisitions of American Achievement were rejected by DOJ
  - Largely a concern about class rings
- But as industry continues to decline, industrial logic may necessitate consolidation – perhaps separating yearbook from ring assets
- KKR and Fenway Partners have both been in since 2004 and looking to exit for years

**Bain Capital** ─────────────────────────────

53

Confidential                                                                    BAIN00055639

**Hercules**                                                              **Exit**

*Wide fan of outcomes on exit, but team centering on 8-9x EBITA*     **Framing the Fan**

| Downside: Perp. Recap | Base Case : Sponsor Sale | Upside: Low-Growth IPO |
|---|---|---|

- Growth slows

- Herff Jones drag makes it difficult to get out

- Pepetual recap w/ potential creativity from:
  - selling or spinning BSN / Varsity
  - end-game industry consolidation with Herff

- 2-3% EBITA growth at exit

- Difficult to find strategic buyer for the whole thing

- But more attractive asset to NFB; better team and strategy, a unique portfolio of businesses, and a demonstrated track-record of cost savings

- "Downside protection" given high FCF yield

- Heff stable and BSN/Varsity continue to grow

- Public markets give credit for growth <u>and</u> yield
  - Pinnacle, Michaels, and Aramark were single digit growers that were able to get public

*~7x EBITA equivalent*      *NFB could pay 8-9x EBITA and still earn a 20% IRR*      *~10-13% TSR
~12-16x Fwd P/E
~8.5-10x EBITA*

**Bain Capital** ─────────────────────────────────────────

Source: Goldman Sachs, BCP Analysis.

54

Confidential
BAIN00055640

## Project Hercules

### RECALL

## Fan of Outcomes

| | | Downside | | Base Case Orientation | | Upside | |
|---|---|---|---|---|---|---|---|
| ① | **Cost Opportunity** | • **$25M** and takes longer than expected to achieve | (245 bps) (0.3x) | • Achieve **$35M** (by 2018) of cost actions developed internally by HJ and currently under way | | • **$50M** by 2017 | 331 bps +0.4x |
| ② | **Yearbook** | • "Price pressure worsens": churn and ASP accelerate • (6%) rev → **($27M)** | (148 bps) (0.2x) | • "Trends continue": (3%) buy rate + (1.5%) price driven by reset on churn • (4%) rev / (8%) EBITDA → **($20M)** | | • "Some improvement": pressure moderates • (2%) rev → **($13M)** | 123 bps +0.1x |
| ③ | **Achievement** | • Ring and announcement declines accelerate • (2%) rev → **($10M)** | (222 bps) (0.2x) | • Ring declines moderate and announcement declines continue • 0% rev / 0% EBITDA → **+$1M** | | • Ring rebound & announcements stabilize • 2% rev → **+$11M** | 174 bps +0.2x |
| ④ | **BSN Sports** | • 30 net new reps / year as market gets competitive • +7% rev → **+$25M** | (112 bps) (0.1x) | • 60 net new reps / year (vs. 70 recently) with 2%/year catalog cannibalization • +10% rev / +8% EBITDA → **+$35M** | | • 100 net new reps / year to double rep base • +14% rev → **+$54M** | 222 bps +0.3x |
| ⑤ | **Varsity Spirit** | • Macro dip with moderate recovery below today • 0% rev → **($7M)** | (513 bps) (0.5x) | • Apparel growth moderates and competitions continue share gain • +5% rev / +5% EBITDA → **+$15M** | | • Continued innovation (e.g., STUNT) • +6% rev → **+$25M** | 251 bps +0.3x |
| ⑥ | **Deal Considerations & Exit** | • "Perpetual recap" equivalent = **~7x EBITA** | (722 bps) (0.7x) | • Sponsor exit at **8.5x EBITA** | | • IPO exit at **9x EBITA** = **13x Fwd P/E** | 207 bps +0.2x |

