# EXHIBIT 10 (Part 1 of 5)

# FILED UNDER SEAL

 

  

**Q4 Board of Directors Meeting**
**October 24, 2017   8:00am-3:15pm**
**Location: Varsity Brands Offices 4849 Alpha Rd Dallas TX**

**Board Meeting**

| Topic | Owner | Duration | Time |
|---|---|---|---|
| Opening Remarks | Adam Blumenfeld | 5 min | 8:00-8:05 |
| MOR High Level Review/2018 Financial Outlook | Rick Paschal/BU CFOs | 40 min | 8:05-8:45 |
| Strat Plan 2.0 | Adam Blumenfeld | 30 min | 8:45-9:15 |
| IMPACT—the next evolution | John Newby | 45 min | 9:15-10:00 |
| Break | | 15 min | 10:00-10:15 |
| Varsity Spirit organic sales deep dive | Bill Seely | 45 min | 10:15-11:00 |
| VS International | Jeff Webb | 15 min | 11:00-11:15 |
| Break-Lunch | | 30 min | 11:15-11:45 |
| BSN Sports organic sales deep dive | Terry Babilla | 60 min | 11:45-12:45 |
| Herff Jones organic sales deep dive and other matters | Jeff Drees | 75 min | 12:45-2:00 |
| Legal and Compliance Update | Burton Brillhart | 15 min | 2:00-2:15 |
| Executive Session  (including Talent 4x4s) | Board plus JM | 60 min | 2:15-3:15 |

CB00025330





  

## BOARD OF DIRECTORS

**DALLAS, TX**

**OCTOBER 24, 2017**

TOPICS:

- Integrated Customer Database / Salesforce.com
- Program to Date and Key Metrics Update
- IMPACT Case for Growth
- Status Update on Current Priorities
- Conclusion

Highly Confidential

CB00025331

IMPACT OVERVIEW



# IMPACT forms powerful partnerships with schools to provide customized solutions

- IMPACT builds customer loyalty with schools and delivers our "Why" – *Elevating Student Experiences*

- The program connects our three Divisions at the highest level of the school / district and provides visibility into our penetration across every school in America

- Offer schools value-add products and programs, such as VIP Branding

- In exchange, we ask IMPACT schools to partner with us for 3 years in Sport, Spirit and Achievement

2

Highly Confidential

CB00025332

IMPACT RESULTS SUMMARY



**IMPACT has grown substantially from 2016 to 2017 in wins and revenue realized**

|  | **2016** | **2017 Fcst** | **Variance** |
|---|---|---|---|
| Wins (3-Year) | $60.2M | $82.3M | +37% |
| Incremental Revenue* | $16.0M | $29.5M | +84% |
| YOY Revenue | $11.4M | $13.5M | +18% |

**When compared to budget, IMPACT is over-delivering on wins, but is slightly below on realized revenue**

|  | **2017 Budget** | **2017 Fcst** | **Variance** |
|---|---|---|---|
| Wins (3-Year) | $64.5M | $82.3M | +28% |
| Incremental Revenue* | $30.4M | $29.5M | -3% |
| YOY Revenue | $14.4M | $13.5M | -6% |

* Approximately 83% of Wins are realized in incremental revenue based on customers not keeping commitments and breakage; refer to page 37 for definitions

3

CB00025333

# PROGRAM TO DATE WINS AND INCREMENTAL REVENUE



**Key Messages:**
- Wins have steadily grown Year-over-Year and are forecasted to be ~$82 million this year
- Realized incremental revenue continues to ramp

## Wins: 3-Year Value ($M)



| | 2014 | 2015 | 2016 | 2017F |
|---|---|---|---|---|
| Annual Wins | 17 | 112 | 288 | 305 |
| Cumulative Wins | | 129 | 417 | 722 |

## Incremental YOY Revenue (New + Renewal, $M)



| | 2014 | 2015 | 2016 | 2017F | Cumulative |
|---|---|---|---|---|---|
| Realized Revenue | | $4.6M | $16.0M | $29.5M | |

**Note:**
1) The long term value of the agreements detailed above are computed for 3 years, however, some agreements stretch to 5 years.
2) Totals exclude At-Risk Wins.

