# EXHIBIT 10 (Part 2 of 5)

# FILED UNDER SEAL



## OTHER KEY INITIATIVES UPDATE



| Initiative | Update |
| --- | --- |
| • New School Program | • Implementing communication, lead organization and tracking process<br>• Engaged BSN facility team and developed structure to support NSP<br>• Created marketing plan with new landing page and email campaign<br>• 2017 YTD: Won 21 schools for $5.7M in 3-Year Wins<br>• 2018 Goal: Secure 25 schools for ~$10M in 3-Year Wins |
| • Seal Team 6 ("ST6") | • Conducted strategy meeting in Indianapolis with HJ leadership<br>• Created initial target list and presented to 28 accounts<br>• 2017 YTD: Won 1 account for ~$25K for HJ Scholastic (annual)<br>• 2018 Goal: Secure 87 HJS for $2M and 48 HJ Yearbook accounts for $1M (annual) |
| • Operation Lone Star | • Conducted planning meeting with senior leaders of all BU<br>• Developed territory plan and strategic approach for YE 2017 and 2018<br>• Conducted 3 Groundswell meetings in key target markets<br>• 2017 YTD: Presented to 7 HJ targets; secured 1 HJS = $60K; 1 for HJY = $80K<br>• 2018 Goal: Secure 15 accounts averaging $50k for ~$0.75M (3-Year) |

31

Highly Confidential

CB00025361



# THE CONCEPT: CREATE A CONNECTED SCHOOL COMMUNITY BY LEVERAGING ALL OF OUR VARSITY BRANDS ASSETS





## Student Engagement Director Activities



- Fundraising / Fan Cloth
- IMPACT Renewals
- VBSSAs
- School Makeover



- Coach Liaison
- Gear & equipment support
- allgoods



- Uniforms, Camps and Competitions (cheer, dance, spirit band)
- STUNT
- Spirit Works, VU, VTV
- Pep Rallies
- Student Section / Engagement



- Ring Ceremonies
- Graduation Support
- Yearbook Rallies
- Clubs / Student Organizations
- Believe In You

32

Highly Confidential

CB00025362





# CONCLUSIONS

33

Highly Confidential

CB00025363



## CONCLUSION AND RECOMMENDATIONS



- Evaluate hiring additional IMPACT Directors beyond +6-9 over next 3 years

- Lean into VIP Branding – it has proven to be the "attention getter" and #1 value add

- Expand value add proposition (especially those that drive our mission home – BIU, VU, Spirit Works) and strategic partnerships in funding solutions, school apps, and loyalty/rewards program

- Focus resources on upcoming renewals to keep the momentum strong

- Increase marketing resources to further drive internal and external awareness

34

Highly Confidential

CB00025364



## END STATE



- IMPACT is synonymous with Varsity Brands

- IMPACT is THE program that brings us together and supports our mission

- IMPACT becomes an even greater differentiator for us - winning on value and why, not price

- Schools across the country are lining up to become an IMPACT member

- Other companies want to become a part of this movement (strategic partners, sponsors, and other groups)

- Add ~$110-215M in incremental revenue to Varsity Brands by 2020

- Ultimately, we create **loyalty** and a sense of **membership** as we become known as the **trusted partner** to schools, districts and communities by investing in school spirit, pride and educational priorities

35

Highly Confidential

CB00025365



APPENDIX

36

Highly Confidential

CB00025366

## GLOSSARY OF TERMS



**Wins:** a signed Business Unit or IMPACT agreement following an IMPACT presentation

**Projection:** Estimated value of win provided by the Business Unit management to IMPACT. Managers are allowed to adjust the value of their projected win. Our goal is for the number to be what we realistically expect to realize in incremental revenue from the account.

**Full Term Value:** the annual projection x agreement term (Annual win amount x 3 years)

**Incremental Revenue:** Actual (or projected for future periods) incremental realized revenue for each Business Unit from base year. Base year represents the year prior to the year agreement is signed.

**YoY Revenue:** Actual (or projected for future periods) incremental realized revenue for each Business Unit from the prior fiscal year. YOY revenue reflects the change in incremental revenue.

**At Risk Account:** Existing account identified and confirmed by Business Unit RSM that is "at risk" to lose the business (also referred to as "saves").

