# EXHIBIT 10 (Part 3 of 5)

# FILED UNDER SEAL



International Update

Highly Confidential

CB00025391

# Objective



Review Varsity Spirit International Strategy:

1.  Defensively to Protect Varsity's Domestic Cheer Franchise

2.  Offensively to Grow Cheer Globally Including Commercial Benefit to Varsity

2

Highly Confidential

CB00025392



OUR CHEER AND DANCE

# COMMUNITY

3

Highly Confidential

CB00025393

# Varsity Spirit has built a connected community that sets the foundation for international expansion



1. We are cheerleading in the US

2. We are not simply a supplier of products and services to cheer market but a steward and champion of the entire community

3. We drive the viability and development of cheerleading through an approach that is unique in all of sports (no other company has been able to replicate in the US)

Highly Confidential

CB00025394

# Varsity Spirit has created 4 disciplines of cheer, each with unique and differing strategic objectives





5

Highly Confidential

CB00025395

# Varsity's Success in All Star provides an analogous strategy to what we are trying to accomplish in the International space



## Governance

- Varsity was instrumental in the creation of the All Star governing body (USASF) which enabled policies beneficial to growth of the overall All Star market and Varsity
- USASF set the rules of engagement for athletes, coaches, gyms and event producers (including Varsity and non-Varsity parties)

## Commercial Growth

- Simultaneously, we built national event coverage through aggressive organic growth and acquisitions to roll-up the All Star market and create a sustainable position
- Strategy took millions of investment over 12 years to accomplish, but has eventually become a key driver of revenue and EBITDA growth over the last 5 five years

6

Highly Confidential

CB00025396

# The IOC governs the complex international landscape for sports and relies on International Federations to govern and grow specific sport activities



Highly Confidential

CB00025397

# Competition among International Federations for new sports is intense as everyone is trying to get a larger share of IOC funding





## International Sport Funding

Highly Confidential

CB00025398

# Varsity Spirit's international business was created to defend our US business and allow for future global expansion



## "In the world of sports, he who makes the rules, rules"

- Another International Federation adding cheerleading poses a significant threat to the US market

- If we did not gain control of cheer International Federation we **risked eventually losing the club All Star market in the US**:
    - **USASF World Championship** would be at risk which has a trickle down impact on **local, regional and national championships** that build to this event in the US
    - **Competition Rules** that govern All Star in the US could be overwritten by an international body and could disadvantageously alter the All Star event market
    - **Rules for uniforms and equipment** could also disadvantage cheer providers as many sports require simple, standard uniform designs (e.g. name only on front)
    - In many other countries there is a strong **bias for only non-profit entities** in education and competition activities for sports reducing our ability to operate

- **International Federation of Cheerleading (IFC)** was pursuing IOC recognition as well as other powerful non-cheer IFs like **FIG and DanceSport**



9

Highly Confidential

CB00025399

# There are still active threats from outside International Federations; supporting an IF (ICU) was best strategy to mitigate this risk



### FIG (Gymnastics) / Australia



### World DanceSport / Japan



Highly Confidential

CB00025400

# ICU's mission is to protect domestic cheer and be the governing body to grow cheer worldwide



## ICU Goals:

- Protect disruption in the cheer market domestically from an external entity
- Promote global expansion of cheer and set the foundation for a commercial ecosystem down the road
- Create relationship with the key players in cheer around the world that can become future commercial partners



## ICU Responsibilities Going Forward:

- **Influence** direction / philosophy of the sport globally
- **Defend** against hostile organizations
- Get **full IOC recognition** and **Olympic games** participation
- **Govern National Federations** reach, restrictions, and opportunities
  - Target 50 countries with NOC status by 2020
- **Run World championships**, multi-sport games and venues at Olympic Events under IOC directives
  - Get accepted into World Games, Pan American Games, etc.
  - Introduce continental games to build sport status regionally and feed into Worlds
- **Operate at break-even**

11

Highly Confidential

# In addition to the defensive benefits, Varsity is poised to build cheerleading globally and bring commercial benefits to Varsity



**Varsity is focused on the following strategic objectives over the next 3 years:**

➢ **Build stature of ICU** and solidify its position as the IOC sanctioned official world governing body for cheer

➢ **Assist other countries** in the development of Cheer (market expansion)

➢ Continue to **recruit teams to US** based Varsity affiliated events (Regionals, Nationals, Worlds, Summit)

