# EXHIBIT 10 (Part 4 of 5)

# FILED UNDER SEAL



# Four initiatives will enable BSN to go deeper with existing accounts 

| | ACCOUNT & SPORT REASSIGNMENT | ACCOUNTABILITY & COACHING | EMERGING & WOMEN'S SPORTS | CRM |
|---|---|---|---|---|
| **Key challenge** | • Some accounts underserved by existing sales pro<br>• Reassigning entire accounts can disrupt sales pro-customer relationships | • Inconsistent discussion of results and action plans<br>• Coaching not yet engrained in culture | • Limited focus on emerging and women's sports<br> – E.g., Women's basketball, volleyball, track & field, softball | • Unable to track leads or share customer data between inside and field sales<br>• Unable to track accounts and sports assigned to sales pros<br>• Limited marketing campaign capabilities |
| **Solution** | • Reassign underperforming accounts<br>• Evaluate enabling 2nd sales pro or inside rep to service sports in existing accounts | • RSM reviews at regional sales meetings<br>• Improve quantity and quality of coaching interactions<br> – Measure # of coaching sessions and average sales pro score | • Build out category management and marketing teams<br>• Staff women's sports lead | • Install CRM system<br> – Inside sales<br> – Field sales management<br> – Marketing<br> – Customer service |
| **Impact** | • Improve talent and/or bandwidth to optimize account coverage | • Improved problem-solving and accountability for results | • Improved product assortment, inventory, and sales support | • Enable measurement of prospecting effectiveness<br>• Improve inside-field teaming<br>• More effective marketing |

9

CB00025415



# Project plan: go deep





| | Responsible | Nov | | | | | Dec | | | | Jan | | | | Feb | | | | Mar | | | | Apr | | | | May | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 29 | 05 | 12 | 19 | 26 | 03 | 10 | 17 | 24 | 31 | 07 | 14 | 21 | 28 | 04 | 11 | 18 | 25 | 04 | 11 | 18 | 25 | 01 | 08 | 15 | 22 | 29 | 06 |
| **Account & sport reassignment** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Define pilot region(s) | Ken | 10/27/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Define tool to track account ownership | Ken | | | 11/17/17 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reassign accts./sports in pilot region(s) | Ken | | | | | | 12/15/17 | | | | | | | | | | | | | | | | | | | | | | |
| Evaluate pilot results | Ken | | | | | | | | | | | | | | | | | | | 3/30/18 | | | | | | | | | |
| Define regional rollout plan | Ken | | | | | | | | | | | | | | | | | | | | | | | 4/27/18 | | | | | |
| **Accountability** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reviews at regional sales meetings | Ken | | | | | | 12/15/17 | | | | | | | | | | | | | | | | | | | | | | |
| Start measuring # of coaching sessions and scores | Jason | | | | | | | | | | | | 1/26/18 | | | | | | | | | | | | | | | | |
| **Emerging & women's sports** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| T&F specialist & brand ambassador in place | Jared | | | | | | | | | 1/1/18 | | | | | | | | | | | | | | | | | | | |
| Define KPIs & design scorecard | Jared | | | | | | | | | | | | 1/26/18 | | | | | | | | | | | | | | | | |
| Women's sports lead in place | Jared | | | | | | | | | | | | | | 2/23/18 | | | | | | | | | | | | | | |
| Assess additional resources required | Jared | | | | | | | | | | | | | | | | | | | 3/30/18 | | | | | | | | | |
| **CRM** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vendor defined & contract negotiated | Kurt | 10/27/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inside sales pilot launched | Kurt | | | | | | | | | 1/19/18 | | | | | | | | | | | | | | | | | | | |
| Expansion to rest of inside sales | Kurt | | | | | | | | | | | | | | | | | | | | | | | | | | | | 5/18/18 |

