# EXHIBIT 10 (Part 5 of 5)

# FILED UNDER SEAL



## Current sales partner ranking meaning

CONFIDENTIAL

**Growth Partners**
Positive organic growth
Market share below division average

**Star Partners**
Positive organic growth
Market share above division average

**Market Loss Partners**
Negative organic growth
Market share below division average

**Market Share Partners**
Negative organic growth
Market share above division average

Highly Confidential

CB00025436



# Sales partner performance measurement: Tiers

CONFIDENTIAL

Using the performance measurement breakdown we are able to put our Sales Partners into Tiers based upon Sales Performance, Loyalty and Future proofing[1]



**Tier II:** Star & Growth partners with a Loyalty score of Green

**Tier II**
- 18 College Partners ($45M)
- 19 Scholastic Partners ($19M)
- 3 Yearbook[2] Partners ($2M)

**Tier I:** Star & Growth partners with a Loyalty score of Yellow / Market Share & Market Loss Partners with a Loyalty Score of Green

**Tier I**
- 13 College Partners ($14M)
- 36 Scholastic Partners ($31M)
- 38 Yearbook[2] Partners ($37M)

**Authorized HJ Partner:** All Others

**Authorized HJ Partner**
- 9 College Partners ($11M)
- 60 Scholastic Partners ($64M)
- 89 Yearbook[2] Partners ($70M)

1. Future proofing score under development
2. YB based on a composite partnership ratings of Just Grow, Achievement, D5/IMPACT, OD/Tenure, Plant Incentive, & Succession Plan



## Sales partner performance measurement: Path forward

CONFIDENTIAL

**Where we are today** → **1/1 Goal** → **7/1 Goal**

### Achievements

**Where we are today:**

**Sales partner ratings for all three divisions based on the same set of metrics:**
- 3 Year organic growth
- Market share
- Loyalty[1]

Analysis done on population on available geography density and the value of having an associate

**1/1 Goal:**

Where we are today plus additional functionality
- **School renewal metrics**
- **Dynamic dashboard accessible to GMs and ASMs**
- **Specific recommendations for what a "Top Tier" partner is**
- Income analysis

**7/1 Goal:**

1/1 Goal plus additional functionality
- **Product analysis**
- **School penetration level (Same-school sales)**
- Semi-automated system that updated on a quarterly basis
- Market share based on specific Schedule B schools

### Limitations

**Where we are today:**
- Market share based on geography vs. schedule B specific
- Products not separated out
- Same school sales and penetration not broken out
- Semi-manual process to update

**1/1 Goal:**
- Market share based on geography vs. schedule B specific
- Products not separated out
- Same school sales and penetration not broken out

---

[1] Loyalty for each division based on a different qualitative metric due to difference in market and sales process, College uses Licensing compliance, Scholastic uses Schedule A adherence, and Yearbook uses a composite score

Highly Confidential    CB00025438



## Agenda

- Simplify

- Perfect Delivery

- ST6

- Sales Performance Measurement

- **Buyouts, Deferral, and Overdraft analysis**

- Product Development Journey

Highly Confidential

CB00025439



## Feedback from the Enterprise Partner Council regarding Buyouts   CONFIDENTIAL

### What we asked:

What they like? 

What works? 

What does not work? 

### What we heard:

2 Year transition guarantee
Incentives for incoming sales partners to grow
Herff Jones Guarantee

College sales partners do not want any changes
Herff being the Bank

Partners quit after 2 years
Lack of Succession planning and training
Believe there should be qualifications
    -5yr based on growth not service
    -Lifetime sale vs annual volume

Highly Confidential
CB00025440



## Our path forward

**CONFIDENTIAL**

1.  **"Management Discretion" will be applied for 5 year buyout application**

2.  **Assess partners using Sales Partner Performance Measurement definitions:**
    1. Growth
    2. Market Share
    3. Loyalty
    4. Future Proofing

3.  **5 year reserved for Tier II partners**

Highly Confidential
CB00025441



## OD/Deferral Exposure has been consistent for the past 5 years in Scholastic

CONFIDENTIAL

### Scholastic Exposure



$'s in Millions

| | SY 2011 | SY 2012 | SY 2013 | SY 2014 | SY 2015 | SY 2016 | SY 2017 |
|---|---|---|---|---|---|---|---|
| Total | $10.4 | $10.6 | $12.2 | $12.0 | $13.4 | $11.8 | $12.0 |
| Deferral | $1.1 | $1.7 | $2.0 | $2.9 | $3.4 | $3.0 | $2.4 |
| OD | $4.6 | $6.0 | $6.6 | $5.9 | $6.0 | $4.1 | $4.0 |
| OD + Deferral | $4.7 | $3.0 | $3.6 | $3.2 | $4.0 | $4.7 | $5.7 |
| Reserve $M | $5.9 | $6.3 | $7.5 | $7.3 | $8.5 | $8.0 | $7.8 |
| Reserve % | 56.7% | 59.4% | 61.5% | 60.8% | 63.4% | 67.8% | 65.0% |



