# EXHIBIT 11

# FILED UNDER SEAL

# Varsity Spirit

1. How many competitions does the average Summit participant / team attend before Summit? Or what percent of local / state competitors go on to the Summit?

*2500*    *2400 / 8000    96%?*

In All Star, cheer teams compete at a variety of competitions each year in order to qualify for the national championship event known as Summit



*1300
1600
2500*

## All Star Overview

---

| Competition Season Overview | Summit Overview |

### Standard Competitions

- Range of competitions spanning the most elite levels to local competitions whose focus is on fun

- 250+ competitions hosted annually and produced by regionally diverse brands, each with their own unique style and competition personality   *353 events*

### Qualifying Events

- Year-round events with results determining qualification to or bid to The Summit event

*D1/D2 - Stay to Play*

### The Summit and D2 at Walt Disney World

- National championship event with invitation by bid or qualification only

*✱*



*Sadlow? { - Three pricing options
              - Marriott*

*Study I did last year*

### Summit Overview

- The Summit was created in 2014 as an end-of-season All Star cheerleading grand finale at Disney

- Due to popularity, Varsity subsequently introduced D2 Summit, exclusively for gyms with 125 athletes or less

- In admission to entrance to the main event, Summit packages include hotel accommodation at a Disney resort, Disney World admissions passes, and pre-arranged transportation.

- Teams typically choose between 2-4 Night packages, with prices ranging from $500-1,300 per person (i.e., depending on resort choice and accommodation per room).

- Local teams may pick a Commuter package which is as low as $299 per participant and $160 per coach

*WEBB's Involvement
- Created culture of innovation : Growth
- Olympic opportunity
- International unlock
- Board of Directors*

*Russ*

# Varsity Spirit

1. Is Summit cannibalizing other events or competitions? If so, how do you balance between competing events?
2. Please speak to your M&A strategy [additional M&A slide later in deck]

*Growth within All Star has been primarily driven by Summit and M&A*

## All Star EBITDA Bridge



| | FY2014 | Summit | Other Organic | M&A | FY2017 | FY2018B |
|---|---|---|---|---|---|---|
| Revenue ($M) | 56.5 | 25.0 | 1.9 | 23.2 | 106.6 | 128.8 |
| Gross Margin ($M) | 23.7 | 8.2 | -0.3 | 11.0 | 42.4 | 51.8 |
| GM Flow-Through | 41.9% | 32.7% | -18.5% | 47.4% | 39.8% | 40.2% |
| EBITDA Flow-Through | 14.0% | 30.9% | -36.6% | 28.6% | 20.3% | 21.0% |

Source: Varsity Spirit Monthly Segment P&Ls, 2018 Rosetta Stone

Confidential

VAR00310632

# Varsity Spirit

*Since 2014, most of the growth within Varsity Spirit has come from D1 Summit, D2 Summit, and M&A. Organic growth including the Summit is ~14%*

## All Star Revenue Overview



Note: Revenue related to Premier Gyms, Varsity Family Plan, and Varsity Division (Corporate) included within Non-Summit Organic
Source: 1.5.2 All Star Trends

# Varsity Spirit

1. Please discuss All Star performance drivers and strategy to deal with declining non-Summit organic volume - is there a plan for organic revenue growth or is it mostly growth through M&A competitions?
2. How differentiated are acquired brands/competitions vs. organic brands and competitions? What cost synergies are there and are there overlaps with existing events?

*From 2014 to 2017, growth in All Star (excluding Summit) was driven primarily by M&A. Within Non-Summit Organic, participants per team declined, partially offset by increased revenue per participant*

# All Star Revenue Build



| Non-Summit Organic | 2014 | 2015 | 2016 | 2017 | 2018B | CAGR '14-'17 |
|---|---|---|---|---|---|---|
| Revenue | 49.2 | 54.2 | 54.4 | 51.0 | 52.1 | 1.3% |
| EBITDA | 7.1 | 7.9 | 8.6 | 6.4 | 7.0 | -3.3% |
| EBITDA % | 14.5% | 14.6% | 15.9% | 12.6% | 13.5% | |
| Teams (K) | 21.1 | 22.9 | 22.2 | 21.2 | 20.6 | 0.0% |
| Participants / Team | 14.4 | 14.0 | 14.0 | 13.7 | 13.7 | (1.5%) |
| Revenue / Participant | $162 | $169 | $175 | $176 | $184 | 2.8% |

| M&A | 2014 | 2015 | 2016 | 2017 | 2018B | CAGR '14-'17 |
|---|---|---|---|---|---|---|
| Revenue | 0.2 | 3.1 | 19.0 | 23.4 | 35.5 | |
| EBITDA % | | 9.9% | 21.4% | 27.7% | 25.8% | |
| Teams (K) | 0.3 | 2.4 | 10.3 | 14.6 | 22.1 | 278.5% |
| Participants / Team | 16.1 | 13.7 | 13.2 | 13.0 | 13.4 | (6.9%) |
| Revenue / Participant | $45 | $94 | $140 | $123 | $120 | 40.2% |

Charlesbank Confidential

Confidential

VAR00310634

# Varsity Spirit

1. Please speak to the growth story behind D1 and D2 Summit. What have been main contributors to rapid growth?
2. Please elaborate on max capacity for D1 and D2 Summits and the D3 Summit opportunity

**From 2014 to 2017, Summit revenue grew rapidly, driven primarily by increased team participation, with growing spend per participant also a favorable tailwind. As Summit has scaled in size, EBITDA margins have improved**

## Summit Revenue Build



**D1 Summit**

| | 2014 | 2015 | 2016 | 2017 | 2018B | CAGR '14-'17 |
|---|---|---|---|---|---|---|
| Revenue | 7.2 | 12.1 | 15.3 | 18.8 | 21.9 | 37.7% |
| EBITDA | 1.0 | 2.7 | 3.8 | 4.8 | 5.6 | 70.1% |
| EBITDA % | 13.7% | 22.2% | 25.2% | 25.7% | 25.4% | |
| Teams | 467 | 851 | 980 | 1,127 | 1,296 | 34.1% |
| Participants / Team | 20.7 | 17.0 | 17.1 | 17.0 | 17.0 | (6.3%) |
| Revenue / Participant | $745 | $833 | $911 | $981 | $996 | 9.6% |

**D2 Summit**

| | 2014 | 2015 | 2016 | 2017 | 2018B | CAGR '16-'17 |
|---|---|---|---|---|---|---|
| | | | | | | 755.8% |
| Revenue | | | 1.6 | 13.4 | 18.7 | |
| EBITDA | | | | 3.9 | 5.2 | 459.6% |
| EBITDA % | -- | -- | 44.1% | 28.8% | 27.7% | |
| Teams | -- | -- | 492 | 781 | 1,054 | 58.7% |
| Participants / Team | -- | -- | 17.8 | 14.7 | 14.7 | (17.8%) |
| Revenue / Participant | -- | -- | $178 | $1,169 | $1,209 | 556.0% |

Charlesbank Confidential

Confidential

VAR00310635

1. Please provide the event-level data to separate account-level trends for Summit vs. M&A-acquired accounts vs. organic events
2. What explains the high churn / wins (~30% attrition of accounts) each year?

