# EXHIBIT 26

## FILED UNDER SEAL

# BAIN & COMPANY

# **Varsity Brands growth assessment**
February, 2018

**DRAFT CONFIDENTIAL**

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BAIN00084543

# Disclaimer

- *This material and the analysis contained herein (the "Report") was prepared by Bain & Company ("Bain") over a limited time period solely for the use of Bain's Client (Charlesbank Capital Partners and Varsity Brands, the "Client") and is not to be disclosed in whole or in part to any third party without Bain's explicit prior written permission. In the event Bain does grant permission for the Report to be disclosed to a third party, Bain will not permit the third party to rely on the Report unless explicitly agreed between Bain and such third party in writing.*

- *The analysis and opinions contained in the Report are based on information provided by Client and from publicly available sources. Bain has not independently verified this information and makes no representation or warranty, express or implied, that such information is accurate or complete. Projected data and conclusions contained herein are based (unless sourced otherwise) on the information described above and Bain's best judgment and should not be construed as definitive forecasts. Bain does not have any duty to update or supplement any information in the Report. This Report does not purport to address all risks and challenges facing Client, its business and the markets within which it operates, nor all possible market conditions.*

- *No responsibility or liability whatsoever is accepted by any person including Bain & Company, Inc. or its affiliates and their respective officers, employees or agents for any errors or omissions in this Report, save insofar as Bain may expressly agree in writing.*

- *This Report does not constitute (i) an offer or solicitation to purchase or sell any securities or assets or (ii) a recommendation by Bain to purchase or sell any securities or assets. Each potential participant in the financing of any investment discussed herein should make their own independent assessment of the investment.*

- *Nothing in these materials constitutes, or should be interpreted as, legal advice. Assessment of possible regulatory changes and their likely effects is based on interviews with industry experts; regulatory changes may not occur in the manner predicted, and their impact may be different than predicted. Bain's client must obtain its own legal advice to determine the effect of applicable laws and regulations on its business, and its manner of complying with such laws and regulations and changes thereto.*

- *This Report is not complete without an accompanying oral discussion and presentation by Bain.*

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084544

# Varsity Brands discussion questions








- What are the underlying **participation trends** for BSN's customer base?
  - How many team sports are high schools offering today, and how has that changed in the last 5 years?
  - How have athlete participation rates in team sports trended over the last 5 years?
- How has **spend per athlete** changed for apparel, equipment and accessories for team sports?
  - How does this vary by sport? What is driving changes in spend?
  - How has the school-pay versus player-pay dynamic evolved?
- What is the **purchase process** for team sports apparel and equipment?
  - What is the role of the central district versus the school?
  - What is the role of the Coach, Principal, Controller and Parent?
- What is the **competitive landscape** for team sports uniform and equipment vendors?
  - What is BSN's share? How does this differ by sport/school segment?
- What are **attractive growth opportunities** for BSN?
  - Is BSN under-represented in high spend women's sports?
  - Is there room to increase penetration in hard goods?
  - Is expanding private label an opportunity?
  - Is there an opportunity to grow MyTeamShop and Sideline stores? Team Art Locker?

- What are the underlying **participation trends** for Varsity Spirit's customer base?
  - How have participation rates trended in cheerleading and dance over the last 5 years, by segment (in school cheer, out of school cheer, cheer camp, dance)?
  - How much opportunity is there to grow participation?
- How has **spend per athlete** trended in the last 5 years, by product type (camp, competition, apparel)?
  - How is spend per athlete likely to trend going forward?
  - What is the school- versus player-pay dynamic in cheerleading and dance?
- What is the **purchase process** for cheer and dance apparel and equipment?
  - Who is the primary decision-maker? Who offers input?
  - How sticky are relationships with vendors? What drives switching?
- What is the **competitive landscape** for cheerleading and dance, according to key decision makers?
  - Who are the major competitors?
  - What is Varsity's penetration/share?
- What are **attractive growth opportunities** for Varsity Spirit?
  - Can Varsity Spirit increase cheer participation through events like Game Day?
  - What is the opportunity to increase spend per athlete? Improve attachment rates?
  - What other growth opportunities exist for Varsity Spirit? Value? International?

Yearbooks
- What are the underlying **trends** in high school yearbooks (buy rates, price), for both physical and digital products?
- What is the **purchase process** for yearbooks? What is the role of the rep, the adviser, principal, students, parents, and HJ?
- What is the **competitive landscape** for yearbooks?
- What key **growth opportunities** are there in yearbooks?
  - What innovations have occurred in digital?
  - What is the playbook for increasing sales?

Jewelry
- What are the underlying **trends** in high school class rings (buy rates, price)?
- What is the **purchase process** for class rings and jewelry?
- What is the **competitive landscape** for class jewelry?
- What key **growth opportunities** are there in jewelry?
  - What is the opportunity in innovation?
  - How have the product offerings evolved?
  - What are competitors doing to innovate (e.g., profile Jostens)?
  - What new achievement jewelry products are in demand (e.g., championship rings)?

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

# Sources

## Interviews (N=67)

### Achievement (N=15)

- Principal, Private High School #1
- CFO, Private High School #1
- Director of finance, Private High School #1
- Yearbook adviser, Private High School #2
- *Yearbook adviser, Private High School #3
- Yearbook adviser, Public High School #1
- *Yearbook teacher, Public High School #2
- *Yearbook teacher, Public High School #3
- *Yearbook teacher, Public High School #4
- *VP of business dev., Competitor #1
- *CEO, Competitor #2
- *Director of product development, Competitor #2
- *Manager of sales operations, Competitor #2
- *VP of sales, Competitor #2
- *Yearbook sales rep, Competitor #3

### Sports / Cheer (N=52)

- *Senior Sales Manager at Team Sports Provider #1
- *EVP at Team Sports Provider #2
- Athletic director, School System #1
- Athletic director, High School #1
- Athletic director, High School #2
- Coach, Dance, High School #3
- Coach, Football, High School #4
- Coach, Football, High School #5
- Coach, Golf, High School #6
- Coach, Wrestling, High School #7
- Principal, High School #8
- CFO & athletic director, High School #8
- Coach, Football, High School #9
- Coach, Soccer, High School #10
- Coach, Lacrosse, High School #11
- Coach, Football, High School #12
- Coach, Track & Field, High School #13
- Coach, Football, High School #14

- Coach, Football, High School #15
- Athletic director, High School #16
- Coach, Track & Field, High School #17
- Athletic director, High School #18
- Coach, Lacrosse, High School #19
- *SVP #1, Cheer Brand #1
- All Star Cheer Coach #1
- High School Cheer Coach #1
- All Star Cheer Coach #2
- All Star Cheer Coach #3
- High School Cheer Coach #2
- All Star Cheer Coach #4
- All Star Cheer Coach #6
- All Star Cheer Coach #7
- High School Cheer Coach #3
- All Star / High School Cheer Coach #1
- All Star / High School Cheer Captain #1

- All Star/ High School Cheer Coach #2
- All Star Cheer Coach #5
- Athletic director, High School #20
- Youth and girls Coach, High School #21
- Coach, High School #22
- Coach, High School #23
- Coach, High School #24
- Coach, Youth League #1
- Coach, High School #25
- Director, Youth League #2
- Athletic director, High School #26
- Athletic director, High School #27
- Coach, Youth League #3
- *Founder, Custom apparel provider #1
- All Star Cheer Coach #8
- All Star Cheer Coach #9
- *Sales Rep #1, Cheer Brand #1

## Surveys (N=2,969)

### Yearbook Consumer Survey
**Total    N = 1,500**

- People who have graduated high school within the past five years
- US Nationwide

### Cheer Consumer Survey
**Total    N = 989**

- Females aged 14-18 and parents of cheerleaders in elementary, middle, or high school
- US Nationwide

### Decision-Maker Survey

**Yearbooks/class jewelry N = 235**

- Educators who oversee the yearbook and class jewelry decision-making processes, US nationwide

**Cheer**     HS N = 171
              **All Star N = 74**

- High school and All Star gym coaches

## Secondary sources

- National Federation of State High School Associations (NFSA)
- National Center for Education Statistics (NCES)
- Whitehouse.gov
- National Sporting Goods Association (NSGA)
  - 2017 and historical topline participation reports
  - 2017 and historical sporting goods market reports
- US Census Bureau
- Pew Research Center
- Sports and Fitness Industry Association (SFIA)

- Sporting Goods Manufacturers Association (SGMA)
- Letterman and competitor websites
- Herff Jones and competitor websites
- Sporting good manufacturers company websites
- Varsity internal data
- Herff Jones internal data
- Statista
- News and industry publications
  - Freedonia, MarketLine, Wall Street Journal, Forbes, ESPN, Athletic Business, Education Week, Alliance for Excellent Education, Human kinetics, and Child trends

Note: *Indicates former position

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **4**



BAIN00084546

# Agenda

- **BSN**

- Spirit

- Herff Jones

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084547

# Overall findings: **BSN**

- **BSN's addressable segment of team sports is ~$5B; the high school portion of this segment is ~$1.8B and growing at 2-3% p.a.**

  - Participation growth has been consistently ~1% as schools add more Tier 2 and women's teams; slight headwinds from football safety concerns appear to be stabilizing

  - Spend per athlete has been increasing by ~1-2%, driven by more expensive equipment purchases

- **BSN is the #1 provider of team sports uniforms and equipment,** with leading RMS (and more than 8X the sales reps of Eastbay), and high share in key sports/segments

- **Given its leading share and footprint, BSN is well-positioned to capitalize on opportunities for growth in multiple areas**:

  - **Increasing penetration:** BSN can drive penetration at existing customers and gain new accounts across all segments, especially by focusing disproportionately on the faster-growing women's segment and Tier 2 sports

  - **Hard goods:** BSN can increase share in team-related hard goods market through investing in product offerings (including team equipment and facilities), cross selling, and new school opportunities

  - **Fundraising**: fundraising is an increasingly important channel for schools; coach feedback underscores strong demand for DTC online platforms

  - **Team Art Locker**: consumers have indicated a preference for purchasing more custom-designed, school-branded apparel; the segment is currently highly fragmented, and there is an opportunity for Team Art Locker to gain share

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084548

# BSN serves the ~$5B team sports apparel and equipment segment within US sporting goods



**Estimated industry size (2016)**

- **Includes:** individual spend for team apparel/equipment not purchased through the team environment (e.g., purchasing own practice gear), and team spend at large colleges

- **Includes:** all **non-team** related sports apparel and equipment spend

$90B

$13B          $18B          $69B          $88B

**BSN segment:** sports apparel and equipment purchased in the "team environment"– funded via school budget, booster donations/fundraising, pay-to-play fees, or online team shops

15

10

$5B

5

High school

Non- High school

0

| **BSN's immediately addressable segment** | BSN's potentially addressable market | **Total team equipment and apparel sales** | Non-team equipment and apparel sales | **Total US sporting goods wholesale industry (2016)** |

Source: SFIA Manufacturing Manufacturers' Sales by Category Report (2017); company data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS      180209 Varsity growth assessme ...      **7**   

BAIN00084549

# BSN's high school customer base is growing ~2-3% p.a., driven by participation and spend per athlete

## HIGH SCHOOL SEGMENT IS GROWING AT ~2-3%

**Team sports uniforms and equipment growth**

| DRIVER | IMPACT | RATIONALE |
|--------|--------|-----------|

**Participation**

(a) **Number of US high schools**

(b) **Number of sports per high school**

(c) **Number of athletes per sports team**

**Spend per athlete**

(d) **Shift to more expensive equipment**

(e) **Shift to less expensive sports**

(f) **Shift from school budget to fundraising & player-pay**

- Total number of high schools decreasing slightly at -0.7%; enrollment flat

Schools are adding more sports, particularly:

- **Women's sports** participation is growing, and schools are adding more women's teams

- **Tier 2 sports** (e.g., soccer, lacrosse, & volleyball) are gaining in popularity

- Coaches report number of athletes per team is roughly flat

- Players are buying more expensive equipment, driven by safety concerns, improved tech, and premiumization

- Growth in low-spend sports (e.g., soccer) relative to high-spend sports (e.g., football) has a neutral effect on overall spend

- As school budgets have declined, fundraising and player-pay have increased, causing total spend to remain largely stable

Chart values:
- # of participants: ~1%
- $ per participant: ~1-2%
- Total addressable market: ~2-3%

Y-axis: 0, 1, 2, 3%

| Negative | Neutral | Positive |

Source: NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **8**



Confidential

BAIN00084550

# High schools are adding sports teams to accommodate student demand

**b** Number of sports

**HIGH SCHOOL**

## SCHOOLS ARE ADDING ~1-2 TEAMS PER YEAR ON AVERAGE

Average number of team sports offered (By school)

**DIRECTIONAL**



## COMMENTARY

*"We **keep adding sports**. We just added boys and girls lacrosse and boys volleyball."*
Coach, High School #25

*"We've seen **growth over the last 2-3 years in particular**; we've gotten new coaches that can recruit athletes to play new sports in the school."*
Coach, High School #12

*"A lot of people moving out to our area because of lower taxes; it means we'll **probably end up having to add more teams**."*
AD, School District #1

*"We **added both boys and girls lacrosse** because kids wanted it."*
Coach, High School #14

*"Look at the map of **where population is moving towards**, and that's where high school sports are growing the fastest."*
EVP, Provider #2

Source: Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent



Confidential

BAIN00084551

# Tier 2 and women's sports are leading the growth

**ⓑ Number of sports**

## TIER 2 SPORTS ARE OUTPACING TIER 1 SPORTS

Participation growth by sport
(High school sports, 2012-2017)



## SCHOOLS ARE ADDING MORE WOMEN'S TEAMS

Average team sports added
(Over the last 5 years)

**DIRECTIONAL**



*"For soccer, the growth has been so fast. We see a lot of kids go into football, basketball, baseball, soccer – but out of those **soccer is growing the fastest**."*
Coach, High School #21

*"Typically, **you're seeing more girls come out**… when we added girls soccer we had 50 kids who wanted to try out on the first day."*
Athletic Director, School District #1

Source: NFHS Sports Participation Survey 2006-2017; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **10**

BAIN00084552

# Despite recent bad press and safety concerns, HS football participation rates have remained largely flat

 **Number of sports**

## OVERALL FOOTBALL PARTICIPATION RATES ARE FLAT OVER THE LONG TERM



Number of football participants (NSGA, 2006-2016)

— High school
— Youth

CAGR (01-16)    CAGR (11-16)

-0.2%    0.1%

First CTE story receives national attention

Declines among youth football partially manifest in HS football ~4-5 years later

-0.3%    -6.9%

Positive trend from 2015-2016

## RECENT DIP IN YOUTH FOOTBALL PARTICIPATION EXPECTED TO HAVE A MUTED IMPACT AT HIGH SCHOOL LEVEL

| Assertion | Rationale |
|---|---|
| **Weak correlation** between youth football participation and high school participation rates | • Participation rates between youth and high school only loosely correlated (~33% r-squared with a 5 year lag) |
| Pipeline of high school football players **not participating in youth football** | • Youth football has contributed less than 50% of high school players (HS 10 year average of ~3.3M, youth 1.6M) |
| Parents are **delaying youth participation** in contact football due to injury risk, but still participating in contact football | • Youth flag football has grown at 4% the past 3 years<br>• Many of these youth switch to tackle in high school |
| **High schools and coaches** expect football participation at the high school level will **remain strong** | • 80% of coaches interviewed said they expected football participation rates in the next 5-10 years to remain about the same or to increase |
| High school coaches have not **reported drop off in tryouts** | • The majority of coaches interviewed report tryout numbers have stayed about the same |

Note: Participation rates shown are 2 year rolling averages
Source: NSGA Historical Participation 2017; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

# Spend per athlete growth is largely a function of players buying more expensive equipment

 **More expensive**

## HIGHER SPEND IS DRIVEN PRIMARILY BY PLAYERS PURCHASING MORE EXPENSIVE EQUIPMENT

## SUBLIMATED UNIFORMS (EXAMPLE)

**More pieces**

- **No evidence** that high school athletes are purchasing more equipment
- As **specialization increases**, athletes less likely to purchase gear for multiple sports

**More expensive**

**Specialization**

*"There's **more specialization** going on and more options in sports and equipment. If you're playing only one sport, like football, I think you're **more likely to buy a nicer helmet**."*

Coach, High School #9

**Premiumization**

*"A lot of our **uniforms are going to sublimation**, which is more expensive."*
Athletic Director, School System #1

*"It's **so important to have the coolest and nicest uniforms** – it's almost like an arms race. The kids love it."*

Coach, High School #14





Source: Varsity Brands Strategic Plan (2017); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084554

# There is some overall mix shift toward lower-spend sports, but net effect on spend growth is neutral

 **Low-spend shift**

HIGH SCHOOL

## ALTHOUGH LOWER-SPEND SPORTS ARE GROWING FASTEST...



Wholesale equipment spend / athlete ($, 2016)

**Total = $142M**
■ Higher-growth Tier 2 sports

Segment **area represents total spend**; height is spend / athlete and width is HS participation in 2017

| | Football | Basketball | Baseball / Softball | Soccer | Volleyball | Lacrosse |
|---|---|---|---|---|---|---|
| (spend) | 69 | 17 | 24 | 30 | 7 | 31 |
| Participation (2017, M) | 1.1 | 1.0 | 0.9 | 0.8 | 0.4 | 0.1 |
| Participation growth ('11-'16) | -0.7% | 0.2% | 0.4% | 1.2% | 1.0% | 2.0% |

## ...NET EFFECT ON SPEND IS NEUTRAL



Weighted average spend / athlete ($, 2011-2016)

CAGR (11-16)

34   34   0%

2011   2016

Holding spend / athlete per sport constant, participation mix shift has **little effect on overall spend / athlete**

Note: Average spend / athlete only shown for select Tier 1 and Tier 2 sports
Source: NSGA Historical Sporting Goods Report (2017); NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017; SFIA Manufacturers' Sales by Category Report (2017);

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS   180209 Varsity growth assessme ...   **13**

BAIN00084555

# Overall spend is growing, even as funding shifts more to player-pay and fundraising

 **Player – pay**

**HIGH SCHOOL**

**HIGH SCHOOL**

## MOST STATES HAVE DECREASED BUDGETS...

Number of states with increases / decreases in total local and state funding per student (2008-2015, inflation adjusted)



Number of states

Increased budget

■ Decreased budget

## ...BUT FUNDRAISING IS MAKING UP THE GAP...

**DIRECTIONAL**

Spend-per-athlete
(indexed, last 5 years)



■ Players purchase

■ Schools purchase

## ...LEADING TO OVERALL SPEND REMAINING STABLE

"*It's stayed about the same for us over the last 5 years – I think* **what's driving more player spend is there is so much more access** *to better equipment.*"

Coach, High School #19

"*For example, we* **fundraised to help build a storage shed** *– I feel like 20 years ago, the school would've just built us a storage shed.*"

Coach, High School #13

"*The difference between the budget and fundraising has stayed about the same – it does seem like the amount of* **money we need keeps going up and up.***"*

Coach, High School #15

"*We had to do* **more fundraising through the Booster Club** *because our athletic budget was getting smaller.*"

Coach, High School #14

Note: Fundraising defined as all money raised outside of the school budget, but where the school still has purchasing decisions; Player pay defined as everything the player (or parent) pays for where they make the purchase decision
Source: Center on Budget and Policy Priorities (2017 - 2015 survey is latest data available); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent   BOS   180209 Varsity growth assessme ...   **14**

