UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., <br><br> Plaintiffs, <br> v. <br><br> VARSITY BRANDS, LLC, et al., <br><br> Defendants. | Civ. Action No. 2:20-cv-02600 |
| JESSICA JONES, et al., <br><br> Plaintiffs, <br> v. <br><br> BAIN CAPITAL PRIVATE EQUITY, et al. <br><br> Defendants. | Civ. Action No. 2:20-cv-02892 |

**MOTION TO WITHDRAW KAREN LOTT GLOVER AS COUNSEL**

Defendants U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer (collectively "Defendants"), respectfully request that Karen Lott Glover be permitted to withdraw as counsel of record for Defendants in the above-styled actions, as Ms. Glover recently accepted a position to join the faculty of the University of Mississippi School of Law and will be leaving Baker, Donelson, Bearman, Caldwell & Berkowitz, PC.  Defendants will continue to be represented in the above-styled action by Grady Garrison, Nicole Berkowitz Riccio, and James Andrew of Roach of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, all of whom are currently attorneys of record in this case.  Furthermore, the withdrawal of Ms. Glover will not delay any current deadlines, and Plaintiffs do not oppose the motion.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this Motion and enter an Order permitting the withdrawal of Karen Lott Glover as counsel of record in this matter.

Dated: May 26, 2023    Respectfully submitted,

*s/ Karen Lott Glover*
Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
James Andrew Roach (TN #37934)
Karen Lott Glover (TN #38714)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com
aroach@bakerdonelson.com
kglover@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer*

## CERTIFICATE OF CONSULTATION

      I certify that on May 26, 2023, counsel for U.S. All Star Federation, Inc. and USA Federation for Sport Cheering, d/b/a USA Cheer consulted with Plaintiffs' counsel and Co-Defendants' counsel via email regarding the relief sought in this Motion.  No party opposed the requested relief.

                                        *s/ Karen Lott Glover*
                                        Karen Lott Glover