# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| FUSION ELITE ALL STARS, et al., | ) | |
|     Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:20-cv-02600-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) ) | |
|     Defendants. | ) ) ) | |

| | | |
|---|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated, | ) ) ) | |
|     Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 2:20-cv-02892-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) ) | |
|     Defendants. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

      Before the Court is a Motion to Withdraw as Counsel, submitted by Attorney Karen Lott Glover and filed on May 26, 2023; the Motion is filed in identical form in both of the above-captioned cases and the Court cites to the record in Case No. 2:20-cv-02600-SHL-tmp for simplicity. (ECF No. 338.) Attorney Glover requests leave to withdraw as counsel as she is departing her position with the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC for a position at the Mississippi School of Law. (Id.) She notes that Defendants U.S. All Star Federation Inc. and USA Federation for Sport Cheering will continue to be represented by other attorneys from Barker Donelson and that no deadlines will be affected by her withdrawal. (Id.) Plaintiffs do not oppose the Motion. (Id.)

The Motion is well-taken and the Court **GRANTS** it.  Attorney Glover will no longer be counsel of record for Defendants U.S. All Star Federation Inc. and USA Federation for Sport Cheering in these cases.

**IT IS SO ORDERED,** this 26th day of May, 2023.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE
