# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:20-cv-02892-SHL-tmp |

## ORDER RE: ECF NO. 462 REQUEST FOR CONFERENCE

On June 22, 2023, Defendants filed a Motion to Set Page Allowances for Summary Judgment Motions.  (ECF No. 462.)  There, Defendants ask the Court to allow them to file a single consolidated Motion for Summary Judgment with a maximum of 100 pages, up to 50 pages allocated to their statement of material fact and the remaining 50 pages allocated for their memorandum in support of the motion.  (Id.)  In the Certificate of Consultation for Defendants' Motion, Plaintiffs indicated that they opposed Defendants' request and "suggest[ed] a conference with the Court."  (Id. at PageID 18248.)

The Court declines to set a conference on this matter.  If Plaintiffs wish to explain their opposition to Defendants' Motion, they may do so in writing by their current deadline of July 6, 2023.  If not, the Court will rule on the basis of Defendants' arguments alone.

**IT IS SO ORDERED,** this 30th day of June, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE