**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | |
| | **JURY DEMAND** |

**DECLARATION OF DAVID SEIDEL IN SUPPORT OF INDIRECT PURCHASER**
**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO SET PAGE**
**ALLOWANCES FOR SUMMARY JUDGMENT MOTIONS**

I, David Seidel, declare the following under penalty of perjury:

1.      I am an associate attorney at the Joseph Saveri Law Firm, LLP, counsel for Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs") in *Jones v. Bain Capital Private Equity*, case no. 2:20-cv-02892-SHL-tmp. I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* in the United States District Court for the Western District of Tennessee, Western Division. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them. I write this declaration in support of Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Set Page Allowances for Summary Judgment Motions.

2.      On June 16, 2023, I spoke by telephone with counsel Matthew Mulqueen, representing Defendants, about Defendants' proposal to exceed the page limits allowed under Local Rule 56.1 of the Local Rules of the United States District Court for the Western District of Tennessee. Over the next several days, Mr. Mulqueen and I exchanged a series of emails about the page limits. A true and correct copy of that email exchange is attached hereto as Exhibit A.


I declare under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2023 in San Francisco, California.

                                                            */s/ David Seidel*
                                                            David Seidel

DECLARATION OF DAVID SEIDEL IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO SET PAGE ALLOWANCES FOR SUMMARY JUDGMENT MOTIONS