# EXHIBIT A

| | |
|---|---|
| **From:** | David Seidel |
| **Sent:** | Tuesday, June 20, 2023 9:55 AM |
| **To:** | Mulqueen, Matt; Joseph Saveri; Ronnie Spiegel |
| **Cc:** | Kaiser, Steven J.; Riccio, Nicole; Brendan Gaffney (bgaffney@lockelord.com) |
| **Subject:** | RE: Jessica Jones, et al. v. Varsity Brands, LLC, et al. |

Hi Matt,

Thanks for reaching out with your proposal. We don't agree with it. A conference with the Court to discuss summary judgment briefing probably makes sense. Please let us know your thoughts on that.

Best,
David

**David Seidel**
Associate

_____



601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x906
**F** 415.395.9940

---

**From:** Mulqueen, Matt <mmulqueen@bakerdonelson.com>
**Sent:** Friday, June 16, 2023 1:48 PM
**To:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>
**Cc:** Kaiser, Steven J. <skaiser@cgsh.com>; Riccio, Nicole <NRiccio@bakerdonelson.com>; Brendan Gaffney (bgaffney@lockelord.com) <bgaffney@lockelord.com>
**Subject:** Jessica Jones, et al. v. Varsity Brands, LLC, et al.

> External (mmulqueen@bakerdonelson.com)
>
> Report This Email   FAQ   Skout Email Protection

Counsel,

Following up on my call with David earlier today, Defendants intend to move for an order on page allowances for Defendants' planned summary judgment motions.  We would like to file a joint agreed motion and suggest the following proposal:

**Opening Briefs**: Defendants receive 100 pages for briefing and 50 pages for statements of material fact, to be split among Defendants as they choose.  We currently anticipate filing a joint brief on behalf of all Defendants in excess of 20 pages, with separate motions/briefs/statements on individual issues impacting individual defendants.

**Responsive Briefs**: Plaintiffs receive 100 pages for briefing and 25 pages for any additional statements of material fact (i.e. facts beyond those in response to Defendants' facts), to be split across briefs as Plaintiffs choose.

**Reply Briefs**: Defendants receive 50 pages for reply briefs, to be split among briefs as Defendants choose.

I'm generally available early next week to discuss and look forward to your response.

Matt

**Matthew S. Mulqueen**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct Dial: (901) 577-8234
Direct Fax: (901) 577-0843
E-mail:  mmulqueen@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.