UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES, et al.<br><br>              Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>              Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Bain Capital Private Equity LP ("Bain"); Charlesbank Capital Partners, LLC ("Charlesbank"); Jeff Webb; and U.S. All Star Federation, Inc. ("USASF") (collectively, "Defendants"), by and through their undersigned counsel, respectfully file this Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, because Plaintiffs Jessica Jones and Christina Lorenzen cannot show the existence of a genuine issue of material fact with respect to any of their claims, and Defendants are entitled to judgment as a matter of law dismissing all of Plaintiffs' claims.  Specifically, each of Plaintiffs' claims requires proof of harm resulting from the anticompetitive effects, in one or more properly defined relevant product and geographic markets, of conduct of Defendants that was actionable and illegal.  Such proof is lacking here as to each claim in each market, and with respect to every Defendant.

In support of this Motion, Defendants rely upon their Joint Memorandum of Law in Support of Motion for Summary Judgment, as well as each Individual Memorandum of Law in

Support of Motion for Summary Judgment filed on behalf of Bain, Charlesbank, Mr. Webb, and USASF. Defendants respectfully request that the Court grant the Joint Motion for Summary Judgment and dismiss Plaintiffs' case in its entirety. To the extent the Court concludes that the entire case is not subject to dismissal, Defendants respectfully request partial summary judgment as to those claims and issues as to which the Court determines there is no genuine issue of material fact.

Dated: July 28, 2023                          Respectfully submitted,

s/ Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; Bain Capital Private Equity LP*


s/ Nicole Berkowitz Riccio

Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
James Andrew Roach (TN #37934)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com
aroach@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*


s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
Kiprian E. Mendrygal*
Jennifer McCoy*
Katherine Wright
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com
kmendrygal@lockelord.com
jennifer.mccoy@lockeord.com
katie.wright@lockelord.com

3

\* Admitted pro hac vice

Edward L. Stanton III (TN #018904)
S. Keenan Carter (TN # 023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.carter@butlersnow.com

*Attorneys for Jeff Webb*