UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES, et al.<br><br>　　　　Plaintiffs,<br>　v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>　　　　Defendants. | **Case No. 2:20-cv-02892-SHL-tmp** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby submit the attached supplemental authority in further support of their opposition to Plaintiffs' motion for class certification (ECF No. 420), Defendants' motion for summary judgment (ECF No. 466), and Defendants' motions to exclude testimony of Dr. Maki (ECF No. 391, 458). The submitted authority are two recent orders of Judge Donato in *In re Google Play Store Antitrust Litigation*, MDL Case No. 21-md-02981-JD (N.D. Cal. Aug. 28, 2023).

In the first (ECF No. 588, attached as Exhibit A hereto), the Court held that the passthrough opinions offered in that case by Hal Singer,[1] although based on mathematical modeling and Dr. Singer's economic reasoning, were inadmissible under Rule 702 of the Federal Rules of Evidence.

In the second (ECF No. 589, attached as Exhibit B hereto), the Court concluded that its previous certification of a class of indirect purchasers in the case, based on Dr. Singer's now-excluded opinions, "should be vacated." (Because the Ninth Circuit had accepted the prior order for interlocutory appeal, however, the District Court concluded it lacked jurisdiction to do so.)

The issue of passthrough—and Plaintiffs' failure to provide admissible evidence of passthrough due to the complete lack of analysis, much less sufficient analysis, by their expert Dr. Maki—is central to class certification and summary judgment in this case as well. (*See, e.g.*, ECF No. 420 at PageID 13751-53; ECF No. 471 at 22-23, 33, 46-47; ECF No. 391-1 at PageID 12796-803; ECF No. 446 at PageID 16790-92.) As the supplemental authority further confirms, *ipse dixit* assertions of an expert on the passthrough issue and, indeed, even mathematical modeling (which Dr. Maki did not even attempt to undertake) that is flawed do not suffice for a

---

[1] The plaintiffs in the related *Fusion Elite* case put Dr. Singer forward as a potential expert.

plaintiff to sustain its burden on passthrough, which is an all-critical issue for class certification in indirect purchaser cases.

Dated: September 8, 2023

Respectfully submitted,

s/ Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; Bain Capital*

2

*Private Equity LP*

s/ Nicole Berkowitz Riccio

Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
James Andrew Roach (TN #37934)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com
aroach@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*


s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
Kiprian E. Mendrygal*
Jennifer McCoy*
Katherine Wright
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com
kmendrygal@lockelord.com
jennifer.mccoy@lockeord.com
katie.wright@lockelord.com

* Admitted pro hac vice

Edward L. Stanton III (TN #018904)
S. Keenan Carter (TN # 023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

3

Telephone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.carter@butlersnow.com

*Attorneys for Jeff Webb*