AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| JESSICA JONES, and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> See Attachment A. <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-02892-SHL-tmp |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment B.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
See Attachment C.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02892-SHL-tmp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A**

VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; U.S. ALL STAR FEDERATION, INC.; JEFF WEBB; CHARLESBANK CAPITAL PARTNERS LLC; CHARLESBANK EQUITY FUND VII, LIMITED PARTNERSHIP; CHARLESBANK EQUITY FUND VIII, LIMITED PARTNERSHIP; CHARLESBANK EQUITY FUND IX, LIMITED PARTNERSHIP; BAIN CAPITAL PRIVATE EQUITY, LP; BAIN CAPITAL FUND XII, L.P.; BAIN CAPITAL FUND (DE) XII, L.P.; AND BAIN CAPITAL FUND (LUX) XII, SCSP,

**Defendants.**

**Attachment B**

**Charlesbank Equity Fund VII, Limited Partnership**
c/o Registered Agent
CT Corporation System
155 Federal St., Ste. 700
Boston, MA  02110

c/o Charlesbank Capital Partners, LLC
Attn: Legal Department
200 Clarendon Street
54th Floor
Boston, MA 02116


**Charlesbank Equity Fund VIII, Limited Partnership**
c/o Registered Agent
CT Corporation System
155 Federal St., Ste. 700
Boston, MA  02110

c/o Charlesbank Capital Partners, LLC
Attn: Legal Department
200 Clarendon Street
54th Floor
Boston, MA 02116

**Charlesbank Equity Fund IX, Limited Partnership**
c/o Registered Agent
CT Corporation System
155 Federal St., Ste. 700
Boston, MA  02110

c/o Charlesbank Capital Partners, LLC
Attn: Legal Department
200 Clarendon Street
54th Floor
Boston, MA 02116

**Bain Capital Fund XII, L.P.**
c/o Registered Agent
William Francis Galvin
Secretary of the Commonwealth
Massachusetts Securities Division
One Ashburton Place
Boston, MA 02108

## Attachment B (Cont'd)

c/o Bain Capital Private Equity, LP
Attn: Legal Department
200 Clarendon Street
Boston, MA 02116


**Bain Capital Fund (DE) XII, L.P.**
c/o Registered Agent
Maples Fiduciary Services (Delaware) Inc.
4001 Kennett Pike, Suite 302
Wilmington, DE 19807

c/o Bain Capital Private Equity, LP
Attn: Legal Department
200 Clarendon Street
Boston, MA 02116


**Bain Capital Fund (Lux) XII, SCSp**
c/o Bain Capital Luxembourg Sarl
4 Rue Lou Hemmer
Findel L-1748
Luxembourg

c/o Registered Agent
William Francis Galvin
Secretary of the Commonwealth
Massachusetts Securities Division
One Ashburton Place
Boston, MA 02108

c/o Bain Capital Private Equity, LP
Attn: Legal Department
200 Clarendon Street
Boston, MA 02116

**Attachment C**

Joseph R. Saveri
Steven N. Williams
Ronnie Seidel Spiegel
Kevin E. Rayhill
Elissa A. Buchanan
David Seidel
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Van Turner Jr.
**TURNER FEILD, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Jason S. Hartley
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Richard M. Paul III
Ashlea Schwarz
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
ashlea@paulllp.com