**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | |
| | **JURY DEMAND** |

### PROOF OF SERVICE OF SUMMONS TO BAIN CAPITAL FUND (DE) XII, L.P.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:20-cv-02892-SHL-tmp

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bain Capital Fund (DE) XII, L.P.

was received by me on *(date)*  09/28/2023   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Niesha Jenkins,Corp.Specialist,for Registered Agent  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Maples Fiduciary Services,Inc

4001 Kennett Pike,Ste.302,Wilmington,DE 19807@3:20pm  on *(date)*  09/29/2023  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  09/29/2023

_____
*Server's signature*

Sharlene Brooks
_____
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103
_____
*Server's address*

Additional information regarding attempted service, etc:

Summons served with First Amended Complaint (Redacted and Unredacted versions)