# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**  Plaintiffs,  v.  **VARSITY BRANDS, LLC, et al.**  Defendants. | Case No. 2:20-cv-02892-SHL-tmp  **JURY DEMAND** |

### PROOF OF SERVICE OF SUMMONS TO BAIN CAPITAL FUND XII, L.P.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:20-cv-02892-SHL-tmp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bain Capital Fund XII, L.P.
was received by me on *(date)*  09/28/2023  .

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Amelia Tarallo, Securities Divisions Secretary*  , who is designated by law to accept service of process on behalf of *(name of organization)*  Sec. of the Commonwealth
One Ashburton Pl., Boston, MA 02108 @ 12:28 PM   on *(date)*  09/29/2023  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  09/29/2023

*Server's signature*

Cynthia Paria, Process Server
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
Summons served with First Amended Complaint (Redacted and Unredacted versions)
*(Description of Amelia Tarallo: Caucasian F/30yrs/5'4"/140lbs/black hair/glasses)