# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

### PROOF OF SERVICE OF SUMMONS TO CHARLESBANK EQUITY FUND VIII, LIMITED PARTNERSHIP

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02892-SHL-tmp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charlesbank Equity Fund VIII, Limited Partnership
was received by me on *(date)* 09/28/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tasha Mann, Corporate Service Agent* , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corp., Reg. Agent, 155 Federal St.,#700, Boston, MA 02110 @ 11:55 AM on *(date)* 09/29/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2023

*Server's signature*

Cynthia Paria, Process Server
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
Summons served with First Amended Complaint (Redacted and Unredacted versions)
*(Description of Tasha Mann - African American F/40yrs/5'4"/150lbs/black hair/glasses)