IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>) |

**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**

  Before the Court is the Parties' Joint Motion to Extend Defendants' Deadline to Respond to Amended Complaint and Set Briefing Schedule. (ECF No. 501.) For the reasons below, the motion is **GRANTED**.

  On July 28, 2023, Defendants filed their Joint Motion for Summary Judgment. (ECF Nos. 466–73.) On September 15, 2023, Plaintiffs filed their responses to the motion. (ECF Nos. 477–85.) Defendants' deadline to file replies is October 13, 2023. (ECF No. 371.)

  On August 23, 2022, Plaintiffs filed a motion seeking to amend their Complaint to include several Charlesbank Capital Partners, LLC and Bain Capital Private Equity, LP entities as Defendants. (ECF No. 343.) The Court granted the motion in part, and Plaintiffs filed their Amended Complaint on September 27, 2023. (ECF Nos. 487, 489.) The original Defendants' deadline to respond to the Amended Complaint is October 11, 2023. (ECF No. 501 at PageID 31866.) The new Defendants' deadline to respond is October 20, 2023. (Id.)

  In light of the pending deadline to file replies in support of the Motion for Summary Judgment, Defendants seek additional time to respond to the Amended Complaint. (Id.) The

Parties request that the deadline for all Defendants to respond to the Amended Complaint be extended to October 27, 2023.  (Id.)  The Parties further request that Plaintiffs' deadline to respond to any motions to dismiss that are filed in response to the Amended Complaint be extended to November 27, 2023.  (Id.)

For good cause shown, the motion is **GRANTED**.  However, Defendants are cautioned that the only arguments they may raise in a motion to dismiss must involve new allegations raised in the Amended Complaint.  The Court will not entertain arguments that it has already ruled on in previous motions to dismiss.

**IT IS SO ORDERED,** this 11th day of October, 2023.

                                              s/ Sheryl H. Lipman  
                                              SHERYL H. LIPMAN  
                                              CHIEF UNITED STATES DISTRICT JUDGE