# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

## PLAINTIFFS' SUR-REPLY TO DEFENDANTS' EVIDENTIARY OBJECTIONS

Pursuant to LR 56.1(e), Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs") hereby submit the following Sur-Reply to Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashions & Supplies, LLC (collectively, "Varsity"), U.S. All Star Federation, Inc. ("USASF"), Jeff Webb ("Webb"), Charlesbank Capital Partners LLC ("Charlesbank"), and Bain Capital Private Equity ("Bain") (together with Varsity, USASF, Webb, and Charlesbank, "Defendants") objections to Plaintiffs' evidence (ECF Nos. 507 and 508).

On July 28, 2023, Defendants filed their motions for Summary Judgment. The filings included a Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment. ECF No. 468.

On September 15, 2023, Plaintiffs filed their Oppositions to Defendants motions. Plaintiffs' filings included Plaintiffs' Response to Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment (ECF No. 482). as well as their Statement of Additional Undisputed Facts in Support of Plaintiffs' Oppositions to Defendants' Motion for Summary Judgment (ECF No. 480).

On October 13, 2023, Defendants filed responses to each of Plaintiffs' statements of fact: Defendants' Reply in Support of Statement of Undisputed Material Fact (the "Reply") (ECF No. 507), and Defendants' Response to Plaintiffs' Additional Statements of Fact (the "Response") (ECF No. 508).

Pursuant to LR 56.1(e), Plaintiffs may file a sur-reply to objections to evidentiary materials raised for the first time in the reply memorandum. Plaintiffs' Sur-Reply to Defendants' Reply is attached hereto as Appendix A. Plaintiffs' Sur-Reply to Defendants' Response is attached hereto as Appendix B.

Plaintiffs reserve all rights to raise further responses to Defendants objections at any time up to and including trial.

Dated: October 20, 2023

Respectfully submitted,

By:     /s/ *Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
**TURNER FEILD, PLLC**

2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*