UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES, et al.<br><br>　　　　　Plaintiffs,<br>　v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**DEFENDANTS' MOTION TO DISMISS AND TO STRIKE CLAIMS PREVIOUSLY DISMISSED AND MATERIAL PREVIOUSLY STRUCK**

On September 20, 2023, the Court permitted Plaintiffs to amend their complaint to add certain investment funds advised by Defendants Bain Capital Private Equity, LP or Charlesbank Capital Partners, LLC that at various times invested in Varsity Brands. (ECF No. 487.) The Court provided, however, that Plaintiffs were not to "attempt[] to resurrect claims that have already been dismissed" and stated that the motion to amend was denied to that extent. (*Id.* at PageID 31530.)

In ruling on Defendants' original motion to dismiss, the Court had likewise dismissed "Plaintiffs' claims under the antitrust laws of Alaska, Colorado, Illinois, and Alabama, as well as the Tennessee claims related to the Cheer Camp and Cheer Competition markets" (ECF 333 at PageID 7251) and Plaintiffs' claims under the consumer protection laws of, *inter alia*, Colorado and Illinois on that basis (*Id*. at PageID 7252). On August 31, 2023, the Court reaffirmed its prior ruling dismissing Plaintiffs' claims under the Tennessee Trade Practices Act as to cheer

camps and competitions.  (ECF No. 475 at 19504-06.)  The Court also granted Defendants' motion to strike the allegations of a "Nationwide Damages Class."  (*Id.* at PageID 19517-23.)

Notwithstanding the Court's direction not to "attempt[] to resurrect claims that have already been dismissed," Plaintiffs included all of these dismissed claims in their Amended Complaint.  (*See* ECF No. 400 (Amended Complaint) ¶¶ 279A (Alabama antitrust statute); 279B (Alaska antitrust statute); 279F (Colorado antitrust statute); 279J (Illinois antitrust statute); 279B (Tennessee antitrust statute, including claims as to camps and apparel); 286D (Colorado consumer protection statute); 286J (Illinois consumer protection statute).)  Plaintiffs also improperly included the previously-struck allegations of a "Nationwide Damages Class."  (*Id.* ¶¶ 45, 270-76, 288-97 (alleging existence of, and claims on behalf of, a "Nationwide Damages Class.").)

Defendants accordingly request that the Court strike those claims and allegations from the Amended Complaint under Rule 12(f) and/or dismiss those claims under Rules 12(b)(6) or 12(c) of the Federal Rules of Civil Procedure.

Defendants note that Plaintiffs have asserted additional claims under various states' laws, which should be dismissed as well, for the reasons stated in Defendants' summary judgment motion and associated briefing.  (*See* ECF No. 471 at 47-60; ECF No. 505 at 21-27.)

Dated: October 26, 2023                    Respectfully submitted,

                                                    s/ Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999

gcary@cgsh.com
skaiser@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; and Charlesbank Equity Fund IX, LP; Bain Capital Private Equity LP; Bain Capital Fund XII, L.P.; Bain Capital Fund (DE) XII, L.P.; and Bain Capital Fund (Lux) XII, SCSp*


s/ Nicole Berkowitz Riccio

Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
James Andrew Roach (TN #37934)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000

Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com
aroach@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*


s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
Kiprian E. Mendrygal*
Jennifer McCoy*
Katherine Wright
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com
kmendrygal@lockelord.com
jennifer.mccoy@lockeord.com
katie.wright@lockelord.com

* Admitted pro hac vice

Edward L. Stanton III (TN #018904)
S. Keenan Carter (TN # 023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.carter@butlersnow.com

*Attorneys for Jeff Webb*

4