# EXHIBIT A

**Amara Getzell**

| | |
|---|---|
| **From:** | Kaiser, Steven J. <skaiser@cgsh.com> |
| **Sent:** | Friday, October 6, 2023 9:38 AM |
| **To:** | David Seidel; Cary, George S.; Haynes, Savannah; mmulqueen@bakerdonelson.com |
| **Cc:** | Joseph Saveri; Ronnie Spiegel; Louis Kessler |
| **Subject:** | RE: Jones v. Bain et al |
| **Attachments:** | CB00546529.pdf |

External (skaiser@cgsh.com)

Report This Email   FAQ   Skout Email Protection

David,

Although discovery is closed and has been for more than a year, as a courtesy, attached is what was on the website. It seems essentially identical to CB00202737.

___

Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Tuesday, October 3, 2023 8:09 PM
**To:** Cary, George S. <gcary@cgsh.com>; Kaiser, Steven J. <skaiser@cgsh.com>; Haynes, Savannah <shaynes@cgsh.com>; mmulqueen@bakerdonelson.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Louis Kessler <Lkessler@saverilawfirm.com>
**Subject:** Jones v. Bain et al

Counsel,

It has come to our attention that Charlesbank appears to have prepared a Case Study regarding Varsity. It's mentioned in the attached article by Matt Stoller, who appears to have located it on the Charlesbank website. It doesn't appear to have been maintained on the website. We have reviewed Charlesbank's production of documents and we cannot locate the final version of the case study or any communications about the case study other than from Mr. David Katz. There are some other references to the draft case study but no final versions of it. *See* CB00097631-32, CB00201477-78, CB00202733-34, CB00202736-37, CB00205999-6000.

Can you direct us to the final version of the case study?

Thank you,
David

**David Seidel**
Associate

_____



601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x906
**F** 415.395.9940


This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement