# EXHIBIT D

## Amara Getzell

| | |
|---|---|
| **From:** | Mulqueen, Matt <mmulqueen@bakerdonelson.com> |
| **Sent:** | Thursday, September 28, 2023 8:59 AM |
| **To:** | David Seidel; Joseph Saveri; Ronnie Spiegel |
| **Cc:** | Kaiser, Steven J.; Haynes, Savannah; Riccio, Nicole; Brendan Gaffney (bgaffney@lockelord.com) |
| **Subject:** | RE: Jones et al. v. Varsity Brands et al., 2:20-cv-02892-SHL-tmp |

External (mmulqueen@bakerdonelson.com)

Report This Email   FAQ   Skout Email Protection

Counsel,

It has come to our attention that Plaintiffs' summary judgment response filings do not use double spacing in compliance with Local Rule 7.1(b).  Double spacing with Times New Roman Font Size 12 would result in a document with approximately 23 lines per page.  Plaintiffs' submissions instead contain approximately 27 lines per page, adding a substantial amount of content that exceeds the page limits allowed for Plaintiffs' submissions under the Court's prior order.

Please advise if you will agree to a joint motion seeking an order allowing Plaintiffs to refile their summary judgment papers in full compliance with Local Rule 7.1(b), extending Defendants' reply deadline to two weeks after Plaintiffs' resubmission, and allowing Defendants 50 pages to allocate across their reply briefs.  If we cannot agree, Defendants intend to file a motion to strike Plaintiffs' summary judgment submissions seeking the same relief extending Defendants' time to respond to resubmitted filings and allocating 50 pages across the reply briefs.

Given the upcoming reply deadline, we need to move quickly to resolve this issue.  If opposed, we intend to file a motion early tomorrow seeking an expedited response deadline of next Wednesday, October 4th.  Therefore, please provide your response today.  We of course are hopeful we can reach agreement on this issue.  I am generally available today to discuss via phone today as needed.

Matt

**Matthew S. Mulqueen**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct Dial: (901) 577-8234
Direct Fax: (901) 577-0843
E-mail:  mmulqueen@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

**From:** Mulqueen, Matt
**Sent:** Monday, September 25, 2023 9:44 AM
**To:** David Seidel <dseidel@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>
**Cc:** Kaiser, Steven J. <skaiser@cgsh.com>; Haynes, Savannah <shaynes@cgsh.com>; Riccio, Nicole

1

<NRiccio@bakerdonelson.com>; Brendan Gaffney (bgaffney@lockelord.com) <bgaffney@lockelord.com>
**Subject:** Jones et al. v. Varsity Brands et al., 2:20-cv-02892-SHL-tmp

Counsel,

Defendants will be filing a motion seeking permission to allocate a total of 50 pages across Defendants' reply briefs in support of summary judgment.  Please let us know Plaintiffs' position on the request so we can note it in our certificate of consultation.  I am available for a call to discuss if needed.  Please let us know your position by noon central tomorrow.

Matt

**Matthew S. Mulqueen**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct Dial: (901) 577-8234
Direct Fax: (901) 577-0843
E-mail:  mmulqueen@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.