# EXHIBIT F

This is an APPLE PAGES document with the following settings:

1-inch margins, 12-point Times New Roman font, and "double" line spacing

AAAAAAA

BBBBBBB

CCCCCCC

DDDDDDD

EEEEEEE

FFFFFFF

GGGGGGG

HHHHHHH

IIIIIII

JJJJJJJ

KKKKKKK

LLLLLLL

MMMMMMM

NNNNNNN

OOOOOOO

PPPPPPP

QQQQQQQ

RRRRRRR

SSSSSSS

TTTTTTT

UUUUUUU

VVVVVVV

WWWWWWW

XXXXXXX

YYYYYYY

ZZZZZZZ