# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

### PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE-PRODUCED DOCUMENT IN OPPOSITION TO SUMMARY JUDGMENT

Plaintiffs Jessica Jones and Christina Lorenzen ("Plaintiffs"), on reply in support of their Motion for Leave to File Late-Produced Document in Opposition to Summary Judgment, ECF No. 523, respectfully request that the Court consider the following facts:

1. Defendant Charlesbank Capital Partners, LLC ("Charlesbank") did not produce the website version of the case study previously cited by Plaintiffs. *See* ECF No. 102-1 at 15, n. 11. As such, the previously cited webpage was not Bates-stamped.

2. The previously cited webpage has been missing from Charlesbank's website since September 2022. *See* ECF No. 527 at 1, n. 1.

3. Since the previously cited webpage was not Bates-stamped and is no longer available on Charlesbank's website, it would have been susceptible to challenge on summary judgment regarding its authenticity.

4. The "five different versions" of the case study which Charlesbank did produce are drafts. ECF No. 527, ¶ 4. They are similar to the website version, but they are not the same. *See id.* As shown by the email exchange between counsel, Plaintiffs asked to be "direct[ed] . . . to the final version of the case study" that had been produced in this litigation. ECF No. 528, Ex. F at 4. Charlesbank produced the document Bates-stamped CB00546529 for the first time on October 6, 2023. *See* ECF No. 523, ¶ 7.

5. The document Bates-stamped CB00546529 is the only document with the unique combination of having been both produced in this litigation and confirmed to be "what was on [Charlesbank's] website." *Id*; *see also* ECF No. 528, ¶ 6. No other document in the production can serve as a substitute.

Dated: November 21, 2023                Respectfully submitted,

                                                      By:    */s/ Joseph R. Saveri*
                                                           Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
**TURNER FEILD, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

        Daniel E. Gustafson*
        Daniel C. Hedlund*
        Daniel J. Nordin*
        **GUSTAFSON GLUEK PLLC**
        Canadian Pacific Plaza
        120 South Sixth Street, Suite 2600
        Minneapolis, MN 55402
        Telephone: (612) 333-8844
        Facsimile: (612) 339-6622
        dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        dnordin@gustafsongluek.com

        * Admitted *pro hac vice*

        +Located in Washington State

        *Attorneys for Individual and Representative Plaintiffs*