# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>       Defendants. | No. 2:20-cv-02892-SHL-tmp |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE-PRODUCED DOCUMENT IN OPPOSITON TO SUMMARY JUDGMENT

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Reply in Support of Motion for Leave to File Late-Produced Document in Opposition to Summary Judgment. (ECF No. 531.) In support of the motion, Plaintiffs assert that their Reply addresses Defendants' argument that Plaintiffs have had access to the document they now seek to file since September 2021. (Id.) Defendants do not oppose the Motion. (Id. at PageID 33293.)

Given the lack of opposition, and for good cause shown, the Court **GRANTS** Plaintiffs' Motion.

**IT IS SO ORDERED**, this 27th day of November, 2023.

                                                              s/ Sheryl H. Lipman
                                                              SHERYL H. LIPMAN
                                                              CHIEF UNITED STATES DISTRICT JUDGE