UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, *et al.*<br><br>    Plaintiffs,<br> v.<br><br>VARSITY BRANDS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' MOTION TO UNSEAL COURT RECORDS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants move this Court to extend the time to respond to Plaintiffs' Motion to Unseal Court Records (the "Motion to Unseal") (ECF No. 529). Defendants request that the Court extend the deadline for Defendants to respond to the Motion to Unseal until and through December 12, 2023, to allow the Parties to continue conferring on a potential agreed resolution to the Motion. Plaintiffs do not oppose this request. As good cause, Defendants state the following:

  1.  Plaintiffs filed their Motion to Unseal requesting that the Court order Defendants to show cause why all briefing and exhibits filed in support of and opposition to Plaintiffs' motion for class certification, Defendants' motion for summary judgment, and the Parties' *Daubert* motions should not be unsealed.

  2.  The Motion to Unseal implicates briefs, statements of fact, and approximately 15,000 pages of exhibits that the Parties have filed under seal pursuant to Section IX of the Protective Order entered in this case (ECF No. 62 at PageID 371–372), as well as Western District of Tennessee ECF Policies and Procedures 8.1 and 13.4.3.

3. The Parties are in the process of negotiating a protocol to address the sealed material to avoid burdening the Court, as much as possible, with the issues raised in the Motion to Unseal.

4. Given the number of documents implicated by the Motion to Unseal, along with the intervening Thanksgiving holiday, the Parties have not yet been able to reach an agreement in full on the details of an agreed protocol for addressing the sealed material. However, the Parties are optimistic that they will be able to reach an agreement concerning such a protocol by December 12, 2023. An agreed protocol would result in the preservation of judicial resources.

5. Therefore, Defendants respectfully request that the Court extend the deadline to respond to the Motion to Unseal until and through December 12, 2023.

6. Plaintiffs do not oppose the relief requested herein.

For these reasons, Defendants respectfully request that the Court enter an order extending the time for Defendants to respond to the Motion to Unseal until and through December 12, 2023.

Dated: December 5, 2023

Respectfully submitted,

s/Matthew S. Mulqueen
George S. Cary*
Steven J. Kaiser*
Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com
lbernhardt@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted pro hac vice

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; Bain Capital Private Equity LP*


s/ Nicole Berkowitz Riccio
Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc. and USA Sport Cheering, d/b/a USA Cheer*

3

                                                                           s/ Brendan P. Gaffney
Paul E. Coggins*
Brendan P. Gaffney*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

\* Admitted *pro hac vice*

Edward L. Stanton III (TN #018904)
S. Keenan Carter (TN #023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Phone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.Carter@butlersnow.com

*Attorneys for Jeff Webb*

## CERTIFICATE OF CONSULTATION

    I, Matthew S. Mulqueen, hereby certify that pursuant to Local Rule 7.2(a)(1)(B), I, along with Nicole Berkowitz Riccio and Brendan P. Gaffney, consulted with counsel for Plaintiffs, David Seidel, by email and telephone on November 29 and December 1, 4, and 5, 2023 concerning a potential agreed protocol to resolve the Motion to Unseal as well as the relief requested herein. Mr. Seidel stated in a December 5 telephone call that Plaintiffs agree to the requested relief to allow the Parties to continue negotiating an agreed protocol.

    Dated: December 5, 2023.

                                                                      s/Matthew S. Mulqueen
                                                                      Matthew S. Mulqueen