# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO UNSEAL COURT RECORDS

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Unseal Court Records, filed December 5, 2023. (ECF No. 535.) Defendants seek a seven-day extension of the December 5 deadline to respond to the Motion to Unseal because the Parties are currently working toward a resolution of the motion. (Id. at PageID 33316.)

For good cause shown, the Court **GRANTS** the motion. Defendants' response is now due December 12, 2023. However, Defendants are cautioned not to wait until the day a filing is due to request an extension.

**IT IS SO ORDERED,** this 6th day of December, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
