# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 85.3 Plaintiffs hereby respectfully request the Court allow Steven N. Williams to withdraw as counsel for Plaintiffs and the putative class. Mr. Williams is no longer employed by or a member of Joseph Saveri Law Firm, LLP. Further, Plaintiffs request he be removed from the CM/ECF docket and official service list. Plaintiffs will continue to be represented by the remaining counsel of record from Joseph Saveri Law Firm, LLP, Paul LLP, Bruce Turner, PLLC, Gustafson Gluek PLLC, and Hartley LLP.

Dated: December 8, 2023

Respectfully submitted,

By: _____/s/ Joseph R. Saveri_____
         Joseph R. Saveri

Joseph R. Saveri*
Ronnie Seidel Spiegel*
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*

**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs*