IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | No. 2:20-cv-02892-SHL-tmp |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Plaintiffs' Motion for Leave to Withdraw as Counsel, filed on December 8, 2023. (ECF No. 538.) Plaintiffs request that Attorney Steven N. Williams be permitted to withdraw as an attorney of record because he is no longer employed or a member of Joseph Saveri Law Firm, LLP. (Id.) Plaintiffs state that they will continue to be represented by remaining counsel of record at Joseph Saveri Law Firm, LLP, along with other counsel at Paul LLP, Bruce Turner, PLLC, Gustafson Gluek PLLC, and Hartley LLP, so there will be no interruption in representation. (Id.)

Finding good cause, the motion is **GRANTED**. Mr. Williams will no longer be counsel of record for Plaintiffs in this case.

**IT IS SO ORDERED**, this 11th day of December, 2023.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE