IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)　　No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING JOINT MOTION ADDRESSING
PLAINTIFFS' MOTION TO UNSEAL COURT RECORDS**

Before the Court is the Parties' Joint Motion Addressing Plaintiffs' Motion to Unseal Court Records ("Joint Motion"). (ECF No. 542). The Parties explain that they have agreed to a protocol to address the documents currently under seal, and that as a result, Plaintiffs withdraw their Motion to Unseal Court Records (ECF No. 529). (ECF No. 542 at PageID 33344–45.)

For good cause shown, the Court **GRANTS** the motion. The Parties shall engage in the protocol set forth in the Joint Motion. Plaintiffs' Motion to Unseal Court Records (ECF No. 529) is considered withdrawn and is therefore **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 13th day of December, 2023.

　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman　　　　　　
　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE