*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| Jessica Jones, et al. |

| Defendant |
| --- |
| Varsity Brands, LLC, et al. |

| Case Number | Judge |
| --- | --- |
| 2:20-cv-02892-SHL-tmp | Sheryl H. Lipman |

I, Scott A. Edelman, hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; Charlesbank Equity Fund IX, LP; and Charlesbank Capital Partners, LLC.

I am a member of good standing and eligible to practice before the following courts :

| Title of Court | Date Admitted |
| --- | --- |
| Southern District of New York | 3/14/1989 |
| Eastern District of New York | 5/31/1994 |
| Second Circuit Court of Appeals | 5/10/2019 |
| Third Circuit Court of Appeals | 2/28/2018 |
| Tenth Circuit Court of Appeals | 2/9/2019 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Edelman | Scott | A. |

| Applicant's Firm Name |
|---|
| Milbank LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 55 Hudson Yards | |

| City | State | Zip Code |
|---|---|---|
| New York | NY | 10001 |

| Applicant's Email Address |
|---|
| sedelman@milbank.com |

| Applicant's Phone Number(s) |
|---|
| 212-530-5000 |

Certificate of Consultation

I hereby certify that on December 20, 2023, counsel for Plaintiffs and Defendants confirmed, via phone call, that Plaintiffs do not object to this Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 12/27/2023 | S/ *[signature: Scott A. Edelman]* |



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Scott Alexander Edelman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on December 13, 2023.*

*Acting Clerk of the Court*

CertID-00151242



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Acting Clerk of the Court

**KENNETH BAND**
Deputy Clerks

**MELISSA KRAKOWSKI**
**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
Associate Deputy Clerks

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__SCOTT ALEXANDER EDELMAN__, Bar # __SE5247__

was duly admitted to practice in the Court on

__March 14, 1989__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.           On      __December 14, 2023__
           New York, New York

__Ruby J. Krajick__                By      __s/ R. Juliano__
Clerk of Court                             Deputy Clerk