*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| Jessica Jones, et al. |

| Defendant |
|---|
| Varsity Brands, LLC, et al. |

| Case Number | Judge |
|---|---|
| 2:20-cv-02892-SHL-tmp | Sheryl H. Lipman |

I, Richard G. Parker, hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; Charlesbank Equity Fund IX, LP; and Charlesbank Capital Partners, LLC.

I am a member of good standing and eligible to practice before the following courts :

| Title of Court | Date Admitted |
|---|---|
| California | 12/20/1974 |
| District of Columbia | 10/31/1980 |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Parker | Richard | G. |

| Applicant's Firm Name |
|---|
| Milbank LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 1850 K Street, N.W. | 1100 |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20006 |

| Applicant's Email Address |
|---|
| rparker@milbank.com |

| Applicant's Phone Number(s) |
|---|
| 202-835-7500 |

Certificate of Consultation

I hereby certify that on December 20, 2023, counsel for Plaintiffs and Defendants confirmed, via phone call, that Plaintiffs do not object to this Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 12/27/2023 | S/ [signature] |

Page -2-



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Richard G Parker*

*was duly qualified and admitted on October 31, 1980 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on December 14, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*