*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| Jessica Jones, et al. |

| Defendant |
| --- |
| Varsity Brands, LLC, et al. |

| Case Number | Judge |
| --- | --- |
| 2:20-cv-02892-SHL-tmp | Sheryl H. Lipman |

I, Fiona A. Schaeffer, hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; Charlesbank Equity Fund IX, LP; and Charlesbank Capital Partners, LLC..

I am a member of good standing and eligible to practice before the following courts :

| Title of Court | Date Admitted |
| --- | --- |
| Southern District of New York | 8/12/2003 |
| US Supreme Court | 3/29/2011 |
| Second Circuit Court of Appeals | 8/17/2017 |
| NY First Department | 6/26/2001 |
| Eastern District of New York | 8/12/2003 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Schaeffer | Fiona | A. |

| Applicant's Firm Name |
|---|
| Milbank LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 55 Hudson Yards | |

| City | State | Zip Code |
|---|---|---|
| New York | NY | 10001 |

| Applicant's Email Address |
|---|
| fschaeffer@milbank.com |

| Applicant's Phone Number(s) |
|---|
| 212-530-5000 |

## Certificate of Consultation

I hereby certify that on December 20, 2023, counsel for Plaintiffs and Defendants confirmed, via phone call, that Plaintiffs do not object to this Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 12/27/2023 | S/ Fiona Schaeffer |



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Fiona Anne Schaeffer

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **June 26, 2001**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on December 13, 2023.*

*Clerk of the Court*

CertID-00151173



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| DIANNE T. RENWICK<br>PRESIDING JUSTICE | MARGARET SOWAH<br>DEPUTY CLERK OF THE COURT |
| SUSANNA MOLINA ROJAS<br>CLERK OF THE COURT | DOUGLAS C. SULLIVAN<br>DEPUTY CLERK OF THE COURT |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____FIONA  ANNE  SCHAEFFER_____ , Bar # _____FS1409_____

was duly admitted to practice in the Court on

_____August 12, 2003_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.                On     _____December 14, 2023_____
           New York, New York


_____Ruby J. Krajick_____        By     _____s/ R. Juliano_____
           Clerk of Court                                 Deputy Clerk