IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JESSICA JONES and CHRISTINA LORENZEN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.                Civil No. 2:20-CV-02892-SHL-tmp

VARSITY BRANDS, LLC, et al.,

      Defendants.

---

## NOTICE OF APPEARANCE

Comes now, Shea Sisk Wellford with Martin, Tate, Morrow & Marston, P.C. and notifies the Court of her appearance on behalf of Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; Charlesbank Equity Fund IX, LP; and Charlesbank Capital Partners, LLC in this matter.

    Respectfully submitted,

    */s/ Shea Sisk Wellford*
    Shea Sisk Wellford (TN Bar No. 16947)
    Martin, Tate, Morrow & Marston, P.C.
    International Place, Tower II
    6410 Poplar Ave., Ste. 1000
    Memphis, TN 38119
    Phone: 901-522-9000
    sheawellford@martintate.com

    *Attorneys for Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; Charlesbank Equity Fund IX, LP; and Charlesbank Capital Partners, LLC*