UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, *et al*.<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>VARSITY BRANDS, LLC, *et al*.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL OF RECORD**

**COME NOW** Matthew S. Mulqueen and Adam Baldridge of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Attorneys") and move under Local Rule 83.5 for permission to withdraw as counsel of record as set out below.

The Baker Attorneys move for permission to withdraw as counsel for Charlesbank Capital Partners, LLC, Charlesbank Equity Fund VII, LP, Charlesbank Equity Fund VIII, LP, and Charlesbank Equity Fund IX, LP (collectively "Charlesbank Defendants").

The Charlesbank Defendants will be represented by Scott Edelman, Katherine Fell, Richard Parker, and Fiona Schaeffer with Milbank, LLP, and Shea Wellford of the law firm of Martin Tate Morrow and Marston, P.C.

As such, the Baker Attorneys seek leave of Court permitting their withdrawal as counsel of record as set out above.

　　　Dated: December 29, 2023

Respectfully submitted,

/s/ Matthew S. Mulqueen

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashions & Supplies, LLC; Charlesbank Capital Partners, LLC; Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; and Charlesbank Equity Fund IX, LP; Bain Capital Private Equity LP; Bain Capital Fund XII, L.P., Bain Capital Fund (DE) XII, L.P., and Bain Capital Fund (Lux) XII, SCSp*

**CERTIFICATE OF CONSULTATION UNDER LOCAL RULE 7.2(a)(1)(B)**

I hereby certify that on December 27, 2023, I notified Plaintiffs' counsel via email that the Baker Attorneys would be seeking the relief set out in this motion. On December 28, 2023, Joseph Saveri responded via email that Plaintiffs did not oppose this motion.

s/ Matthew S. Mulqueen
Matthew S. Mulqueen