UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, *et al.*<br><br>             Plaintiffs,<br><br>   v.<br><br>VARSITY BRANDS, LLC, *et al.*,<br><br>             Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL OF RECORD**

**COME NOW** George S. Cary, Steven J. Kaiser, Linden Bernhardt, Jennifer Kennedy Park, and Heather Nyong'o and the law firm of Cleary Gottlieb Steen & Hamilton, LLP ("Cleary Attorneys") and move under Local Rule 83.5 for permission to withdraw as counsel of record as set out below. (The Cleary Attorneys will remain as counsel for Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC.)

In particular, the Cleary Attorneys move for permission to withdraw as counsel for Charlesbank Capital Partners, LLC; Charlesbank Equity Fund VII, LP; Charlesbank Equity Fund VIII, LP; and Charlesbank Equity Fund IX, LP (collectively "Charlesbank Defendants"); and Bain Capital Private Equity LP; Bain Capital Fund XII, L.P.; Bain Capital Fund (DE) XII, L.P.; and Bain Capital Fund (Lux) XII, SCSp (collectively "Bain Defendants").

The Charlesbank Defendants will be represented by Scott Edelman, Katherine Fell, Richard Parker, and Fiona Schaeffer with Milbank, LLP, and Shea Wellford of the law firm of Martin Tate Morrow and Marston, P.C. The Bain Defendants will continue to be represented by

Matthew S. Mulqueen and Adam Baldridge and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. and by Mike Bonanno, Chris Tayback, and Ryan Andrews of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Attorneys") upon the Quinn Attorneys' admission to practice pro hac vice in this matter.[1]

As such, the Cleary Attorneys seek leave of Court permitting their withdrawal as counsel of record as set out above.

Dated: December 29, 2023

        Respectfully submitted,

        /s/ Steven J. Kaiser

        George S. Cary*
        Steven J. Kaiser*
        Linden Bernhardt*
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        2112 Pennsylvania Avenue, NW
        Washington, DC 20037
        Phone: (202) 974-1500
        Fax: (202) 974-1999
        gcary@cgsh.com
        skaiser@cgsh.com
        lbernhardt@cgsh.com

        Jennifer Kennedy Park*
        Heather Nyong'o*
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        1841 Page Mill Road, Suite 250
        Palo Alto, CA 94304
        Phone: (650) 815-4100
        Fax: (202) 974-1999
        jkpark@cgsh.com
        hnyongo@cgsh.com

        * Admitted *pro hac vice*

---

[1] The Quinn Attorneys have applied for ECF credentials for the Western District of Tennessee and will be filing motions for admission pro hac vice upon receipt of those credentials.

2

### CERTIFICATE OF CONSULTATION UNDER LOCAL RULE 7.2(a)(1)(B)

I hereby certify that on December 27, 2023, Matthew S. Mulqueen notified Plaintiffs' counsel via email that the Cleary Attorneys would be seeking the relief set out in this motion. On December 28, 2023, Joseph Saveri responded via email that Plaintiffs did not oppose this motion.

s/ Steven J. Kaiser<br>
Steven J. Kaiser