AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

## CERTIFICATE OF GOOD STANDING

I, **Fernando Galindo**, Clerk of this Court,

certify that **Ryan Timothy Andrews**, Bar # **90519**,

was duly admitted to practice in this Court on **12/08/2017**, and is in good standing as a member of the Bar of this Court.

Dated at **Alexandria, Virginia** on **12/22/2023**
*(Location)* *(Date)*

*Jacqueline Black*
DEPUTY CLERK