## Attachment A

I, Christopher Tayback, am a member of good standing and eligible to practice before the following courts:

|  |  | Date Admitted |
|---|---|---|
| State Bar of California | Bar No. 145532 | 12/11/1989 |
| U.S. District Court for the Central District of California | | 9/26/1991 |
| U.S. District Court for the Northern District of California | | 8/4/2000 |
| U.S. District Court for the Southern District of California | | 6/5/2006 |
| | | |
| U.S. District Court for the District of Alaska | | 2008 |
| U.S. District Court for the District of Arizona | | 9/12/1997 |
| U.S. District Court for the District of Kansas | | 2007 |
| U.S. District Court for the District of Massachusetts | | 1/12/2005 |
| U.S. District Court for the District of Nevada | | 3/7/2019 |
| | | |
| U.S. Court of Appeals for the Second Circuit | | 9/30/21 |
| U.S. Court of Appeals for the Third Circuit | | 03/15/16 |
| U.S. Court of Appeals for the Ninth Circuit | | 12/11/1989 |
| U.S. Court of Appeals for the Tenth Circuit | | 2/14/2002 |
| | | |
| United States Supreme Court | | 12/2/2002 |