# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Christopher Tayback__, Bar No. __145532__

was duly admitted to practice in this Court on __September 26, 1991__
DATE

and __is active and in good standing__ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __December 26, 2023__
Date

KIRY K. GRAY
Clerk of Court

By __[signature]__

Shéa Bourgeois, Deputy Clerk



G-52 (10/15)   CERTIFICATE OF GOOD STANDING