

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MICHAEL DOMENIC BONANNO

was, on the  4th  day of  December  A.D.  2017  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  27th  day of  December  A.D.  2023 .



**ANGELA D. CAESAR,** Clerk of Courts

By: _Kia Lanford_

**Deputy Clerk**