# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | No. 2:20-cv-02892-SHL-tmp |

## THIRD SUPPLEMENTAL SCHEDULING ORDER

Pursuant to the Status Conference held on January 3, 2024, the Court hereby establishes a Supplemental Scheduling Order as follows:

| Event | Dates |
|---|---|
| **Motions In Limine** | May 8, 2024 |
| **Trial Memoranda** | May 15, 2024 |
| **Responses to Motions in Limine and Request for Jury Questionnaire** | May 24, 2024 |
| **Joint Proposed Pretrial Order, Jury Instructions, and Voir Dire** | May 29, 2024 |
| **Pretrial Conference** (All counsel participating in the trial must be present in person.) | June 13, 2024, at 9:30 a.m. in Courtroom 1 |
| **Jury Trial** | July 8, 2024, at 9:30 am in Courtroom 1 |

*This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**IT IS SO ORDERED,** this 3rd day of January, 2024.

                                                  s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE