# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

## PLAINTIFFS' SUBMISSION FOR JANUARY 3, 2024 STATUS CONFERENCE

## PLAINTIFFS' SUBMISSION FOR JANUARY 3, 2024 STATUS CONFERENCE

Plaintiffs respectfully submit this information in preparation for the upcoming Status Conference on January 3, 2024.

### I. CURRENT SCHEDULE

On August 18, 2022, the Court issued its original scheduling order. ECF No. 342.

On February 10, 2023, Plaintiffs moved for class certification of the proposed classes. ECF No. 387.

On February 23, 2023, the Court issued a Notice of Setting a jury trial before Chief Judge Cheryl H. Lipman for March 11, 2024, at 9:30 a.m. in Courtroom No. 1, on the 11th floor of the Federal Building in Memphis, Tennessee. ECF No. 396.

For the Court's reference, below is a list of pending pretrial dates:

| DATE | ITEM |
| --- | --- |
| 1/3/2024 | Status Conference. |
| 1/10/2024 | Proposed date on which parties will first exchange pretrial exhibit and testimony designations, and witness lists to opposing counsel per FRCP 26(a)(3)(B). |
| 1/12/2024 | Last day to file motions in limine. |
| 1/17/2023 | Last day to file responses to opposing parties' motions in limine. |
| 1/19/2024 | Last day for parties to file Pretrial Memos. |
| 2/2/2024 | Last day to file Joint Pretrial Order. |
| 2/15/2024 | Pretrial Conference (Memphis, TN) at 10:00 AM. |
| 2/26/2024 | Last day to file proposed jury instructions, any special v*oir dire* questions, and any special interrogatories or verdict forms. |
| 3/11/2024 | Jury trial begins (Memphis, TN) at 9:30 am. |

## II.  PENDING MOTIONS

For the Court's reference, the following is a list of pending motions:

**A.    Plaintiffs' Pending Motions**

    1.    Plaintiffs' Motion to Appoint Lead Counsel and Certificate of Consultation (ECF No. 380);

    2.    Plaintiffs' Motion to Exclude Jonathan M. Orszag and Dr. Kevin Murphy, in Part and Certificate of Consultation (ECF No. 384);

    3.    Indirect Purchaser Plaintiffs' Motion for Class Certification (ECF No. 387 (public); ECF No. 389 (filed under seal));

    4.    Plaintiffs' Motion to Add Class Representative (ECF No. 394);

    5.    Plaintiffs' Cross-Motion for Sanctions Against Defendants and Counsel and Memorandum of Law in Support (ECF No. 416 (Public); ECF No. 417 (filed under seal)); and

    6.    Plaintiffs' Motion for Leave to File Late-Produced Document in Opposition to Motion for Summary Judgment (ECF No. 522 (public); ECF No. 523 (filed under seal)).

**B.    Defendants' Pending Motions**

    1.    Defendants' Motion to Exclude the Testimony of Janet S. Netz, PhD (ECF No. 382 (public); ECF No. 383 (filed under seal));

    2.    Defendants' Motion to Exclude Testimony of James H. Aronoff (ECF No. 385 (public);

    3.    Defendants' Motion to Exclude the Testimony of Randal H. Heeb, PhD (ECF No. 388 (public); ECF No. 390 (filed under seal));

    4.    Defendants' Motion to Exclude the Testimony of Jen Maki, PhD (ECF No. 391 (public); ECF No. 392 (filed under seal));

    5.    Defendants' Motion for Sanctions Under Rule 11 of the Federal Rules of Civil Procedure and Memorandum in Support Thereof (ECF No. 402 (public); ECF No. 403

(filed under seal));

      6.    Defendants' Joint Motion for Summary Judgment (ECF No. 466 (public); ECF Nos. 467, 469, 471–473 (filed under seal)); and

      7.    Defendants' Motion to Dismiss and to Strike Claims Previously Dismissed and Materials Previously Struck (ECF No. 511).

Dated: December 29, 2023

Respectfully submitted,

By:    /s/ Joseph R. Saveri
      Joseph R. Saveri

Joseph R. Saveri*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
**TURNER FEILD, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300

Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*