UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

JONES, et al.

Plaintiffs,

v.

VARSITY BRANDS, LLC, et al.,

Defendants.

**Case No. 2:20-cv-02892-SHL-tmp**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby submit the Sixth Circuit's decision in *Fox v. Saginaw County*, 67 F.4th 284 (6th Cir. 2023) (decided April 28, 2023) and the decision of the Eastern District of Michigan in *Norman v. FCA US, LLC*, 2023 WL 6388926 (Sept. 30, 2023) as supplemental authority in further support of their opposition to Plaintiffs' motion for class certification (ECF No. 420).

In *Fox* (attached as Exhibit A hereto), the Sixth Circuit vacated a class certification order of the Eastern District of Michigan. Of particular relevance to ECF No. 420, in vacating class certification, the Sixth Circuit held that a class may not be certified where the proposed representative plaintiffs do not have standing to bring all of the claims that they seek to assert on behalf of the class. *Fox*, at 292-300.

In *Norman* (attached as Exhibit B hereto), citing the "clarification provided by Fox," the court held that a proposed class representative could not bring "claims based in the laws of states

of which they have not been injured" and could not maintain a class action consisting of such claims. *Norman*, at *7-*8.[1]

Here, Plaintiffs allegedly indirectly purchased cheer competitions and cheer apparel in Colorado and Kansas but seek to bring claims on behalf of purchasers in more than thirty other states under the laws of those other states. The submitted cases are therefore of particular relevance to Plaintiffs' motion for class certification.

Dated: January 9, 2024

Respectfully submitted,

s/ Matthew S. Mulqueen

George S. Cary*
Steven J. Kaiser*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com

Jennifer Kennedy Park*
Heather Nyong'o*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Phone: (650) 815-4100
Fax: (202) 974-1999
jkpark@cgsh.com
hnyongo@cgsh.com

* Admitted *pro hac vice*

[1] Since *Fox* was decided, another district court in the Sixth Circuit declined to dismiss out-of-state claims in a class action on standing grounds. *See Generations Changers Church v. Church Mutual Ins. Co.*, 2023 WL 6206152 (M.D. Tenn. Sept. 23, 2023). Although this decision was issued after *Fox* was decided, the court did not consider the implications of *Fox* on the issue of a proposed multi-state class where the proposed representative did not itself have standing under several of the state laws at issue.

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC*; *Varsity Spirit, LLC*; and *Varsity Spirit Fashions & Supplies, LLC*

s/ Nicole Berkowitz Riccio

Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
James Andrew Roach (TN #37934)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com
aroach@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
Kiprian E. Mendrygal*
Jennifer McCoy*
Katherine Wright
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800

pcoggins@lockelord.com
bgaffney@lockelord.com
kmendrygal@lockelord.com
jennifer.mccoy@lockeord.com
katie.wright@lockelord.com

* Admitted pro hac vice

Edward L. Stanton III (TN #018904)
S. Keenan Carter (TN # 023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.carter@butlersnow.com

*Attorneys for Jeff Webb*

/s/ Michael D. Bonanno

Michael D. Bonanno*
Ryan T. Andrews*
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
ryanandrews@quinnemanuel.com

Christopher Tayback*
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (231) 443-3000
Fax: (231) 443-3100
christayback@quinnemanuel.com

* Admitted pro hac vice

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Bain Capital Private Equity, LLC, Bain Capital Fund XII, L.P., Bain Capital Fund (DE) XII, L.P., and Bain Capital Fund (Lux) XII, SCSp*