# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, *et al.*<br><br>      Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC, *et al.*,<br><br>      Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

### LINDEN BERNHARDT'S UNOPPOSED MOTION
### FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** Linden Bernhardt pursuant to Local Rule 83.5 and files this Motion seeking leave to withdraw as counsel of record for Defendants Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC (collectively, "Varsity Defendants"). In support of this Motion, Ms. Bernhardt states that she is departing from her employment with Cleary Gottlieb Steen & Hamilton, LLP.

The Varsity Defendants will continue to be represented by George S. Cary, Steven J. Kaiser, Jennifer Kennedy Park, and Heather Nyong'o from Cleary Gottlieb Steen & Hamilton, LLP, along with Matthew S. Mulqueen and Adam Baldridge from Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

As such, Ms. Bernhardt seeks leave of Court permitting her withdrawal as counsel of record for the Varsity Defendants, being relieved of any further duties in this cause.

Respectfully submitted,

/s/ Linden Bernhardt

Linden Bernhardt*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
lbernhardt@cgsh.com

* Admitted *pro hac vice*

*Attorney for Varsity Brands, LLC*; *Varsity Spirit, LLC*; *and Varsity Spirit Fashions & Supplies, LLC*

## CERTIFICATE OF CONSULTATION UNDER LOCAL RULE 7.2(a)(1)(B)

I hereby certify that on December 27, 2023, Matthew S. Mulqueen notified Plaintiffs' counsel via email that Linden Bernhardt would move to withdraw as counsel of record for the reasons stated above. Joseph Saveri responded via email on December 28, 2023, that Plaintiffs do not oppose this motion.

s/ Linden Bernhardt
Linden Bernhardt