# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | No. 2:20-cv-02892-SHL-tmp |
| ) | |
| VARSITY BRANDS, LLC, et al., ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Linden Bernhardt's Unopposed Motion for Leave to Withdraw as Counsel of Record, filed on January 10, 2024. (ECF No. 570.) Defendants Varsity Brands, LLC, Varsity Spirit Fashions & Supplies, Inc., and Varsity Spirit, LLC (collectively "Varsity Defendants") request that Bernhardt be permitted to withdraw as an attorney of record because she is leaving her employment with Cleary Gottlieb Steen & Hamilton, LLP ("Cleary"). (Id.) Varsity Defendants state that they will continue to be represented by remaining counsel of record at Cleary, along with other counsel at Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., so, there will be no interruption in representation. (Id.)

Finding good cause, the motion is **GRANTED.** Bernhardt will no longer be counsel of record for Varsity Defendants in this case.

**IT IS SO ORDERED,** this 10th day of January, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE