# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>Defendants. | No. 2:20-cv-02892-SHL-tmp |

## ORDER GRANTING INDIRECT PURCHASERS' SUPPLEMENTAL MOTION TO UNSEAL FILINGS PREVIOUSLY FILED UNDER SEAL

Before the Court is Plaintiffs Jessica Jones and Christina Lorenzen's (together "Indirect Purchasers") Supplemental Motion to Unseal Filings Previously Filed Under Seal, filed March 20, 2024. (ECF No. 595). According to the motion, "Defendants either do not oppose or take no position on this request." (Id. at PageID 34453.)

On November 21, 2023, Indirect Purchasers filed a motion to unseal certain filings that were designated confidential pursuant to the Protective Order. (Id. at PageID 34449.) On December 12, 2023, Indirect Purchasers withdrew that motion because the Parties had agreed to a protocol to address the documents currently under seal. (ECF No. 542 at PageID 33344–45.)

In this motion, Indirect Purchasers explain that the Parties have reached an agreement to unseal, in whole or in part, several documents previously filed under seal.[1] (ECF No. 595 at

---

[1] Indirect Purchasers have also met and conferred with the third-party Plaintiffs from the related case Fusion Elite v. Varsity Brands, LLC, No. 2:20-cv-02600-SHL-tmp, whose material was also designated confidential. (ECF No. 595 at PageID 34450.) The Fusion Elite Plaintiffs agree that a significant portion of their previously designated confidential materials may be unsealed here. (Id.)

PageID 34449.) Indirect Purchasers now seek to have these materials filed on the public docket. (Id.)

Indirect Purchasers seek leave to refile the following documents that the Parties and the Fusion Elite Plaintiffs have agreed to unseal in their entirety:

- Plaintiffs' Class Certification Brief (ECF No. 389);
- Defendants' Opposition to Motion to Exclude Orszag and Murphy (ECF No. 423);
- Plaintiffs' Opposition to Motion to Exclude Netz (ECF No. 426);
- Plaintiffs' Opposition to Motion to Exclude Heeb (ECF No. 430);
- Defendants' Reply in Support of Motion to Exclude Netz (ECF No. 445);
- Plaintiffs' Reply in Support of Motion for Class Certification (ECF No. 454);
- Webb's Brief in Support of Motion Summary Judgment (ECF No. 467);
- USASF's Brief in Support of Motion for Summary Judgment (ECF No. 469);
- Bain's Brief in Support of Motion for Summary Judgment (ECF No. 472);
- Charlesbank's Brief in Support of Motion for Summary Judgment (ECF No. 473);
- Plaintiffs' Opposition to Webb Motion for Summary Judgment Brief (ECF No. 477);
- Plaintiffs' Opposition to USASF Motion for Summary Judgment Brief (ECF No. 479);
- Webb's Reply in Support of Motion for Summary Judgment (ECF No. 503); and
- USASF's Reply in Support of Motion for Summary Judgment (ECF No. 504).

(Id. at PageID 34450–51.) They also seek to refile the following documents that the Parties and Fusion Elite Plaintiffs have agreed to unseal in part, with redactions:

- Defendants' Memorandum of Law in Support of Motion to Exclude Testimony of Plaintiffs' Proffered Expert Janet S. Netz, PHD (ECF No. 383);

- Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Jonathan M. Orszag and Dr. Kevin Murphy, In Part (ECF No. 384);

- Defendants' Memorandum of Law in Support of Motion to Exclude Testimony of Plaintiffs' Proffered Expert Randal Heeb, PHD (ECF No. 390);

- Defendants' Memorandum of Law in Support of Motion to Exclude Testimony of Plaintiffs' Proffered Expert Jen Maki, PHD (ECF No. 392);

- Defendants' Memorandum of Law in Response to Plaintiffs' Motion for Class Certification (ECF No. 421);

- Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Jen Maki, PHD (ECF No. 428);

- Plaintiffs' Reply in Support of Motion to Exclude Orszag and Murphy (ECF No. 441);

- Defendants' Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment (ECF No. 468);

- Defendants' Memorandum of Law in Support of Joint Motion for Summary Judgment (ECF No. 471);

- Plaintiffs' Statement of Additional Undisputed Facts ISO Plaintiffs' Oppositions to Defendants' Motion for Summary Judgment (ECF No. 480);

- Plaintiffs' Response to Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment (ECF No. 482);

- Plaintiffs' Opposition to Defendants Charlesbank Partners, LLC and Bain Capital Private Equity's Motion for Summary Judgment (ECF No. 484);

- Plaintiffs' [Corrected] Opposition to Defendants' Joint Motion for Summary Judgment (ECF No. 488-1);

- Defendants' Reply Memorandum of Law in Support of Joint Motion for Summary Judgment (ECF No. 505);

- Bain's and Charlesbank's Individual Reply Memorandum of Law in Support of Motion for Summary Judgment (ECF No. 506);

- Defendants' Reply in Support of Statement of Undisputed Material Fact (ECF No. 507); and

- Defendants' Response to Plaintiffs' Additional Statements of Fact (ECF No. 508).

(Id. at PageID 34452–53.)

For good cause shown, the motion is **GRANTED**. The Court will unseal the documents that the parties have agreed to unseal in their entirety. The Parties may refile the documents listed above that are being unsealed, in part. At this time, the Court takes no position as to whether the partially sealed documents should remain under seal.

**IT IS SO ORDERED,** this 21st day of March, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE