UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES, et al.,<br><br>          Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>          Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**MOTION FOR ONE WEEK STAY PENDING SETTLEMENT**

Defendants hereby move the Court for a one-week stay of all proceedings. Good cause exists for such a stay because following formal mediation with the aid of an experienced mediator, Defendants accepted a monetary offer by the Plaintiffs to settle the case and the parties are trading drafts on certain non-monetary terms.

However, trial in this matter is scheduled to begin in three months, and finalizing the remaining details of a settlement is challenging in an environment where there are multiple pre-trial exchange deadlines looming, material motions pending before the Court, and additional motions and filings that are being considered by the parties. Defendants accordingly move the Court to stay all proceedings in the case (or otherwise hold such proceedings in abeyance) until April 1, 2024, by which time Defendants expect that any remaining issues will be resolved.

A one-week standstill in the proceedings will not require any adjustment to the trial schedule or other deadlines that have been so ordered by the Court.

Defendants have attempted to confer with Plaintiffs on this motion several times, but have not received a response, as described in the attached certificate of consultation.

The Defendants alternatively request a status conference to discuss these issues with the Court.

Dated: March 25, 2024

s/ Christopher Tayback

Michael D. Bonanno*
Ryan T. Andrews*
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
ryanandrews@quinnemanuel.com

Christopher Tayback*
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (231) 443-3000
Fax: (231) 443-3100
christayback@quinnemanuel.com

* Admitted pro hac vice

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Bain Capital Private Equity, LLC, Bain Capital Fund XII, L.P., Bain Capital Fund (DE) XII, L.P., and Bain Capital Fund (Lux) XII, SCSp*

s/ George S. Cary

George S. Cary*

2

CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
gcary@cgsh.com

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC*

s/ Nicole Berkowitz Riccio

Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN #018904)

3

S. Keenan Carter (TN #023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Phone: (901) 680-7336
Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.Carter@butlersnow.com

*Attorneys for Jeff Webb*

*/s/ Richard G. Parker*
Scott A. Edelman*
Fiona A. Schaeffer*
Katherine K. Fell*
55 Hudson Yards,
New York, NY 10001
Phone: (212) 530-5000
Fax: (212) 530-5219
sedelman@milbank.com
fschaeffer@milbank.com
kfell@milbank.com

Richard G. Parker*
1850 K. Street, N.W.
Washington, DC 20006
Phone: (202) 835-7500
Fax: (202) 263-7586
rparker@milbank.com

* Admitted pro hac vice

MARTIN, TATE, MORROW & MARSTON, P.C.
Shea S. Wellford (TN #16947)
International Place, Tower II
6410 Poplar Ave., Ste. 1000
Memphis, TN 38119
Phone: (901) 522-9000
Fax: (901) 527-3746
sheawellford@martintate.com

*Attorneys for Charlesbank Capital Partners, LLC, Charlesbank Equity Fund VII, LP, Charlesbank Equity Fund VIII, LP, and Charlesbank Equity Fund IX, LP*

4

## CERTIFICATE OF CONSULTATION UNDER LOCAL RULE 7.2(a)(1)(B)

I hereby certify that beginning on Wednesday, March 20, counsel for various of the Defendants have called and sent emails to Plaintiffs' counsel regarding notifying the Court of the status of settlement in order to hold ongoing proceedings in abeyance while the parties work out the final written agreement memorializing their settlement. On March 22, the undersigned Defendants' counsel advised lead Plaintiffs' counsel by email that Defendants intended to file this Motion on March 25 absent a response from Plaintiffs regarding the request to notify the Court of the status of settlement. On March 23, the undersigned Defendants' counsel sent Plaintiffs' counsel a copy of this motion seeking their assent and again stating that it would be filed on March 25, absent a response. Plaintiffs' counsel has not responded with a position on the relief requested in this motion.

s/ Christopher Tayback<br>
Christopher Tayback