*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| Jessica Jones and Christina Lorenzen |

| Defendant |
|---|
| Varsity Brands, LLC, et al. |

| Case Number | Judge |
|---|---|
| 2:20-cv-02892-SHL-tmp | Chief Judge Sheryl H. Lipman |

I, Seth P. Waxman _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Varsity Brands, LLC, Varsity Spirit LLC, and Varsity Spirit Fashions & Supplies, LLC by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See attached list | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Waxman | Seth | P |

| Applicant's Firm Name |
|---|
| Wilmer Cutler Pickering Hale Dorr, LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 2100 Pennsylvania Ave, NW | |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20037 |

| Applicant's Email Address |
|---|
| Seth.Waxman@wilmerhale.com |

| Applicant's Phone Number(s) |
|---|
| 202-663-6800 |

Certificate of Consultation

I hereby certify that I conferred with Plaintiffs' counsel and counsel has raised no objections to this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 3/25/2024 | S/ Seth P. Waxman |

| Seth P. Waxman - Bar Admissions | | |
|---|---|---|
| **Admitted To:** | **Date of Admission** | **Bar No.** |
| District of Columbia Court of Appeals | 12/15/1978 | 257337 |
| Supreme Court of the United States | 10/12/1982 | |
| United States Court of Appeals for the District of Columbia Circuit | 3/26/1979 | 27985 |
| United States Court of Appeals for the Federal Circuit | 10/28/1998 | |
| United States Court of Appeals for the First Circuit | 2/11/2000 | 70351 |
| United States Court of Appeals for the Second Circuit | 11/3/1998 | 98-715 |
| United States Court of Appeals for the Third Circuit | 5/26/1983 | |
| United States Court of Appeals for the Fourth Circuit | 2/2/1982 | |
| United States Court of Appeals for the Fifth Circuit | 9/3/1997 | |
| United States Court of Appeals for the Sixth Circuit | 10/21/1998 | |
| United States Court of Appeals for the Seventh Circuit | 10/23/1998 | |
| United States Court of Appeals for the Eighth Circuit | 10/27/1998 | |
| United States Court of Appeals for the Ninth Circuit | 5/9/1989 | |
| United States Court of Appeals for the Tenth Circuit | 10/23/1989 | |
| United States Court of Appeals for the Eleventh Circuit | 10/23/1989 | |
| United States Court of International Trade | 8/25/2005 | CIT00689 |
| United States Court of Federal Claims | 2/6/2024 | |
| US District Court for District of Colorado | 8/26/2021 | |
| US District Court for District of Columbia | 3/5/1979 | |
| US District Court for District of Maryland | 3/15/2021 | 815550 |
| US District Court for Eastern District of Michigan | 5/5/1987 | |
| US District Court for Western District of Michigan | 10/1/2012 | |
| US District Court for Eastern District of Wisconsin | 12/8/2020 | |