# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

# *Seth P Waxman*

*was duly admitted to practice in this Court on 05/05/1987,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 03/25/2024.*

*Kinikia D. Essix*
**Clerk**



*Dru Jennings*
**Deputy Clerk**