IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 2:20-cv-02892-SHL-tmp<br>)<br>)<br>)<br>)<br>) |

**ORDER DENYING MOTION FOR ONE WEEK STAY PENDING SETTLEMENT**

Before the Court is Defendants' Motion for One Week Stay Pending Settlement, filed March 25, 2024. (ECF No. 597.) Although Defendants have attempted to confer with Plaintiffs regarding this motion, Plaintiffs have not responded with their position on the relief requested. (Id. at PageID 34467.)

In support of the motion, Defendants explain that, after mediation, Defendants have accepted a monetary offer by the Plaintiffs to settle the case. (Id. at PageID 34463.) The Parties are currently discussing the non-monetary terms of the settlement. (Id.) Defendants assert that there is good cause to stay the case because "finalizing the remaining details of a settlement is challenging in an environment where there are multiple pre-trial exchange deadlines looming, material motions pending before the Court, and additional motions and filings that are being considered by the parties." (Id.) Additionally, Defendants state that a one-week standstill will not require any adjustment to the trial schedule or other deadlines.[1] (Id.)

---

[1] In the alternative, Defendants request a status conference to discuss these issues with the Court. At this stage, a status conference is not necessary, and that request is **DENIED.**

The Court sees no need to stay the case for a week when there are no impending deadlines. However, the Court understands and expects that the Parties will devote themselves entirely to settlement discussions over the next week. The Parties are directed to update the Court on the status of the settlement by April 1, 2024.

**IT IS SO ORDERED,** this 25th day of March, 2024.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE