UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JONES, et al.<br><br>    Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC, et al.<br><br>    Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO HOLD DEADLINES IN ABEYANCE**

  The Parties, including all Plaintiffs and Defendants, and in compliance with the Court's Order (ECF No. 600), hereby notify the Court that they have reached an agreement in principle to settle the claims of Plaintiffs subject to the execution and approval of a formal settlement agreement. The Parties have agreed to finalize a formal settlement agreement by April 28, 2024, and anticipate that Plaintiffs will present a motion for preliminary approval of the settlement, for certification of the classes in light of settlement, and for a plan to provide class notice consistent with due process to the classes, for the Court's consideration shortly thereafter.

  To promote judicial economy and preserve resources, the parties respectfully request the Court to hold in abeyance all deadlines not yet elapsed in this matter, pending submission of the motion for preliminary approval of the settlement agreement.

1

Dated: April 1, 2024

| | |
|---|---|
| s/ Joseph R. Saveri | Daniel J. Nordin* |
| | GUSTAFSON GLUEK PLLC |
| Joseph R. Saveri* | Canadian Pacific Plaza |
| Ronnie Seidel Spiegel*+ | 120 South Sixth Street, Suite 2600 |
| David Seidel* | Minneapolis, MN 55402 |
| JOSEPH SAVERI LAW FIRM, LLP | Telephone: (612) 333-8844 |
| 601 California Street, Suite 1000 | Facsimile: (612) 339-6622 |
| San Francisco, California 94108 | dgustafson@gustafsongluek.com |
| Telephone: (415) 500-6800 | dhedlund@gustafsongluek.com |
| Facsimile: (415) 395-9940 | dnordin@gustafsongluek.com |
| jsaveri@saverilawfirm.com | |
| swilliams@saverilawfirm.com | * Admitted *pro hac vice* |
| rspiegel@saverilawfirm.com | +Located in Washington State |
| krayhill@saverilawfirm.com | |
| eabuchanan@saverilawfirm.com | *Attorneys for Plaintiffs* |
| dseidel@saverilawfirm.com | |
| | s/ Matthew S. Mulqueen |
| Van Turner Jr. (TN Bar No. 22603) | |
| TURNER FEILD, PLLC | George S. Cary* |
| 2650 Thousand Oaks Blvd., Suite 2325 | Steven J. Kaiser* |
| Memphis, Tennessee 38118 | CLEARY GOTTLIEB STEEN & |
| Telephone: (901) 290-6610 | HAMILTON LLP |
| Facsimile: (901) 290-6611 | 2112 Pennsylvania Avenue, NW |
| VTurner@TurnerFeildLaw.com | Washington, DC 20037 |
| | Phone: (202) 974-1500 |
| Richard M. Paul III* | gcary@cgsh.com |
| Ashlea Schwarz* | skaiser@cgsh.com |
| PAUL LLP | |
| 601 Walnut, Suite 300 | Jennifer Kennedy Park* |
| Kansas City, Missouri 64106 | Heather Nyong'o* |
| Telephone: (816) 984-8100 | CLEARY GOTTLIEB STEEN & |
| rick@paulllp.com | HAMILTON LLP |
| ashlea@paulllp.com | 1841 Page Mill Road, Suite 250 |
| | Palo Alto, CA 94304 |
| Jason S. Hartley* | Phone: (650) 815-4100 |
| HARTLEY LLP | Fax: (202) 974-1999 |
| 101 West Broadway, Suite 820 | jkpark@cgsh.com |
| San Diego, CA 92101 | hnyongo@cgsh.com |
| Telephone: (619) 400-5822 | |
| hartley@hartleyllp.com | * Admitted *pro hac vice* |
| | |
| Daniel E. Gustafson* | Matthew S. Mulqueen (TN #28418) |
| Daniel C. Hedlund* | Adam S. Baldridge (TN #23488) |

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC*

s/ Nicole Berkowitz Riccio

Grady Garrison (TN #008097)
Nicole Berkowitz Riccio (TN #35046)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

s/ Brendan P. Gaffney

Paul E. Coggins*
Brendan P. Gaffney*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Phone: (214) 740-8000
Fax: (214) 740-8800
pcoggins@lockelord.com
bgaffney@lockelord.com

* Admitted *pro hac vice*

Edward L. Stanton III (TN #018904)
S. Keenan Carter (TN #023386)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Phone: (901) 680-7336

Fax: (901) 680-7201
Edward.Stanton@butlersnow.com
Keenan.Carter@butlersnow.com

*Attorneys for Jeff Webb*

s/ Michael D. Bonanno

Michael D. Bonanno*
Ryan T. Andrews*
QUINN EMANUEL URQUHART AND
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
ryanandrews@quinnemanuel.com

Christopher Tayback*
QUINN EMANUEL URQUHART AND
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (231) 443-3000
Fax: (231) 443-3100
christayback@quinnemanuel.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Bain Capital Private Equity, LLC, Bain Capital Fund XII, L.P., Bain Capital Fund (DE) XII, L.P., and Bain Capital Fund (Lux) XII, SCSp*

3

s/ Richard G. Parker

Richard G. Parker*
MILBANK LLP
1850 K. Street, N.W. Washington, DC 20006
Phone: (202) 835-7500
Fax: (202) 263-7586
rparker@milbank.com

Scott A. Edelman*
Fiona A. Schaeffer*
Katherine K. Fell*
MILBANK LLP
55 Hudson Yards New York, NY 10001
Phone: (212) 530-5000
Fax: (212) 530-5219
sedelman@milbank.com
fschaeffer@milbank.com
kfell@milbank.com

* Admitted *pro hac vice*

Shea Sisk Wellford (TN #16947)
MARTIN, TATE, MORROW & MARSTON, P.C.
International Place, Tower II
6410 Poplar Ave., Ste. 1000
Memphis, TN 38119
Phone: (901) 522-9000
Fax: (901) 527-3746
sheawellford@martintate.com

*Attorneys for Charlesbank Capital Partners, LLC, Charlesbank Equity Fund VII, LP, Charlesbank Equity Fund VIII, LP, and Charlesbank Equity Fund IX, LP*

4