IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES and CHRISTINA LORENZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>    Defendants. | No. 2:20-cv-02892-SHL-tmp |

**ORDER GRANTING JOINT MOTION TO HOLD DEADLINES IN ABEYANCE**

Before the Court is the Parties' Joint Notice of Settlement and Motion to Hold Deadlines in Abeyance, filed April 1, 2024. (ECF No. 602.) In their filing, the Parties state that they have reached "an agreement in principle" and have agreed to finalize a formal settlement agreement by April 28, 2024. (Id. at PageID 34475.) They also state that Plaintiffs anticipate filing a motion for preliminary settlement approval, for certification of classes in light of settlement, and for a plan to provide class notice consistent with due process to the classes shortly thereafter. (Id.) Given these anticipated filings, the Parties request to hold all remaining deadlines in abeyance "to promote judicial economy and preserve resources." (Id.)

For good cause shown, the motion is **GRANTED**. All remaining deadlines not yet elapsed will be **HELD IN ABEYANCE** pending the anticipated submission of the documents related to approval of the settlement and the proceedings that will follow. If the Settlement is ultimately not approved, these deadlines will be re-established with updated dates.

**IT IS SO ORDERED,** this 1st day of April, 2024.

                                                                        s/ Sheryl H. Lipman
                                                                        SHERYL H. LIPMAN
                                                                        CHIEF UNITED STATES DISTRICT JUDGE