# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | **JURY DEMAND** |
| Defendants. | |

## PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, LLP, Counsel for Plaintiffs, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

>601 California Street, Suite 1505
>San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 8, 2024

Respectfully submitted,

By: _____/s/ David Seidel_____
         David Seidel

Joseph R. Saveri*
Ronnie Seidel Spiegel*+
David Seidel*
Kevin E. Rayhill*
Elissa A. Buchanan*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
dseidel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

* Admitted pro hac vice
+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*