# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>   Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>   Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

## DECLARATION OF DAVID SEIDEL ATTACHING REDACTED BRIEFS PREVIOUSLY FILED UNDER SEAL

## DECLARATION OF DAVID SEIDEL

I, David Seidel, declare the following under penalty of perjury:

1.  I am a Partner of the Joseph Saveri Law Firm, LLP., counsel for Plaintiffs Jessica Jones, Christina Lorenzen, and Amy Coulson (collectively, "Plaintiffs"), in *Jones v. Bain Capital Private Equity*, case no. 2:20-cv-02892-SHL-tmp ("Jones Action"). I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* in the United States District Court for the Western District of Tennessee, Western Division. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2.  I write this declaration in response to the Court's Order, ECF No. 596, granting Plaintiffs' request to re-file certain briefs previously filed under seal with the Defendants' and third parties' proposed redactions.

3.  Attached as **Exhibit 1** is a true and correct copy of Defendants' Memorandum of Law in Support of Motion to Exclude Testimony of Plaintiffs' Proffered Expert Janet S. Netz, PHD, ECF No 383, with Defendants' proposed redactions.

4.  Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Jonathan M. Orszag and Dr. Kevin Murphy, In Part, ECF No 384, with Defendants' proposed redactions.

5.  Attached as **Exhibit 3** is a true and correct copy of Defendants' Memorandum of Law in Support of Motion to Exclude Testimony of Plaintiffs' Proffered Expert Randal Heeb, PHD, ECF No 390, with Defendants' proposed redactions.

6. Attached as **Exhibit 4** is a true and correct copy of Defendants' Memorandum of Law in Support of Motion to Exclude Testimony of Plaintiffs' Proffered Expert Jen Maki, PHD, ECF No 392, with Defendants' and Fusion Plaintiffs'[1] proposed redactions.

7. Attached as **Exhibit 5** is a true and correct copy of Defendants' Memorandum of Law in Response to Plaintiffs' Motion for Class Certification, ECF No 421, with Fusion Plaintiffs' proposed redactions.

8. Attached as **Exhibit 6** is a true and correct copy of Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Jen Maki, PHD, ECF No 428, with Defendants' and Fusion Plaintiffs' proposed redactions.

9. Attached as **Exhibit 7** is a true and correct copy of Plaintiffs' Reply in Support of Motion to Exclude Orszag and Murphy, ECF No 441, with Defendants' proposed redactions.

10. Attached as **Exhibit 8** is a true and correct copy of Defendants' Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment, ECF No 468, with Defendants' proposed redactions.

11. Attached as **Exhibit 9** is a true and correct copy of Defendants' Memorandum of Law in Support of Joint Motion for Summary Judgment, ECF No 471, with Defendants' proposed redactions.

12. Attached as **Exhibit 10** is a true and correct copy of Plaintiffs' Statement of Additional Undisputed Facts ISO Plaintiffs' Oppositions to Defendants' Motion for Summary Judgment, ECF No 480, with Defendants' and Fusion Plaintiffs' proposed redactions.

---

[1] "Fusion Plaintiffs" refers to the plaintiffs in related-action *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.*; Case No. No. 2:20-cv-02600-SHL-tmp.

13. Attached as **Exhibit 11** is a true and correct copy of Plaintiffs' Response to Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment, ECF No 482, with Defendants' proposed redactions.

14. Attached as **Exhibit 12** is a true and correct copy of Plaintiffs' Opposition to Defendants Charlesbank Partners, LLC and Bain Capital Private Equity's Motion for Summary Judgment, ECF No 484, with Defendants' proposed redactions.

15. Attached as **Exhibit 13** is a true and correct copy of Plaintiffs' [Corrected] Opposition to Defendants' Joint Motion for Summary Judgment, ECF No 488-1, with Defendants' proposed redactions.

16. Attached as **Exhibit 14** is a true and correct copy of Defendants' Reply Memorandum of Law in Support of Joint Motion for Summary Judgment, ECF No 505, with Defendants' proposed redactions.

17. Attached as **Exhibit 15** is a true and correct copy of Bain's and Charlesbank's Individual Reply Memorandum of Law in Support of Motion for Summary Judgment, ECF No 506, with Defendants' proposed redactions.

18. Attached as **Exhibit 16** is a true and correct copy of Defendants' Reply in Support of Statement of Undisputed Material Fact, ECF No 507, with Defendants' proposed redactions.

19. Attached as **Exhibit 17** is a true and correct copy of Defendants' Response to Plaintiffs' Additional Statements of Fact, ECF No 508, with Defendants' and Fusion Plaintiffs' proposed redactions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2024 in Sn Francisco, CA.

          */s/ David Seidel*
          David Seidel