# EXHIBIT 1

## FILED UNDER SEAL

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**