# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division
### Office of the Clerk

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

### NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

June 21, 2024

RE:   **2:20-cv-2892-SHL**
      **Jessica Jones, et al v Bain Capital Private Equity, et al**

Dear Sir/Madam:

A **FINAL SETTLEMENT FAIRNESS HEARING** has been **SET** before **Chief Judge Sheryl H. Lipman** for **FRIDAY, NOVEMBER 22, 2024** at **10:00 A.M.** in Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Melanie Mullen*,
      Case Manager for Chief Judge Sheryl H. Lipman
      901-495-1255
      melanie_mullen@tnwd.uscourts.gov