## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **VARSITY BRANDS, LLC, et al.** <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

### DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT MOTION TO ADD ILLINOIS TO STATE LAW DAMAGES CLASS

I, Joseph R. Saveri, declare the following under penalty of perjury:

1. I am the Founder and Managing Partner of the Joseph Saveri Law Firm, LLP ("JSLF"). My firm is one of the law firms representing Jessica Jones, Christina Lorenzen, and Amy Coulson (collectively, "Plaintiffs" or "Class Representatives") in the above-captioned matter. The other law firms are PAUL LLP, Hartley LLP, Gustafson Gluek PLLC (collectively, "Leadership Firms"); and Turner Feild, PLLC ("Liaison Counsel"). I have been actively involved in prosecuting and resolving this Action from its inception and have been supervising and managing it on a day-to-day basis at all times. I am familiar with its proceedings and have personal knowledge of the matters set forth in this Declaration. If called upon as a witness, I would be competent to testify to them.

2. I have spoken with the settlement administrator, Angeion, and I understand that Angeion is capable of providing notice to the Illinois indirect purchasers, on the same basis as was provided to the other indirect purchasers, within three days of the Court granting leave to provide such notice.

3. Allowing Illinois indirect purchasers to receive the benefits of the settlement by participating in the damages class will provide substantial benefits to Illinois indirect purchasers. Notice to them can be provided so that they can participate in the claim form process without requiring modification to the current settlement deadlines or timeline. Doing so will permit distribution of the proceeds of the settlement to those injured by Defendants' conduct in a timely manner and without delay.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2024 in San Francisco, CA.

                                                   *s/ Joseph R. Saveri*
                                                   Joseph R. Saveri