# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Richard S. Schultz

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Richard S. Schultz was duly admitted to practice in said Court on (12/17/1981) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/10/2024 )

        Thomas G. Bruton , Clerk,

        By:  Joshua Breen
            Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JOSHUA BREEN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 10, 2024