IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-02892-SHL-tmp |
| ) | |
| VARSITY BRANDS LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW WITH EXCESS PAGES AND REQUEST FOR EXTENSION OF TIME TO FILE**

Before the Court is an Unopposed Motion for Leave to File a Memorandum of Law with Excess Pages and Request for Extension of Time to File, which was filed by Indirect Purchaser Plaintiffs Jessica Jones, Cristina Lorenzen, and Amy Coulson ("Plaintiffs") on August 29, 2024. (ECF No. 620).

Plaintiffs argue that, given the extensiveness of counsel's work pertaining to the litigation over the past three years, the current page limit is insufficient to explain the amount of attorney's fees requested, even though they are trying to be concise. (Id. at PageID 35709).  They have requested five additional pages, resulting in a total of twenty-five pages, to explain how (1) the attorneys' fees requested are fair and reasonable, (2) the expenses Class Counsel incurred were reasonably necessary to move the litigation forward, and (3) the Class Representatives deserve the requested award.  (Id.)  Plaintiffs have presented good cause to extend the page requirements from twenty pages to twenty-five pages.  Their request is **GRANTED**.

Next, Plaintiffs request to delay the deadline for filing their motion for fees and costs by one day, moving the deadline from September 2, 2024, to September 3, 2024. (Id.) Since September 2, 2024 is Labor Day, Plaintiffs want to delay their filing by one day to accommodate the federal holiday. (Id.) Although Plaintiffs have had ample time to work on their motion since the original deadline was set on June 18, 2024, the Court also observes Labor Day and appreciates the importance of a federal holiday that honors workers. For good cause shown, Plaintiffs' request is **GRANTED**. The new deadline for Plaintiffs to file a motion for fees and costs is September 3, 2024.

**IT IS SO ORDERED,** this 29th day of August, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE