# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | **JURY DEMAND** |
| Defendants. | |

## DECLARATION OF VAN D. TURNER, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

I, Van D. Turner, Jr., declare the following under penalty of perjury:

1. I am a member of the law firm Turner Feild, PLLC ("TFP"). I submit this declaration supporting Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses in connection with the services rendered, and costs and expenses incurred by my firm in *Jessica Jones, et al. v. Varsity Brands, LLC, et al.* (the "Action").

2. TFP serves as Liaison and Local Counsel for the Plaintiff in the Action. I personally devoted **233.70** hours to the case, overseeing all aspects concerning local matters. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys at my firm who have worked on this litigation, the number of hours those individuals worked, their current hourly billing rates, and their respective lodestar values. Exhibit A also sets forth my firm's total hours and lodestar at current rates, from inception of the case through and including June 30, 2024. The total number of hours spent by my

firm during this period was 283.70 hours, with a corresponding total lodestar calculated at current rates which total $209,226.00. This schedule was based on contemporaneous, daily time records prepared and maintained by my firm.

3. In connection with representing Plaintiffs in the Action, my firm spent significant time and effort litigating this case, including the following:

3.1 Reviewing and filing the initial class action complaint on behalf of Plaintiffs on December 10, 2020, see *Jessica Jones, et al. v. Varsity Brands, LLC, et al.,* No. 2:20-cv-02892, ECF No. 1;

3.2 Reviewing and filing Emergency Motion for Leave to Appear in a Pretrial Conference in the related case *American Spirit and Cheer Essentials, Inc. et al., v. Varsity Brands, LLC et al.* ("*American Spirit*"), Case No. 2:20-cv-02782-SHL-tmp, on behalf of Lead Class Counsel Joseph R. Saveri, advising co-counsel on local practice regarding same, and appearing at the pretrial conference on December 16, 2020. My partner Katrice Field provided additional support at the hearing via telephone. See ECF Nos. 8, 9; see also *American Spirit* ECF No. 101 (transcript);

3.3 Reviewing and filing various administrative motions and advising regarding local practice regarding same; see e.g. ECF Nos. 10 (Waiver of Service), 125 (Motion to Withdraw as Attorney (ECF No. 125);

3.4 Reviewing and filing Motion Requesting Hearing and Oral Arguments re several motions to compel discovery from Defendants, advising co-counsel regarding local practice re same, and appearing at the hearing re same on October 28, 2021; ECF Nos. 124. 136;

3.5 Assisting with drafting Motion to Appoint Counsel; ECF No. 380;

3.6 Appearing at the hearing regarding Defendants' motion to strike on April 24, 2023; ECF No. 440;

3.7 Assisting with drafting of Memorandum in Support of Plaintiffs' Unopposed Motion for

Preliminary Approval of Settlement; ECF No. 610;

3.8 Participating in conference calls with other Plaintiffs' Counsel to discuss scheduling, task assignments, filing deadlines, and other case management issues;

3.9 Counseling on the standard approach of the local bar in addressing discovery issues; providing feedback on potential issues with local jury.

4. The lodestar amount reflected in Exhibit A is for work performed by attorneys and professional staff at or affiliated with TFP. The current hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates used by my firm in similar contingent complex litigation matters. My firm's work on this case was performed on a wholly contingent basis. TFP has not received any amounts in connection with this case.

5. TFP has expended a total of **$402.00** in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including June 30, 2024. These costs are set forth in the Schedule attached as Exhibit B and are reflected in the books and records of my law firm. They were incurred on behalf of the Plaintiffs by TFP and have not been reimbursed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2024, in Memphis, Shelby County, Tennessee.

                                                       */s/ Van D. Turner, Jr.*
                                                       Van D. Turner, Jr.

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2024 in San Francisco, California.

By:   /s/ *Joseph R. Saveri*
      Joseph R. Saveri

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |
|---|---|
| **JESSICA JONES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br>**JURY DEMAND** |

**EXHIBIT A TO THE DECLARATION OF VAN D. TURNER, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

**REPORTED HOURS AND LODESTAR INCEPTION THROUGH JUNE 30, 2024**

| NAME | POSITION | HOURS | RATE | LODESTAR | YEARS |
|---|---|---|---|---|---|
| Van Turner | Partner | 233.00 | $750.00 | $174,750.00 | 2020-2024 |
| Katrice Feild | Partner | 50.70 | $680.00 | $34,476.00 | 2020-2024 |
| **TOTAL** |  | **283.70** |  | **$209,226.00** |  |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br>**JURY DEMAND** |

### EXHIBIT B TO THE DECLARATION OF VAN D. TURNER, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

### REPORTED EXPENSES ON BEHALF OF PLAINTIFFS
### INCEPTION THROUGH JUNE 30, 2024

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees | $402.00 |
| **TOTAL** | **$402.00** |