IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>        Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>        Defendants. | Case No. 2:20-cv-02892-SHL-tmp<br><br><br><br><br><br>**JURY DEMAND** |

**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF NON-OPPOSITION OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

Indirect Purchaser Plaintiffs ("Plaintiffs") Chrisina Lorenzen, Jessica Jones, and Amy Coulson, by and through Class Counsel, hereby provide notice to the Court that there have been no objections or opposition to Plaintiffs' pending motion for an award of attorneys' fees, costs, and service awards for the class representatives, ECF No. 623.

On May 13, 2024, Plaintiffs filed a motion for preliminary approval of the settlement. *See* ECF No. 606. Within that motion, Plaintiffs put forward a comprehensive notice plan that would be conducted by the settlement administrator, Angeion. *See* ECF No. 606-4 (Weisbrot Declaration) at ¶¶ 18–56. On June 18, 2024, the Court preliminary approved the settlement and ordered the notice plan to commence. *See* ECF No. 612 at 29 (requiring the notice plan to be completed by July 18, 2024). The Court further ordered that September 26, 2024 would be the deadline for any class member to "object to the proposed Settlement, Settlement Class Counsel's request for attorneys' fees, unreimbursed litigation costs and expenses, or service awards for the Class Representatives." *See id.* at 30. On September 3, 2024, Plaintiffs filed a motion for an award of attorneys' fees, costs, and for service awards. ECF No. 623.

Through this notice of non-opposition, Plaintiffs wish to notify the Court that there have been no objections to the proposed settlement, class counsel's request for attorneys' fees and costs, or to class counsels' request for service awards to the Plaintiffs. *See* Decl. of D. Seidel at ¶¶ 5–7. On October 8, the class administrator provided a declaration stating that there have been no objections or opt-outs. *Id*. at ¶ 2 and Exhibit A.

Dated: October 9, 2024                                         Respectfully submitted,

By:      */s/ David Seidel*
                David Seidel

Joseph R. Saveri*
Ronnie Seidel Spiegel*+
David Seidel*
Kevin E. Rayhill*
Elissa A. Buchanan*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
dseidel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
**TURNER FEILD, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100

rick@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*