# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,**<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, et al.**<br><br>　　　　Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

### DECLARATION OF DAVID SEIDEL IN SUPPORT OF PLAINTIFFS' NOTICE OF NON-OPPOSITION OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

## DECLARATION OF DAVID SEIDEL

I, David Seidel, declare the following under penalty of perjury:

1.     I am a Partner of the Joseph Saveri Law Firm, LLP., counsel for Jessica Jones, Christina Lorenzen, and Amy Coulson (collectively, "Plaintiffs"), in the above-captioned matter. I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* in the United States District Court for the Western District of Tennessee, Western Division. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them. I write this declaration in support of Plaintiffs' Notice of Non-Opposition, filed concurrently herewith.

2.     Attached as **Exhibit A** is a true and correct copy of Angeion Group's Report Regarding Opt-Outs and Objections, dated October 8, 2024.

3.     In this Court's order granting preliminary approval of the settlement, ECF No. 612, the Court held that "[n]o later than September 26, 2024," class members could object to the "proposed Settlement, Settlement Class Counsel's request for attorneys' fees, unreimbursed litigation costs and expenses, or service awards for the Class Representatives" by mailing a written request to the Court and to class counsel. *See* ECF No. 612 at 30.

4.     The notice plan that was approved by the Court and implemented provided that all objections must be received by September 26, 2024.

5.     Class counsel has received no objections to the proposed settlement.

6.     Class counsel has received no objections to class counsel's request for attorney's fees or unreimbursed litigation costs.

7.     Class counsel has received no objections to class counsel's request for service awards to the class representatives.

Case No. 2:20-cv-02892-SHL-tmp     1

**DECLARATION OF DAVID SEIDEL IN SUPPORT OF PLAINTIFFS' NOTICE OF NON-OPPOSITION OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2024 in San Francisco, CA.

*/s/ David Seidel*
David Seidel