# EXHIBIT A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

October 8, 2024

Re: *Jones, et al. v. Varsity Brands, LLC, et al.*
Case No. 2:20-cv-02892-SHL-tmp
U.S. District Court for the Western District of Tennessee, Western Division

## VARSITY INDIRECT ANTITRUST SETTLEMENT ADMINISTRATION
## REPORT REGARDING OPT-OUTS AND OBJECTIONS

I, Rebecca Evans, hereby declare as follows:

1. I am a Project Manager at Angeion Group ("Angeion"), a firm with offices in Philadelphia, Pennsylvania, which provides class action and notice administration services. The following statements are based on my personal knowledge and information provided by other Angeion employees working under my supervision, and if called as a witness, I could and would testify competently thereto.

2. Angeion was retained as the Notice and Claims Administrator for the Settlement and appointed by the Court pursuant to the Order Granting Indirect Purchaser Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Provisional Certification of Proposed Settlement Classes, Approval of Notice Plan, and Approval of the Proposed Schedule for Completing the Settlement Process and Scheduling a Final Approval Hearing dated June 18, 2024 (the "Preliminary Approval Order") (ECF 612, ¶ IV).

### Opt-Outs Received to Date

3. The deadline for members of the Settlement Classes to submit a request for exclusion ("opt-out") from the Settlement Classes was on September 26, 2024. To date, Angeion has not received any opt-out requests.

### Objections Received to Date

4. The deadline for members of the Settlement Classes to submit an objection to the Settlement was September 26, 2024. Angeion is not aware of any objections to the Settlement.

Dated: October 8, 2024

_____
Rebecca J. Evans, Project Manager
Angeion Group