# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | |

## INDIRECT PURCHASER PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

# NOTICE OF MOTION

The Indirect Purchaser Plaintiffs ("Plaintiffs" or "Class Representatives") Jessica Jones, Christina Lorenzen, and Amy Coulson, on behalf of themselves and the provisionally-certified indirect purchaser classes, move the Court to grant final approval of Plaintiffs' settlement agreement with Defendants, approve certification of the provisionally-certified classes, appoint the conditionally-appointed Plaintiffs as Class Representatives, approve the Plan of Allocation for equitable distribution of the settlement fund, and enter a final judgment and order terminating the litigation between Plaintiffs and Defendants.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law and exhibits, Indirect Purchaser Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order filed herewith. Defendants do not oppose this motion.

Dated: October 17, 2024                 Respectfully submitted,

                                        By:      /s/ Joseph R. Saveri
                                                 Joseph R. Saveri

                                        Joseph R. Saveri*
                                        Ronnie Seidel Spiegel*+
                                        David Seidel*
                                        Kevin E. Rayhill*
                                        Elissa A. Buchanan*
                                        **JOSEPH SAVERI LAW FIRM, LLP**
                                        601 California Street, Suite 1505
                                        San Francisco, California 94108
                                        Telephone: (415) 500-6800
                                        Facsimile: (415) 395-9940
                                        jsaveri@saverilawfirm.com
                                        rspiegel@saverilawfirm.com
                                        dseidel@saverilawfirm.com
                                        krayhill@saverilawfirm.com
                                        eabuchanan@saverilawfirm.com

                                        Van Turner Jr. (TN Bar No. 22603)
                                        **TURNER FEILD, PLLC**
                                        2650 Thousand Oaks Blvd., Suite 2325
                                        Memphis, Tennessee 38118
                                        Telephone: (901) 290-6610
                                        Facsimile: (901) 290-6611
                                        VTurner@TurnerFeildLaw.com

                                        Richard M. Paul III*
                                        Ashlea Schwarz*
                                        **PAUL LLP**
                                        601 Walnut, Suite 300
                                        Kansas City, Missouri 64106
                                        Telephone: (816) 984-8100
                                        rick@paulllp.com
                                        ashlea@paulllp.com

                                        Jason S. Hartley*
                                        **HARTLEY LLP**
                                        101 West Broadway, Suite 820
                                        San Diego, CA 92101
                                        Telephone: (619) 400-5822
                                        hartley@hartleyllp.com

                                                  2

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

3

**CERTIFICATE OF CONSULTATION**

I hereby certify, pursuant to Local Rule 7.2(a)(1)(B), that my firm consulted with Defendants' counsel via email regarding this motion. No party opposed the relief sought.

*/s/ Joseph R. Saveri*

Joseph R. Saveri
