# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSICA JONES, et al.,** | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| **VARSITY BRANDS, LLC, et al.** | |
| Defendants. | **JURY DEMAND** |

### INDIRECT PURCHASER PLAINTIFFS' NOTICE OF NON-OPPOSITION OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

Indirect Purchaser Plaintiffs ("Plaintiffs") Chrisina Lorenzen, Jessica Jones, and Amy Coulson, by and through Class Counsel, hereby provide notice to the Court that there have been no objections or opposition to Plaintiffs' unopposed pending motion for final approval of settlement, ECF No. 625.

On May 13, 2024, Plaintiffs filed a motion for preliminary approval of the settlement. *See* ECF No. 606. Within that motion, Plaintiffs put forward a comprehensive notice plan that would be conducted by the settlement administrator, Angeion. *See* ECF No. 606-4 (Weisbrot Declaration) at ¶¶ 18–56. On June 18, 2024, the Court preliminarily approved the settlement and ordered the notice plan to commence. *See* ECF No. 612 at 29 (requiring the notice plan to be completed by July 18, 2024). The Court also ordered that September 26, 2024 would be the deadline for any class member to exclude themselves from the class. *See id*. at 29–30. The Court further ordered that September 26, 2024 would be the deadline for any class member to "object to the proposed Settlement, Settlement Class Counsel's request for attorneys' fees, unreimbursed litigation costs and expenses, or service awards for the Class Representatives." *See id.* at 30. On September 3, 2024, Plaintiffs filed a motion for an award of attorneys' fees, costs, and for service awards. ECF No. 623. On October 9, 2024, Plaintiffs notified the Court that as of that date no

objections or opt-outs had been received. On October 17, 2024, Plaintiffs filed a motion for final approval of the proposed Settlement. ECF No. 625.

Through this notice of non-opposition, Plaintiffs wish to notify the Court that as of November 13, 2024, there have been no objections or opposition to the proposed settlement, class counsel's request for attorneys' fees and costs, class counsel's request for service awards to the Plaintiffs, the motion for preliminary approval, or the motion for final approval. *See* Decl. of D. Seidel at ¶¶ 7–9. The class administrator is also providing an updated declaration stating that as of November 13, 2024, no opt-out requests have been received from any class members. *Id*. at ¶ 2 and Exhibit A.

Dated: November 15, 2024

Respectfully submitted,

By: */s/ David Seidel*
         David Seidel

Joseph R. Saveri*
Ronnie Seidel Spiegel*+
David Seidel*
Kevin E. Rayhill*
Elissa A. Buchanan*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
dseidel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
**TURNER FEILD, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*