# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:20-cv-02892-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs Jessica Jones, Michelle Velotta, and Christina Lorenzen's Complaint, on behalf of themselves and all others similarly situated, (ECF No. 1), filed December 10, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Indirect Purchaser Plaintiffs' Unopposed Motion for Final Approval of Proposed Settlement and Other Related Relief and Granting Indirect Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and for Service Awards for the Class Representatives (ECF No. 628), all claims in this matter are **DISMISSED WITH PREJUDICE**. Further, without affecting the finality of the Order and Judgment for purposes of appeal, the Court reserves exclusive jurisdiction over the implementation and enforcement of the Settlement Agreement, the Settlement contemplated thereby, and over the enforcement of the Order and Judgment. The Court also retains exclusive jurisdiction to resolve any disputes that arise out of or relate to the Settlement Agreement, the Settlement, the Allocation Plan, or the Settlement Fund; to consider or approve administration costs and fees, including but not limited to fees and expenses incurred to administer the Settlement and Allocation Plan; and to consider or approve the amounts of distributions to members of the Settlement Classes.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 6, 2024
Date