# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC, et al. <br><br> Defendants. | Case No. 2:20-cv-02892-SHL-tmp |

**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT ADMINISTRATOR FINAL REPORT**

## NOTICE OF MOTION

The Indirect Purchaser Plaintiffs ("Plaintiffs" or "Class Representatives") Jessica Jones, Christina Lorenzen, and Amy Coulson, on behalf of themselves and the provisionally-certified indirect purchaser classes, move this Court to grant approval of the settlement administrator's final report.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Indirect Purchaser Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order filed herewith. Defendants do not oppose this motion.

Dated: November 26, 2025

Respectfully submitted,

By: _____*/s/ Joseph R. Saveri*_____
Joseph R. Saveri

Joseph R. Saveri*
Ronnie Seidel Spiegel*+
David Seidel*
Kevin E. Rayhill*
Elissa A. Buchanan*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
dseidel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com

Van Turner Jr. (TN Bar No. 22603)
**TURNER FEILD, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
VTurner@TurnerFeildLaw.com

Richard M. Paul III*

1

Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com


Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted *pro hac vice*

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*

2

## CERTIFICATE OF CONSULTATION

I hereby certify, pursuant to Local Rule 7.2(a)(1)(B), that my firm consulted with Defendants' counsel via email regarding this motion. No party opposed the relief sought.

*/s/ Jospeh R. Saveri*
Joseph R. Saveri
