# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JESSICA JONES et al., | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | |
| v. | |
| VARSITY BRANDS, LLC, et al. | |
| Defendants. | |

**INDIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT ADMINISTRATOR FINAL REPORT**

**TABLE OF CONTENTS**

I.    INTRODUCTION ...........................................................................................................1
II.   CLAIMS ADMINISTRATION.....................................................................................2
      A.   Claim Forms............................................................................................................ 2
      B.   Claim Review and Audit Process. ........................................................................... 3
III.  CLAIM ADMINISTRATION EXPENSES ..................................................................3
IV.   DETERMINING AMOUNTS TO BE DISTRIBUTED TO APPROVED
      CLAIMANTS ..................................................................................................................3
      A.   Approved State Law Damages Class Claimants..................................................... 4
V.    RELIEF REQUESTED...................................................................................................4
VI.   CONCLUSION................................................................................................................6

Plaintiffs Jessica Jones, Christina Lorenzen, and Amy Coulson ("Plaintiffs" or "Class Representatives"), on behalf of themselves and the State Law Damages Class, by and through Class Counsel, move the Court for an order granting approval of the settlement administrator's final report, and authorizing distribution of payments to the members of the State Law Damages Class. All Defendants were consulted and none oppose this motion or the relief requested.

I.   **INTRODUCTION**

On April 28, 2024, Plaintiffs and all Defendants executed a settlement agreement resolving all claims for an $82.5 million cash payment and significant prospective relief. *See* ECF No. 606-3.

On October 27, 2024, Plaintiffs filed their Motion for Final Approval of Settlement. ECF No. 625. The motion attached Plaintiffs' Plan of Allocation (ECF No. 625-2), which set forth the formulas for calculating the individual payments, *see id.* at 2–4, and the schedule for the processing of claims, *see id.* at 4–5. The Plan of Allocation specified that the Court-appointed Settlement Administrator, Angeion Group LLC ("Angeion"), would produce a final report to the Court after the claims period had closed and all claims received had been processed. The Plan of Allocation also specified that after the Court gave its approval to the Final Report, Angeion could begin distributing payments to the members of the State Law Damages Class. *Id.* at 7.

On December 6, 2024, the Court granted final approval of the settlement and the Plan of Allocation. *See* ECF No. 628 ("Final Approval Order").

On September 17, 2025, Plaintiffs filed a Notice of Angeion's Final Report Regarding Distribution Of The Net Settlement Fund. ECF No. 630. Plaintiffs attached a declaration from Angeion's Bach-Viet Nguyen that functioned as the Final Report. *See* Decl. of Bach-Viet Nguyen Re: Final Report (ECF No. 630-1) ("Final Report"). The Final Report detailed Angeion's extraordinary outreach efforts to ensure the highest level of class participation possible, including:

- beginning April 5, 2025, Angeion distributed geofenced internet ads that targeted attendees of various Varsity competition events;

1

- on April 8, 2025, Angeion distributed videos on social media including Facebook, Instagram, and TikTok, with instructions on how to submit a claim;
- on May 1, 2025, Angeion sent outreach ambassadors with iPads to a Varsity Cheer Championship event to sign up participants and pass out informational flyers in person; and,
- on May 16, 2025, Angeion emailed claim submission deadline reminders to all State Law Damages Class members with current and valid emails who had not submitted a claim, informing them that the deadline had been extended to June 10, 2025.

The Final Report also provided details regarding the pro rata payments that would be distributed to State Law Damages Class members, among other things. *See id.* Angeion's efforts included multiple mailings, multiple rounds of emails, placing posters in cheer gyms, and hiring a social media influencer, all with the purpose of increasing the participation of the State Law Damages Class members in the settlement.

The Settlement Administrator is ready to distribute the settlement funds to State Law Damages Class members, pending the Court's approval of the Final Report.

## II.     CLAIMS ADMINISTRATION

### A.     Claim Forms.

In the Final Approval Order, the Court approved the claim forms to be used by members of the State Law Damages Class to submit claims. ECF No. 628 at 14. Pursuant to the Final Approval Order, on January 5, 2025, notices and claim forms were mailed and emailed to every State Law Damages Class member for whom Angeion had a valid mailing and email address. *See* Final Report, ¶ 5. State Law Damages Class members could also download a claim form from the website established by Angeion. *Id*. Angeion also mailed poster notices to All-Star Gyms where they were likely to be seen by State Law Damages Class members. *Id*.