**2.9x MOM / 23% IRR**    **Recap: +3%**

**Bain Capital**

55

BAIN00055641

**Project Hercules**                                           **Consolidated P&L**

*6% EBITDA growth driven by BSN (+10%) & Varsity growth (+5%) and HJ cost*     **Base Case**
*reductions ($35M) but offset by erosion of core yearbook business (-8% CAGR)*

| | Actual | | | Budget | | Base Case | | | | CAGR | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011A | 2012A | 2013A | 2014B | 2015E | 2016E | 2017E | 2018E | 2019E | '11-'14 | '14-'19 |
| **Herff Jones** | | | | | | | | | | | |
| Yearbook Revenue | 146 | 142 | 137 | 131 | 126 | 121 | 116 | 112 | 107 | (3.5%) | (3.9%) |
| Achievement Revenue | 258 | 253 | 251 | 256 | 256 | 256 | 257 | 258 | 259 | (0.2%) | 0.2% |
| Total Revenue | 404 | 396 | 388 | 387 | 382 | 377 | 373 | 370 | 366 | (1.4%) | (1.1%) |
| % Growth | NM | (2%) | (2%) | (0%) | (1%) | (1%) | (1%) | (1%) | (1%) | | |
| | | | | | | | | | | | |
| Yearbook EBITDA | 66 | 62 | 62 | 60 | 55 | 51 | 47 | 44 | 40 | (3.3%) | (7.7%) |
| Achievement EBITDA | 59 | 65 | 60 | 63 | 62 | 62 | 63 | 63 | 63 | 1.7% | 0.1% |
| Corporate Expense | (45) | (44) | (49) | (49) | (49) | (49) | (49) | (49) | (49) | | |
| Adjusted EBITDA | 81 | 84 | 74 | 74 | 69 | 65 | 61 | 57 | 54 | (2.9%) | (6.0%) |
| % Margin | 20% | 21% | 19% | 19% | 18% | 17% | 16% | 16% | 15% | | |
| (+) Cost Savings | - | - | - | 3 | 10 | 20 | 30 | 35 | 35 | | |
| Adj EBITDA Inc. Savings | 81 | 84 | 74 | 77 | 79 | 85 | 91 | 92 | 89 | (1.6%) | 3.0% |
| % Margin | 20% | 21% | 19% | 20% | 21% | 22% | 24% | 25% | 24% | | |
| **BSN** | | | | | | | | | | | |
| Net Revenue | 314 | 339 | 396 | 474 | 527 | 580 | 636 | 696 | 759 | 14.7% | 9.9% |
| % Growth | NM | 8% | 17% | 20% | 11% | 10% | 10% | 9% | 9% | | |
| Adjusted EBITDA | 30 | 36 | 45 | 56 | 62 | 69 | 75 | 83 | 90 | 22.9% | 10.2% |
| % Margin | 10% | 11% | 11% | 12% | 12% | 12% | 12% | 12% | 12% | | |
| **Varsity Spirit** | | | | | | | | | | | |
| Net Revenue | 275 | 293 | 322 | 347 | 366 | 380 | 396 | 413 | 431 | 8.1% | 4.4% |
| % Growth | NM | 7% | 10% | 8% | 5% | 4% | 4% | 4% | 4% | | |
| Adjusted EBITDA | 31 | 35 | 44 | 50 | 54 | 56 | 59 | 62 | 65 | 17.3% | 5.1% |
| % Margin | 11% | 12% | 14% | 15% | 15% | 15% | 15% | 15% | 15% | | |
| **Total** | | | | | | | | | | | |
| Net Revenue | 993 | 1,027 | 1,107 | 1,208 | 1,274 | 1,338 | 1,406 | 1,479 | 1,556 | 6.8% | 5.2% |
| Adj. EBITDA Pre-Cost Sav. | 142 | 155 | 163 | 180 | 185 | 190 | 195 | 202 | 209 | 8.3% | 3.1% |
| Adj. EBITDA Inc. Cost Sav. | 142 | 155 | 163 | 183 | 195 | 210 | 225 | 237 | 244 | 8.9% | 6.0% |
| Adj. EBITA Inc. Cost Sav. | 95 | 103 | 113 | 155 | 165 | 181 | 198 | 211 | 222 | 17.8% | 7.5% |
| Adj. E-C Inc. Cost Sav. | 117 | 133 | 141 | 155 | 172 | 189 | 204 | 216 | 223 | 9.7% | 7.6% |
| | | | | | | | | | | | |
| Memo: BSN Acq. CapEx | 1 | 5 | 4 | 6 | 6 | 7 | 9 | 9 | 10 | | |