Highly Confidential

4

CB00025334





# INTEGRATED CUSTOMER DATABASE / SALESFORCE.COM

5

Highly Confidential

CB00025335



## THE VARSITY BRANDS DATABASE



| Current State Database Usage (for IMPACT) | Future State Database Usage (for all of Varsity Brands) |
|---|---|

**Current State Database Usage (for IMPACT)**

- Prioritize accounts / targets

- Manage opportunity pipeline: leads, presentations, closed wins

- Manage activities and tasks

- Communicate wins and performance versus expected to BU field leadership

- Measure IMPACT Director productivity and performance

**Future State Database Usage (for all of Varsity Brands)**

- Create targeted campaigns by school by product to capitalize on cross-selling opportunities

- Share customer contacts and Sales Reps across BUs for lead generation support (approach to ensure appropriate controls)

- Communication and collaboration across Business Units

- Utilize Team Art Locker mascots with 1:1 marketing email campaigns for all BUs

7

# TARGETING ANALYSIS OVERVIEW



- Each school is assigned a maximum of 100 points allocated among 4 key metrics
- The ideal IMPACT school has:
  - High enrollment
  - Large BU upside compared to similar accounts
  - Strong existing rep relationships
  - Students with discretionary income
- Targeting data combined with field knowledge provides territory plan account lists





## Business Rule Summary

| Metric | Max Points | Business Rule Overview |
|---|---|---|
| Enrollment | 30 | ▪ Higher enrollment is better<br>▪ Split by public and private school type |
| BU Upside | 30 | ▪ Schools bucketed based on enrollment (split by public / private)<br>▪ High water sales threshold established within each bucket for each BU<br>▪ Upside calculated as difference between current sales and high water mark |
| Existing Relationships | 30 | ▪ Points assigned for rep coverage from each BU<br>▪ Points are additive and increase with multiple relationships |
| Discretionary Income | 10 | ▪ Higher % of upper income household students is better<br>▪ Indicator of discretionary income for purchases |
| Total | 100 | |

8

Highly Confidential

CB00025338



# TERRITORY PLANNING OVERVIEW



> **Each of the 12 IMPACT Directors has built their annual strategic plans leveraging the integrated Varsity Brands database**

## Topics Included in IMPACT Direct "Territory Plans"

- Prioritized Target Accounts
- Customer Engagement Plan of Action
- SWOT Analysis
- ILT Candidates
- Groundswell Events
- Top Conventions and Conferences
- New Schools
- Open Opportunities
- Renewal Plan
- By Targeted Area:
  - Varsity Brands / BU Team Overview
  - Biggest Opportunities
  - Major Competitors
  - Key Assets
  - Tools / Resources Needed



Lee Tousignant Territory Assessment Example

**Targeted Areas**
Denver, CO
Phoenix, AZ
Salt Lake City, UT
SoCal: Inland Empire, Orange County and San Diego

9





# PROGRAM TO DATE & KEY METRICS UPDATE

10

CB00025340



# IMPACT REVENUE: KEY METRICS



**Key Messages:**
- To date, IMPACT has focused primarily on lead generation and wins
- Going forward, IMPACT will continue to drive additional wins with added focus on driving same school account growth and renewals



| Prospect Leads | Win 3-Year Deals | Grow Revenue per Account (School) | Renew Accounts after 3 Year Term |

**Key Metrics:**

- # of Leads
- # of Presentations
- Lead to Presentation conversion (%)
- Presentation to Win conversion (%)

- Total # Wins
- Win Value per Impact Director
- Average 3-year Win value
- BU revenue mix per Win (%)

- Additional # of BUs and Sports / Products added per Account per year
- Annual revenue growth for each BU per Account