**Renewals:** Accounts won previously through IMPACT that re-sign with the IMPACT program

37

CB00025367



## GLOSSARY OF TERMS: EXAMPLES



**Incremental Revenue:** Actual (or projected for future periods) incremental realized revenue for each Business Unit from base year. Base year represents the year prior to the year agreement is signed.

| Division | Account | Projection | 2014 Revenue | 2015 Revenue | 2016 Revenue | 2015 Incremental | 2016 Incremental |
|---|---|---|---|---|---|---|---|
| Varsity Spirit | Discovery High School | $ 22,000 | $        - | $ 22,758 | $ 33,833 | $ 22,758 | $ 33,833 |

Incremental revenue = the difference between 2016 and 2014 (base year) total revenue. 2016 Inc. Rev: $33,833

**YoY Revenue:** Actual (or projected for future periods) incremental realized revenue for each Business Unit from the prior fiscal year.

| Division | Account | Projection | 2014 Revenue | 2015 Revenue | 2016 Revenue | 2015 YoY | 2016 YoY |
|---|---|---|---|---|---|---|---|
| Varsity Spirit | Discovery High School | $ 22,000 | $        - | $ 22,758 | $ 33,833 | $ 22,758 | $ 11,075 |

YoY revenue = the change between 2016 and 2015 total revenue. In this case, 2016 YoY Revenue = $11,075.

**Full Term Value:** annual projection amount multiplied by term of agreement. Full Term Value = $66,000

| Division | Account | Projection | Term | Full Agreement Value |
|---|---|---|---|---|
| Varsity Spirit | Discovery High School | $ 22,000 | 3 years | $ 66,000 |

38

Highly Confidential

CB00025368

# 2017 BUDGET VS. 2/16/17 FORECAST



39

Highly Confidential

CB00025369



2018 Game Day Initiative

Highly Confidential

CB00025370



# Objectives

• Understand Why Game Day Matters

• Discuss 2018 Execution Plan, Team & Results

• Highlight the Future of Game Day Beyond 2018

2

# The Existing Competition Format:





Highly Confidential

CB00025372

# Why Game Day?

- Game Day was created to **redirect focus** from the highly-choreographed existing competitive format **to the sidelines**

- **Competitive routine** format **emphasizes technical skills, elite athletes and expensive choreography**
  - **Limits athletes** participating (only the best make the team)
  - Discourages teams from competing because of **TIME required**
  - Many teams don't have money to pay an ~**$4,500 on a choreographer and music**

- When a team narrows their focus to the 2:30 competitive routine, they lose sight of their role at the school, which puts the cheer team's **entire existence** in jeopardy

- Game Day provides a **bridge** into other spirit markets...**dance and band**



*Game Day is more inclusive, less of a time commitment, lower cost to participate in, and strategically better for schools!*

4

Highly Confidential

CB00025373

# Game Day = Increased Squad Size and Participation



| | 2015 | 2016 | 2017 | % Change |
|---|---|---|---|---|
| **Non-Game Day Divisions Avg. Squad Size** | 17.5 | 18.3 | 17.4 | **0%** |
| **Game Day Division Avg. Squad Size** | 14.1 | 19.3 | 19.1 | **+35%** |

**35%  Increase in Squad Size at UCA HS:**
- Emphasizing more practical skills means teams are not cut down to just the elite
- Larger groups have an advantage in effectively leading a crowd

**86% Annual Growth in # Teams at UCA HS:**
- Since it launched in 2015, the Game Day competition format has been gaining momentum in the market



GAME DAY TEAM GROWTH AT UCA NATIONALS

| | | | CAGR |
|---|---|---|---|
| Total | 621 | 660 | 694 | 6% |
| Non-Game Day | 580 | 579 | 552 | -2% |
| Game Day | 41 | 81 | 142 | 86% |
| | 2015 | 2016 | 2017 | |

Highly Confidential

CB00025374

# "G" for Growth





### 2016 HIGH & MIDDLE SCHOOL PARTICIPATION

| | |
|---|---|
| # Schools Attending Camp | 10.2K |
| # Schools Also Competing | 2.6K |
| % Competing & Camp | **25%** |

~7.6k schools attending camp are not competing

- Only 25% of High Schools and Middle Schools that go to camp also compete; **opportunity for subset of these 7.6k schools to compete**

- Why would these teams would want to compete in Game Day?
  - Affordable
  - Prep/Practice time is reduced
  - Stay focused on their main priority: Game Day!

Highly Confidential

CB00025375

# Objectives



- Understand Why Game Day Matters

- Discuss 2018 Execution Plan, Team & Results

- Highlight the Future of Game Day Beyond 2018

Highly Confidential

CB00025376

# What is Game Day?





Highly Confidential

CB00025377



# Game Day is a New Competition Format



- Allows cheerleaders to take sideline skills straight to the competition mat

- Uses elements of traditional cheerleading on the sidelines and combines them into an unpredictable, situation-based routine which includes:

  - Offense or Defense Sideline Chant

  - Timeout Routine

  - School Fight Song

- Difficulty is small part of the Game Day Scoresheet

- Focus is on crowd leading, spirit raising and execution

9

Highly Confidential

CB00025378

# We Will Leverage our Ecosystem to Seed Game Day Across the Country



Highly Confidential

CB00025379

# Game Day Camp Curriculum



Highly Confidential

CB00025380

# Current State





**Competition**
- Main focus on technical skills, encourages elite teams
- Apparel reps not focused on recruiting for competitions
- No dance or spirit band divisions offered at competitions