    ➢ Create an **International Championship at the Summit** in 2018 with new "international friendly" divisions and rules

➢ **Acquire strategic partners** in three commonwealth countries (**Canada, UK, Australia**) that have 1) Established and developed cheer base 2) Favorable cheer political environment and 3) Discretionary income

➢ Actively pursue a **licensing deal in China** through reinvigorated relationship and support of Chinese Sports Ministry

### INTERNATIONAL MARKET ASSESSMENT

| | Top 10 Countries | Estimated # Cheerleaders | Cheer Development[1] | Cheer Political Concerns | GDP / Person | Population (M) | Viable Acquisition / JV Targets | Est. 2017 Market Size | Est. 2025 Market Size |
|---|---|---|---|---|---|---|---|---|---|
| **Tier 1** | US (Reference) | 1,000K | High | Low | $56K | 321 | Medium | $650M | $700M |
| | Canada | 100K | High | Low | $43K | 36 | High | $17M | $43M |
| | Australia | 47k | High | Medium | $56K | 24 | High | $10M | $26M |
| | UK | 28K | High | Low | $44K | 65 | High | $9M | $19M |
| | China | 1,000k* | Low | Low* | $8K | 1,371 | High | $35M | $200M |
| **Tier 2[2]** | Japan | 200K | High | High | $32K | 127 | Medium | $20M | $56M |
| | Colombia | 60K | Medium | Low | $6K | 48 | Medium | $6M | $11M |
| | Germany | 18K | Medium | Low | $41K | 81 | Low | $5M | $14M |
| | Scandinavia[3] | 17K | High | Low | $55K | 20 | Low | $5M | $11M |
| | Mexico | 80k | Medium | Low | $9K | 127 | Medium | $7M | $20M |
| | | | | | | | **Total (Ex-US)** | **$98M** | **$302M** |

# Based on increasing international customer demand, we accelerated plan for International Summit and will be launching this season





**International Summit**

**Concept**
- International teams are looking to compete against US teams
- Over 95% of international teams are level 4 or below and the World championships currently only focus on elite level 5 & 6 teams; many international teams attend are not competitive
- We are creating a new international competition focused on level 1-4 teams and also reducing the technical aspects of routines
- The new competition will be offered on Thursday / Friday before the 2018 Summit and will be open to US and International teams who receive a bid

**Key Objectives**
- **Grow international market** through new divisions where they can compete
- **Grow US market** with new division which are less technical
- **Monetize the opportunity** at one of our prestigious events

**Risks**
- **Low participation** in first few years as new concept develops and gets momentum
- **Cannibalization at UCA** event where some international teams compete currently

13

Highly Confidential

CB00025403

# International acquisition plan is in early stages but is building momentum in Canada and UK



## International Acquisition Pipeline

| Company | Geography | Est. Rev ($M) | Est. EBITDA ($M) | NDA | Phase |
|---|---|---|---|---|---|
| **All Things Cheer (ATC)** | US, Canada, Australia | $1.0 | $0.2 | Y | Closed US & Canada |
| **Sea to Sky** | Canada | $0.4 | $0.2 | Y | LOI Signed |
| **Cheer Evolution** | Canada | $2.2 | $0.4 | Y | In negotiations |
| **Future Cheer** | UK | $1.5 | $0.2 | Y | Initial Assessment |
| **BCA** | UK | TBD | TBD | N | Not active |
| **ScottCheer** | UK | TBD | TBD | N | Not active |
| **Australian All Star Cheer Federation** | Australia | $3.0 | $0.6 | N | On Hold |

14

CB00025404

# China represents a significant opportunity to bring cheer to growing school cheer market



## China Commercial Strategy

**Market Overview** *(source China Cheerleading Association - CCA)*:
- Estimated **1 million individuals participating in some form of cheerleading in China** (20% Cheer / 80% Dance Team)
- **Soccer and cheer** are the two sports the government has identified for grass roots growth
- Vast majority cheerleaders are school teams and participate through performing at soccer games (main focus of CCA and Chinese government); also for basketball, badminton, and table tennis
- Estimated **100k cheerleaders compete** (~160k in US)

**Partnership Objectives**
- **Expand cheerleading** into more schools and deeper into existing schools in China
- Continue to coordinate and build cheer with China government **soccer expansion program**
- Vastly **increase education, skill and product offerings** for Chinese cheerleaders through Varsity partnership
- **Develop a large and highly profitable business** by being the clear market leader for all things cheer in China