10



# Our college expansion initiative is well underway

|  | **NIKE & UA COLLABORATION** | **COORDINATION WITH FIELD & INSIDE SALES** | **COVERAGE MODEL & SALES PRO COMPENSATION** | **METRICS & REPORTING** |
|---|---|---|---|---|
| **Key challenge** | • Tight collaboration required to be included in new and existing deals | • Need to source leads from inside and field reps<br>• Need accounts handed off to capable sales pros | • Changes to coverage potentially required to achieve service levels<br>• Lower selling costs required to realize business plan economics | • KPIs & targets for biz dev resources not fully defined<br>• Performance reporting not yet created |
| **Solution** | • Established weekly calls with Nike and UA | • Established process to source leads from inside and field reps<br>• Established process to hand off accounts to field sales | • Define changes required to coverage model and comp plan to achieve service levels and financial targets<br>  – E.g., # of dedicated reps, inside vs. field coverage, comp plan | • Define KPIs and targets for business development resources<br>• Create and publish scorecard on regular cadence |
| **Impact** | • BSN included in new deals<br>• Existing accounts transitioned to BSN | • Strong lead generation<br>• Robust account sales growth post-handoff | • Desired service levels<br>• Lower selling costs<br>• Planned profitability | • Improved drive for results and accountability |

11

CB00025417

# Project plan: college expansion

**BSN SPORTS**

| | Responsible | Nov 19 26 | Dec 03 10 17 24 | Jan 31 07 14 21 28 | Feb 04 11 18 25 | Mar 04 11 18 25 | Apr 01 08 15 22 | May 29 06 13 20 27 | Jun 03 10 17 |
|---|---|---|---|---|---|---|---|---|---|
| **Coverage model and sales pro comp plan** | | | | | | | | | |
| • Define potential coverage model options | Dan & Vince | | 12/8/17 | | | | | | |
| • Changes to coverage model defined & approved | Dan & Vince | | | 1/19/18 | | | | | |
| • Define coverage model implementation plan | Dan & Vince | | | | 2/23/18 | | | | |
| • Coverage model changes implemented | Dan & Vince | | | | | | 4/20/18 | | |
| • Define potential changes to comp plan | Dan & Vince | | | | | | | | 6/29/18 |
| **Metrics and reporting** | | | | | | | | | |
| • Define KPIs, e.g., rev from signed deals | Dan & Vince | 11/17/17 | | | | | | | |
| • Design KPI scorecards | Dan & Vince | | 12/15/17 | | | | | | |
| • Determine distribution (metics package, QBR) | Dan & Vince | | | 1/26/18 | | | | | |

12

Highly Confidential

CB00025418



CONFIDENTIAL

*A Varsity ACHIEVEMENT Brand*

Q4 Board Update

Highly Confidential

CB00025419



## Agenda

- **Simplify**

- Perfect Delivery

- ST6

- Sales Performance Measurement

- Buyouts, Deferral, and Overdraft analysis

- Product Development Journey

2

CB00025420



# Simplify overall update

CONFIDENTIAL

## Scope



**S** Developing complete detailed business specification & business ownership

**R1** Collecting College e-commerce scenarios to design future models

**R2** Focusing on testing, training, and change management

**R3** Working with sales partners through key changes

## Budget



|  | 2017 | | |
|---|---|---|---|
| BOD | $8.4M | $1.8M | $10.2M |
| Forecast | $7.5M | $1.7M | $9.2M |

| 2018 | | | |
|---|---|---|---|
| BOD | $5.9M | $2.5M | $8.4M |
| Forecast | $8.4M | $2.0M | $10.4M |
| BOD | $2.2M | CapEx | |
| Forecast | $2.2M | OpEx | |
| | | EBITDA | |

**Total Spend: $27M    Annual EBITDA: $10M**

## Schedule

**R1** Pilot in fall to learn consumer / partner impacts (October 1st → October 29th)

**R2** Case Management Go Live on track for 11/17

**R3** Refining approach & adding resources for Summer '17 go live

## Lessons Learned

- Case For Action confirmed: Current processes are business limiting & inefficient & aging systems failing more frequently
- Executive Team to significantly increase ownership & participation
- Launched a Process Review & Governance process to be owned by Executive Team