# of Active Sales Partners

| | SY2011 | SY2012 | SY2013 | SY2014 | SY2015 | SY2016 | SY2017 |
|---|---|---|---|---|---|---|---|
| Total | 184 | 186 | 190 | 166 | 165 | 157 | 148 |
| Deferral | 18 | 18 | 23 | 25 | 26 | 25 | 29 |
| OD | 35 | 30 | 30 | 16 | | 8 | 8 |
| OD + Deferral | 29 | 31 | 30 | 22 | 23 | 14 / 23 | 24 |
| Settlement | 102 | 107 | 107 | 103 | 108 | 95 | 87 |

**Key Observations:**
- 78% of Sales Partners in Settlement/Deferral Only at end of school year 2017
  - Ranged from 65% - 81% in prior years, 2nd highest in 7 years
  - Indicates territories may be getting healthier, likely the result of territory consolidation.

- OD + Deferral Sales Partners present the greatest risk and opportunity
  - If the Territory is not viable then the debt will never be collected in full. Sales Partner Assessment is key to mitigating this risk.
  - Strengthening these territories could result in significant P&L savings – up to $4.8MM.

- Overdraft (OD) Sales Partners present moderate risk
  - Often associated with new or "scratch" territories. An expected risk associated with starting a new book of business.



## Agenda

- Simplify

- Perfect Delivery

- ST6

- Sales Performance Measurement

- Buyouts, Deferral, and Overdraft analysis

- **Product Development Journey**

Highly Confidential
CB00025444



## We are in the process of setting up a product development organization and strategy

CONFIDENTIAL

| | Previous State | Actions taken | Path forward |
|---|---|---|---|
| **1. Product Development** | Minimal product development and only at plant level<br><br>Marketing developed product only as reaction to sales partner requests<br><br>No input from customers | Selected path forward as a "Solution Builder" model, with the goal to input the customer from the beginning<br><br>Launching two projects in March with MBA students from IU and U of M to understand what the College and HS customers want | Engage our top and most sophisticated consumers for feedback<br><br>Engage our consumers early in the process of product development<br><br>Integrate our consumers into the product development process, and throughout it<br><br>We will look at consumer needs and look at the "jobs" that our consumers need to be done |
| **2. Organizational Structure** | Marketing team focused on reacting<br><br>Marketing team expertise less relevant to modern consumer<br><br>Team hampered by daily fire fighting | Started design for a modern Marketing and Product Development organization<br><br>Initial design created people dedicated to Product development | We will select the right people to lead Marketing<br><br>We will select the right people to focus on Product development |
| **3. Software Strategy** | Software was the domain of IT, business did not touch it directly<br><br>Business specific software sourced on an ad-hoc basis | Business & IT jointly went over Software Strategy to full understand where Simplify is taking us, and to have an impact<br><br>Non-Simplify software being sourced with a formal RFI process | Joint business/IT decisions on major Software such (i.e. Dynamics vs. Tableau for analytics) |



# Our product development model will focus on listening to our customers

CONFIDENTIAL

| | Creator<br>*We know best* | Technological advancer<br>*"One step ahead"* | **Solution builder**<br>***"We're listening"*** | Expander<br>*Here for your lunch* | Fast follower<br>*"Ready to react"* | Sustainer<br>*Stay off my lawn* | Leverager<br>*We do it best* |
|---|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |  |
| **Strategy** | One **central, internal vision**<br><br>Aim to **differentiate** from the market | Focused on **new solutions** for core **markets**<br><br>Push **technical frontiers** where IP can drive advantage | Focused on **new solutions** for core **customers**<br><br>Aim to drive **steady growth and profit** | Seek to grow and leverage **scale**<br><br>Aim to disrupt markets and find **new profit pools** | Ideas from **existing markets and customers**<br><br>Compete and **grow share** in core markets | Aim to **sustain market advantage**<br><br>Aim to **protect against disruption** | Innovation driven by **unique business model**<br><br>Work to **leverage strengths** to meet customer needs |
| **Engine** | Clear focus on core products (**life cycle management**)<br><br>**Big bets** driven by central vision | Large, focused investments in **R&D**<br><br>**Long development** cycles | Emphasis on **customer insights**<br><br>**Strict decision-making** processes | Dominance in a **transferable capability**<br><br>High **risk tolerance** and in-market experimentation | Operationally efficient to maximize **speed to market**<br><br>**Fast decision-making** | Stable markets with **low pace of change**<br><br>Strong **core business** | Winning business model creates **competitive advantage**<br><br>Strong **operational capabilities** |
| **Enablers** | **Closed, secret innovation**<br><br>**Top-down** governance, distinct cultural norms | **Open innovation**, advancing frontier of tech/science<br><br>High value placed on **technical talent** | Clear functional roles, focused on **customer insights**<br><br>Value **discipline** and drive for results | Open culture seeks **ideas from everywhere**<br><br>Seek to empower **high-performing self-starters** | Greater resources and **fewer barriers** to commercialization<br><br>Value **functional expertise** | Dedicated teams **minimize disruption** to core business<br><br>Pursue **business development** and partnerships | **Closed innovation**, strict adherence to standard processes<br><br>Distinct culture and **consistent practices** |

## Inspiration

WHAT THE BEST COMPANIES DO







## 3. Additional focus on software strategy

- As a team we have launched a thorough discussion of what are the business goals of our Software; is the path that Simplify is leading us enough, or do we need more?