# Varsity Spirit

**Significant growth in All Star driven primarily by substantial SSS growth, primarily driven by Summit**

## Revenue Bridge
### (All Star)

Only a subset data is available at the customer level. Reconciliation to total All Star revenue available in Appendix



Gross Sales

| | 2014 | SSS | Win | Loss | 2015 | SSS | Win | Loss | 2016 | SSS | Win | Loss | 2017 | '14-'17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts | 2,272 | -- | 868 | -670 | 2,470 | -- | 735 | -735 | 2,470 | -- | 981 | -668 | 2,783 | **511** |
| Sales ($M) | 41.1 | 8.5 | 4.4 | -3.2 | 50.8 | 6.7 | 3.4 | -3.6 | 57.2 | 21.7 | 6.0 | -3.3 | 81.6 | **40.6** |
| Accounts (% PY) | | -- | 38.2% | -29.5% | 8.7% | -- | 29.8% | -29.8% | 0.0% | -- | 39.7% | -27.0% | 12.7% | **7.0%** |
| Sales (% PY) | | 20.7% | 10.7% | -7.8% | 23.7% | 13.1% | 6.8% | -7.1% | 12.8% | 37.9% | 10.5% | -5.8% | 42.6% | **25.8%** |

Source: 3.1.2 All Star Customer Database from Varsity Spirit Dataroom

Confidential

VAR00310636

# Varsity Spirit

1. Please describe the cost structure specific to Summit events vs. other competitions
2. Is there concern around margin dilution if Summit draws spend away from non-Summit events?

**D1 and D2 Summit GM% is well below the GM% for other events, so as revenue mix shift trends toward Summit over the forecast period, GM% will decline**

# All Star Gross Margin by Type

Gross Margin Bridge Over Time



*D2 Summit moved location from non-Disney to Disney in its second year*

Non-Summit

Total

D2 Summit
D1 Summit

*Mix shift towards lower margin events is pulling down overall gross margins*

|  | 2014 | 2015 | 2016 | 2017 | 2018B |
|---|---|---|---|---|---|
| **Net Revenue ($M)** | **$56.5M** | **$69.3M** | **$90.3M** | **$106.6M** | **$128.2M** |
| D1 Summit (% of Rev) | 12.7% | 17.4% | 16.9% | 17.6% | 17.1% |
| D2 Summit (% of Rev) | 0.0% | 0.0% | 1.7% | 12.6% | 14.6% |
| Non-Summit (% of Rev) | 77.9% | 76.1% | 76.4% | 67.1% | 66.0% |
| Other (% of Rev) | 9.4% | 6.5% | 4.9% | 2.8% | 2.3% |
| **Total GM%** | **41.8%** | **39.5%** | **41.4%** | **39.8%** | **40.3%** |
| D1 Summit (% GM) | 18.9% | 26.5% | 28.7% | 28.6% | 28.1% |
| D2 Summit (% GM) | -- | -- | 47.3% | 31.0% | 29.9% |
| Non-Summit (% GM) | 50.4% | 47.8% | 48.3% | 47.4% | 48.6% |
| Other (% GM) | 0.8% | -22.4% | -23.8% | -31.8% | -39.0% |

Note: Other includes Premier Gyms, Varsity Family Plan, and Varsity Division (Corporate)

Confidential

VAR00310637

# Varsity Spirit

1. Please walk through the cost structure, including overview of fixed vs. variable costs
2. What roles and functions are associated with All Star labor?

**From 2014 to 2017, increased scale resulted in ~830bps of fixed cost leverage. Labor in particular improved 435bps**

# All Star SG&A Over Time

| All Star | | | | | | | | | | CAGR | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fiscal Year Ending, | | | | | | | |
| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E | 2022E | '14A - '17A | '17A - '22E |
| **Net Sales** | | | | | | | | | | | |
| All Star Net Sales | $56.5 | $69.3 | $90.3 | $106.6 | $128.2 | $136.8 | $146.8 | $161.4 | $177.9 | 23.5% | 10.8% |
| *% Growth* | | *22.6%* | *30.2%* | *18.1%* | *20.3%* | *6.6%* | *7.4%* | *10.0%* | *10.2%* | | |
| **SG&A** | | | | | | | | | | | |
| All Star Labor | 9.4 | 10.4 | 12.9 | 13.1 | 16.2 | 16.9 | 17.6 | 18.3 | 19.0 | 11.7% | 7.7% |
| *% of Segment Revenue* | *16.7%* | *14.9%* | *14.3%* | *12.3%* | *12.7%* | *12.3%* | *12.0%* | *11.3%* | *10.7%* | *(435bps)* | *(162bps)* |
| *% Growth* | | *9.9%* | *24.8%* | *1.5%* | *23.9%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | | |
| All Star G&A | 3.5 | 4.5 | 4.5 | 4.9 | 5.7 | 6.0 | 6.2 | 6.5 | 6.7 | 11.4% | 6.6% |
| *% of Segment Revenue* | *6.3%* | *6.5%* | *5.0%* | *4.6%* | *4.5%* | *4.4%* | *4.2%* | *4.0%* | *3.8%* | *(167bps)* | *(81bps)* |
| *% Growth* | | *28.0%* | *0.1%* | *7.9%* | *17.5%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | | |
| All Star T&E | 0.8 | 0.9 | 1.0 | 1.3 | 1.1 | 1.2 | 1.3 | 1.4 | 1.6 | 18.1% | 4.7% |
| *% of Segment Revenue* | *1.3%* | *1.3%* | *1.1%* | *1.2%* | *0.9%* | *0.9%* | *0.9%* | *0.9%* | *0.9%* | *(17bps)* | *(29bps)* |
| *% Growth* | | *20.7%* | *6.0%* | *28.9%* | *(9.2%)* | *6.6%* | *7.4%* | *10.0%* | *10.2%* | | |
| All Star Rent | 0.5 | 0.6 | 0.8 | 0.8 | 1.0 | 1.1 | 1.1 | 1.1 | 1.1 | 19.5% | 5.9% |
| *% of Segment Revenue* | *0.9%* | *0.8%* | *0.8%* | *0.8%* | *0.8%* | *0.8%* | *0.7%* | *0.7%* | *0.6%* | *(8bps)* | *(16bps)* |
| *% Growth* | | *20.0%* | *42.9%* | *(0.4%)* | *23.2%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | | |
| All Star Selling | 1.4 | 0.9 | 0.8 | 0.7 | 0.7 | 0.8 | 0.8 | 0.9 | 1.0 | (21.5%) | 7.7% |
| *% of Segment Revenue* | *2.5%* | *1.2%* | *0.9%* | *0.6%* | *0.6%* | *0.6%* | *0.6%* | *0.6%* | *0.6%* | *(188bps)* | *(8bps)* |
| *% Growth* | | *(39.8%)* | *(2.9%)* | *(17.3%)* | *4.7%* | *6.6%* | *7.4%* | *10.0%* | *10.2%* | | |
| All Star Samples & Print | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | (30.0%) | 33.1% |
| *% of Segment Revenue* | *0.1%* | *0.1%* | *0.1%* | *0.0%* | *0.0%* | *0.1%* | *0.1%* | *0.1%* | *0.1%* | *(9bps)* | *3bps* |
| *% Growth* | | *2.3%* | *(13.7%)* | *(61.1%)* | *(81.2%)* | *--* | *7.4%* | *10.0%* | *10.2%* | | |
| All Star Commission | 0.0 | 0.1 | 0.7 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | (76.0%) | 186.5% |
| *% of Segment Revenue* | *0.1%* | *0.1%* | *0.8%* | *0.0%* | *0.1%* | *0.1%* | *0.1%* | *0.1%* | *0.1%* | *(8bps)* | *7bps* |
| *% Growth* | | *44.7%* | *959.9%* | *(99.9%)* | *--* | *6.6%* | *7.4%* | *10.0%* | *10.2%* | | |
| **All Star SG&A** | **$15.7** | **$17.4** | **$20.9** | **$20.8** | **$25.0** | **$26.1** | **$27.2** | **$28.4** | **$29.6** | **9.7%** | **7.3%** |
| *All Star % of Net Sales* | *27.8%* | *25.1%* | *23.1%* | *19.5%* | *19.5%* | *19.1%* | *18.5%* | *17.6%* | *16.7%* | *(832bps)* | *(286bps)* |
| *All Star % of Growth* | | *10.4%* | *20.1%* | *(0.3%)* | *20.0%* | *4.4%* | *4.2%* | *4.4%* | *4.5%* | | |