Confidential

BAIN00084556

# BSN is the #1 scale player in team sports uniforms and equipment

| Distributor | Position | | Salesforce | DIFFERENTIATED OFFERINGS |
|---|---|---|---|---|
| | **Share** | **RMS** | | |
| **BSN SPORTS** | ~15% | ~13 | ~850 | • Deeper & broader product line than Eastbay and local providers<br>• Best-in-class service model |
| **Eastbay** | ~1% | 0.1 | ~50-100 | • Superior customization and color offerings<br>• Sophisticated website |
| Local and regional providers (>3,000 players) | ~80% | N/A | ~1-20 reps each | • Niche products, but smallest overall offering |
| **DICK'S SPORTING GOODS**<br>Big-box | <5% | N/A | <5 | • Broad and deep product offering across multiple brands, yet limited team customization options |

Source: Varsity Brands Strategic Plan 2017; Expert Interviews Oct 2015; BSN Customer Interviews Oct 2015; Vault.com

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **15**

BAIN00084557

# There are multiple growth opportunities for BSN

PRELIMINARY

**1** Account penetration

**a** New accounts **b** Existing accounts

**2** Grow share in hard goods

**3** Increase share in DTC fundraising

| | | 1a New accounts | 1b Existing accounts | 2 Grow share in hard goods | 3 Increase share in DTC fundraising |
|---|---|---|---|---|---|
| **Opportunity rationale** | | • Share is ~15% across segments, with room to grow in key areas, including high school, college, middle school, and youth | • Schools are adding more women's and Tier 2 sports<br>• BSN currently under-indexed in women's sports | • Hard goods (equipment, facilities) is a large and fast-growing industry<br>• BSN has opportunity to further penetrate market | • Fundraising increasingly important as school budgets shrink<br>• Significant DTC opportunity exists in fundraising |
| **Size of full potential opportunity** | *Sales* | ~$50-100M per year (assuming 1pt of share gain annually) | ~$320-600M | ~$600-900M | ~$50-130M |
| | *GP\** | ~$20-40M | ~$120-220M | ~$220-330M | ~$20-50M |
| **Ability to win** | | • BSN is leader, with **largest salesforce**<br>• Product offerings **spanning from branded gear to high-end private label** aimed at multiple segments | • Demonstrated **ability to increase penetration**, growing avg. teams from 2 to 4 per school<br>• BSN can capture women's spend by **improving its sales process** and focusing on **product offering** | • Decision-makers **prefer to consolidate** vendors, and would be open to buying from BSN<br>• **Highly competitive space**; product line and salesforce would need to be optimized | • BSN's **MyTeamShop offering has grown** at ~39% the last 5 years<br>• Coaches indicate **strong interest in using MyTeamShop offerings**<br>• FanCloth has **over 10K coaches** |

**4** Investments in **Team Art Locker can be an enabler** across multiple opportunities; feedback shows consumers are interested in purchasing more custom-branded apparel

\*Assumes average gross margin of ~36% across categories per company estimates
Source: NSGA Historical Sporting Goods Report (2017); NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017; SFIA Manufacturers' Sales by Category Report (2017); Industry participant interviews; Consumer Survey (N = 1500); Company data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent    BOS    180209 Varsity growth assessme ...    16

Confidential

BAIN00084558

# New accounts: There is significant whitespace to expand reach across customer segments

**1a)**   **New accounts**

Addressble segments
(2017 BSN revenue, $M)

**Total = ~$5B**



*Includes sports apparel & equipment bought in the 'team environment' (funded through the school budget/booster donations/pay-to-play fees, or through online team shops)*

**1-2pp share gain = ~50-100M sales opportunity**

Note: Assumes $849M in BSN revenue with 10% haircut to account for corporate and consumer direct; "Out-of-school other" includes Church, Government, and Camp; "School other" includes District; segment size excludes corporate and consumer direct
Source: Company data, Bain-BSN Regional Sales Manager Interview, Expert Interviews Oct 2015, Customer Interviews Oct 2015

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **17**

BAIN00084559

# Target segments for new accounts have varying needs; BSN is well-positioned to address

**1a)**  **New accounts**

| | POTENTIAL OPPORTUNITY SIZE | CUSTOMER NEEDS | ENABLERS |
|---|---|---|---|
| **HIGH SCHOOL** | ● | • Custom-designed uniforms, equipment, and team apparel<br>• Brand a strong KPC<br>• Price sensitive<br>• Can operate on longer lead times, but require responsive customer service | • Robust and responsive **field salesforce**<br>• Latest **branded products**, as well as **high-end private label** products with strong design<br>• Fundraising and **DTC support** |
| **COLLEGE** | ◗ | • Custom-designed uniforms, equipment, and team apparel<br>• Brand a critical KPC | • Robust and responsive **field salesforce**<br>• Latest **branded products** |
| **MIDDLE SCHOOL** | ◖ | • Custom-designed uniforms and some equipment<br>• Highly price sensitive and looking for best value<br>• Brand not a major KPC<br>• Operate on shorter lead times | • **Inside salesforce** that can generate leads and respond to customers<br>• Latest **branded products**, as well as **high-end private label** products with strong design |
| **YOUTH AND SELECT** | ◖ | • Custom-designed uniforms and some equipment<br>• Highly price sensitive and looking for best value<br>• Brand not a major KPC<br>• Operate on shortest lead times | • **Inside salesforce** that can generate leads and respond to customers<br>• **High-end private label** products with strong design |

| ● Largest opportunity | ◖ Smallest opportunity |
|---|---|

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **18**

BAIN00084560

# Strategic segmentation of colleges could enable share gain

**1a)**    **New accounts**

## COLLEGE OPPORTUNITY SEGMENTED BY SIZE

### D1 TOP TIER (128 SCHOOLS)



- **Power 5 football conferences** are included in Top Tier: ACC, Big 12, B1G, Pac-12, SEC
- BSN currently supports Nike Sports Marketing in reaching non-NCAA sanctioned sports (e.g. intarmurals, club) in a few of these schools

### D1 MID-MAJOR (219 SCHOOLS)




- Includes non-"Power 5" Top Tier schools + Mid-majors
- Brands may sponsor a single sport within a school, leaving the rest open
- Demand for direct access to Nike products and customer service + e-commerce solution

### D2 AND BELOW (1.6K+ SCHOOLS)




- Coaches are overwhelmed with multiple responsibilities
- Relationships are brand-led (e.g. UA and Adidas provide aggressive comp packages)
- Use local dealers for quick access, high-touch service
- Largest revenue potential
- Demand for 24/7 access to salesperson and high-touch customer service + e-commerce solution

## BSM CAN TARGET EACH SEGMENT WITH A SPECIALIZED STRATEGY

- A **three-division** customer segmentation strategy:

| D1 TOP TIER | |
| --- | --- |
| Power 5 | Non-Power 5 |

- Assign each account a **dedicated BSN executive**
- Build **internal salesforce**, centered around a D1 Specialist + operations manager, customer service team, artists, etc.
- Dedicated service team in Dallas for **hard goods**
- Sports marketing strategy to **effectively recruit Power 5 accounts** in particular
  - Field specialists
  - Geographic alignment
  - Formalize relationship with Nike Sports Marketing

### D2 AND BELOW

- Aggressively pursue customers currently serviced directly by brands; target local-level management
- Build out business development capabilities across key geographies
- Work directly with brands to negotiate financial terms

Source: BSN College 2020 Presentation

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **19**

BAIN00084561

# Existing accounts: Penetration opportunity for existing accounts could be more than $500M

**1b)**   Existing accounts

**PRELIMINARY**



**HIGH SCHOOLS**

BSN Penetration (FY15)
All High Schools

- 80% penetration in Tier 2 and 3 Sports
- 80% penetration in Tier 1 Sports

~9500 BSN Customers*

**$220-345M sales opportunity**

**COLLEGES**

BSN Penetration (FY15)
Varsity College Sports

- Penetration similar to HS first-level target
- Improve all colleges to average penetration**

~1100 BSN Customers*

**$20-130M sales opportunity**

**MIDDLE SCHOOLS**

BSN Share within
Middle School

~$275M        ~$275M

Non-BSN        Non-BSN

BSN            BSN Fair Share

Current State   Opportunity

**$10-30M sales opportunity**

*Greater than $1K in Net Sales Entered annually; **Division 1 (non-power conference schools) elevated to lowest division penetration (D3)
Note: Opportunity size based on regression model and expert interviews; NSE excludes Tomark Installation and freight; High schools excludes magnet and charter schools; High schools includes both Combined (K-12) and Senior High Schools; Excludes any accounts with no matching MDR ID
Source: Company Data; MDR Database; 2014 US Census

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS   180209 Varsity growth assessme …   **20**

BAIN00084562

# BSN penetration in Tier 1 sports is 20-35% today

**1b)**  **Existing accounts**

**<u>HIGH SCHOOL</u>**

## BSN PENETRATION ~20-35% AMONG TIER 1 SPORTS

BSN penetration by sport
(Tier 1 only)



BSN has **highest penetration in Tier 1** sports; penetration **lower in faster-growing Tier 2**

## OPPORTUNITY TO LEVERAGE LARGE SALESFORCE TO INCREASE PENETRATION

"*Delivery missteps are a huge issue – number one. **If you get burned on that, it'll kill the relationship.** Price is a close second.*"

Senior Sales Manager, Provider #1

"***Service is really up there** [as a KPC]. It's the hardest thing– people really struggle servicing this industry. **It's a lot of relationship stuff** – a lot of 'buddy' or 'friend'.*"

EVP, Provider #2

"*Price is a part of it, but **customer service and stock are what's really important.** A lot of times we've had to deal with items that are out of stock and are back-ordered.*"

Coach, High School #3

"*Relationship plays a fair amount of importance for us…we tend to **continue purchasing from reps when we have a relationship** with them.*"

Coach, High School #3

Note: Assumes total size of $1.7B in high schools; split by sport based on avg. spend by sport from customer survey; High schools includes both Combined (K-12) and Senior High Schools;
Source: Company data, Bain-BSN Customer Survey (N = 1561)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084563

# Under-served women's sports present additional penetration opportunity

**1b)**  **Existing accounts**

## WOMEN'S TEAMS ARE CURRENTLY UNDERSERVED

*"Yeah they really just flock to the men's teams. I mean,* **for the past 5 years our girls have been ordering men's shoes.**"

Women's Basketball Coach, High School

*"Girls and young women are one of [the sporting good industry's]* **fastest growing-markets,** *and* **one of its most-ignored.**"

Washington Post, 2014

*"I've noticed them* **approaching [the girls' teams] differently.** *Our uniforms are often ordered as men's sizes, and then* **the girls just have to fold them.** *They're not built to fit them the right way, and we aren't being offered that… I haven't had a chance to really look at others, but* **that would be a huge benefit. I mean, does someone like BSN do this?**"

Girls Athletic Coordinator, High School #26

*"One of the things that the team industry is just* **not doing a good job of is really attacking women's sports.**"

EVP, Provider #2

## BSN COULD BE THE FIRST MAJOR DISTRIBUTOR TO DIFFERENTIALLY TARGET WOMEN



Product count
(as available on websites)

Note: BSN men's and women's SKU counts measured as products tagged as "men's" or "women's" in the Apparel category on BSNSports.com; "youth", "Officials", and "Accessories"-labeled apparel excluded from analysis
Source: NSGA Historical Sporting Goods Report (2017); NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017; SFIA Manufacturers' Sales by Category Report (2017); Industry participant interviews; Company websites

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **22**

BAIN00084564

# BSN is well-positioned to capitalize on growth in women's sports

**1b)**   **Existing accounts**

## COMPARISON OF BSN TO INDUSTRY SUGGESTS AN OPPORTUNITY IN WOMEN'S

Sales by gender
($, 2016)



*Fair share implies ~$70M sales opportunity for BSN*

## BSN IS WELL-POSITIONED WITH INDUSTRY-LEADING RMS, SALESFORCE

- Capture **fair share** by identifying **highest opportunity schools** with significant men's sport penetration

- Win additional share through continued investment in **sales teams specifically dedicated to women's sports**
  - Increase hiring of former female athletes
  - Work with brands to ensure robust female product offering

- Women's coaches care about **quality and service**; a **sales strategy optimized around these KPCs** could drive share gain

*"We use BSN sports and **they serve [our boys and girls teams] equally. They really do a great job**… the service is **about the same.**"*

Coach, High School #24

Note: *Used split available from select sports (baseball, basketball, bowling, dance, football, soccer, softball, tennis, volleyball, weightlifting, ~80% of HS revenue)
Source: NSGA Historical Sporting Goods Report (2017); NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017; SFIA Manufacturers' Sales by Category Report (2017); Company websites; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS   180209 Varsity growth assessme …   **23**

BAIN00084565

# Hard goods: hard goods (team equipment and facilities) is a ~$28B industry, growing at ~3%

**2** | **Hard goods**

## HARD GOODS ARE GROWING AT ~3% P.A.

US wholesale sporting goods sales by product type
($B, 2011-2016)



**Examples include:**

- Cleats, turfs, basketball shoes

- Apparel (e.g. jerseys, shirts, socks), headwear, towels

- More addressable to BSN (coach is purchaser): Balls, nets, mats, racquets, etc.
- Addressable, but AD or principal relationship is buyer: Bleachers, chairs, scoreboards, etc.

**CAGR** (11-16)

3.2%

2.2%

2.9%

## COMMENTARY

"*We send our helmets out to be refurbished every year, and **every year we end up ordering new ones**.*"

Coach, High School #4

"*Kids are **buying better equipment** – if you can afford it, you're upgrading.*"

Senior Sales Manager, Provider #1

"*At our schools, we're probably **spending slightly more on equipment**. We only buy uniforms every 3-4 years, or longer if we can stretch it out. But, **we're buying field and game equipment of some sort every year**.*"

AD, School District #1

"*We've seen **investments in better equipment recently**. We just upgraded our gym mats and gear.*"

Coach, High School #7

Source: NSGA Historical Sporting Goods Report (2017); NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017; SFIA Manufacturers' Sales by Category Report (2017); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **24**

BAIN00084566

# Hard goods opportunity could be close to $1B for BSN assuming 15% share of team-related market captured

**2** **Hard goods**

## LARGE OPPORTUNITY FOR BSN TO GROW HARD GOOD SALES...

BSN addressable hard goods
($B, 2016E)



**Total hard goods sales opportunity is ~$0.8-1.2B across team-related hard goods market assuming BSN can reach 15% share**
(BSN currently does ~$0.3B in hard goods sales)

Gaining share in broader hard goods market requires expanding DTC platform and focusing on salesforce effectiveness in underserved segments (e.g., college)

## ...CONTINGENT ON INVESTING TO WIN

*BSN will have to expand product and capabilities to win in hard goods:*

- **Optimize and enhance hard goods product offering** to be best-in-class

- Train salesforce on **most effective cross- and up-selling techniques** (e.g., walk-throughs)

- **Invest in DTC platforms** to differentially target hard goods opportunity

*Customers who do purchase hard goods rate BSN favorably*

*"Almost everyone I know uses BSN Sports. If you go **exclusive with them for uniforms and equipment, you get a lot of discounts**, and that's all you can really ask for: quality, honesty, and discounts."*

Coach, High School #9

*"We can **get pretty good stuff and prices** because we consolidate with BSN."*

AD, High School #8

Note: *Assumes ranged ratio of addressable as overall segment, based on $18B team spend and $88B total sports industry v. $5B addressable and $18B team spend; assumes share of 15% based on share of addressable segments today
Source: NSGA Historical Sporting Goods Report (2017); NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017; SFIA Manufacturers' Sales by Category Report (2017); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084567

# Fundraising: BSN offers several DTC platforms that serve fundraising needs

**3** | **Fundraising**

PRELIMINARY






| | BSN SPORTS | MY TEAM SHOP | SIDELINE STORE | FAN CLOTH |
|---|---|---|---|---|
| **Desc.** | • Team sports uniforms, apparel and equipment business | • Custom online shop for specific teams to fundraise and sell apparel and gear<br>• Open for a finite period | • Custom online shop for school and spirit apparel<br>• No time period | • Physical catalog/online shop that allows fans of schools/ teams to pay for custom merchandise and donate a portion<br>• Open for a finite period |
| **Product** | • Uniforms<br>• Team apparel<br>• Footwear<br>• Equipment | • Custom team apparel<br>• Footwear<br>• Equipment | • Custom school apparel | • Apparel<br>• Accessories |
| **Buyer** | Coaches | Players and parents | Players, parents, fans | Players, parents, fans |
| **BU overlap** | BSN | BSN, Varsity | BSN | BSN |
| **Use case** *(examples)* |  LIGHTWEIGHT SCRIMMAGE VESTS<br><br>High school football coach purchases 20 practice scrimmage jerseys for the entire team | <br>Basketball coach designs team apparel with player names and school logo; sends expiring purchase link out to players and parents | <br>High school AD designs multiple pieces of spirit wear with school logo; students purchase from online shop year-round | Baseball coach designs a catalog of merchandise (e.g. shirts, blankets) with school/team logo; students purchase year-round |

*Fundraising avenues for teams & schools*

Source: Varsity Brands Strategic Plans (2017); Company website

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **26**

BAIN00084568

# MyTeamShop has grown at ~39% p.a. since 2012; coaches say interest is high

**Fundraising**

## BSN HAS SEEN STRONG GROWTH IN ONLINE / DTC SALES

MyTeamShop net revenue
($M, 2012-2017)



CAGR
(12-17)

39%

Continued growth implies
~$50M-$130M+ in incremental sales
by 2020*

## COACHES SHOW DEMAND FOR MYTEAMSHOP AND SIDELINE STORE

"We've started using online portals to set up team shops – it was **easier for us to be out of the picture entirely**. Since we're a public school, every time we wanted to organize an apparel order, we had to go through a complex purchasing order process. Now, **parents and players can just buy what they want**."

Coach, High School #25

"We've set up periodic online purchasing – usually around Christmas or when the season starts. **For us, it's a fundraising avenue**. We've been selling polos, quarter zips, and even Tervis mugs."

Coach, High School #6

"We have **huge demand for an online shop**, and there's not really a good one that we've come across. It's either extremely generic looking or you can only do one-off orders. **Something specific to our school that we can sell custom-apparel through**, especially to students and alumni, that's something we're really exploring. I honestly think it's a huge opportunity."