B.   **Claim Review and Audit Process.**

Angeion reviewed every claim to ensure it was valid and backed by sufficient documentation, and determined that out of the 8,875 total Claim Form submissions received, 5,258 claims were initially deemed deficient. *Id.* ¶¶ 7–8. Angeion sent deficiency notices to the claimants with deficient submissions, which described the reasons for the deficiency, provided instructions on how to cure their deficient claim by providing additional information and/or documentation, and included a deadline to respond by July 19, 2025. *Id.* ¶ 9. Angeion, in consultation with Plaintiffs' counsel, also expanded the scope of class participation by admitting some claimants who were known to be State Law Damages Class members and whose claims were originally determined likely to be valid but with incomplete documentation. *Id.* ¶ 11. As a result of Angeion's additional efforts roughly 2,200 additional State Law Damages Class members were included in the settlement.

In total, 5,831 claims were determined to be valid and payable, and 3,044 were deemed deficient. *Id.* ¶ 12.

III.   **CLAIM ADMINISTRATION EXPENSES**

The Settlement Agreement provided for Class Counsel to use up to $2.5 million of the settlement payment for settlement administration purposes. ECF No. 606-3 ¶ 16(a). Plaintiffs' counsel and Angeion made sure to keep administrative costs to a minimum. As of July 31, 2025, only $526,135.46 has been paid to Angeion for administration expenses, and only $17,964 is being reserved for additional administrative expenses. *See* Final Report, ¶ 13. To date, the Settlement Fund has paid $244,000 in taxes and $3,600 in related fees. It is anticipated that it will pay an additional $66,000 in taxes and $9,000 in related fees. *Id*. These expenses and taxes were entirely offset by the $1,060,293.33 in interest earned on the settlement fund. *Id.*

IV.   **DETERMINING AMOUNTS TO BE DISTRIBUTED TO APPROVED CLAIMANTS**

The Net Settlement Fund to be distributed to the 5,831 claimants is calculated to be $47,708,437.40, based on the following accounting: $82,500,000.00 settlement amount plus

interest earned through August 31, 2025 in the amount of $1,060,293.33, plus estimated additional interest to be earned before distribution through October 2025 in the amount of $290,000, minus Court-approved attorneys' fees and costs in the total amount of $34,950,156.47, minus service awards for the Class Representatives approved by the Court in the total amount of $125,000, minus tax payments made in the amount of $244,000, minus estimated future tax payments in the amount of $66,000, minus tax preparation fees paid to date in the total amount of $3,600, minus estimated future tax preparation fees in the amount of $9,000, minus Angeion's notice and administrative expenses through July 31, 2025 in the amount of $526,135.46, minus a reserve for Angeion's anticipated administration fees in the amount of $17,964.00, and minus a reserve for unexpected expenses or issues in the amount of $200,000. *See* Final Report, ¶ 13.

### A. Approved State Law Damages Class Claimants.

The Plan of Allocation divides the Net Settlement Fund into three tranches: (1) the Competitions Tranche, (2) the Camps Tranche, and (3) the Apparel Tranche, allocating 53% of the Net Settlement Fund to claimants who purchased Varsity competitions, 26% to claimants who purchased Varsity camps, and 21% to claimants who purchased Varsity apparel. *See* Court-approved Plan of Allocation, ECF No. 625-2 at 2–4, *see also* Final Approval Order, ECF 628 at 6. Each tranche is divided into *pro rata* "Annual Shares" by first adding up the total number of years that all claimants made purchases in the relevant tranche, and then dividing the total tranche by the total claimant years. ECF No. 625-2 at 3. Individual payments from each tranche are calculated by multiplying each tranche's "Annual Share" by the number of years an individual claimant purchased the relevant product tranche. *Id.* An individual's total payment will be the sum of all three payments as calculated from each tranche. *Id.* Now that Angeion has processed all claims and prepared the *pro rata* distribution, the average payment is estimated to be $8,181.86, with a high payment of $51,604.97 and a low payment of $334.67. Final Report, ¶ 14.