**Bain Capital**

56

**Project Hercules**

**Exit, Model & Returns**

*BCP base case yields ~23% IRR @ $1.45B*

**S&U + Returns**

*Early recap ~300 bps*

### S&U @ $1,450M *(9.4x 2014E EBITA of $155M)*

| Uses | Amount | % Total | x LTM Dec-2014 EBITA | | Sources | Amount | % Cap | x LTM Dec-2014 EBITA | Effective Rate |
|---|---|---|---|---|---|---|---|---|---|
| Equity Purchase Price | $850 | 56% | 5.5x | | Revolver (L + 475) | $0 | 0% | 0.0x | 5.75% |
| Existing net debt | 600 | 39% | 9.4x | | Bank Debt (L + 475) | 750 | 49% | 4.0x | 5.75% |
| Total Purchase Price | $1,450 | 95% | 9.4x | | 2nd Lien (L + 850) | 375 | 25% | 6.0x | 9.50% |
| | | | | | Total Debt | $1,125 | 74% | 6.0x | 7.00% |
| Cash to Balance Sheet | 10 | 1% | 0.1x | | | | | | *Assumes financing EBITDA of $188M* |
| Total Fees & Expenses[1] | 66 | 4% | 0.4x | | *Potl mgmt roll of ~$20M* | | | | |
| | | | | | Total Equity | $401 | 26% | 8.1x | |
| Total Uses of Cash | $1,526 | 100% | 9.9x | | Total Sources of Cash | $1,526 | 100% | 8.1x | |

### Entry vs. Exit

| | | Entry | | | | |
|---|---|---|---|---|---|---|
| | | $1,400 | $1,425 | $1,450 | $1,475 | $1,500 | TEV |
| | | 9.1x | 9.2x | 9.4x | 9.5x | 9.7x | '14E EBITA |
| | | 7.7x | 7.8x | 7.9x | 8.1x | 8.2x | '14E EBITDA |
| Exit | 7.4x 7.0x 8.4x | 18.7% | 17.7% | 16.9% | | 13.7% | |
| | 8.8x 7.6x 8.8x | 21.3% | 20.3% | 18.8% | 17.5% | 18.2% | |
| | 10.2x 8.0x 7.3x | 23.7% | 22.7% | 21.2% | 19.8% | 18.5% | |
| | 11.7x 8.6x 7.7x | 25.9% | 25.0% | 23.4% | 22.0% | 20.7% | |
| | 13.1x 9.0x 8.2x | 28.0% | 27.1% | 25.5% | 24.1% | 22.7% | |
| | 14.6x 9.5x 8.6x | 30.0% | 29.1% | 27.5% | 26.0% | 24.6% | |
| | 16.9x 10.0x 9.1x | 31.8% | 30.9% | 29.3% | 27.8% | 26.4% | |
| Fwd P/E @ 4.0x Lvg EBITA EBITDA | | | | | | | |