- Renewal rates from Year 3 to 4
- Year 4 revenue growth for retained accounts

11

CB00025341



# IMPACT REVENUE: KEY METRICS RESULTS TO DATE (2017 YTD VS. 2016 YTD)



## How are we winning new accounts? What happens when we do?

| Prospect Leads | Win 3-Year Deals | Grow Revenue per Account (School) | Renew Accounts after 3 Year Term |
|---|---|---|---|

**Results:**

- Increased Lead-to-Presentation conversion from **61% to 68%**
- Increased Presentation-to-Win conversion from **58% to 72%**

- Forecasting **305 wins vs. 270 LY**
- Impact Directors increasing annual value of deals sold from **$1.0M to $2.7M from Year 1 to 3**
- Forecasting increase in average total deal value from **$223K to $270K** from 2016 to 2017

- Same school accounts growing **~35% per year** after the first year
  - Growing # of Business Units from **2.0 to 3.2 (Year 0 to 3)**
  - Growing the number of sports / products / activities from **14 to 22 (Year 0 to 3)**

- *Renewal and Year 4 growth rates will be available in 2018*

Note: all metrics compare 2017 to 2016 results, unless otherwise noted

12

Highly Confidential

CB00025342



PROSPECT LEADS



**Leads are turning into wins and our conversion rates are increasing**





(1) Lead, Presentation and Win metrics included for New Leads generated in 2017; additional Leads, Presentations and Wins generated from pre-2017 leads

13

Highly Confidential

CB00025343



# WIN 3-YEAR DEALS



## Key Messages:

- IMPACT continues to ramp up new wins each year with over 300 expected this year
- Deal value is rebounding in 2017 as a result of improved planning and targeting

### Average Deal Value and Wins per Year



### Business Mix of Deals Sold by Year



| Total Win Value, 3-Years ($M) | $6.0M | $26.8M | $60.2M | $82.3M |
| --- | --- | --- | --- | --- |

14

CB00025344



# IMPACT DIRECTOR SALES PER YEAR (ANNUALIZED)



**Experienced IMPACT Directors will be key to continued growth of the IMPACT Program**



**Projected Win Value (Annualized) by IMPACT Director**

15



# ACCOUNT GROWTH DRIVEN BY BROADER PENETRATION



> **Growing BUs per account from 2.0 to 3.2 and
> # Sports / Products per Account from 14 to 22**

## # of BUs and Sports / Products per Account



16

Highly Confidential

CB00025346





# IMPACT CASE FOR GROWTH

17

CB00025347



# KEY GROWTH INITIATIVES / ASSUMPTIONS



| Opportunity / Strategic Initiative | Base Case Assumptions (2018-20) | Full Potential Assumptions (2018-20) |
|---|---|---|
| • Existing Account Growth | • 90% renewals<br>• 0% Account Growth beginning in Year 4 | • Add **School Engagement Manager** (Hunter / Farmer approach)<br>• Same assumptions as Base Case, plus:<br>  - 7% growth beginning in 2018 for all IMPACT accounts |
| • Expand Reach | • Add 8 IMPACT Directors over 3 years<br>• **Incremental 350 wins over 3 years** | • Add additional 36 IMPACT Directors over 3 years<br>• **Additional 1,900 wins over 3 years** |
| • Marketing Investments | • No lift from Marketing | • Generate 110 new wins from investments in Marketing; +$10 million in 2020 revenue |
| • New School | • Open 72 new school accounts<br>• $500K win value (3-Years) / school | • Open 120 new school accounts<br>• $500K win value (3 Years) / school |
| • Other Initiative Growth | • Lone Star: no benefit<br>• ST6: no benefit | • Lone Star: Add +$4M in incremental 2020 revenue<br>• ST6: Add +$7M in incremental 2020 revenue |

18

CB00025348



# GROWTH OPPORTUNITIES (2017 TO 2020): <u>BASE CASE</u>





IMPACT Revenue ($M)