**Camp**
- UCA is only camp brand fully focused on Game Day format
- Game Day is cheerleader focused currently

**Overall School Spirit**
- Cheer, dance, and spirit bands do not have opportunity to work together and create an overall game day experience

12

# The 2018 <u>Cheer</u> Plan



**Mission:** Elevate Student Experience Through Game Day Training & Competitions

**Business Objective:** Increase Game Day Cheer Participation at Competitions

| Activity | Lead | % Complete | 2017 | 2018 | | | |
|---|---|---|---|---|---|---|---|
| | | | Q4 | Q1 | Q2 | Q3 | Q4 |
| Launch Game Day Championships at **College Championship** and promote to high school athletes/coaches | MB | 70% | | | | | |
| Actively market Game Day format **across all brands,** targeting teams who attend camp but not competition | NL | 90% | | | | | |
| Include competition recruiting in **rep incentives** | BC | 10% | | | | | |
| Utilize new **inside sales team** for Game Day competition recruiting | TH | 20% | | | | | |
| Leverage **relationships with NFHS/State Associations** to set up Game Day **State Championships** across the country | JG | 60% | | | | | |
| Seed all camps with **Game Day programming; update curriculum** across all brands | BG | 95% | | | | | |
| Repackage and actively market **Game Day Spirit Apparel** to students | JB | 60% | | | | | |

13

# The 2018 <u>Dance & Band</u> Plan



**Mission:** Elevate Student Experience With New Game Day Offerings in Dance and Band
**Business Objective:** Launch Game Day Dance & Band Program Driving to Competitions

| | Activity | Lead | % Complete | 2017 Q4 | 2018 Q1 | 2018 Q2 | 2018 Q3 | 2018 Q4 |
|---|---|---|---|---|---|---|---|---|
| **Dance** | Introduce Game Day Dance **competition at College Championship** | MB | 70% | | | | | |
| | Create Game Day **Dance camps** | CM | 50% | | | | | |
| | **Introduce Game Day Dance HS competitions** | CM | 40% | | | | | |
| | Develop **Dance Game Day Apparel** offering & Vision Boards | JB | 40% | | | | | |
| **Band** | **Hire Spirit Band lead** | BG | 10% | | | | | |
| | Start disseminating concept with **NFHS / State Associations** | BG | 25% | | | | | |
| | Expand Spirit Band **Camp Program** inside USA brand | Ben S. | 30% | | | | | |
| | Pilot two **Spirit Band competitions** in select markets – Memphis area and CA through USA | MB | 10% | | | | | |
| | Develop **Spirit Band Game Day Apparel** Offering & Vision Boards | JB | 0% | | | | | |

14

# The Team





Highly Confidential

CB00025384

# 2018 Incremental Financials



### Incremental 2018 Game Day $s by Source
*(in 1,000s)*

|  | 1 Camp | 2 Regionals | 3 National Championships | Total |
|---|---|---|---|---|
| **Net Revenue** | $3,935 | $166 | $1,538 | $5,639 |
| **EBITDA** | $360 | $19 | $640 | $1,019 |
| **EBITDA % Rev.** | 9% | 11% | 42% | 18% |

**Financials Reflect Strategy to Move Customers Through the Game Day Ecosystem:**

1 Get teams to camp to train on Game Day skills and qualify for competition

2 Compete in regional competition and qualify for nationals

3 End the season at our High School National Championships with UCA, NCA, or USA

Highly Confidential

CB00025385

# Objectives



- Understand Why Game Day Matters

- Discuss 2018 Execution Plan, Team & Results

- Highlight the Future of Game Day Beyond 2018

17

Highly Confidential

CB00025386

# The Future of Game Day





Highly Confidential

18

CB00025387

Case 2:20-cv-02892-SHL-tmp    Document 454-9    Filed 05/25/23    Page 29 of 31
PageID 17653

# Beyond 2018 – The Plan to $4M in Incremental EBITDA by 2020



| Activity | Lead | 2019 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Launch **Game Day Dance divisions** at competitions | MB | | | | | | | | |
| Add **Spirit Band Game Day competition** division | TBD | | | | | | | | |
| Add Sp**irit Band camps** | TBD | | | | | | | | |
| Create **Combined Cheer & Dance** Game Day camps | BG & CM | | | | | | | | |
| Integrate **cheer, dance, and spirit bands in a comprehensive Game Day competition experience** | TBD | | | | | | | | |

19

Highly Confidential

CB00025388

# The Future of Game Day



Game Day Cheer ✚ Game Day Dance ✚
Game Day Spirit Band ✚ Game Day Apparel

=

Varsity Spirit Growth & Elevated the Student Experience

  

20

Highly Confidential

CB00025389

# Questions?





Highly Confidential

CB00025390