**Proposed Go-to-Market Approach**
- Varsity creates a **license deal** to provide IP (curriculum, materials, branding, event management, etc.) as well on the ground instruction for coaches and event management to build the activity
- **Limits upfront investment** from Varsity Spirit
- **Allows control** over liability exposure and control issues vs. being an owner

**Risks**
- Sports Ministry rescinds support of cheer as major initiative
- Partnership does not renew license after key skills are gained



Highly Confidential

CB00025405

# The 2018 international budget plan is to break-even and set a baseline to build off of for positive EBITDA going forward





16





# BSN Organic Growth Update

## October 24, 2017





Highly Confidential



# The BSN organic growth attack plan consists of five components



| | ① RECRUIT NEW SALES PROS | ② FREE UP SALES PRO TIME | ③ GROW INSIDE SALES | ④ GO DEEP | ⑤ COLLEGE EXPANSION |
|---|---|---|---|---|---|
| **Owner** | • Ken | • Jason | • Jason | • Jason | • Dan |
| **KPIs** | • Net sales pro growth<br>• Revenue per new sales pro (rookie vs. veteran) | • Sales pro waterfall<br>• Sales pro feedback | • # of inside sales reps<br>• Revenue per rep (non-teamed and teamed) | • Sales pro waterfall<br>• Sports per school<br>• Sport revenue growth<br>• Same school sales | • # of signed deals<br>• Revenue per signed deal |

2



# Enhanced recruiting capabilities will enable BSN to add 160 gross and 60 net sales pros in 2018



| | RECRUITING CAPACITY | EXPAND CANDIDATE FUNNEL | CANDIDATE ASSESSMENT | NEW SALES PRO TRAINING | ACCOUNTABILITY |
|---|---|---|---|---|---|
| **Key challenge** | • Insufficient recruiting capacity | • Limited funnel for non-industry candidates | • No objective way to assess candidate fit | • One-week training program insufficient, especially for rookies | • No defined recruiting targets by manager |
| **Solution** | • Add 1-2 recruiters to focus on sales pro recruiting | • Additional sources of sales pro talent<br>  – E.g., Athlete's Network, LinkedIn, Facebook | • Add assessment tool (Outmatch) to help with hiring decision | • Develop new sales pro training program<br>  – Multi-month rookie program<br>  – E-learning<br>  – Sports-specific training focused on top 9 sports | • Define targets by VP and metro area<br>• Publish and review scorecard |
| **Impact** | • Faster sales pro recruiting<br>• Higher-quality new hires | • Larger candidate pool<br>• Higher rookie success rate | • Less manager time spent recruiting<br>• Higher rookie success rate | • Faster new hire ramp<br>• Higher rookie success rate<br>• Reduced turnover | • Greater buy-in to targets<br>• More hires where there's more opportunity |