3

CB00025421



# Simplify schedule summary

CONFIDENTIAL

| Release | Status | Commentary |
|---------|--------|------------|
| **R1** College e-commerce | | |
| Pilot | ■➡ | Pilot delayed due to incomplete requirements and insufficient business model simplification |
| Roll Out | □↘ | Spring implementation to be scoped after pilot findings |
| **R2** HS & College CRM (Incident Mgmt) | ■➡ | Scheduled for Nov 17 Go Live of Incident Mgmt. functionality for College CSRs |
| **R3** HS & College Order Mgmt & Finance | □↘ | Focused on confirming & completing business specification |

4



# Lessons learned from early challenges

CONFIDENTIAL

| Previous methodology | Path forward |
|---|---|

**Business processes & requirements**

| Previous methodology | Path forward |
|---|---|
| Business future state not wholly owned by business owner & may be incomplete | ✓ Concerted focus on completing business specification & business owner owning specification |
| Related implications of detailed process change not internalized | ✓ Focus on detailed impacts |
| Vendors methodologies assumed we knew desired future state | ✓ Blend methodologies with our situation |

**Executive Team Participation**

| | |
|---|---|
| Executive team was approvers of charters & guiding principles, in weekly steering teams & periodic deep dives | ✓ Dedicated core team & hired external resources |
| | ✓ Executive team takes on explicit ownership of process design & driving key decisions |
| | ✓ Executive team prioritizing active involvement in future state process design & requirements specification |

**Change Management**

| | |
|---|---|
| Partners engaged to share pain points & feedback as proposals became solid | ✓ Partners engaged more frequently in process change proposals |
| Change management more at a core team level | ✓ Significant focus on how change will impact our business processes |

Highly Confidential
CB00025423



# Agenda

CONFIDENTIAL

- Simplify

- **Perfect Delivery**

- ST6

- Sales Performance Measurement

- Buyouts, Deferral, and Overdraft analysis

- Product Development Journey

Highly Confidential    CB00025424



# Update from last board meeting

CONFIDENTIAL

| Status | Update |
|--------|--------|
| ✓ | All "We Deliver" Projects underway and executing against plan |
| ✓ | Metrics tracking system in place |
| ✓ | Quality Organization has been initiated and inspection occurring |
| ✓ | Second shift is operational and in the process of being trained |
| ✓ | Outsourcing partners are engaged and onboarding additional to support demand required |
| ✓ | Reaching out to sales partners to fulfill forecasts and verifying demand to make the correct product |
| ✓ | Gap in HS announcements stock build, currently only 26% of total build |

Highly Confidential

CB00025425



# Our plan to recover Fine Paper: Key status updates

CONFIDENTIAL

| | 2017 Problem | 2018 Goals | 2018 Status |
|---|---|---|---|
| **1** | Demand Planning | Have inventory on shelf by 12/31. Increase capacities through combination of hiring (2nd shift), and outsourcing | • Finish stock to be done by mid April for all lines<br>• 57% of Diplomas build complete |
| **2** | Order Management | Add proofing solution for product validation and Process orders in house faster to enable enough time for manufacturing to produce to schedule. Be proactive to reach out to customers for orders and verify work. | • No backlog outside of ½ day in diploma/covers<br>• Order verification: CPA – 87%, Generics – 46%, HS Ann – 82%, Diploma – 69% |
| **3** | Production Validation | Develop Master files to reduce quality leak and develop quality tolerances. Install a digital proofing solution to show customers digital product links to production orders which will reduce remakes | • Proofing solution on track for 11/1<br>• Master files are at 73% to 100% completion |
| **4** | Shipping and Logistics | Optimize shipping process to verify qty's, correct ship dates, and ensure correct packing methods for shipping integrity | • Basic blocking and tacking such as labeling, scanners, SOP for training etc… |
| **5** | Production & Production master data | Building materials, and Routing to track orders at every station and connect them accurately to materials. This will help reduce remakes that make it to customers. Increasing Machine Utilization. Invest in stock build (includes outsourcing) | • All items to have BOM's and routings for the first time ever<br>• Creating a recovery plan after loosing the workstream lead |
| **6** | Quality Systems | Increasing number of inspectors and inspection points. Implementation of new CI process and Gemba walk methodology | • 16 in line inspections vs. 3 last year<br>• Remakes down to 3%<br>• OTD at 96% |
| **7** | Workforce Planning | Create a skills matrix tied to needed capacity that allows us to more accurately hire and train employees, reducing the need for outsourcing | • Skills matrix complete<br>• 2nd shift running with supervisor, and 20 EEs |