- We have looked at: Design/configurator, eCommerce, Marketing, and Analytics needs for all products to truly understand where we are today and where we want to go

- Example of software strategy based on business is the "IU Journey"
  - "Journey" will be our premiere mobile application, and value add for our top tier college customers with the first customer Indiana University with "IU Journey"
  - We have mapped our business requirements, based on IU needs, and where we believe there is revenue opportunity
  - RFI currently out to five vendors due by week of 10/23

Highly Confidential                                                                                                               CB00025447

# 3. The world of software at Herff Jones today (1/2)

CONFIDENTIAL

| Category / Software Type | Product Focus | Status Today | Simplify Impact | Is it in Simplify? | Varsity Brands Options | Path Forward |
|---|---|---|---|---|---|---|
| Customer facing / Designer | Rings | • Basic ring configurator, limited designs<br>• Customer can design, but not always buy if Sales partner does not set price<br>• 20% of customers can't price | • Expert-logic is rules engine. Creates knowledge to price, and product order<br>• Configurator in-scope, detailed decision to be made (Good in scope, better is maybe, best not in scope)<br>• Going with 2D | • Basic ring configurator | • BSN Uniform designer – Good use for uniform design | • Simplify team will go deeper with Varsity Brands<br>• Rings in scope |
| | Cap & Gown | • C&G/Accessories, has own website, URL, can send configurator C&G to plant<br>• New business comes in this way/ Engineering product.<br>• Have ability to set up price behind configurator. | • Expert-logic configurator will replace back-end<br>• No front-end impact | • Not in Simplify for front-end | • BSN Uniform designer / TAR<br>• Kurt visit in October | • Mandy worked with Emily and Kurt on ours vs. theirs<br>• Decision of what to use is strategic decision<br>• Decision need to be taken at expert level |
| | Fine Paper | • Does not exist (Text Only) | • Digital (incl. Photo) will be fixed<br>• Fine Paper designer tool for Traditional announcement | • Digital in Simplify<br>• Rest not in Simplify | • Not applicable | • Digital will be as good as competitors<br>• Traditional no change |
| | Yearbook | • eDesign - #2<br>• OAC – Basic, clunky functionality | • eDesign – as good as #1 / OAC by next fall, new UX, design<br>Note: Update outside of Simplify | • Not in Simplify<br>• OAC needs to talk to Simplify | • Not applicable | • Budget dependent |



# 3. The world of software at Herff Jones today (1/2)

CONFIDENTIAL

| Category | Software Type | Product Focus | Status Today | Simplify Impact | Varsity Brands Options | Path Forward |
|---|---|---|---|---|---|---|
| Customer facing | eCommerce solution / Storefront | College | • Basic outdated ordering process | • Going to Intershop | • My Team Shop | • Simplify |
| | | Scholastic | • Basic outdated ordering process | • Going to Intershop | • My Team Shop | • Simplify |
| | | Yearbook | • Basic outdated ordering process | • Going to Intershop | • My Team Shop | • Simplify |
| Internal | Marketing | Marketing mass customization engine | • Engine within eDesign (Yearbook) for Schools to send, used by Schools<br>• SalesAssist for emails.<br>• Emarsys – Emails only, not visuals.<br>• If we had databases we could start customization<br>• 2 or 3 out of 10 | • Data "from Simplify" | • Team Art Locker | • TBD |
| | | CRM – B2B | • Yearbook – Salesforce (direct to Advisor)<br>• Scholastic/College – MDR/Emarsys/Excel spreadsheets<br>• Scholastic – B2B level | • Microsoft Dynamics, still needs outside tools to manage marketing campaigns | • My Team Shop<br>• Salesforce | • Dynamics + Outside marketing vendor |
| | | CRM – B2C | • Yearbook – Use Salesforce marketing cloud<br>• Scholastic/College - Emarsys | • Microsoft Dynamics also is doing B2C data engine | • Salesforce | • Dynamics + Outside marketing vendor |
| | Analytics | Data Collection / Storage | • Scholastic – Contact cards, get scanned | • Intershop / Dynamics | | • Simplify |
| | | Data Analysis | • Moving to PowerBI | • PowerBI | • Tableau | |