*Labor and G&A % of sales tapered off in 2017*

*Significant fixed cost leverage from Labor, G&A, and Selling*

Confidential

VAR00310638

# Varsity Spirit

**The majority of event cost spend is for housing/food/conference costs related to Legacy and All Star events.**

## FY2017 Event Cost Breakdown

| All Star | | |
|---|---|---|
| | All Star | % |
| **Net Sales** | **$106.6M** | **100.0%** |
| Less: Material | 0.4 | 0.4% |
| Less: Event Cost | (47.4) | (44.4%) |
| Less: Labor COGS | (17.2) | (16.1%) |
| **Gross Profit** | **$42.4M** | **39.8%** |
| Less: Selling | (0.7) | (0.6%) |
| Less: Samples | 0.0 | 0.0% |
| Less: Print | (0.0) | (0.0%) |
| Less: T&E | (1.3) | (1.2%) |
| Less: G&A | (4.9) | (4.6%) |
| Less: Labor | (13.1) | (12.3%) |
| Less: Rent | (0.8) | (0.8%) |
| Less: Commission | (0.0) | (0.0%) |
| **Product EBITDA** | **$21.6M** | **20.3%** |
| Less: Corporate | 0.0 | 0.0% |
| **EBITDA** | **$21.6M** | **20.3%** |

| All Star | | |
|---|---|---|
| | $ | % |
| Housing/Food/Conference | 30.3 | 63.9% |
| Staging/Lighting/Sound | 6.2 | 13.0% |
| Prizes/Awards | 4.4 | 9.3% |
| Program Support Supplies | 2.3 | 4.9% |
| Shipping/Freight | 1.3 | 2.7% |
| Rental Expense | 1.2 | 2.5% |
| Catering | 0.6 | 1.3% |
| Taxes/Insurance | 0.3 | 0.6% |
| Production Costs | 0.2 | 0.5% |
| Camper Entertainment | 0.2 | 0.5% |
| Participant Transportation | 0.1 | 0.2% |
| Miscellaneous COGS | 0.1 | 0.2% |
| Uniforms | 0.1 | 0.2% |
| Event Profit Share | 0.1 | 0.1% |
| **Total Event Costs** | **$47.4M** | **100.0%** |

Confidential

VAR00310639

**Varsity Spirit**

**Agenda**

- Overview

- Apparel

- All Star (Club Competitions)

- Legacy (Camps and School Competitions)

- Vignettes

- Appendix

Confidential

VAR00310640

# Varsity Spirit

1. Same Fandango - $15M of the revenue growth ($41M) do you track by camps / competition?
2. How do you allocate SG&A between camps and competitions? [SG&A specific page later]
3. What is the "right" flow-through margin to have in mind on incremental camps and competitions attendees?

**Within Legacy, revenue growth and gross margin expansion offset incremental investment in SG&A**

# Legacy EBITDA Bridge



| | FY2014 | Camps | Competitions | Other | FY2017 | FY2018B |
|---|---|---|---|---|---|---|
| Revenue ($M) | 137.1 | 8.4 | 8.7 | 1.4 | 155.5 | 165.2 |
| Gross Margin ($M) | 43.5 | 5.0 | 3.2 | 1.2 | 52.9 | 56.3 |
| GM Flow-Through | 31.8% | 59.0% | 36.9% | -- | 34.0% | 34.1% |
| EBITDA Flow-Through | 8.7% | 29.1% | 29.4% | -- | 9.7% | 9.4% |

Note: Reconciliation includes change in Eliminations and Commissions
Source: Varsity Spirit Monthly Segment P&Ls, 2018 Rosetta Stone

Charlesbank Confidential

Confidential

**Varsity Spirit**

1. Please describe overall M&A strategy in terms of areas of focus (All Star? Any apparel?) [potential separate slide in Div. Pres.]

## M&A Pipeline

### Completed Deals - 10/25/17-2/8/18

| Acquired Businesses | Close Date | Revenue ($M) | EBITDA ($M) | Purchase Price ($M) | EBITDA Multiples |
|---|---|---|---|---|---|
| Jam Spirit dba Team Champion (Varsity Sp) | 11/16/2017 | $1.9 | $0.2 | $1.5 | 6.5x |
| Mardi Gras Spirit (Varsity Spirit) | 12/1/2017 | $0.9 | $0.2 | $0.9 | 5.1x |
| Hibbetts Team Sports - "Tide" (BSN) | 12/4/2017 | $8.5 | $1.0 | $6.4 | 6.0x |
| Sea to Sky (Varsity Spirit) | 12/21/2017 | $0.3 | $0.2 | $1.0 | 6.0x |
| Gulf Coast Athletic Supply - "Buffalo" (BSN) | 1/12/2018 | $7.0 | $0.8 | $6.1 | 6.0x |
| EPIC (Varsity Spirit) | 1/19/2018 | $7.9 | $2.0 | $14.9 | 7.2x |
| DC Sports - "Toupee" (BSN) | 1/24/2018 | $4.0 | $0.4 | $1.6 | 3.9x |
| Total | | $30.5 | $4.8 | $32.4 | 6.4x |

### Targeted Deals - Next 3 Months

| Targeted Acquisition | Est. Close Date | Revenue ($M) | EBITDA ($M) | Purchase Price ($M) | EBITDA Multiples |
|---|---|---|---|---|---|
| "Broken Window" (BSN)** | 2/28/18 | $2.0 | TBD | $0.5 | TBD |
| "Maz" (BSN)** | 3/30/18 | $5.0 | TBD | $3.0 | TBD |
| "Boardwalk" (BSN)** | 5/1/18 | $10.0 | TBD | $7.0 | TBD |
| Total | | $15.0 | N/A | $10.5 | N/A |

** Note: Broken Window, Maz and Boardwalk are not under LOI yet and have multiple open issues to be resolved prior to a potential closing