AD, High School #8

Notes: *High-case CAGR of 39% (MyTeamShop 2012-2017 revenue CAGR), low-case CAGR of 19% assumed
Source: Company data; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **27**

Confidential

BAIN00084569

# Team Art Locker: consumer sentiment suggests there is a large opportunity for custom apparel

**4**  Team Art Locker

<u>**HIGH SCHOOL**</u>

## THERE IS CONSUMER DEMAND FOR CUSTOM, SCHOOL-BRANDED APPAREL

*Which statement below describes how you feel about the amount of [custom] class apparel you bought in high school?*
***A:*** *"I wish I had bought…"*

No. of respondents / % estimate



~**40%** of students wish they had bought **more class apparel** in high school

Sentiment re: high school class apparel purchases

## STUDENTS OWN ~3 PIECES OF SCHOOL-BRANDED APPAREL…

*How many pieces of school-branded apparel / accessories did you own?*
*What percentage of these items were provided by the school or custom-designed?*

No. of respondents / % estimate



## …SUGGESTING TOTAL SPEND OF ~$700M

**$21** average price per piece of custom apparel*



**3** pieces of custom school-branded apparel per purchaser

**15M** current high school students



**70%** share of high schoolers who purchase custom apparel**

**~$700M** Total size for custom-branded, school apparel

Notes: *Average price calculated as the average response to the question "What's the average price per piece [of the school-branded apparel/accessories that you owned in high school]?"; **Based on response to question "Did you buy custom branded apparel…"
Source: Consumer survey (N=1500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **28**

Confidential

BAIN00084570

# Custom apparel is highly fragmented, and few competitors focus on the school and athletic segment

**4** | **Team Art Locker**

**PRELIMINARY**

## CUSTOM GOODS IS HIGHLY FRAGMENTED...

Estimated share ($M)          **DIRECTIONAL**

100% —

80 —        Other*

60 —                          ┌ SquadLocker
                              │
50 —    RedBubble             │
        SpreadShirt           └ Prep Sportswear
        CafePress
40 —
        Zazzle

        **CustomInk**

20 —

        4imprint

0 —

Diversified personalized products

■ School/athletic apparel focused products

## ...AND PLAYERS SPAN A RANGE OF CAPABILITIES

| PLATFORM | EST. REVENUE | DESCRIPTION |
|---|---|---|
| BSN SPORTS Team Art Locker | N/A [Not a revenue-generating BU] | • Online platform to design custom artwork for use with school athletic team apparel |
| 4imprint | ~$480M | • Direct-marketing business supplying custom promotional products and branded apparel |
| CUSTOM INK | ~$350M | • Online retailer focused on custom apparel and accessories; specializes in "groups and occasions" customers |
| Zazzle | ~$250M | • Online marketplace that joins artists with independent manufacturers |
| | ~$100M | • Online retailer of 1B+ custom products designed by 2M+ independent artists; specializes in unique, one-off sales |
| | ~$100M | • On-demand printing e-commerce platform; sells 200+ products and ships to 150+ countries |
| REDBUBBLE | ~$90M | • E-commerce platform featuring independent artists' custom designs across a number of products |
| PrepSportswear | ~$25M | • Online retailer of personalized athletic apparel to schools, sports teams and the military |
| SQUAD LOCKER | ~$15M | • Allows schools to choose branded gear, add a logo, and open an online store |

Note: All revenue figures are those most recently reported; North America revenue only shown for 4imprint; Global revenue shown for Spreadshirt; Global revenue shown for RedBubble, headquartered in Australia; *Includes school/athletic apparel and diversified personal products
Source: Industry participant interview; Company websites; Public filings; Owler; D&B Hoovers

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **29**

Confidential

BAIN00084571

# BSN strategic priorities

**Objective**: *increase penetration of schools and sports, and build successful DTC platform*


**WHAT**

| **Win new accounts** | **Increase spend in existing accounts** | **Increase share in hard goods** | **Grow share in DTC fundraising** |

## EQUIP SALESFORCE WITH NEW CAPABILITIES

**Customer acquisition strategy**
Develop metrics to measure and prioritize potential new accounts; grow inside sales for youth leads

**Continued investment in salesforce diversity**
Develop recruiting/HR strategy to hire/retain diverse staff that can effectively sell to women's and tier 2 sports

**Hard goods sales training**
Continue training to effectively cross- and upsell hard goods (e.g. facility walks) to new and existing customers

**Fundraising platforms**
Further develop DTC sales capabilities; potentially target different customers (e.g., booster clubs)

**Women's gear**
Invest in best-in-class women's
product offering and custom MTS/Sideline Store sales

**Hard goods**
Expand hard goods offering to complement cross-selling strategy; invest in facility products

**Private label**
Develop and market high-quality, sublimated private label cloth

**Personalized apparel**
Leverage school database to offer personalization of high-quality BSN cloth

## UTILIZE DIGITAL AS AN ENABLER

*Cater MTS/Sideline to underpenetrated customer segments (e.g. women's, hard goods) to enable both addressable segments and share-of-wallet growth; develop interplay between Team Art Locker and end-user platforms*

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **30** 

BAIN00084572

# Agenda

- BSN

- Spirit

- Herff Jones

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent



# Overall findings: **Spirit**

- **Varsity Spirit is a leading brand for both school and All Star** and helped grow cheerleading and All Star into what it is today

- **The overall cheerleading industry is large and growing,** driven by both athlete participation (up 1.5-2.5% in last 2 years) and per-athlete spend (up 1-3% in last 2 years)

- **There are two main customer segments, in-school and All Star;** individual cheerleaders compete in one or both segments with varying levels of intensity and competitiveness
  - In-school is ~70% of total industry; participation is up due to high interest from students and a desire for more competition opportunities for school cheerleaders is driving higher spend per athlete
  - Participation in All Star (~30% of industry) has flattened due to high costs and increasing levels of athletic difficulty; spend per athlete in this segment is ~3x higher than in-school and is rising across categories (apparel/uniforms, camps, and competitions)

- Opportunity exists to **continue growing cheerleading overall and the Spirit brand** in particular; Varsity should focus on:
  - **Increase competition attendance** by offering more local and less expensive competitions
    - ▶ Varsity's Game Day offers a more inclusive, less difficult competition option for non-competitive school cheerleaders
    - ▶ Recent acquisition of EPIC brands reflects commitment to expanding local competition options
  - **Capture additional share of wallet** in apparel by targeting underpenetrated verticals and offering lower price apparel to appeal to value shoppers
  - **Expand internationally**, focusing on countries with strong cheer presence and communities

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084574

# Cheerleading is large and growing

**PRELIMINARY**

## ADDRESSABLE SEGMENT FOR VARSITY SPIRIT IS ~$1B

Estimated cheerleading industry size (2016, $B)



## CHEER HAS GROWN AT 3-5% P.A. SINCE 2014

Estimated Varsity addressable market growth ('14-'16)



*"**Cheerleading is really growing.** High school participation is up every year, All Star cheerleaders are spending more, and camps and competitions are as strong as ever."*

SVP #1, Cheer Brand #1

Note: Industry estimate excludes recreational cheer segment; assumes total of 1.1M cheerleaders
Source: Bain Cheer Consumer Survey (N=989); Industry participant interviews; Bain Cheer Decision-Maker Survey (N=171); NSGA Historical Sports Participation

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **33** 

# There are two major segments of cheerleaders, in-school and out-of-school

PRELIMINARY

## In-School Cheerleading Teams

 

## Out-of-School / Club (All Star)



| Non-competitive | Competitive | All Star Gyms |

*Description*

**Non-competitive**
- Cheerleading teams that only cheer at school sporting events

**Competitive**
- School cheer programs that train and compete against other school cheer teams at competitions
- May also do non-competitive, sideline cheer

**All Star Gyms**
- Top cheer gyms requiring tryouts with several skill levels, will compete 7-9 times per year nationally
- Some cheerleaders also cheer at more casual recreational cheer gyms

*Example cheerleader*



### School Spirit Sally
*Loves cheerleading, but doesn't define it as her passion; feels a strong connection to her school*

✓ Will mostly cheer at school sports games

✓ May participate on school competitive team; potentially required in order to do non-competitive cheer

Likely does not participate in All Star



### Cheer Enthusiast Cara
*Cheerleading is her passion, and she cheers in-school, out-of-school, and at competitions*

 Will likely cheer at sports games with her school team

Will compete at some local competitions with her school team during the winter season

 Usually practices and competes with her All Star team

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **34**

BAIN00084576

# In-school cheerleading is the majority of the industry, and is growing at 3-6% p.a.

## ALL STAR IS ~15% OF ATHLETES, BUT ~30% OF OVERALL SPEND

Participants and Varsity addressable segment by customer segment



## PARTICIPATION IS FLAT FOR ALL STAR; SPEND IS UP FOR BOTH SEGMENTS



| | Avg. $/ athlete | ① Spend per athlete | | ② Participation | |
|---|---|---|---|---|---|
| | | Trend | Rationale | Trend | Rationale |
| ⓐ **All Star** (1-3% p.a. growth) | ~$4,000 | 1-3% p.a. | • All Star cheerleaders going to more competitions, and fees and travel costs are rising<br>• Price and volume are both up for apparel as fashion becomes more important | 0-0.5% p.a. | • High costs and time commitment are contributing to flattening participation in All Star<br>• Some participants are switching to in-school teams as school cheer becomes more competitive |
| ⓑ **In-School** (3-6% p.a. growth) | ~$1,150 | 1-3% p.a. | • Apparel has driven increasing spend as prices have risen alongside higher purchase volumes | 2-3% p.a. | • Schools have been adding competitive cheer teams<br>• All Star cheerleaders have switched to in-School |

Source: Bain Cheer Consumer Survey (N=989); Industry participant interviews; Bain Cheer Decision-Maker Survey (N=171), Bain All Star Decision-Maker Survey (N=74)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **35**

Confidential

BAIN00084577

# Spend: The average cheerleader spends ~$1,600 per year

**① Spend per athlete**

## CHEERLEADING ATHLETES SPEND MORE AS THEY BECOME MORE COMPETITIVE

Average cost per cheerleader



Increasingly competitive

High costs are not unique to competitive cheer; travel soccer players spend $2,500-5,000 every year

~$4,000

Gym fees

Weighted average spend of ~$1,600 per year

~$1,600

Travel

Camp

Competition

Apparel (incl. uniforms)

~$750

School (Non-competitive)
*Cheers in-school, did not go to competition last year*

School (Competitive)
*Cheers in-school, went to at least one competition last year*

All Star
*Cheers out-of-school, went to at least one AS competition last year*

■ Addressable for Varsity   Not currently addressed by Varsity

## COACHES CONFIRM SPEND INCREASES WITH COMPETITIONS

"**Our sideline cheer squad is there to have fun**. They want to cheer on the sideline with their friends and show their school spirit. They don't want to spend all their time travelling to competitions. **The competitive squad travels a lot and spends a lot more time and money on cheerleading.**"

High School Cheer Coach #3

"**As teams are competing more they focus and spend more on the team look**. Competition encourages cheer teams to put a lot of effort into every detail. Uniforms are custom designs, they're buying lots of bows and accessories to customize their look at each competition. The national competitions even has a best uniform winner."

All Star/ High School Cheer Captain #1

"My daughter joined a level 4 All Star team for one year. **We spent $12,000 dollars and that was the end of that**."

High School Cheer Coach #1

Note: All apparel includes uniforms, practice-wear/campwear, accessories, and footwear
Source: Bain Cheer Consumer Survey (N=989); Bain Cheer Decision-Maker Survey (N=171); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS   180209 Varsity growth assessme …   **36**

Confidential

BAIN00084578

# Spend is going up across all categories (apparel, camps and competitions)



1 Spend per athlete

<u>**PRELIMINARY**</u>

## ALL CHEERLEADERS ARE SPENDING MORE; ALL STAR COSTS ARE INCREASING FASTER

*Please indicate whether this is more or less than you spent the previous year for each category?*

Number of cheerleaders



| | In-School | All Star | | In-School | All Star | | In-School | All Star |
|---|---|---|---|---|---|---|---|---|
| Number of cheerleaders | 543 | 179 | | 425 | 185 | | 203 | 89 |
| Net % saying spend is increasing | 13% | 20% | | 14% | 20% | | 10% | 17% |

Apparel (incl. Uniforms) — Competitions — Camps

## COACHES CONFIRM SPEND IS INCREASING

"*Cheerleaders are spending more now than they ever did. They're spending more on uniforms, camps and competitions.*"

SVP #1, Cheer Brand #1

"*It's been very difficult to control the costs for our team. We are trying to fundraise more every year and also looking to control costs by looking for new vendors.*"

High School Cheer Coach #2

"*I think you've seen a steady increase in the prices of the competitions. I mean in some cases they're charging $20 dollars for parents to watch their kids compete. It doesn't seem to stop going up.*"

All Star Cheer Coach #2

Note: Events and fees includes competitions, camps, and cheer gyms; only takes into account individuals who went to the same number of camps and competitions as the previous year; those who spent more reflect only participants who have been cheering for >1 year
Source: Industry participant interviews, Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **37**    

# Apparel spend: Consumers are purchasing more, and more expensive, products

 **① Spend per athlete**

## CONSUMERS ARE PAYING MORE FOR EACH PRODUCT, AND BUYING MORE PRODUCTS

*Why has the amount your organization is spending on cheer / dance uniforms and practice-wear/accessories increased?*



% of decision-makers who note increasing spend

Varsity apparel prices have risen by ~2% per year since 2014

Legend: ■ Increasing dollars per item   ■ Increasing number of items per athlete

Categories: Increased prices | Purchasing more expensive products | Purchasing wider variety | Purchasing more frequently

## PRICES AND QUANTITIES ARE RISING

- **Increasing emphasis placed on customizing look for competitions**

"**There's more focus and spend on the team look**. Cheer teams put a lot of effort into every detail. Uniforms are custom designs, they're buying lots of bows and accessories to customize their look at each competition. The national competitions even has a best uniform winner."

All Star/ High School Cheer Captain #1

- **Volume of accessories and practice wear required also growing**

"**Cheerleading has really expanded the amount of stuff that teams need to buy each year.** It's not just uniforms and practice wear, but separate camp wear, bags, team socks, shoes, makeup and earrings."

SVP #1, Cheer Brand #1

Source: Bain Cheer Decision-Maker Survey (N=171); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

 BAIN00084580

# Competition spend: Increased attendance is driving higher spend on competitions



**① Spend per athlete**

### COMPETITION PARTICIPATION IS INCREASING

*Did you go to more or fewer competitions than the previous year?*

### MOST REPORT SIMILAR SPENDING FOR EACH COMPETITION, BUT SOME ARE SPENDING MORE

*Were the competitions you attended more or less expensive than last year? || Did you spend more or less for travel?*

### VARSITY'S REVENUE PER PARTICIPANT AT COMPETITIONS HAS STEADILY INCREASED

Revenue / participant
CAGR ('14-'17)





Net % saying spend is increasing: In-School 31%, All Star 19%

Fees: In-School 8%, All Star 17%
Travel: In-School 9%, All Star 17%

Note: Fees and travel spend only includes those who attended about the same number of competitions as the previous year; Cheer Ltd. CAGR based on '15'-'17
Source: Bain Cheer Consumer Survey (N=989); Internal Varsity data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent



Confidential

BAIN00084581

# Camp spend: Fees are driving increases in camp spend


**① Spend per athlete**

## CAMP-RELATED SPEND ADDS UP TO $600 PER YEAR

*What percent of what you spent on cheerleading / dance camp in the last year (excluding apparel) was for travel expenses?*



Average spend per cheerleader

| % who attended camp | 53% |
|---|---|

## ~25% OF ATHLETES/PARENTS REPORT INCREASING CAMP FEES

*Please indicate whether this is more or less than you spent the previous year for _____?*



Number of cheerleaders

| Net % saying spend is increasing | Fees | | Travel | |
|---|---|---|---|---|
| | In-School | All Star | In-School | All Star |
| | 20% | 15% | 7% | 17% |

## COACHES SAY RISING FEES TIED TO INSTRUCTIONAL QUALITY

- **Rising emphasis on in-school competition has driven increase in camp quality and fees**

*"The real reason camps are getting more expensive is because **teams are looking for more specialized instruction and better choreography**. There are basic camps out there that are still affordable but as the sport has matured the top teaching talent is getting paid more."*

  All Star/ High School Cheer Coach #2

- **Some teams are avoiding fee increases by switching to more basic camps**

*"My team went to the same camp every summer, but **eventually the price was so expensive we had to switch to make it more affordable for our cheerleaders**. We were able to save more than $100 per cheerleader by switching camps."*

  High School Cheer Coach #2

Note: Middle chart only includes the subset who started cheering >1 year ago and believed they went to the same number of camps
Source: Industry participant interviews, Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **40**

Confidential

BAIN00084582

# All Star participation: Overall participation is flat, with growth in youth All Star cheerleading



**2a** All Star - participation

## VARSITY ALL STAR COMPETITION PARTICIPATION IS FLAT SINCE 2014

Total Varsity All Star competition participants



Events like The Summit have grown quickly, but other competitions like Cheer Power are down

Total

**CAGR 14-17**

0%

## DECLINES IN HIGH SCHOOL SEGMENT MADE UP FOR BY INCREASING YOUTH SEG.

*How has athlete participation in your cheer program changed over the last three years?*

Participation changes



72                    70

Significantly increased

Stayed the same

Slightly decreased

Non-high school aged (11 and under)

High school aged (12-18)

Note: Excludes JAM Brands (acquired in 2016)
Source: Internal data; Bain All Star Decision-Maker Survey (N=74)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **41**

Confidential

# Cost is the primary reason All Star cheerleaders leave or switch to in-school cheer



**2a** All Star - participation

## ALL STARS CITE COST AND TIME COMMITMENT CITED AS TOP REASON FOR QUITTING

*You mentioned you used to participate in cheerleading. Why did you stop?*

% of respondents citing reason for quitting All-Star (N=351)



## SOME ALL STAR CHEERLEADERS ARE SWITCHING TO IN SCHOOL

In school cheer offers opportunities to cheer with classmates in a lower-intensity setting

"*I think **many All Star cheerleaders, especially once they're 16 or 17, want to get the experience of high school cheerleading**. Not only that; if you're going to cheer in college you need to develop those sideline skills.*"

All Star Cheer Coach #4

"*I left my All Star team when I got to high school because some of the people still doing All Star when they're 18 are kind of weird, like way too into cheer. **I wanted to cheer with my school friends**.*"

Former Cheerleader #1

Competitive school teams have become viable alternatives for serious athletes

"***Our school competes at level 4, which is a higher level than many All Star gyms offer**. You really only need to go to All Star if you want to compete at level 5.*"

High School Cheer Coach #1

"***If you go to a school that really competes at a high level you don't really need All Star**. You get to do a lot of what we do here but it's a lot cheaper.*"

All Star Cheer Coach #2

Source: Bain Cheer Decision-Maker Survey (N=171); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084584

# School participation: Interest in cheerleading and mix shift from All Star are driving 2-3% growth

**2b** In-school - participation

**MORE SCHOOLS OFFER CHEERLEADING**

**COACHES BELIEVE PARTICIPATION HAS RISEN FOR COMPETITIVE TEAMS**

**COMPETITIVE NATURE IS DRAWING PEOPLE TO SCHOOL TEAMS**



Number of schools with cheer team (NFSH Survey Data)

CAGR 11-16

Number of in-school coaches

*"**High school participation is really growing.** It's driven by all the new disciplines and skills that are being used in competitive cheerleading. It has attracted new athletes that didn't used to participate in cheer."*

SVP #1, Cheer Brand #1

*"**Our team has become very popular since the team became more competitive.** We've had students move into the district because they want to be a part of it.*

High School Cheer Coach #1

*"**High school participation is definitely increasing.** More schools are adding competitive teams and new competitions are being added every year."*

Sales Rep #1, Cheer Brand #1

Source: NFSH, Bain Cheer Decision-Maker Survey (N=171); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084585



# Varsity is the leading brand in the industry, and made competitive cheerleading what it is today

## VARSITY BUILT COMPETITIVE CHEERLEADING INTO WHAT IT IS TODAY

 **1974:** Varsity Spirit founder Jeff Webb founds the Universal Cheerleaders Association (UCA), a new cheer **training camp**

 **1980:** First cheerleading **national championship** is hosted by Varsity

 **1990:** Competitive cheerleading surges in popularity, and the term "All Star" for cheerleading is coined by Varsity, spawning a huge number of **All Star gyms**