### V. RELIEF REQUESTED

*Approval of Net Settlement Fund allocations and authorizing distribution*. Plaintiffs respectfully request that the Court approve the Final Report, including approval of the 5,831

4

accepted claims and 3,044 rejected claims, and to authorize Angeion to distribute to each of the 5,831 approved claimants of the State Law Damages Class his or her *pro rata* share of the Net Settlement Fund.

*Withholding for unanticipated disputes*. Plaintiffs also request that the Court approve withholding $200,000 from the Net Settlement Fund in the event of unanticipated disputes relating to the claims process and distribution of the Net Settlement. It is not uncommon for legitimate, but unanticipated, disputes or discrepancies to arise after distribution of a settlement fund for a variety of reasons, that may require additional administrative expenses. If no money remains in the Net Settlement Fund, there would be no means of addressing or resolving any such legitimate concerns, if any. Moreover, this proposed $200,000 contingency amount is fully covered by the $1,060,293.33 interest earned on the settlement fund to date. If any portion of the $200,000 contingency amount is left over at the end of the process, Class Counsel will approach the Court with a proposal for distributing those funds.

*Payment of taxes*. The Net Settlement Fund is a Qualified Settlement Fund set up for distribution. *See* Court-approved Settlement Agreement, ECF No. 606-3 ¶ 41. Plaintiffs request that the Court approve payment of $322,600 by the Qualified Settlement Fund for taxes and related fees.[1] *See* Final Report, ¶ 13.

*Payment of Fees and Expenses for Distribution of Net Settlement Fund*. Plaintiffs request payment of $17,964.00 to Angeion for anticipated and outstanding administrative expenses, including management of the distribution process including the printing of checks, postage, the reissuance of checks, as needed, along with State Law Damages Class member communications and any other duties deemed necessary to complete the distribution.

*Release and Discharge*. Plaintiffs respectfully request that the Court enter an Order releasing and discharging Class Counsel, Angeion and all persons who are involved in the

---

[1] These taxes and fees include $244,000 in taxes paid through Q3 2025, $66,000 in estimated future tax payments, $3,600 in tax preparation fees paid to date, and $9,000 in estimated future tax preparation fees.

5

review, verification, calculation, tabulation, or any other aspect of the process of the claims filed in this action, and barring all members of the State Law Damages Class, whether or not they are to receive payment from the Net Settlement Fund, from making any further claim against the Net Settlement Fund beyond the amount allocated to them by the settlement as approved by the Court.

## VI.     CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Unopposed Motion for Approval of Settlement Administrator's Final Report.

Dated: November 26, 2025                              By:        */s/ Joseph R. Saveri*
                                                                 Joseph R. Saveri

                                                      Joseph R. Saveri*
                                                      Ronnie Seidel Spiegel* +
                                                      David Seidel*
                                                      Kevin E. Rayhill*
                                                      Elissa A. Buchanan*
                                                      **JOSEPH SAVERI LAW FIRM, LLP**
                                                      601 California Street, Suite 1505
                                                      San Francisco, California 94108
                                                      Telephone: (415) 500-6800
                                                      Facsimile: (415) 395-9940
                                                      jsaveri@saverilawfirm.com
                                                      rspiegel@saverilawfirm.com
                                                      dseidel@saverilawfirm.com
                                                      krayhill@saverilawfirm.com
                                                      eabuchanan@saverilawfirm.com

                                                      Van Turner (TN Bar No. 22603)
                                                      **TURNER FEILD, PLLC**
                                                      2650 Thousand Oaks Boulevard, Suite 2325
                                                      Memphis, Tennessee 38118
                                                      Telephone: (901) 290-6610
                                                      Facsimile: (901) 290-6611
                                                      Vturner@bruceturnerlaw.net

                                                      Richard M. Paul III*
                                                      Ashlea Schwarz*

Paul LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Fax: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com

Jason S. Hartley*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

* Admitted pro hac vice

+Located in Washington State

*Attorneys for Individual and Representative Plaintiffs*