### Entry Multiple vs. EBITDA growth

| | | Entry | | | | |
|---|---|---|---|---|---|---|
| | | $1,400 | $1,425 | $1,450 | $1,475 | $1,500 | TEV |
| | | 9.1x | 9.2x | 9.4x | 9.5x | 9.7x | '14E EBITA |
| | | 7.7x | 7.8x | 7.9x | 8.1x | 8.2x | '14E EBITDA |
| 3.0% | -3.0% | 18.8% | 17.5% | 16.1% | 14.8% | 13.6% | |
| 4.0% | -2.0% | 21.1% | 20.1% | 18.7% | 17.3% | 18.1% | |
| 5.0% | -1.0% | 23.6% | 22.6% | 21.1% | 19.7% | 18.4% | |
| 6.0% | 0.0% | 25.9% | 25.0% | 23.4% | 22.0% | 20.7% | |
| 7.0% | 1.0% | 28.2% | 27.3% | 25.7% | 24.2% | 22.9% | |
| 8.0% | 2.0% | 30.5% | 29.6% | 27.9% | 26.4% | 25.0% | |
| 5-Year CAGR | Δ vs. Base 3.0% | 32.5% | 31.8% | 30.0% | 28.4% | 27.0% | |

**Point sensitivities $1450M:**
- + 0.25x leverage: + 75 bps
- + Yr 2 div. recap[2]: +290 bps
- + 50 bps rate: -30 bps

### Bain Capital

(1) Includes $17M in one-time built-in gain tax payable to Herff Jones shareholders in connection with 338 h(10) election

(2) Assumes recap to 5.5x with 4.0x max bank debt at the end of 2016E; assumes 3% fees and expenses and 100% DEB

(3) Assumes 10% mgmt options, $2M mgmt fee, 6% NWC

57

BAIN00055643

## Project Hercules

**6-Line CF**

*~13.4% FCF yield immediately + early cost saves drives rapid deleveraging*

**Base Case**

| ($M) | 2014 | 2014PF | 2015E | 2016E | 2017E | 2018E | 2019E | CAGR '14-'19 |
|---|---|---|---|---|---|---|---|---|
| **EBITDA** | $183 | $183 | $195 | $210 | $225 | $237 | $244 | 6.0% |
| Capex | (28) | (23) | (23) | (21) | (21) | (21) | (21) | -5.7% |
| **EBITDA - Capex** | $155 | $160 | $172 | $189 | $204 | $216 | $223 | 7.6% |
| Net Interest | | (79) | (79) | (74) | (70) | (65) | (60) | |
| Cash Taxes | | (22) | 0 | (28) | (37) | (44) | (55) | |
| Change in Working Capital | | (4) | (4) | (3) | (4) | (4) | (4) | |
| Management Fee | | (2) | (2) | (2) | (2) | (2) | (2) | |
| Acq. CapEx | | (6) | (6) | (7) | (9) | (9) | (10) | |
| **FY Free Cash Flow** | | $48 | $82 | $74 | $83 | $92 | $93 | |
| *FCF Yield* | | *11.8%* | *20.3%* | *18.3%* | *20.7%* | *22.8%* | *23.1%* | |
| *FCF Yield Ex. Acq. Capex* | | *13.4%* | *21.8%* | *20.1%* | *22.8%* | *25.1%* | *25.5%* | |
| *Memo: Amort of basis step-up* | | *(16)* | *(16)* | *(16)* | *(16)* | *(16)* | *(16)* | |
| Stub Adjustment | | | 0 | 0 | 0 | 0 | 0 | |
| **Adjusted Free Cash Flow** | | | $82 | $74 | $83 | $92 | $93 | |
| *Cumulative Free Cash Flow* | | | *82* | *155* | *238* | *330* | *422* | |
| Beginning Debt | | | 1,125 | 1,043 | 970 | 887 | 795 | |
| Debt Paydown | | | (82) | (74) | (83) | (92) | (93) | |
| **Ending Debt** | | | $1,043 | $970 | $887 | $795 | $703 | |
| Cash | | | 10 | 10 | 10 | 10 | 10 | |
| **Ending Net Debt** | | | $1,033 | $960 | $877 | $785 | $693 | |
| Beginning Debt / EBITDA | | | 5.8x | 5.0x | 4.3x | 3.7x | 3.3x | |
| **Ending Debt / EBITDA** | | | 5.4x | 4.6x | 3.9x | 3.4x | 2.9x | |
| **Ending Net Debt / EBITDA** | | | 5.3x | 4.6x | 3.9x | 3.3x | 2.8x | |
| EBITDA / Interest | | | 2.5x | 2.8x | 3.2x | 3.6x | 4.1x | |
| EBITDA - Capex / Interest | | | 2.2x | 2.5x | 2.9x | 3.3x | 3.7x | |