Highly Confidential

CB00025349



# IMPACT FINANCIALS: BASE CASE (IN $000'S)

**VARSITY // BRANDS**

| | 3-Year Win $ | # Wins | $ per Win | 2014A | 2015A | 2016A | 2017F | 2018F | 2019F | 2020F | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2014 Wins** | $ 5,998 | 17 | $ 353 | Year 0 | Year 1 | Year 2 | Year 3 | | | | |
| Incremental Revenue | | | | $ 1,137 | $ 2,454 | $ 1,953 | $ 2,167 | $ 1,950 | $ 1,950 | $ 1,950 | $ 13,561 |
| Gross Margin - Commission | | | | $ 275 | $ 706 | $ 528 | $ 603 | $ 571 | $ 571 | $ 571 | $ 3,827 |
| **2015 Wins** | $ 26,819 | 109 | $ 246 | | Year 0 | Year 1 | Year 2 | Year 3 | | | |
| Incremental Revenue | | | | | $ 2,128 | $ 5,375 | $ 6,423 | $ 8,682 | $ 7,814 | $ 7,814 | $ 38,236 |
| Gross Margin - Commission | | | | | $ 612 | $ 1,454 | $ 1,787 | $ 2,544 | $ 2,289 | $ 2,289 | $ 10,976 |
| **2016 Wins** | $ 60,168 | 270 | $ 223 | | | Year 0 | Year 1 | Year 2 | Year 3 | | |
| Incremental Revenue | | | | | | $ 8,641 | $ 12,247 | $ 17,836 | $ 20,009 | $ 18,008 | $ 76,741 |
| Gross Margin - Commission | | | | | | $ 2,338 | $ 3,408 | $ 5,226 | $ 5,862 | $ 5,276 | $ 22,110 |
| **2017 Wins** | $ 82,300 | 305 | $ 270 | | | | Year 0 | Year 1 | Year 2 | Year 3 | |
| Incremental Revenue | | | | | | | $ 8,663 | $ 17,142 | $ 23,221 | $ 26,623 | $ 75,650 |
| Gross Margin - Commission | | | | | | | $ 2,411 | $ 5,023 | $ 6,804 | $ 7,800 | $ 22,037 |
| **2018 Wins** | $ 87,917 | 352 | $ 250 | | | | | Year 0 | Year 1 | Year 2 | |
| Incremental Revenue | | | | | | | | $ 10,652 | $ 18,312 | $ 24,806 | $ 53,770 |
| Gross Margin - Commission | | | | | | | | $ 3,121 | $ 5,365 | $ 7,268 | $ 15,754 |
| **2019 Wins** | $ 99,092 | 422 | $ 235 | | | | | | Year 0 | Year 1 | |
| Incremental Revenue | | | | | | | | | $ 12,006 | $ 20,640 | $ 32,646 |
| Gross Margin - Commission | | | | | | | | | $ 3,518 | $ 6,047 | $ 9,565 |
| **2020 Wins** | $ 108,167 | 492 | $ 220 | | | | | | | Year 0 | |
| Incremental Revenue | | | | | | | | | | $ 13,106 | $ 13,106 |
| Gross Margin - Commission | | | | | | | | | | $ 3,840 | $ 3,840 |
| **Total** | **$ 470,460** | **1,966** | **$ 239** | | | | | | | | |
| **Incremental Revenue** | | | | $ 1,137 | $ 4,582 | $ 15,969 | $ 29,500 | $ 56,263 | $ 83,312 | $ 112,947 | $ 303,710 |
| **Gross Margin - Commission** | | | | $ 275 | $ 1,318 | $ 4,320 | $ 8,209 | $ 16,485 | $ 24,410 | $ 33,093 | $ 88,110 |
| **Margin** | | | | 24.2% | 28.8% | 27.1% | 27.8% | 29.3% | 29.3% | 29.3% | 29.0% |

20

Highly Confidential

CB00025350



# GROWTH OPPORTUNITIES (2017 TO 2020): <u>FULL POTENTIAL</u>



IMPACT Revenue ($M)