Note: assumes 12% annual attrition, does not include acquisitions

3

Highly Confidential

CB00025409



# Project plan: recruit new sales pros

BSN SPORTS

| | Responsible | Nov | | | | | Dec | | | | Jan | | | | | Feb | | | | Mar | | | | Apr | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 29 | 05 | 12 | 19 | 26 | 03 | 10 | 17 | 24 | 31 | 07 | 14 | 21 | 28 | 04 | 11 | 18 | 25 | 04 | 11 | 18 | 25 | 01 | 08 | 15 | 22 |
| **Recruiting capacity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Source & screen candidates | Mechell | | ◆ 11/10/17 | | | | | | | | | | | | | | | | | | | | | | | | |
| Interview & extend offers | Mechell | | | | | | | ◆ 12/15/17 | | | | | | | | | | | | | | | | | | | |
| Recruiters complete training | Mechell | | | | | | | | | | | | ◆ 1/19/18 | | | | | | | | | | | | | | |
| **Candidate assessment** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Contract signed | Mechell | ◆ 10/27/17 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Assessment implemented | Mechell | | | | | | | | | | | | ◆ 1/19/18 | | | | | | | | | | | | | | |
| **Expand candidate funnel** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Create page on Athlete's network | Tiffany | | ◆ 11/10/17 | | | | | | | | | | | | | | | | | | | | | | | | |
| Establish FB, Twitter, Snapchat presence | Austin | | | | ◆ 11/24/17 | | | | | | | | | | | | | | | | | | | | | |
| Geo-targeted FB campaign | Austin | | | | | | ◆ 12/11/17 | | | | | | | | | | | | | | | | | | | |
| Enable job scraping on Athlete's Network | Austin | | | | | | | | | | | ◆ 1/12/18 | | | | | | | | | | | | | | |
| Leverage mgr networks on LI, FB, Twitter | Tiffany | | | | | | | | | | | | | | | ◆ 2/23/18 | | | | | | | | | | |
| Update recruiting assets (video, flier) | Jared | | | | | | | | | | | | | | | | | | | | | | | | ◆ 4/27/18 | |
| **New sales pro training** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Create football kit | Jared | | ◆ 11/3/17 | | | | | | | | | | | | | | | | | | | | | | | | |
| Define Q1-Q2 sport kit schedule | Jared | | | | | ◆ 11/30/17 | | | | | | | | | | | | | | | | | | | | |
| ID & prioritize content for e-learning | Eric | | | | | | | | | | | ◆ 1/12/18 | | | | | | | | | | | | | | |
| New rookie training program deployed | Eric | | | | | | | | | | | | | | | ◆ 2/23/18 | | | | | | | | | | |
| **Manager accountability** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Define targets by VP & metro for Q4 | Ken | ◆ 10/27/17 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Create & publish scorecard by VP | Tiffany | | | | ◆ 11/24/17 | | | | | | | | | | | | | | | | | | | | | |
| Define targets by VP & metro for 2018 | Ken | | | | | | ◆ 12/15/17 | | | | | | | | | | | | | | | | | | | |

4

CB00025410



# We will enable sales pros to spend less time behind their desks and more time in front of customers



| | INDY DECO SAP TRANSITION & ORDER STATUS REPORT | MTS 3.0 & VISUAL LWO | NIKE WEB SERVICES | SALES PRO SUPPORT & TIME MANAGEMENT | CSR DASHBOARD | VISIBILITY TO ORDER STATUS & DECORATOR LEAD TIMES |
|---|---|---|---|---|---|---|
| **Key challenge** | • Additional work required to stabilize SAP transition<br>• Order status report down since SAP transition | • Additional work required to stabilize MTS 3.0<br>• Significant SP time spent on artwork approvals | • CSRs manually entering every Nike order | • SPs spend ~50% of time on non-selling activities<br>• Opportunity to improve SP time management | • CSR day-to-day work manual and inefficient<br>  – E.g., cutting & pasting work lists in excel, no ticketing system | • Limited visibility to order status<br>• No visibility to decorator capacity at order entry |
| **Solution** | • Complete bug fixes and enhancements<br>• Implement SAP-based order status report | • Address key CSR and sales pro MTS 3.0 pain points<br>• Launch Visual LWO | • Implement Nike web services to automate order entry | • Evaluate adding CSR capacity, potentially paid for by sales pros<br>• Evaluate MTS setup team<br>• Time mgmt. training | • Implement customer service system in CRM or build in SAP | • Add top 10 certified decorators to order status report<br>• Enable visibility to lead times at top 25 certified decorators at order entry |
| **Impact** | • Faster, more reliable turn times<br>• Fewer customer service calls into Indy Deco | • Less SP and CSR time spent building shops<br>• Less sales pro and CSR time spent on artwork approvals and rework | • Free up ~20% of total CSR bandwidth<br>• Less SP time on order pipeline management | • Less time on admin work, more time selling | • More efficient CSR workflow<br>• More time to support sales pros | • More effective order pipeline management<br>• Fewer orders sent to overloaded decorators<br>• Less sales pro time managing late orders |