8

CB00025426

 **1** Demand Planning – Build to be complete by Mid-April    CONFIDENTIAL





Highly Confidential    CB00025427



**②** Order Management – Minimal to no backlog in order processing

CONFIDENTIAL

## Order verification by product



| Orders processing backlog | None[1] | None | N/A | ½ Day |
|---|---|---|---|---|



## Agenda

CONFIDENTIAL

- Simplify

- Perfect Delivery

- **ST6**

- Sales Performance Measurement

- Buyouts, Deferral, and Overdraft analysis

- Product Development Journey

11

CB00025429



## ST6 focuses on moving market share from our key competitors to Herff Jones

CONFIDENTIAL

- We have selected Rika Cuff to lead a "Special Ops" team with two of our best sales managers, Ed McDaries in Scholastic, and Trey Morgan in Yearbook

- **ST6 will lead to wins in territories where we have not won before**

- **We have already had a win, at McCormick High School**

12



# For ST6 to be successful in winning $3M of new business it needs support

CONFIDENTIAL

**Goal:
$3M for 2018**

- **$3M of business consists of $2M Scholastic / $1M Yearbook**
  - 400 Total presentations targeting Scholastic & Yearbook
  - Conversion rate of 22% for 87 schools for Scholastic ($23K average account[1])
  - Conversion rate of 12% for 48 schools for Yearbook ($21K average account[2])

**Requirements**

- **Dedicated time**
  - 50% of time from Rika, Ed, and Trey

- **Dedicated budget**
  - $300K investment budget to be used for whatever is needed to win a school, including out of the box ideas such as free lunch support, clothes for students etc....

1. Based on size of average account in Scholastic. 2. Based on available High Schools for Yearbook

13

Highly Confidential
CB00025431



## ST6 won McCormick HS by being direct and going beyond where IMPACT went traditionally

CONFIDENTIAL

1. Met with a school that was part of "Jostens territory" according to the Scholastic sales partner
   - **(Would not have met under traditional IMPACT)**
2. They made it clear that Jostens was "their guy" and that wasn't going to change
3. Their needs were adding school colors to the campus, showed them what we could offer, while focusing on the difference of partner vs. vendor, reaction was overwhelmingly positive
4. Principal mentioned that he had not committed the C&G for this school year and loved our custom gowns
5. We agreed to provide the custom C&G (as the same price he was currently paying to Jostens), custom avenue banners, custom feather flags, media backdrop and a tablecloth for his business this year



| Confirmed Win of $25K | Cap & Gown (SY18) | Rings (SY19) | Yearbook (Potential) |
|---|---|---|---|
| | **$10K** | **$15K** | **$10K** |

14

Highly Confidential



## Agenda

- Simplify

- Perfect Delivery

- ST6

- **Sales Performance Measurement**

- Buyouts, Deferral, and Overdraft analysis

- Product Development Journey

15



## Sales partner performance measurement: Why?



Sales partner performance measurement will allow us to objectively rank our partners and understand who our "Star Partners" are and who are our "Market Loss Partners". This measurement will be used as a decision point for:

**1** Buyouts

**2** Rules exceptions

**3** Financial & other support

**4** Support through initiatives such as ST6

15



# Current sales partner ranking for SY17 – All divisions

CONFIDENTIAL



1. Includes only sales partners active as of 10/1/17

17

Highly Confidential

CB00025435