Source: February 2018 board materials

Confidential

# Varsity Spirit

## Revenue Reconciliation
### *(All Star)*

| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| **Customer Revenue** | **41,057,017** | **50,771,260** | **57,247,238** | **81,642,265** |
| Aloha Brands revenue no detail by customer | | | | 1,108,597 |
| Spirit Celebration revenue no detail by customer | | | | 254,626 |
| Team Champion revenue no detail by customer | | | | 223,729 |
| Jam Brands revenue no detail by customer | | 1,719,020 | 9,645,070 | |
| US Finals (not by customer) | | | 1,585,167 | 1,461,119 |
| VAS International events no detail by customer | | | | 411,271 |
| **Event-Related Gross Revenue** | **41,057,017** | **52,490,280** | **68,477,475** | **85,101,607** |
| | | | | |
| Non customer commissions | | 3,813,765 | 174,977 | 4,648,639 |
| Sponsor revenues | 7,287 | 178,053 | 167,004 | 86,687 |
| Disney related revenue (ticket splits/airfare) | | 182,133 | 253,575 | 434,049 |
| Spectator Fees | 9,432,554 | 11,275,596 | 15,438,529 | 16,745,681 |
| Sovenir Sales at camps & competitions | 3,036,828 | 241,442 | 5,889,970 | 94,528 |
| International Customer at VAS events | | | 374,116 | (827,641) |
| Other | 104,069 | 81,009 | (547,818) | |
| Premier (not by customer) | 9,671,943 | 9,874,102 | 9,499,468 | 7,469,028 |
| | | | | |
| Unreconciled | 71,315 | (193,715) | (94,268) | 71,602 |
| **Gross Sales** | **63,381,013** | **77,942,665** | **99,633,029** | **113,824,180** |
| Less: Net Adjustments | (6,832,375) | (8,596,683) | (9,367,182) | (7,220,273) |
| **Net Sales** | **56,548,638** | **69,345,982** | **90,265,847** | **106,603,907** |

Source: 3.1.2 All Star Customer Database and Reconciliation Information from Varsity Spirit Dataroom

Confidential                                                                                                                        VAR00310643

# Varsity Spirit

*From 2014 to 2017, Summit revenue grew rapidly, driven primarily by increased participation, with growing spend per participant also a favorable tailwind. As Summit has scaled in size, EBITDA margins have improved*

## Summit Revenue Build
*(Combined)*



Confidential                                                                         VAR00310644

# Varsity Spirit

## D1 Summit Revenue Build



Confidential

# Varsity Spirit

## D2 Summit Revenue Build



Confidential

**Varsity Spirit**

1. Very little SG&A is directly allocated to the D1 Summit; please describe the SG&A allocation / tracking process across events

# D1 Summit Cost Breakdown

| SG&A Summary | | | | | |
|---|---|---|---|---|---|

| | Fiscal Year Ending, | | | | CAGR |
|---|---|---|---|---|---|
| | **2014A** | **2015A** | **2016A** | **2017A** | **'14A - '17A** |
| **Net Sales** | | | | | |
| D1 Summit Net Sales | $7.190 | $12.075 | $15.280 | $18.774 | 37.7% |
| % Growth | | 67.9% | 26.5% | 22.9% | |
| **SG&A** | | | | | |
| D1 Summit Labor | $0.127 | $0.152 | $0.201 | $0.000 | (100.0%) |
| % of Segment Revenue | 1.8% | 1.3% | 1.3% | 0.0% | (177bps) |
| % Growth | | 19.9% | 31.7% | | |
| D1 Summit Commission | $0.000 | $0.000 | $0.000 | $0.000 | NA |
| % of Segment Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0bps |
| % Growth | | | | | |
| D1 Summit G&A | $0.178 | $0.336 | $0.315 | $0.377 | 28.5% |
| % of Segment Revenue | 2.5% | 2.8% | 2.1% | 2.0% | (46bps) |
| % Growth | | 89.2% | (6.3%) | 19.8% | |
| D1 Summit Selling | $0.046 | $0.024 | $0.015 | $0.005 | (52.6%) |
| % of Segment Revenue | 0.6% | 0.2% | 0.1% | 0.0% | (61bps) |
| % Growth | | (47.4%) | (38.5%) | (67.1%) | |
| D1 Summit Samples & Print | $0.009 | $0.007 | $0.000 | $0.000 | (76.1%) |
| % of Segment Revenue | 0.1% | 0.1% | 0.0% | 0.0% | (13bps) |
| % Growth | | (24.9%) | (100.0%) | | |
| D1 Summit T&E | $0.013 | $0.004 | $0.012 | $0.003 | (34.9%) |
| % of Segment Revenue | 0.2% | 0.0% | 0.1% | 0.0% | (16bps) |
| % Growth | | (68.6%) | 212.0% | (71.9%) | |
| D1 Summit Rent | $0.000 | $0.001 | $0.001 | $0.000 | NA |
| % of Segment Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0bps |
| % Growth | | | (39.9%) | (59.3%) | |
| **D1 Summit SG&A** | **$0.372** | **$0.524** | **$0.543** | **$0.385** | **1.2%** |
| *D1 Summit % of Net Sales* | *5.2%* | *4.3%* | *3.6%* | *2.1%* | *(312bps)* |
| *D1 Summit % of Growth* | | *40.8%* | *3.6%* | *(29.0%)* | |

| FY2017 General Ledger Extract | | |
|---|---|---|

**Cost of Manufacturing**

| | | |
|---|---|---|
| 675300 | Shipping/Freight | 3,514.90 |
| 675320 | Payroll - Instructors | 129,803.65 |
| 675345 | Contract Labor | 75,042.01 |
| 675400 | Housing/Food/Conference | 11,790,224.22 |
| 675450 | Staff Housing Residential | 291,046.84 |
| 675600 | Uniforms | 10,826.73 |
| 675800 | Prizes/Awards | 176,144.83 |
| 675850 | Program Support Supplies | 713,667.16 |
| 675900 | Staff Travel - Auto | 92,705.68 |
| 675905 | Staff Travel - Air | 95,127.03 |
| 675910 | Staff Travel - Food | 68,239.71 |
| 675915 | Staff Travel - Hotel | 2,033.18 |
| 675920 | Staff Entertainment | 26,304.72 |
| 675925 | Camper Entertainment | 106,960.01 |
| 675930 | Production Costs | 139,597.59 |
| | **Cost of Manufacturing** | **13,721,238.26** |
| | **Cost of Sales** | **13,409,121.26** |
| | **Gross Profit** | **(5,364,704.22)** |

**Selling Expense**

| | | |
|---|---|---|
| 757131 | Website Devlopment/Content | 1,360.00 |
| 757400 | Advertising | 678.39 |
| 758029 | Recruiting Expenses | - |
| 758045 | Recruiting Food | 14.01 |
| 758400 | Postage | 10.95 |
| 758450 | Express Mail | 2,834.95 |
| 758620 | Brochure Expense | 122.91 |
| | **Selling Expense** | **5,021.21** |

**Administrative Expense**

| | | |
|---|---|---|
| 846220 | Office/Operating Suppies | 974.41 |
| 846261 | Telephone - Data Lines | 33.33 |
| 846320 | Bank Service Charges | 345,183.69 |
| 846500 | Travel - Air/Auto | 3,075.46 |
| 846510 | Travel - Food | 370.21 |
| 846520 | Travel - Hotel | - |
| 846660 | Rent - Equipment | 247.56 |
| 846720 | Legal Fees | 3,268.02 |
| 846750 | Consulting Expense | 6,589.35 |
| 846800 | Liability/General Insurance | 16,724.28 |
| 846995 | Other Miscellaneous Expense | 3,966.67 |
| | **Administrative Expense** | **380,432.98** |