 **2004:** Varsity **acquires a major competitor**, National Cheerleaders Association, an alternative governing body and competition/camp host

 **2013:** Varsity launches **The Summit**, creating the ultimate end-of-season competition

**1990's**  >  **2000's**  >  **2010's**

 **1984:** ESPN first **broadcasts** Varsity's national championship

 **2000:** First of the **"Bring it on"** movies released, generating huge publicity for competitive cheering

 **2007:** Varsity helps found the **International Cheer Union** governing body

## VARSITY CHEER CAMP BRANDS

   

  

## VARSITY OWNS 39 COMPETITION BRANDS, INCLUDING:

  

  

Source: Varsity website

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084586

# Varsity's revenue split matches the industry

## IN-SCHOOL IS ~70% OF VARSITY REVENUE; ALL STAR IS ~30%

Varsity revenue ($M, 2016)                                                      **Total = $429M**



Note: Apparel includes uniforms, practice-wear/campwear, accessories and footwear
Source: Internal data; Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **45**

BAIN00084587

# There are multiple growth levers for Spirit

| | **① Make competitions more accessible** | | | **② Increase share of wallet in non-uniform apparel** | **③ Expand internationally** |
|---|---|---|---|---|---|
| | **Local competitions** | **Less expensive competitions** | **Easier alternatives** | | |
| **Opportunity rationale** | • **"No competition nearby"** is a key reason school cheerleaders do not compete<br><br>• Both school and All Star cheerleaders desire **closer competitions to reduce high travel expenses** | • Competitive cheerleading is **increasingly expensive** and cost prohibitive for some families | • All Star is increasingly seen as **too difficult**<br><br>• **Not qualifying** is a key reason why school cheerleaders do not compete | • Varsity has **lower share** than uniforms in other apparel categories (practice-wear/campwear, accessories, and footwear) | • Cheerleading has **increased in popularity internationally**<br><br>• Opportunity to buy or create **competitions, camps**, and to sell **apparel overseas** |
| **Incremental (year 5)** — *GP* | | ~$30-50M | | ~$15-20M | N/A |
| **Incremental (year 5)** — *Sales* | | ~$12-17M | | ~$6-10M | N/A |
| **Ability to win — All Star** | • **Local competitions** will reduce travel time and expenses, encouraging more event participation by both in-school and All Star teams | • Target novice cheerleaders where **willingness to pay for competition may be lower** | • **Lower Divisions** for All Star may encourage less serious athletes to participate in more competitions | • Employ new sales tactics (e.g., bundling) or apply **differential sales effort** to increase share | • Varsity has **already enjoyed some success** with expanding its international offering |
| **Ability to win — In School** | | • Lower fees will **draw non-competitive cheerleaders** to competition, increasing their overall spend | • Offering **less difficult formats like Game Day** for In School to encourage competition attendance by non-competitive cheerleaders | • **Target value oriented** customers with **low priced uniforms** and apparel offerings | • **Displacing local competitors** may be challenging depending on level of maturity of cheer market by country |

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084588

# Competitions: location, cost, and difficulty are top reasons why teams do not compete today



**① Competitions**

## ~30% OF CHEERLEADERS DO NOT ATTEND ANY COMPETITIONS TODAY

Number of cheerleaders



Note: Excludes all recreational cheerleaders
Source: Bain Cheer Consumer Survey (N=989)

## THOSE WHO DO NOT ATTEND SAY COMPETITIONS ARE FAR AWAY, EXPENSIVE AND DIFFICULT

% of respondents citing reason for not attending competitions (N=216)



*"**Some teams just don't have the skills** to compete against the top programs… Some states are way better at cheer than others."*
*All Star Cheer Coach #7*

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **47**

Confidential

BAIN00084589

# School cheerleaders who attend competitions are more valuable to Varsity

 Competitions

**IN-SCHOOL ONLY**

## CHEERLEADERS WHO ATTEND COMPETITIONS SPEND 2-3X MORE

*How much did you spend on cheerleading and dance competitions in the last year?*

Average spend per in-school cheerleader



No. of competitions attended in past year

| Number of cheerleaders | 241 | 247 | 128 |

## OTHER THAN COMPETITION FEES, MOST OF THEIR ADDITIONAL SPEND IS IN APPAREL

*How much did you spend on cheerleading camps, gym fees and uniforms, apparel and accessories in the last year?*

Average spend per in-school cheerleader



No. of competitions attended in past year

| Number of cheerleaders | 241 | 247 | 128 |

Source: Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **48**

Confidential

BAIN00084590

# Travel costs are high for both school and All Star cheerleaders, driving demand for local events

 **Competitions**

### TRAVEL COSTS ARE HIGH FOR BOTH SCHOOL AND AS



Travel % of event costs

### SOME ARE SPENDING MORE EVERY YEAR ON COMPETITION TRAVEL



Number of cheerleaders

### LOCAL COMPETITIONS REDUCE TRAVEL COSTS

*"We travel all over the southeast to attend competitions. The team is spending 15-20 nights each season in a hotel room.* **We try to keep the schedule as local as possible***, and it's always within driving range, but the travel costs definitely add up."*

All Star Cheer Coach #1

*"We are a small gym from a rural area. Our parents can't afford to spend a fortune on cheerleading.* **We really try to stay local, but most of our competitions are at least 2-3 hours away."**

All Star Cheer Coach #5

*"Fees are going up; a weekend at Disney is easily $3000.* **There are times when it feels like they're going to start pricing out some of the All Star athletes***."*

Sales Rep #1, Cheer Brand #1

Note: Changes in travel costs shown only for those cheerleaders who went to the same number of camps / competitions as the previous year
Source: Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084591

# Acquisition of EPIC Brands offers accessible, inexpensive local competitions

 **①** Competitions

## EPIC IS DESIGNED FOR COMPETITIVE CHEERLEADERS LOOKING TO SAVE

- EPIC offers approximately 80 regional All Star competitions throughout the Mid-Atlantic
- Majority of events are 1-day events which eliminate hotel costs
- Competitions are offered at a price point more appealing to value customers
- EPIC incentivizes repeat participation by offering increasing discounts for each competition attended
- They also offer a "season pass" which is essentially a flat upfront fee to go to unlimited regular season events

### Coaches indicate chance to win bids is a key decision criteria

**"You have to go to where the bids for national are awarded***. We'll travel up and back in the same day if it's a single day format and can make it there in time for our performance schedule."*

All Star Cheer Coach #5

## EPIC HAS STRONG INCENTIVES FOR VALUE MINDED CHEER TEAMS

| REWARDS LEVEL | EVENT | DISCOUNT % |
|---|---|---|
| Entry | 1st Planned | 5% |
| Bronze | 2nd Planned | 8% |
| Silver | 3rd Planned | 10% |
| Gold | 4th Planned | 15% |
| Platinum | 5th Planned | 20% |



EVENTS FOR ALL BUDGETS



NO COACHES FEES

---

Source: Varsity Spirit internal data, Company websites, Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **50** ④

Confidential

BAIN00084592

# Both All Star and school teams are interested in easier competition formats

 **Competitions**

## LOWER DIFFICULTY EVENTS ARE ATTRACTIVE TO COACHES AND ATHLETES

"**Game Day is definitely attracting teams that normally just cheer on the sideline**. If you don't have to learn anything new, why not do that? You might be able to take a trophy home or be recognized at the state level."

<div align="right">Former Sales Rep #1, Cheer Brand #1</div>

"Competitions have attracted new participants but I've definitely noticed a drop in participation with some groups. It's become so focused and serious that **there isn't a great option for casual cheerleaders** anymore."

<div align="right">All Star/ High School Cheer Coach #2</div>

"Lots of girls are interested in the competitive side, but **not all girls can fly through the air or flip across the ground**. It's just physics."

<div align="right">High School Cheer Coach #1</div>

"We're a small gym from the country in Ohio. We go to some of the gyms that have hundreds of girls and we don't really have a chance. **We're always interested in a smaller division that is fair for us** but not every competition offers separate divisions."

<div align="right">All Star Cheer Coach #9</div>

## SCHOOL AND ALL STAR COACHES BELIEVE LOWER-DIFFICULTY EVENTS WILL INCREASE PARTICIPATION

*How have less competitive programs (e.g., Varsity Spirit's Game Day for school cheerleaders) influenced participation in the past 3 years at your org?*



Source: Bain Cheer Decision-Maker Survey (N=171); Bain All Star Decision-Maker Survey (N=74); Industry participant interviews, Varsity Spirit website

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent



Confidential

BAIN00084593

# For All Star, easier Division 2 competitions have driven participation; opportunity for D3 exists

 **Competitions**

<u>**ALL STAR ONLY**</u>

### ATTENDANCE AT VARSITY D2 EVENTS SUGGESTS INCREASING INTEREST

D2 Summit number of participants

$12,500

+43%    $11,453

10,000

$8,019

7,500

5,000

2,500

0

2016          2017

### 1 IN 3 D2 ALL STAR COACHES INTERESTED IN D3

*Would your (Division 2) team be interested in competing in a Division 3 for the smallest gyms?*



Number of All Star Coaches

100%                    25

80

60                Not Sure

40

20                  No

0

Source: Varsity internal data: Varsity website; Bain All Star Decision Maker Survey (N=74)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **52**

# For school cheerleaders, Varsity's Game Day format offers an easier competition alternative

**① Competitions**

**IN-SCHOOL ONLY**

## VARSITY OFFERS AN INCLUSIVE GAME DAY COMPETITION FORMAT TARGETING SIDELINE CHEERLEADERS

- Game Day competition format allows cheerleaders to take their sideline skills straight to competition

- Game Day eliminates need for intense athletic ability and expensive choreographers / music

- Combines elements of traditional sideline cheerleading into an unpredictable situation-based performance, including:
  - Band Dance
  - Situation Sideline
  - Time Out Cheer
  - Fight Song

- Scoring is focused on crowd leading, spirit raising and execution; difficulty is a small factor

- Teams must attend a Game Day camp in order to compete in Game Day regionals

- Successful teams at regionals qualify for nationals at NHSCC

## GAME DAY BRINGS THE FOCUS BACK ON SPIRIT RAISING AND LIMITS DIFFICULT ROUTINES



> Game Day participation at UCA has grown at 86% since its introduction in 2015

Source: Varsity internal data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **53**

Confidential

BAIN00084595

# Making competitions more accessible could be worth ~$40M of revenue in 5 years

 **Competitions**

PRELIMINARY

**IN SCHOOL: UP TO ~$15M IN ADDITIONAL REVENUE IN YEAR 5 FROM CONVERTING NON-COMPETITIVE TO COMPETITIVE AT 1.5% P.A.**

Number of atheletes by in-school segment



**Converting 1.5% of school non-competitive cheerleaders per year to competitive is worth additional ~$15M in year 5**
(assumes incremental spend of ~$700 per cheerleader and that Varsity captures 60%)

**ALL STAR: ~$30M IN YEAR 5 FROM GROWING ALL STAR AT IN SCHOOL PARTICIPATION RATES OF 2.5% P.A.**

Number of All Star athletes (000s)



**Growing All Star participation at in-school rates is worth additional ~$30M in revenue in year 5**
(assumes addressable spend per cheerleader of ~$2.0K per year and that Varsity captures 60%)

**Total gross profit opportunity in year 5 of $12-17M**

Note: Gross profit opportunity based on 2017 company gross margin for All Star (40%) and school competitions (30%)
Source: Bain Cheer Consumer Survey (N=989); company data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084596

# Share of wallet: improving share 5 points in non-uniform apparel could be worth $15-20M in revenue

 **② Share of wallet**

**PRELIMINARY**

## VARSITY CAN INCREASE OTHER APPAREL SHARES

- Varsity can capture some of the difference between its current share of wallet in other apparel categories and its share of wallet for uniforms

- Capturing 5 points additional share in non-uniform apparel categories could be worth $15-20M in revenue

- Options to increase penetration in other categories include:

  - Offering bundled packages and team rates

  - Marketing at new competitions

  - Introducing new line of products at more affordable prices

## VARSITY COULD GAIN $15-20M BY INCREASING SHARE OF WALLET IN OTHER APPAREL CATEGORIES



Varsity share of wallet (indexed to uniforms)

**Total gross profit opportunity of $6-10M**

Note: SoW for uniforms is from decision-makers and All Star coach survey; practice-wear, campwear, other apparel is from the decision-makers' survey; accessories and footwear is from the consumer survey; segment sizes triangulated between VS revenue, share, average total spend by category and number of participants; Gross profit opportunity sized based on ~50% historical apparel margin

Source: Bain Cheer Consumer Survey (N=989); Bain Cheer Decision-Maker Survey (N=171), Bain All Star Decision-Maker Survey (N=74); company data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme … **55** 

Confidential

BAIN00084597

# International: international growth is promising, though opportunity is still small today

 **Expand internationally**

③

### IOC RECOGNIZES CHEERLEADING AS PROVISIONAL SPORT

- The IOC provisionally recognized cheerleading as a sport in 2016, opening the door to including the sport in the 2020 Olympic games

***International Cheer Union world championships attracting new countries and participants***

- 110 countries are now members in the International Cheer Union (ICU), up from 87 in 2010
- The 2017 ICU world championships featured more than 2500 cheerleaders from 70 countries, up from 2000 cheerleaders and 60 countries in 2010
- 2015 featured the only non-US team to win gold in the top "premier" division

### INDUSTRY ACKNOWLEDGES OPPORTUNITY

*"**The IOC provisioning cheerleading as a sport is really interesting for potential growth**. I think lots of people are looking to see how countries react. If you look at China, they love to invest in their Olympic team. They could have a big impact."*

SVP #1, Cheer Brand #1

*"**There has been a ton of focus on international potential by cheer companies and the IOC decision shows it's starting to pay off**. When I was cheering in college we travelled every year to a new country to compete."*

All Star / High School Cheer Coach #2

### CHINA, JAPAN, CANADA, AND MEXICO ARE POTENTIAL AREAS FOR EXPANSION

International cheerleaders by country



Number of international participants in Varsity All Star competitions grew by ~30% each year between 2014 and 2017

Source: ICU Press Releases, Varsity internal data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084598

# Cheerleading strategic priorities

**Overall goal: drive participation and spend per athlete in both school and All Star segments**

| **WHAT** | **Grow in-school participation** (especially competitive segment) | **Increase All Star competition attendance** | **Grow spend per cheerleader** | **Increase presence outside US** |
|---|---|---|---|---|

**(1) MAKE COMPETITIONS MORE ACCESSIBLE**

| **Local competitions** Increase local competition penetration to allow cheerleaders to compete while limiting travel time and expenses | **Less expensive competitions** Expand competitions (like EPIC) with lower entrance fees to appeal to cheerleaders currently priced out of competing | **Easier alternatives** Offer easier alternatives such as Game Day and Division 2 competitions for less serious cheerleaders |
|---|---|---|

**(2) INCREASE SHARE OF WALLET IN NON-UNIFORM APPAREL**

| **Cross-sell opportunity** Bundle other apparel categories (i.e. accessories, practice-wear, campwear, footwear) with uniforms for teams and schools | **Affordable apparel line** Create and/or market lower-price apparel to cheerleaders who spend less on apparel and with Varsity |
|---|---|

**(3) EXPAND INTERNATIONALLY**
*Grow international presence in camps and competitions through acquisitions; sell lower-cost apparel in countries with a strong existing base of cheerleaders*

## USE SALESFORCE AND MARKETING AS AN ENABLER
*Train salesforce to capitalize on bundling opportunity; target marketing to appeal to less competitive cheerleaders; promote affordable apparel at new events and through existing platforms*

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084599

# Agenda

- BSN

- Spirit

- Herff Jones

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **58**

Confidential                                                                                                    BAIN00084600

# Overall findings: **Yearbooks**

- **High school yearbook buy rates are down ~1% p.a. over the last 5 years**; this represents a stabilization of the long-term trend

- **Stabilization of buy rates is lasting**, and driven by:
  - **Perception of the yearbook as a valuable physical memento**: desire for a physical memento is still the #1 reason for purchasing a yearbook; digital yearbooks are not seen as a viable replacement
  - **Lack of replacement by social media**: social media penetration has peaked among high school-age kids, and people still do not see social media as replacing the yearbook
  - **Value of yearbook class**: yearbook class is valued by both students and teachers, and continues to provide valuable real-world skills and help kids with college applications
  - **Sell-through support executed by Herff and competitors**: Herff Jones and competitors have executed sell-through strategies designed around partnering with yearbook advisers throughout the year, which have driven results

- To maintain share and support stabilizing buy rates, Herff Jones can:
  - **Continue to work closely with schools to improve sell-through rates**
    - Partner with yearbook advisers and students throughout creation/sales cycle; customer relationships and loyalty are critical for yearbook sales
    - Offer events and incentives like yearbook signing parties
  - **Co-create yearbook content with schools to support "virtuous cycle" of sell-through**
    - Templates, tools and support are key purchase criteria for teachers
    - Competitors are investing in custom software and getting good feedback

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BAIN00084601

# Yearbook buy rates have stabilized at -1% p.a. since 2012

**Three-year rolling average buy rate
(# purchased / High school students)**



2008-12 CAGR: **-4.7%**

2012-17 CAGR: **-1.0%**

Buy rates begin
to stabilize
around 2012

Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084602

# Several key drivers have supported stabilization of buy rates in recent years

| DRIVER | RATIONALE | COMMENTARY |
|---|---|---|
| **Long term underlying drivers** | | |
| **1** **Desire for a physical memento remains high** | • Desire for a physical memento is the #1 criteria for yearbook buyers; this remains unchanged in last three years | *"Kids aren't going to look at a book that's digital. **They want a paper book**."*<br><br>Yearbook teacher, Public HS #4 |
| **2** **Yearbook class adds value to student experience** | • Yearbook seen as valuable activity that teaches real world skills and can help student's college applications | *"There are plenty of students that **yearbook class has helped get into college**... The students love it."*<br><br>Yearbook teacher, Public HS #4 |
| **Recent developments** | | |
| **3** **Social media is not widely seen as a replacement for yearbook** | • Social media penetration has plateaued in high school age group<br>• Most students continue to believe that social media is not a replacement for the yearbook | *"**Yearbooks are still relevant**. Students still want them."*<br>Manager of sales operations, Competitor #2 |
| **4** **Improved sales rep tactics promote higher buy rates** | • Building stronger partnerships with schools and providing support at all stages of the year drives better yearbook content and increases demand | *"It's all about your **relationship** with the provider."*<br><br>Yearbook teacher, Public HS #3 |

Source: industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084603

# Students' desire for a physical memento is still powerful

**1** Physical memento

### DESIRE FOR MEMENTO OF TIME IN SCHOOL STILL DRIVES YEARBOOK PURCHASES

*Please rank the 5 most important things to you when you last purchased a high school yearbook.*



% of respondents ranking each criteria as most important

| | It was a tangible arifact / memento of my time in school | My friends could write in it / sign it | It had my class photos | My parents wanted me to get one | I was in the yearbook a lot |
|---|---|---|---|---|---|
| Rank 3 years ago | #1 | #2 | #3 | #4 | #6 |

### TEACHERS CONFIRM STUDENT ENTHUSIASM, STILL ADVOCATE FOR PHYSICAL BOOKS

*"Kids will just throw stuff in their cars. **How much easier is it to lose a DVD than a book?**"*
Yearbook adviser, Public HS #1

*"The students like to have a physical thing in their hand. **I'm not so sure that digital is ever going to be the big thing.**"*
Yearbook teacher, Public HS #3