**Deal Summary**

| | |
|---|---|
| **Entry** | |
| Entry EBITDA | $154.6 |
| Entry Multiple | 9.4x |
| **Purch Price** | **$1,450.0** |
| Less: Starting Debt | (1,125.0) |
| Plus: Fees & Cash to BS | 76.4 |
| **Entry Equity** | **$401.4** |
| | |
| **Exit** | |
| Exit EBITDA | 221.9 |
| Exit Multiple | 8.5x |
| **Exit TEV** | **$1,886.2** |
| Plus: NPV of tax asset | 40.2 |
| **Adj. TEV** | **$1,926.5** |
| | |
| Initial Net Debt | 1,115.0 |
| Less: Cumulative FCF | (422.5) |
| **Final Net Debt** | **$692.5** |
| | |
| Exit Equity | 1,234.0 |
| Less: Mgmt Options | (83.3) |
| **Exit Equity** | **$1,150.7** |
| | |
| **IRR** | |
| Hold Period (Yrs) | 5 |
| **MoM** | **2.9x** |
| **IRR** | **23.4%** |

**Bain Capital**

(1) Assumes 10% mgmt options, $2M mgmt fee, 6% NWC

58

BAIN00055644

**Project Hercules**  **IC Tools**

*Hercules @ $1,450M*  **Growth Decomp**

| | GDP | Ind +/- GDP | Co. +/- Ind | Rev Growth | Cost Svngs | Margin Expans | EBITDA CAGR | Capex Lev | E-C CAGR | IRR | Growth: WYHTB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (+) | (+) | (+) | (=) | (+) | (+) | (=) | (+) | (=) | | |
| **Hercules** | 2% | 0% | 3% | 5% | 3% | (2%) | 6% | 2% | 8% | 23% | BSN growth and cost cuts offset yearbook decline |
| **Hercules (PF Cost)** | 2% | 0% | 3% | 5% | 2% | (2%) | 5% | 1% | 6% | 23% | BSN growth and cost cuts offset yearbook decline |
| **Recent Final ICs** | | | | | | | | | | | |
| Grocery Outlet | 3% | 0% | 8% | 11% | 2% | 0% | 13% | (0%) | 13% | 23% | SSS per history; acceleration of store growth from ~18-37 |
| Alstom | 3% | 0% | (1%) | 2% | 2% | 2% | 5% | 0% | 6% | 25% | Market slightly below GDP levels + cost savings |
| Retail Zoo | 3% | 3% | 1% | 7% | 0% | 3% | 10% | 2% | 11% | 21% | Market growth at GDP levels + cost savings |
| ADT Korea | | | | 6% | | | 10% | 17% | 26% | 23% | |
| Kronos | 3% | 2% | 2% | 7% | 2% | 0% | 10% | 0% | 10% | 20% | GDP-plus market growth + some cost actions |
| TI Auto | 3% | 1% | 1% | 5% | 0% | (0%) | 5% | 2% | 7% | 26% | GDP-plus market growth + margin stability |
| Cerantec | 2% | 2% | 4% | 8% | 1% | (0%) | 9% | 3% | 12% | 22% | Continued Med. Growth + industrials initiatives (ex. acq costs) |
| Yankee Candle | 2% | 0% | 3% | 5% | 0% | (1%) | 4% | 1% | 5% | 24% | Low growth from new store expansion |
| MasTec | 3% | 0% | 0% | 3% | 0% | 2% | 5% | (1%) | 4% | 22% | Market growth + margin expansion |
| **Recent Deals** | | | | | | | | | | | |
| Toms | 2% | 0% | 10% | 12% | 0% | (0%) | 12% | (0%) | 12% | 23% | Strong brand that creates multiple growth options |
| Beacon/VO | 2% | 0% | 8% | 10% | 0% | 7% | 17% | 2% | 19% | 22% | Market expansion & share gain + synergies |
| Viewpoint | 2% | 0% | 9% | 11% | 0% | 11% | 22% | 2% | 25% | 21% | Share gain, new product growth and margin scaling |
| Bob's Discount Furniture | 2% | 0% | 8% | 10% | 0% | 4% | 14% | 9% | 23% | 29% | Successful store rollout in adjacent markets + Chicago entry |
| Canada Goose | 2% | 15% | 5% | 22% | 11% | 1% | 34% | 10% | 44% | 33% | Extremely rapid growth in business |
| EWOS | 2% | (1%) | 5% | 6% | 3% | 1% | 10% | 3% | 12% | 25% | Industry / market growth + Cost Saves + Mix Shift |
| Blackhawk | 2% | 13% | 6% | 21% | 0% | 1% | 22% | 23% | 45% | 26% | Industry / market growth + CapEx leverage |
| Maisons du Monde | 2% | (3%) | 15% | 14% | 0% | (2%) | 13% | 15% | 27% | 26% | Market share increase |
| BMC | 2% | 0% | (0%) | 2% | 1% | 1% | 4% | 0% | 4% | 23% | Low growth from cost savings / margin exp. |
| Apple Leisure | 3% | (1%) | 1% | 3% | 0% | 16% | 19% | 1% | 20% | 24% | Mgmt contract wins + modest ADR inflation |
| Atento | 8% | 1% | (0%) | 9% | 4% | 0% | 13% | 6% | 19% | 39% | Lat Am macro growth + cost cutting + capex leverage |
| Apex Tool | 4% | (1%) | 0% | 3% | 0% | 0% | 3% | 1% | 4% | 24% | Industry growth + modest capex leverage |