21

Highly Confidential

CB00025351



# IMPACT FINANCIALS: FULL POTENTIAL (IN $000'S)

**VARSITY // BRANDS**

| | 3-Year Win $ | # Wins | $ per Win | 2014A | 2015A | 2016A | 2017F | 2018F | 2019F | 2020F | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2014 Wins** | $ 5,998 | 17 | $ 353 | Year 0 | Year 1 | Year 2 | Year 3 | | | | |
| Incremental Revenue | | | | $ 1,137 | $ 2,454 | $ 1,953 | $ 2,167 | $ 2,168 | $ 2,410 | $ 2,679 | $ 14,968 |
| Gross Margin - Commission | | | | $ 275 | $ 706 | $ 528 | $ 603 | $ 635 | $ 706 | $ 785 | $ 4,239 |
| **2015 Wins** | $ 26,819 | 109 | $ 246 | | Year 0 | Year 1 | Year 2 | Year 3 | | | |
| Incremental Revenue | | | | | $ 2,128 | $ 5,375 | $ 6,423 | $ 9,652 | $ 9,657 | $ 10,735 | $ 43,970 |
| Gross Margin - Commission | | | | | $ 612 | $ 1,454 | $ 1,787 | $ 2,828 | $ 2,829 | $ 3,145 | $ 12,656 |
| **2016 Wins** | $ 60,168 | 270 | $ 223 | | | Year 0 | Year 1 | Year 2 | Year 3 | | |
| Incremental Revenue | | | | | | $ 8,641 | $ 12,247 | $ 19,828 | $ 23,090 | $ 23,102 | $ 86,909 |
| Gross Margin - Commission | | | | | | $ 2,338 | $ 3,408 | $ 5,810 | $ 6,765 | $ 6,769 | $ 25,089 |
| **2017 Wins** | $ 82,300 | 305 | $ 270 | | | | Year 0 | Year 1 | Year 2 | Year 3 | |
| Incremental Revenue | | | | | | | $ 8,663 | $ 19,057 | $ 25,814 | $ 29,597 | $ 83,131 |
| Gross Margin - Commission | | | | | | | $ 2,411 | $ 5,584 | $ 7,563 | $ 8,672 | $ 24,229 |
| **2018 Wins** | $ 144,083 | 576 | $ 250 | | | | | Year 0 | Year 1 | Year 2 | |
| Incremental Revenue | | | | | | | | $ 18,003 | $ 34,785 | $ 48,066 | $ 100,854 |
| Gross Margin - Commission | | | | | | | | $ 5,275 | $ 10,192 | $ 14,083 | $ 29,549 |
| **2019 Wins** | $ 250,902 | 1,068 | $ 235 | | | | | | Year 0 | Year 1 | |
| Incremental Revenue | | | | | | | | | $ 31,350 | $ 60,573 | $ 91,923 |
| Gross Margin - Commission | | | | | | | | | $ 9,185 | $ 17,748 | $ 26,933 |
| **2020 Wins** | $ 320,247 | 1,456 | $ 220 | | | | | | | Year 0 | |
| Incremental Revenue | | | | | | | | | | $ 40,014 | $ 40,014 |
| Gross Margin - Commission | | | | | | | | | | $ 11,724 | $ 11,724 |
| **Total** | $ 890,517 | 3,801 | $ 234 | | | | | | | | |
| **Incremental Revenue** | | | | $ 1,137 | $ 4,582 | $ 15,969 | $ 29,500 | $ 68,708 | $ 127,106 | $ 214,767 | $ 461,769 |
| **Gross Margin - Commission** | | | | $ 275 | $ 1,318 | $ 4,320 | $ 8,209 | $ 20,131 | $ 37,241 | $ 62,925 | $ 134,420 |
| **Margin** | | | | 24.2% | 28.8% | 27.1% | 27.8% | 29.3% | 29.3% | 29.3% | 29.1% |

CB00025352

22





STATUS UPDATE ON CURRENT PRIORITIES

23

Highly Confidential

CB00025353

# IMPACT LEADERSHIP TEAM



**Goal:** Effectively **leverage greatest asset (sales force)** in methodical approach to market

**The Team:** 37 **elite influencers** across the country and enterprise nominated by RID and approved by BU/CEO

**Credentialing Process** includes home study, field travel, weekly discussion calls and will culminate in team training in Orlando, Nov 3rd.