5

Highly Confidential

CB00025411

## Project plan: free up sales pro time

BSN SPORTS

| | Responsible | Oct | | Nov | | | | | Dec | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 22 | 29 | 05 | 12 | 19 | 26 | 03 | 10 | 17 | 24 |
| **Indy decoration order status report** | | | | | | | | | | | |
| • UI design | Ed & Kurt | | | 11/10/17 | | | | | | | |
| • Develop programming specifications | Ed & Kurt | | | | | | | | | | |
| • Programming, testing, and rollout | Ed & Kurt | | | | | | 12/1/17 | TBD | | | |
| **Fix MTS 3.0** | | | | | | | | | | | |
| • Sales pro pain point interviews | Ed & Kurt | | 10/27/17 | | | | | | | | |
| • Top 9 CSR pain points solved | Ed & Kurt | | | | | | 11/30/17 | | | | |
| • Follow-up CSR productivity measurement | Ed & Kurt | | | | | | | | 12/14/17 | | |
| • Automate credit calculation & posting | Ed & Kurt | | | | | | | TBD | | | |
| **Visual LWO** | | | | | | | | | | | |
| • Review functional requirements with IT | Ed & Kurt | | 10/27/17 | | | | | | | | |
| • Develop programming specifications | Ed & Kurt | | | | 11/17/17 | | | | | | |
| • Specs for vendor portal modifications | Ed & Kurt | | | | 11/17/17 | | | | | | |
| • Programming, testing, and rollout | Ed & Kurt | | | | | | | TBD | | | |
| **Nike web services** | | | | | | | | | | | |
| • Determine feasibility & business benefit | Ed, Kurt, Steve | 10/20/17 | | | | | | | | | |
| • Define timeline | Ed, Kurt, Steve | | 11/3/17 | | | | | | | | |
| • Programming, testing, and rollout | Ed, Kurt, Steve | | | | | | | TBD | | | |

5

CB00025412



# Inside sales will become a second growth engine for BSN



| | ADD INSIDE SALES REPS | NEW INSIDE SALES TRAINING PROGRAM | DEFINE 2018 COMP PLAN | BUILD OUT MANAGEMENT STRUCTURE | CLOTH & TIER 2 SPORTS OVER THE PHONE |
|---|---|---|---|---|---|
| **Key challenge** | • Inside sales team not keeping pace with growth of field sales | • Limited inside sales training program | • Comp plan not compelling because of NAV-SAP challenges and absence of robust CRM | • 1:45 manager to rep ratio in in-school division | • Limited capability to sell cloth over the phone<br><br>• Opportunity for inside reps to manage tier 2 sports in existing accounts |
| **Solution** | • Add 25-30 inside sales reps by early 2018 | • Create inside sales-specific training curriculum and program | • Redefine comp plan to more accurately reward individual performance | • Add 3 managers between head of in-school division and sales reps | • Develop training and processes (e.g., samples) to enable cloth over phone<br><br>• Evaluate an inside group to manage Tier 2 sports |
| **Impact** | • More revenue written by inside sales reps<br><br>• More leads and equipment support for field sales pros | • Faster new hire ramp<br><br>• More consistent performance across reps | • Greater motivation = faster growth | • Improved coaching and accountability | • Improved account coverage<br><br>• Lower selling costs |

7

Highly Confidential

CB00025413



# Project plan: grow inside sales





| | Responsible | Nov | | | | Dec | | | | Jan | | | | Feb | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 05 | 12 | 19 | 26 | 03 | 10 | 17 | 24 | 31 | 07 | 14 | 21 | 28 | 04 | 11 | 18 |
| **Add inside sales reps** | | | | | | | | | | | | | | | | | |
| • Source candidates | Mechell | 11/3/17 | | | | | | | | | | | | | | | |
| • Interview & extend offers (in-school) | Jason | | | | 12/1/17 | | | | | | | | | | | | |
| • Inside sales reps in training (in-school) | Jason | | | | | | 12/15/17 | | | | | | | | | | |
| • Start of sales (in-school) | Jason | | | | | | | | | | 1/12/18 | | | | | | |
| **Training** | Eric | | | | | | | | | | | | | | | | |
| • Create new inside sales training program | | | | | | | | | | | | | | | | | 2/23/18 |
| **Define 2018 comp plan** | | | | | | | | | | | | | | | | | |
| • Comp plan strategy meeting | John M | 11/3/17 | | | | | | | | | | | | | | | |
| • Define options & recommendation | John M | | | | 12/1/17 | | | | | | | | | | | | |
| • Comp plan approved | John M | | | | | | 12/15/17 | | | | | | | | | | |
| • Roll out comp plan | John M | | | | | | | | | | | | | 2/2/18 | | | |
| **Build out management structure** | | | | | | | | | | | | | | | | | |
| • Develop recommendation | Jason | 11/3/17 | | | | | | | | | | | | | | | |
| • Management adds approved | Jason | | 11/17/17 | | | | | | | | | | | | | | |
| • Source candidates | Mechell | | | | | | | | | | 1/12/18 | | | | | | |
| • Interview & hire | Jason | | | | | | | | | | | | | | | | 2/23/18 |

Highly Confidential

CB00025414