Confidential

VAR00310647

# Varsity Spirit

## D2 Summit Cost Breakdown

### SG&A Summary

| Net Sales | 2014A | 2015A | 2016A | 2017A | CAGR '16A - '17A |
|---|---|---|---|---|---|
| | | | **Fiscal Year Ending,** | | |
| D2 Summit Net Sales | $0.000 | $0.000 | $1.564 | $13.384 | 755.8% |
| % Growth | | | | 755.8% | |
| **SG&A** | | | | | |
| D2 Summit Labor | | | $0.035 | $0.009 | (75.4%) |
| % of Segment Revenue | | | 2.2% | 0.1% | (218bps) |
| % Growth | | | | (75.4%) | |
| D2 Summit Commission | | | $0.000 | $0.000 | NA |
| % of Segment Revenue | | | 0.0% | 0.0% | 0bps |
| % Growth | | | | 0.0% | |
| D2 Summit G&A | | | $0.001 | $0.278 | 35,472.5% |
| % of Segment Revenue | | | 0.0% | 2.1% | 203bps |
| % Growth | | | | 35,472.5% | |
| D2 Summit Selling | | | $0.000 | $0.001 | 1,673.2% |
| % of Segment Revenue | | | 0.0% | 0.0% | 1bps |
| % Growth | | | | 1,673.2% | |
| D2 Summit Samples & Print | | | $0.000 | $0.000 | NA |
| % of Segment Revenue | | | 0.0% | 0.0% | 0bps |
| % Growth | | | | 0.0% | |
| D2 Summit T&E | | | $0.014 | $0.008 | (45.2%) |
| % of Segment Revenue | | | 0.9% | 0.1% | (84bps) |
| % Growth | | | | (45.2%) | |
| D2 Summit Rent | | | $0.000 | $0.000 | NA |
| % of Segment Revenue | | | 0.0% | 0.0% | 0bps |
| % Growth | | | | 0.0% | |
| **D2 Summit SG&A** | | | **$0.050** | **$0.296** | **492.3%** |
| *D2 Summit % of Net Sales* | | | *3.2%* | *2.2%* | *(98bps)* |
| *D2 Summit % of Growth* | | | | *492.3%* | |

### FY2017 General Ledger Extract

*Cost of Manufacturing*

| | | |
|---|---|---|
| 675300 | Shipping/Freight | 5,455.54 |
| 675320 | Payroll - Instructors | 99,723.03 |
| 675345 | Contract Labor | 57,700.00 |
| 675348 | Contract Labor-Facility Set-up | 1,078.56 |
| 675350 | Taxes/Insurance | |
| 675400 | Housing/Food/Conference | 7,858,183.58 |
| 675450 | Staff Housing Residential | 189,042.31 |
| 675600 | Uniforms | 10,826.73 |
| 675800 | Prizes/Awards | 59,375.57 |
| 675850 | Program Support Supplies | 556,973.89 |
| 675900 | Staff Travel - Auto | 61,158.80 |
| 675905 | Staff Travel - Air | 79,437.50 |
| 675910 | Staff Travel - Food | 49,766.16 |
| 675915 | Staff Travel - Hotel | 214.18 |
| 675920 | Staff Entertainment | 29,659.61 |
| 675925 | Camper Entertainment | 67,354.08 |
| 675930 | Production Costs | 105,151.85 |
| | **Cost of Manufacturing** | 9,231,101.39 |
| | **Cost of Sales** | 9,231,101.39 |
| | **Gross Profit** | (4,153,175.43) |

*Selling Expense*

| | | |
|---|---|---|
| 757400 | Advertising | 678.39 |
| 758450 | Express Mail | 729.54 |
| 758620 | Brochure Expense | 122.90 |
| | **Selling Expense** | 1,530.83 |

*Administrative Expense*

| | | |
|---|---|---|
| 846010 | Payroll - Salaried | 175.00 |
| 846080 | Payroll - FICA | 7,635.42 |
| 846090 | Payroll - FUTA | 408.15 |
| 846095 | Payroll - SUTA | 391.17 |
| 846220 | Office/Operating Suppies | 837.94 |
| 846261 | Telephone - Data Lines | 33.33 |
| 846320 | Bank Service Charges | 270,935.91 |
| 846500 | Travel - Air/Auto | 2,200.17 |
| 846501 | Travel - Auto | 1,195.26 |
| 846510 | Travel - Food | 2,101.88 |
| 846520 | Travel - Hotel | 2,184.93 |
| 846750 | Consulting Expense | 2,959.04 |
| 846995 | Other Miscellaneous Expense | 3,197.56 |
| | **Administrative Expense** | 294,255.76 |

Confidential

# Varsity Spirit

## All-Star Spend Histogram
*(All Star)*



| | $60K+ | $55-60K | $50-55K | $45-50K | $40-45K | $35-40K | $30-35K | $25-30K | $20-25K | $15-20K | $10-15K | $5-10K | $0-5K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % of total spend | 41.2% | 3.5% | 1.5% | 2.8% | 3.3% | 4.4% | 4.8% | 5.4% | 5.9% | 6.8% | 7.4% | 7.9% | 5.2% |
| Cumulative Spend | 100.0% | 58.8% | 55.3% | 53.8% | 51.0% | 47.6% | 43.2% | 38.4% | 33.0% | 27.2% | 20.4% | 13.0% | 5.2% |
| % of total accounts | 5.7% | 1.3% | 0.6% | 1.3% | 1.6% | 2.4% | 3.1% | 4.0% | 5.4% | 7.8% | 11.7% | 19.9% | 35.2% |
| Cumulative Accts | 100.0% | 94.3% | 93.0% | 92.4% | 91.2% | 89.5% | 87.1% | 84.0% | 80.0% | 74.6% | 66.8% | 55.1% | 35.2% |

Note: FY2017 account defined as account with >$100 of relevant event spend in FY2017
Source: 3.1.3 in Varsity Spirit Dataroom

Confidential

VAR00310649

# Varsity Spirit

## All Star Revenue Build
*(Non-Summit Organic)*

| Charlotte | | | | |
|---|---|---|---|---|
| | **2014** | **2015** | **2016** | **2017** |
| Revenue | 10.2 | 10.8 | 10.9 | 9.6 |
| EBITDA | 2.8 | 3.1 | 3.3 | 2.2 |
| EBITDA % | 27.6% | 28.9% | 29.9% | 23.1% |
| Events | 38 | 37 | 33 | 34 |
| Teams / Event | 131.4 | 132.2 | 149.4 | 129.9 |
| Participants / Team | 16.0 | 15.3 | 15.2 | 14.9 |
| Revenue / Participant | $128 | $144 | $146 | $146 |
| Revenue / Event | $268,637 | $291,856 | $330,581 | $282,333 |
| EBITDA / Event | $74,124 | $84,342 | $98,929 | $65,174 |

CAGR '14-'17: Revenue -7.7%, EBITDA -2.0%

Confidential

VAR00310650

# Varsity Spirit

## All Star Revenue Build
### (Non-Summit Organic)



| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| EBITDA % | -81.8% | 11.1% | 25.4% | 21.3% |
| Events | 10 | 15 | 12 | 12 |
| Teams / Event | 27.0 | 57.8 | 86.8 | 84.8 |
| Participants / Team | 16.1 | 14.9 | 14.7 | 14.6 |
| Revenue / Participant | $45 | $88 | $103 | $100 |
| Revenue / Event | $19,451 | $75,464 | $132,318 | $123,816 |
| EBITDA / Event | -$15,910 | $8,391 | $33,648 | $26,346 |