*"There's something about having the book itself. I think **having a physical book** to sign **is more exciting**.*
Yearbook teacher, Public HS #4

### NOSTALGIA AND INTEREST IN A TANGIBLE MEMENTO AFFECT OTHER INDUSTRIES AS WELL

*"Building **social connectedness through nostalgia** is an easy way for companies to **leverage the optimistic feelings that often accompany walks down memory lane**.*
Forbes, August 2016

*"Ebook sales have plateaued or even begun to decline. It turns out that **not all readers are quite ready to give up the tactile pleasures of holding a hardcover or paperback in their hands** in order to partake of the convenience and digital features of e-reading."*
LA Times, May 2017

Source: Yearbook and class jewelry consumer survey (N=1,500); industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

# Digital yearbooks have not taken hold in many schools

**1** Physical memento

## MOST SCHOOLS ARE STILL NOT OFFERING DIGITAL YEARBOOKS...

*When you purchased your high school yearbook, was there also a digital or online yearbook option available to you?*

Percentage of respondents



## ...AND WHERE DIGITAL IS OFFERED, STUDENTS RARELY BUY THEM AS SUBSTITUTES

*[of those with the option] Did you purchase the online version?*

Percentage of respondents



Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS     180209 Varsity growth assessme ...    **63** 

Confidential

BAIN00084605

# Yearbook class remains a critical offering for many schools and is often used in college applications

**2** Yearbook class

**PRELIMINARY**

## TEACHERS BELIEVE YEARBOOKS WILL BE OFFERED IN FUTURE

*How likely is it that your school will still be offering yearbooks 5 years from now?*

Number of respondents



## SCHOOLS VALUE YEARBOOK CLASS BEYOND THE PRODUCTION OF THE BOOK ITSELF

| | | |
|---|---|---|
| **Journalism experience** | *"A lot of the kids who are **editors are interested in print design**, so they get to work on something they're excited about."*<br><br>Yearbook adviser, Private HS #2 | *"**My yearbook class taught the foundation to American journalism**. I taught typography, intro photography, and InDesign."*<br><br>Yearbook teacher, Public HS #2 |
| **College admissions** | *"There are plenty of students that yearbook class has **helped get into college**… The students love it."*<br><br>Yearbook teacher, Public HS #4 | *"**People love having something to put on their college applications**, and you get to be in charge of the way the school year is memorialized."*<br><br>Yearbook adviser, Private HS #2 |
| **Overall value** | *"Working in teams, time management, goal setting, computers and photography, sales, public speaking… **They get a lot of skills from being in the class."***<br><br>Yearbook teacher, Public HS #4 | *"It's an **amazing and integral part of high school**."*<br><br>Yearbook teacher, Public HS #3 |

Source: industry participant interviews; Decision maker survey (N=495)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084606

# Social media is not considered a good replacement for the yearbook

**3)** Social media

## MOST STUDENTS DO NOT SEE ONLINE OPTIONS AS A GOOD REPLACEMENT

*To what extent are online options (such as Facebook, Instagram, or Shutterfly) a suitable replacement to a physical yearbook?*

Number of respondents



## SOCIAL MEDIA PENETRATION HAS LEVELED OFF FOR YOUNG ADULTS

Percentage of US 18-29-year-olds who use social media



Note: Students who responded 4, or 5 on a 1-5 scale to "to what extent are online options a suitable replacement to a physical yearbook" included in "good replacement"; "use social media defined as using at least one social media site.
Source: Yearbook and class jewelry consumer survey (N=1,500); Pew Research Center

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential                                                                                              BAIN00084607

# Herff Jones, Balfour, and Jostens are key competitors in high school yearbooks

**PRELIMINARY**

|  | **MAJOR HIGH SCHOOL-FOCUSED PLAYERS** | **SMALLER PUBLISHERS** | **DIGITAL PLAYERS** |
|---|---|---|---|
| **Key players** |    |  | picabo |
| **Business description and core products** | • Sell high-quality, print yearbooks to schools<br>• Independent sales reps contract with schools on behalf of company<br>• Also offer online supplement to complement physical book | • Smaller scale yearbook publishers who typically leverage high-quality printing expertise from other products lines<br>• Lifetouch's yearbook business focuses primarily on middle and elementary schools | • New entrants offering low-cost, highly-customized alternatives to print yearbook<br>• Some players are completely digital, but others offer a physical yearbook |
| **Sales channels** | • Independent sales representatives | • Sales representatives | • Online website<br>• Sales representatives |
| **Other products offered** | • Class and championship rings<br>• Caps and gowns<br>• Graduation announcements<br>• Letterman jackets and apparel | • Portrait services<br>• Portrait products<br>• Calendars<br>• Fine papers | • Photo books<br>• Cards<br>• Calendars<br>• Posters<br>• Graduation invitations |

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **66**

BAIN00084608

# Herff Jones has held share in high school yearbooks

## HERFF IS THE #2 OVERALL VENDOR

## HERFF REVENUE HAS DECLINED IN LINE WITH BUY RATES



Revenue by competitor



Herff Jones yearbook revenue

CAGR '15-'17

Buy rate '15-'17
CAGR: -1.5%

-1.3%

Source: Yearbook and class jewelry consumer survey (N=1,500); HJ internal data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **67**

Confidential

BAIN00084609

# There are several key strategies Herff Jones can use to continue to improve yearbook buy rates

| | STRATEGY | OVERVIEW | COMMENTARY |
|---|---|---|---|
| **1** | **Help with yearbook team onboarding/ kickoff** | • Build relationship with yearbook adviser and work together to plan for the year | *"I think it's all about **your relationship with the provider**."* <br> Yearbook teacher, Public HS #3 |
| Support sell-through with sales tactics | **Assist in planning and budgeting** | • Help translate the yearbook vision into an achievable budget | *" A lot of yearbook teams don't really market their yearbooks. **They don't know how to push it**."* <br> Yearbook adviser, Public HS #1 |
| | **Encourage pre-sale** | • Create incentives and events to encourage purchasing | *"The schools that are doing well in selling yearbooks are **the ones pushing tradition**."* <br> CEO, Competitor #2 |
| | **Track selling progress** | • Measure, track and congratulate when goals are met | |
| **2** <br> Help schools improve product | **Support yearbook team throughout cycle** | • Share best practices and assist yearbook team with planning, structure, design, etc. | *"My whole thing my whole career has been customer service. **Can I rely on someone to provide me the services I need**?"* <br> Yearbook adviser, Public HS #1 |
| | **Provide innovative software** | • Focus on competitive software offering and co-create content with yearbook class | *"If I were picking a new publisher, the big thing I would look for would be **how easy their software is to use**."* <br> Yearbook teacher, Public HS #4 |

Source: industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS   180209 Varsity growth assessme ...   **68**

BAIN00084610

# Reps can encourage sell-through by staying close to schools throughout the year

**1** ) Support sell through

| YEARBOOK TEAM ONBOARDING & KICKOFF | PLANNING AND BUDGETING | PRE-SALE | SELLING |
|---|---|---|---|

**YEARBOOK TEAM ONBOARDING & KICKOFF**

- Meet with adviser to discuss prior year and set vision
- Set expectations for engagement level and touch points
- Lock-in key book designs to free up selling time
- Host production workshop for schools

**PLANNING AND BUDGETING**

- Translate YB vision into an achievable budget
- Focus generating revenue, not making book cheaper
- Encourage school to develop marketing plan
- Agree upon sales targets and milestones

**PRE-SALE**

- Advocate for yearbook to be included in registration fees
- Personally attend on-campus events
- Create incentives for early purchasing
- Engage freshmen
- Closely track sales against plan
- Congratulate YB team as they meet targets

**SELLING**

- Frequently measure progress against targets
- Track seniors who haven't purchased, launch targeted reminder campaigns
- Congratulate advisers and students as they meet targets









This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084611

# Building relationships is key to a lasting, successful partnership

**1** Support sell-through

| | ROLE | HOW TO BUILD RELATIONSHIP | VALUE THE RELATIONSHIP CREATES |
|---|---|---|---|
| **School principal** | • Selects yearbook adviser<br>• Approves vendor<br>• Approves budget | • Remind of **last year's successes** or **propose solutions** to main challenges<br>• **Stop by** or leave notes to check in and report on students' progress<br>• Ask how the **YB can support other school initiatives** | • Establishes **connection** with school that **extends beyond advisers** who can turnover frequently<br>• **Link to other parts of school** that could be helpful with selling (e.g., athletic department, business club) |
| **Yearbook adviser** | • Oversees yearbook creation<br>• Recommends vendor<br>• Prepares yearbook budget | • Compliment adviser on highlights of prior book<br>• **Discuss pain points and** from last year's process and **offer solutions**<br>• Propose **trainings** or **tips** to increase adviser's capacity to focus on non-production activities | • **Collaboration on key decisions** (ex. sales goal)<br>• **Well-functioning program** requires less servicing<br>• **Increased sales and marketing** support |
| **Yearbook editors** | • Manage day-to-day production<br>• Drive key design decisions<br>• Promote book among classmates | • Invite incoming editors to spring **kick-off meeting**<br>• **Encourage editors to attend summer workshops**<br>• **Set expectations for on-time delivery** of both sales and production<br>• **Support yearbook production** on an **ongoing basis** | • Additional **partners at the school** to **drive sales and marketing** efforts<br>• More **receptive audience** to coaching on keeping the **program running efficiently** |

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084612

# Supporting sell-through ultimately leads to loyal customers and a better yearbook product

**1** ) Support sell-through



Book is more compelling to students

Sell-through improved through focused marketing and sales support

**Virtuous sales cycle**

Higher budget leads to investment in better yearbook features

Next year's class commits to higher copy count

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **71**

# To create a better product, teachers rely on yearbook vendors for templates and tools

**②  Improve product**

## TOOLS, TEMPLATES, AND SUPPORT ARE CRITICAL OFFERINGS FOR YEARBOOK ADVISERS WHEN CHOOSING A VENDOR

% of respondents ranking
each criteria as most important



## TEACHERS AGREE ON KEY ROLE OF TECHNOLOGY



"*I personally really like Jostens because of their outstanding tech support and 1-800 number. **I called and they walked me through everything I needed help with**.*"

Yearbook teacher,
Public HS #2

"*I stopped using one publisher because **I hated their software so much**.*"

Yearbook teacher,
Public HS #4

"*The advent of technology is starting to help **turn yearbooks around**.*"

Manager of sales operations,
Competitor #2

Source: Decision maker survey (N=495)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **72** ◀

Confidential

BAIN00084614

# Herff recently upgraded software to Adobe; opportunity to increase penetration

**2** **Improve product**

### JOSTENS HISTORICALLY KNOWN FOR HIGH QUALITY SOFTWARE

- Jostens was the first publisher to offer an Adobe hosting software, and **signed an exclusive contract with Adobe, but exclusivity has now expired**

- Jostens **software package for planning, creation and sales management is recognized as industry-leading**

- Offerings are **well-advertised on Jostens website**
  - Both its online yearbook program and its Adobe program have pages linked from the Jostens homepage
  - Videos on the website to promote its software offerings

*"Software is key. When Jostens introduced theirs five years ago, it disrupted the market. **From a technology perspective, Jostens is on top**."*

CEO, Competitor #2

### HERFF RECENTLY INTRODUCED ADOBE SOFTWARE

- Herff's legacy yearbook design software offering falls short of the depth of Adobe InDesign

- Herff now offers **an InDesign and Photoshop hosting program via Adobe**

- This software **provides users with the most updated versions of Adobe software** and the **ability to work remotely on their yearbooks**

- Herff can do more to **market and promote** its Adobe product
  - There is no information about software on the main Herff website
  - No way to access Herff's eDesign program or business program from the HJ website
  - The website also does not mention Herff's Adobe program

### ADOBE USERS ARE ~10% OF HERFF CUSTOMERS, BUT ARE HIGH SPENDERS



Percentage of Herff Jones users/revenue

Herff internal software

Source: HJ internal data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **73**

Confidential

BAIN00084615

# Overall findings: **Class jewelry**

- **The overall buy rate for high school class jewelry has been flat since 2012**; students value having a unique memento to remember their friends and celebrate their time in school

  - Flat buy rates are, in part, a function of other, non-ring, class jewelry gaining share: ring buy rates are slightly down, but the buy rate of other jewelry is up ~18% p.a. (to ~8% total)

  - Cost of class rings and jewelry is the main reason for not purchasing; Herff Jones class rings cost nearly $400 on average, and teachers report prices have risen in recent years

- **Herff Jones has ~15% share in class jewelry today;** Jostens, the industry leader, has been gaining share due to price leadership and product innovation

- In order to boost class jewelry buy rates and regain share, Herff Jones should:

  - **Innovate in non-ring jewelry**: Herff lags Jostens in non-ring styles; as popularity of other jewelry continues to increase, Herff can invest in innovation in the category (e.g., design partnerships)

  - **Create compelling DTC online experience and offering**: Herff's website experience lags Jostens and key components, such as the online ring configurator, should be upgraded; many consumers now purchase or design rings online (~20% of Herff customers buy on the website), and Herff must invest in improving online presence to be competitive

  - **Employ partnership/sales tactics**: there are multiple opportunities throughout the year for Herff reps to partner with schools to drive sales; this should continue to be a focus

  - **Adjust pricing**: price is an important KPC for selecting a vendor and switching vendors; Herff lags Jostens on pricing and must address the price/value prop for consumers and schools

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

# Class jewelry buy rates have been flat since 2012; people value having a unique memento

**JEWELRY BUY RATES ARE HOLDING STEADY**

*Did you get a class ring or any other type of class jewelry during high school?*

Three-year rolling buy rate (# purchased/ Graduating high school seniors)



**JEWELRY BUYERS VALUE HAVING A UNIQUE ITEM TO REMEMBER HIGH SCHOOL EXPERIENCE**

*Please rank the 5 most important reasons why you decided to purchase class jewelry.*

% of respondents ranking each criteria as most imporant



Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **75** 

BAIN00084617

# Within class jewelry, non-ring jewelry has been gaining in popularity

**THE POPULARITY OF CLASS RINGS HAS STABILIZED...**

*Did you get a class ring during high school?*

Three-year rolling buy rate(# purchased/ Graduating high school seniors)



**...WHILE NON-RING JEWELRY HAS BECOME INCREASINGLY POPULAR**

*Did you get class jewelry (other than a class ring) during high school?*

Three-year rolling buy rate (# purchased/ Graduating high school seniors)



Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084618

# Price is the top reason why people do not purchase class jewelry

### PRICE IS #1 REASON CUSTOMERS DON'T BUY JEWELRY

*Please rank the 5 most important reasons why you decided to not purchase class jewelry.*

% of respondents ranking each criteria as most imporant



*"People don't want to pay $800 for a gold ring."*

VP of Sales, Competitor #2

### THE AVERAGE HERFF JONES RING IS ALMOST $400

Average 2017 Herff Jones ring price by metal type



### TEACHERS AND PRINCIPALS SAY THE PRICE OF RINGS HAS GONE UP IN THE LAST 3 YEARS

*How have prices for class rings changed over the past three years?*

Number of respondents



Source: Yearbook and class jewelry consumer survey (N=1,500); HJ internal data; decision maker survey (N=495)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...

Confidential

BAIN00084619

# Herff, Jostens, and Balfour are top 3 vendors in class jewelry; Jostens has gained share in last 3 years

## THE BIG 3 HAVE MAINTAINED THEIR TOTAL SHARE; JOSTENS IS WINNING



*Which company provided your class jewelry?*



Percentage of class jewelry purchased by vendor

Source: Yearbook and class jewelry consumer survey (N=1,500); industry participant interviews

## JOSTENS WINS ON PRICE AND INNOVATION

- Jostens' innovative **design partnerships and expansion to other jewelry** have driven share gain

> "*Consumers respond more to designer partnerships like what Jostens has implemented.* **It's buzzworthy, which lifts the brand***.*"
> Director of Product Development, Competitor #2

- **Pricing** for Jostens is slightly lower than other Big 3 players

> "*When the consumer is thinking about rings,* **the first thing they're going to think is, 'How is the price?'***.*"
> CEO, Competitor #2

- **Website** experience is best-in-class

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084620

# In order to grow in class jewelry, Herff needs to focus on innovation, partnerships, and pricing

|  | **OVERVIEW** | **COMMENTARY** |
|---|---|---|
| **1)** **Innovate product offering in non-ring jewelry** | • Expand product offering beyond traditional rings<br>• Look to build partnerships with recognized designers | *"Students have an idea of what kind of fashion they're looking for. **It's about understanding the general trend and having a product mix that encompasses that.**"*<br><br>Manager of Sales Operations, Competitor #2 |
| **2)** **Improve DTC website experience** | • Improve website functionality and offerings | *"**Companies aren't involved on the ground in the schools as much anymore**. They offer online tools where you can customize."*<br><br>VP of Business Development, Competitor #1 |
| **3)** **Partner with schools to drive sales** | • Build closer relationships with schools and become more involved in the selling process<br>• Offer to support events that drive buy-rate such as ring parties | *"The reps are these companies' lifeblood. They have **long-standing relationships with the schools, which are extremely important**."*<br><br>CEO, Competitor #2 |
| **4)** **Ensure competitive pricing** | • Investigate potential to price more competitively | *"Customers are **looking for good prices and ways to offset their costs**."*<br><br>Director of Product Development, Competitor #2 |

Source: industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **79**

BAIN00084621

# Jostens offers a full suite of jewelry products; Herff has not yet expanded offering

**1)** Product innovation

| | HERFF JONES | JOSTENS |
|---|---|---|
| **Traditional class rings** | • Many styles; highly customizable | • Many styles; highly customizable |
| **Modern class rings** | • Few styles; highly customizable | • Many styles; highly customizable |
| **Class necklaces** | • None | • Part of partnership with designer Sarah Chloe<br>• Customizable with charms |
| **Class tags** | • None | • 6 types<br>• Different charms, finishes, and styles available |
| **Class bracelets** | • None | • Customizable with different charms, metals, and gemstones |
| **Class lockets** | • None | • Wide variety of personalized charms available |

Source: Company websites

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **80**

Confidential

BAIN00084622

# More customers are buying direct from websites; Herff has not invested in online experience

**2)** Online experience

## CONSUMERS INCREASINGLY BUY CLASS JEWELRY THROUGH SUPPLIERS' WEBSITES...

% of HJ rings purchased through online channel



## ...BUT HERFF'S WEBSITE EXPERIENCE LAGS INDUSTRY LEADER JOSTENS

| | Herff Jones | Jostens |
|---|---|---|
| **Search and product display** | **No search available**; users must manually click through different categories to see all options | |
| **Product photos/configurator** | **Interactive 3D display** of ring changes as you select options, but **may not work in all browsers** | Ring image **not interactive** and must be **manually refreshed** |
| **User interface** | Jewelry is **easy to find**, but site requires several clicks to reach merchandise page; **very slow loading speeds** | |
| **Mobile site** | Ring customization site is exact same as desktop site and **not optimized for mobile use** | |
| **App** | Offers **ring design app** to virtually try on a ring, but **not all ring options included** | **No app available** for jewelry |