**Bain Capital**

59

BAIN00055645

# Project Hercules

**IC Tools**

*Hercules @ $1,450M*

**Cash Yield**

| | TEV | | Cash Flow w/growth | | | | Multiples | | | Equity Contrib. | | Cash Yield Drivers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CC TEV | Memo: Actual / | (E-C-WC) / TEV | Wtd Avg Int Rate | Lev Mult (E-C) | Levered Post Tax Equity Yield | E-C Entry | E-C Exit | Entry (E-C) / Growth | Equity % of S&U | Equity / (E - C) | |
| **Hercules** | $1,450 | | 10.4% | 7.0% | 7.1x | 11.0% | 9.8x | 8.8x | 1.3x | 26% | 2.7x | **Low price + cost savings drive high FCF yield** |
| **Hercules (PF Cost)** | $1,450 | | 11.3% | 7.0% | 6.5x | 13.0% | 9.0x | 8.8x | 1.8x | 26% | 2.5x | **Low price + cost savings drive high FCF yield** |
| **Recent Final ICs** | | | | | | | | | | | | |
| Grocery Outlet | $950 | | 5.0% | 6.2% | 11.6x | 0.6% | 17.7x | 13.7x | 1.4x | 32% | 5.8x | Low FCF yield due to growth capex from store openings |
| Alstom | $830 | | 10.7% | 0.0% | 9.8x | 15.8% | 9.4x | 9.3x | 1.7x | 21% | 2.3x | High yield from strong, recurring CF on slim equity |
| Retail Zoo | € 192 | | 9.4% | 7.6% | 5.2x | 7.5% | 10.1x | 18.1x | 1.3x | 50% | 5.3x | Continue store roll-out with strong execution |
| ADT Korea | € 1,550 | | 0.6% | 6.7% | 23.8x | -8.4% | 34.4x | 18.1x | 1.3x | 33% | 11.6x | Low cash flow yield |
| Kronos | € 4,400 | | 8.9% | 8.0% | 9.6x | 5.0% | 15.1x | 13.5x | 1.6x | 36% | 8.0x | Low yield b/c investing for growth |
| TI Auto | $1,587 | | 10.5% | 5.5% | 6.7x | 13.1% | 8.3x | 8.0x | 1.1x | 22% | 1.9x | High yield from low multiple, thin equity |
| Ceramtec | $1,360 | | 8.5% | 5.8% | 9.6x | 3.4% | 13.6x | 11.3x | 1.1x | 27% | 3.8x | Moderate cash flow yield |
| Yankee Candle | € 1,850 | | 10.7% | 5.1% | 7.6x | 19.7% | 9.2x | 8.8x | 2.0x | 20% | 1.9x | High yield from low price and thin equity |