**Activation:**
- ILT will **champion the  IMPACT program** within their BU to drive collaboration
- RID will **create territory plan, rules of engagement and direction for new business development** for the state/area
- RID and ILT will identify **3 target accounts** for ILT to pursue for their BU utilizing IMPACT "exclusive resources"
- **ELEVATE items can be used freely** as cross-over is rare and low-risk
- RID will be **responsible for tracking in SFDC** and **logistics of delivering** value add programs
- **Utilize identity branding more broadly** to secure business for each division in organized, surgical approach
- ILT will serve as ambassadors and **tell the Varsity Brands story**

24

Highly Confidential

CB00025354





Highly Confidential

CB00025355



# OPERATION GROUNDSWELL



- Conducted 23 Groundswell meetings across the country
- Over 750 reps, managers, executives attended
- Goal: To bring together intracompany reps in social environment to network, hear about future of Varsity Brands and to identify accounts to leverage existing relationships



9/19 - Shreveport, LA       9/28 - Charlotte, NC

9/20 - Kansas City, KS       9/28 - Denver, CO

9/20 - Birmingham, AL       9/28 - Tukwila, WA

9/21 - Richmond, VA       9/29 - Towson, MD

9/23 - Columbus , OH       10/2 - Austin, TX

9/24 - San Diego, CA       10/5 - Houston, TX

9/25 - Dallas, TX       10/10 - Nashville, TN

9/25 - Napa, CA       10/16 - Pittsburgh, PA

9/26 – St. Louis , MO       10/17 - White Plains, NY

9/26 - Oklahoma City, OK       10/19 - Long Beach , NJ

9/27 - Atlanta, GA       10/23 - Cooperstown, NY

9/27 - Portland, OR

26

Highly Confidential

CB00025356



Highly Confidential



## IMPACT VALUE ADD PROGRAMS



# Current Value Proposition:

 Identity & Facility Branding

 Spirit Works *(NEW in 2017)*

 SuperFan *(NEW in 2017)*

 Believe in You

 Varsity University

# Additional Value Propositions:

- Fundraising
- Fan Shop
- Loyalty Program
- Sponsorships
- Marketing Partnership
- Ticketing
- Administrator Consulting
- Student Engagement App

28

Highly Confidential

CB00025358

# OUTBOUND MARKETING: VIP BRANDING EXAMPLE





## VIP Branding "Landing Page" for Lead Generation

## Google Pay Per Click Ad

School Logo Designs - Unique Mascots & Branding
Ad www.vipbranding.com/ ▾
Custom professional branding exclusively for **schools**. 30+ years experience.
Current Mascots · Create Your School Logo · Mascot Creation · Why You Need Branding

**Investment:** $1.3K (3,500 Clicks @ $0.36 Cost per Click)
**Benefits:** 12,000 Impressions + 132 Leads + 2 IMPACT Wins for $208K (3-Year Win Value)

29

CB00025359



OUTBOUND MARKETING: VIP BRANDING EXAMPLE (CONT')



**First Win Generated from PPC Campaign:**

- Kennedy High School (Chicago, IL) is an inner city school built in the 40's
- Need to enhance visual appeal and losing students to private schools
- Started new international bachelorette program to help improve image and grow enrollment
- School is existing Herff Jones Yearbook customer, but does not do business with BSN SPORTS, Herff Jones Scholastic and Varsity Spirit
- Sept 3rd: School responded to Pay-Per-Click ad and was directed to new IMPACT landing page
- Sept 12th: IMPACT presentation by RID Angie Stevens
- Oct 6th: Signed $105K (annual) agreement securing business for BSN, Herff Jones Scholastic and Varsity Spirit

30

Highly Confidential

CB00025360