Confidential                                                           VAR00310651

# Varsity Spirit

## All Star Revenue Build
### (Non-Summit Organic)



| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| EBITDA % | 33.8% | 28.7% | 31.0% | 28.8% |
| Events | 28 | 28 | 26 | 25 |
| Teams / Event | 158.8 | 157.8 | 159.8 | 141.2 |
| Participants / Team | 11.3 | 11.7 | 12.1 | 12.3 |
| Revenue / Participant | $125 | $126 | $137 | $144 |
| Revenue / Event | $223,637 | $231,762 | $263,799 | $249,398 |
| EBITDA / Event | $75,621 | $66,405 | $81,730 | $71,857 |

Confidential                                                                          VAR00310652

# Varsity Spirit

## All Star Revenue Build
### (Non-Summit Organic)



| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| EBITDA % | -- | 9.1% | 21.0% | 27.9% |
| Events | -- | 19 | 85 | 77 |
| Teams / Event | -- | 81.2 | 108.9 | 141.6 |
| Participants / Team | -- | 13.0 | 13.0 | 13.0 |
| Revenue / Participant | -- | $98 | $145 | $127 |
| Revenue / Event | -- | $103,331 | $205,418 | $232,663 |
| EBITDA / Event | -- | $9,427 | $43,183 | $64,942 |

Confidential

VAR00310653

# Varsity Spirit

## All Star Revenue Build
### (Non-Summit Organic)



| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| EBITDA % | 24.7% | 26.1% | 31.2% | 27.7% |
| Events | 38 | 45 | 44 | 50 |
| Teams / Event | 163.7 | 163.1 | 158.8 | 145.7 |
| Participants / Team | 15.4 | 14.7 | 14.3 | 13.7 |
| Revenue / Participant | $147 | $153 | $162 | $165 |
| Revenue / Event | $370,170 | $365,807 | $366,698 | $329,457 |
| EBITDA / Event | $91,485 | $95,589 | $114,287 | $91,351 |

Confidential                                                                                                VAR00310654

# Varsity Spirit

## All Star Revenue Build
*(Non-Summit Organic)*

### Aloha



| | |
|---|---|
| EBITDA % | 27.0% |
| Events | 20 |
| Teams / Event | 76.5 |
| Participants / Team | 11.0 |
| Revenue / Participant | $131 |
| Revenue / Event | $110,534 |
| EBITDA / Event | $29,848 |

Confidential

VAR00310655

# Varsity Spirit

## All Star Revenue Build
### (Non-Summit Organic)



**Mardi Gras**

|  | 2017 |
|---|---|
| EBITDA % | -7.9% |
| Events | 2 |
| Teams / Event | 29.0 |
| Participants / Team | 12.8 |
| Revenue / Participant | $80 |
| Revenue / Event | $29,811 |
| EBITDA / Event | -$2,366 |

Confidential

VAR00310656

# Varsity Spirit

## All Star Revenue Build
### (Non-Summit Organic)

**Spirit Celebration**



| | |
|---|---|
| EBITDA % | 33.2% |
| Events | 6 |
| Teams / Event | 134.8 |
| Participants / Team | 14.0 |
| Revenue / Participant | $123 |
| Revenue / Event | $231,781 |
| EBITDA / Event | $76,963 |

Confidential

VAR00310657

# Varsity Spirit

## All Star Revenue Build
### *(Non-Summit Organic)*

**Team Champion**



| | |
|---|---|
| EBITDA % | 31.5% |
| Events | 4 |
| Teams / Event | 80.0 |
| Participants / Team | 15.0 |
| Revenue / Participant | $71 |
| Revenue / Event | $85,480 |
| EBITDA / Event | $26,952 |

Confidential

VAR00310658

# Varsity Spirit

## Camp Spend Histogram
### *(Legacy Camps)*



Number of FY2017 Accounts

| | $60K+ | $55-60K | $50-55K | $45-50K | $40-45K | $35-40K | $30-35K | $25-30K | $20-25K | $15-20K | $10-15K | $5-10K | $0-5K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % of total spend | 6.1% | 1.3% | 1.2% | 2.0% | 3.5% | 4.3% | 5.6% | 8.5% | 11.4% | 13.3% | 16.5% | 17.1% | 9.2% |
| Cumulative Spend | 100.0% | 93.9% | 92.7% | 91.4% | 89.4% | 85.9% | 81.6% | 75.9% | 67.4% | 56.1% | 42.7% | 26.2% | 9.2% |
| % of total accounts | 0.8% | 0.3% | 0.3% | 0.5% | 1.0% | 1.4% | 2.1% | 3.8% | 6.1% | 9.1% | 15.6% | 25.7% | 33.2% |
| Cumulative Accts | 100.0% | 99.2% | 98.9% | 98.6% | 98.1% | 97.1% | 95.7% | 93.6% | 89.8% | 83.7% | 74.5% | 58.9% | 33.2% |

Note: FY2017 account defined as account with >$100 of relevant event spend in FY2017
Source: 3.1.3 in Varsity Spirit Dataroom

Confidential

# Acquisition Pipeline

| Company | Business | Geography | Est. Rev ($M) | Est. EBITDA ($M) | Est. Price ($M) | Multiple | Phase | Projected Close |
|---|---|---|---|---|---|---|---|---|
| Jam Spirit Group | All Star Event | US | $1.9 | $0.2 | $1.5 | 6.5 | Negotiating APA | Closed |
| Mardi Gras Spirit | All Star Event | US | $0.9 | $0.2 | $0.9 | 5.1 | Negotiating APA | 12/1 |
| Sea to Sky | All Star Event | Canada | $0.4 | $0.2 | $1.0 | 6.0 | Negotiating APA | 12/20 |
| EPIC / US Finals | All Star Event | US | $7.5 | $2.1 | $14.9 EPIC* $0.8 US Finals** | 7.0 | Negotiation | 1/31 |
| Worldwide Spirit Association | All Star Event | US | $2.5 | $0.5 | | | Evaluation | |
| Future Cheer | All Star Event / Training | UK | $2.0 | $0.4 | | | Evaluation | |
| Midwest Cheer Elite | Gym | US | $3.0 | $0.5 | | | Evaluation | |
| Australian All Star Cheer Federation | All Star Event | Australia | $3.0 | $0.5 | | | Initial Assessment | |
| Cheer Evolution | All Star Event | Canada | $2.2 | $0.3 | | | On Hold until Next Season | |
| JAMZ | Rec Event | US | $4.0 | $0.7 | | | Not Active | |
| Spring Tumbling | Choreography | International | $2.0 | $0.3 | | | Not Active | |
| GMCE | All Star Event | US | $0.6 | $0.1 | | | Not Active | |
| Nfinity | Shoes | US | $12.0 | $2.0 | | | Not Active | |
| Bowl Games of America | Special Events | US | | | | | Initial Discussion | |



VARSITY SPIRIT

*EPIC Terms: $12.9M upfront, $1.2M earnout if incremental city contract and season pass EBITDA is realized; Separate $840k earnout for incremental admissions paid out over three years to remaining management team
**US Finals Terms: $567k payment to 75% owner (EPIC team); $190k payment to remaining 25% owner (Americheer)

36

Diligence Q&A

**General**

1. How was retention defined in the CIM
   a. Revenue retention was calculated by taking our 2016 customer sales and pulling out churned customers' sales. As an example if we had 100 customers in 2016 who did $100M in total. If we lost 5 customers who did $1M each in 2016, revenue retention would be 95%.