Oppt. for improvement

Source: HJ internal data; company websites

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **81**

Confidential

BAIN00084623

# Reps have multiple opportunities throughout the school year to influence buy rates

**3** School partnerships

|  | Summer | Fall | Winter | Spring | Summer |
|---|---|---|---|---|---|
| **Student buying process** | Students return to school, fill out registration forms | Students consider purchasing class jewelry, discuss options with friends and parents, shop around and compare options/prices | Purchase through official school vendor: submit order through school org. (e.g., bookstore), sales rep, or through vendor's online portal  <br><br> Alternative: submit order through non-official vendor either online (e.g., Amazon) or at a jewelry store (e.g., Zales) | Pick up jewelry from school  <br><br> Jewelry typically mailed or picked up at retailer | |
| **Parent buying process** | Parents on campus for back to school night | Parents return to campus for events with students  <br><br> Parents help students with jewelry decision and purchasing process | | | |

**Ways for vendor to support sell-through**

| | | | | | |
|---|---|---|---|---|---|
| Ensure forms are in **school office** <br><br> Include jewelry **purchasing materials** in **registration forms** | Attend **back to school night** to connect with **parents** | Explain **product options**, **highlight value of jewelry**, at class meeting | Offer **live support** for online portal | Additional outreach at **athletic/ other school events** | Build team of student **"ambassadors"** to **promote jewelry** | Support **parties/ceremonies** for jewelry pick up <br><br> Involve under-classmen to **generate excitement** |

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    82 

BAIN00084624

# Pricing is an opportunity for Herff in class jewelry

**4** Competitive pricing

## HERFF IS PRICED HIGHER FOR SIMILAR PRODUCT (SELECT EXAMPLES)

| | Ring style | HJ price | Jostens price |
|---|---|---|---|
| **Non-precious** | Non-precious metal alloy, Alexandrite stone, sunburst effect | **$370** | $267 |
| | Non-precious metal alloy, Ruby stone, imperial cut | **$412** | $277 |
| **Silver alloy** | Silver alloy, Blue Spinel stone, galaxy cut | **$480** | $410 |
| | Silver alloy, Aquamarine stone, no effects | **$590** | $520 |
| | Silver alloy, Garnet stone, smooth cut | **$525** | $520 |
| **Gold** | Gold-toned alloy, Peridot stone, sunburst effect | **$425** | $357 |
| | 10K yellow gold, Golden Sapphire stone, imperial cut | $725 | **$820** |
| | 10K Yellow gold, Garnet stone, sunburst effect | **$689** | $650 |
| | 10k white gold, Ultralite stone, no effects | $430 | **$630** |
| | 18k yellow gold, Alexandrite stone, sunburst effect | $960 | **$1010** |

*Other jewelry at Jostens starts at $325 on average, with fewer customization options*

◯ Higher price

## HIGH PRICE POINTS HAVE MANY IMPACTS

- Price is the **top reason schools switch class jewelry vendors**

  - Though switching is uncommon, high prices may impact vendor selection

- High prices may result in **lower penetration at schools** given student price sensitivity

- **Non-ring class jewelry is typically offered at a lower entry price point** (e.g., Jostens starts at $325 for non-ring jewelry), making Herff ring prices look more stark

Source: Company websites

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **83**

Confidential

BAIN00084625

# Herff Jones strategic priorities (yearbooks and jewelry)

*Overarching goal:* **boost buy rates and share for key achievement products**



**WHAT**

| NEW SCHOOLS | EXISTING SCHOOLS | |
|---|---|---|
| **Gain share by penetrating new schools** | **Improve yearbook sell-through** | **Increase class jewelry buy rates** |

### SELLING EFFECTIVENESS

**Build the right relationships**
Focus on developing relationships with key school decision makers

**Partner at key points in the cycle**
Identify opportunities for reps to get involved at multiple points throughout the year

**Make improvements in yearbook software**
Ensure yearbook software meets customer needs and helps create a better book

### DIGITAL

**Ensure compelling DTC experience for rings**
Improve website experience and ring designer

### ASSORTMENT

**Develop and introduce new class jewelry products**
Form design partnerships and conduct R&D in class jewelry design

### PRICE

**Improve the price/value prop for Achievement products**
Ensure competitive pricing for both yearbooks and class rings

### MARKETING

**Focus on marketing key products to consumers**
Highlight key differentiators like software and new product offerings

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent



# Appendix

---

- BSN

- Spirit

- Herff Jones

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084627

# High school enrollment has been flat in last several years; total number of schools down slightly



**NUMBER OF HIGH SCHOOLS IS SLIGHTLY DECLINING**

Number of secondary public schools
(2009 - 2014, actuals*)

CAGR
(11-14)

25  25  24  24  24

-0.7%

2009
-2010   2010
-2011   2011
-2012   2012
-2013   2013
-2014

**BUT OVERALL ENROLLMENT HAS BEEN STABLE SINCE 2013**

High school enrollment
(2012 - 2016, actuals)

CAGR
(13-16)

17  17  17  17

0.1%

2013   2014   2015   2016

■ Private    Public

Note: NCES last published high school data in 2016 for the 2014 school year – latest available
Source: Census Bureau; *National Center for Education Statistics

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084628

# Public awareness of football safety has steadily risen over the years

## OVERALL INTEREST IN SAFETY CONTINUES TO CLIMB, THOUGH INTEREST IN "PEAK" EVENTS HAS WANED

## COMMENTARY



Relative popularity of "concussions in football" Google searches* (2004-2018)

- Annual popularity peak
- 30 day rolling average

Sports Illustrated releases "Concussions" article, reporting on CTE

3 NFL HOFers diagnosed with CTE; Obama says he would not let his son play football

"Concussion" film, starring Will Smith, about CTE, released in Dec. 2015

New York Times releases article claiming Aaron Hernandez suffered from CTE before death

*"The N.F.L.'s top health and safety official has acknowledged a link between football and C.T.E., and the **league has begun to steer children away from playing the sport in its regular form**, encouraging safer tackling methods and promoting flag football."*
New York Times, July 2017

*"News stories about former NFL players diagnosed with chronic traumatic encephalopathy, the degenerative brain disease better known as CTE, **have parents rethinking their children's participation**."*
Chicago Tribune, Sept. 2017

*"CTE was found in the brains of **3 of 14 high school players (21 percent)**, and 48 of 53 college players (91 percent)."*
The Huffington Post, August 2017

Note: *A score of 100 indicates the most popular the term was over the timeframe
Source: GoogleTrends analytics; lit search

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084629

# Flag football is increasingly seen as a safer alternative for youth and preparation for the contact game in HS

## YOUTH FLAG FOOTBALL HAS GROWN AT ~4% SINCE 2014, OFFSETTING TACKLE DECLINE



Number of youth football participants
(Ages 6-12, 2010-2016)

— Flag Football   — Tackle Football

CAGR (10-16)   CAGR (13-16)

-4.0%   -5.5%

1.0%   3.7%

Encouraging trend across both sports in recent years

## FLAG FOOTBALL SEEN AS A SAFE TRAINING GROUND

*"Our total football numbers are actually increasing. We have a recreational flag football team that's offered in 8th and 9th grade, and we've actually been able to move kids from the flag to the tackle league."*

Coach, High School #10

*"ESPN's 'Outside the Lines' reported in 2013 that Pop Warner participation dropped significantly between 2010 and 2012… not only has that dip started to reverse itself, but it's done so through a different, safer iteration of the game."*

Huffington Post, Jan. 2017

*"In [tackle football's] place, flag football has grown as a viable alternative, if not replacement, before high school."*

Tampa Bay Times, Jan. 2018

*"The league has begun to steer children away from playing the sport in its regular form, encouraging safer tackling methods and promoting flag football."*

New York Times, July 2017

Note: Tackle football numbers taken from NSGA report
Source: Project Play: State of Play 2017; NSGA Historical Participation 2017; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS   180209 Varsity growth assessme …   **88**

# High school tryout attendance is stable and flag football growth suggests continued interest

### COACHES REPORT TRYOUT NUMBERS HAVE REMAINED RELATIVELY CONSTANT

% of respondents' tryout numbers over the past 5 years



*"Our **tryouts have always been the same**, about 60-65 that come out and 55 travel with the team."*

Coach, High School #23

*"I **haven't noticed or heard about less numbers** coming out for football."*

Athletic Coordinator, High School #26

*"I **personally haven't noticed a decline** in football."*

Coach, High School #4

### FLAG FOOTBALL GROWTH SHOWS STRONG INTEREST IN FOOTBALL

Number of youth football participants (Ages 6-12, 2010-2016)



*"I've actually seen numbers increasing in football. We just started offering a **recreational flag football league** and we're having more people **move from flag to tackle**."*

Coach, High School #11

*"If I had to bet, I'd say football stays about the same at the high school level. I **don't see us switching to flag football**."*

Athletic Director, School System #1

Source: Project Play: State of Play 2017; NSGA Historical Participation 2017; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **89**

# Overall spend per athlete is growing at ~1-2%

**PRELIMINARY**

**US sporting goods spend / athlete
($, 2011-2016)**



**CAGR**
**(11 - 16)**

1.7%

Source: SFIA Manufacturing Manufacturers' Sales by Category Report (2017); NSGA Historical Participation 2017

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084632

# Tier 1 sports spend growth is ~2-3%



**Spend per athlete CAGR
(2011-2016)**



Source: NSGA Historical Sporting Goods Report (2017); NFHS Sports Participation Survey 2006-2017; NSGA Historical Participation 2017;
SFIA Manufacturers' Sales by Category Report (2017);

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084633

# Specialization is occurring in team sports

## THE AVERAGE NUMBER OF SPORTS PER YOUTH ATHLETE HAS DECLINED OVER THE LAST SEVERAL YEARS

## COMMENTARY



Average number of sports per child athlete (age 7-17)

CAGR (08-15)

2008: 2.3
2009: 2.2
2010: 2.2
2011: 2.2
2012: 2.2
2013: 2.2
2014: 2.0
2015: 1.9

-2.5%

"*Some of it is around an increased emphasis on **specializing at a younger age**.*"
Coach, High School #7

"*At our school, **part of the decline in football is specialization** for hockey and lacrosse. **They aren't doing other sports**, they're just **working out and playing club**.*"
Coach, High School #11

"*As many as a **quarter of clubs around the country** are pushing kids into specializing in soccer.*"
US Youth Soccer Director of Coaching

"*It is **less common** now to have a multisport athlete in middle or high school, because **the norm has become for young athletes to specialize** at younger ages. There is **increased pressure to participate at a high level**, to specialize in one sport early, and to play year-round, often on multiple teams.*"
Council on Sports Medicine & Fitness

Source: American Academy of Pediatrics; American Academy of Orthopaedic Surgeons Survey (2017, n=1,359); US Youth Soccer; Aspen Institute; SFIA

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084634

# Schools usually pay for uniforms and some equipment in high school sports; players/parents pay the rest

| | Description | Typical purchaser | Primary funding source | COMMENTARY |
|---|---|---|---|---|
| **Uniforms** | • Official game jerseys / uniforms | School | Budget | *"In general, **schools usually pay for the uniforms**."*<br>EVP, Provider #2 |
| **Apparel** | • Discretionary soft goods, such as sweatshirts or t-shirts | Player | Player | *"Students pay for **their own sweatshirts and gear**."*<br>AD, High School #8 |
| **Footwear** | • All game and practice footwear | Player | Player | *"**I don't buy shoes;** I don't buy warm-ups."*<br>AD, High School #2 |
| **Player equipment (football)** | • Football pads and helmets | School | Budget / Fundraising | *"Every year, we get the **helmets reconditioned, replace pads**."*<br>Coach, High School #14 |
| **Player equipment (non-football)** | • Other game equipment, such as shinguards and sticks | School / Player | Budget / Fundraising / Player | *"Now for lacrosse, they're **buying their own sticks, gear and pads**."*<br>Coach, High School #11 |
| **Team equipment** | • Practice and game equipment, such as balls, cones, & nets | School | Budget / Fundraising | *"The same thing goes for equipment… we **purchase our own balls**."*<br>Coach, High School #3 |
| **Trans., fees, security** | • Bus fees, coaching stipend, other fees | School | Budget | *"**Central coaches fees are covered** by the budget from the district."*<br>AD, High School #16 |

■ Schools purchase    □ Players purchase

Source: Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084635



# There are three archetypes for purchaser decision-making in high school team sports

| Description | ATHLETIC DIRECTOR ("AD") DECIDES | HYBRID | COACHES DECIDE |
|---|---|---|---|
| **Description** | • The AD actively makes decisions for all team purchasing<br>• AD works with reps directly to design and order uniforms | • Athletic director and coaches often work together on all purchasing<br>• Tradeoffs in influence depending on strength of program / reputation of coach | • Individual coaches make all decisions for team purchasing, sometimes within AD guardrails<br>• Coach works with reps directly to design and order uniforms |
| **Sets budget & approves purchase** | | Athletic director | |
| **Inputs to purchase** *(order of influence)* | • Athletic director<br>• Coaches<br>• Booster clubs<br>• Players | • Coaches<br>• Athletic director<br>• Players<br>• Booster clubs | • Coaches<br>• Players<br>• Booster clubs<br>• Athletic director |
| **Key decision-maker** | **Athletic director** | **Sometimes coach, sometimes AD** | **Coach** |
| **Sales rep primary focus** | **Athletic director** | **Likely coach** | **Coach** |

Source: Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084636

# ADs and coaches often start working with vendor reps long before the season begins

## EXAMPLE: HYBRID MODEL FOR SPRING SPORT



Source: Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **95**

Confidential

BAIN00084637

# BSN's broad sales rep footprint allows access to target accounts

**BSN ONLY**



Potential **expansion opportunity** in high pop. density areas of the Pacific Northwest

BSN salesforce currently **highly concentrated** in Northeast, Great Lakes regions

Potential **expansion opportunity** in high pop. density areas of the Southwest

Current BSN Sports field sales location; ~150 mile sales radius assumed

**2018 Population**

8K                    10M

Source: BSN Sports Website (Field Sales Locations file)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS      180209 Varsity growth assessme ...    **96**

BAIN00084638

# Coaches say their key decision-making criteria are quality, price and vendor relationship



Key purchase criteria ranked by relative importance

"*Brand is probably the biggest thing for me* as a coach. If the kids wear Nike, it's like a placebo… they feel good and play better."
Coach, High School #12

"*You want me to rank the top 3? Can price be all 3?*"
AD, School System #1

"There's **not really a good online vendor software for a school store to use**. It's either extremely generic or looking for a store to do one-offs."
AD, High School #8

"*We're in a **small town so relationship is key**. We latched onto one guy because he was just so good.*"
Coach, High School #15

Source: Bain BSN customer survey (N = 1431)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084639

# Women's teams purchase through a different channel mix than men's teams, especially for certain sports

## WOMEN'S TEAMS SPEND LESS WITH BSN, MORE WITH ONLINE RETAILERS

*Please estimate how much your organization spent in the last 12 months on sports apparel, team uniforms, equipment, etc. What percentage of your total spend did each of the following vendors that you currently use receive?*

Annual sales by retailer
(2016)



## WOMEN'S SOCCER, SOFTBALL TEAMS ARE MORE LIKELY TO USE ONLINE RETAILERS

*Please select the sport where you are most involved in the decision making process.*

Count of women's team type



Note: Women's team responses identified as those given by coaches self-identified as purchasing decision-makers for sports including the following terms: "Women's", "Girl's", "Cheer", "Dance", "Gymnastics", "Softball", or "Volleyball"; *Only women's teams with a substantial (20%+) share of spend through e-retailers shown; XC/TF used to abbreviate cross country and track and field
Source: 2016 BSN customer survey (N = 1806)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **98**

BAIN00084640

# There is an opportunity to provide full suite of equipment to new school construction (~$30M)



**LIKELY 300-400 NEW PUBLIC HIGH SCHOOLS OPEN EACH YEAR...**

**PUBLIC SCHOOLS ONLY**

New schools opened in 2014-2015

1,457

Secon-dary

Elemen-tary

Estimated ~$0.5M in sales per new school

$180M

*Private*

Total address-able

Schools added in 2014-2015

Total spend estimate (SFIA)

*15% share implies ~$30M opportunity for BSN*

## BSN CAN FURTHER TRAIN SALESFORCE ON NEW SCHOOL OPPORTUNITY

- Include **cross-selling** and "**facility walks**" as part of sales staff training
  - Position BSN as a "**one-stop shop**" for all youth sports needs
  - Encourage customer relationships with greater **breadth** and **depth**

- Consider developing **bundled pricing** or other product and/or service offerings to **encourage "full-suite" purchases**

- Invest in **facility product offerings** (e.g., bleachers, tables)

**Additional opportunity** not included here in **school remodeling** (estimated to be ~50% of annual school construction spend)

Note: Estimated % of secondary new schools from existing split of elementary and secondary schools
Source: NCES Fast Facts; NCES First Look: Selected Statistics from the Public Elementary and Secondary School Universe School Year 2014-2015; Company data

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **99**

Confidential

BAIN00084641

# Appendix

- BSN

- Spirit

- Herff Jones

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084642

# Cheer consumer survey demographics (N=989)

Number of respondents



Note: African American segment includes those who identify as Black / Caribbean American as well
Source: Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **101**

Confidential

BAIN00084643

# Cheer consumer survey segments

## RESPONDENTS BY TYPE OF CHEERLEADER AND EVENT ATTENDANCE

## SEGMENT DEFINITIONS



*Where did you participate in cheerleading in the last year?*

*Which of the following cheerleading evens did you participate in during the last year?*

Percent of respondents

Percent of respondents

Adjusted to industry weightings per management estimates

**All Star**
- Identified as participating in All Star cheerleading
- Attended at least one All Star competition in the past year

**School – Casual**
- Identified as participating in cheerleading at school
- Did not attend any competitions in the past year

**School – Competitive**
- Identified as participating in cheerleading at school
- Attended at least one competition in the past year

Note: Cheerleaders tagged as "both" here were treated as All Star cheerleaders
Source: Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084644

# Cheerleading teams participate in a variety of events

PRELIMINARY

|  | **SIDELINE** | **CAMP** | **COMPETITIONS** |

  

*Description*

**SIDELINE**
- Also called "spirit cheer"
- Fall sport in most high schools, typically tied to football and basketball season
- Season may partially overlap with competitive cheer season

**CAMP**
- Wide variety of levels and age groups aimed at learning new skills in prep for upcoming season, may be linked to competitions
- Competitions may require school teams to attend a Varsity camp to be credentialed
- Generally over the summer

**COMPETITIONS**
- Various divisions including:
  - Age divisions
  - School vs. Out of school teams
  - Skill level
- Generally in the winter and spring

*Who participates?*

| | SIDELINE | CAMP | COMPETITIONS |
|---|---|---|---|
| In-school: non-comp. | ✔ | ✔ | |
| In-school: Comp. | ✔ | ✔ | ✔ |
| All-star | | ✔ | ✔ |

  

Source: Lit search; Bain Cheer Consumer Survey (N=961)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084645

# Cheerleading continues to get public and media attention, driving awareness

## INTEREST IN CHEERLEADING AS A SPORT CONTINUES TO RISE

"**Every year there is more interest in the sport**. The exposure on TV has really helped to drive this, but its also because there are more diverse competition formats that are attracting more athletes to the sport."

SVP #1, Cheer Brand #1

"**Cheerleading is getting more popular every year**. Kids see it on TV. They see they get to travel and compete with other kids from around the country. They love the idea and want to be a part of it."

All Star Cheer Coach #3

"**People finally realize it's an athletic endeavor**, as opposed to standing on the sidelines with pom-poms. They realize it's cool and takes talent and they want to be a part of it."