| MireTec | $2,192 | | 11.1% | 8.0% | 5.5x | 12.7% | 8.5x | 11.0x | 1.9x | 33% | 2.9x | Low price, attractive financing drive high CF yield |
| **Recent Deals** | | | | | | | | | | | | |
| Tome | $850 | $825 | 9.2% | 8.2% | 4.4x | 5.8% | 10.8x | 10.1x | 0.9x | 56% | 6.2x | Highly equitized and trading high interest rate for flexibility |
| Beacon/VO | $920 | | 7.5% | 5.5% | 4.8x | 5.1% | 12.5x | 9.7x | 0.8x | 83% | 8.0x | Attractive unlevered yield, underlevered |
| View point | $395 | | 4.9% | 5.4% | 8.9x | 3.3% | 20.1x | 13.8x | 0.8x | 88% | 14.5x | Low yield b/c investing for growth |
| Bob's Discount Furniture | $425 | | 6.3% | 6.6% | 11.2x | 1.9% | 18.3x | 13.2x | 0.8x | 42% | 8.1x | Low yield from high growth capex |
| Canada Goose | CAD 250 | CAD 235 | 0.7% | 2.6% | 3.8x | -1.3% | 26.8x | 14.9x | 0.6x | 88% | 23.3x | Low yield b/c investing for growth |
| EWOS | NOK 6,200 | | 9.1% | 8.2% | 8.9x | 8.6% | 9.8x | 9.0x | 0.8x | 33% | 3.3x | Moderate cash flow yield |
| Blackhawk | $250 | $242 | 0.1% | 5.3% | 5.6x | -4.9% | 28.6x | 10.1x | 0.8x | 70% | 20.5x | High growth, low leverage |
| Malcons du Monde | € 628 | € 644 | -4.9% | 7.6% | 9.0x | -2.0% | 18.5x | 12.0x | 0.7x | 51% | 9.8x | Low cash flow yield b/c growth capex |
| BMC | $8,648 | $8,400 | 11.1% | 5.1% | 8.1x | 24.1% | 8.8x | 8.4x | 2.1x | 18% | 1.7x | High yield from low price and thin equity |
| Apple Leisure | $450 | $338 | 5.6% | 7.6% | 8.1x | 0.2% | 14.0x | 9.0x | 0.7x | 40% | 5.9x | Low initial cash yield, returns driven by AMR growth |
| Atento | € 885 | € 640 | 8.1% | 9.5% | 4.3x | 2.6% | 7.7x | 7.0x | 0.4x | 43% | 3.4x | Attractive unlevered yield, expensive cap structure |
| Apex Tool | $1,650 | $1,575 | 11.9% | 7.0% | 8.0x | 17.6% | 7.8x | 8.0x | 2.2x | 23% | 1.9x | Low price, low cost of debt drive very high CF yield |

**Bain Capital**

80