**Apparel**

2. *Discuss drives of core VSF revenue growth (increase in # of clients vs. increased wallet share at existing schools)*

   - Increasing and maintaining Customer retention year over year.
   - Increasing New Customer acquisition
   - Reducing rotation year customers who do not purchase key product categories from VSF every year. (Example School purchases uniforms next year only purchase accessories/shoes)
   - New styles, new innovative products, customization help drive sales to maintain SSS if customer is in uniform rotation year

3. *Describe the-to-market strategy and cross selling across businesses and products.*
   - *Sadlow input:*
     i. *For school market, the sales rep is the primary contact from an experiential nature; providing consult, design selection and fitting. Additionally, the sales rep recruits and registers customers for camps & competitions. Because of this 'sticky' relationship, the rep sees / (talks with) the customer multiple times per year and works in conjunction with the State Director to pull through (can't remember if anything else discussed here).*

4. *How are you/we prioritizing apparel sales efforts with adding apparel to accounts who are already attending camp/competitions, bringing new accounts into VS or upselling existing apparel accounts.*
   - *Sadlow input:*
     i. *Each sales rep identifies new business targets each year through their sales planning process in Salesbuilder.*
     ii. *Additional targets are identified as 'new business' and leads are created within salesforce or rep finder, where Inside Sales Team is qualifying the lead, identifying product category interest, potential revenue and passing off to sales rep to begin sales process.*
   - *Sadlow input – Upselling:*
     i. *Use of Vision Boards to merchandise all product categories or upsell into product categories not previously sold*

                                                                                                          VAR00310661

5. *What investments are being made in the business, driving SG&A?*

- Payroll and related taxes & benefits
- Inside Sales department
- New positions added to support added sales territories and customization process
- Sales Conference & samples with expanded sales Rep group
- Increase in VASF Catalog expense

6. *Is sales growth of campwear (vs unit growth) being drive by ASP growth or product mix shift? What is the campwear opportunity?*

- Campwear growth is driven by increase in ASP and a product mix shift to higher priced sublimated campwear garments
- We believe with continued innovation with sublimated campwear/practicewear we will increase our current market penetration.  (55% of school customers that purchase $500 or more from VSF buy campwear)

7. *Why have uniforms lagged in growth?*

- ~~Participation in cheer has grown 1%?~~
- High share of school uniform market
- ~~Rotation year purchasing cycle~~
- Budgets ??

**NEED DATA (UNIFORM RETENTION)**

*Sadlow input:  Market has not exceeded market rate of 1%; however, we have seen additional share pickup in Accessories and Shoes, while maintaining high market share in Uniforms.*

8. *How do we sell/charge for lettering?*

- Lettering selling strategies:
  - Lettering promotes school brand and school spirit by incorporating the school logo/name via personalization and customization.
  - Uniform and other garments are designed with multi lettering placement options to upsell
  - Lettering gives the school the option to make a garment unique.

- Price is based on # of letter / color combination or size

**TACKLE TWILL / COATED FABRIC / MASCOT / MONOGRAM PRICES**

PRICING IS PER GARMENT   Mascotor tail on word counts as one letter each.

| | TACKLE TWILL | | | COATED FABRIC | | | MASCOTS | | | | MONOGRAM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. of letters | 1-Color Lettering | 2-Color lettering | 3-Color lettering | 1-Color Lettering | 2-Color lettering | 3-Color lettering | Size | Outlined | Filled | Detailed | No. of letters | 1-Color Lettering | 2-Color lettering |
| 1 | $5.50 | $7.00 | $8.75 | $6.00 | $8.00 | $10.00 | 1" | $7.50 | $9.50 | - | 1 | $5.25 | $8.50 |
| 2 | $7.50 | $10.25 | $13.50 | $8.50 | $12.00 | $16.50 | 2" | $9.00 | $11.00 | $13.00 | 2 | $7.00 | $12.00 |
| 3 | $9.50 | $13.50 | $18.25 | $11.00 | $16.00 | $23.50 | 3" | $10.00 | $12.00 | $17.00 | 3 | $8.75 | $15.50 |
| 4 | $11.50 | $16.75 | $23.00 | $13.50 | $21.00 | $30.50 | 4" | $11.00 | $13.00 | - | 4 | $10.50 | $19.00 |
| 5 | $13.50 | $20.00 | $27.75 | $16.50 | $26.00 | $37.50 | 5" | $12.00 | $14.00 | - | 5 | $12.25 | $22.50 |
| 6 | $16.25 | $23.75 | $32.50 | $19.50 | $31.00 | $44.50 | 6" | $13.00 | $15.00 | - | 6 | $14.00 | $26.00 |
| Over 6 | $2.75 per add'l letter | $3.75 per add'l letter | $4.75 per add'l letter | $3.00 per add'l letter | $5.00 per add'l letter | $7.00 per add'l letter | See your Rep for additioanl mascots available | | | | Over 6 | $1.75 per add'l letter | $3.50 per add'l letter |

*9.  How do we price relative to competitors?*

- Based on VSF catalog pricing we are consistently higher priced than our competitors in all major product categories.

*10.  Where do you see additional price/mix opportunities?*

- Sublimated product categories
- Custom Footwear

*11.  Need more information customer turnover rates?  Slide 14* (CB updating slide 14)
- **NEED DATA:  NEW / LOST CUSTOMERS BY SCHOOL TYPE:  COLLEGE, HIGH SCHOOL, JR HIGH, ELEMENTARY**

*12.  P 20 questions*
- **Pash has worked with Lisa to address these questions.**
- **(We will follow up after Friday's meeting with Pash, Brian, Lisa)**

## All Star

13. How many competitions does the average Summit team attend before Summit.
   a.  In 2017 the D1 Summit teams went to an average of 7 regular season Varsity All Star Events. That number grew to 8 events in 2018. (1491 teams going to D1 this season)
   b.  In 2017 the D2 Summit teams went to an average of 6 regular season Varsity All Star Events. That number grew to 7 events in 2018. (1065 teams going to D2 this season)
   c.  Overall the Varsity All Star regular season average is 4.9 events for all of our customers.
14. What percent of ~~local/state competitors~~ (teams) go to the Summit
   d.  26% - 2556 registered /9662 teams in the USASF database. This year we have 2556 registered teams at one of the Summits.  (We have 1965 teams registered for the US Finals.)  There are 9662

Confidential

VAR00310663

total teams registered with the USASF this year. Opportunity to capture an additional 5111 teams at a Varsity end of season event.

15. Is Summit cannibalizing other events or competitions?
    e. Late season events have seen decline since introduction. April used to be our strongest month. Now it is one of our weakest. May is the strongest now with the performance of US Finals and both Summit events. Overall we have the same gyms/teams going to the same number of competitions, however they are replacing a local event with The Summit.