All Star Cheer Coach #1

## WIDE ARRAY OF CHEERLEADING CHAMPIONSHIPS SHOWN ON TELEVISION

| Selected Event | Network | Air Date |
|---|---|---|
| UCA All Star Cheer Championship | CBS Sports | May 2017 |
| NCA Collegiate Cheer Championship | CBS Sports | May 2017 |
| NCA/NDA Collegiate Cheer & Dance Championship | CBS Sports | May 2017 |
| International Cheerleading Union Championship | CBS Sports | May 2017 |
| NCA All Star Nationals | CBS Sports | May 2017 |
| NCA/NDA Collegiate Cheer & Dance Championship | CBS Sports | May 2017 |
| Cheerleading Worlds | CBS Sports | May-June 2017 |
| UCA All Star Cheer Championship | CBS Sports | June 2017 |
| UCA College Cheerleading Championship | ESPNU | March-May 2017 |
| UDA College Dance Team Championship | ESPNU | March-May 2017 |
| UDA National Dance Team Championship | ESPNU | March-May 2017 |
| UCA National High School Cheerleading Championship | ESPNU | March-May 2017 |

Source: Lit search; Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **104**

Confidential

BAIN00084646

# Long-term participation growth promising as younger cohort growing quickly

PRELIMINARY

## 7-11 YEAR OLD CHEERLEADERS HAVE SIGNIFICANTLY OUTPACED OLDER ATHLETES



CAGR ('11-'16) of cheer participation

The median age of a female cheerleader dropped from **16.7 in 2011 to 15.9 in 2016**

| | 7-11 years | 12-17 years | 18-24 years | 25+ years |
|---|---|---|---|---|
| CAGR | 9.3 | 2.2 | 4.5 | -0.6 |
| % of cheer participants (2016) | 34% | 35% | 13% | 18% |

Source: NSGA

## COACHES SAY CHEERLEADERS ARE STARTING YOUNGER

"**We're seeing a lot of children get into the sport at an earlier age**. Parents are learning more about the sport and realize to be great at it you need to start young. We were at a competition this year that had a 'micro-tiny' division with 18-month-olds competing."

All Star Cheer Coach #2

"**We are seeing more participants come into our gym at a younger age**. They can't get close to the level of competition at school at the younger ages. For the past few years our most popular age group has been the minies (8 & under)"

All Star Cheer Coach #4

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084647

# ~10% of people say they do not cheer because of high cost

## HIGH COST LIMITS PARTICIPATION FOR EVEN THOSE WHO MIGHT FIND IT ENJOYABLE

*What, if anything, would make you interested in participating in cheerleading?*



% of respondents citing reason for not participating (N=6442)

## COACHES ACKNOWLEDGE COST IS TOO HIGH FOR SOME TO PARTICIPATE

"*My daughter joined a level 4 All Star team for one year. **We spent $12,000 dollars and that was the end of that**.*"

High School Cheer Coach #1

"***It's been very difficult to control the costs for our team**. We are trying to fundraise more every year and also looking to control costs by looking for new vendors because it's too expensive for some of our cheerleaders.*"

High School Cheer Coach #2

"*Even though it's a school team, it's basically completely funded by the cheerleaders. **Each cheerleader has to cover about $3000 each season**. We try to fundraise to manage the costs but not everyone can afford to cheer.*"

High School Cheer Coach #1

Source: Bain Cheer Consumer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084648

# Sporting goods data shows cheerleading clothing industry is roughly flat; footwear up (third party data)

**PRELIMINARY**

## THE CHEER CLOTHING SEGMENT HAS GROWN ~1%...

## ...AND THE FOOTWEAR SEGMENT HAS GROWN SLIGHTLY FASTER AT ~3%



U.S. cheerleading clothing market

U.S. cheerleading shoes market

Source: NSGA Sporting Goods Market 2017

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084649

# Parents and athletes typically foot the bill for cheerleading, even for in-school teams

## PARENTS/ATHLETES ARE THE PRIMARY SOURCE OF FUNDING FOR ~90% OF CHEER-RELATED SPEND

*Who primarily paid for competitions, camps, cheer gym fees, and apparel in the last year?*



Number of primary responses

## COACHES SAY FAMILIES PAY EXPENSES

"*Our **cheerleaders have to pay for a lot of the expenses**, but the school covers coaching fees, half of in-state competitions, and directs a portion of student athletic fees to the team.*"

High School Cheer Coach #1

"***Not much of the expenses are covered directly by the school** anymore, but the athletic department manages a booster club that helps with funding.*"

All Star/ High School Cheer Coach #1

Source: Industry participant interviews, Bain Cheer Customer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **108**

BAIN00084650

# Nearly 60% of consumers spend less than $550 per year on cheerleading

## ~60% OF CONSUMERS SPEND LESS THAN $550/YEAR



Apparel (incl. uniforms) market

"**Everyone cares about the brand** because there's a stigma in the cheer world. Every school worries about the look and colors, but if your budget doesn't allow you to purchase a Varsity uniform, then you can't buy it. But **I think they all ultimately want Varsity** or Rebel."

<div align="right">Sales Rep #1, Cheer Brand #1</div>

## VARSITY'S OFFERINGS LARGELY IN LINE WITH SIMILAR PRODUCTS



| | Varsity | | Omni | | Other | |
|---|---|---|---|---|---|---|
| **Uniforms** $ | $38.00 | $37.00 | $17.95 | $23.95 | $28.00 | $31.00 |
| **Practice-wear** $ | $16.95 | $16.95 | $13.95 | $9.95 | $24.99 | $16.00 |
| **Access-ories** $ | $7.95 | $8.50 | $5.95 | $7.95 | $6.44 | $4.00 |
| **Shoes** $ | $40.00 | $40.00 | $16.95 | $34.99 | $85.00 | $64.97 |

Note: Total apparel includes uniforms, practice-wear, campwear, accessories, and footwear
Source: Bain Cheer Consumer Survey (N=989); Bain Analysis; Company websites

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084651

# Cheer coaches are the key decision maker for most categories of cheerleading spend

| CATEGORY | DESCRIPTION | PRICE | KEY DECISION MAKER |
|---|---|---|---|
| **Camp** | • Primarily for high school teams<br>• Almost all school teams attend at least one camp, some teams attend multiple<br>• Usually during the summer | $100-$600 | Coach |
| **Competition** | • Both high school and All Star teams<br>• Teams will usually attend between 5-15 competitions | $50-100 | Coach |
| **Uniform** | • School cheerleaders usually buy a uniform every 1-2 years<br>• All Star cheerleaders usually buy at least one uniform every year | $200-400 | Coach |
| **Team warmups** | • Warmup purchases decided by team. Sideline cheer requirements influenced by climate | $100-200 | Coach |
| **Team practice wear** | • Many All Star teams have team practice uniforms, usually buy 2-3 every year | $50-100 | Coach |
| **Other apparel** | • Other apparel purchased for practice or camp | $50-100 | |
| **Shoes** | • Cheer specific shoes are required<br>• Some teams have team shoes but cheerleaders allowed to purchase on their own | $75-150 | |
| **Accessories** | • Bows, poms, and signs teams use during competitions | $20-50 | |

Source: Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **110**

BAIN00084652

# Coaches: key purchasing criteria are price, quality, and customer service

| | | KPC | IMPORTANCE | RATIONALE | COMMENTARY |
|---|---|---|---|---|---|
| **In school** | | Price | ● | • School budgets limit spend | *"**We primarily choose based on price**. The whole cheer season costs so much for our athletes that we make an effort to keep costs down wherever we can."*<br>High School Cheer Coach #2 |
| | | Delivery | ◐ | • Need short turnarounds | *"The order always goes out in April or May. I want to everyone get their stuff before we head to camp in the summer so **I always will confirm delivery times before ordering.**"*<br>High School Cheer Coach #1 |
| | | Customer service | ◐ | • Don't want to deal with measuring / ordering sheets | *"**Coaches want a hassle free experience**. They don't want to deal with measuring and incorrect size issues. They usually have a process they follow every year."*<br>SVP #1, Cheer Brand #1 |
| **All Star** | | Quality / style | ● | • Want custom uniforms designed to their specifications | *"**Quality is the most important, particularly the durability and fit**. We'll make sure there aren't any pieces that are going to fall off when the girls are flying through the air."*<br>All Star Cheer Coach #2 |
| | | Customer service | ◑ | • Don't want to deal with measuring / ordering sheets<br>• Require high service levels for custom design work | *"We aren't just picking uniforms out of a catalogue, our owners work closely with the sales reps to draw up custom designs. **They rely on consistent customer service and use the same vendor all the time.**"*<br>All Star Cheer Coach #1 |
| | | Price | ◐ | • Gyms want to control expenses for parents | *"We really are focused on the quality and we want to be able to customize designs, but once we find something we like we negotiate on price. **We try to minimize costs and usually work with multiple vendors to get the best deal.**"*<br>All Star Cheer Coach #4 |

Source: Industry participant interviews

◑ Table stakes   ◐ Differentiator   ● Primary Criteria

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS   180209 Varsity growth assessme ...   **111**

BAIN00084653

# Cheerleaders: for categories where athlete is the decision maker, fit/comfort and price are most important

## KEY PURCHASE CRITERIA FOR PRACTICE WEAR, ACCESSORIES, AND SHOES

Please rank the 5 most important things to you when buying: cheerleading apparel and cheerleading accessories

% of respondents ranking criteria as most important



Casual school cheerleaders tend to care slightly more about prices and less about fit/comfort than competitive school and All Star cheerleaders

Source: Industry participant interviews, Bain Cheer Customer Survey (N=989)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084654

# Cheerleaders who cite no competition nearby as a reason for not attending competitions (by region)



% of respondents citing reason for not attending competitions
(N=216)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **113**

Confidential

BAIN00084655

# Appendix

- BSN

- Spirit

- Herff Jones

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084656

# Consumer survey demographics (N=1,500)

PRELIMINARY



Percentage of respondents

Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **115**

Confidential

BAIN00084657

# Decision maker survey demographics (N=495)

**PRELIMINARY**

Percentage of respondents



Source: Decision maker survey (N=495)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS     180209 Varsity growth assessme ...  **116**

Confidential

BAIN00084658

# Yearbook non-buyers cite cost as the key reason

**Yearbooks**

*Please rank the 5 most important reasons why you decided not to buy a high school yearbook.*

% of respondents ranking each criteria as most important



Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **117**

Confidential

BAIN00084659

# Consumers report yearbook prices have increased in last 3 years

**Yearbooks**

## PRICES ARE INCREASING, NEARLY 80% OF YEARBOOKS COST >$50

*Approximately how much did your high school yearbook cost?*

Number of respondents



## TEACHERS AND EXPERTS CONFIRM BOOKS ARE EXPENSIVE

"*The price went up, and **we had to limit our page count to minimize the price increase for the students**.*"

Yearbook adviser*, Private HS #3

"*Sometimes the yearbook adviser is more interested in having pictures than **making sure it's affordable.**"

VP of business development*, Competitor #1

"*There are **customization** options and add-ons like **personalized signatures** that can significantly **drive up the price** if you want to have all of them .*"

VP of sales*, Competitor #2

Source: Yearbook and class jewelry consumer survey (N=1,500); Industry participant interviews

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

# There are multiple customers in the yearbook business – schools and students/parents

Yearbooks

| THE SCHOOL COMMITS TO A VENDOR... | ...THE STUDENT MAKES DECISION TO BUY YEARBOOK... | ...BUT RELIES ON PARENTS TO PAY |
|---|---|---|

"*They have to submit a bid to the district. **They get the purchasing agent and the yearbook advisers together, they ask us what we want, and we compare prices**.*"
Yearbook adviser, Public HS #1

"***Every school I've been associated with does things differently**. Some are totally centralized, some do purchasing area by area. As for who makes the decision, it depends on how involved and how important the people in this area are.*"
Principal, Private HS #1

*Thinking back, who made the decision to purchase your yearbook?*

Number of respondents
767



Who decided to buy the yearbook?

*Who primarily paid for your yearbook?*

Number of respondents
767



Primary payer for yearbook

Source: Industry participant interviews; Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...   **119**

Confidential

BAIN00084661

# The buying and selling cycle for yearbooks is complex and long, and has multiple constituents

**Yearbooks**

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

# Schools typically have long-term relationships with vendors; strong customer service limits switching

**Yearbooks**

## PROVIDERS ARE TYPICALLY INHERITED

*For how long has your organization/institution been using this vendor for yearbooks?*

Number of respondents



## PERSONAL CONNECTIONS SUSTAIN LONG-TERM RELATIONSHIPS

*"I think it's all about your relationship with the provider."*

Yearbook teacher*, Public HS #3

*" I see and talk to my rep all the time. He takes care of whatever I need … I get very good service."*

Yearbook teacher*, Public HS #4

*"If they're considering switching, it's because they don't like their yearbook rep."*

Yearbook sales rep*, Competitor #3

*"My whole thing my whole career has been customer service. Can I rely on someone to provide me the services I need?"*

Yearbook adviser, Public HS #1

Source: Industry participant interviews; Decision-maker survey (N=495)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **121**

Confidential

BAIN00084663

# Online and digital players are gaining some prominence, but digital yearbooks remain unpopular

**Yearbooks**

PRELIMINARY

## AWARENESS OF DIGITAL PROVIDERS IS UP...

*Which of the following companies or vendors of yearbooks have you heard of?*

Percent of respondents



Year founded    1999    2006    2012    2009    2003

Source: Decision maker survey (N=495)

## ...AND TEACHERS REPORT RISING USAGE...

*Which vendor do you currently use to purchase yearbooks?*

Percent of respondents



50% of YearbookAlive users use at least one other vendor

Year founded    1999    2006    2012    2009    2003

## ...BUT STUDENTS STILL AREN'T BUYING THEM

*[of those with the option] Did you purchase an online yearbook?*

Percent of respondents



This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **122**

Confidential

BAIN00084664

# High school graduation rates continue to rise, providing macroeconomic tailwinds for class rings

**Jewelry**

## HIGH SCHOOL GRADUATION RATES GROWING

## GRADUATION IN US AT HIGH

Average Cohort Graduation Rate (ACGR)
for U.S. public high school students



*"The national high school graduation rate has risen to a new all-time high."*

-Education Week

*"The total number of students who do not graduate from high school has declined, from 1 million high school dropouts in 2008 to approximately 750,000 dropouts in 2012."*

-Alliance for Excellent Education

Sources: National Center for Education Statistics; whitehouse.gov

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme …    **123**

BAIN00084665

# Students prefer "official" class jewelry

**Jewelry**

*How important was it that you purchase the "official" class jewelry (i.e. the ones offered through your
school or a school organization) as opposed to an outside alternative (e.g. Wal-Mart, Amazon, etc.)?*

Importance of purchasing "official" ring
vs. alternative



Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084666

# Schools choose an "official" class ring vendor, students decide to buy a ring and parents pay

**Jewelry**

| SCHOOLS PLACE LESS WEIGHT ON CHOOSING A JEWELRY VENDOR | STUDENTS AND PARENTS EACH DECIDE ~50% OF THE TIME | ...BUT PARENTS STILL PAY IN THE MAJORITY OF CASES |

*"**Schools don't have any skin in the game, so we're less worried about it**. It'd be different if it was a revenue producer. Our obligation is to ensure quality."*

CFO, Private HS #1

*"It's about developing a relationship with the key individuals in the school. **The sales rep identifies key stakeholders and finds out who makes the decision**."*

Former manager of sales operations, Competitor #2

*Who made the decision to purchase your yearbook?*

*Who primarily paid for your yearbook?*



Source: Industry participant interviews; Yearbook and class jewelry consumer survey

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **125**

Confidential

BAIN00084667

# Process of buying a class ring begins in the fall, and is largely self-directed by students

**Jewelry**

| | Summer | Fall | Winter | Spring | Summer |
|---|---|---|---|---|---|

**School**

Principal / Admin

Align on vendor

Typically will keep same vendor from previous year

Distribute promotional materials; remind at class meetings

Distribute official ring (sometimes as part of ceremony)

For both, students will often customize their rings with activities or HS groups

**Customer**

○

○

Parents — Pay for class ring

**Vendor**

Vendor / rep — Support selling efforts

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **126**

Confidential

BAIN00084668

# Consumer KPCs for buying class jewelry are very similar across genders

**Jewelry**

## MEN

*Please rank the 5 most important reasons why you decided to purchase class jewelry.*

% of respondents ranking each
criteria as most imporant



## WOMEN

*Please rank the 5 most important reasons why you decided to purchase class jewelry.*

% of respondents ranking each
criteria as most imporant



Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

BOS    180209 Varsity growth assessme ...    **127**

Confidential

BAIN00084669

# Consumer reasons for not buying jewelry are very similar across genders

**Jewelry**

## MEN

*Please rank the 5 most important reasons why you decided to not purchase class jewelry.*

% of respondents ranking each criteria
as most imporant



## WOMEN

*Please rank the 5 most important reasons why you decided to not purchase class jewelry.*

% of respondents ranking each criteria
as most imporant



Source: Yearbook and class jewelry consumer survey (N=1,500)

This information is confidential and was prepared by Bain & Company solely for the use of our client; it is not to be relied on by any 3rd party without Bain's prior written consent

Confidential

BAIN00084670

# EXHIBIT 27

## FILED UNDER SEAL

1

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
2
   FUSION ELITE ALL STARS,        )
3  et al.,                        )  Case No.
                 Plaintiffs,      )  2:20-cv-02600-SHL-TMP
4          vs.                    )
                                  )
5  VARSITY BRANDS, LLC, et al.,   )
                                  )
6                Defendants.      )
   ----------------------------X
7  JONES, et al.,                 )
                                  )  Case No.
8                Plaintiffs,      )  2:20-cv-02892-SHL-TMP
           vs.                    )
9                                 )
   BAIN CAPITAL PRIVATE           )
10 EQUITY, et al.,                )
                                  )
11               Defendants.      )
   ----------------------------X
12 AMERICAN SPIRIT AND CHEER      )
   ESSENTIALS, INC., et al.,      )  Case No.
13                                )  2:20-cv-02782-SHL-TMP
                 Plaintiffs,      )
14         vs.                    )
                                  )
15 VARSITY BRANDS, LLC, et al.,   )
                                  )
16               Defendants.      )
   ----------------------------X
17

18            VIDEOTAPED ORAL DEPOSITION OF

19                      JIM HILL

20            Monday, March 21, 2022
                    9:27 (EST)
21
              730 West Main Street - Suite 101
22              Louisville, Kentucky 40202

23

24 Stenographically remotely reported by:
   Mayleen Ahmed, RMR, CRR, CRC, CCR/CSR
25 Job No.: 831774

FUSION ELITE vs
VARSITY BRANDS

Jim Hill
March 21, 2022

158

```
 1          Q.     Mr. Hill, for context, let me present to

 2     you that the records that we have show that Varsity

 3     acquired Mardi Gras --

 4          A.     Yeah.

 5          Q.     -- in December, on December 1 of 2017.

 6                 Does that sound right to you?

 7                 MR. KAISER:  Objection.

 8          A.     That -- that's correct.  So where we got

 9     our -- so when this -- I remember this distinctly

10     now.

11                 When we -- this email was had -- so

12     Mardi Gras was, obviously, an event that we attacked

13     prior to this date, before they became a Varsity

14     event.

15                 They were a Tier 1 event producer.  We

16     put other events around it for the sole purpose

17     of -- of, you know, trying to attack it, just like

18     we've discussed.

19                 When acquired Mardi Gras, they -- they

20     had creeped below the 125-team mark to maintain

21     Tier 1 status.  Now, as indicated that we had just

22     acquired this brand, the brand really held little to

23     no value if they lost their Tier 1 status and the

24     ability to give World bids.

25                 So the point of what we're talking about
```

416

```
 1                  REPORTER'S CERTIFICATE

 2

 3            I, MAYLEEN AHMED, the undersigned, do

 4    hereby certify:

 5            That the witness, JIM HILL, before

 6    examination was remotely duly sworn; that the

 7    foregoing deposition was taken remotely

 8    stenographically by me on March 21, 2022, and

 9    thereafter was transcribed by me; that the

10    deposition is a full, true, and complete transcript

11    of the testimony; and that, in accordance with

12    FRCP 30(e)(1), before completion of the proceedings,

13    review of the transcript was not requested and

14    signature was not reserved by the witness.  I

15    further certify that I am not a relative or employee

16    of any attorney or counsel or any party to this

17    action, and that I am not financially interested in

18    said action or the outcome thereof.

19            In WITNESS WHEREOF, I have hereunto set

20    my hand this 30th day of March 2022.

21

22    _____
      /s/  MAYLEEN AHMED, RMR, CRR, CRC
23    Washington CCR No. 3402 - Exp 12/29/22
      Oregon CSR No: 17-0447 - Exp 12/31/23
24    Texas CSR No:  9428 - Exp 7/31/23
      California CSR No: 14380 - Exp 12/31/22
25    New York Notary Public
```

# EXHIBIT 28

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Brian Elza [DCC92D88-7875-4FD0-A402-B946BC17EB2F@varsity.com] |
| **Sent:** | 12/7/2017 10:29:29 AM |
| **To:** | John Nichols; Landon Craft; Tres LeTard; Jim Hill |
| **Subject:** | MARDI GRAS |

John

As you know we often put events on other events in order to hurt our competitors.