16. M & A strategy for All Star events
    f. Typical players are mostly regional event companies who have deep ties into their specific markets. We look to acquire all the Tier 1 event companies (brands such as American Championships, Athletic Championships) that give bids to the cheerleading and dance Worlds. There are only 42 Tier 1 event companies. Varsity now owns 32 of those Tier 1 companies in all of the best markets

17. Please discuss historical performance drivers and strategy to grow/maintain non Summit and non M&A competitions
    g. Historically we have added new events where we needed in our regional offices (Gainesville, Knoxville, Louisville, Charlotte, and Houston).
    h. We use the bid distribution process to help drive growth in our core regional offices by balancing between smaller and larger competitions.
    i. As we have grown our market share we have continued to make adjustments to the Varsity Family Plan such as required number of regular season events and 100% cash rebate. Last year we introduced a 75/25 split and are leaning toward a 60/40 split over the next few years.
    j. In order to grow the industry we are making adjustments to the score sheet and rules to increase participation (average size of team was trending in the wrong direction)

18. How different are acquired brands and competitions vs organic and competitions.
    k. The composition of the events is basically the same. However, the Varsity branded events are typically at nicer venues with much more production and bells and whistles. Staff that runs the Varsity events have much more experience and knowledge in all that we do from an operations side of things. EPIC being a lower value, lower price point competition that has traditionally ran events in the local high schools or rec centers which is different than our organic competitions that are operated in pricier convention centers and arenas. All of our most recent acquisitions have been similar to EPIC.

19. What cost synergies are there and are there overlaps with existing brands
    l. Utilization of Varsity owned A/V production and flooring trailers
    m. Higher utilization of local staff versus using brand specific staff members.
    n. With some of our smaller acquisitions we will continue to consolidate their events into existing offices.
    o. Decrease the arms race on sound and lighting and production for smaller competitions and drive savings

20. Please speak to the growth story behind D1 and D2 Summit. What have been the main contributors to rapid growth.
    p. When Varsity helped create the USASF World Championships we created a model for the elite level 5 and 6 teams to earn the opportunity to compete at Disney by introducing a bid distribution structure at select events. Our goal with creating the Summit was simply to mirror that model but try to appeal to the other 95% of the all star market which was levels 1-4. (D1 is designed for gyms with 126 athletes and up. D2 is for 125 athletes and less)
    q. Getting full buy in from all of our brands to support the Summit, and having a great marketing and sales effort has been key. Every weekend at our events we depend on all of our folks to really pump up the event so that every coach, athlete, and cheer parent in America wants their son or daughter to get a bid to attend The Summit.

21. Please elaborate on max capacity for D1 & D2 Summit. Also elaborate on the D3 Summit opportunity.
    r. We see the max capacity being somewhere around 1450-1500 teams per weekend. This year we have 1491 teams coming to the D1 Summit and 1065 coming to the D2 Summit. Considering that our bid acceptance rate is over 95% I would see us hitting that number over the next two seasons
    s. D3 or International Summit is the next opportunity. This season we introduced an "International Summit" on Thursday and Friday before The Summit. Goal is to help International teams get to

VAR00310664

our event.  In year 1 we have 211 teams registered.  Two to three years from now we should be able to give the International Summit it's own weekend.  (US teams can compete in this as well)

22. Please provide the event level data to separate out account level trends for Summit vs M&A acquired accounts vs organic events

23. What explains the high churn/wins(-30 attrition of accounts) each year.

24. Please describe the cost structure specific to Summit events vs other competitions.
    *Summit cost includes park hoppers, hotel stays, etc. Other comps do not have those items.  So while a customer may be paying us $200 for a park hopper pass we still have to pay Disney a big portion of that.

25. Is there concern around margin dilution if Summit draws spend away from non Summit events?
    *Summit is in May.  Teams will still need to compete from November to April in order to get the bids.

26. Please walk through the cost structure, including overview of fixed vs variable cost.
    *Every event has a break even point.  Every dollar received over that point goes straight to the bottom line.  Rent is fixed, staging, sound and lighting, and staffing is fixed.  One arena can fit 200 teams in a day.  Goal is to try to get as close as possible to that number.

27. What roles and functions are associated with All Star labor?
    *Event setup staff, judges, and corporate staff

28. Given size of Housing/Food/Conference spend bucket, is there any cost savings opp?
    *The Housing/Food/Conference is all tied into operating an event withing that space.  Rental, electric, venue rental, security, etc. With better negotiations and additional city money and grants there is an opportunity.

29. Please describe the billing process for events, eg. Customer payments, Disney/events, payment, timing of working capital.
    *Customer commits to attending an event in the summer, registers in the early fall, and then pays prior to the event.  Unless the customer is paid in full they do not compete that weekend.

### 30. Please discuss demand for All Star competitions and/or planned rollout of new events

The demand for All Star competitions is stable.  Our customers, All Star gyms, must compete in order to run their business and Varsity provides the best circuit of events available.  Annually we review our competition calendar and determine opportunities for new events or consolidation of existing events.  Within our portfolio of events, demand for our larger 2-day championships has grown due to the "paid" Summit Bids we make available at these events.  We've done this strategically since our 2-day championships have the highest profit potential.  With the exception of a possible D3 Summit, I don't foresee a large rollout of new events, but rather refinement of our exiting events (e.g. make US Finals 2-days, consolidate smaller events to make larger more profitable events, etc.)

### 31. Increased all star participation and higher per cheerleader spend drove significant historical financial growth; however all star cheerleaders are citing cost as a primary reason for churning away to lower value forms of cheerleading; please discuss managements approach to mitigate this trend going forward.

To protect against this trend, we completed several recent acquisitions which has given us stronger event coverage nationwide.  We believe we are now positioned such that teams will be able to reduce their travel cost by competing with Varsity at a more local/regional level.  Show example Brian put together for a Columbus, OH gym.

### 32. Describe the-to-market strategy and cross-selling across businesses and products.

The Varsity Family Plan and Network customer loyalty programs encourage cross-selling of fashion and events.  The Varsity All Star Advisors (event sales team) and Varsity All Star Fashion Specialist (fashion sales team) collaborate and coordinate their sales efforts.  We regular identify who is spending on fashion but not on events and vice versa, then coordinate our sales approach.

Confidential

33. **Summit and All Star M&A have been big part of our success, how do you view those going forward?**

The Summits will continue to be a key driver of growth. We control the pathway to the Summit and can adjust this seasonally to steer customer behavior at our regular season events. Additionally, we can further segment the market and create a D3 Summit or develop an International Summit as demand grows for All Star cheerleading internationally. We believe our next M&A opportunities will be focus on international event companies. All Star cheer events are growing steadily in countries like Canada, the UK, and Australia. If cheerleading becomes an Olympic sport in the next 6 years (2024), international cheerleading could explode.

Separately, we are in the early stages of integration for our recent acquisitions. We will be able to capitalize on synergies and cost savings over the next few seasons, similar to the growth seen in 2011 when our first wave of acquisitions rolled through their earn outs.

34. **Why is our apparel share in all star less than school?**

More competition in the all star apparel space (Rebel, GK, Nfinity, etc.). Gyms are running a business and always looking for a new deal or opportunity. Thus, new apparel companies can enter the market on price and deep discounts.

35. **How have year end events impacted avg. number of events teams attend this season**

[JS Question – are summit and D2 included in table below?]

|         | Average # of events | |
|---------|------|------|
|         | 2017 | 2018 |
| Summit  | 7    | 8    |
| D2      | 6    | 7    |

Disney