This past season we decided to put a JAM event in Baton Rouge to go head to head with MARDI GRAS world bid Event in New Orleans on Jan 14 weekend. Strategy worked and now Mardi Gras is sitting around 60 ish teams and JAM at 70.

If MARDI GRAS doesn't hit 125 teams they lose their Tier 1 Status. The JAM Event is budgeted to make $46K. If we cancel the cancellation fee is @$13K.

Plan would be to cancel JAM and move all of those teams to MARDI GRAS.  Would you be opposed to doing that?  Is it too late to pull this JAM Event from the budget?

Brian Elza
General Manager, VP of Sales
Varsity All Star
A Varsity Spirit Brand
(Office) 901-251-5897
(Cell) 859-983-0289
(Fax) 865-675-9324

Disclaimer Message:
This email message and any attachments are for the sole use of the intended recipient and may contain privileged and confidential information of Varsity Brands, Inc. or its affiliates.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

ELZA
EXHIBIT

**33**

11-16-21 - LEXITAS

Confidential

# EXHIBIT 29

# FILED UNDER SEAL

**From**:  Kevin Brubaker [kbrubaker@varsity.com]
**Sent**:   12/19/2017 5:09:38 PM
**To**:     Joshua Johnson [jjohnson@varsity.com]; Justin Carrier [JCarrier@varsity.com]; 'letsgocelebrate@aol.com'
            [letsgocelebrate@aol.com]; Regina Symons Cheer Power [regina@cheerpower.com]; Jim Hill [jhill@varsity.com];
            Tres LeTard [TLeTard@varsity.com]; Brian Elza [belza@varsity.com]; Cole Stott [CStott@varsityspirit.com]
**CC**:     Josh Quintero [JQuintero@varsity.com]; Leah Calderon Cheer Power [leah@cheerpower.com]; Wendy Hughes
            [wendy@spiritcelebration.com]; Ty Symons Cheer Power [ty@cheerpower.com]; Adam Thomas Spirit Holdings
            [adamthomas@universalspirit.com]; Debi Larson Spirit Holdings [debilarson@cheersport.net]; Catherine Steed Spirit
            Holdings [catherinesteed@cheersport.net]
**Subject**: RE: Texas Analysis/Competitor Tracking

Tank,

Thanks for all of this information.  We ALL appreciate you being on top of this market and continuing to help Varsity All Star as a whole do so well throughout Texas.  A lot of that comes from competitor tracking and you putting in the work to help understand our competitors and their tendencies.

Please see my notes below and give some thoughts of exactly what we need to continue to do for the 2018-2019 season in Texas.  Please note, I really want to know of especially where to add back in Cheersport for the 2018-2019 season in Houston.

Merry Christmas to you and your family.

Take Care and God Bless You,

Kevin T. Brubaker
Cell Phone #704-609-1111
Varsity National Sales Director of New Development

"Commit to the Lord whatever you do, and your plans will succeed"  -Proverbs 16:3



VARSITY
ALL STAR

**From:** Joshua Johnson
**Sent:** Tuesday, December 19, 2017 4:11 PM
**To:** Justin Carrier <JCarrier@varsity.com>; 'letsgocelebrate@aol.com' <letsgocelebrate@aol.com>; Regina Symons Cheer Power <regina@cheerpower.com>; Jim Hill <jhill@varsity.com>; Tres LeTard <TLeTard@varsity.com>; Brian Elza <belza@varsity.com>; Cole Stott <CStott@varsityspirit.com>; Kevin Brubaker <kbrubaker@varsity.com>
**Cc:** Josh Quintero <JQuintero@varsity.com>; Leah Calderon Cheer Power <leah@cheerpower.com>; Wendy Hughes <wendy@spiritcelebration.com>; Ty Symons Cheer Power <ty@cheerpower.com>
**Subject:** Texas Analysis/Competitor Tracking

Good Afternoon,

Before many of us head out for the Christmas Break, I wanted to share an update on the Texas market in regards to our competitors and the overall success of their events.  In the outline below, I have summarized each weekend as it pertains to the select markets where we host events.  I have also attached the compiled event tracking spreadsheet with details for your convenience.

QUINTERO
EXHIBIT

**11**

3-29-22   LEXITAS

VAR00242461

With full understanding that VAS had a rough start to the early Fall season, which can be attributed to the new USASF Roster System and Requirements, Uniform Delays, and a Hurricane Harvey, we still outperformed our competitors by good margins. VAS has an incredible hold on the major markets of Texas and continues to apply pressure to the IEPs and Non-Sanctioned EPs, even when we were down.

- **Oct – Halloween Battles**

  o **-South Texas Area:**
    - Fun Cheer San Antonio (10/29/17) Cancelled last minute, only 17 teams year prior  Good!
    - Cheer America San Marcos –( 10/29/17) – Total 39 – down 16 teams  Try to get them to ACP in San Antonio next year.
    ***Weekend before---American Cheer Power San Antonio (10/14/17) – 55 – down 28 teams  Try to grow it by taking the teams from Cheer America.
    - ***VAS still has the largest event in South Texas Market for Halloween weekends in Oct.  Good!

  o **-North Texas Area**
    - American Cheer Power Frisco Halloween (10/28/17)- 49 teams – Down 26 teams  ACP will keep this date and try to grow this event so a competitor does not use this weekend.
    - ***No competitor events currently in the area  Good!
    - ***No other events to pull from except gym showcases. We have officially pushed all competitors out of this market on this weekend.  Good!
    - ***Changing this event date potentially gives IEP's a free weekend in North Texas.  That is why ACP is staying.

- **November – Battles**

  o First Weekend of November:
    - North Texas Area
      - NCA North Texas – (11/05/17)  116 Total AS performances , down 9 teams from LY
      - No other events to pull from. Except gym showcases.  Good.
      - ***First Weekend North Texas In November seems to be owned by VAS, no other EP has an event in North Texas area on First weekend. All been pushed out by VAS.  Good!
      - ***Changing this event date potentially gives IEP's a free weekend in North Texas.  It will stay NCA.

    - South Texas -Houston Area –
      - American Cheer Power – Cypress/Houston (11/04/17) – 85 AS performances -  down 14 teams –  Try to grow it by taking the teams from Fun Cheer.
      - Fun Cheer – Conroe/North Houston (11/05/17)  11 AS performances – down 6 teams  Move these teams to ACP.
      - NCA – San Antonio (11/04/17)  35 AS performances –down 1 team  Try to grow it.
      - ***VAS still has largest events in South Texas Market for early November weekends.  Good.

  o Second Weekend November
    - North Texas Area (Head to Head)
      - United Cheer -Garland –(11-11-2017) only had 7 AS teams  Move these teams to SCB.
      - Spirit Celebration Fall –Denton (11/12/17)-  84 AS total teams - Up 14 AS cheer teams down on dance teams  Grow this by taking United teams.

- ***VAS has pushed all IEPs off this weekend, I don't anticipate United Cheer returning to Garland. Good!

- South Texas Area
  - NCA Lone Star Houston is same weekend (11/11-12/17) 204 AS Teams – up 20 teams from LY. Grow this by taking Cheer Star & Cheer USA customers.
  - Cheer Star Productions – San Antonio (11/12/17)– 4 AS teams registered  Move to NCA.
  - Cheer USA -San Antonio (11/11/17) –- 19 AS teams registered  Move to NCA.
  - ***VAS has captured the San Antonio market on this weekend and we were all the way in Houston.  Good!

- Third Weekend November (Thanksgiving Break)
  - North Texas Area
    - has no events, nothing going on.  Thanksgiving break.  Historically showing a low weekend. No IEPs, nothing.  I am confident that VAS and IEPs have tried to run events on this weekend with no success.   But still could be a potential opening to offer.   With no school in the Dallas / Fort Worth area the week of Thanksgiving, this market seems to not have any events the week before Thanksgiving and probably shoulsd tay that way.

  - South Texas Area (Houston)
    - United Cheer- NRG Houston (11/18/17)  --27 Total AS Performances – down 30 teams  Move teams to ACP, NCA  or CS all in November.
    - Old School Cheer Events– Corpus Christi (11/18/17) -  22 AS teams total – first time event  Move teams to ACP, NCA  or CS all in November.
    - WSA - Woodlands (11/19/17)  -14 AS teams total -  Lenny and Darren fighting for Season Pass customers  Move teams to ACP, NCA  or CS all in November.
    - ***VAS CHEERSPORT cancelled this weekend. Opened up for IEPs to fall on their faces and cannibalize each other.  Currently Cheersport is going to try this weekend again next year or maybe the third weekend in December.  (They had 30+ teams this past year before they canceled.)  Tank what do you think?

  - South Texas Area  (San Antonio-San Marcos-Austin)
    - TRIPLE H2H -CHEER AMERICA vs UCA vs Fun Cheer  in Austin Surrounding Area same day(11-19-2017)
    - UCA Southwest San Marcos  -53 AS Teams UP 18 teams  Grow this by taking Cheer America  & Fun Cheer customers. Maybe add another Summit bid here.
    - CHEER AMERICA Capitol Cup Cedar Park -47 AS Teams.  Down 20 Cheer teams  Move to UCA.
    - Fun Cheer San Antonio – 38 AS Teams up 16 teams  Move to UCA.

- **DECEMBER  Battles**

  - First Weekend of December
    - North Texas Area (head to head)
      - NCA Holiday Classic -Frisco (12/03/17)  133 AS Teams UP 20 teams  Grow this by taking Cheer America  & Fun Cheer customers.
      - Cheer America – Irving (12/03/17)  33 AS teams DOWN 10 teams  Move to NCA.
      - Fun Cheer- Denton (12/03/17)  33 AS teams also DOWN 10 teams  Move to NCA.
      - ***VAS owns this market on this weekend and continues to push IEPs out  Good!

                                                                              VAR00242463

- South Texas Area (Houston/Galveston/Austin) (head to head)
  - Encore/Groove –Houston (12/2-3/17) 322 AS teams UP 168 teams  Grow this by taking Cheer America, Cheer USA & United customers.
  - Cheer America –Houston (12/03/17) 41 AS teams DOWN 81 teams  Move to Encore.
  - Cheer USA –Galveston (12/03/17) 23 AS teams DOWN 12 teams  Move to Encore.
  - United Cheer –Cedar Park (12/03/17) only 2 AS teams DOWN 24 teams  Move to Encore.
  - ***Encore/Groove shut down all other competitors in the South Texas market for this weekend.  Good!

- Second Weekend December
  - North Texas Area (head to head)
    - Spirit Celebration –Dallas (12/9-10/17) 245 AS Teams  Grow this by taking America Spirit & Redline customers.
    - American Spirit Championships –Lubbock (12/09/17) 15 AS teams DOWN 20 teams  Move to SCB.
    - Redline –Tyler (12/09/17) 21 AS teams – new event date/location  Move to SCB.
    - ***VAS has largest event in North Texas for this weekend and shutting the IEPs out.  Good!
  - South Texas Area (head to head)
    - American Cheer Power –Houston (12/09/17) 87 AS teams  Grow this by taking Old School customers.
    - American Cheer Power –San Antonio (12/10/17) 90 AS Teams  Grow this by taking Cheer America customers. Maybe add another Summit bid to make more incentive for teams to leave Corpus Christi.
    - Old School Cheer Events – Houston (12/10/17) 16 AS teams DOWN 17 teams  Move to ACP.
    - Cheer America –Corpus Christi (12/10/17) 49 AS Teams DOWN 11 teams  Move to ACP.
    - Fun Cheer – Edinburg (12/10/17) 25 AS teams  Dude, that is almost in Mexico, but you can try to get them to come to ACP San Antonio.
    - ***VAS still has largest event in this market for this weekend  Good, but don't like to see a competitor with almost 50 teams.

- Third Weekend December
  - North Texas Area
    - Spirit Celebration-Frisco (12/17/17) only event in area for this weekend in North Texas – 151 AS Teams UP 29 teams  AWESOME!
    - ***VAS has pushed out all IEP presence for this market on this weekend  Good!

  - South Texas Area
    - Cheer America –Houston (12/16/17) 58 AS Teams – new event, no VAS presence or opposition  Not Good!  Maybe add CS back to this weekend and take teams away from Cheer America?
    - Fun Cheer – San Antonio (12/17/17) 59 AS Teams –new event , no VAS presence or opposition  Not Good!  Maybe add CS back to this weekend in Houston and try to get teams away from Fun Cheer to go to CS with an additional Summit Bid?
    - ***Opportunity for VAS to capture the South Texas market on third weekend.  IEPs running two 50 team events without any VAS events in the area.  Currently Cheersport is going to try the third weekend of November or the third weekend of December in Houston.  Tank what do you think, which weekend would be better for CS Houston?

***********Have an incredible Christmas Break!

Confidential

**Joshua Johnson**
National Account Manager
Varsity All Star Advisor
NCA All-Star
**VARSITY SPIRIT**
800.622.2946 ext 1331
972.840.4061 fax
jjohnson@varsity.com
Website: http://www.varsityallstar.com


~Click here for Varsity's 2017-2018 Event Dates and Prices~
http://connect.varsity.com/


CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance to this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.

# EXHIBIT 30

# FILED UNDER SEAL
# (Excerpt)

1

```
 1

 2
             IN THE UNITED STATES DISTRICT COURT
 3
          FOR THE WESTERN DISTRICT OF TENNESSEE
 4

 5
    FUSION ELITE ALL STARS, et al.,)
 6                                  )
                   Plaintiffs,      )No.2:20-cv-
 7                                  )02600-SHL-cgc
              vs.                   )
 8                                  )
                                    )
 9  VARSITY BRANDS, LLC, et al.,    )
                                    )
10                 Defendants.      )
    ------------------------------- )
11  JONES, et al.,                  )
                                    )
12                 Plaintiffs,      )No.2:20-cv-
                                    )02892-SHL-cgc
13            vs.                   )
                                    )
14  BAIN CAPITAL PRIVATE EQUITY,    )
    et al.,                         )
15  -------------------------------

16          HYBRID VIDEOTAPED DEPOSITION OF

17                     JEFF WEBB
                Thursday, May 12, 2022
18

19

20
    Reported by:
21  LISA M. MURACO
    JOB NO. 2022-831780
22

23

24

25
```

Case 2:20-cv-02892-SHL-tmp    Document 454-16    Filed 05/25/23    Page 144 of 147
PageID 18038

Fusion Elite All Stars vs
Varsity Brands

Jeff Webb
May 12, 2022

14

```
                           J. WEBB
 1
 2              And he helped you write your book
 3    American Restoration that we've just been
 4    talking about, correct?
10:20 5         A.    Yes, he did.
 6              Q.    And that book has a chapter called
 7    Big is Bad; isn't that right?
 8              A.    Yes.
 9              Q.    And in that chapter, you discussed
10:20 10   the problems for society when industries get
11    too concentrated into any one company, correct?
12              MR. COGGINS:  Object to form.
13              A.    Talked about specific instances, as
14    I recall.  It's been over two years since I
10:20 15   actually worked with Hamachek on producing that
16    book.
17              We talked -- to my recollection, we
18    talked about specific companies and the types
19    of industries you mentioned earlier, big tech,
10:20 20   healthcare, big banks, things that are
21    absolutely critical to everyday life.  The
22    important critical things for everyone in our
23    society.
24              Q.    Why is it bad, in your view, when
10:21 25   critical things like banking and healthcare and
```

399

J. WEBB

1

2    Bain acquisition.

3         Q.    Okay.

4              So is it fair to say that at the

05:59  5    time, in connection with the Bain transaction,

6    you gave up your position as chairman of the

7    board of the company?

8         A.    Yes.

9         Q.    Okay.

05:59 10             And so, today, sir, are you an

11    employee of Varsity?

12         A.    No.

13         Q.    And do you get a -- do you receive

14    any compensation from Varsity today?

05:59 15         A.    Yes.

16         Q.    And can you describe the nature of

17    the compensation you get.

18         A.    Are you talking about how much those

19    --

05:59 20         Q.    I was going to get there.

21              But you're not getting a salary now,

22    right?

23         A.    Okay.  No, I'm a consultant.

24         Q.    You anticipated where I was going.

05:59 25    Okay.

400

```
                          J. WEBB
  1
  2        A.    Okay.   I figured you'd get the bug.

  3   Don't worry.

  4        Q.    Yeah.

  5              We're doing fine, sir.

  6              So today, you are serving as a

  7   consultant to Varsity?

  8        A.    Correct.

  9        Q.    And do you -- approximately how much

 10   do you earn as a consultant?

 11        A.    About 250,000 a year.
```

```
 12        Q.    Okay.

 13              And do you hold any titles at

 14   Varsity today?

 15        A.    No.

 16        Q.    And do you -- do you own stock in

 17   the company today?

 18        A.    No.

 19        Q.    Okay.

 20              Now, sir, are you currently the

 21   president of the International Cheer Union?

 22        A.    Yes.

 23        Q.    Okay.

 24              Now, sir -- can we go off the record

 25   for a second.
```

403

1

2                    C E R T I F I C A T E

3

4    STATE OF FLORIDA    )

5                          ) ss.:

6    COUNTY OF PALM BEACH  )

7

8            I, LISA M. MURACO, a Notary Public

9        within and for the State of New York and

10       Florida, do hereby certify:

11           That JEFF WEBB, the witness whose

12       deposition is hereinbefore set forth, was

13       duly sworn by me and that such deposition

14       is a true record of the testimony given by

15       such witness.

16           I further certify that I am not

17       related to any of the parties to this

18       action by blood or marriage; and that I am

19       in no way interested in the outcome of this

20       matter.

21           IN WITNESS WHEREOF, I have hereunto

22       set my hand this 20th day of May, 2022.

23       ----------------------------------

24                    LISA M. MURACO

25